UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

              Plaintiff(s),

v.                                     Case No. 2:19−cv−13382−TGB−PTM
                                             Hon. Terrence G. Berg

Corizon Health Inc., et al.,

              Defendant(s),

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

    **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                              s/Terrence G. Berg
                                              Terrence G. Berg
                                              United States District Judge

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/A Chubb
                                              Case Manager

Dated:   November 21, 2019