Table of Contents

Exhibit A    Selected Medical Records from Lake Huron Medical Center, 12/12/16.

Exhibit B    Medical Record for January 2017 Appointment with Dr. Erina Kansakar.

Exhibit C    St. Clair County Jail Inmate Medical Grievances for Kochise Jackson.

Exhibit D    Letter from Kohchise Jackson to Corrections Supervisor, February 21st, 2017.

Exhibit E    UpToDate Treatment Recommendations for Colovesical Fistula.

Exhibit F    Letter from Office of the Legislative Corrections Ombudsman, November 7th, 2017.

Exhibit G    MDOC Policy Directive 04.06.184.

Exhibit H    Kohchise Jackson Grievances and Official Responses for Three-Step MDOC Inmate Grievance Procedure.