# EXHIBIT

# F

**Letter from Office of the Legislative Corrections Ombudsman, November 7th, 2017**



**Office of Legislative
Corrections Ombudsman**

**Keith Barber
Ombudsman**

*Boji Tower – 4th Floor
124 West Allegan
P.O. Box 30036
Lansing, MI 48909
(Office) 517-373-8573
(Fax) (517)373-5550*

November 7, 2017

Mr. Kohchise Jackson
#445579
JCS
3100 Cooper St
Jackson, MI 49201

RE: Colostomy

Dear Mr. Jackson:

Thank you for submitting your complaint to our office regarding your desire for a colostomy bag reversal.

We have reviewed the relevant information regarding your condition. According to your medical record, medical staff at JCS have determined that there is no medical necessity for the colostomy reversal surgery. In addition, MDOC Policy Directive 03.04.100 Section AA and BB state, "Corrective surgery is a surgical procedure to alter or adjust body parts or the body structure. Reconstructive surgery is a surgical procedure to reform body structure or correct defects. For purposes of this policy, corrective and reconstructive surgery does not include procedures which can be done under local anesthesia. Corrective and reconstructive surgery shall be authorized for a prisoner only if determined medically necessary and only if approved by the CMO. It shall not be approved if the sole purpose is to improve appearance."

I understand you are frustrated, but please know it is often not the on-site facility doctor who is making these decisions; it is frequently made by Corizon (health care vendor). At this time, please be sure to document all of your symptoms, and inform health care staff if you experience any signs of infection. According to the American Cancer Society, some possible signs of infection may include: cramps lasting more than 2 or 3 hours, continuous nausea and vomiting, no ostomy output for 4 to 6 hours with cramping and nausea, severe watery discharge lasting more than 5 or 6 hours, bad odor lasting more than a week (this may be a sign of infection.), a cut in the stoma, injury to the stoma, bad skin irritation or deep sores (ulcers), a lot of bleeding from the stoma opening (or a moderate amount in the pouch that you notice several times when emptying it), continuous bleeding where the stoma meets the skin, unusual change in your stoma size or color, and/or anything unusual going on with your ostomy.

The Legislative Corrections Ombudsman is not qualified to make medical decisions. Because we are not medical professionals, we cannot give you a recommendation for treatment but we are aware of concerns pertaining to colostomy reversals and we are continually monitoring this issue. However, we do review your medical file to determine if you are being seen by health care at your facility and compare the treatment you are receiving to community standards. Given all of the information available, it appears that you are receiving appropriate medical supplies to maintain your colostomy.

It is our advice that you patiently follow the instructions of health care and work cooperatively with them in order to maintain your health. It is also often helpful for you to keep a log of your contacts with health care including the dates, a brief description of the reason for your contact, how you contacted them, and a summary of their response. We have kept copies of the documents you sent to our office in case we need to reference them in the future. We are sorry our response could not be more favorable at this time.

Sincerely,

Whitney Tompkins
Analyst Assistant