# EXHIBIT A

Papendick Deposition,

Case 2:16-cv 12113-MOB-APP

ECF No. 77-7 filed 10/15/18

PageID.2285-2286 Page 7-8 of 26

```
19        A.    Specialty.
20        Q.    Specialty, okay.  Any other kind of
21   reporting that you had to do as utilization
22   management?
23        A.    That was essentially it.
24        Q.    And what did -- what was your job
25   responsibilities in utilization management other
0011
 1   than reporting?
 2        A.    Well, I evaluated cases -- case requests
 3   for whether they would be approved to go or be
 4   requested to make an alternative treatment plan.
 5        Q.    And where would the request come from?
 6        A.    One of the providers on site.
 7        Q.    Can you describe what the process is for
 8   a provider to request and --
 9        A.    They fill out a form on the electronic
10   medical record and e-mail it to the secretarial
11   staff that they have placed the form -- or placed
12   the request, then review and place it into the
13   computer for me to review.
14        Q.    Okay.  And with regard to your job as
15   utilization management for Michigan, was there any
16   other individual who had a similar responsibility
17   at the same time as you?
18        A.    No.
19        Q.    So you would deal with all the requests
20   for referrals coming from the Michigan -- from
21   Michigan --
22        A.    Directly or indirectly.
23        Q.    What does directly -- how would you do it
24   directly as opposed to indirectly?
25        A.    There are a number of requests and
0012
 1   procedures that are automatically approved.
 2        Q.    Okay.  So what does that mean?
 3        A.    That means before it gets to me it's
 4   approved.
 5        Q.    So it's automatically approved.  Then
 6   that means that you indirectly approve that
 7   because it's automatically approved?
 8        A.    Correct.
 9        Q.    Were there any policies or procedures on
10   what was automatically approved, I mean written
11   documents?
12        A.    I don't know we'd be able to get any now.
13        Q.    No, I'm just asking were there any?
14        A.    There may have been but I think it was
15   more common knowledge this is going to be.
16        Q.    What things were automatically approved?
17        A.    It's changed so much that -- follow-up
18   for chemotherapy, follow-up while under active
19   chemotherapy.  I don't recall all of them back at
20   that time.
```

```
21      Q.   Okay, I don't need to know all of them.
22   Which ones do you recall?
23      A.   The chemotherapies are the ones that
24   stick out.
25      Q.   So you don't recall anything besides
0013
 1   chemotherapy; is that what you're saying?
 2      A.   Correct.
 3      Q.   How about today, what are automatic?
 4      A.   I don't know how that's -- okay, today
 5   we're under the corporate -- we're doing this
 6   under corporate and first surgical follow-up on
 7   large surgical cases, the chemotherapy still.
 8   See, I don't see them so I don't have a -- I don't
 9   have a direct recollection of them because I don't
10   see them.  They go -- they never come to me.
11      Q.   Are you saying those are the only two
12   that you recall that you currently have as --
13      A.   Offhand, yes.
14      Q.   Okay, offhand.  What does offhand mean?
15      A.   That I can give you without going and
16   asking someone or getting a report.
17      Q.   Okay.  And so would you have any criteria
18   for determining whether some cases referred to or
19   given an alternative treatment plan?
20              MR. CARDELLO:  Object to form.  You
21   can answer if you understand it.
22              THE WITNESS:  Well, it's a problem.
23   If you're asking -- can you say it again?
24              MR. KUHN:  Sure, go ahead.  Repeat
25   the question for me.
0014
 1              (Reporter read back last question.)
 2              THE WITNESS:  Medical necessity.
 3   Medical necessity primarily is difficulty with
 4   activities of daily living, risks to life or limb.
 5   BY MR. KUHN:
 6      Q.   All right.  Any other criteria that you
 7   would use?
 8      A.   Well, we look at UpToDate as -- we tell
 9   the providers if it's in UpToDate that it will
10   most likely be done.
11      Q.   And what is UpToDate?
12      A.   It's a database online that specialists
13   put in their practice into documents that we can
14   look at.
15      Q.   Do you refer to UpToDate in making your
16   decisions on whether to refer a person for
17   consultation or give them an alternative treatment
18   plan?
19      A.   UpToDate tends to be specialty driven,
20   and so as you can imagine, if a specialist has a
21   chance of seeing the patient they're going to say
22   that they need to be seen.  A lot of problems they
```