# EXHIBIT B

Papendick Deposition,

Case 1:17-cv-13581-TLL-PTM

ECF No. 112-39 filed 11/15/19

PageID.3455 Page 16 of 22

Case 2:19-cv-13382-TGB-RTM ECF No. 21-3, PageID.410 Filed 02/05/20 Page 2 of 2
Case 1:17-cv-13581-TLL-PTM ECF No. 112-39, filed 11/15/19 PageID.3455 Page 16 of 22

Page 33

Keith Papendick, M.D.
November 19, 2018

```
 1          Waters; is that correct?
 2   A      I never saw him.
 3   Q      But you were -- you remember receiving 407 requests
 4          regarding his treatment?
 5   A      Just from review.
 6   Q      Just from review here recently?
 7   A      (Nodding).  Uh-huh.
 8   Q      Some of the other deponents have characterized his case as
 9          complex or complicated.  Would you agree with that?
10   A      All burns are complicated.
11   Q      Did you ever have anyone at Duane Waters Hospital before
12          that you're aware of with such extensive and severe burns?
13   A      I have no way of knowing that.
14   Q      I'm asking about within your recollection.
15   A      I didn't take care of him directly.  I don't provide patient
16          care.
17   Q      But you did make decisions with regard to outside
18          consultation and treatment, correct?
19   A      Correct.
20   Q      And do you recall having either treated or been the
21          Utilization Unit Manager involved in any other cases with
22          such severe and extensive burns?
23   A      Ma'am, I manage about 2,000 407s a month, so for me to
24          remember all 407s is an assumption that can't be made.
25   Q      I'm not assuming that you recall all.  I'm just asking if
```