```
0001
 1                  UNITED STATES DISTRICT COURT
 2               IN THE EASTERN DISTRICT OF MICHIGAN
 3                         SOUTHERN DIVISION
 4                             *   *   *
 5     DOUGLAS WRIGHT,
 6               Plaintiff,
 7     -v-                              File No. 2:16-CV-12113
 8     CORIZON HEALTH, INC., a Tennessee
       Corporation, BETSY SPREEMAN,
 9     DR. KEITH PAPENDICK, and
       DR. STEVEN BERGMAN, in their
10     individual and official capacities,
11               Defendants.
       _____/
12
13               The deposition of STEVEN BERGMAN, D.O.,
14          taken under the provisions of the Federal Rules
15          of Civil Procedure, before Tuesday L. Brighton,
16          RMR/CSR-3563 and Notary Public, at 525 West
17          Ottawa, 4th Floor, in the city of Lansing,
18          Michigan, commencing at about 1:03 P.M. on the
19          5th day of October, 2017, pursuant to notice.
20
21
22
23
24
25
0002
 1               APPEARANCES:
 2               THOMAS E. KUHN, P.C.
                 BY:  Thomas E. Kuhn
 3                    615 Griswold
                      Suite 515
 4                    Detroit, Michigan 48226
                         On behalf of Plaintiff
 5
                 CHAPMAN LAW GROUP
 6               BY:  Carly Van Thomme
                      40950 Woodward Avenue
 7                    Suite 120
                      Bloomfield Hills, Michigan 48304
 8                       On behalf of Defendants Corizon
                         Health, Inc., Dr. Papendick, and
 9                       Dr. Bergman
10               MICHAEL R. DEAN
                      Assistant Attorney General
11                    525 West Ottawa, 4th Floor
                      P.O. Box 30736
12                    Lansing, Michigan 48909
                         On behalf of Defendant Spreeman
13
                             *   *   *
```

```
14
                         I N D E X
15   WITNESS:                                            PAGE
16     STEVEN BERGMAN, D.O.
17       Examination by Mr. Kuhn                          3
18       Examination by Mr. Dean                         45
19       Examination by Ms. Van Thomme                   46
20       Re-examination by Mr. Kuhn                      48
21
22   EXHIBITS:
23     None submitted.
24
25
0003
 1                        Lansing, Michigan
 2                        October 5, 2017
 3                           *   *   *
 4        S T E V E N    B E R G M A N,   D. O.,
 5        a witness having been first duly sworn, was
 6        examined and testified under oath as follows:
 7                          EXAMINATION
 8   BY MR. KUHN:
 9   Q    Sir, can you state your full name for the record,
10        please?
11   A    Sure.  Steven with a v, Paul Bergman,
12        B-e-r-g-m-a-n.
13   Q    Dr. Bergman, my name is Tom Kuhn.  I represent the
14        plaintiff.  This deposition is being taken
15        pursuant to notice and may be used for any purpose
16        allowable under the applicable court rules.
17              If there's anything that's unclear to you
18        or you don't understand what I'm trying to ask
19        please have me restate the question, okay?
20   A    Yes.
21   Q    Again, typically anyone involved with Corrections
22        we don't ask for personal information on the
23        record but rather an agreement or stipulation that
24        if we need you as a witness at trial that we can
25        serve you through the attorney for Corizon.  Is
0004
 1        that okay with you?
 2   A    That is okay.  You bet.
 3   Q    All right.  Thank you.
 4              A few general background questions, sir.
 5        Can you give me a brief chronology of your formal
 6        education starting with high school.  General
 7        dates, degrees, programs, colleges, whatever.
 8   A    Sure.  I graduated high school in 1970, Western
 9        Michigan Christian High School in Muskegon.  I
10        attended Calvin College from '70 to '74, received
11        a Bachelor of Science degree, premed.  I began a
12        master's program at Western Michigan University in
13        1978, was not completed.  I began medical school
14        at Chicago College of Osteopathic Medicine in
```

```
15                  1980, graduating in 1984.  Completed an internship
16                  in 1985 and went into general practice, primary
17                  care medicine at that point.  I did subsequently
18                  take the board exam and became board certified in
19                  family practice.  No other medical training after
20                  that other than, of course, CME.
21                          Do you want -- do you want nonmedical
22                  training?
23        Q         Sure.  What nonmedical training have you had?
24        A         Oh, I began work for a Master's in Biblical
25                  Studies at Grand Rapids Theological Seminary in
0005
 1                  2015.
 2        Q         Okay.  And can you give me a brief chronology of
 3                  your professional career as a doctor.
 4        A         Sure.  After graduating internship in 1985 I began
 5                  family practice and continued in family practice
 6                  until 2006.  I took some time off and started
 7                  with -- I'm sorry, 2008, not 2006, and I started
 8                  with Corizon, then known as Prison Health
 9                  Services, PHS, in 2010, and I've worked for PHS,
10                  subsequently Corizon, since that time.
