Case 2:19-cv-13382-TGB-PTM ECF No. 21-4, PageID.418 Filed 02/05/20 Page 1 of 2
Case 2:13-cv-10275-VAR-DRG Doc # 153 Filed 05/19/16 Pg 152 of 226 Pg ID 9792

152

```
 1   talk about the instructions.  Do you have anything else, Mr.
 2   Powe?
 3             MR. POWE:  I think that's it.
 4             THE COURT:  Anything from you, Mr. Radner?
 5             MR. RADNER:  Nothing from the plaintiff.
 6             THE COURT:  All right.  We'll give you a copy.  Thank
 7   you.  We're adjourned.
 8             (Recess taken at 12:41 p.m.)
 9             (Jury present at 1:33 p.m.)
10             THE COURT:  All right.  We have everybody?  All
11   right.  We're ready, thank you.
12             MR. POWE:  Thank you, your Honor.
13             THE COURT:  Who is your next witness?
14             MR. POWE:  Dr. William Borgerding.
15             THE COURT:  Are you the one back there sneezing and
16   hacking and coughing?  You're a doctor.  Heal thyself.
17             DR. BORGERDING:  I'm better.
18             THE CLERK OF THE COURT:  Raise your right hand.  Do
19   you solemnly swear or affirm to give truthful testimony?
20             DR. BORGERDING:  I do.
21                  W I L L I A M   B O R G E R D I N G,
22   Called as a witness by the Defense at 1:34 p.m. and having been
23   first duly sworn, testified as follows:
24                          DIRECT EXAMINATION
25   BY MR. POWE:
```

Case 2:19-cv-13382-TGB-PTM ECF No. 21-4, PageID.419 Filed 02/05/20 Page 2 of 2
2:13-cv-10279-VAR-DRG Doc # 153 Filed 05/19/16 Pg 157 of 226 Pg ID 4797

157

1    case.  So I review, I review, I review.  Once in a great while
2    I'll go see a patient, but not so much anymore.
3    Q.   And where is your office at?
4    A.   Up in Kinross.
5    Q.   Now if I -- some of the testimony has been that early in
6    your career with MDOC, you were Mr. Kensu's primary care
7    provider?
8    A.   That's correct, umm, and I have some recollection of
9    Mr. Kensu.  Some good; some bad.  I remember he was really,
10   really sick one time and I don't know if that was the first
11   time I had ever met him or not.  He had come back from the
12   hospital.  He had been and I haven't seen the paper record so
13   I'm speaking off the cuff.  He had been discharged from War
14   (phonetic) Memorial and diagnosed with the flu or
15   gastroenteritis and in reality he had had a GI bleed.  I mean,
16   it was just obviously apparent to me and so I think we did
17   things right.  Maybe you'll remember better than I do,
18   Mr. Kensu, but I don't know if that was the start of our
19   relationship or not, but as a provider at KCF, I would have
20   been one of two providers at that time that might have taken
21   care of him.
22   Q.   All right.  Now he's testified here in this courtroom that
23   there were things that you would do for him back in early 2000s
24   that apparently he can't have now.  Do you remember that line
25   of testimony?