# *In The Matter Of:*

# David Lashuay v. Aimee DeLine

# Dr. William Borgerding

# November 20, 2018



Dr. William Borgerding
November 20, 2018

Page 7

```
 1        working in the ER in -- after a year or two, I became
 2        a resident in emergency medicine, I think that was
 3        like two and a half years.  And then I -- I finished
 4        that program, passed my boards.  I was working ER
 5        down in Oakland General in Madison Heights.
 6                 I moved north to Cheboygan in '95.  I
 7        think I worked five more years of ER up there and
 8        then I worked two and a half or three years in
 9        corrections, or three and a half, something like
10        that.  Went back to do primary care in my home town
11        for five years and then I finished with the state my
12        last seven years, seven and a half, something like
13        that.
14   Q    All right.  Are you board certified in any particular
15        areas of medicine?
16   A    I was board certified in emergency medicine, but once
17        you stop working in it you can't maintain it.
18   Q    Okay.  Let me just write down, from 2014 to 2017 you
19        said you might have held a couple different
20        positions, one was acting chief medical officer; was
21        that right?
22   A    Correct.
23   Q    And what were the other ones?
24   A    The regional medical officer or the assistant chief
25        medical officer.  So, there was -- the top position
```

Carroll Court Reporting and Video
586-468-2411

Dr. William Borgerding
November 20, 2018

Page 8

```
 1        was called the CMO and the position under that was
 2        called either -- at one time RMO and then it became
 3        an ACMO.  The state just retitled us for whatever
 4        reason.
 5   Q    All right.  During that time period, what would the
 6        chief regional medical officer be doing?
 7   A    Be overlooking the care, making sure policy,
 8        procedure was being followed.  Get involved in some
 9        cases, review all formularies, things like that.
10   Q    All right.
11   A    Go to a lot of meetings, go to a lot of prisons.
12   Q    What would the assistant chief medical officer be
13        doing?  Would it be a different role or would there
14        be additional --
15   A    No, that's what the assistant would be doing.
16   Q    Okay.  Would the assistant have pretty much the same
17        duties as what I think you called regional?
18   A    Right.  It was the same position, they just renamed
19        it.
20   Q    Oh, okay.
21   A    So, yeah.
22   Q    All right, and the acting chief medical officer, how
23        would their role be different?
24   A    You're going to be more policy oriented, you're going
25        to be more looking at it from a higher level, the
```

Case 2:19-cv-13382-TGB-RTM ECF No. 12-5, PageID.423 Filed 02/05/20 Page 4 of 5
Case 1:17-cv-13581-TLL-PTM ECF No. 112-5, filed 11/15/19 PageID.2689 Page 4 of 36

Dr. William Borgerding
November 20, 2018

Page 5

1   **A**   **Borg works just fine, too.**

2   Q   Okay. Can you tell me your present employment?

3       Where do you work?

4   **A**   **I'm retired. About a year ago I retired from the**

5       **MDOC just about a year in October.**

6   Q   All right. Between 2013 and 2017, where were you

7       working?

8   **A**   **MDOC.**

9   Q   And what was your position?

10   **A**   **It might have been a couple. I was probably a --**

11       **what they called a regional medical officer, then it**

12       **became what they called an ACMO or an assistant chief**

13       **medical officer. They just changed the name, and**

14       **then -- and I don't know the dates real well, but I**

15       **became acting chief for a while when Jeff Stieve left**

16       **and then when Dr. Kerstein left I became acting chief**

17       **again.**

18   Q   All right. Do you know the last round when you

19       became -- or when Dr. Kerstein retired or left?

20   **A**   **No, not really. Not off of top of my head, I could**

21       **not give you those dates.**

22   Q   Do you have a resume or CV, anything like that?

23   **A**   **At home.**

24   Q   Okay. I might just ask for that, so I don't have to

25       go into excruciating detail about your background and

Dr. William Borgerding
November 20, 2018

Page 9

| | | |
|---|---|---|
| 1 | | healthcare that we're delivering.  You'd be looking |
| 2 | | at new things we'd be doing or not doing, just |
| 3 | | involved with everything that would be involved.  So, |
| 4 | | looking at EMRs, looking at pharmacy, looking at |
| 5 | | contracts, looking at tough cases, and the CMO, after |
| 6 | | awhile, became more involved.  Some Jackson stuff, |
| 7 | | too, because we started losing positions, so. |
| 8 | Q | What do you mean, Jackson stuff? |
| 9 | A | Well, Jackson was a -- a -- a -- where we had Duane |
| 10 | | Waters, and C unit and some of our higher acuity |
| 11 | | stuff, and a lot of our specialty care was driven out |
| 12 | | of there between Allegiance and Lansing. |
| 13 | Q | So, they would be just doing more stuff involving |
| 14 | | those facilities or more focused on what's going on |
| 15 | | down there? |
| 16 | A | Yeah.  We tried to divvy up the state among the |
| 17 | | assistant chief, among the ACMOs, the assistant |
| 18 | | chiefs. |
| 19 | Q | Okay. |
| 20 | A | But we kept losing positions, losing people and then |
| 21 | | we couldn't fill.  So, we went from used to be CMO |
| 22 | | and three ACMOs down to towards the end it was just |
| 23 | | me. |
| 24 | Q | Why were you losing positions, was it budget? |
| 25 | A | No, not budget.  Well, they let two people go and |