# EXHIBIT F

Dr. Stieve testimony,

2:13-cv-10279-VAR-DRG

Doc # 156 Filed 05/25/16

Pg. 121 of 182 Pg. ID 2179

Case 2:19-cv-13382-TGB-PTM ECF No. 21-6 PageID.426 Filed 02/05/20 Page 2 of 3
Case 2:13-cv-10279-VAR-DRG Doc # 156 Filed 05/25/16 Pg 121 of 182 Pg ID 2179

121

|  |  |
|---|---|
| 1 | disorders of those joints and so we call those comfort measures and we take the |
| 2 | stance that prisoners are not allowed to have those on our dime while they're in |
| 3 | prison. |
| 4 | Q.   You talked about evidence-based standards or studies.  Explain that to the |
| 5 | Jury? |
| 6 | A    Evidence-based standards, you know years ago women used to receive |
| 7 | hormone replacement therapy and that's because a group of gynecologists -- I'll use a |
| 8 | g-y-n example, but I could use any number of examples -- because they felt that that |
| 9 | was important for women's heart health and general well-being after they went |
| 10 | through menopause.  Subsequent studies have shown that actually it's very |
| 11 | deleterious to a woman to take estrogen supplements because of the increased risk |
| 12 | of cardiovascular disease and breast cancer and so evidence-based studies help to |
| 13 | direct the general practicing physician and to understanding that that's not something |
| 14 | that we should be giving to our patients, that it could have harm instead of doing |
| 15 | good. |
| 16 | Q.   Would it be true -- let me ask you this.  Relative to the care and treatment that |
| 17 | Mr. Kensu was receiving with the MDOC during your time as CMO and maybe that |
| 18 | brief time where you were Regional Director, would you use evidence-based medicine |
| 19 | as part of your decision-making processes as to whether or not Mr. Kensu or any |
| 20 | other inmate would get treatment? |
| 21 | A.   Counselor, may I explain the hierarchy of how prisoners are cared for which I |
| 22 | think will help the Jury to understand? |
| 23 | Q.   Sure. |
| 24 | A.   So the Michigan Department of Corrections only employs right now I believe |
| 25 | two physicians.  What they do with certain needs that the Department of Corrections |

Case 2:19-cv-13382-TGB-PTM ECF No. 21-6, PageID.427 Filed 02/05/20 Page 3 of 3
Case 2:13-cv-10275-VAR-DRG Doc # 156 Filed 05/25/16 Pg 122 of 182 Pg ID 2180

122

| | |
|---|---|
| 1 | has such as food services is they get a vendor to supply all the meals to the |
| 2 | employees and in the case of health care, when I came on board, CMS was the |
| 3 | vendor for health care and so they provided the doctors, MDs and DOs, nurse |
| 4 | practitioners and physician assistants that actually provided care for the prisoners. |
| 5 | The nurses for the most part as far as I understand in the MDOC are State |
| 6 | employees, so they're MDOC employees. But given that there were only I think at the |
| 7 | most four doctors employed by the MDOC when I was part of the MDOC, and when I |
| 8 | came there were over 50,000 inmates, it certainly wasn't practical in my role as either |
| 9 | Regional Director nor as Chief Medical Officer to micro-manage the care of 50,000 |
| 10 | inmates. We simply didn't have the time or the resources. In lieu of that, we hired |
| 11 | vendors that had competent providers to see and evaluate those inmates and we set |
| 12 | up protocols so that if those providers felt that the inmates needed specific care, that |
| 13 | they could request that care from the administration and we needed to have some |
| 14 | control over what care was given because again, most providers don't go to medical |
| 15 | school and say when I graduate from medical school I think I want to work in a |
| 16 | correctional facility as a physician. A lot of these physicians are foreign, as Mr. Kensu |
| 17 | said. A lot of these providers have had other careers and are taking this up for |
| 18 | various reasons. So as a Regional Medical Director, usually I would just -- or a Chief |
| 19 | Medical Officer, usually I would just see problematic cases where the providers had |
| 20 | an inkling that perhaps a special diagnostic study such as an MRI, a special |
| 21 | laboratory test, a special medication might be needed. Now on numerous occasions I |
| 22 | had occasion to address the providers from our vendor. We were very close. We |
| 23 | tried to work together, and I would tell them that since I don't have boots on the |
| 24 | ground in your facility, I'm not laying hands on the patients and examining them, that I |
| 25 | expect you to argue and to be a patient advocate if the information you give me for a |