UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

KOHCHISE JACKSON

            Plaintiff(s),

v.

CORIZON HEALTH, INC. et al.

            Defendant(s).
_____/

Case No. 19-cv-13382

Judge  Terrence G. Berg

Magistrate Judge  Patricia T. Morris

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, CORIZON HEALTH, INC. makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: July 15, 2020

/s/ Devlin Scarber

P64532
Chapman Law Group
1441 W. Long Lake Rd., Ste. 310
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com