# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**KOHCHISE JACKSON**,
  Plaintiff,

v.

**CORIZON HEALTH, Inc.,**, et al,
Defendants.

Case No.: 2:19-cv-13382
Hon.: Terrence G. Berg
Mag.: Patricia T. Morris

**PLAINTIFFS' PRELIMINARY WITNESS LIST**

---

Laurence H. Margolis (P69635)
Ian T. Cross (P83367)
*Margolis, Gallagher & Cross*
Attorneys for Plaintiff
214 S. Main St., Suite 200
Ann Arbor, MI 48104
Phone: (734) 994-9590
Email: larry@lawinannarbor.com
Email: ian@lawinannarbor.com

Daniel R. Corbet (P37306)
Kenneth A. Willis (P55045)
*Corbet, Shaw, Essad & Bonasso, Pllc*
Attorneys for Defendant Prime Healthcare Services and Colleen Spencer
30500 Van Dyke Ave., Suite 500
Warren, MI 48093
Phone: (313) 964-6300
Email: daniel.corbet@cseb-law.com
Email: kenneth.willis@cseb-law.com

Ronald W. Chapman Sr., (P37603)
Delvin Scarber (P64532)
*Chapman Law Group*
Attorneys for Defendants Corizon Health, Inc. and Keith Papendick, M.D.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
Phone: (248) 644-6326
Email: rchapman@chapmanlawgroup.com
Email: dscarber@chapmanlawgroup.com

## PLAINTIFFS' PRELIMINARY WITNESS LIST

Pursuant to the Court's case management order, Plaintiff Kohchise Jackson submits this list of witnesses who Plaintiff may call at trial. This list is subject to change, including adding or subtracting witnesses as discovery progresses. This list does not include expert witnesses, which will be disclosed in accordance with the Court's scheduling order. Plaintiff also reserves the right to call any witness identified on Defendants' witness lists and to call witnesses for impeachment or rebuttal purposes.

1. Kohchise Jackson – Plaintiff

    C/O Plaintiff's Attorneys
    214 S. Main St. Ste 200
    Ann Arbor MI 48104
    (734) 994-9590

2. Dr. Keith Papendick, D.O.

    C/O Chapman Law Group
    1441 West Long Lake Rd., Suite 310
    Troy, MI 48098
    (248) 644-6326

3. Dr. Erina Kansakar, M.D.

    4450 Fauntelroy Way SW
    Suite 200
    Seattle, WA 98126

206-901-8980

4. Colleen Spencer, RN

   C/O Corbett, Shaw, Essad & Bonasso, PLLC
   30500 Van Dyke Ave., Suite 500
   Warren, MI 48093
   (313) 964-6300

5. Derik Evenson, NP

   C/O Corbett, Shaw, Essad & Bonasso, PLLC
   30500 Van Dyke Ave., Suite 500
   Warren, MI 48093
   (313) 964-6300

6. Keith Swift

   2400 S. Sheridan Dr.
   Muskegon, MI 49442
   (231) 773-3201

7. Dr. David A. Kraus, D.O.

   C/O Corbett, Shaw, Essad & Bonasso, PLLC
   30500 Van Dyke Ave., Suite 500
   Warren, MI 48093
   (313) 964-6300

8. Dr. Jan Watson, M.D.

   2030 W. Baseline Rd. Ste. 182
   Phoenix, AZ 85041
   (602) 957-2407

9. Brandon Chapman

    1342 W. Main
    Ionia, MI 48846
    (616) 527-2500

10. Dr. William Borgerding, D.O.

    740 S. Main St. #2C
    Cheboygan, MI
    231-627-4361

11. Dr. Steven Bergman, D.O.

    C/O Chapman Law Group
    1441 West Long Lake Rd., Suite 310
    Troy, MI 48098
    (248) 644-6326

12. Larry Cowan

    2400 S. Sheridan Dr.
    Muskegon, MI 49442
    (231) 773-3201

13. Dr. Carmen McIntyre, M.D.

    Tolan Park Medical Building
    3901 Chrysler Service Dr.
    Detroit MI 48201

14. Any and all employees, agents, representatives, or custodians of records of Prime Healthcare Services - Port Huron LLC.

15. Any and all employees, agents, representatives, or custodians of records of Corizon Health, Inc.

16. Any and all employees, agents, representatives, or custodians of records of Quality Correctional Care of Michigan, P.C.

17. Any and all employees, agents, representatives, or custodians of records of the Michigan Department of Corrections.

18. Any and all employees, agents, representatives, or custodians of records of the St. Clair County Sheriff's Office.

19. Any and all employees, agents, representatives, or custodians of records of Detroit Medical Center, Detroit, Michigan, including but not limited to all physicians and other treatment providers involved in performing Plaintiff's colostomy reversal surgery.

20. Any and all witnesses listed by any of the Defendants, whether or not they are called to testify at trial.

21. Any and all persons listed in any party's Initial Disclosures.

22. Any witnesses necessary to lay the foundation for the admission of tangible or documentary evidence.

23. All named Defendants.

24. Any individuals identified in the pleadings, briefs, exhibits, interrogatories, depositions, medical records, jail records, prison records or other discovery.

The Plaintiff has not yet identified any expert witnesses. The individual Plaintiff will disclose the identities of any expert witnesses in accordance with Fed. R. Civ. P. 26(a)(2)(D) and the Court's scheduling order.

                                                Respectfully submitted,

                                                */s/ Laurence H. Margolis*
                                                Laurence H. Margolis (P69635)
                                                Ian T. Cross (P83367)
                                                Attorneys for Plaintiff
                                                214 S. Main St., Suite 200
                                                Ann Arbor, MI  48104
                                                (734) 994-9590

Dated:  October 15, 2020