# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:19-cv-13382
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

---

| | |
|---|---|
| MARGOLIS, GALLAGHER & CROSS<br>Lawrence H. Margolis (P69635)<br>Ian T. Cross (P83367)<br>Attorneys for Plaintiff<br>214 S. Main St., Suite 200<br>Ann Arbor, MI 48104<br>(734) 994-9590<br>larry@lawinannarbor.com<br>ian@lawinannarbor.com | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Devlin K. Scarber (P64532)<br>Attorneys for Defendants Corizon Health, Inc. and Keith Papendick, M.D.<br>1441 West Long Lake Road, Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com |

CORBET, SHAW, ESSAD, & BONASSO, PLLC
Daniel R. Corbet (P37306)
Kenneth A. Willis (P55045)
Attorneys for Prime Healthcare Services, Colleen M. Spencer, and David A. Krause
30500 Van Dyke Ave., Suite 500
Warren, MI 48093
(313) 964-6300
daniel.corbet@cseb-law.com
kenneth.willis@cseb-law.com

---

**STIPULATED PROTECTIVE ORDER**

WHEREAS, Plaintiff has requested in written discovery that Defendant Corizon Health, Inc., produce certain information and documents in its actual or constructive possession which Defendants Corizon Health, Inc., and Keith Papendick, M.D., consider to be confidential, including, *inter alia*, sensitive correctional, personal, medical, and private business operation information, namely, as follows:

- portions of the policy & procedure manuals, quality improvement manuals, guidelines, orientation materials, and training materials of Corizon;
- personal information, including portions of personnel records, employment/disciplinary files, performance reviews and evaluations of medical staff;

(collectively "Confidential Information") and, therefore, the parties have mutually agreed that the aforementioned Confidential Information should be treated as highly confidential for reasons including privacy, security, proprietary interests, and busines trade secrets, therefore, have mutually agreed that a protective order limiting the Confidential Information's use, access, and disclosure should be entered; and the Court being otherwise fully informed;

**IT IS HEREBY ORDERED** that, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, any party receiving such Confidential Information from Defendants Corizon Health, Inc., and Keith Papendick, M.D., through the discovery process in this case (the Receiving Party) and such Receiving Party's counsel will use such Confidential Information only for purposes of this Case No. 2:19-cv-13382 (the "Action") and will keep such Confidential Information confidential and will not disclose or disseminate such Confidential Information except to the following:

  i. Attorneys of record in this Action and secretaries, paralegals, law clerks and support staff employees to whom, in the opinion of the attorney of record for the receiving party, it is necessary that the information be disclosed for purposes of the Action.

  ii. Any person who is not an employee or business consultant of a party and who is retained by a party or its attorneys of record in this Action solely as an independent expert for the purposes of this Action and who agrees in writing to be bound by the terms of this Protective Order. The independent expert must complete and sign a Confidentiality Statement agreeing to be bound by the terms of this protective order. A copy of that Confidentiality Statement must be given to Corizon's and Papendick's counsel before access is allowed to the Confidential Information.

iii.  Court reporters, stenographers, clerks, law clerks, and other court personnel employed by the Court, and court reporters, videographers, and/or stenographers at depositions.

iv.  All persons specifically engaged by a party for the purpose of supporting a party's litigation effort (including, but not limited to firms engaged in the processing, hosting, and/or facilitating the review of documents produced to a party; making photocopies; preparing demonstrative aids for hearing or trial; conducting or participating in jury studies and/or research; mediating the parties' dispute; or conducting case assessments); so long as each respective vendor or contractor has a confidentiality agreement in place with retaining counsel or party that would cover the information in question.

v.  The author or recipient of the document (not including a person who received the document solely in the course of the Action).

vi.  To a deponent in the course of a deposition, and as necessary to use such Confidential information in compliance with E.D. Mich. LR 26.4(c).

vi.  The Court and its personnel.

This Order shall survive the termination of this Action, and shall remain in effect until modified, superseded, or terminated by order of the Court or by agreement of the parties.

Any person who violates this Order may be subject to sanctions, including injunctive relief, contempt orders, monetary damages, or other penalties to be determined by the Court.

This order does not authorize the filing of any documents under seal. Documents may be sealed only if authorized by statute, rule, or order of the Court.

**IT IS SO ORDERED.**

Date: November 10, 2020        /s/Terrence G. Berg
                                              UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/ Ian T. Cross (with permission)
Lawrence H. Margolis (P69635)
Ian T. Cross (P83367)
Attorneys for Plaintiff
214 S. Main St., Suite 200
Ann Arbor, MI 48104
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com
Dated:  October 30, 2020

/s/ Devlin K. Scarber
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin K. Scarber (P64532)
Attorneys for Defendants Corizon Health, Inc. and Keith Papendick, M.D.
1441 West Long Lake Road, Suite 310
Troy, MI  48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com
Dated:  October 30, 2020



/s/ Daniel R. Corbet (with permission)
Daniel R. Corbet (P37306)
Kenneth A. Willis (P55045)
Attorneys for Prime Healthcare Services,
Colleen M. Spencer, and David A. Krause
30500 Van Dyke Ave., Suite 500
Warren, MI 48093
(313) 964-6300
daniel.corbet@cseb-law.com
kenneth.willis@cseb-law.com
Dated:  October 30, 2020

6