| **Bidders must provide a description of at least one successful means of increasing provider and pharmacy staff productivity used in a prison or jail.** | |
|---|---|
| **Bidder Response:** | As noted above, in our contract with the MDOC, productivity is tracked on our productivity tracking tool. We also have a Waitlist Tracking spreadsheet to track waitlist trends. This enables us proactively allocate resources to ensure patients' clinical needs are being met. For example, in facilities where the acuity level of patients is high, there may be a need to schedule additional time for a provider to attend to patient visits. Productivity standards are tracked through COMS and monitored daily. Results are discussed with sites on a monthly basis to ensure we are utilizing our current resources to the maximum and that our patients' clinical needs are being met.<br><br>Productivity standards are tracked through COMS and monitored daily. Results are discussed with sites on a monthly basis to ensure we are utilizing our current resources to the maximum and that our patients' clinical needs are being met.<br><br>In 2019 we implemented a scheduling pilot at four sites. The pilot was evaluated after several months, a determination was made to roll the program out statewide. We developed a standardized schedule for all sites and conducted training for our providers. We also provided collaborative (MDOC and Corizon) virtual "refresher" course in January 2020, going across the entire state by the use of TEAMS meeting. In attendance at the January sessions were schedulers, HUMs, and providers. Since the lag in direct patient care in the clinics due to COVID, a reminder was provided at our recent Annual Conference held October 7, 2020, for medical and psychiatric providers. An example of the scheduling template is shown below. An example of the scheduling template for medical providers is shown below. |

| | **Eight Hour Day** | | **Ten Hour Day** |
|---|---|---|---|
| 8:00 | review PAQ, check emails, review schedule | 8:00 | review PAQ, check emails, review schedule |
| 8:30 | open for add-on - patient 1 | 8:30 | open for add-on patient 1 |
| 9:00 | patient 2 | 9:00 | patient 2 |
| 9:30 | patient 3 | 9:30 | patient 3 |
| 10:00 | patient 4 | 10:00 | patient 4 |
| 10:30 | patient 5 | 10:30 | patient 5 |
| 11:00 | lunch | 11:00 | lunch |
| 11:30 | lunch/chart reviews (don't scheduled any - this would be time to check emails and work on 407s, 409s & ACMO) | 11:30 | lunch/chart reviews (don't scheduled any - this would be time to check emails and work on 407s & 409s) |
| 12:00 | 5 chart reviews | 12:00 | 5 chart review |
| 12:30 | patient 6 | 12:30 | patient 6 |
| 1:00 | patient 7 | 1:00 | patient 7 |
| 1:30 | patient 8 | 1:30 | patient 8 |
| 2:00 | patient 9 | 2:00 | patient 9 |
| 2:30 | patient 10 | 2:30 | patient 10 |
| 3:00 | patient 11 or 5 chart reviews | 3:00 | patient 11 |
| 3:30 | open for add-on - patient 12 | 3:30 | patient 12 |
| 4:00 | check emails, wrap up charting, finish PAQ | 4:00 | patient 13 |
| 4:30 | leave for day | 4:30 | patient 14 |
| | | 5:00 | open for add-on - patient 15 |
| | | 5:30 | chart reviews |
| | | 6:00 | check emails, wrap up charting, finish PAQ |
| | | 6:30 | leave for day |

**STATE OF MICHIGAN**
PRISONER HEALTH CARE AND PHARMACY SERVICES
REQUEST FOR PROPOSAL NO. 200000002287
**SCHEDULE A – STATEMENT OF WORK CONTRACT ACTIVITIES**
OCTOBER 23, 2020
PAGE 120

claims, pharmacy, lab, and EHR data to calculate both behavioral health and Max Risk Scores. Corizon Health Registries, as noted above, is a specialty population program that proactively identifies a problem and alerts the medical care provider of an impending event with the goal of averting an adverse outcome.

In addition to tracking risk scores from Impact Pro in which the risk score algorithm includes compliance/noncompliance with HEDIS measures (along with other gaps in care), Corizon Health tracks the following trends.

- **Average Daily Population (ADP) and demographics (age)**
- **Utilization Management**
  - Outpatient Referrals
  - Outpatient Procedures
  - Advanced Age Patients
  - Oncology Patients
  - CHOICES Patients
  - Gender Identity Disorder Patients
  - Hepatitis C Patients
  - Integrated Care Patients
  - ER Runs
  - Inpatient Days
  - Number of Admits
  - Average Length of Stay (ALOS)
  - Impact Pro Risk Scores
- **Mental Health**
  - ER Runs for Assaults
  - ER Runs for Overdose (O.D) Attempts
  - ER Runs for Self-Injurious Behavior (S.I.B.)
  - Hospitalizations for Overdoes (O.D.)
  - Hospitalizations for Self-Injurious Behavior (S.I.B.)
  - Hospitalizations for Assaults
  - Impact Pro Risk Scores
- **Prisoner grievances**
- **Claims data**
- **Pharmacy**
  - Custom Order Report: Provides a customized list of orders based on the selection of six possible parameters – cost center, provider, patient, date range, report type, and therapy
  - Filled Orders: Provides a list of filled orders for a given facility and date ranges
  - Discontinued Medication List: Provides a list of discontinued medications for a specified date range and cost center
  - Past Due Refills: Provides a list of orders that are eligible to be refilled but have not been refilled
  - Patient Profile: Provides a list of active medications for a given selection of cost centers, patients, providers, date ranges, and therapy groups
  - Patient Activity: Includes all orders, refills and discontinues for a patient
  - Drug Profile: Lists all patients who are on particular drugs or drug classes
  - Pharmacy Returns Detail: Shows all drugs that have been returned to the pharmacy for credit
  - Stop Date: Prevents overlooked medication order renewals

**STATE OF MICHIGAN**
PRISONER HEALTH CARE AND PHARMACY SERVICES
REQUEST FOR PROPOSAL NO. 200000002287
**SCHEDULE A – STATEMENT OF WORK CONTRACT ACTIVITIES**
OCTOBER 23, 2020
PAGE 13