# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:19-cv-13382
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

---

MARGOLIS, GALLAGHER & CROSS
Lawrence H. Margolis (P69635)
Ian T. Cross (P83367)
Attorneys for Plaintiff
214 S. Main St., Suite 200
Ann Arbor, MI 48104
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin K. Scarber (P64532)
Attorneys for Defendants Corizon Health, Inc. and Keith Papendick, M.D.
1441 West Long Lake Road, Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

CORBET, SHAW, ESSAD, & BONASSO, PLLC
Daniel R. Corbet (P37306)
Kenneth A. Willis (P55045)
Attorneys for Prime Healthcare Services, Colleen M. Spencer, and David A. Krause
30500 Van Dyke Ave., Suite 500
Warren, MI 48093
(313) 964-6300
daniel.corbet@cseb-law.com
kenneth.willis@cseb-law.com

---

**SECOND STIPULATED ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINE FOR THE PURPOSE OF CONDUCTING FURTHER NECESSARY DISCOVERY**

This matter having come before the Court based upon the stipulation of the parties, with the parties having engaged in extensive written discovery and voluminous document production, as well as the depositions of plaintiff, 30(b)(6) witnesses, an outside physician, and requiring additional time for completion of Defendant healthcare providers and witnesses, including Dr. Keith Papendick and Dr. Jeffrey Bomber, both of whom are currently scheduled for depositions on May 10th, 2021 and May 28th, 2021, respectively, with further discovery, document production, and/or depositions being contemplated to occur, including depositions of expert witnesses, and the court being fully advised in the premises;

It is hereby **ORDERED** that, due to the additional time needed complete discovery as outlined above, and the schedules and availability of the healthcare witnesses, the discovery and dispositive motion deadlines are extended sixty (60) days for the purpose of conducting further necessary discovery, completing depositions, and preparing any necessary dispositive motions.

The following deadlines shall apply in this case:

Discovery Cutoff: extended from May 10, 2021 to **July 9, 2021**.

Dispositive Motion Deadline: extended from June 10, 2021 to **August 9, 2021**.

Date: May 6, 2021        s/ Patricia T. Morris
                         MAGISTRATE JUDGE PATRICIA MORRIS
                         United States Magistrate Judge

Stipulated to by:

/s/ *Larry H. Margolis* (*with permission*)
Larry H. Margolis (P69635)
Ian T. Cross (P83367)
MARGOLIS, GALLAGHER, & CROSS
Attorney for Plaintiff

/s/ *Daniel Corbet* (*with permission*)
Daniel R. Corbet (P37306)
Kenneth A. Willis (P55045)
CORBET, SHAW, ESSAD, & BONASSO, PLLC
Attorneys for Prime Healthcare Services,
Colleen M. Spencer, and David A. Krause

/s/ *Devlin K. Scarber*
Ronald W. Chapman Sr., (P37603)
Devlin K. Scarber (P64532)
CHAPMAN LAW GROUP
Attorneys for Corizon Defendants