**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

Kohchise Jackson,

        Plaintiff,

v.

Corizon Health, Inc., et al.

        Defendants.

Case No: 2:19-cv-13382
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

---

| | |
|---|---|
| MARGOLIS, GALLAGHER & CROSS | CHAPMAN LAW GROUP |
| Lawrence H. Margolis (P69635) | Ronald W. Chapman Sr., M.P.A., |
| Ian T. Cross (P83367) | LL.M. (P37603) |
| Attorneys for Plaintiff | Devlin K. Scarber (P64532) |
| 214 S. Main St., Suite 200 | Attorneys for Defendants Corizon Health, Inc. |
| Ann Arbor, MI 48104 | and Keith Papendick, M.D. |
| (734) 994-9590 | 1441 West Long Lake Road, Suite 310 |
| larry@lawinannarbor.com | Troy, MI 48098 |
| ian@lawinannarbor.com | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |

CORBET, SHAW, ESSAD, & BONASSO, PLLC
Daniel R. Corbet (P37306)
Kenneth A. Willis (P55045)
Attorneys for Prime Healthcare Services,
Colleen M. Spencer, and David A. Krause
30500 Van Dyke Ave., Suite 500
Warren, MI 48093
(313) 964-6300
daniel.corbet@cseb-law.com
kenneth.willis@cseb-law.com

---

**DEFENDANTS CORIZON HEALTH, INC. AND KEITH PAPENDICK, M.D.'S NOTICE OF WITHDRAWAL OF THEIR RESPONSE TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND SUBSTANTIVE RESPONSE TO AN INTERROGATORY (ECF NO. 51)**

PLEASE TAKE NOTICE that Defendants CORIZON HEALTH, INC. and KEITH PAPENDICK, M.D. by and through their attorneys, CHAPMAN LAW GROUP, hereby withdraw their Response to Plaintiff's Motion to Compel Production of Documents and Substantive Response to an Interrogatory. (**ECF. No. 51**).

On May 7, 2021, Defendants filed their Response to Plaintiff's Motion to Compel asking this Court to deny Plaintiff's Motion to Compel in its entirety including that this Honorable Court limit Plaintiff's discovery requests to the pertinent issues in this case. (**ECF No. 51**).

After Defendants filed their Response to Plaintiff's Motion to Compel, Counsel noticed the mistake that they did not include all exhibits referenced in their brief.

Accordingly, Defendants hereby withdraw their Response to Plaintiff's Motion to Compel. (**ECF No. 51**), and will file their corrected brief shortly hereafter.

Respectfully submitted,
CHAPMAN LAW GROUP

Dated: May 7, 2021

/s/Devlin Scarber
Ronald W. Chapman Sr., M.P.A.,
LL.M. (P37603)
Devlin Scarber (P64532)
Attorneys for Corizon Defendants
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com


## PROOF OF SERVICE

I hereby certify that on May 7, 2021, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved nonparticipants.

/s/ Devlin Scarber
Devlin Scarber (P64532)
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
dscarber@chapmanlawgroup.com

3