## AFFIDAVIT OF LARRY COWAN

NOW COMES LARRY COWAN, and before a witness or duly authorized notary public, hereby swears and attests to the following as true and correct to the best of his knowledge, information and belief:

1) My name is Larry Darnell Cowan and I am over 21 years of age.

2) In February of 2012, I suffered multiple gunshot wounds, including one gunshot wound on my anus and another through my neck.

3) In order to allow the injuries to my rectum and anus to heal, I underwent a colostomy. My feces was temporarily diverted into a colostomy bag.

4) The bullet that passed through my neck caused my left arm to be paralyzed for about two and a half years. However, my motor control in that arm gradually returned.

5) I entered the custody of the Michigan Department of Corrections in late 2012 and have remained in MDOC custody since that time.

6) After the traumatic injuries to my rectum and anus had healed, I made repeated requests to various prison doctors and nursing staff about undergoing colostomy reversal surgery.

7) Medical staff always informed me that I would not receive a reversal surgery because it was too expensive.

8) Doctors, nurses, correctional officers, and even inmates discouraged me, by repeatedly offering up their opinions that I would not receive this surgery.

9) Over the next several years, I gradually developed polyps and bloody discharge from my stoma.

10) One day in August of 2017, I began bleeding profusely from my stoma.

11) When my colostomy bag was filled about half way up with blood, I went to the healthcare area without permission.

12) I was told that I was bleeding because I was dehydrated, and to go back to my unit.

13) I was still losing blood and I didn't want to go lay down and bleed out on my bunk, so I walked up to the control center without permission.

14) I told a male lieutenant, last name Quinn, that I needed an ambulance because I was bleeding heavily into my colostomy bag. He yelled at me for coming to the control center without a pass and ordered another guard to take me to "the hole."

15) After I was in "the hole" for about twenty minutes, a correction officer, Sgt. Montgomery, came to my cell and asked why I was in disciplinary segregation and what was going on.

16) I showed Sgt. Montgomery my colostomy bag full of blood and explained the situation. She immediately escorted me to healthcare.

2

17) The healthcare staff said they had already seen me and that I needed to go back to my unit.

18) I was taken back to my unit, where I called my father, "Big Larry," because I thought I was going to bleed out and die. According to my father, he called the prison, the Michigan State Police, and MDOC headquarters in Lansing.

19) Following my father's phone calls, healthcare began checking my vitals every half hour and I was transported to a local hospital, where the doctors were astounded by the condition of my stoma.

20) A few weeks later, I was sent for a colonoscopy at Allegiance Hospital (St. John) in Jackson, MI. The doctor who saw me there told me that he would attempt colostomy reversal surgery before the year was out.

21) On or about December 7, 2017, I finally received a colostomy reversal surgery. I seriously doubt that I would have ever received the reversal surgery if I had not developed continuous heavy bleeding from my stoma.

22) I lived with a colostomy bag in Michigan prisons for over five years.

23) For the first two and a half years, while one of my arms was paralyzed, I had to clean and change my bag with one hand.

24) My stoma regularly prolapsed, and my large intestine would hang six-to-eight inches out of my body.

25) For years, I had polyps and bloody sores on and around my stoma.

26) Living with a stoma in MDOC custody for over five years was a disgusting, traumatic, humiliating, and painful experience, which could have been avoided if I had received the reversal surgery when my rectum and anus had fully healed, instead of over five years later and only after I had developed serious complications at the stoma site.

Further Affiant sayeth not.

Dated: 1-28-21

Larry Darnell Cowan

NOTARY PUBLIC: J. Mitchell-Keyes

1/28/2021

T. Mitchell – Keyes
Notary Public, Muskegon County, MI
My Commission Expires 05/31/2026
Acting in the County of Muskegon

4