**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KOHCHISE JACKSON,

         *Plaintiff,*

*v.*

CORIZON HEALTH INC., et al.,

         D*efendants.*

_____/

CASE NO. 19-13382
DISTRICT JUDGE TERRENCE G. BERG
MAGISTRATE JUDGE PATRICIA T. MORRIS

### ORDER ADJOURNING HEARING AS TO ISSUE 1
### AND DENYING MOTION AS TO ISSUE 2 (ECF No. 48)

Plaintiff filed a Motion to Compel (ECF No. 48) and oral argument was held on May 24, 2021. For the reasons further stated on the record, the hearing is adjourned to **June 28, 2021 at 10:00 a.m.** as to issue 1 relating to interrogatory 3. The motion is DENIED WITHOUT PREJUDICE as to issue 2 relating to training materials.

**IT IS ORDERED.**

Date: May 24, 2021

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge