# EXHIBIT

# A

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  JCS**
**COMPLETED BY:  Kaelynn R. Pfeil**          (04/18/2017 5:59 PM) 04/19/2017 4:12 PM

**Patient: KOHCHISE  JACKSON**          **ID#:  445579**          **DOB: 02/05/1982**

Off-site                                                                      Reference #:
Routine                                                                      Date of Request:  04/18/2017
EDR: 03/16/2019
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** General surgery consult for reversal of end colostomy

**Specialty Service Requested:** Surgery

**Provider:** MDOC contractor
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Colostomy status                                        v44.3

**Signs & Symptoms:**                                **Date of Onset:**
Patient is a 34 y/o with history of severe sigmoid diverticulitis complicated by enterovesical fistula while was in county jail, s/p ex-lap on 12/10/16 with resection of affected portion of sigmoid/upper rectum, bladder repair and descending colon end colostomy. He's currently doing well, having functional colostomy, denies abdominal pain or UTIs. He's ready for colostomy reversal for which this 407 is being submitted

**Site Medical Provider:** Mahir H. Alsalman MD          04/18/2017

---

**(For UM use only)**

**Criteria Source:  M & R          Interqual          Other**
**Criteria met:  Yes          No     x     Deferred**


**Reviewer comments:** ATP: Medical necessity not demonstrated at this time. Continue to follow in on site clinic by

NAME:  JACKSON, KOHCHISE M
NUMBER:  445579
D.O.B.:  02/05/1982
CLG_MDOC Records_0037

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  JCS**
**COMPLETED BY:  Kaelynn R. Pfeil          (04/18/2017 5:59 PM) 04/19/2017 4:12 PM**
MSP

**Recommendation for visit appointment:**

**# Visits:**

_____

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  04/19/2017**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  JACKSON, KOHCHISE M
NUMBER:  445579
D.O.B.:  02/05/1982
CLG_MDOC Records_0038

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  JCS**
**COMPLETED BY:  Mahir H. Alsalman, MD        04/18/2017 5:59 PM**

**Patient: KOHCHISE  JACKSON            ID#:  445579        DOB: 02/05/1982**

Off-site                                               Reference #:
Routine                                                Date of Request:  04/18/2017
EDR: 03/16/2019
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Procedure/Test Requested:** General surgery consult for reversal of end colostomy

**Specialty Service Requested:** Surgery

**Provider:** MDOC contractor
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Colostomy status                              v44.3

**Signs & Symptoms:**                         **Date of Onset:**
Patient is a 34 y/o with history of severe sigmoid diverticulitis complicated by enterovesical fistula while was in county jail, s/p ex-lap on 12/10/16 with resection of affected portion of sigmoid/upper rectum, bladder repair and descending colon end colostomy. He's currently doing well, having functional colostomy, denies abdominal pain or UTIs. He's ready for colostomy reversal for which this 407 is being submitted

**Site Medical Provider:** Mahir H. Alsalman MD            04/18/2017

_____

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes        No        Deferred**


**Reviewer comments:**

NAME:  JACKSON, KOHCHISE M
NUMBER:  445579
D.O.B.:  02/05/1982
CLG_MDOC Records_0041

# MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  JCS**
**COMPLETED BY:  Mahir H. Alsalman, MD        04/18/2017 5:59 PM**


**Recommendation for visit appointment:**


**# Visits:**

_____

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**


*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  JACKSON, KOHCHISE M
NUMBER:  445579
D.O.B.:  02/05/1982
CLG_MDOC Records_0042

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    KOHCHISE JACKSON
DATE OF BIRTH:              02/05/1982
DATE:                      04/18/2017 5:59 PM
VISIT TYPE:                Provider Visit-unscheduled

_____

**Chief Complaint/Reason for visit:**

This 35 year old male presents with colostomy status.

**History of Present Illness**

**1.  Colostomy status**

Patient is a 34 y/o with history of severe sigmoid diverticulitis complicated by enterovesical fistula while was in county jail, s/p ex-lap on 12/10/16 with resection of affected portion of sigmoid/upper rectum, bladder repair and descending colon end colostomy. He's currently doing well, having functional colostomy, denies abdominal pain or UTIs. He's ready for colostomy reversal

**Chronic Problems**

Enteritis, regional large intestine

**Past Medical/Surgical History**

| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| Sigmoidectomy 2/2 diverticulitis | 2016 | Colostomy & bowel->bladder fistula repair | |

**Diagnostics History:**

| Test | Date Ordered | Status | Results |
|---|---|---|---|
| X-ray exam of abdomen, complete | 04/07/2017 | completed | |
| PPD 0.1 mL ID | 03/23/2017 | completed | 0 mm |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

**Review of Systems**

**Constitutional:**

Negative for fatigue, fever and night sweats.

