# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:19-cv-13382
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

---

MARGOLIS, GALLAGHER & CROSS
Lawrence H. Margolis (P69635)
Ian T. Cross (P83367)
Attorneys for Plaintiff
214 S. Main St., Suite 200
Ann Arbor, MI 48104
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin K. Scarber (P64532)
Attorneys for Defendants Corizon Health, Inc. and Keith Papendick, M.D.
1441 West Long Lake Road, Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
dscarber@chapmanlawgroup.com

CORBET, SHAW, ESSAD, & BONASSO, PLLC
Daniel R. Corbet (P37306)
Kenneth A. Willis (P55045)
Attorneys for Prime Healthcare Services, Colleen M. Spencer, and David A. Krause
30500 Van Dyke Ave., Suite 500
Warren, MI 48093
(313) 964-6300
daniel.corbet@cseb-law.com
kenneth.willis@cseb-law.com

---

**AFFIDAVIT OF RONALD E. DRINKERT, N.P.**

1

STATE OF MICHIGAN )
                             )SS
COUNTY OF Jackson )

I, Ronald E. Drinkert, N.P., being first duly sworn, deposes and states:

1. My name is Ronald E. Drinkert, N.P.

2. I am a licensed nurse practitioner who provides health care to inmates within the Michigan Department of Corrections. I am employed by Corizon Health.

3. I have reviewed the Michigan Department of Corrections medical chart regarding patient Kohchise Jackson, Inmate Number 445579, pertaining to my treatment of the patient.

4. Based upon my review of the chart, it is my understanding that Mr. Jackson entered the Michigan Department of Corrections on or about March 23, 2017. On March 24, 2017, I saw Mr. Jackson for a healthcare visit, which included a comprehensive history and physical. I was made aware that Mr. Jackson underwent a 2016 colostomy. On March 24, 2017, I issued medical detail orders for Mr. Jackson, which included medical equipment and supplies for his colostomy, including a stomahesive skin barrier, paste, colostomy bags, and wipes. Also, on March 24, 2017, I also counseled him on how to use the colostomy supplies appropriately and properly care for his colostomy.

5. On or about March 29, 2017 and April 7, 2017, in following up and obtaining further information regarding Mr. Jackson's care, I contacted his colostomy

2

surgeon Dr. Kansakar's office and discussed the patient's care. During these conversations, I was advised by Dr. Kansakar's office that there were no urgent medical issues, the colostomy was functional, and there was no medical necessity for a colostomy reversal. I documented these conversations in the patient's Michigan Department of Corrections medical chart.

6. The statements made in this affidavit are true and accurate to the best of my current knowledge, information, and belief.

Dated: August 5, 2021

Ronald E. Drinkert, N.P.

Subscribed and sworn to before me this 5th day of August 2021.

Mary M. Nix, Notary Public
County of Jackson
Acting in Jackson
My Commission Expires: 10/18/2025

3