# EXHIBIT

# C

**Erina Kansakar**
**03/05/2021**

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF MICHIGAN
 2                     SOUTHER DIVISION

 3   KOHCHISE JACKSON,

 4          Plaintiff,            Case No.:  2:19-cv-13382

 5       -v-                      Hon. Terrence G. Berg

 6   CORIZON HEALTH, INC., et al.,

 7          Defendant.
     _____/

 8

 9   PAGE 1 TO 70

10

11        The Zoom recorded deposition of

12        ERINA KANSAKAR, M.D.,

13        Seattle, Washington,

14        Commencing at 1:05 p.m.,

15        Friday, March 5, 2021,

16        Before Cheryl McDowell, CSR-2662.

17

18

19

20

21

22

23

24

25
```


HANSON RENAISSANCE  hansonreporting.com
COURT REPORTERS & VIDEO  313.567.8100

**Erina Kansakar**
03/05/2021
Pages 2..5

**Page 2**

```
1    APPEARANCES:
2    MR. LAURENCE H. MARGOLIS - P69635
3    MR. IAN CROSS - P83367
4    Laurence H. Margolis PC
5    214 South Main Street, Suite 200
6    Ann Arbor, Michigan  48104
7    (734) 994-9590
8    larry@lawinannarbor.com
9    ian@lawinannarbor.com
10        Appearing remotely on behalf of the Plaintiff.
11
12   MR. DANIEL R. CORBET - P37306
13   MR. KENNETH A. WILLIS - P55045
14   Corbet Shaw Essad & Bonasso
15   30500 Van Dyke Avenue, Suite 500
16   Warren, Michigan  48093
17   (313) 964-6300
18   daniel.corbet@cseb-law.com
19   kenneth.willis@cseb-law.com
20        Appearing remotely on behalf of the Defendants
21        Prime Healthcare Services and Colleen Spencer.
22
23
24
25
```

**Page 3**

```
1    APPEARANCES, CONTINUED:
2    MR. DEVLIN K. SCARBER - P64532
3    Chapman Law Group
4    1441 West Long Lake Road
5    Troy, Michigan  48098
6    (248) 644-6326
7    dscarber@chapmanlawgroup.com
8        Appearing remotely on behalf of the Defendant
9        Corizon Health, Inc., and Keith Papendick, M.D.
10
11   MR. MARC OSWALD - P74204
12   Fletcher Fealko Shoudy & Francis PC
13   1411 Third Street, Suite F
14   Port Huron, Michigan  48060
15   (810) 987-8444
16   oswald@fletcherfealko.com
17        Appearing remotely on behalf of the Witness.
18
19   ALSO PRESENT:  MR. NEAL ROGERS, VIDEOGRAPHER
20
21
22
23
24
25
```

**Page 4**

```
1              TABLE OF CONTENTS
2    Witness                            Page
3    ERINA KANSAKAR, M.D.
4
5    EXAMINATION BY MR. CROSS:             6
6    EXAMINATION BY MR. CORBET:           23
7    EXAMINATION BY MR. SCARBER:          32
8    REEXAMINATION BY MR. CROSS:          59
9    REEXAMINATION BY MR. CORBET:         63
10   REEXAMINATION BY MR. SCARBER:        65
11
12              EXHIBITS
13   PLAINTIFF'S EXHIBIT NO. 1             5
14   Procedure Report
15   PLAINTIFF'S EXHIBIT NO. 4             5
16   Fax and Document from Hope Surgical Services
17   DEFENDANTS' EXHIBIT NO. 1             5
18   Note dated February 1, 2017
19   DEFENDANTS' EXHIBIT NO. 2             5
20   Note dated March 29, 2017
21   DEFENDANTS' EXHIBIT NO. 3             5
22   Note dated April 7, 2017
23
24   (Exhibits premarked and retained by Counsel.)
25
```

**Page 5**

