Jan. 24 2017 2:31PM                                                                 No. 791   P. 2



Kim Clark-Paul, M.D., F.A.C.S.
Karen McFarlane, M.D.
Erina Kansakar, M.D.
A. Waqas Ahad, M.D., F.I.C.S.
Vicki Gould-Kling, M.S.N., N.P.

January 24, 2017

Re: Kohchise Jackson

DOB ❌

To Whom It May Concern:

Patient was seen 1/10/2017 post operatively for a Hartman's procedure for colovesical fistula secondary to complicated sigmoid diverticulitis. My recommendation and standard of care for this patient is to have a Barium Enema x-ray via the distal rectal stump and a colostomy reversal. Please see attached office note.

If you have any further questions, please call our office.

Sincerely,

Erina Kansakar, M.D.

when?

Sandusky            1216 Washington Avenue • Port Huron, MI 48060            Marlette
(810) 648-0565              (810) 982-1111 • Fax (810) 982-6848              (989) 635-4344

84