


Kim Clark-Paul, M.D., F.A.C.S.
Karen McFarlane, M.D.
Erina Kansakar, M.D.
A. Waqas Ahad, M.D., F.I.C.S.
Vicki Gould-Kling, M.S.N., N.P.

Kohchise Jackson   DOB: 2/5/82   Date: 12/27/16

- Patient seen in office today
- Needs retrograde cystogram 12/29/2016 ✓
- If negative for leak, remove Foley → 1/3/17 at Hope Office
- Surgery — colostomy reversal in Lake Huron Medical Center 2/9/2017
- Needs oral antibiotics 1 day before surgery 3 doses
- Needs to drink the Suprep starting at 7am on 2/8/2017
- Needs to bath using same soap
- Needs to use incentive spirometry every 10 min while awake till surgery
- Follow up appointment on Tuesday Jan 3rd

E. Kansakar   [signature]

Sandusky          1216 Washington Avenue • Port Huron, MI 48060          Marlette
(810) 648-0585          (810) 982-1111 • Fax (810) 982-8843          (989) 635-1344

91