**Request #003538482**

| | |
|---|---|
| **Profile Photo:**  Released | **Inmate Info**<br><br>**Name:** Kohchise Jackson<br>**Booking Number:** 156293<br>**Submitted Date:** 01/31/17 13:35<br>**Submitted from Location/Room:** E\|OB\|01\|/E Pod<br>**Current Location/Room:** \|\|\|/-<br>**Facility:** St Clair MI |
| **Audit Photo:**  | **Form Info**<br><br>**Category:** Medical<br>**Form:** Medical Kite |
| | **Request Info**<br><br>**Status:** CLOSED **by** Nurse Colleen |

**Summary of Request:**

Surgery is being postponed

**Details of Request:**

**Nature of Illness: :**
*be specific*
My surgery is being postponed and my surgeon told me she is waiting on some one to get in touch with her and let her know who is paying so she can continue

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/01/17 10:31 | Nurse Colleen | Changed Status | From 'Open' to 'Closed' |
| **02/01/17 10:31** | **Nurse Colleen** | **Staff Response** | **The surgery remains postponed at this time. The surgeon's office is fully aware of how and who to bill. Thank you.** |
| *02/01/17 10:31* | *Nurse Colleen* | *Internal Note* | *The Inmate's surgery is postponed at this time due to the fact that it is not emergent or life threatening. The surgeon's office is fully aware of how to bill.* |
| 02/01/17 10:29 | Nurse Colleen | Changed Status | From 'Closed' to 'Open' |
| 01/31/17 18:19 | Nurse Cari | Changed Status | From 'Open' to 'Closed' |
| *01/31/17 18:19* | *Nurse Cari* | *Internal Note* | *Will leave for Colleen/Closed/CMc* |
| **01/31/17 18:18** | **Nurse Cari** | **Staff Response** | **We are looking into this and we appreciate your patience. Thank you, Medical** |
| 01/31/17 13:35 | **Kohchise Jackson** | **Submitted New** | **Surgery is being postponed** |

## Request #003574920

**Profile Photo:**





**Audit Photo:**

**Inmate Info**

**Name:** Kohchise Jackson
**Booking Number:** 156293
**Submitted Date:** 02/07/17 15:25
**Submitted from Location/Room:** E|OD|02|/E Pod
**Current Location/Room:** |||/-
**Facility:** St Clair MI

**Form Info**

**Category:** Medical
**Form:** Medical Kite

Request Info

**Status:** CLOSED **by** Nurse Colleen

**Summary of Request:**

Need to have my surgery

**Details of Request:**

**Nature of Illness: :**
*be specific*
I get sentenced on March 21 that is more then enough time to have my surgery will I have my surgery before its time to go? Because I'm not trying to be stuck with this bag for life

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/09/17 15:21 | Nurse Colleen | Changed Status | From 'Open' to 'Closed' |
| 02/09/17 15:21 | **Nurse Colleen** | **Staff Response** | **The surgery has been postponed at this time. A date has not yet been determined. In the mean time we will continue to provide the ostomy supplies. Thank you** |
| 02/09/17 15:21 | *Nurse Colleen* | *Internal Note* | *Per the inmate's surgeon, Dr. Kansakar, the colostomy reversal is not emergent and the surgery has been postponed at this time. We will continue to provide the inmate's ostomy supplies.* |
| 02/07/17 15:25 | **Kohchise Jackson** | **Submitted New** | **Need to have my surgery** |




## Request #003617144

**Profile Photo:**



**Inmate Info**

**Name:** Kohchise Jackson
**Booking Number:** 156293
**Submitted Date:** 02/15/17 15:26
**Submitted from Location/Room:** E|OD|02|/E Pod
**Current Location/Room:** E|OD|02|/E Pod
**Facility:** St Clair MI

**Audit Photo:**



**Form Info**

**Category:** Medical
**Form:** Medical Kite

Request Info

**Status:** CLOSED by Nurse Colleen

**Summary of Request:**

Lie

**Details of Request:**

**Nature of Illness: :**
That is a lie my surgeon told my that they have too check me for leaks why would she say that my attorney is
following up

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/15/17 15:45 | Nurse Colleen | Changed Status | From 'Open' to 'Closed' |
| 02/15/17 15:45 | Nurse Colleen | Staff Response | Mr. Jackson, we have been in touch with your surgeon's office multiple times, most recently again today. The testing you are referring to is not emergent and does not need to be done immediately. Thank you. |
| 02/15/17 15:45 | Nurse Colleen | Internal Note | Inmate is not providing correct information. The surgeon's office has been contacted multiple times and states that all medical recommendations have been provided to SCCIC staff. The physicians at SCCIC have reviewed the documentation multiple times. There is no emergent need for the barium xray and or the colostomy reversal. Inmate's medical needs are being addressed appropriately. |
| 02/15/17 15:26 | Kohchise Jackson | Submitted New | Lie |