11        Q         And what roles have you had with PHS and then
12                  Corizon?
13        A         For the first 18 months I was an on-site physician
14                  in Muskegon and following that I was promoted to
15                  regional medical director in 2011 and have had
16                  that position since then.
17        Q         And what region are you responsible for?
18        A         My region covers 13 prisons primarily in southwest
19                  Michigan.  I have -- I'm responsible for three
20                  prisons in Muskegon, four in Ionia, two in
21                  Carson City, one in Coldwater, and three in
22                  Jackson.
23        Q         And what do you do as a regional medical director?
24        A         As a regional medical director I provide oversight
25                  to the providers who work in each of those
0006
 1                  facilities and offer -- and also give medical
 2                  advice kind of as a second opinion or oversight
 3                  when medical issues come up that are difficult to
 4                  resolve or need additional information.
 5        Q         Okay.  And who do you report to?
 6        A         I report to Dr. Jeff Bomber, who's the State
 7                  medical director for Corizon.
 8        Q         Where is he located?
 9        A         His office is the same as mine in Lansing on
10                  Millennium Drive.
11        Q         So have you had a chance to review anything prior
12                  to your deposition related to this case?
13        A         I have.
14        Q         What have you reviewed?
15        A         I reviewed the medical record.
16        Q         That's the entire electronic medical record for
```

```
17              Mr. Wright?
18         A    I can't say I've reviewed the entire electronic
19              medical record but I reviewed those parts in which
20              I play a role.
21         Q    And what parts were those?
22         A    I was -- I was asked to review the medical care
23              that was given related to his knee injury by
24              PA Sperling and to review the utilization
25              management request that had been done.  I believe
0007
 1              that started in approximately February of 2016.
 2         Q    What's utilization management?
 3         A    I'm sorry, excuse me?
 4         Q    What is utilization management?
 5         A    Utilization management is a process where
 6              providers at each facility request permission to
 7              do testing outside of the facility, things like
 8              consults with specialists, perhaps imaging studies
 9              like MRIs or CAT scans, ultrasounds, those kinds
10              of things.  Anything that's done outside of the
11              facility requires approval from the utilization
12              management staff, which is a function of Corizon.
13         Q    And where is the utilization staff located?
14         A    They -- at that time they were all located at the
15              Millennium Drive office in Lansing.
16         Q    What is the role of utilization management?
17         A    Utilization management's role is to review
18              requests that are sent to them from the providers
19              in the field and make decisions based on
20              evidence-based medicine as to the next appropriate
21              test or treatment that would be indicated for a
22              given patient in each situation.
23         Q    Okay.  So who -- who do they get these requests
24              from?
25         A    The providers who work at each prison.  It could
0008
 1              be a physician or a mid-level, either a PA or a
 2              nurse practitioner, who is doing the direct
 3              patient care would make a request to the
 4              utilization management team.
 5         Q    So how does that work?
 6         A    If a provider, again, either a physician or a
 7              mid-level, is seeing a patient and through the
 8              course of their history, physical, and treatment
 9              feel like additional testing or specialty care
10              would be indicated they complete a request, which
11              we call a 407 request, and that is submitted to
12              the utilization management team.  In that request
13              they lay out their reasons for wanting additional
14              testing or treatment and the utilization
15              management team evaluates that request based on
16              evidence-based medicine from sources such as
17              UpToDate or InterQual and make a decision based on
18              that evidence-based medicine.
```

```
19      Q       What does evidence-based mean?
20      A       Evidence-based means that a group of physicians
21              meet on a regular basis.  They evaluate
22              literature.  They look to see if there is evidence
23              of a particular procedure or a particular testing
24              procedure is helpful and is useful and is
25              appropriate.
0009
 1      Q       And what's InterQual?
 2      A       InterQual is a computer-based system that looks
 3              primarily at things like surgical procedures and
 4              things like that and, again, looking at it from
 5              a -- is there evidence that doing a particular
 6              procedure at a particular time, is there evidence
 7              that it's helpful or appropriate.
 8      Q       And what was the other thing that they looked at
 9              besides the InterQual?
10      A       UpToDate.
11      Q       What is UpToDate?
12      A       UpToDate is a computer and internet-based web
13              site.  Again, it is dictated by a group of
14              specialists in all different areas of medicine.
15              These specialists get together and they look at
16              the literature and they come out with
17              evidence-based recommendations for different
18              procedures.  They begin with the diagnostic
19              criteria that are necessary, followed by
20              appropriate testing and appropriate treatment and,
21              finally, appropriate follow-up.
22      Q       So who is on the utilization management group?
23      A       Well, there are a number of -- I'm not sure even
24              what their title is, I apologize for that, but
25              there are a number of people who are
0010
 1              administrative assistants, I suppose, to enter the
 2              data into the computer system and forward it to
 3              appropriate people who evaluate the request and
 4              then receive the answer and enter it back into the
 5              electronic medical record.
 6                      There's also an RN staff of, I believe,
 7              three, who have the ability to answer requests
 8              based on protocol.  There are certain things that
 9              are just automatically approved based on those
10              protocols and they can process those.