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**
Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**
Negative for abdominal pain, constipation, diarrhea and vomiting.

Comments:  Colostomy in place that's functioning well.

## Vital Signs

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|------|------|--------|--------|------|-----|-------|-------|---------------|--------------|
| 04/18/2017 | 6:00 PM | | 206.6 | 97.3 | 118/66 | 64 | 18 | 100 | |

| FiO2 | PeakFlow | Pain Score | Comments | | Measured By |
|------|----------|------------|----------|---|-------------|
| | | | | | Mahir H. Alsalman, MD |

## Physical Exam
**Constitutional:** No apparent distress.  Well nourished and well developed.
**Respiratory:** Normal to inspection.  Lungs clear to auscultation and percussion.
**Cardiovascular:** Regular rhythm.  No murmurs, gallops, or rubs.
**Abdomen:**
Normal abdominal muscles.  Soft, nontender, no organomegaly.
Inspection has detected scar(s).
Abdominal appliances include LLQ colostomy.
There is no abdominal tenderness.
No hepatic enlargement.
No spleen enlargement.
Negative for palpable masses.

## Assessment/ Plan
**Colostomy status** (v44.3)
**- 407 for referral for general surgery is being submitted for reversal of end colostomy**

## Office Services

| Status | ApptDate | Timeframe | Order | Reason | Interpretation |
|--------|----------|-----------|-------|--------|----------------|
| Value | | | | | |
| ordered | 05/02/2017 | | Chart Review/Update : FU on 407 for referral for surgery for colostomy reversal | | |

## Instructions / Education

| Status | Completed | Order | Reason |
|--------|-----------|-------|--------|
| completed | 04/18/2017 | Patient education provided and patient voiced understanding | |

JACKSON, KOHCHISE

445579

02/05/1982

CLG_MDOC Records_0044

**Document generated by: Mahir H. Alsalman, MD 04/18/2017 6:06 PM**

JACKSON, KOHCHISE

445579

02/05/1982

3/{#_OF_PAGES}

CLG_MDOC Records_0045

MICHIGAN DEPARTMENT OF CORRECTIONS
BUREAU OF HEALTH CARE SERVICES

INTRASYTEM TRANSFER SUMMARY- RECEIVING FACILITY

PATIENT: JACKSON, KOHCHISE ,  # 445579
DATE: 04/12/2017 2:17 PM
LOCATION: JCS
CURRENT USER: Deborah K. Divirgilio, LPN

**Subjective**
Patient has a Medical, BH, dental complaint
Currently states that he has a tempoary colostomy and is suppose to have surgery for reversal.

Patient is not currently receiving any medical, dental or mental health treatments including pending specialty care appts.
Patient is not currently on any medication including psychotropic medication.
Patient does not have current medical, dental or mental health complaint(s)/concern(s).
Patient does not have current suicide ideation.
Patient does not have a history of suicidal behavior.
Patient does not have a history of mental health treatment
Patient does not have a history of treatment for substance abuse.
**Objective**
Patient does not show signs of abuse/trauma
General appearance and behavior is appropriate.
No physical deformities observed.
Disabilities/accomodations were reviewed and discussed.
Patient does not have current symptoms of psychosis, depression, anxiety or aggression.
KOP meds not applicable, patient not currently on any medication.
Patient was informed orally and in writing how to access health services and the grievance system.

## Assessment  Inmate Transfer Review

**Plan**
Follow up is needed.
Patient is cleared to General Housing.
**Refer for Follow-up**:

| Disposition | Timeframe | Scheduled With |
|---|---|---|
| MP RNR : New ride in with questions about his colostomy reversal. | 04/14/2017 | Mid Level |

**Document generated by: Deborah K. Divirgilio, LPN 04/12/2017 2:26 PM**

Name: JACKSON, KOHCHISE
ID: 445579
DOB: 02/05/1982
CLG_MDOC Records_0051

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Comments:  Reporting resolution of skin discomfort at stoma.

Reports "pain inside" stoma.

**Genitourinary:**

Negative for dysuria and hematuria.

**Neuro/Psychiatric:**

Negative for gait disturbance.

Negative for psychiatric symptoms.

**Dermatologic:**

Negative for pruritus and rash.

**Musculoskeletal:**

Negative for bone/joint symptoms and muscle weakness.