```
1    Seattle, Washington
2    Friday, March 5, 2021
3    About 1:05 p.m.
4              - - -
5         (Plaintiff's Exhibits Nos. 1 and 4 and
6         Defendants' Exhibits Nos. 1, 2, and 3
7         premarked and retained by Counsel.)
8         THE VIDEOGRAPHER:  We are on the record.
9    This is the video recorded deposition of Doctor Erina
10   Kansakar being taken remotely via Zoom.  Today is
11   March 5th, 2021, and the time is 1:05 p.m. Eastern
12   Time.
13        Would the attorneys please identify
14   themselves and the court reporter please swear in the
15   witness.
16        MR. CROSS:  Ian Cross for the plaintiff,
17   Kohchise Jackson.
18        MR. CORBET:  Hi.  This is Dan Corbet and
19   Ken Willis, and we're on behalf of Prime Healthcare
20   and Colleen Spencer.
21        MR. OSWALD:  Mark Oswald of behalf of
22   Doctor Erina Kansakar.
23        MR. SCARBER:  Good afternoon.  Devlin
24   Scarber appearing on behalf of the Corizon defendants
25   as well as Doctor Papendick.
```



**Erina Kansakar**
03/05/2021
Pages 6..9

Page 6

1           - - -
2           ERINA KANSAKAR, M.D.,
3    having first been duly remotely sworn, was examined and
4    testified on her oath as follows:
5  EXAMINATION BY MR. CROSS:
6  Q.  Good morning, Doctor Kansakar.  My name is Ian Cross.
7    I represent the plaintiff, Kohchise Jackson.
8         Have you ever had your deposition taken
9    before?
10 **A.  Yes.**
11 Q.  So you know that we need verbal responses, no head
12   nods, yes or no?
13 **A.  Correct.**
14 Q.  And I just want to let you know if you don't
15   understand any of my questions, that's fine.  You can
16   ask me to clarify.
17        Also, this isn't an endurance test, so if
18   you need a break, if you want to go to the bathroom,
19   just let me know, okay?
20 **A.  Okay.**
21 Q.  So did you take the opportunity to review any
22   records --
23 **A.  Yes.**
24 Q.  -- to prepare for this deposition?
25 **A.  Yes.  I got a copy of the medical records, and I did**

Page 7

1    **get a chance to review those records.**
2         THE COURT REPORTER:  Doctor, can you speak
3    up a little bit?  You're soft spoken and it's a little
4    difficult.
5         Okay.  Thank you.
6         **THE WITNESS:  Yes, I did get a copy of all**
7    **the medical records, and I did get a chance to review**
8    **those medical records.**
9  BY MR. CROSS:
10 Q.  Okay.
11        MR. SCARBER:  I don't want to interrupt.
12   Just is there any way we can get more light in the
13   room where the doctor is?
14        **THE WITNESS:  Yeah.  I'm at my home office**
15   **and --**
16        MR. SCARBER:  I see.
17        **THE WITNESS:  Let me see if I can open this**
18   **curtain to get some more light.**
19        MR. SCARBER:  Okay.  I couldn't really see
20   you.  I can definitely hear you, so if that's the
21   case, that's fine.
22        Oh, that's better actually.  Thank you.
23 BY MR. CROSS:
24 Q.  Okay.  So let's start with a little background,
25   Doctor Kansakar.  Can you give us an overview of your

Page 8

1    training and education since high school?
2  **A.  Sure.  I did my medical school at B.P. Koirala**
3    **Institute of Health Sciences in Dharan, Nepal.**
4         **I came to the United States for my general**
5    **surgical residency.  That was from 2006 to 2012.**
6         **After completing my general surgical**
7    **residency, I did a fellowship in minimally invasive**
8    **surgery at Detroit Medical Center from 2012 to 2013.**
9  Q.  What is a residency?
10 **A.  Residency is training in a medical specialty in order**
11   **to be able to practice that specialty.**
12 Q.  And if I heard you correctly, your medical speciality
13   is general surgery?
14 **A.  Correct.**
15 Q.  Are you currently practicing as a general surgeon?
16 **A.  Yes, I am.**
17 Q.  How many years have you practiced general surgery?
18 **A.  I've been in practice since August of 2013.**
19 Q.  Continuously?
20 **A.  Yes.**
21 Q.  Are you board certified?
22 **A.  Yes, I am a board certified general surgeon.**
23 Q.  Where did you work after your fellowship?
24 **A.  After completion of my fellowship, I was at Port Huron**
25   **with Physician Healthcare Network.**

Page 9

1  Q.  And how long did you work there?
2  **A.  I worked there until February of 2018.**
3  Q.  While you were working in Port Huron, did you treat an
4    individual by the name of Kohchise Jackson?
5  **A.  Yes, I did.**
6  Q.  Do you recall what treatment, what condition you
7    provided Mr. Jackson treatment for?
8  **A.  I remember Mr. Jackson, but I do not recall all the**
9    **details.**
10        **After reviewing the medical records, I**
11   **treated him for a complicated sigmoid diverticulitis.**
12 Q.  All right.  I'm going to show you a document.  I'm
13   going to try to share the screen here.
14 **A.  Sure.**
15 Q.  And I want you to look over the document.
16        Can you see it?
17 **A.  Yes.**
18 Q.  All right.  And let me know when you're done reviewing
19   it and if you need me to scroll.
20        And this has been marked as Plaintiff's
21   Exhibit 1.
22 **A.  I'm okay with that.**
23 Q.  Okay.  Do you recognize this document?
24 **A.  Yes.**
25 Q.  What is it?



Erina Kansakar
03/05/2021

Pages 10..13

Page 10

1 A.  This is a procedure report.  I did a colonoscopy for
2     Mr. Jackson.
3 Q.  And I see down here in this findings section, you
4     indicated he has a colovesical fistula, is that
5     correct?
6 A.  Correct.
7 Q.  What is a colovesical fistula?
8 A.  So a colovesical fistula is a condition where there is
9     abnormal communication between the colon and the
10    urinary bladder.
11 Q.  What's a colon?
12 A.  Colon is a part of the GI tract which is it was the
13    end of the gastrointestinal tract where the stool is
14    being formed and kind of sits there before somebody
15    kind of has a bowel movement.
16 Q.  Okay.  And I see above those findings in this
17    recommendation section, you recommended an open
18    sigmoid colectomy, is that correct?
19 A.  Correct.
20 Q.  What is an open sigmoid colectomy?
21 A.  So the open sigmoid colectomy is a surgery where we
22    make an incision right in the middle to identify the
23    colon, usually the sigmoid colon which has a
24    communication with the bladder in this case, to resect
25    that portion of the colon, and that would be a sigmoid

Page 11

1     colectomy.
2 Q.  When you say communication with the bladder, what do
3     you mean by that?
4 A.  That's an abnormal connection.  Sigmoid colon, sigmoid
5     diverticulitis which this patient has is a condition
6     where the colon has these weak pouches or protrusions
7     through -- which are, like, weak points, and that can
8     get infected, as a result of which they can establish
9     abscesses or pus pockets, or it could be complicated
10    and have communication with the adjacent organs like
11    the urinary bladder.
12        So when there is an abnormal connection
13    between the colon and the urinary bladder, it's called
14    a fistula.
15 Q.  All right.  Now, in the recommendations section, you
16    said:  With primary anastomosis.
17        Am I pronouncing that correctly?
18 A.  Correct.
19 Q.  Possible ostomy.
20        What is primary anastomosis?
21 A.  So primary anastomosis is doing a one-stage surgery
22    where the plan is to hook the patient back to
23    establish the natural route at the same time.
24 Q.  So if I'm understanding you correctly, with primary
25    anastomosis, you would do one surgery where you resect

Page 12

1     the infected section of colon and connect the two ends
2     together?
3 A.  Correct.
4 Q.  Okay.  What is an ostomy?
5 A.  So ostomy is a procedure where we do not hook the
6     patient's two ends of the colon together but bring a
7     bag through the abdominal wall so that the bowel --
8     excuse me -- the stool is rerouted into the bag, and
9     basically patient is having bowel movements into a
10    bag.  It's a diversion.
11 Q.  Why would you do a diversion like that, an ostomy,
12    rather than a primary anastomosis?
13 A.  It depends upon the condition during the surgery, if
14    there is a lot of swelling or it would be called
15    edema, a lot of scar tissue.
16        There is a concern that putting the two
17    ends together would result in a potential leak.  Then
18    it would be safer to do an ostomy or a diversion.
19 Q.  Okay.  And for Mr. Jackson, did you perform a primary
20    anastomosis?
21 A.  No, I did not perform a primary anastomosis.
22 Q.  Did you create an ostomy?
23 A.  Yes, I did.
24 Q.  Was that the first time you created an ostomy in your
25    career?

Page 13

1 A.  No.
2 Q.  About how many times have you created an ostomy?
3 A.  I would be -- it would be very hard for me to kind of
4     give a number, but I would say definitely close to a
5     hundred or more.
6 Q.  A hundred or more times.
7        Have you ever --
8        MR. SCARBER:  Just objection to the
9     timeframe.  It hasn't been specified.
10 BY MR. CROSS:
11 Q.  Have you ever reversed an ostomy?
12 A.  Yes, I have.
13 Q.  Do you know approximately how many times you performed
14    that procedure?
15 A.  I do not recall a number just on top of my head.  I'm
16    not able to give an exact number.
17 Q.  But more than once I assume?
18 A.  Absolutely more than once.  More than, again, maybe
19    closer to a hundred or more.
20 Q.  Okay.  So after you created an ostomy for Mr. Jackson,
21    did you prescribe a plan of treatment?
22 A.  Yes, I did.
23 Q.  And did your prescribed plan of treatment include a
24    barium enema?
25 A.  Correct.



Page 14

1 Q.  Why did the plan of treatment -- well, first, what is
2   a barium?
3 A.  A barium enema is a radiological study where contrast
4   which is barium in this case is injected through the
5   rectum or the anal canal or the anal opening to kind
6   of see the anatomy of the rectum and give us idea
7   about the length that's available in the distal -- in
8   the remaining colon -- excuse me -- in the remaining
9   rectum.
10 Q.  And why would you need to know that?
11 A.  It helps with surgical planning to kind of get an idea
12   how much length is available distally to help with the
13   anastomosis or hooking the colon back up.
14       Sometimes it also helps to identify any
15   other abnormality like a mass or a growth.
16 Q.  Did your prescribed plan of treatment include a
17   colostomy reversal surgery in February of 2017?
18 A.  Yes, I did include that as my plan of treatment.
19 Q.  Why did you include that in the plan of treatment?
20       MR. CORBET:  Just for the record, leading
21   on these last couple or that earlier question.  I was
22   trying to unmute it.
23 BY MR. CROSS:
24 Q.  You may answer.
25 A.  Okay.  So my standard care for anybody that gets a

Page 15

1   colostomy is to wait for about six to eight weeks.
2   The reason I wait for six to eight weeks is to reduce
3   any swelling or inflammation or edema from the surgery
4   so that the second surgery or colostomy takedown
5   becomes easier.
6       The goal is to establish the natural route
7   for the patient so that he or she can have natural
8   route to poop and have bowel movements.
9 Q.  Did I hear you use the term standard of care just now?
10 A.  This is my standard practice.
11 Q.  Okay.  Are you familiar with the term standard of
12   care?
13       MR. SCARBER:  I'm just going to place an
14   objection to relevancy.  This isn't a malpractice
15   case.
16       MR. CORBET:  Join.
17 BY MR. CROSS:
18 Q.  You may answer.
19 A.  I'm sorry.  I didn't get that question again.
20   Could you repeat that?
21 Q.  Are you familiar with the term standard of care?
22 A.  Yes, I am.
23 Q.  What is the standard of -- what does that term mean?
24 A.  To me it means what I would normally do in a
25   particular situation or a health condition.

Page 16

1 Q.  Okay.  And I'm going to show you another document.
2       Can you see the document?
3 A.  Yes.
4 Q.  Do you recognize what it is?
5 A.  Yes.  I think this was a letter to kind of make a
6   request for approval for his colostomy reversal
7   surgery.
8 Q.  Okay.  And is that your signature?
9 A.  Yes, it is.
10 Q.  Are you the author of this letter?
11 A.  Yes.
12 Q.  So you wrote:  My recommendation and standard of care
13   for this patient is to have a barium enema x-ray via
14   the distal rectal stump and a colostomy reversal?
15 A.  Correct.
16 Q.  Why did you recommend a colostomy reversal?
17 A.  Colostomy is a diversion, and for this patient, it was
18   meant to be a temporary plan to let the infection
19   settle, and the original plan was to kind of hook him
20   back up.  So that was the plan to do a colostomy
21   reversal.
22 Q.  So were you able to follow your prescribed plan of
23   treatment for this patient?
24 A.  I had plan for tentative surgery in February, but I
25   was told that his surgery was not approved.  So I was

Page 17

1   not able to perform the second surgery for the
2   patient.
3 Q.  Was there a medical reason the patient could not have
4   undergone the second surgery that you were aware of?
5 A.  Not that I'm aware of.  He did not have any other
6   medical conditions that I was aware that would make
7   him ineligible for surgery.
8 Q.  So --
9       MR. CORBET:  Just a relevance objection.
10 BY MR. CROSS:
11 Q.  Would it be fair to say that your prescribed plan of
12   treatment was interfered with for a nonmedical reason?
13       MR. CORBET:  Form and foundation.
14       MR. SCARBER:  Leading.
15       MR. CORBET:  Join.
16 BY MR. CROSS:
17 Q.  You may answer.
18 A.  I do not know that.
19 Q.  Do you know who was responsible for approving or not
20   approving the colostomy reversal surgery that you
21   planned?
22 A.  I do not know that.
23 Q.  Okay.  Let me go back to this exhibit.  This has been
24   marked as Plaintiff's Exhibit 4.
25       MR. SCARBER:  Ian, I don't want to



**Erina Kansakar**
**03/05/2021**                                    **Pages 18..21**

Page 18

1  interrupt, but I got Exhibit 1, and that was her
2  original note.
3        But did we go through 2 and 3 already?
4        MR. CROSS:  No, we haven't.
5        MR. SCARBER:  Okay.  I'm sorry.  All right.
6        MR. CROSS:  I skipped to 4.
7        MR. SCARBER:  Okay.  I thought I missed
8  something.
9  BY MR. CROSS:
10  Q.  Okay.  And I'm going to draw your attention to this
11      last page here, this fax cover sheet.
12        Do you see it says Hope Surgical Services
13      at the top?  What is Hope Surgical Services, if you
14      know?
15  **A.  Hope Surgical Services was the surgical group or the**
16      **surgical division of Physician Healthcare Network.**
17  Q.  And this person that faxed this from, Kathy, do you
18      know who that person is?
19  **A.  Kathy was my office manager at that time.**
20  Q.  Do you know her last name?
21  **A.  I do not remember her last name right now.**
22  Q.  Do you know any other information that would be useful
23      if we wanted to find Kathy to identify her?
24  **A.  I would contact Physical Healthcare Network.**
25  Q.  And I see the fax is to a Colleen.

Page 19

1        Do you know who Colleen is?
2  **A.  I do not know who Colleen is.**
3  Q.  Do you know if this fax was sent at your direction?
4  **A.  I do not remember but I believe so.**
5  Q.  Okay.  Why would you direct your office manager to fax
6      this letter and this document to a Colleen?
7        MR. SCARBER:  Foundation, calls for
8  speculation.
9  BY MR. CROSS:
10  Q.  You may answer.
11        MR. CORBET:  Join.
12  **THE WITNESS:  Usually the protocol is**
13  **whenever we get -- in my practice when we schedule a**
14  **surgery, we get an insurance authorization.**
15  **So it could be that the patient was not**
16  **authorized for surgery, and I wrote this letter to**
17  **make a case for the surgery and asked her to fax it**
18  **over to the insurance company.**
19  **But I do not know for sure if Colleen is a**
20  **part of that because it doesn't say anything, any more**
21  **details.**
22  BY MR. CROSS:
23  Q.  Okay.
24  **A.  Can I take a break?**
25  Q.  Sure.

Page 20

1        How long do you need?
2  **A.  About five minutes.**
3  Q.  Sure.
4  **A.  Thank you.**
5        THE VIDEOGRAPHER:  We are going off the
6  record at 1:27 p.m.
7        (Off the record at 1:27 p.m.)
8        (Back on the record at 1:33 p.m.)
9        THE VIDEOGRAPHER:  We are back on the
10  record at 1:33 p.m.
11  BY MR. CROSS:
12  Q.  Doctor Kansakar, I believe you testified before that
13      you had performed at least dozens, perhaps a hundred
14      colostomy reversal procedures in your career.
15        Do you currently treat patients with
16      Medicare?
17  **A.  Yes, I do.**
18  Q.  Are you a participant in the Medicare program?
19  **A.  Currently I'm employed through CHI which is Franciscan**
20      **Health, Catholic Health Initiative, and I believe I am**
21      **a part of the Medicare provider, but I have to check**
22      **to verify that.**
23  Q.  Have you ever performed a colostomy reversal procedure
24      for a Medicare recipient?
25  **A.  I haven't -- I do not check that to see if it's a**

Page 21

1      **Medicare or any other insurance, so I do not know the**
2      **answer to that.**
3        MR. CORBET:  Relevance objection.
4        MR. SCARBER:  Same.
5  BY MR. CROSS:
6  Q.  Do you typically have issues with health insurance
7      companies declining to cover colostomy reversal
8      procedures?
9        MR. SCARBER:  I'm just going to place an
10  objection.
11        MR. CORBET:  Same objection.
12        MR. SCARBER:  Go ahead.
13        MR. CORBET:  Just same objection, form and
14  foundation.
15        MR. SCARBER:  Same objection to relevancy.
16  BY MR. CROSS:
17  Q.  You may answer.
18  **A.  I'm not aware of.  I do not know.**
19  Q.  You don't know?
20  **A.  No.**
21  Q.  What are -- let me ask you this.  Do you ever place an
22      ostomy with the intention that the ostomy be
23      permanent?
24  **A.  Yes, there are occasions where I would place an ostomy**
25      **knowing that that would be a permanent ostomy.**



Page 22

1 Q. And when would you do that?
2 A. There are certain medical conditions where there could
3    be tumor or cancer which is very low in the colon.  It
4    may involve the sphincter that's responsible for the