11                      Anything that's not approved by protocol
12              is forwarded to Dr. Papendick, who is the director
13              of outpatient utilization management.
14      Q       Okay.  And you indicated that there would be
15              people who evaluate the requests.  Who evaluates
16              the requests?
17      A       Well, if it's a request that can be evaluated
18              based on protocol the RNs will evaluate it and
19              approve it based on the protocol and if it's not a
20              protocol situation it goes to Dr. Papendick and he
```

```
21                evaluates it and makes a determination.
22        Q       Okay.  What does protocol mean?
23        A       Protocol are criteria that are established so that
24                if a patient has a certain diagnosis, a particular
25                diagnosis, a particular group of symptoms, they
0011
 1                automatically will be approved to have a
 2                procedure.
 3        Q       Are these written; are they in writing?
 4        A       I believe they are, yes.
 5        Q       Is there any protocol that relates to a torn
 6                meniscus?
 7        A       I do not believe so.
 8        Q       Okay.  So anything with a torn meniscus is going
 9                to go to Dr. Papendick; is that a fair statement?
10                If they're asking for an outside consult or a test
11                or anything related to a torn meniscus it's going
12                to go to Dr. Papendick; is that a fair statement?
13        A       It's fair if we qualify it as I think you just
14                did, that if -- anything that would be done
15                outside of the facility, any requests for outside
16                evaluations or treatments, would go to
17                Dr. Papendick, yes.
18        Q       And how does he make his decision?
19                        MS. VAN THOMME:  Object to foundation.
20                        You may answer.
21        A       Again, as we talked about just a minute ago, he
22                uses the established evidence-based medicine,
23                UpToDate primarily.  When it comes to the majority
24                of his decisions he uses UpToDate.  We also use
25                the cancer guidelines, NCCN cancer guidelines, if
0012
 1                there's cancer involved.  Those are the two
 2                primary sources that he refers to.
 3        Q       (BY MR. KUHN):  Now, UpToDate, this is some sort
 4                of written record that they have?
 5        A       It's a computer-based, internet-based web site
 6                that we can go to, and it's updated regularly.
 7                The latest information, the latest literature, is
 8                reviewed and recommendations are updated on a very
 9                regular basis, at least quarterly, if not monthly.
10        Q       Have you ever looked at the UpToDate data related
11                to torn meniscus?
12        A       I have.
13        Q       Okay.  And what kind of information is on there?
14        A       I don't remember the exact information.  I haven't
15                looked at it in a while, but it will talk about
16                the diagnosis criteria.  It will talk about
17                imaging, x-ray versus CAT scan versus MRI, when
18                those are appropriate to get.  It will also talk
19                about treatment options.  Conservative treatment
20                is typically recommended first, as I recall.
21                Surgical treatment is recommended as a -- a
22                procedure that can be done if conservative
```

```
23            Dr. Papendick ATP'd the primary treating
24            physician's request for an orthopedic consult?
25      A     Yes.
0040
1       Q     How many other cases?
2       A     Boy, I don't know off the top of my head.
3             Dr. Papendick probably reviews, I'm guessing, a
4             hundred consults a week or something, a hundred
5             requests a week or something.  I don't know his
6             exact numbers, but I know he does a lot of them,
7             and I cover about a third of the patients in the
8             state, so, yeah, we've had lots of opportunities
9             over the years for him to ATP consults for
10            surgery.
11      Q     Okay.  And consults for imaging.
12      A     Same.
13      Q     Is there some record kept of the cases that
14            Dr. Papendick has brought to his attention?
15                  MS. VAN THOMME:  Object to foundation.
16      A     I don't know the answer to that.  Every case that
17            is brought to him is in the electronic medical
18            record for that patient.  Whether -- I don't know
19            specifically what kind of log or record there is.
20            I know we see statistics on occasion.  He approves
21            somewhere between -- somewhere around 85 percent
22            of requests get approved, 15 percent get an
23            alternative treatment plan.  That varies.  It's
24            been as high as 90 in some quarters.
25      Q     (BY MR. KUHN):  Okay.  So you do see statistics
0041
1             of -- concerning what Dr. Papendick is doing.
2       A     On occasion, yep.
3       Q     And where do you get those statistics?
4       A     From the utilization department.  I don't know if
5             he creates those reports or if someone else does.
6             I don't know.
7       Q     Do you know anyone else in the utilization
8             department other than Dr. Papendick and any other
9             individual you've listed already in this
10            deposition?
11      A     No.
12      Q     Where is the utilization department located now?
13      A     The department is on the -- in the office on
14            Millennium, the same office that I have a cubicle
15            at.  Dr. Papendick now works remotely, so he's not
16            physically located in the office any longer.  I
17            believe he has a home office that he does that
18            from, although right now he's not working.  He's
19            in the hospital.
20      Q     Who is doing all the ATPing now?
21                  MS. VAN THOMME:  Object to form.
22      A     Dr. Stacy is covering him at the present time.
23      Q     (BY MR. KUHN):  Who is Dr. Stacy?
24      A     Dr. Stacy is another utilization management
```