**<u>Vital Signs</u>**

| <u>Date</u> | <u>Time</u> | <u>Height</u> | <u>Weight</u> | <u>Temp</u> | <u>Bp</u> | <u>Pulse</u> | <u>Resp.</u> | <u>Pulse Ox Rest</u> | <u>Pulse Ox Amb</u> |
|---|---|---|---|---|---|---|---|---|---|
| 04/07/2017 | 10:36 AM | 71.0 | 204.0 | 97.3 | 127/68 | 62 | 15 | | |

| <u>FiO2</u> | <u>PeakFlow</u> | <u>Pain Score</u> | <u>Comments</u> | | <u>Measured By</u> |
|---|---|---|---|---|---|
| | | | | | Rachel C. Tanner, CENA |

**<u>Physical Exam</u>**

**Constitutional:**

No acute distress. Well developed.

**Respiratory:**

Chest can be described as symmetric.  Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.

**Cardiovascular:**

<u>Heart Sounds:</u>  NL S1, NL S2.

<u>Rate and Rhythm:</u>  Heart rate is regular rate.

See also extremities. No edema is present.

**Abdomen:**

Abdomen is not obese.

Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.

Abdominal appliances include left colostomy.

 There is no guarding. There is no rebound.

Comments:  Conferred w/ other MSP.

Stoma deep pink & functioning w/ soft light brown stool & no evidence of melena or hematochezia.

Cont's to verbalize that 'ostomy was to be temporary & reversed. No medical NECESSITY per outside documentation or from

JACKSON, KOHCHISE

445579

02/05/1982

CLG_MDOC Records_0063

conversation w/ surgeon's office (Dr. Kansakar).

**Rectum:**

Comments: Discussed importance of complete PE, including a DRE, but was declined per pt.

Rectal Exam Declined.

**Back / Spine:** The back is non-tender.

**Musculoskeletal:** Normal musculature; no skeletal tenderness or joint deformity.

**Extremities:**

No edema is present.

**Neurological:** Alert and oriented.  Cranial nerves intact.  No motor or sensory deficits.

**Assessment/ Plan**

**Routine medical examination** (v70.0)

**Enteritis, regional large intestine** (555.1), Good.

**Colostomy status** (v44.3), Good.

Plan comments:  Medical clearance to 900 site.

Reviewed and signed CHJ 631 & CHJ 225 and copies given to patient. Also, reviewed syphilis & TB statuses and other available test results with patient.

MP follow-up PRN.

Patient to kite healthcare PRN.

Accommodations/details reviewed.

Educated patient on importance of healthy weight, regular exercise, healthy diet, and avoidance of high risk behaviors.

**Office Services**

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 04/07/2017 | Patient education provided and patient voiced understanding | |
| completed | 04/07/2017 | Reviewed diagnostic study results with patient | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| completed | | X-ray exam of abdomen, complete | | | Pain, post-colostomy |
| 04/07/2017 | | | | | |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| Comments | | | | |
| ordered | CBC2 | CBC with Differential, Platelets | | 04/17/2017 |
| ordered | FERI | FERRITIN | | 04/17/2017 |
| ordered | FOL | FOLATE | | 04/17/2017 |
| ordered | RETIC | RETICULOCYTES | | 04/17/2017 |
| ordered | VB12 | VITAMIN B 12 | | 04/17/2017 |

JACKSON, KOHCHISE

445579

02/05/1982

3/{#_OF_PAGES}

**Document generated by: Ronald E. Drinkert, NP 04/07/2017 2:47 PM**

JACKSON, KOHCHISE

445579

02/05/1982

4/{#_OF_PAGES}

CLG_MDOC Records_0065

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

---

PATIENT: KOHCHISE JACKSON
DATE OF BIRTH: 02/05/1982
DATE: 03/29/2017 10:52 AM
INMATE ID: 445579

---

## Mental Health Services Referral

**TO:** Mental Health Services

**FROM:** Ronald E. Drinkert, NP

**DATE:** 03/29/2017

**R** easoning
**O** rientation
**B** ehavior
**E** motion
**R** ecall/Memory
**T** alk
**A** ppearance
**R** elationships

**Reason for Referral:**

35 year old man, who had a colostomy placed 12/2016 for complications of a chronic GI issue.

Verbalizing concerns re: body image r/t the colostomy and desire to have procedure reversed.

Alert and oriented w/o overt cognitive or thought deficits.

Mildly anxious and fixated on reported miscommunication in county jail that pt. perceives as hindering procedure reversal. Verbalized a number of times at encounter in an almost pleading way to have surgeon contacted, but was not tearful or threatening.

Stated "I am only 35 years old and I cannot have this my whole life" referring to colostomy.

Appropriately groomed and dressed.

Did not talk about outside support system.

No urgent medical issues were reported from the surgeon's office and the colostomy is functional. It is not likely that the colostomy will be reversed in the MDOC.

**Desired Action:**

Evaluate for current level of coping ability and possible need for supportive mental health care r/t body image and other possible issues.

**Response Date:** 03/29/2017

**Response:**