5    continence or incontinence.
6         And if that is involved, then,
7    unfortunately, it would not be an option to hook the
8    colostomy back to any remnant there because that would
9    lead to incontinence.
10 Q. I see.
11 A. There could be certain medical conditions like
12    patients having very severe cardiac condition or lung
13    condition which would make another surgery very high
14    risk, and in those individuals, colostomy would be
15    permanent.
16 Q. So barring those situations, would you typically try
17    to reverse a colostomy at some point after you placed
18    it?
19 A. Yes, that would be my recommendation to try and
20    reverse the colostomy.
21         MR. CORBET:  Same objection.
22 BY MR. CROSS:
23 Q. And how long would you typically wait before reversing
24    the colostomy?
25 A. I typically wait between six to eight weeks from the

Page 23

1    original surgery.
2 Q. Would there be a medical reason that you might wait,
3    say, five years?
4         MR. CORBET:  Same objection.
5         THE WITNESS:  Not to my knowledge.
6         MR. CROSS:  Okay.  I don't have further
7    questions.
8         MR. CORBET:  Devlin, would you like to go
9    first or would you like me to go first?
10        MR. SCARBER:  You go ahead and I'll follow.
11 EXAMINATION BY MR. CORBET:
12 Q. Okay.  Hi, Doctor Kansakar.  My name is Dan Corbet.
13    I'm going to ask you a few follow-up questions, okay?
14 A. Sure.
15 Q. You said you remembered the name Kathy.
16        Was that your office manager from the
17    Port Huron office I believe?
18 A. Correct.  She was our office manager at Hope Surgical
19    Services.
20 Q. And do you happen to remember a conversation with her
21    that about this patient in February of 2017?
22 A. No.  It's been long, and I really do not remember any
23    other than what's in the medical records.
24 Q. And I don't blame you one bit.  I wouldn't remember
25    something four years ago, either, that specific, and

Page 24

1    that's why we have some records.
2         So I'm going to see if I can try to refresh
3    your recollection, okay?
4 A. Okay.
5 Q. Let me see if I can pull up a document here.
6         Doctor, can you see the note that I put up
7    on the screen?
8 A. Uh-huh, yes, I can.
9 Q. We can call this Defendant's Exhibit 1.
10        And do you see the date on the left-hand
11    side, it says February 1, 2017?
12 A. Okay.  Yes, I do.
13 Q. And if we read the note, can you read it to yourself,
14    see if it will refresh your recollection?
15 A. Inmate's colostomy reversal is currently pending.  Per
16    Doctor Kansakar's office manager, Kathy, the colostomy
17    reversal is not life threatening or emergent.  When
18    Kathy was asked for a specific timeframe to have the
19    procedure completed per recommended standard of care,
20    she stated there is not a timeframe.  It is not a
21    life-threatening condition.  It is based on personal
22    comfort of the patient.  Inmate's surgery will remain
23    postponed at this time.  Will continue to assess and
24    monitor.  Colleen Dwean.
25 Q. I'm sorry.  Go ahead.

Page 25

1         Okay.  So does that refresh your
2    recollection of having a conversation with Kathy back
3    then?
4 A. No, it doesn't.
5 Q. Let me try another one.
6         Doctor, here's a note from the state
7    prison, and near the bottom of it, can you read -- can
8    you see my mouse?
9 A. Yes, I do.
10 Q. Can you read that, two sentences?
11 A. No urgent -- yeah.  Okay.  No urgent medical issues
12    were reported from the surgeon's office, and the
13    colostomy is functional.  It is not likely that the
14    colostomy will be reversed in the MDOC.
15 Q. Now, do you see the date on this one?
16 A. That is March 29, 2017.
17 Q. All right.  Where it talks about no urgent medical
18    issues were reported from the surgeon's office and the
19    colostomy is functional, do you happen to have a
20    recollection of maybe talking to either your office
21    manager or somebody about the patient back on or about
22    March 29, 2017?
23 A. No.  When I reviewed the medical records, I think the
24    last office note was 1-10, and, unfortunately, I do
25    not have any other, you know, recollection of the



Page 26

1    details.
2 Q.  Okay.  So we'll call this one for the record
3    Defendants' Exhibit 2.  Yeah, 2.
4        So, Doctor, let me try to refresh your
5    recollection with one more note.  Doctor, let me get
6    the date of this thing.  So here's another note from
7    the state prison.
8        Can you read the date of that for us?
9 A.  It's 4-7, 2017.
10 Q.  Okay.  And the only place it mentions surgeon is --
11    can you see where my mouse is and start reading there,
12    just that sentence?
13 A.  No medical necessity per outside documentation or
14    from conversation with surgeon's office,
15    Doctor Kansakar.
16 Q.  So does this refresh your recollection that maybe you
17    had a conversation with somebody either from the state
18    prison or in your office?
19 A.  Unfortunately, I do not.
20 Q.  Okay.  Nobody expects you to.  This is four years ago.
21        So if Kathy had come to you either in
22    February, March, or April and asked you is the
23    reversal of the colostomy medically necessary, would
24    it be correct to say that you may have told her it's
25    not medically necessary, it's more for the preference

Page 27

1    of the patient, is that fair?
2 A.  I cannot say that for sure because in my mind, you
3    know, I want the natural route to be established for
4    the patient.
5 Q.  Certainly.
6        But if you were asked is this more for the
7    preference of the patient or is this a medically
8    necessary procedure, would it be your custom, habit,
9    and procedure if you were asked that question at that
10    time that you may have said, yes, it is more for the
11    preference of the patient than required as a medical
12    necessity?
13        MR. CROSS:  Objection, calls for
14    speculation.
15 BY MR. CORBET:
16 Q.  Do you remember the question, Doctor?
17 A.  Could you repeat that again?
18 Q.  Sure.  If you had talked to somebody in your office,
19    possibly Kathy, in January -- I'm sorry -- in
20    February, March, or April of 2017 and she told you
21    that the jail or the prison had called and wanted to
22    know if this is a medically necessary procedure to
23    reverse the colostomy, is it possible you may have
24    said, well, it's more for the preference of the
25    patient, it's not technically a medically necessary

Page 28

1    procedure.  Based on your custom, habit, and practice,
2    would you have said something along those lines to
3    Kathy?
4 A.  I do not know that.  Usually my answer would be it's a
5    lifestyle-altering procedure for the patient, and
6    it's -- it would be very normal for the patient to
7    have a natural route established.
8        I would recommend colostomy reversal.  The
9    timeframe is usually after the initial six to eight
10    weeks' window.  It's not, it's not definite, like,
11    when I would do it, but, you know, I would prefer to
12    do it within, within some reasonable time as long as
13    the initial six to eight weeks is over, and it could
14    depend upon, you know, surgeon's availability or
15    operating room availability and patient's time
16    preference.
17 Q.  If Kathy had told these -- the persons that called
18    from either the jail and/or the prison, had told them
19    that it was a preference as opposed to a medical
20    necessity, would she have been in error doing that?
21 A.  I do not know if she said that, so I cannot answer
22    that question.
23 Q.  Well, I'm allowed to ask you hypotheticals, and I'm
24    going based on these notes in the chart here, and I
25    showed you three notes.

Page 29

1        If Kathy had actually said something along
2    those lines that it's not medically necessary
3    according to Doctor Kansakar, it's more of a lifestyle
4    preference, are you saying she was in error telling
5    that to the jail person?
6 A.  No, it's not a life-threatening situation.  As I said,
7    it's more of a quality of life.
8 Q.  Okay.  And the term I used was medically necessary I
9    think at one point in time because I think I saw that
10    in one of the notes, so let me use that term again.
11        If Kathy had told someone from the jail or
12    someone from the prison that the reversal of the
13    colostomy was a lifestyle preference as opposed to
14    medically necessary, would Kathy have told us -- told
15    them something that was incorrect?
16 A.  I -- again, it's when you say about medical necessity,
17    it also depends upon, like, the psychological
18    well-being of a person.
19        So if I was a, if I was a patient, I was,
20    you know, I believe he was thirty-four or thirty-five
21    at that time, and I did not have any other medical
22    conditions which would prohibit me from getting a
23    surgery, I would like to have my normal anatomy
24    established so that, you know, I don't have to have a
25    bag which can potentially leak and cause a problem



Page 30

1 and, you know, potential embarrassment.
2        So I would say if you consider the medical
3 well-being of the person both, like, for psychological
4 well-being, for being -- feeling well in general, I
5 think having a colostomy reversal would be much more
6 preferred than having a colostomy.
7        MR. CORBET:  For the record, motion to
8 strike as being way over what I asked.
9 BY MR. CORBET:
10 Q.  Doctor, my question was a little bit shorter and
11 simpler.  If Kathy had told somebody from the jail who
12 called or somebody from the prison who called that the
13 reversal of the colostomy was a lifestyle preference
14 as opposed to a medical necessary procedure, would she
15 have been incorrect to tell them that?
16        MR. CROSS:  Objection, asked and answered.
17 But you can answer.
18        THE WITNESS:  Well, I do not, I do not know
19 that answer, you know.  Yes, as I said, it's something
20 that would be -- it's not a life-threatening
21 condition.
22        If she had said that, again, it's a
23 hypothetical scenario, and I would prefer not to
24 answer hypothetical questions, especially when I
25 wasn't the one who gave that answer.

Page 31

1 BY MR. CORBET:
2 Q.  Right, but we're allowed to ask you hypothetical
3 questions, and we'll get a chance to ask Kathy
4 questions and try to connect the dots.
5        But at this moment, I still need to ask you
6 that question.  Would that have been something
7 incorrect for Kathy to have told the jail or prison or
8 whoever called and talked to her that the reversal was
9 not medically necessary but it is a lifestyle
10 preference?
11 A.  I think I would say it is medically necessary to have
12 the colostomy reversed for the general well-being of
13 the patient.
14 Q.  And is there a time limit on when you think that --
15 strike that.
16        MR. CORBET:  I'm going to move to strike
17 that answer.
18 BY MR. CROSS:
19 Q.  Would Doctor -- Doctor, would Kathy have been
20 incorrect, though, if she told that to the jail
21 person?
22        MR. CROSS:  Objection, asked and answered.
23 BY MR. CORBET:
24 Q.  You can answer the question.  Would Kathy have been
25 incorrect to tell that to the jail person that this

Page 32

1 was not medically necessary, it was a lifestyle
2 preference?
3 A.  I think I would agree with the first part which says
4 it's not medically necessary, but I do not agree with
5 just the second part that it's just a lifestyle
6 preference.  It's for the mental and, you know,
7 psychological well-being to have a normal colostomy, I
8 mean colostomy reversed and having a natural route
9 reestablished.
10        MR. CORBET:  Okay.  Thank you.  That's all
11 I have.
12 EXAMINATION BY MR. SCARBER:
13 Q.  Good afternoon again, Doctor Kansakar.  Devlin Scarber
14 appearing on behalf of the Corizon defendants, the
15 individuals at the -- who provided health care at the
16 Michigan Department of Corrections prison.
17 A.  Good afternoon.
18 Q.  I think I mentioned during our break, if you'd be kind
19 enough to provide Mr. Oswald with a copy of your CV, I
20 guess what we also call a resume, that would be great,
21 and he can get that over to us probably shortly after
22 you provide it to him, and that will give us a little
23 bit more information about your background.
24 A.  That would not be a problem.
25 Q.  Okay.  So thank you.  I sure would appreciate that.

Page 33

1        I'm just going to follow up on the last
2 couple of exhibits that the plaintiff -- I'm sorry --
3 that Mr. Corbet asked you about with respect to those
4 documentations from Kathy who was -- who you indicated
5 was your office manager.  And we discussed the fact
6 that it's -- it was over -- it was four years ago when
7 these conversations or notes took place.
8        Is it fair to say that you're not saying
9 those conversations didn't happen; you're just saying
10 that you can't recall that at this point because now
11 it's four years later?
12 A.  I agree.
13 Q.  Okay.
14 A.  It's been four years, and I do not have the
15 recollection of all the conversations I've had.
16 Q.  So it could have happened, it couldn't have happened,
17 you just don't remember at this point, right?
18 A.  Yes, sir.
19 Q.  Okay.  And with respect to the documentation that was,
20 that was done by the jail health care staff as well as
21 the prison health care staff, they got documentation
22 about a conversation that took place.
23        And as far as you know, you don't have any
24 documentation about that, correct?
25 A.  Yeah.  The last -- this is the first time when it was

Erina Kansakar
03/05/2021                                        Pages 34..37

Page 34

1  shown here at the exhibit that I have seen those two
2  documents.
3  Q. Right.
4  A. **The only communication that I had from my side is the**
5     **note that was a typewritten note on Hope Surgical**
6     **letterhead from January 24th, and that's all I have in**
7     **writing as my reference.**
8  Q. Okay. So the answer to my question would probably be
9     correct then. It's fair to say that you have no
10    documentation regarding anything that would dispute
11    you having such conversations or your office having
12    conversations with the jail on January or -- I'm
13    sorry -- February 1st of 2017 and again with the
14    prison health care professionals on March 29, on or
15    around March 29th, 2017, or April 7th, 2017, correct?
16 A. **Correct.**
17 Q. Now, when you performed your original surgery on
18    Mr. Jackson back in December of 2016, would you
19    consider that that surgery was medically emergent, it
20    was absolutely necessary that you had to perform that
21    surgery immediately for his well-being?
22 A. **Yes. I agree that he needed that surgery sooner than**
23    **later.**
24 Q. And he needed it as soon as possible, correct?
25 A. **Yes, because he was having -- from what I understand,**

Page 35

1  **he had a communication or a fistula between his colon**
2  **and the bladder, as a result of which the stool was**
3  **leaking into the bladder, and he was having urinary**
4  **tract infection.**
5  Q. And when you performed that particular procedure on
6     him on December 10th of 2016, there were risks
7     associated with that procedure, right, even though it
8     was an emergency kind of situation or a medically
9     necessary kind of situation, right?
10 A. **Could you repeat that question, please?**
11 Q. When you performed that colostomy surgery that you
12    performed on him back in December 10th of 2016, there
13    were risks and complications that could have resulted
14    from that surgery even though he needed it. There
15    were risks that were facing him potentially, correct?
16 A. **Correct.**
17 Q. And you advised him of those risks, correct?
18 A. **I think that was -- that would be part of my**
19    **discussion with him.**
20 Q. Okay. Let me move around a little bit here, Doctor.
21    I apologize. If there's a delay on my end, it's
22    because I'm trying to use my screen that's not
23    necessarily connected to my computer. I'm on a cloud,
24    so give me a minute. If there are any delays, I
25    apologize in advance here because I've got to do

Page 36

1  scrolling.
2         MR. CORBET: Devlin, is any of the records
3  I had up there do you want me to pop up for you?
4         MR. SCARBER: No, no. I've got some other
5  stuff.
6         MR. CORBET: All right. No problem.
7         MR. SCARBER: And I'm getting it together.
8  I think once I get rolling, I'll be good.
9  BY MR. SCARBER:
10 Q. Doctor, are you able to see this note on the screen?
11 A. **Yes, I do.**
12 Q. Okay. And this is explaining the risk of anesthesia.
13        Now, I understand you performed -- what was
14    that surgery you performed on him on December the 10th
15    of 2016? What was the name of that?
16 A. **It's called a sigmoid colectomy.**
17 Q. Okay. And there are risks associated with that
18    particular procedure, correct?
19 A. **Correct.**
20 Q. And I've just highlighted one of the risks, and one of
21    the risks is anesthesia, correct?
22 A. **Correct.**
23 Q. And are you able to see this on your screen again?
24 A. **Yes.**
25 Q. Okay. And I think it indicates here that some of

Page 37

1  those complications with anesthesia are possibility of
2  infection, bleeding, drug reaction, blood clots, loss
3  of sensation, loss of limb function, paralysis,
4  stroke, brain damage, heart attack, and death.
5         Did I just read those correctly?
6  A. **Yes.**
7  Q. And those are the things that are explained to the
8     patient before he has a procedure like that, right?
9  A. **Correct.**
10 Q. And that's just with anesthesia, but there's also
11    risks just associated with the surgery, period, and
12    here it indicates that -- are you able to see my
13    screen?
14 A. **Yes, sir.**
15 Q. Here it indicates that these operations and procedures
16    carry the risk of unsuccessful results, complications,
17    injury, or even death.
18        That's correct, right?
19 A. **Yes, sir.**
20 Q. And those are possibilities that can happen with these
21    surgeries, correct?
22 A. **Yes, sir.**
23 Q. And, in fact, you're so concerned about those
24    particular type of things occurring that you actually
25    have the patient sign an informed consent indicating



Erina Kansakar
03/05/2021                                                     Pages 38..41

1  that he's aware that those things could happen, right?
2  A.  Yes.
3  Q.  Give me one second here.  In a perfect world, I would
4     have just photocopied each page and just had it
5     simpler so I didn't have to do all this scrolling.
6           I think I'm on my operative report, but I
7     want to go to a specific page here.
8           Now, this is from your operative report in
9     December of 2016, and can you see what I've kind of
10    highlighted right there?
11 A.  Yes, sir.
12 Q.  And it indicates that even in your -- not just the
13    hospital forms that the patient signed but it also
14    appears that even in your operative report, you double
15    document that you explained the risks and dangers
16    associated with the procedure that you performed,
17    correct?
18 A.  Yes, sir.
19 Q.  And you indicate here that the risks and potential
20    complications could be bleeding, infection,
21    inadvertent urethral injury.  Patient elected to
22    undergo an open sigmoid colectomy but not before you
23    put in here what the risk could be, right?
24 A.  I'm sorry.  Could you explain -- restate the question?
25 Q.  Yeah.  You explained these risks to him, correct?

1  A.  Yes, I did.
2  Q.  All right.  And before you would perform this surgery,
3     he had to understand these risks and be aware that
4     these things could happen, correct?
5  A.  Yes.  That would be part of my practice to explain
6     that to my patients.
7  Q.  And you're not just making this stuff up, right?
8     Something has told you that these things can happen,
9     and that's why you're informing them, right?
10 A.  Yes, sir.
11 Q.  Now, I understand that you indicated that you had a
12    plan to -- you had established a plan of care for
13    Mr. Jackson, and I understand that that was based upon
14    certain things that you wanted to do, particularly in
15    your practice, correct?
16 A.  Yes, that's correct.
17 Q.  As per what your practice is, right?
18 A.  Correct.
19 Q.  Not anybody else's practice but per what your practice
20    is, right?
21 A.  I do not know about other's practice, but that's how I
22    was trained to wait for about six to eight weeks to
23    minimize any swelling and infection and then put the
24    patient or put the colostomy back together.
25 Q.  And I'm just going back to your testimony as well as

1  your letter, and your testimony was very clear when we
2  started this deposition that it's your practice to do
3  that.  Your letter even said my practice or my
4  standard is to do that.
5        You're talking about -- what you're talking
6  about is what you do, correct, not necessarily what
7  everybody else does, right?
8  A.  Yes, sir.
9  Q.  Okay.
10       MR. CROSS:  Objection, mischaracterizes the
11  exhibit.
12 BY MR. SCARBER:
13 Q.  And, in fact, when you -- I've got to ask you, do you
14    have a chart in front of you?
15 A.  Patient's chart, yes, the medical records.
16 Q.  Okay.  And what exactly do you have in front of you?
17    Is that something that you got from the medical
18    office, or what do you have in front of you?
19 A.  So I have my office notes, the operative report, and I
20    have a letter that was written on the Hope Surgical
21    Services letterhead dated January 24th and then a
22    handwritten note dated 12-27.
23 Q.  Okay.  So let's go to your -- do you have your records
24    from your post-op records where you treated
25    Mr. Jackson?

1  A.  Yes, I have access to my post-op records when I saw
2     him after surgery.
3  Q.  Okay.  So the first time you saw Mr. Jackson after
4     surgery, would that have been December 27th, 2016?
5  A.  Let me check real quick.
6           Yes, December 27, 2016.
7  Q.  Okay.  Is this your record here?
8  A.  Yes.
9  Q.  Okay.  This should be -- this is probably what you
10    have in front of you.
11          I know we've got three attorneys here, and
12    I think we've all gotten records, and some of them
13    might -- I think they all say the same thing on them,
14    but maybe they've got a line or two here that's
15    different or one line is on page five instead of page
16    six.  I don't know how they print them out, but I
17    think we've got the same documents here.
18          So this is your December 27th visit in
19    2016.
20 A.  Uh-huh.  Yes, sir.
21 Q.  And you note that his ostomy is pink and productive,
22    right?
23 A.  Correct.
24 Q.  And I seem to remember that they talked about -- this
25    is based upon prior, prior experience I've got with



Page 42

1    colostomies, but there's, like, three Ps in ostomy
2    care, right?  Have you ever heard that?
3  **A.  The three Ps?  I'm not quite sure, sir.**
4  Q.  Pink, patent, and productive.
5  **A.  Okay.  Yes.**
6  Q.  It doesn't matter.  If you haven't heard of it, you
7    haven't heard of it.
8         But you say it's pink and productive,
9    right?
10 **A.  Correct.**
11 Q.  And it's got no problems and no problems with
12   functioning, right?
13 **A.  Not according to my note.**
14 Q.  And you've got written in here no new complaints,
15   right?
16 **A.  Correct.**
17 Q.  That means the patient wasn't complaining to you about
18   anything, right?
19 **A.  No new complaints at that point, correct.**
20 Q.  All right.  Functional colostomy, correct?
21 **A.  Correct.**
22 Q.  You see him again on 1-10, January 10, 2017, right?
23 **A.  Yes, that was my office note from January 10, 2017.**
24 Q.  When you see him on January 10th, 2017, his colostomy
25   was functioning fine, right?

Page 43

1  **A.  Yeah.  It says colostomy was pink and productive.**
2  Q.  Even -- he was even -- even when you did a, you did a
3    physical examination on him, he was able to stand and
4    walk properly, correct?
5  **A.  Yes, I believe so.  It doesn't -- as per my note,**
6    **there was nothing that says he wasn't able to walk.**
7  Q.  And at that point he was not having any issues that
8    you recorded in your report, correct?
9  **A.  Correct.  As per my note, you know, pain was well**
10   **controlled, and some drainage was noted from the**
11   **incision.**
12 Q.  Is there anything indicating here that his colostomy
13   was not functional?
14 **A.  No, sir.**
15 Q.  All right.  In fact, you said it was, right?
16 **A.  Correct.**
17 Q.  Is there anything in here, Doctor, where you have
18   anything noted about this particular patient
19   complaining about he wants a reversal or he absolutely
20   has to have a reversal and he's discussing that with
21   you and discussing anything in detail about how this
22   is affecting him and all that kind of stuff?  I didn't
23   see anything, but you tell me.  Is there anything in
24   here?
25 **A.  Not that I can see.**

Page 44

1  Q.  You certainly didn't document anything like that,
2    right?
3  **A.  Correct.  Again, I did not document that.**
4  Q.  And that, I mean, concerns that are important that you
5    get from a patient you document, right?
6  **A.  Yes.**
7  Q.  Okay.  And this was the last visit that you actually
8    saw Mr. Jackson, January 10th, 2017, correct?
9  **A.  Yeah.  That's the last note I have from the medical**
10   **records, so I believe that's the last time I saw him.**
11 Q.  And I know you had indicated a plan, you know, your
12   plan that you wanted to do or were anticipating doing
13   a reversal, but I didn't see any note where you
14   specifically explained anything about a reversal to
15   Mr. Jackson.
16 **A.  I think there was a handwritten note from**
17   **December 7 -- excuse me -- December 27th which laid**
18   **out a plan for surgery.  It's a handwritten note on my**
19   **office letterhead.  That was part of my -- of the**
20   **medical records that was given to me.**
21 Q.  Did you discuss anything with him on January 10th, the
22   next time you saw him?
23 **A.  I do not know that, sir, because it's not in my**
24   **medical records, and I do not remember what happened**
25   **on that day.**

Page 45

1  Q.  Okay.  And the note you're referencing from
2    December 27th on your letterhead, is that a discussion
3    you had with Mr. Jackson, or is that just some notes
4    that you had written down about a potential plan?
5  **A.  No.  This is what I discussed with the patient I**
6    **believe.  This is, you know, this is a documentation.**
7    **So I'm very much sure that I discussed this with the**
8    **patient.**
9  Q.  But nothing on January 10th, the last time you saw
10   him?
11 **A.  Yeah.  I don't see any, like, repetition of those**
12   **reports.  I do see that, you know, there's a colostomy**
13   **reversal planned for February 9th.**
14 Q.  Okay.  This, this colostomy reversal plan for February
15   9th of 2017, was that a date?  Who picked that date?
16   How did that date even come about, do you know?
17 **A.  The index surgery or the first surgery was on 12-10 I**
18   **believe, and, again, after the surgery is done, I wait**
19   **about six to eight weeks to let all the infection, the**
20   **inflammation, swelling, scarring to settle down.**
21   **So eight weeks from that would put us in**
22   **February, and that's how I chose that tentative date**
23   **to -- depending upon my schedule, the OR availability**
24   **to choose a date.**
25 Q.  Okay.  I got it.  I think I understand this.



Page 46

1        So this date you put in here was really
2   just some calculation that you had from the time you
3   had done the original surgery, right?
4 A.  So, yes.  Again, I would generally wait for six to
5   eight weeks after this kind of surgery to start to do
6   the second surgery because trying to go any time
7   earlier than that would cause a lot of swelling and
8   potentially more harm than or injury because of the,
9   you know, the adhesions or scar tissues.
10        So six to eight weeks' time, make sure that
11   the scars are not as bad, and second surgery is going
12   to be done more easier.
13 Q.  Right.
14        And I think I'm just asking you, though,
15   and you might have answered it, but just my simple
16   question is this date is a date it sounds like that
17   you just selected based upon your calculation of when
18   he would heal and when you thought he could do a
19   surgery, right?
20 A.  Correct.
21 Q.  Okay.  You never spoke with the individual health care
22   professionals at the Michigan Department of
23   Corrections about this or Corizon or any of the health
24   care professions there, correct?
25 A.  I do not recall.

Page 47

1 Q.  Well, let me just tell you this.  He wasn't even in
2   prison at that time in February 9th, 2017.  He wasn't
3   even there yet, so you obviously didn't discuss this
4   with them, correct?
5 A.  I don't think so, sir, but I do not have any notes to
6   refer to that.  So I do not know the answer to that.
7   I don't recall any conversations.
8 Q.  So assuming that he doesn't even get to the Michigan
9   Department of Corrections until March, late March of
10   2017, then you would agree that this was never a plan
11   that you communicated to the health care professionals
12   at the prison, right, assuming that he wasn't even
13   there yet, correct?
14 A.  I do not know, like, how, how or where he was housed
15   during this time, you know.
16        I kind of laid out my plan as per the
17   medical records, you know.  Everything that I did is
18   in the medical records, and, you know, the plan was to
19   do a colostomy reversal with a tentative date of
20   February 9th.
21 Q.  Doctor, I don't want to interrupt you, but I think you
22   might have almost answered my question but not quite
23   answered it, and I don't want to cut you off because I
24   think I got the response to the end of your answer
25   there already.

Page 48

1        But my question is assuming that
2   Mr. Jackson was not even in prison in February of
3   2017, then this particular date that you came up with
4   in December or January is obviously not something that
5   you could have discussed with him because he wasn't
6   even there yet.
7        You would agree with that, right?
8 A.  I'm sorry.  I don't think I understand the
9   hypothetical situation.
10 Q.  The hypothetical is you apparently wrote a note in
11   your record indicating a reversal for February 9th of
12   2017.
13        Now, if Mr. Jackson was not even in prison
14   until after March of 2017, then you would agree that
15   you never discussed the February 9th, 2017, date with
16   the prison?  It's just a simple question.
17 A.  Yeah.  If he wasn't in the prison, then I guess, like,
18   I wouldn't have discussed that.
19 Q.  Okay.
20 A.  It could be any other, like, a patient who would come
21   to my office, and I would discuss the plan with the
22   patient.
23 Q.  Okay.  Now, we know that Mr. Jackson ultimately
24   underwent a reversal surgery on June 9th, June 19th of
25   2019.

Page 49

1        My question for you is did you ever discuss
2   any of the risks and complications that could arise
3   from a reversal surgery with Mr. Jackson?
4 A.  I believe I did, but, again, I'll have to refer to my
5   notes, and I do not recall, like, anything in
6   particular.
7 Q.  Do your notes indicate that just like your prior notes
8   from the hospital where you were telling him, you
9   know, that you were going to proceed with the surgery
10   and you discussed the risks, benefits, and
11   complications of the procedure for the procedure that
12   occurred in December.
13        Do your notes in any way from the Hope
14   Surgical Services or anyplace you saw him as far as
15   you know indicate that you had such discussions with
16   him for a potential reversal surgery in February of
17   2017?
18 A.  Yes, there is a date mentioned that there is, you
19   know, that's the tentative date for surgery, and I
20   believe it mentions in my operative report that I had
21   the discussion, but I may not have documented that in
22   my office note.
23 Q.  Well, let me -- my question might have been confusing.
24   You never got to the -- there was never a reversal
25   surgery done by you in February, so there is no



Page 50

1  operative report regarding that.
2       What I want to know is if any of your
3  office notes where you saw him specifically discuss
4  the risks and complications that could arise from a
5  reversal surgery.
6  A.  There's no documentation that I can see in my notes.
7  Q.  And if you were -- when you get ready to perform a
8  surgery, you actually do document that in your notes,
9  right?  Because I saw one in the December 2016 notes.
10  A.  Yes, but, yes, that's true, I would have documented,
11     but probably it could be that I was waiting or
12     anticipating another meeting, office meeting with him
13     just, like, closer to the surgery date to kind of go
14     over the instructions again, to explain everything in
15     detail.  So that could have been a potential plan.
16  Q.  Right.
17       So I guess what I'm saying is although you
18  had planned to do a surgery, you didn't really
19  complete all of the normal protocols that you would
20  have actually done in order to actually definitively
21  say that that surgery was going to happen, correct?
22  A.  Well, I had plan for sure.  I had, you know, surgical
23     date chosen.  So I would say I had, like, a plan for
24     colostomy reversal.
25       I had -- as per my note, I had mentioned

Page 51

1     that he needs antibiotics one day before surgery.  I
2     had, you know, plan for him to drink the prep for the
3     colostomy reversal at 7:00 a.m. the day before
4     surgery.  I had instructed him to use, like, bath
5     scrubs, special soap scrub.  So I was kind of -- I had
6     done my part in terms of preparing for the second
7     surgery.
8  Q.  But you hadn't gotten around to doing all of the
9  things that you would normally do if you were going to
10  perform a surgery, correct?
11       For instance, we don't have any
12  documentation of you actually discussing the risks and
13  complications and benefits of the procedure like we
14  have in your previous records, and you also wanted a
15  barium enema to be done.
16       So you were still waiting on tests,
17  correct?
18  A.  Yes.  I was still waiting for the workup to be
19     completed at that time, yes.
20  Q.  Right.
21       And it hadn't been completed as of February
22  of 2019 as far as you know, correct?
23  A.  Well, from what I --
24  Q.  Doctor, my question is -- let me strike that.  My
25     question's bad.

Page 52

1       MR. CROSS:  Let her answer the question.
2       MR. SCARBER:  But it was an improper
3  question, and that's why she's having trouble
4  answering.
5  BY MR. SCARBER:
6  Q.  What I should say is as of January 10th, 2017, when
7  you last saw him, there was still things you were
8  waiting on in terms of the final workup before you
9  actually would have performed the surgery, correct?
10  A.  Yes.
11  Q.  Okay.  And it's my understanding that with reversal
12  surgeries, there is also significant risk, right, with
13  colostomy reversal surgeries?
14  A.  Yes.
15  Q.  And, in fact, when he had his surgery done in June of
16  2019, it looks like some of that stuff is discussed.
17  Here's the operative report from the doctor who
18  performed the reversal surgery, and I have highlighted
19  here, it says:  The patient was made aware of risks
20  and benefits of the procedure, including but not
21  limited to the risk of heart attack, stroke, death,
22  infection, the potential need for reoperation and the
23  potential for a leak or potential for damage to
24  surrounding structures including the ureter and
25  genitourinary system.  I probably pronounced that word

Page 53

1  wrong.
2       But do you see that?
3  A.  Yes, sir.
4  Q.  And these are real things that can occur, correct?
5  A.  Yes, sir.
6  Q.  And that's why the doctors explain these things to the
7  patient before they perform these procedures, right,
8  so that they're aware that these are things and
9  complications and risks that can occur, right?
10  A.  Yes, sir.
11  Q.  Now, it also notes in this record, it indicates that
12  the doctor is recognizing the fact that you performed
13  a procedure on him on December 10th, 2016, your
14  exploratory laparotomy with sigmoid colectomy and
15  Hartmann's procedure.  It indicates that the urologist
16  also fixed his urinary bladder.
17       And it says here, can you read that for me?
18  A.  He now has no issues.
19  Q.  All right.  And he didn't have any issues when you saw
20  him last on January 10th, 2017, with respect to the
21  functioning of his colostomy, correct?
22  A.  Yes, sir.
23  Q.  Am I correct in that?
24  A.  Yes, sir, you are correct.
25  Q.  And he didn't have any issues on June --



Page 54

1  A.  I'm sorry.  I didn't get that last part.
2  Q.  And he also didn't have any issues, at least according
3     to the surgeon, on June 19th, 2019, right?
4  A.  As per --
5
6          MR. OSWALD:  Objection with respect to it's
7     calling Doctor Kansakar to testify regarding another
8     doctor's note.  She didn't treat.
9          MR. SCARBER:  Okay.  No speaking
10    objections.
11         What's your objection?
12         MR. OSWALD:  That it's not within her
13    knowledge of what the note was at that time.
14         MR. SCARBER:  So calls for speculation and
15    foundation.  I got it.
16  BY MR. SCARBER:
17  Q.  Per this note, this note is dated surgery as June
18    19th, 2019, correct?
19  A.  Yes, sir.
20  Q.  And in this particular note, I just read it to you,
21    it's highlighted here, he has no issues, correct?
22  A.  Yes, it's written as he has no issues.
23  Q.  Okay.  Now, we talked about complications and medical
24    risks associated with surgeries, particularly your
25    first colostomy -- I'm sorry -- your initial colostomy

Page 55

1     surgery as well as a reversal surgery.
2          I want to take you to a document that was
3     filed with the court by the plaintiffs in this
4     particular case, and this is a document called
5     UpToDate.
6          And you're familiar with UpToDate?
7  A.  Yes, I am.
8  Q.  And this document was filed as ECF number 12-6, page
9     ID 227.
10         And it indicates -- can you read this to
11    yourself here, what's highlighted?
12  A.  Subsequent closure of the colostomy is a technically
13    difficult operation associated with higher -- this is
14    kind of hidden here.
15         Could you move the screen?  It's kind of
16    hidden behind the --
17  Q.  Oh, I'm sorry.
18         MR. CORBET:  You might want to scroll down
19    so it will be at the bottom margin.
20         THE WITNESS:  I'm just going to move my
21    screen a little bit.
22  BY MR. SCARBER:
23  Q.  Are you having difficulty reading it?
24  A.  The videos are kind of blocking the text.
25  Q.  How about, how about there, better?

Page 56

1  A.  Thank you.
2  Q.  Okay.
3  A.  It says:  Subsequent closure of the colostomy is a
4     technically difficult operation associated with high
5     morbidity and mortality rates.  As a result, colostomy
6     closure is only performed in approximately fifty to
7     sixty percent of all patients after a Hartmann
8     procedure.
9  Q.  And you did a Hartmann's procedure, correct?
10  A.  Yes, sir, I did.
11  Q.  And how about this one that I'm going to show you
12    here, starting here.
13  A.  In a retrospective administrative database study of
14    sixteen sixty patients who underwent Hartmann
15    procedure for diverticulitis, only twenty-eight point
16    three percent underwent colostomy reversal within a
17    year.  Outcomes of the reversal surgery were not
18    influenced by the time lapse from the index operation.
19    The optimal timing of colostomy reversal remains
20    undefined and at the discretion of the surgeon.
21  Q.  Now, you don't disagree with that medical literature,
22    do you?
23  A.  No, I do not disagree, but, again, it's quoted only
24    one study, so I do not know if that's, like, that's
25    the -- I'm sure there are other studies kind of giving

Page 57

1     more information.  So it looks like one study there,
2     and it references --
3  Q.  It actually quotes about three studies.
4  A.  I see.
5  Q.  Each one of these items here is a particular study.
6     Let me go down.  So we've got 21, 22, 23, and 24.
7     Hang on a minute.  Let me see if I can go down it.
8          Well, let me just ask you this to save some
9     time here.  What this basically says, these different
10    studies that it's talking about, is basically saying
11    that there can be differences of opinion, differences
12    of opinions amongst doctors regarding colostomy
13    reversal, right, whether we do it, the timing of when
14    it can be done, things like that, correct?
15  A.  Yes, sir.
16  Q.  And you don't disagree with that, right?
17  A.  No, I do not disagree with that.
18  Q.  Okay.
19  A.  Could I take another break?
20  Q.  Yes.
21  A.  Thank you.  For five minutes, please?
22         THE VIDEOGRAPHER:  We're going off the
23    record at 2:35 p.m.
24         (Off the record at 2:35 p.m.)
25         (Back on the record at 2:44 p.m.)

Page 58

1       THE VIDEOGRAPHER:  We are back on the
2   record at 2:44 p.m.
3   BY MR. SCARBER:
4   Q.  Doctor, just to follow up with you regarding what we
5   were talking about when we last left off, here are
6   some of those articles that were filed or that were
7   referenced in a court filing.
8       Are you able to see my screen?
9   A.  Yes, sir.
10  Q.  Okay.  One of the articles being What Proportion of
11  Patients with an Ostomy for Diverticulitis Get
12  Reversed, another one being Restoration of Bowel
13  Continuity After Surgery for Acute Perforated
14  Diverticulitis:  Should Hartmann's Procedure be
15  Considered a One-Stage Procedure, Feasibility and
16  Morbidity of Reversal of Hartmann's, so Avoiding or
17  Reversing Hartmann's Procedures.
18      So there's a number of articles that would
19  seem to indicate that it's certainly within a
20  particular medical provider's medical judgment as to
21  what they are going to do or what they think is
22  appropriate for a particular patient, correct?
23  A.  Correct, sir.
24  Q.  And you don't disagree with that, right?
25  A.  I do not disagree with that.

Page 59

1   Q.  When you're going to do a reversal, essentially what
2   you're trying to do is alter or adjust the patient's
3   body or their body structure, right, back to what it
4   was, correct?
5   A.  Yes, sir.
6   Q.  I mean, you're trying to put a patient back in some
7   kind of original way, correct?
8   A.  Correct.  The goal is to establish the natural
9   continuity.
10  Q.  And it's reconstructive in the sense that you're
11  trying to reform the body structure back to how it was
12  previously in terms of what you indicated in terms of
13  how to have their waste excreted in the original way,
14  correct?
15  A.  Yes, sir.
16      MR. SCARBER:  Doctor Kansakar, I don't
17  think I have anything further.  I want to thank you
18  for your time.
19      THE WITNESS:  Thank you, sir.
20      MR. CROSS:  I have a little bit of
21  redirect.
22  REEXAMINATION BY MR. CROSS:
23  Q.  Doctor Kansakar, I believe you --
24      MR. CORBET:  Is anybody else there, Ian?  I
25  thought we ought to identify everybody in the room.

Page 60

1       MR. CROSS:  Yes.  Larry Margolis is here.
2       MR. MARGOLIS:  Good afternoon, people.  I
3   identified myself with the court reporter.  I
4   apologize if I didn't let you know.  Mr. Margolis,
5   Larry Margolis.
6   BY MR. CROSS:
7   Q.  Doctor Kansakar, I believe you testified about some
8   risks that are associated with the procedure to place
9   the ostomy, is that correct?
10  A.  Could you, could you reframe the question again?
11  Q.  Are there risks associated with the Hartmann's
12  procedure?
13  A.  Yes, there are.
14  Q.  Are there risks associated with a colostomy takedown?
15  A.  Yes, there are.
16  Q.  Are there risks associated with every surgical
17  procedure that involves general anesthesia?
18  A.  Yes, there are.
19  Q.  Do you recommend a surgery when you believe the risks
20  of the surgery outweigh the benefits to the patient?
21  A.  No, I do not.
22      MR. SCARBER:  I'm just going to place an
23  objection to relevance and foundation.
24  BY MR. CROSS:
25  Q.  I believe you testified before that you performed

Page 61

1   perhaps a hundred ostomy placements in your career?
2   A.  That's a rough estimate.  I do not know the exact
3   number.
4   Q.  And did you testify that Mr. Jackson was thirty-four
5   years old at the time you placed his ostomy?
6   A.  I believe as per his date of birth which is 2-5, 1982,
7   he would have been thirty-four years old at that time.
8   Q.  And I believe you testified he had no other medical
9   complications that would make reversal especially
10  difficult or contraindicated, is that correct?
11      MR. SCARBER:  I'm just going to place an
12  objection to asked and answered and leading.
13  BY MR. CROSS:
14  Q.  You may answer.
15  A.  The patient did not have any other medical
16  comorbidities that would make him high risk for
17  colostomy reversal.
18  Q.  Do many of the patients you have placed an ostomy in
19  have comorbidities?
20  A.  Some patients do have comorbidities.
21      I'm sorry.  Sorry about that.
22  Q.  How does Mr. Jackson's age compare to the ages of most
23  of the patients you perform this procedure on?
24      MR. SCARBER:  I'm just going to place an
25  objection now to outside, completely outside the scope



Page 62

1  of my redirect, my direct or my redirect as well as
2  Mr. Corbet's.
3         MR. CORBET:  Join.
4  BY MR. CROSS:
5  Q.  Go ahead.
6  A.  So generally diverticulitis is a condition in older
7     age group, usually sixty or higher age group.  He is a
8     younger individual getting this condition at age
9     thirty-four.
10 Q.  So would it be fair to say that most of the
11    individuals you placed an ostomy in are older and
12    sicker than Mr. Jackson?
13 A.  Yes.
14        MR. SCARBER:  Foundation.
15 BY MR. CROSS:
16 Q.  Okay.  Go ahead.
17 A.  Sorry.  So generally they are older patients than
18    Mr. Jackson, not necessarily always sicker.
19 Q.  Okay.  And is it more difficult to reverse a colostomy
20    in an older patient typically?
21 A.  I do not think technically it is a difficult procedure
22    to reverse the ostomy in an older individual.
23        However, in an older individual, they do
24    have -- they do tend to have more medical
25    comorbidities like a heart condition or a lung

Page 63

1     condition which can be challenging for the
2     postoperative or intraoperative care.
3  Q.  And does that render the procedure higher risk?
4  A.  Yes, it can be a higher risk to perform based upon
5     other medical comorbidities of the patient.
6         MR. CROSS:  Okay.  I don't have further
7     questions.  Thank you for your time, Doctor Kansakar.
8         THE WITNESS:  Thank you, sir.
9  REEXAMINATION BY MR. CORBET:
10 Q.  Doctor, I just have a little bit of follow-up.  This
11    is Dan Corbet again.  Just some housekeeping.
12        I don't know if I identified the April 7th
13    jail note as an exhibit, but if I didn't, it's
14    Defendants' Exhibit 3.
15        And then just, Doctor, you don't have any
16    personal recollection of talking to the jail nurse,
17    Colleen, or any other jail or prison personnel about
18    reversing the colostomy, do you?
19 A.  I do not have any recollection of talking to any other
20    individual in person.  I am just referring to my
21    medical notes at this time.
22 Q.  Right.
23        And I didn't see any notes that you
24    personally talked to anybody at the jail regarding
25    reversing the -- the jail or the prison regarding

Page 64

1     reversing the colostomy, is that fair?
2  A.  I do not see any note in person, but, again, this
3     letter says to whom it may concern.  I'm not sure
4     where it was faxed to.  From what was shown earlier,
5     it was faxed to Colleen, but that's about it.
6  Q.  Okay.  And did you participate -- well, strike that.
7         I showed you several notes from the jail
8     and prison about where it was noted that discussions
9     were held with your office -- in one particular case,
10    Kathy -- about reversing the colostomy.
11        Do you remember me showing you those notes?
12 A.  Yes, sir.
13 Q.  Okay.  You don't know if Kathy told the jail or the
14    prison nurses or personnel that this was medically
15    necessary or not, do you?
16 A.  I do not know that.  From what I recall and referring
17    back to my notes, you know, the letter states that,
18    you know, this is what I would recommend for him, and
19    Kathy at that time being my office manager would have
20    taken the lead on the communication part.
21 Q.  Right.
22        And the letter that you're talking about,
23    that's dated January 24th, correct?
24 A.  Yes, sir.
25 Q.  And the conversation that I talked -- that I showed

Page 65

1     you in the jail note is dated February 1, about a week
2     later, a little more than a week later, correct?
3  A.  Yes.  I believe that was the date, but I currently
4     don't have access to that note.
5  Q.  Okay.  You can take my word for it.  Exhibit --
6     defendants' exhibit does show that it's February 1,
7     2017.  But nowhere in that note -- well, strike that.
8         That note suggests that someone at the
9     jail -- namely, Nurse Colleen -- spoke with your
10    office manager, Kathy, correct?
11 A.  Yes.
12        MR. CORBET:  Thank you.  That's all I have.
13        THE WITNESS:  Thank you.
14 REEXAMINATION BY MR. SCARBER:
15 Q.  Doctor Kansakar, just a couple follow-up questions.
16        First question.  When you were advising
17    Mr. Jackson about the risks and potential
18    complications of these procedures, you didn't tell him
19    you're young, so these things aren't going to happen
20    to you, did you?
21 A.  I'm sorry.  These things refer to --
22 Q.  I'm sorry.  When you were -- let me rephrase my
23    question, and let me be a little more specific.
24    That's my fault.
25        When you were discussing the risks and



Erina Kansakar
03/05/2021
Pages 66..69

Page 66

1   potential complications of this procedure with
2   Mr. Jackson, you didn't tell him, oh, by the way,
3   you're young, so you don't have a risk of infection,
4   you don't have a risk for potential need for
5   reoperation, you don't have a risk for potential
6   leakage or damage to the surrounding structures
7   including the ureter. You didn't tell him that he was
8   at any less risk than anybody else, did you?
9 **A.  No, I did not tell him that he was at any risk. I**
10   **don't think that would -- at least in my note, I don't**
11   **mention that, and I do not recollect.**
12 Q.  Right.
13      And I think you said any risk, but you
14   didn't tell him that he was at any less of a risk than
15   any other person, did you?
16 **A.  Again, that's -- that depends upon every patient and**
17   **their risk factors. It would be hard to compare him**
18   **against an eighty-year-old with a lot of other**
19   **comorbidities. So I don't know if this is less in**
20   **terms of somebody who is eighty versus somebody who is**
21   **fifty.**
22      **Again, looking at his history, he did not**
23   **have any other medical comorbidities, so I would**
24   **assume the risks would be less, but, again, there**
25   **could still be complications like bleeding which is**

Page 67

1   **not an age-related factor or age-related complication.**
2 Q.  And I think you might have answered my question, but
3   let me just ask it in a more defined way.
4      When you were explaining to him the risks
5   and complications of this potential procedure, you
6   didn't tell him when you were explaining this stuff to
7   him that you're only thirty-four years old or you're
8   only -- you're just over thirty, so don't worry about
9   it. You told him these risks because these risks can
10   happen, correct?
11 **A.  I don't believe I told him that just because of his**
12   **age factor.**
13      **The surgery itself has potential risks, and**
14   **that's true with any surgery.**
15 Q.  Okay. So you didn't give him any kind of special,
16   special risks and complications. You told him the
17   same risks and complications that can occur with
18   everybody, right?
19 **A.  Yes, sir.**
20 Q.  Do you see this note here?
21 **A.  Retrograde cystogram, yeah.**
22 Q.  Is this the handwritten note you were referring to?
23 **A.  No, sir.**
24 Q.  Is there a page number at the bottom of the note
25   you're referring to?

Page 68

1 **A.  I think it's page number 91.**
2 Q.  Can you hold it up to your camera because I think
3   we've all got different notes here.
4      All right. Let's take a quick break, and
5   I'll wrap this up. I don't want to waste your time
6   while I'm looking at it on my computer, so let's just
7   take a pause for the cause for a second.
8      THE VIDEOGRAPHER: We're going off the
9   record at 3:00 p.m.
10     (Off the record at 3:00 p.m.)
11     (Back on the record at 3:03 p.m.)
12      THE VIDEOGRAPHER: We are back on the
13   record at 3:03 p.m.
14      MR. SCARBER: Doctor Kansakar, thank you
15   for your time again. I don't have anything further at
16   this time.
17      I would note that we do reserve the right
18   to call you later in the case if we need to for a
19   discovery deposition as we are just at the early
20   stages of discovery in this case.
21      **THE WITNESS: Yes.**
22      MR. CORBET: I'm sorry. Thank you, Doctor.
23   I would join in that request or statement. Thank you.
24      MR. SCARBER: And just for my housekeeping,
25   I tried to reference the records. I think some of us

Page 69

1   might have the same set of records, so, Ian, we'll
2   have to figure out I guess if we're going to be using
3   the same set, same page numbers and all that kind of
4   stuff.
5      But the records I referenced I tried to
6   identify and I think I did on the record, so, but if I
7   need to go back and fix that, you know, I will. But
8   hopefully everything is identified properly in the
9   transcript.
10      MR. CROSS: Sure, no problem.
11      I don't have any further questions, either.
12   Thank you for your time, Doctor Kansakar.
13      **THE WITNESS: Thank you, everybody.**
14      THE VIDEOGRAPHER: This concludes today's
15   deposition. We are off the record at 3:05 p.m.
16
17     (Deposition concluded at 3:05 p.m.)
18
19
20
21
22
23
24
25

**Erina Kansakar**
**03/05/2021**

Page 70

Page 70

```
1   STATE OF MICHIGAN    )
                          )SS.
2   COUNTY OF LIVINGSTON )
3              CERTIFICATE OF NOTARY PUBLIC
4                   I certify that this transcript
5     is a complete, true, and correct record of the
6     testimony of the deponent to the best of my ability
7     taken on Friday, March 5, 2021.
8                   I also certify that prior to
9     taking this deposition, the witness was duly remotely
10    remotely sworn by me to tell the truth.
11                  I also certify that I am not a
12    relative or employee of a party, or a relative or
13    employee of an attorney for a party, have a contract
14    with a party, or am financially interested in the
15    action.
16
17
18
19
20
21
      Cheryl McDowell, CSR-2662
22    Notary Public, Livingston County
      State of Michigan
23    Commission Expires September 13, 2025
24
25
```

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Erina Kansakar
03/05/2021                                                                        1

---

**1**

---

**1**  5:5,6 9:21 18:1 24:9,11 65:1,6

**1-10**  25:24 42:22

**10**  42:22,23

**10th**  35:6,12 36:14 42:24 44:8,21
  45:9 52:6 53:13,20

**12-10**  45:17

**12-27**  40:22

**12-6**  55:8

**1982**  61:6

**19th**  48:24 54:3,18

**1:05**  5:3,11

**1:27**  20:6,7

**1:33**  20:8,10

**1st**  34:13

---

**2**

---

**2**  5:6 18:3 26:3

**2-5**  61:6

**2006**  8:5

**2012**  8:5,8

**2013**  8:8,18

**2016**  34:18 35:6,12 36:15 38:9
  41:4,6,19 50:9 53:13

**2017**  14:17 23:21 24:11 25:16,22
  26:9 27:20 34:13,15 42:22,23,24
  44:8 45:15 47:2,10 48:3,12,14,
  15 49:17 52:6 53:20 65:7

**2018**  9:2

**2019**  48:25 51:22 52:16 54:3,18

**2021**  5:2,11

**21**  57:6

**22**  57:6

**227**  55:9

**23**  57:6

**24**  57:6

**24th**  34:6 40:21 64:23

**27**  41:6

**27th**  41:4,18 44:17 45:2

**29**  25:16,22 34:14

**29th**  34:15

**2:35**  57:23,24

**2:44**  57:25 58:2

---

**3**

---

**3**  5:6 18:3 63:14

**3:00**  68:9,10

**3:03**  68:11,13

**3:05**  69:15,17

---

**4**

---

**4**  5:5 17:24 18:6

**4-7**  26:9

---

**5**

---

**5**  5:2

**5th**  5:11

---

**7**

---

**7**  44:17

**7:00**  51:3

**7th**  34:15 63:12

---

**9**

---

**91**  68:1

**9th**  45:13,15 47:2,20 48:11,15,24

---

**A**

---

**a.m.**  51:3

---

**abdominal**  12:7

**abnormal**  10:9 11:4,12

**abnormality**  14:15

**abscesses**  11:9

**absolutely**  13:18 34:20 43:19

**access**  41:1 65:4

**Acute**  58:13

**adhesions**  46:9

**adjacent**  11:10

**adjust**  59:2

**administrative**  56:13

**advance**  35:25

**advised**  35:17

**advising**  65:16

**affecting**  43:22

**afternoon**  5:23 32:13,17 60:2

**age**  61:22 62:7,8 67:12

**age-related**  67:1

**ages**  61:22

**agree**  32:3,4 33:12 34:22 47:10
  48:7,14

**ahead**  21:12 23:10 24:25 62:5,16

**allowed**  28:23 31:2

**alter**  59:2

**anal**  14:5

**anastomosis**  11:16,20,21,25
  12:12,20,21 14:13

**anatomy**  14:6 29:23

**and/or**  28:18

**anesthesia**  36:12,21 37:1,10
  60:17

**answering**  52:4

**antibiotics**  51:1

**anticipating**  44:12 50:12

**anyplace**  49:14



Erina Kansakar
03/05/2021

2

apologize 35:21,25 60:4

apparently 48:10

appearing 5:24 32:14

appears 38:14

approval 16:6

approved 16:25

approving 17:19,20

approximately 13:13 56:6

April 26:22 27:20 34:15 63:12

arise 49:2 50:4

articles 58:6,10,18

assess 24:23

assume 13:17 66:24

assuming 47:8,12 48:1

attack 37:4 52:21

attention 18:10

attorneys 5:13 41:11

August 8:18

author 16:10

authorization 19:14

authorized 19:16

availability 28:14,15 45:23

Avoiding 58:16

aware 17:4,5,6 21:18 38:1 39:3 52:19 53:8

---

**B**

---

B.P. 8:2

back 11:22 14:13 16:20 17:23 20:8,9 22:8 25:2,21 34:18 35:12 39:24,25 57:25 58:1 59:3,6,11 64:17 68:11,12 69:7

background 7:24 32:23

bad 46:11 51:25

bag 12:7,8,10 29:25

barium 13:24 14:2,3,4 16:13 51:15

barring 22:16

based 24:21 28:1,24 39:13 41:25 46:17 63:4

basically 12:9 57:9,10

bath 51:4

bathroom 6:18

behalf 5:19,21,24 32:14

benefits 49:10 51:13 52:20 60:20

birth 61:6

bit 7:3 23:24 30:10 32:23 35:20 55:21 59:20 63:10

bladder 10:10,24 11:2,11,13 35:2,3 53:16

blame 23:24

bleeding 37:2 38:20 66:25

blocking 55:24

blood 37:2

board 8:21,22

body 59:3,11

bottom 25:7 55:19 67:24

bowel 10:15 12:7,9 15:8 58:12

brain 37:4

break 6:18 19:24 32:18 57:19 68:4

bring 12:6

---

**C**

---

calculation 46:2,17

call 24:9 26:2 32:20 68:18

called 11:13 12:14 27:21 28:17 30:12 31:8 36:16 55:4

calling 54:7

calls 19:7 27:13 54:14

camera 68:2

canal 14:5

cancer 22:3

cardiac 22:12

care 14:25 15:9,12,21 16:12 24:19 32:15 33:20,21 34:14 39:12 42:2 46:21,24 47:11 63:2

career 12:25 20:14 61:1

carry 37:16

case 7:21 10:24 14:4 15:15 19:17 55:4 64:9 68:18,20

Catholic 20:20

Center 8:8

certified 8:21,22

challenging 63:1

chance 7:1,7 31:3

chart 28:24 40:14,15

check 20:21,25 41:5

CHI 20:19

choose 45:24

chose 45:22

chosen 50:23

clarify 6:16

clear 40:1

close 13:4

closer 13:19 50:13

closure 55:12 56:3,6

clots 37:2

cloud 35:23

colectomy 10:18,20,21 11:1 36:16 38:22 53:14

Colleen 5:20 18:25 19:1,2,6,19 24:24 63:17 64:5 65:9

colon 10:9,11,12,23,25 11:4,6,13 12:1,6 14:8,13 22:3 35:1

colonoscopy 10:1

colostomies 42:1

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**colostomy** 14:17 15:1,4 16:6,14,
16,17,20 17:20 20:14,23 21:7
22:8,14,17,20,24 24:15,16
25:13,14,19 26:23 27:23 28:8
29:13 30:5,6,13 31:12 32:7,8
35:11 39:24 42:20,24 43:1,12
45:12,14 47:19 50:24 51:3 52:13
53:21 54:25 55:12 56:3,5,16,19
57:12 60:14 61:17 62:19 63:18
64:1,10

**colovesical** 10:4,7,8

**comfort** 24:22

**communicated** 47:11

**communication** 10:9,24 11:2,10
34:4 35:1 64:20

**comorbidities** 61:16,19,20 62:25
63:5 66:19,23

**companies** 21:7

**company** 19:18

**compare** 61:22 66:17

**complaining** 42:17 43:19

**complaints** 42:14,19

**complete** 50:19

**completed** 24:19 51:19,21

**completely** 61:25

**completing** 8:6

**completion** 8:24

**complicated** 9:11 11:9

**complication** 67:1

**complications** 35:13 37:1,16
38:20 49:2,11 50:4 51:13 53:9
54:23 61:9 65:18 66:1,25 67:5,
16,17

**computer** 35:23 68:6

**concern** 12:16 64:3

**concerned** 37:23

**concerns** 44:4

**concluded** 69:17

**concludes** 69:14

**condition** 9:6 10:8 11:5 12:13
15:25 22:12,13 24:21 30:21
62:6,8,25 63:1

**conditions** 17:6 22:2,11 29:22

**confusing** 49:23

**connect** 12:1 31:4

**connected** 35:23

**connection** 11:4,12

**consent** 37:25

**Considered** 58:15

**contact** 18:24

**continence** 22:5

**continue** 24:23

**continuity** 58:13 59:9

**Continuously** 8:19

**contraindicated** 61:10

**contrast** 14:3

**controlled** 43:10

**conversation** 23:20 25:2 26:14,
17 33:22 64:25

**conversations** 33:7,9,15 34:11,
12 47:7

**copy** 6:25 7:6 32:19

**Corbet** 5:18 14:20 15:16 17:9,13,
15 19:11 21:3,11,13 22:21 23:4,
8,11,12 27:15 30:7,9 31:1,16,23
32:10 33:3 36:2,6 55:18 59:24
62:3 63:9,11 65:12 68:22

**Corbet's** 62:2

**Corizon** 5:24 32:14 46:23

**correct** 6:13 8:14 10:5,6,18,19
11:18 12:3 13:25 16:15 23:18
26:24 33:24 34:9,15,16,24
35:15,16,17 36:18,19,21,22
37:9,18,21 38:17,25 39:4,15,16,
18 40:6 41:23 42:10,16,19,20,21
43:4,8,9,16 44:3,8 46:20,24
47:4,13 50:21 51:10,17,22 52:9

**concludes** 53:4,21,23,24 54:18,21 56:9
57:14 58:22,23 59:4,7,8,14 60:9
61:10 64:23 65:2,10 67:10

**Corrections** 32:16 46:23 47:9

**correctly** 8:12 11:17,24 37:5

**Counsel** 5:7

**couple** 14:21 33:2 65:15

**court** 5:14 7:2 55:3 58:7 60:3

**cover** 18:11 21:7

**create** 12:22

**created** 12:24 13:2,20

**Cross** 5:16 6:5,6 7:9,23 13:10
14:23 15:17 17:10,16 18:4,6,9
19:9,22 20:11 21:5,16 22:22
23:6 27:13 30:16 31:18,22 40:10
52:1 59:20,22 60:1,6,24 61:13
62:4,15 63:6 69:10

**curtain** 7:18

**custom** 27:8 28:1

**cut** 47:23

**CV** 32:19

**cystogram** 67:21

# D

**damage** 37:4 52:23 66:6

**Dan** 5:18 23:12 63:11

**dangers** 38:15

**database** 56:13

**date** 24:10 25:15 26:6,8 45:15,
16,22,24 46:1,16 47:19 48:3,15
49:18,19 50:13,23 61:6 65:3

**dated** 40:21,22 54:17 64:23 65:1

**day** 44:25 51:1,3

**death** 37:4,17 52:21

**December** 34:18 35:6,12 36:14
38:9 41:4,6,18 44:17 45:2 48:4
49:12 50:9 53:13



Erina Kansakar
03/05/2021

4

declining 21:7

Defendant's 24:9

defendants 5:24 32:14

defendants' 5:6 26:3 63:14 65:6

defined 67:3

definite 28:10

definitively 50:20

delay 35:21

delays 35:24

Department 32:16 46:22 47:9

depend 28:14

depending 45:23

depends 12:13 29:17 66:16

deposition 5:9 6:8,24 40:2 68:19
  69:15,17

detail 43:21 50:15

details 9:9 19:21 26:1

Detroit 8:8

Devlin 5:23 23:8 32:13 36:2

Dharan 8:3

differences 57:11

difficult 7:4 55:13 56:4 61:10
  62:19,21

difficulty 55:23

direct 19:5 62:1

direction 19:3

disagree 56:21,23 57:16,17
  58:24,25

discovery 68:19,20

discretion 56:20

discuss 44:21 47:3 48:21 49:1
  50:3

discussed 33:5 45:5,7 48:5,15,
  18 49:10 52:16

discussing 43:20,21 51:12 65:25

discussion 35:19 45:2 49:21

discussions 49:15 64:8

dispute 34:10

distal 14:7 16:14

distally 14:12

diversion 12:10,11,18 16:17

diverticulitis 9:11 11:5 56:15
  58:11,14 62:6

division 18:16

doctor 5:9,22,25 6:6 7:2,13,25
  20:12 23:12 24:6,16 25:6 26:4,5,
  15 27:16 29:3 30:10 31:19 32:13
  35:20 36:10 43:17 47:21 51:24
  52:17 53:12 54:7 58:4 59:16,23
  60:7 63:7,10,15 65:15 68:14,22
  69:12

doctor's 54:8

doctors 53:6 57:12

document 9:12,15,23 16:1,2 19:6
  24:5 38:15 44:1,3,5 50:8 55:2,4,
  8

documentation 26:13 33:19,21,
  24 34:10 45:6 50:6 51:12

documentations 33:4

documented 49:21 50:10

documents 34:2 41:17

dots 31:4

double 38:14

dozens 20:13

drainage 43:10

draw 18:10

drink 51:2

drug 37:2

duly 6:3

Dwean 24:24

E

earlier 14:21 46:7 64:4

early 68:19

easier 15:5 46:12

Eastern 5:11

ECF 55:8

edema 12:15 15:3

education 8:1

eighty 66:20

eighty-year-old 66:18

elected 38:21

else's 39:19

embarrassment 30:1

emergency 35:8

emergent 24:17 34:19

employed 20:19

end 10:13 35:21 47:24

ends 12:1,6,17

endurance 6:17

enema 13:24 14:3 16:13 51:15

Erina 5:9,22 6:2

error 28:20 29:4

essentially 59:1

establish 11:8,23 15:6 59:8

established 27:3 28:7 29:24
  39:12

estimate 61:2

exact 13:16 61:2

examination 6:5 23:11 32:12
  43:3

examined 6:3

excreted 59:13

excuse 12:8 14:8 44:17

exhibit 9:21 17:23,24 18:1 24:9
  26:3 34:1 40:11 63:13,14 65:5,6

exhibits 5:5,6 33:2

expects 26:20



Erina Kansakar
03/05/2021                                                                    5

experience 41:25

explain 38:24 39:5 50:14 53:6

explained 37:7 38:15,25 44:14

explaining 36:12 67:4,6

exploratory 53:14

_____ F _____

facing 35:15

fact 33:5 37:23 40:13 43:15
  52:15 53:12

factor 67:1,12

factors 66:17

fair 17:11 27:1 33:8 34:9 62:10
  64:1

familiar 15:11,21 55:6

fault 65:24

fax 18:11,25 19:3,5,17

faxed 18:17 64:4,5

Feasibility 58:15

February 9:2 14:17 16:24 23:21
  24:11 26:22 27:20 34:13 45:13,
  14,22 47:2,20 48:2,11,15 49:16,
  25 51:21 65:1,6

feeling 30:4

fellowship 8:7,23,24

fifty 56:6 66:21

figure 69:2

filed 55:3,8 58:6

filing 58:7

final 52:8

find 18:23

findings 10:3,16

fine 6:15 7:21 42:25

fistula 10:4,7,8 11:14 35:1

fix 69:7

fixed 53:16

follow 16:22 23:10 33:1 58:4

follow-up 23:13 63:10 65:15

form 17:13 21:13

formed 10:14

forms 38:13

foundation 17:13 19:7 21:14
  54:15 60:23 62:14

Franciscan 20:19

Friday 5:2

front 40:14,16,18 41:10

function 37:3

functional 25:13,19 42:20 43:13

functioning 42:12,25 53:21

_____ G _____

gastrointestinal 10:13

gave 30:25

general 8:4,6,13,15,17,22 30:4
  31:12 60:17

generally 46:4 62:6,17

genitourinary 52:25

GI 10:12

give 7:25 13:4,16 14:6 32:22
  35:24 38:3 67:15

giving 56:25

goal 15:6 59:8

good 5:23 6:6 32:13,17 36:8 60:2

great 32:20

group 18:15 62:7

growth 14:15

guess 32:20 48:17 50:17 69:2

_____ H _____

habit 27:8 28:1

handwritten 40:22 44:16,18

67:22

Hang 57:7

happen 23:20 25:19 33:9 37:20
  38:1 39:4,8 50:21 65:19 67:10

happened 33:16 44:24

hard 13:3 66:17

harm 46:8

Hartmann 56:7,14

Hartmann's 53:15 56:9 58:14,16,
  17 60:11

head 6:11 13:15

heal 46:18

health 8:3 15:25 20:20 21:6
  32:15 33:20,21 34:14 46:21,23
  47:11

Healthcare 5:19 8:25 18:16,24

hear 7:20 15:9

heard 8:12 42:2,6,7

heart 37:4 52:21 62:25

held 64:9

helps 14:11,14

hidden 55:14,16

high 8:1 22:13 56:4 61:16

higher 55:13 62:7 63:3,4

highlighted 36:20 38:10 52:18
  54:21 55:11

history 66:22

hold 68:2

home 7:14

hook 11:22 12:5 16:19 22:7

hooking 14:13

Hope 18:12,13,15 23:18 34:5
  40:20 49:13

hospital 38:13 49:8

housed 47:14

housekeeping 63:11 68:24



**hundred**  13:5,6,19 20:13 61:1

**Huron**  8:24 9:3 23:17

**hypothetical**  30:23,24 31:2 48:9, 10

**hypotheticals**  28:23

---

**I**

**Ian**  5:16 6:6 17:25 59:24 69:1

**ID**  55:9

**idea**  14:6,11

**identified**  60:3 63:12 69:8

**identify**  5:13 10:22 14:14 18:23 59:25 69:6

**immediately**  34:21

**important**  44:4

**improper**  52:2

**inadvertent**  38:21

**incision**  10:22 43:11

**include**  13:23 14:16,18,19

**including**  52:20,24 66:7

**incontinence**  22:5,9

**incorrect**  29:15 30:15 31:7,20,25

**index**  45:17 56:18

**indicating**  37:25 43:12 48:11

**individual**  9:4 46:21 62:8,22,23 63:20

**individuals**  22:14 32:15 62:11

**ineligible**  17:7

**infected**  11:8 12:1

**infection**  16:18 35:4 37:2 38:20 39:23 45:19 52:22 66:3

**inflammation**  15:3 45:20

**influenced**  56:18

**information**  18:22 32:23 57:1

**informed**  37:25

**informing**  39:9

**initial**  28:9,13 54:25

**Initiative**  20:20

**injected**  14:4

**injury**  37:17 38:21 46:8

**Inmate's**  24:15,22

**instance**  51:11

**Institute**  8:3

**instructed**  51:4

**instructions**  50:14

**insurance**  19:14,18 21:1,6

**intention**  21:22

**interfered**  17:12

**interrupt**  7:11 18:1 47:21

**intraoperative**  63:2

**invasive**  8:7

**involve**  22:4

**involved**  22:6

**involves**  60:17

**issues**  21:6 25:11,18 43:7 53:18, 19,25 54:2,21,22

**items**  57:5

---

**J**

**Jackson**  5:17 6:7 9:4,7,8 10:2 12:19 13:20 34:18 39:13 40:25 41:3 44:8,15 45:3 48:2,13,23 49:3 61:4 62:12,18 65:17 66:2

**Jackson's**  61:22

**jail**  27:21 28:18 29:5,11 30:11 31:7,20,25 33:20 34:12 63:13, 16,17,24,25 64:7,13 65:1,9

**January**  27:19 34:6,12 40:21 42:22,23,24 44:8,21 45:9 48:4 52:6 53:20 64:23

**join**  15:16 17:15 19:11 62:3 68:23

**judgment**  58:20

**June**  48:24 52:15 53:25 54:3,17

---

**K**

**Kansakar**  5:10,22 6:2,6 7:25 20:12 23:12 26:15 29:3 32:13 54:7 59:16,23 60:7 63:7 65:15 68:14 69:12

**Kansakar's**  24:16

**Kathy**  18:17,19,23 23:15 24:16, 18 25:2 26:21 27:19 28:3,17 29:1,11,14 30:11 31:3,7,19,24 33:4 64:10,13,19 65:10

**Ken**  5:19

**kind**  10:14,15 13:3 14:5,11 16:5, 19 32:18 35:8,9 38:9 43:22 46:5 47:16 50:13 51:5 55:14,15,24 56:25 59:7 67:15 69:3

**knowing**  21:25

**knowledge**  23:5 54:13

**Kohchise**  5:17 6:7 9:4

**Koirala**  8:2

---

**L**

**laid**  44:17 47:16

**laparotomy**  53:14

**lapse**  56:18

**Larry**  60:1,5

**late**  47:9

**lead**  22:9 64:20

**leading**  14:20 17:14 61:12

**leak**  12:17 29:25 52:23

**leakage**  66:6

**leaking**  35:3

**left**  58:5

**left-hand**  24:10

**length**  14:7,12



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

let all 45:19

letter 16:5,10 19:6,16 40:1,3,20 64:3,17,22

letterhead 34:6 40:21 44:19 45:2

life 24:17 29:7

life-threatening 24:21 29:6 30:20

lifestyle 29:3,13 30:13 31:9 32:1, 5

lifestyle-altering 28:5

light 7:12,18

limb 37:3

limit 31:14

limited 52:21

lines 28:2 29:2

literature 56:21

long 9:1 20:1 22:23 23:22 28:12

loss 37:2,3

lot 12:14,15 46:7 66:18

low 22:3

lung 22:12 62:25

**M**

M.D. 6:2

made 52:19

make 10:22 16:5 17:6 19:17 22:13 46:10 61:9,16

making 39:7

malpractice 15:14

manager 18:19 19:5 23:16,18 24:16 25:21 33:5 64:19 65:10

March 5:2,11 25:16,22 26:22 27:20 34:14,15 47:9 48:14

margin 55:19

Margolis 60:1,2,4,5

Mark 5:21

marked 9:20 17:24

mass 14:15

matter 42:6

MDOC 25:14

means 15:24 42:17

meant 16:18

medical 6:25 7:7,8 8:2,8,10,12 9:10 17:3,6 22:2,11 23:2,23 25:11,17,23 26:13 27:11 28:19 29:16,21 30:2,14 40:15,17 44:9, 20,24 47:17,18 54:23 56:21 58:20 61:8,15 62:24 63:5,21 66:23

medically 26:23,25 27:7,22,25 29:2,8,14 31:9,11 32:1,4 34:19 35:8 64:14

Medicare 20:16,18,21,24 21:1

meeting 50:12

mental 32:6

mention 66:11

mentioned 32:18 49:18 50:25

mentions 26:10 49:20

Michigan 32:16 46:22 47:8

middle 10:22

mind 27:2

minimally 8:7

minimize 39:23

minute 35:24 57:7

minutes 20:2 57:21

mischaracterizes 40:10

missed 18:7

moment 31:5

monitor 24:24

morbidity 56:5 58:16

morning 6:6

mortality 56:5

motion 30:7

mouse 25:8 26:11

move 31:16 35:20 55:15,20

movement 10:15

movements 12:9 15:8

**N**

natural 11:23 15:6,7 27:3 28:7 32:8 59:8

necessarily 35:23 40:6 62:18

necessity 26:13 27:12 28:20 29:16

needed 34:22,24 35:14

Nepal 8:3

Network 8:25 18:16,24

nods 6:12

nonmedical 17:12

normal 28:6 29:23 32:7 50:19

Nos 5:5,6

note 18:2 24:6,13 25:6,24 26:5,6 34:5 36:10 40:22 41:21 42:13,23 43:5,9 44:9,13,16,18 45:1 48:10 49:22 50:25 54:8,13,17,20 63:13 64:2 65:1,4,7,8 66:10 67:20,22, 24 68:17

noted 43:10,18 64:8

notes 28:24,25 29:10 33:7 40:19 45:3 47:5 49:5,7,13 50:3,6,8,9 53:11 63:21,23 64:7,11,17 68:3

number 13:4,15,16 55:8 58:18 61:3 67:24 68:1

numbers 69:3

nurse 63:16 65:9

nurses 64:14

**O**

oath 6:4

objection 13:8 15:14 17:9 21:3, 10,11,13,15 22:21 23:4 27:13



30:16 31:22 40:10 54:6,11 60:23
61:12,25

objections 54:10

occasions 21:24

occur 53:4,9 67:17

occurred 49:12

occurring 37:24

office 7:14 18:19 19:5 23:16,17,
18 24:16 25:12,18,20,24 26:14,
18 27:18 33:5 34:11 40:18,19
42:23 44:19 48:21 49:22 50:3,12
64:9,19 65:10

older 62:6,11,17,20,22,23

one-stage 11:21 58:15

open 7:17 10:17,20,21 38:22

opening 14:5

operating 28:15

operation 55:13 56:4,18

operations 37:15

operative 38:6,8,14 40:19 49:20
50:1 52:17

opinion 57:11

opinions 57:12

opportunity 6:21

opposed 28:19 29:13 30:14

optimal 56:19

option 22:7

order 8:10 50:20

organs 11:10

original 16:19 18:2 23:1 34:17
46:3 59:7,13

ostomy 11:19 12:4,5,11,18,22,24
13:2,11,20 21:22,24,25 41:21
42:1 58:11 60:9 61:1,5,18 62:11,
22

Oswald 5:21 32:19 54:6,12

other's 39:21

Outcomes 56:17

outweigh 60:20

overview 7:25

---

**P**

p.m. 5:3,11 20:6,7,8,10 57:23,24,
25 58:2 68:9,10,11,13 69:15,17

pain 43:9

Papendick 5:25

paralysis 37:3

part 10:12 19:20 20:21 32:3,5
35:18 39:5 44:19 51:6 54:1
64:20

participant 20:18

participate 64:6

patent 42:4

patient 11:5,22 12:9 15:7 16:13,
17,23 17:2,3 19:15 23:21 24:22
25:21 27:1,4,7,11,25 28:5,6
29:19 31:13 37:8,25 38:13,21
39:24 42:17 43:18 44:5 45:5,8
48:20,22 52:19 53:7 58:22 59:6
60:20 61:15 62:20 63:5 66:16

patient's 12:6 28:15 40:15 59:2

patients 20:15 22:12 39:6 56:7,
14 58:11 61:18,20,23 62:17

pause 68:7

pending 24:15

people 60:2

percent 56:7,16

perfect 38:3

Perforated 58:13

perform 12:19,21 17:1 34:20
39:2 50:7 51:10 53:7 61:23 63:4

performed 13:13 20:13,23 34:17
35:5,11,12 36:13,14 38:16 52:9,
18 53:12 56:6 60:25

period 37:11

permanent 21:23,25 22:15

person 18:17,18 29:5,18 30:3
31:21,25 63:20 64:2 66:15

personal 24:21 63:16

personally 63:24

personnel 63:17 64:14

persons 28:17

photocopied 38:4

physical 18:24 43:3

Physician 8:25 18:16

picked 45:15

pink 41:21 42:4,8 43:1

place 15:13 21:9,21,24 26:10
33:7,22 60:8,22 61:11,24

placements 61:1

plaintiff 5:16 6:7 33:2

plaintiff's 5:5 9:20 17:24

plaintiffs 55:3

plan 11:22 13:21,23 14:1,16,18,
19 16:18,19,20,22,24 17:11
39:12 44:11,12,18 45:4,14
47:10,16,18 48:21 50:15,22,23
51:2

planned 17:21 45:13 50:18

planning 14:11

pockets 11:9

point 22:17 29:9 33:10,17 42:19
43:7 56:15

points 11:7

poop 15:8

pop 36:3

Port 8:24 9:3 23:17

portion 10:25

possibilities 37:20

possibility 37:1

possibly 27:19



post-op  40:24 41:1

postoperative  63:2

postponed  24:23

potential  12:17 30:1 38:19 45:4
  49:16 50:15 52:22,23 65:17
  66:1,4,5 67:5,13

potentially  29:25 35:15 46:8

pouches  11:6

practice  8:11,18 15:10 19:13
  28:1 39:5,15,17,19,21 40:2,3

practiced  8:17

practicing  8:15

prefer  28:11 30:23

preference  26:25 27:7,11,24
  28:16,19 29:4,13 30:13 31:10
  32:2,6

preferred  30:6

premarked  5:7

prep  51:2

prepare  6:24

preparing  51:6

prescribe  13:21

prescribed  13:23 14:16 16:22
  17:11

previous  51:14

previously  59:12

primary  11:16,20,21,24 12:12,19,
  21

Prime  5:19

print  41:16

prior  41:25 49:7

prison  25:7 26:7,18 27:21 28:18
  29:12 30:12 31:7 32:16 33:21
  34:14 47:2,12 48:2,13,16,17
  63:17,25 64:8,14

problem  29:25 32:24 36:6 69:10

problems  42:11

procedure  10:1 12:5 13:14 20:23
  24:19 27:8,9,22 28:1,5 30:14
  35:5,7 36:18 37:8 38:16 49:11
  51:13 52:20 53:13,15 56:8,9,15
  58:14,15 60:8,12,17 61:23 62:21
  63:3 66:1 67:5

procedures  20:14 21:8 37:15
  53:7 58:17 65:18

proceed  49:9

productive  41:21 42:4,8 43:1

professionals  34:14 46:22 47:11

professions  46:24

program  20:18

prohibit  29:22

pronounced  52:25

pronouncing  11:17

properly  43:4 69:8

Proportion  58:10

protocol  19:12

protocols  50:19

protrusions  11:6

provide  32:19,22

provided  9:7 32:15

provider  20:21

provider's  58:20

Ps  42:1,3

psychological  29:17 30:3 32:7

pull  24:5

pus  11:9

put  24:6 38:23 39:23,24 45:21
  46:1 59:6

putting  12:16

**Q**

quality  29:7

question  14:21 15:19 27:9,16
  28:22 30:10 31:6,24 34:8 35:10

38:24 46:16 47:22 48:1,16 49:1,
  23 51:24 52:1,3 60:10 65:16,23
  67:2

question's  51:25

questions  6:15 23:7,13 30:24
  31:3,4 63:7 65:15 69:11

quick  41:5 68:4

quoted  56:23

quotes  57:3

**R**

radiological  14:3

rates  56:5

reaction  37:2

read  24:13 25:7,10 26:8 37:5
  53:17 54:20 55:10

reading  26:11 55:23

ready  50:7

real  41:5 53:4

reason  15:2 17:3,12 23:2

reasonable  28:12

recall  9:6,8 13:15 33:10 46:25
  47:7 49:5 64:16

recipient  20:24

recognize  9:23 16:4

recognizing  53:12

recollect  66:11

recollection  24:3,14 25:2,20,25
  26:5,16 33:15 63:16,19

recommend  16:16 28:8 60:19
  64:18

recommendation  10:17 16:12
  22:19

recommendations  11:15

recommended  10:17 24:19

reconstructive  59:10



Erina Kansakar
03/05/2021

10

**record**  5:8 14:20 20:6,7,8,10 26:2
  30:7 41:7 48:11 53:11 57:23,24,
  25 58:2 68:9,10,11,13 69:6,15

**recorded**  5:9 43:8

**records**  6:22,25 7:1,7,8 9:10
  23:23 24:1 25:23 36:2 40:15,23,
  24 41:1,12 44:10,20,24 47:17,18
  51:14 68:25 69:1,5

**rectal**  16:14

**rectum**  14:5,6,9

**redirect**  59:21 62:1

**reduce**  15:2

**reestablished**  32:9

**REEXAMINATION**  59:22 63:9
  65:14

**refer**  47:6 49:4 65:21

**reference**  34:7 68:25

**referenced**  58:7 69:5

**references**  57:2

**referencing**  45:1

**referring**  63:20 64:16 67:22,25

**reform**  59:11

**reframe**  60:10

**refresh**  24:2,14 25:1 26:4,16

**relevance**  17:9 21:3 60:23

**relevancy**  15:14 21:15

**remain**  24:22

**remaining**  14:8

**remains**  56:19

**remember**  9:8 18:21 19:4 23:20,
  22,24 27:16 33:17 41:24 44:24
  64:11

**remembered**  23:15

**remnant**  22:8

**remotely**  5:10 6:3

**render**  63:3

**reoperation**  52:22 66:5

**repeat**  15:20 27:17 35:10

**repetition**  45:11

**rephrase**  65:22

**report**  10:1 38:6,8,14 40:19 43:8
  49:20 50:1 52:17

**reported**  25:12,18

**reporter**  5:14 7:2 60:3

**reports**  45:12

**represent**  6:7

**request**  16:6 68:23

**required**  27:11

**rerouted**  12:8

**resect**  10:24 11:25

**reserve**  68:17

**residency**  8:5,7,9,10

**respect**  33:3,19 53:20 54:6

**response**  47:24

**responses**  6:11

**responsible**  17:19 22:4

**restate**  38:24

**Restoration**  58:12

**result**  11:8 12:17 35:2 56:5

**resulted**  35:13

**results**  37:16

**resume**  32:20

**retained**  5:7

**Retrograde**  67:21

**retrospective**  56:13

**reversal**  14:17 16:6,14,16,21
  17:20 20:14,23 21:7 24:15,17
  26:23 28:8 29:12 30:5,13 31:8
  43:19,20 44:13,14 45:13,14
  47:19 48:11,24 49:3,16,24 50:5,
  24 51:3 52:11,13,18 55:1 56:16,
  17,19 57:13 58:16 59:1 61:9,17

**reverse**  22:17,20 27:23 62:19,22

**reversed**  13:11 25:14 31:12 32:8
  58:12

**reversing**  22:23 58:17 63:18,25
  64:1,10

**review**  6:21 7:1,7

**reviewed**  25:23

**reviewing**  9:10,18

**risk**  22:14 36:12 37:16 38:23
  52:12,21 61:16 63:3,4 66:3,4,5,
  8,9,13,14,17

**risks**  35:6,13,15,17 36:17,20,21
  37:11 38:15,19,25 39:3 49:2,10
  50:4 51:12 52:19 53:9 54:24
  60:8,11,14,16,19 65:17,25 66:24
  67:4,9,13,16,17

**rolling**  36:8

**room**  7:13 28:15 59:25

**rough**  61:2

**route**  11:23 15:6,8 27:3 28:7 32:8

— — —

**S**

**safer**  12:18

**save**  57:8

**scar**  12:15 46:9

**Scarber**  5:23,24 7:11,16,19 13:8
  15:13 17:14,25 18:5,7 19:7 21:4,
  9,12,15 23:10 32:12,13 36:4,7,9
  40:12 52:2,5 54:9,14,16 55:22
  58:3 59:16 60:22 61:11,24 62:14
  65:14 68:14,24

**scarring**  45:20

**scars**  46:11

**scenario**  30:23

**schedule**  19:13 45:23

**school**  8:1,2

**Sciences**  8:3

**scope**  61:25


hansonreporting.com
313.567.8100

screen 9:13 24:7 35:22 36:10,23
   37:13 55:15,21 58:8

scroll 9:19 55:18

scrolling 36:1 38:5

scrub 51:5

scrubs 51:5

Seattle 5:1

section 10:3,17 11:15 12:1

selected 46:17

sensation 37:3

sense 59:10

sentence 26:12

sentences 25:10

Services 18:12,13,15 23:19
   40:21 49:14

set 69:1,3

settle 16:19 45:20

severe 22:12

share 9:13

sheet 18:11

shorter 30:10

shortly 32:21

show 9:12 16:1 56:11 65:6

showed 28:25 64:7,25

showing 64:11

shown 34:1 64:4

sicker 62:12,18

side 24:11 34:4

sigmoid 9:11 10:18,20,21,23,25
   11:4 36:16 38:22 53:14

sign 37:25

signature 16:8

signed 38:13

significant 52:12

simple 46:15 48:16

simpler 30:11 38:5

sir 33:18 37:14,19,22 38:11,18
   39:10 40:8 41:20 42:3 43:14
   44:23 47:5 53:3,5,10,22,24
   54:19 56:10 57:15 58:9,23 59:5,
   15,19 63:8 64:12,24 67:19,23

sits 10:14

situation 15:25 29:6 35:8,9 48:9

situations 22:16

sixteen 56:14

sixty 56:7,14 62:7

skipped 18:6

soap 51:5

soft 7:3

sooner 34:22

sounds 46:16

speak 7:2

speaking 54:9

special 51:5 67:15,16

speciality 8:12

specialty 8:10,11

specific 23:25 24:18 38:7 65:23

specifically 44:14 50:3

speculation 19:8 27:14 54:14

Spencer 5:20

sphincter 22:4

spoke 46:21 65:9

spoken 7:3

staff 33:20,21

stages 68:20

stand 43:3

standard 14:25 15:9,10,11,21,23
   16:12 24:19 40:4

start 7:24 26:11 46:5

started 40:2

starting 56:12

state 25:6 26:7,17

stated 24:20

statement 68:23

states 8:4 64:17

stool 10:13 12:8 35:2

strike 30:8 31:15,16 51:24 64:6
   65:7

stroke 37:4 52:21

structure 59:3,11

structures 52:24 66:6

studies 56:25 57:3,10

study 14:3 56:13,24 57:1,5

stuff 36:5 39:7 43:22 52:16 67:6
   69:4

stump 16:14

Subsequent 55:12 56:3

suggests 65:8

surgeon 8:15,22 26:10 54:3
   56:20

surgeon's 25:12,18 26:14 28:14

surgeries 37:21 52:12,13 54:24

surgery 8:8,13,17 10:21 11:21,25
   12:13 14:17 15:3,4 16:7,24,25
   17:1,4,7,20 19:14,16,17 22:13
   23:1 24:22 29:23 34:17,19,21,22
   35:11,14 36:14 37:11 39:2 41:2,
   4 44:18 45:17,18 46:3,5,6,11,19
   48:24 49:3,9,16,19,25 50:5,8,13,
   18,21 51:1,4,7,10 52:9,15,18
   54:17 55:1 56:17 58:13 60:19,20
   67:13,14

surgical 8:5,6 14:11 18:12,13,15,
   16 23:18 34:5 40:20 49:14 50:22
   60:16

surrounding 52:24 66:6

swear 5:14

swelling 12:14 15:3 39:23 45:20
   46:7

sworn 6:3



**Erina Kansakar**
**03/05/2021**

12

**system** 52:25

---

**T**

---

**takedown** 15:4 60:14

**talked** 27:18 31:8 41:24 54:23 63:24 64:25

**talking** 25:20 40:5 57:10 58:5 63:16,19 64:22

**talks** 25:17

**technically** 27:25 55:12 56:4 62:21

**telling** 29:4 49:8

**temporary** 16:18

**tend** 62:24

**tentative** 16:24 45:22 47:19 49:19

**term** 15:9,11,21,23 29:8,10

**terms** 51:6 52:8 59:12 66:20

**test** 6:17

**testified** 6:4 20:12 60:7,25 61:8

**testify** 54:7 61:4

**testimony** 39:25 40:1

**tests** 51:16

**text** 55:24

**thing** 26:6 41:13

**things** 37:7,24 38:1 39:4,8,14 51:9 52:7 53:4,6,8 57:14 65:19, 21

**thirty** 67:8

**thirty-five** 29:20

**thirty-four** 29:20 61:4,7 62:9 67:7

**thought** 18:7 46:18 59:25

**threatening** 24:17

**time** 5:11,12 11:23 12:24 18:19 24:23 27:10 28:12,15 29:9,21 31:14 33:25 41:3 44:10,22 45:9 46:2,6,10 47:2,15 51:19 54:13

56:18 57:9 59:18 61:5,7 63:7,21 64:19 68:5,15,16 69:12

**timeframe** 13:9 24:18,20 28:9

**times** 13:2,6,13

**timing** 56:19 57:13

**tissue** 12:15

**tissues** 46:9

**Today** 5:10

**today's** 69:14

**told** 16:25 26:24 27:20 28:17,18 29:11,14 30:11 31:7,20 39:8 64:13 67:9,11,16

**top** 13:15 18:13

**tract** 10:12,13 35:4

**trained** 39:22

**training** 8:1,10

**transcript** 69:9

**treat** 9:3 20:15 54:8

**treated** 9:11 40:24

**treatment** 9:6,7 13:21,23 14:1, 16,18,19 16:23 17:12

**trouble** 52:3

**true** 50:10 67:14

**tumor** 22:3

**twenty-eight** 56:15

**type** 37:24

**typewritten** 34:5

**typically** 21:6 22:16,23,25 62:20

---

**U**

---

**Uh-huh** 24:8 41:20

**ultimately** 48:23

**undefined** 56:20

**undergo** 38:22

**undergone** 17:4

**understand** 6:15 34:25 36:13 39:3,11,13 45:25 48:8

**understanding** 11:24 52:11

**underwent** 48:24 56:14,16

**United** 8:4

**unmute** 14:22

**unsuccessful** 37:16

**Uptodate** 55:5,6

**ureter** 52:24 66:7

**urethral** 38:21

**urgent** 25:11,17

**urinary** 10:10 11:11,13 35:3 53:16

**urologist** 53:15

---

**V**

---

**verbal** 6:11

**verify** 20:22

**versus** 66:20

**video** 5:9

**videos** 55:24

**visit** 41:18 44:7

---

**W**

---

**wait** 15:1,2 22:23,25 23:2 39:22 45:18 46:4

**waiting** 50:11 51:16,18 52:8

**walk** 43:4,6

**wall** 12:7

**wanted** 18:23 27:21 39:14 44:12 51:14

**Washington** 5:1

**waste** 59:13 68:5

**weak** 11:6,7

**week** 65:1,2

**weeks** 15:1,2 22:25 28:13 39:22
  45:19,21 46:5

**weeks'** 28:10 46:10

**well-being** 29:18 30:3,4 31:12
  32:7 34:21

**Willis** 5:19

**window** 28:10

**word** 52:25 65:5

**work** 8:23 9:1

**worked** 9:2

**working** 9:3

**workup** 51:18 52:8

**world** 38:3

**worry** 67:8

**wrap** 68:5

**writing** 34:7

**written** 40:20 42:14 45:4 54:22

**wrong** 53:1

**wrote** 16:12 19:16 48:10

---

### X

**x-ray** 16:13

---

### Y

**year** 56:17

**years** 8:17 23:3,25 26:20 33:6,
  11,14 61:5,7 67:7

**young** 65:19 66:3

**younger** 62:8

---

### Z

**Zoom** 5:10


hansonreporting.com
313.567.8100