DEPOSITION OF

KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.

TAKEN ON

MARCH 22, 2021



THE SULLIVAN GROUP
OF COURT REPORTERS
SULLIVANCOURTREPORTERS.COM

PHONE 855.525.3860 | 323.938.8750

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 1

```
 1            UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF MICHIGAN
 2                  SOUTHERN DIVISION
 3
    KOHCHISE JACKSON,                    )
 4                                       )
              Plaintiff,                 )
 5                                       )
    vs.                                  ) Case No. 2:19-CV-13382
 6                                       ) Hon. Terrence G. Berg
    CORIZON HEALTH, Inc.,                ) MJ Patricia T. Morris
 7  a Delaware corporation,              )
    PRIME HEALTHCARE SERVICES -          )
 8  PORT HURON, LLC, a Delaware          )
    limited liability company,          )
 9  KEITH PAPENDICK, COLLEEN MARIE       )
    SPENCER, and DAVIS A. KRAUS*,        ) *Dismissed
10                                       ) (ECF No. 32, PageID.630)
              Defendants.                )
11  _____ )
12        The Video Deposition of KOHCHISE JACKSON taken by the
13  Defendants Prime Healthcare Services - Port Huron, LLC and
14  Colleen Marie Spencer, pursuant to Notice, before Elizabeth
15  A. Tubbert, RPR, (CSR-4248), a Notary Public within and for
16  the County of Oakland, (acting in Washtenaw County), State of
17  Michigan, at 214 South Main Street, Suite 200, Michigan, on
18  Monday, March 22, 2021.
19
20
21
22
23
24  JOB No. 21-97861
25           (Appearances listed on page 2.)
```

Page 2

```
 1  APPEARANCES:
 2     MARGOLIS, GALLAGHER & CROSS
          BY:  IAN T. CROSS, Esq.
 3        214 South Main Street, Suite 200
          Ann Arbor, Michigan  48104
 4        (734) 994-9590
          Ian@lawinannarbor.com
 5
              Appearing on behalf of the Plaintiff
 6
    CORBET, SHAW, ESSAD & BONASSO, PLLC
 7     BY:  DANIEL R. CORBET, Esq.
               KENNETH A. WILLIS, Esq.
 8        30500 Van Dyke Avenue, Suite 500
          Warren, Michigan  48093
 9        (313) 964-6300
          Daniel.Corbet@cseb-law.com
10        Kenneth.Willis@cseb-law.com
11            Appearing via Zoom on behalf of Defendants
          Prime Healthcare Services - Port Huron, LLC and
12        Colleen Marie Spencer
13     CHAPMAN LAW GROUP
          BY:  DEVLIN K. SCARBER, Esq.
14        1441 West Long Lake Road, Suite 310
          Troy, Michigan  48098
15        (248) 644-6326
          dscarber@chapmanlawgroup.com
16
              Appearing on behalf of Defendant Corizon Health,
17  Inc.
18
    Also Present:  Colleen Spencer, via Zoom
19
                   Nicholas Houslander, Videographer
20
21
22
23
24
25
```

Page 3

```
 1                    I N D E X
 2  WITNESS               EXAMINER          PAGE
 3  KOHCHISE JACKSON      WILLIS              5
 4                        SCARBER            49
 5                        CROSS             174
 6                        SCARBER           180
 7                        WILLIS            207
 8                        SCARBER           224
 9                        CROSS             244
10                        SCARBER           247
11                        WILLIS            248
12                        SCARBER           255
13
14
15
16
17  EXHIBIT NO.                             PAGE
18            (None marked.)
19
20
21
22
23
24
25
```

Page 4

```
 1              Ann Arbor, Michigan
 2              Monday, March 22, 2021
 3              At or about 11:14 a.m.
 4                    - - -
 5         VIDEOGRAPHER:  We are on the record.
 6  This is the video-recorded deposition of Kohchise
 7  Jackson taking place on March 22, 2021.  The time is
 8  now 10:14 (sic) a.m.  My name is Nicholas Houslander,
 9  video technician.  This deposition is taking place at
10  214 South Main Street in Ann Arbor, Michigan 48104.
11         This is the case of Kohchise Jackson
12  versus Corizon Health, Incorporated, Prime Healthcare
13  Services - Port Huron LLC, Keith Papendick, and
14  Colleen Marie Spencer, Case No. 2:19-cv-13382 in the
15  United States District Court for the Eastern District
16  of Michigan, Southern Division.
17         Could the attorneys please briefly
18  identify themselves for the record?
19         MR. WILLIS:  This is Kenneth Willis on
20  behalf of Defendants Lake Huron Medical Center and
21  Colleen Spencer.  Attorney Dan Corbet and Colleen
22  Spencer are also attending via Zoom -- or viewing in
23  via Zoom.
24         MR. SCARBER:  Attorney Devlin Scarber
25  appearing on behalf of the Corizon defendants, Corizon
```

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Page 5

1    Health, as well as Dr. Keith Papendick.
2        MR. CROSS:  Ian Cross appearing on behalf
3    of the plaintiff Kohchise Jackson.
4        VIDEOGRAPHER:  Could the court reporter
5    please swear in the witness?
6        - - -
7        KOHCHISE JACKSON,
8    a Plaintiff herein, having been duly sworn by the
9    Reporter/Notary Public, testified as follows:
10       - - -
11       VIDEOGRAPHER:  You may begin.
12       - - -
13       EXAMINATION
14   BY MR. WILLIS:
15   Q    Sir, do you have any government identification?
16   A    Not on me, on person.  No, sir.
17   Q    You don't have ID?  Any type of ID?
18   A    Not on me.
19   Q    For identification purposes the guidelines from the
20       state allow a brief unmasking for identification
21       purposes.  Can you remove your mask briefly for the
22       camera?
23   A    Yes, sir.
24   Q    All right.  Thank you.  Can you -- strike that.
25       MR. WILLIS:  Let the record reflect this

Page 6

1    is the deposition of Kohchise Jackson taken pursuant
2    to Notice and agreement of counsel.
3    BY MR. WILLIS:
4    Q    Can you state your complete name for the record,
5        please, sir?
6    A    I'm Kohchise Marcelle Angelo Jackson.
7    Q    Have you ever been known by any other names?
8    A    No.
9    Q    Have you ever used any aliases?
10   A    Yes, I've used an alias before.
11   Q    When have you done that and what alias did you use?
12   A    I used Omari Akil Jackson when -- I used that as an
13       alias with the police.
14   Q    Any other aliases that you've used?
15   A    No, sir.
16   Q    How long ago did you use that name as an alias with
17       the police?
18   A    Can't remember.  It was before I went to prison.  All
19       that was before I went to prison.  It was, like -- had
20       to be 15 years, 12 years, up in there.  Something like
21       that.
22   Q    What -- you said you didn't bring any ID with you.
23       What identification do you have --
24   A    I don't --
25   Q    -- that's current?

Page 7

1    A    I don't have any ID with me.
2    Q    I understand that.  But do you possess, like, a
3        driver's license or a state ID card or a passport,
4        anything like that?
5    A    Yeah.
6    Q    Which of those do you possess?
7    A    The -- I possess the prison -- what I got from the
8        prison.
9    Q    Is that a prison identification card?
10   A    Yes.
11   Q    Is that current?  You're no longer in prison; correct?
12   A    No.
13   Q    So just to clarify, you don't possess a passport;
14       correct?
15   A    No.
16   Q    You don't possess a driver's license?
17   A    No.
18   Q    You don't possess a state ID card?
19   A    No.  I -- no.  I'm having trouble right now.  I'm in
20       the process of getting a new state ID.  Because, you
21       know, by me going to the police and everything like
22       that, I need my birth certificate, and somehow it got
23       misplaced.  So I've been having trouble, but I'm in
24       the process of that now.
25   Q    I see.  I see.  How long have you been trying to do

Page 8

1    that?
2    A    Actually, my attorney have tooken (sic) me to the
3        Secretary of State and it's been a while now.  Yeah.
4    Q    What's your date of birth, sir?
5    A    ▨▨▨▨
6    Q    And where were you born?
7    A    Detroit Henry Ford Hospital.
8    Q    Just to close this loop on the ID, when was the last
9        time that you possessed either a Michigan driver's
10       license or a Michigan state identification?
11   A    It had to be before I went to prison.
12   Q    Which time?  Have you been to prison more than one
13       time?
14   A    No, sir.  No, sir.  That was my only time in prison.
15   Q    That was 2017?
16   A    Yeah.  I had -- my ID, had it for a long time.
17   Q    Was that the driver's license or the state ID?
18   A    It was actually a license but my license had been
19       suspended.
20   Q    When was your license suspended?
21   A    Can't remember.  Had to been some years now.  I don't
22       want to tell you a specific date.
23   Q    Was that before you went into the --
24   A    Prison, yes.
25   Q    -- St. Clair County Jail in 2016?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 9

1  A    Yes, sir.  Yes, sir.
2  Q    So I assume you haven't driven a vehicle since then?
3  A    No, sir.  I haven't driven a vehicle since my license
4       was suspended.
5  Q    Where do you currently live, sir?
6  A    17902 Maine Street, sir.  That's in Detroit, Michigan.
7  Q    Is that Maine like the state?
8  A    M-A-I-N-E.
9  Q    Okay.  What are the major crossroads?
10 A    Nevada.
11 Q    Nevada and what?  What's the next --
12 A    Joseph Campau.
13 Q    How long have you lived at 17920 Maine Street in
14      Detroit?
15 A    Since May of 2019.
16 Q    That's when you were discharged from the Department of
17      Corrections?
18 A    Yes, sir.
19 Q    Now, according to the records, you came into the St.
20      Clair County Jail on May 17, 2016.  Is that correct?
21 A    Correct.
22 Q    Where did you live prior to that?
23 A    You said where did I live prior to where?  What?
24 Q    Where did you live before you went into the St. Clair
25      County Jail in May of 2016?

Page 10

1  A    My last known address where I lived at -- at the time
2       I was, like, homeless, in between addresses.  But my
3       last known address was 16031 Chalfonte.  No, actually,
4       it was West Grand Boulevard.  But I was in between
5       homes at the time -- before I went to prison.
6  Q    Just to clarify, before you went into the county jail
7       in May of 2016 you were homeless?
8  A    Uh-huh.
9  Q    Okay.  Where were you staying during that time?  Were
10      you staying in the Port Huron area?
11 A    I was living sometimes in Port Huron and sometimes in
12      Detroit.
13 Q    So you mentioned two addresses.  You mentioned 16031
14      Chalfonte and West Grand Boulevard.
15 A    I was also staying at -- I was also living on Vermont.
16      Vermont.
17 Q    On Vermont?  Were all of these in Detroit, Chalfonte,
18      West Grand and Vermont?
19 A    Yes, sir.  Yes, sir.
20 Q    When did you become homeless?  In 2016 or was it
21      before 2016?
22 A    Right around that time.  2016 I really -- I was
23      staying -- you know, like, I would live with my
24      grandmother but I wouldn't stay there all the time.
25      Sometimes I would stay with my brother -- well, a good

Page 11

1       friend of mine.  We call each other brothers -- out in
2       Port Huron.
3  Q    What was your good friend's name that you referred to
4       as a brother that lived in Port Huron?
5  A    Deon Johnson.
6  Q    Does Deon Johnson still live in Port Huron?
7  A    I don't think so.
8  Q    Do you know where he lives?
9  A    Yes, I do but I don't know the address.
10 Q    What city?
11 A    Detroit.
12 Q    What was your grandmother's address?
13 A    I believe 3228 Vermont.  Don't quote me.
14 Q    That was the Vermont Street that you told us before?
15 A    Yes, sir.  I believe.  3228, yep.
16 Q    Does Deon Johnson have any aliases that he goes by?
17 A    Not that I know of.  I call him Deon.
18 Q    So when you lived on Chalfonte and West Grand
19      Boulevard, who did you live with there?
20 A    Grandmother.
21 Q    I thought she was on Vermont.  Or did she move?
22 A    She moved.  She stayed on West Grand Boulevard at one
23      point in time.  She moved to Vermont.  But she was
24      originally on Chalfonte.
25 Q    Is your grandmother still living?

Page 12

1  A    Yes, sir.  She lives on Vermont.
2  Q    And she still lives on --
3  A    Yes, sir.
4  Q    And she lives on Maine.  Are you living with your
5       grandmother currently?
6  A    No.  I'm living with my older sister, Fatima Jackson.
7  Q    Why was your driver's license suspended?
8  A    No ops on person.  I had a driver's license but I
9       forgot them at home.  And no headlights.  That's how
10      they pulled me over.  So I forgot to turn my
11      headlights on and when they pulled me over I didn't
12      have my ops on my person, so they suspended my
13      license.
14 Q    And when was that?
15 A    In 2001 or -2, I believe.
16 Q    So between 2001 or 2002 up until May of 2016 when you
17      went into jail you never tried to get a valid driver's
18      license?
19 A    I'm not really a big driver, sir.  I rather be a
20      passenger.  Like, driving is not my thing like that.
21      You know?  But I was able to pass the test.  I just
22      don't feel real comfortable driving.
23 Q    Have you ever been married?
24 A    No.
25 Q    Do you have any children?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 13

1  A     Yes.

2  Q     What are their -- your children's names and their

3        ages?

4  A     I just have one child.

5  Q     What's your child's name?

6  A     Cylus Anglan.

7  Q     Can you spell that?  I didn't hear it very well.

8  A     Cylus Anglan.

9  Q     And how old is Cylus?

10 A     Six.

11 Q     I assume your child lives with the mother.

12 A     Yes.  No.  He's actually with the state.  He's

13       actually with the state.

14 Q     Do you have any type of custody arrangement for your

15       child?

16 A     No, sir.  Actually, I lost my custody.  I went to

17       court to try to get him and I lost it.

18 Q     When was that?

19 A     2012, I believe.  Two thousand and -- may have been

20       '13.  May have been '13.

21 Q     So that would have been right when Cylus was born?

22 A     It was -- no, it was after he was born.  He was

23       already, like, a year.  So it had to have been '13.

24 Q     Well, you said Cylus was six.

25 A     Yeah.

Page 14

1  Q     So it's already 2021.  So that would be 2014 or 2015

2        that he would have been born, if he's six years old.

3  A     No.  He was born in 2012, so he's seven.

4  Q     Okay.  Well, he would be eight, then, right --

5  A     Yeah.

6  Q     -- if he was born in 2012?

7  A     Yeah.  But he's going on eight.  His birthday hasn't

8        came yet.  He was born ✕✕✕✕✕✕✕

9  Q     ✕✕✕✕✕✕✕✕✕

10 A     Uh-huh.

11 Q     Why did you lose custody?

12 A     I wasn't -- I had got out of jail after he was born

13       and I didn't have a home for him to come to.

14 Q     Have you taken any steps to reestablish custody?

15 A     Yes, I have.  I've got in contact with the mother, who

16       is in contact with the parents, but basically it's

17       nothing I can do at this time, because I lost my

18       rights.

19 Q     Can you give me a thumbnail sketch of your education

20       background?  Where did you go to school and for how

21       long?

22 A     As far as what?  Like, what -- school for what?

23 Q     Sure.  Did you -- did you --

24 A     I've been to college.

25 Q     -- graduate from high school?

Page 15

1  A     I've been to college, Henry Ford Community College.

2        I've been to Michigan Barber College.  I went to

3        Washtenaw Community College.

4  Q     Where did you graduate from high school?

5  A     I didn't graduate from high school.  I have my G.E.D.

6  Q     When did you get your G.E.D.?

7  A     I got my G.E.D. when I was 18.

8  Q     What was the institution that provided or that granted

9        you the G.E.D.?

10 A     Washtenaw Community College.

11 Q     You mentioned that you attended college.  What -- how

12       many credits or what degrees did you earn?

13 A     I earned a diploma, credits in construction site

14       safety.  I was --

15 Q     Construction site safety?

16 A     Yes, sir.

17 Q     When was that?

18 A     2001.  Yep, 2001.

19 Q     Was that from Washtenaw Community College?

20 A     Yes, sir.

21 Q     Any other credits or degrees --

22 A     Yes, sir.

23 Q     -- or certificates?

24 A     I went to -- I have -- I believe it was 900 credits,

25       maybe, in Michigan Barber College.  I went to barber

Page 16

1        school on Grand River and Joy Road for months.  I also

2        went to Henry Ford Community College.  I signed up for

3        an apprenticeship program for carpentry, because I

4        like to work with my hands, you know.  That's what

5        I've been doing.  I've been working with my hands.

6        Construction and landscaping.

7  Q     Okay.  Well, let's back up just a second.  So you went

8        to the Michigan Barber College; correct?

9  A     Yes, sir.

10 Q     Did you complete the program at Michigan Barber

11       College?

12 A     No, sir.  I changed fields.  So I started working in

13       construction.  I started out in the haircut business

14       and I figured, you know -- like, you know, I got into

15       landscaping and I got into construction, so, you know.

16       I figured that it really wasn't -- I liked to do it

17       but it wasn't something I wanted to do for the rest of

18       my life.  So that's how that happened.

19 Q     When did you go to the Michigan Barber College?

20 A     2001 and 2002.

21 Q     Have you worked as a barber?

22 A     Yes.  As a -- in one of my buddies' shop, like, you

23       know, just sweeping up, cutting a little hair, you

24       know.  I was kind of like an apprentice.

25 Q     And when was that?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 17

1  A    2004, 2005, 2003. Yeah. From, you know, off and on.
2    I met someone with a barber shop and he used to let me
3    come in.
4  Q    So the barber work that -- your apprentice barber
5    work, that was never a full-time job?
6  A    No. It was actually just learning. It wasn't a
7    full-time thing. Most of it was learning.
8  Q    Were you paid for the work that you did?
9  A    Yeah, they had, like -- when I was in school we would
10    cut hair on the floor and they allow people to give
11    us, like, little tips. And when I helped my buddy out
12    in the barber shop, he paid me a little cash.
13  Q    And then you said you went to Henry Ford Community
14    College for a carpentry program?
15  A    Yes, sir.
16  Q    When was that?
17  A    2002.
18  Q    Did you complete the program at Henry Ford?
19  A    No, sir. I didn't complete, no, sir.
20  Q    How far did you go in that program?
21  A    Maybe, like, three, four months, because it was,
22    like -- I believe the program may have been a five- or
23    six-month program.
24  Q    Why did you stop attending the carpentry program at
25    Henry Ford Community College?

Page 18

1  A    I stopped attending the program because it was a
2    transportation problem with being -- it was kind of
3    hard for me to get out there, not having a driver's
4    license.
5  Q    Did that coincide with your driver's license
6    suspension?
7  A    No, I wouldn't think so, because with the ride I was
8    getting to school every day. His car broke down.
9  Q    Any other formal education beyond your G.E.D., the
10    construction site safety program at Washtenaw,
11    Michigan Barber College or Henry Ford Community
12    College?
13  A    No, sir, that I can remember.
14  Q    That's it?
15  A    Yep.
16  Q    Where have you been employed since, say, 2002 when you
17    left the carpentry program?
18  A    Since 2002? I've been doing, like I told you -- I cut
19    hair from -- a little bit. Cut grass. I do
20    landscaping. I'm into landscaping. I've been doing
21    that on and off for years. And construction, I was
22    working with a guy under -- you know, he was basically
23    like an apprentice, a master carpenter. His name is
24    Michael Washington, and he's been training me. So I
25    do a lot of work with him. You know? Just to support

Page 19

1    myself and pay rent where I be staying.
2  Q    What's the name -- you said Michael Washington?
3  A    Yes, sir.
4  Q    What's Mr. Washington's -- the name of his company?
5  A    He's just basically like a home improvement guy. So,
6    you know.
7  Q    Where is he based out of?
8  A    Detroit.
9  Q    How long did you work for Mr. Washington and his
10    construction business?
11  A    Off and on for years. Since two thousand and -- I
12    believe two.
13  Q    Was that a -- did you get paid in cash or did you get
14    your W-2s every year, that kind of thing?
15  A    He just paid me in cash.
16  Q    How about your landscaping jobs? Were those cash jobs
17    or did you pay taxes on those?
18  A    Everything was cash. The things that I paid taxes on,
19    I'm pretty sure you have a record of them.
20  Q    What jobs have you held where taxes were taken out of
21    your paycheck?
22  A    Homeland, Dish Network. I worked for Gill Hill
23    Association. I worked for Georgian Bloomfield Nursing
24    Home.
25  Q    Any others?

Page 20

1  A    That's what I can think of right off the top, you
2    know? Like I said, most of my jobs have been with my
3    hands.
4  Q    When was the last time you worked for Mr. Washington's
5    home improvement company?
6  A    The other day.
7  Q    So you've worked for Mr. Washington since you were
8    discharged from state prison?
9  A    Yes, sir, and I also -- yes, sir. I've also been
10    doing landscaping.
11  Q    Who do you work for for landscaping?
12  A    Myself.
13  Q    For yourself?
14  A    Yeah. I find people who need jobs and do their snow,
15    do their grass. Yep.
16  Q    And you've been doing that work since you got out of
17    prison, also?
18  A    I just really pretty much started that. I was working
19    for Michael Washington since I -- when I got out.
20  Q    Maybe we're not connecting. Have you worked in
21    landscaping since you got out of prison?
22  A    Yes, off and on. I'm saying I really just started
23    doing that -- like, the landscaping by myself.
24  Q    Right.
25  A    Just, like, recently when it was snowing. But the

Pages 17–20

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 21

1    work that I was doing when I got out of prison, I was
2    working with Michael Washington mostly.
3  Q    Okay. When did you work for Dish Network?
4  A    I can't remember.
5  Q    How long ago was it? It was obviously before you went
6    to prison; right?
7  A    Yes, before I went to prison.
8  Q    Where did you work for Dish Network? What region?
9    What area?
10  A    Detroit. No. It was Livonia.
11  Q    How long did you work for Dish Network?
12  A    I can't remember. Had to be for some months. Can't
13    remember right now. I can't tell you exactly the
14    time. It was years ago.
15  Q    Was it -- did you work for Dish Network for more than
16    a year?
17  A    No.
18  Q    Less than a year?
19  A    Yes. I believe it was somewhere around 90 days. Like
20    that amount of time.
21  Q    And the nursing home, the Bloomfield nursing home --
22  A    Yeah.
23  Q    -- when did you work there?
24  A    In 2001.
25  Q    So you worked at the nursing home in 2001?

Page 22

1  A    Yes, sir.
2  Q    And for how long?
3  A    About 90 days.
4  Q    Did you ever hold any jobs in Port Huron or St. Clair
5    County?
6  A    Just cash jobs that I do.
7  Q    I'm sorry. What was it that you do?
8  A    Just, like, cash jobs. Like, you know, fixing
9    something for people. You know, doing things that I
10    know how to do. Home improvement. Snow. Shovel
11    their snow. Cut their grass. You know, I do that
12    type of work. So, yeah, I done did it.
13  Q    Was that when you were staying with your friend Deon?
14  A    Yeah.
15  Q    I assume you've never been in the military; correct?
16  A    No, sir. I've been in the Boy Scouts.
17  Q    Now, you testified you've been to prison on one
18    occasion; correct?
19  A    Correct.
20  Q    And what was that for?
21  A    What was it for or -- like, what do you want to know?
22    For breaking the law.
23  Q    What were you charged with?
24  A    I was charged with attempted unlawful imprisonment,
25    felonious assault and --

Page 23

1         COURT REPORTER: I'm sorry. Felonious
2    assault and --
3         THE WITNESS: Illegal use of electronics
4    or tampering with a telephone. Something like that.
5  BY MR. WILLIS:
6  Q    And this was in St. Clair County; correct?
7  A    Correct.
8  Q    And that happened in 2016, which is what led you to go
9    to the St. Clair County Jail; correct?
10  A    Correct.
11  Q    Have you had any other arrests besides the arrest for
12    which you went to prison?
13  A    Have I had any other arrests? Yes.
14  Q    Have you ever been arrested before that? You
15    mentioned that you were in jail before, but what was
16    that for?
17  A    I've been to jail before.
18         MR. CROSS: I'm going to object to the
19    relevance of this line of questioning.
20         MR. WILLIS: Okay.
21  BY MR. WILLIS:
22  Q    I'll take an answer.
23  A    I've been in jail for breaking the law.
24  Q    Okay. What were you convicted of?
25  A    When are you speaking of?

Page 24

1  Q    At any point.
2  A    You want me to go through my arrest record with you?
3    I mean, I'm trying to understand what are you asking.
4         MR. CROSS: Just answer the question.
5  BY MR. WILLIS:
6  Q    For the last ten years.
7  A    The last ten years?
8  Q    Yeah.
9  A    I had unlawful imprisonment, felonious assault,
10    tampering with a telephone.
11         MR. CROSS: You have to answer the
12    question. So if he asked you about your previous
13    arrests in the last ten years, say all of them.
14         THE WITNESS: Okay.
15  A    That was the most recent.
16  BY MR. WILLIS:
17  Q    Okay.
18  A    GBH.
19  Q    What's that?
20  A    Great bodily harm. That was the one before then, that
21    one. May have been possession of marijuana.
22    Possession of cocaine. Obstruction of justice, using
23    an alias. That's it that I can remember. Possession,
24    yeah.
25  Q    The obstruction of justice, that was because you used

Page 25

1   an alias for your name?
2   A   Yes, sir.  I used the alias with the police for my
3   name -- when they asked me my name.
4   Q   And these arrests, were they all in St. Clair County?
5   A   No.
6   Q   Where else have you been arrested?
7   A   Wayne County.
8   Q   Wayne County?
9   A   Uh-huh.
10  Q   Anywhere else?
11  A   That's it.
12  Q   Do you currently have a primary care physician, sir?
13  A   No, sir.  Not currently.
14  Q   When was the last time you had a primary care doctor?
15  A   What do you mean?
16  Q   Sometimes people have a regular doctor that they see
17  on an ongoing basis.
18  A   You asking me when was the last time I've been to the
19  doctor?
20  Q   No, sir.  The last time you had a regular doctor or a
21  primary care doctor.
22  A   I was in a car accident not too long ago and I was
23  going to the doctor.  That's what you want to know?
24  Q   Okay.  Well, let's talk about that.  When were you in
25  a car accident?

Page 26

1   A   June -- no.  Yeah, June of this year.
2   Q   June of 2020?
3   A   No.  June of last year.
4   Q   So June of 2020?
5   A   June of '21.  Yeah, June of 2020.  Yes, sir.
6   Q   And where was that at?
7   A   I believe in Highland Park.  I believe the accident
8   happened in Highland Park.
9   Q   You were injured in that accident?
10  A   Yes.  I was having back problems and my back was
11  hurting, yeah.
12  Q   So you went to the doctor for your back problems?
13  A   Yes.
14  Q   Where was that?
15  A   Select Specialists.
16  Q   Where is the office?
17  A   Southfield.
18  Q   Did you go to the hospital immediately after the
19  accident?
20  A   I saw the EMS -- due to corona, they told me that if
21  you guys weren't really hurt, you might -- you know,
22  they check me out in the ambulance, but they was,
23  like, "Due to corona, you guys might -- you all going
24  to be down there all night.  If you all are not really
25  hurting, like, really badly," then they said, "You

Page 27

1   might want to follow up with your primary health care
2   doctor."  So I just saw the EMT on the site and I just
3   went to the doctor that following week.
4   Q   How many times did you go to the doctor?
5   A   I can't remember exactly how many times but I went a
6   couple of times.
7   Q   And that was at the Select Specialists office?
8   A   Yes, sir.
9   Q   How is your back doing now?
10  A   Still a little -- a little pain but I'm okay.
11  Q   Do you know if there was ever a lawsuit or any other
12  sort of legal action taken as a result of that car
13  accident?
14  A   Yes.  I called them guys.  Some people that I know
15  that was with me, that was in the accident, I gave
16  they (sic) attorney my name.  So they contacted me or
17  whatever and they wanted me to follow through with a
18  lawsuit but I told them that I didn't want to.  Every
19  time they called me or whatever, I just never
20  responded.
21  Q   So you never -- you're not a part of a lawsuit as a
22  result of that car accident?
23  A   No, sir.  I told the attorney myself personally that I
24  did not want to be a part of any lawsuit.
25  Q   Well, while we're on that subject, other than the

Page 28

1   lawsuit for which you're giving a deposition today,
2   have you ever been a part of any other lawsuits --
3   A   No, sir.
4   Q   -- or workers' compensation claims?
5   A   No, sir.
6   Q   All right.  Getting back to your medical history,
7   let's start since you got out of the state prison in
8   May of 2019.  Where have you had medical treatment
9   since May 2019?
10  A   At Harper Hospital.
11  Q   And was that for your reversal surgery?
12  A   Yes, sir.
13  Q   Anywhere else?
14  A   I've had at Select Specialists, which I've told you.
15  I also had -- been to the hospital in Port Huron and,
16  yeah, that's it.
17  Q   Which hospital in Port Huron?
18  A   Was it Mercy or -- I always get those confused, Mercy
19  or Port Huron Hospital.  Either one.  There's only
20  two.
21  Q   Lake Huron Medical Center or McLaren Port Huron?
22  A   Either or one of them, sir.  I can't remember exactly
23  which one.  One of them.  I don't want to lie to you.
24  Q   What did you go to the hospital in Port Huron for?
25  A   I was shot.  Actually --

Page 29

1 Q    What led up to getting shot?
2 A    In 2012 someone robbed me at gunpoint. That's what
3      the GBH was about, the great bodily harm. Someone
4      robbed me at gunpoint and then at a festival they have
5      at Port Huron, him and his friends jumped at me at the
6      Boat Night and I ended up stabbing the guy. That
7      happened in 2012. I went to jail for a year for
8      stabbing the guy after they jumped on me. I did a
9      year and I was released for the great bodily harm.
10     Well, in 2016 -- well, in -- just now, when I went to
11     the hospital, which is 2020 -- yeah, in 2020 the guy
12     -- it was his cousin, the guy who I stabbed, shot me.
13     Saw me and shot me at the gas station in Port Huron
14     when I was up there visiting my brother. Well, my
15     best friend. I call him my brother.
16 Q   When you were visiting Deon?
17 A   Yes.
18 Q   The year that you went -- that you spent in jail for
19     stabbing somebody on Boat Night, was that in St. Clair
20     County?
21 A   Yes, sir.
22 Q   So where were you shot?
23 A   In the legs. Both legs.
24 Q   And you went to McLaren Port Huron for that?
25 A   I'm not sure, sir. It was either Port Huron or Mercy.

Page 30

1      It was either McLaren Port Huron or Mercy Hospital.
2      One of the two. I was in a lot of shock so I can't
3      remember.
4 Q    You said it happened at a gas station?
5 A    Uh-huh.
6 Q    Was that in Port Huron?
7 A    Uh-huh.
8 Q    That's a yes?
9 A    Yes, sir. Yes, sir.
10 Q   Sure. You are doing great, by the way. Sometimes
11     I'll prompt you when people say "uh-huh" or "uh-uh."
12     We need to have a clear record for the court reporter,
13     so -- but you're doing a great job. So if I prompt
14     you, I'm not trying to be rude or anything. I just
15     want to get a clearer answer for the court reporter.
16 A   Thank you, sir.
17 Q   Was anybody charged in the shooting in 2020?
18 A   No, sir, because they couldn't find the guy and I
19     don't know his name.
20 Q   But you knew he was somebody's cousin?
21 A   Yeah, that's what I assume because that's what he
22     said -- he was the guy's cousin that I stabbed.
23 Q   Was that multiple shots or one shot that hit both
24     legs?
25 A   One shot hit both legs.

Page 31

1 Q    How long were you in the hospital for?
2 A    Couple hours.
3 Q    So you didn't have any surgery or anything like that
4      for the gunshot wounds?
5 A    No, sir.
6 Q    Did you have stitches, anything like that?
7 A    No, sir.
8 Q    What did it hit?
9 A    It just went through my legs, sir.
10 Q   So there's no retained bullet or anything?
11 A   No, sir, the bullet is still in my leg.
12 Q   It's still in your leg?
13 A   Yes, sir.
14 Q   Which leg?
15 A   Left leg.
16 Q   It looks like -- I've got some records -- it looks
17     like you've been to the hospital multiple times for
18     complaints of penile discharge, infections since you
19     got out of prison. Anything else?
20 A   That's it.
21 Q   Okay. How about before you went into the St. Clair
22     County Jail in May of 2016, where had you sought
23     medical treatment?
24 A   McLaren and Mercy Hospital.
25 Q   Both in Port Huron?

Page 32

1 A    Yes, sir. I've been to -- I believe the hospital in
2      Detroit before. Was it Receiving? Might have been
3      Receiving Hospital.
4 Q    What was that for?
5 A    I had a broken leg before. I had a little -- maybe a
6      possible STD before but that's it.
7 Q    Had you ever had surgery before you had surgery while
8      you were in jail in St. Clair County?
9 A    No, sir.
10 Q   That was your first surgery you'd ever been in the
11     hospital for?
12 A   Yes, sir.
13 Q   Okay. I want to ask you some questions about the time
14     period when you were incarcerated in the St. Clair
15     County Jail, and, again, that was -- that began on May
16     17, 2016; correct?
17 A   Yes, sir.
18 Q   How many times were you sent outside of the St. Clair
19     County Jail for the purpose of getting medical care?
20 A   Three times that I can recall.
21 Q   Would it sound right if it was six or more times?
22 A   That I was -- oh, okay. Are you talking about my
23     follow-up appointments?
24 Q   Sure, yeah. Any time that you had to leave the St.
25     Clair County Jail premises to leave to go somewhere

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 33

1   for medical care.
2   A    Yes, I can't remember exactly how many times, sir.
3   Q    Do you recall that in October of 2016 you had to go to
4        Lake Huron Medical Center for a renal ultrasound?
5   A    Uh-huh.  Yes, sir.
6   Q    And then on December 6th you were sent to Lake Huron
7        Medical Center for a CT scan and you ended up staying
8        and having your surgery done; correct?
9   A    Yes, sir.
10  Q    And you went back to Lake Huron Medical Center on
11       December 18, 2016 when your catheter was pulled out;
12       correct?
13  A    Yes, sir.  Not pulled out.  You mean pulled out?
14  Q    The catheter came out somehow.
15  A    Yeah.  You want to talk about that?
16  Q    Okay.  Well, let me go through the list first and
17       we'll go back to it.
18  A    Okay.
19  Q    And you saw Dr. Kansakar at her office on two
20       occasions; once in December and once on January 10,
21       2017.  Correct?
22  A    Correct.
23  Q    And you also went to Lake Huron Medical Center for a
24       retrograde cystogram on December 29, 2016; correct?
25  A    Yes.

Page 34

1   Q    Were there any other times that you had to leave the
2        jail premises to go somewhere for medical care?
3   A    Not that I can recall.  No.  Just a couple years ago.
4   Q    So it was at least those six times?
5   A    Yes, sir.
6   Q    So on December 6, 2016 you went to Lake Huron Medical
7        Center, and that's when you ended up being admitted
8        and you had your colostomy surgery; correct?
9   A    Correct.
10  Q    Dr. Kansakar was your surgeon?
11  A    Correct.
12  Q    While you were in Lake Huron Medical Center for your
13       surgery, you had St. Clair County Jail deputies
14       stationed with you during that time; correct?
15  A    While I was where?
16  Q    When you were --
17  A    In the hospital?
18  Q    -- in the hospital for your surgery?
19  A    Yes, sir.
20  Q    Do you know who paid for your December 2016 colostomy
21       surgery?
22  A    No, sir, I don't know.
23  Q    Have you ever seen any bills for that surgery?
24  A    No, sir.
25  Q    So in December you had the surgery with Dr. Kansakar.

Page 35

1   Could you explain to me in your own words what that
2   surgery entailed?
3   A    What do you mean?  They -- I was -- I had a fistula --
4        a hole in between my bowels and my bladder was
5        repaired and I had a permanent -- I mean, I had --
6        supposed to have been a temporary bag placed on me.
7        It was supposed to be temporary.  From what I was told
8        I was supposed to have a bag -- a stoma and a bag --
9        colostomy bag placed on me for two months and it would
10       come off.  Yeah, that's the medical treatment.  That's
11       what I was told by --
12  Q    Who told you that?
13  A    Nurse Colleen.  That was the understanding, the talk
14       that I had with Dr. Kansakar and the people in the
15       hospital.
16  Q    Okay.  Well, let's go into that for a second.  So
17       there were people in the hospital.  Dr. Kansakar and
18       you said Nurse Colleen told you that you were supposed
19       to have some sort of reversal done two months
20       afterwards?
21  A    Yes.
22  Q    When did Dr. Kansakar tell you this?
23  A    During my -- during the time I was in the hospital.
24  Q    Right after your surgery?
25  A    No.  Before the surgery.

Page 36

1   Q    Before the surgery.  Okay.  So she said that you could
2        have it replaced even before she did the initial
3        colostomy surgery; right?  Is that what you're saying?
4   A    They were saying there was a plan to put a bag on me
5        but it would be reversed.  It wasn't permanent.  And I
6        asked her when --
7   Q    Was that Dr. Kansakar who told you that?
8   A    It was Dr. Kansakar who told me that and whoever else
9        was in the hospital that I talked to.  Let me think.
10       Because there's, like, a nurse on-site.  They talk to
11       you before you -- you know, because you have to sign
12       off to get the surgery and everything.  They tell you
13       everything that's going to happen before the surgery.
14       I was told I would be placed with a temporary bag.
15  Q    Now, you didn't see Nurse Colleen at the hospital, did
16       you?
17  A    Yes.
18  Q    You saw Nurse Colleen at Lake Huron Medical Center?
19  A    Yes, but I didn't see her until after the surgery.
20  Q    But you saw her physically at the hospital; is that
21       what you're saying?
22  A    Yes, sir.
23  Q    And -- now, when you say Nurse Colleen, are you
24       talking about the defendant nurse, Colleen Spencer?
25  A    Yes, sir.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 37

1  Q    Well, what did you and Nurse Colleen discuss at Lake
2       Huron Medical Center following your December surgery?
3  A    Just the facts, because she was the one who initially
4       came to me and told me after six months of me having
5       the fistula and getting diagnosed with urinal tract
6       syndrome -- because they thought I had a urinal tract
7       infection.  That's what they told me.  And I went to
8       the -- I kept going to medical for, like, almost five
9       or six months complaining about a urinal tract
10      infection but it was really my bowels going through my
11      bladder.  So every time I would say that I, you know,
12      was having particles coming out of my penis, then they
13      would tell me I had a urinal tract infection.  So
14      Nurse Colleen is the person who first came to me and
15      told me that she looked in the records and she feel
16      like I have a fistula and they going to take me to the
17      hospital to get me checked out.  And this was six
18      months after I reported it -- particles coming out of
19      my penis and air bubbles coming out of my penis.  You
20      know?  And they give me -- I believe it was
21      amoxicillin.
22  Q   So it was Nurse Colleen who made the arrangements for
23      you to go to the Lake Huron Medical Center for the
24      surgery?
25  A   No.  She was the one who came before me and told me I

Page 38

1       was going.  But I'm not sure if she is the one who
2       made the arrangements but I know she is the one who
3       talked to me and told me I was going.  Because she is
4       the head nurse at the jail.
5   Q   Now, getting back to -- how many times did you talk to
6       Nurse Colleen in the hospital at Lake Huron Medical
7       Center?
8   A   Just one time.  She came to the hospital and came in
9       the room after I had the surgery.
10  Q   So it looks like you were in the hospital for about
11      eight days.  Does that sound right?
12  A   Right.
13  Q   And after that you went back to the St. Clair County
14      Jail; correct?
15  A   Correct.
16  Q   Before you left the hospital you were trained on how
17      to apply the colostomy bag and treat the urostomy;
18      correct?
19  A   I saw a wound care specialist for that.
20  Q   And that was at the hospital before you went to the --
21      back to the jail; right?
22  A   Yes, sir.
23  Q   So it looks like you followed up with Dr. Kansakar at
24      her office on December 27, 2016, the first time
25      postoperatively.  Do you recall that?

Page 39

1   A   December 27th?
2   Q   Right.
3   A   Yes.  Yes, sir.
4   Q   What do you recall about that visit?
5   A   Okay.  On December 27th she just basically checked to
6       make sure -- she just basically checked to make sure
7       that, you know, I was healing properly, my colostomy
8       was functioning, I was going to the bathroom, and she
9       was just checking on, you know -- she was making the
10      reversal plans -- plans to -- for a reversal.  So
11      that's what she was doing with me.  Making the
12      reversal care and seeing how I was healing.  That's
13      all she talked to me about in December.
14  Q   Was your colostomy functioning properly?
15  A   At the time, yes.  Yes, it was.
16  Q   All right.  You mentioned that she was making reversal
17      plans.  Do you know what plans those were?
18  A   Yeah.  See, she had -- from my knowledge she was just
19      -- she just told me, like, you know, that she planned
20      to do the reversal surgery February 9th and that was
21      the day she prescribed to do it.  But when I went to
22      her the next time, she told me that she was all ready
23      to go for the surgery.  She had did her parts and she
24      was all ready and she was just having problems with
25      getting in touch with the jail because no one would

Page 40

1   respond back to her about the payment program, how
2   they were going to pay for it.  She said that she
3   would even sign off on her part to do it, because she
4   felt it was necessary to be done, but the only thing
5   that was stopping my reversal was the people at the
6   jail contacting her about the payment.  That's what I
7   talked to her about.
8           MR. SCARBER:  I'll just place an
9   objection as to hearsay and foundation.
10          MR. WILLIS:  When somebody else in the
11  room speaks we can't hear you.  I don't know if you
12  don't have a microphone.  Could you speak up, please?
13          MR. SCARBER:  Oh, I'm sorry.
14          VIDEOGRAPHER:  He's just getting room
15  audio from this laptop, so...
16          MR. SCARBER:  I'm sorry.  This is Devlin
17  Scarber.  I objected to hearsay and foundation on the
18  last answer and question.
19          Can you hear me?
20          MR. WILLIS:  Yes.  Thank you very much.
21          MR. SCARBER:  Okay.
22          THE WITNESS:  His camera went off.  I
23  mean, I can't see him.
24          VIDEOGRAPHER:  Did you mean to turn your
25  camera off?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 41

1        MR. CORBET: He doesn't need it on, I
2  guess.
3        MR. WILLIS: You don't want it on.
4        You know what? Can I take a quick break
5  here if that's all right with you?
6        MR. CROSS: Sure. No problem.
7        VIDEOGRAPHER: We are going off the
8  record. It's 11:25 (sic) a.m.
9        (Whereupon, a recess was held.)
10        - - -
11        VIDEOGRAPHER: We are back on the record.
12  It is 12:36 p.m.
13  BY MR. WILLIS:
14  Q    Mr. Jackson, at either of your two postoperative
15     visits with Dr. Kansakar at her office, were you
16     provided with any sort of paperwork or discharge
17     instructions?
18  A    Not that I can remember. Paperwork or discharge
19     instructions? I don't know.
20  Q    Okay. Once you were back in the St. Clair County Jail
21     after your surgery in December, you were provided with
22     ostomy bags and other supplies to take care of that,
23     weren't you?
24  A    Not the right -- yeah, I was -- see, the thing about
25     it was -- and that's where it all begin. When they

Page 42

1     did the surgery on me, I had, like, a dip around my
2     ostomy and my stomach. So it wasn't like -- the patch
3     wouldn't go on flat and flush. I was having leakage.
4     And it was an over ring that they provided for me, and
5     I needed that to keep from leaking. And when I made
6     Ms. Colleen aware of it, she -- we got to a big
7     confrontation because I made her aware that I
8     needed more of the over rings because of the dip in my
9     stomach and she told me I had to make do with the
10     paste and I had to make it work. And I had -- I
11     believe Sergeant Lebeau (phonetic) -- no, it wasn't
12     Sergeant Lebeau -- I had a meeting with the sergeant
13     about that, and Ms. Colleen said that those over rings
14     were too expensive and they couldn't afford them, so I
15     would have to make do with one or two a week, I had to
16     believe. I believe she said one a week. And I had to
17     change my bag at least three times a week -- I mean my
18     patch and I was -- it was constantly leaking because
19     of that. Yeah.
20  Q    So according to the records, you spoke to the sergeant
21     about your ostomy supplies?
22  A    We had a meeting. Me, Nurse Colleen and the sergeant
23     had a meeting because we had a big confrontation about
24     the over rings. Ms. Colleen said that they couldn't
25     afford to give me more than one a week, and I told her

Page 43

1     I needed them every time because I had a dip in my
2     stomach and the bag was leaking. The stuff would leak
3     out on me when I would lay down or -- you know what I
4     mean? -- roll over, because of the dip. But the over
5     rings that they supplied me sealed it up perfectly,
6     and, you know, that's what happened.
7  Q    So you did get some of those over rings; right?
8  A    She gave me one -- or maybe two a week. She gave me
9     one and then, like, after two weeks she stopped
10     ordering them, period. So I didn't get them anymore.
11     I just had to use the paste. And she told me I had to
12     make do.
13  Q    You said you were given a paste to help with the
14     leakage?
15  A    No. You use this paste. That's what you ordinarily
16     get automatically. You put the paste around the stoma
17     and then you put the patch on. That's the normally --
18     the over ring -- you know, she told me to use that
19     instead of the over ring because they couldn't afford
20     it. But I told her every time I used that, the stuff
21     would leak out on me until my flesh healed. Once it
22     healed, then I could use the paste.
23  Q    When did your skin heal?
24  A    I was in prison. Before, you know --
25     THE WITNESS: Can I show him?

Page 44

1        MR. CROSS: If he asks.
2        THE WITNESS: Okay.
3  BY MR. WILLIS:
4  Q    Were you going to show me?
5  A    Yeah.
6  Q    You can go ahead if you want.
7  A    Okay. Okay. See? And my stoma -- can you see?
8  Q    I can't really. You're right at the bottom of the
9     camera.
10  A    In my stoma, it was a dip on this side. It dipped in.
11     And instead of the ring being flush, it was a space
12     where it leaked right there. I needed the over rings
13     to make it flush. I would put the paste around it but
14     it would still leak right there. It was a dip just
15     like that. Do you see how that is? That's how it was
16     until after I went to the prison. It was like that.
17     It wasn't flush. And the over rings helped it from
18     leaking.
19        MR. SCARBER: I just want to make a
20     statement for the record. I don't want to be
21     impersonal but is there a way that we could get a
22     photo of that? I mean, if you showed it on the video,
23     would you mind if I take a picture with my cellphone,
24     or your counsel, just so that I can have that to take
25     a look at it?

Page 45

1    THE WITNESS:  No problem, yeah.
2    MR. SCARBER:  We can do it afterwards, if
3  that's okay.
4    And Ken and Dan, if I get a photo, then
5  I'll forward it to you as well.
6    MR. WILLIS:  Yeah.  That would be great.
7    MR. SCARBER:  Okay.  As well as
8  plaintiff's counsel -- brother counsel.
9    MR. CORBET:  Thank you.
10  BY MR. WILLIS:
11  Q    Were you able to exercise in jail after you had
12  surgery in December?
13  A    Exercise in the jail after I had the surgery in
14  December?
15  Q    Right.
16  A    I did not exercise in December.  You mean once --
17  Q    No, no.
18  A    You mean once it healed up did I exercise?
19  Q    Correct.
20  A    Yeah.
21  Q    While you were still in jail --
22  A    Yeah, I exercised in jail.
23  Q    -- but after the surgery.
24  A    Yes, I exercised in jail after the surgery.  Not right
25  after the surgery.  I had to heal first.

Page 46

1  Q    Right, right.  What type of exercises did you do in
2  jail after the surgery, after it healed?
3  A    Just calisthenics.
4  Q    Just for clarification, when I asked you about doing
5  -- exercising in jail, I was talking about the St.
6  Clair County Jail and not later in the MDOC prison.
7  Do you understand my question?
8  A    Uh-huh.
9  Q    So you were able to do calisthenics after your surgery
10  while you were still in the St. Clair County Jail?
11  A    Yes, after I healed up.
12  Q    Right.  Okay.  Thank you.  I just wanted to clarify
13  because sometimes -- I know I do sometimes, I use the
14  words prison and jail the same and they're not
15  necessarily the same in this case.
16    So I assume you had some type of a
17  hearing with the St. Clair County Circuit Court before
18  you were sent to the MDOC?
19  A    A hearing?
20  Q    Yeah.  Did you have to go to the court to -- did you
21  plead guilty?
22  A    Yeah.
23  Q    So you didn't go to trial; correct?
24  A    No, sir.
25  Q    And you were transferred to the Michigan Department of

Page 47

1  Corrections on March 23, 2017.  Does that sound about
2  right?
3  A    Yes, sir.
4  Q    Since you've had your reversal surgery at Harper
5  Hospital, once you recovered from that, has anybody
6  told you that you're unable to work or anything like
7  that?
8  A    Once I recovered -- oh, from my surgery?
9  Q    Right.
10  A    You said was -- did anyone tell me?
11  Q    Yeah.  Did anybody say that you're disabled or you
12  can't work or anything like that?
13  A    I -- okay.  Directly after I had the surgery -- the
14  reversal surgery?
15  Q    Yeah.  You had a recovery period; correct?
16  A    Recovery -- no, no one said that.  No one said that.
17  Q    That's all the questions I have now.  I'm going to
18  listen and see if we've got any more follow-up later
19  after Mr. Scarber asks you questions.
20    Oh, wait.  Before I go, what are your
21  sources of income currently?
22  A    I've been doing construction --
23  Q    Okay.
24  A    -- and landscaping.
25  Q    And -- I'm sorry.  I missed the last part.

Page 48

1  A    I've been doing construction and landscaping and
2  stimulus.
3  Q    Are you getting any unemployment benefits?
4  A    No, sir.
5  Q    Do you get a Bridge card or any other assistance?
6  A    Yes, sir.  I receive food stamps.
7  Q    So other than the stimulus payments and the food
8  stamps, any other income that you're getting from the
9  state or the federal government?
10  A    No, sir.
11    MR. WILLIS:  That's all I have for right
12  now.  Thank you.
13    THE WITNESS:  Thank you.
14    MR. SCARBER:  All right.  Let's -- I
15  think I've got an idea that might work a little
16  better, then I'm not so close to the court reporter.
17  Since the camera man has already got it going that way
18  on you, what if I kind of move over so I'm facing you
19  like that?
20    THE WITNESS:  Yeah.  Thank you.
21    VIDEOGRAPHER:  Do you want to go off the
22  record, then?
23    MR. SCARBER:  Yeah, we can go off the
24  record.
25    VIDEOGRAPHER:  We are going off the

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 49

1 record. It is 12:51 p.m.
2          (Whereupon, a brief recess was held.)
3               - - -
4          VIDEOGRAPHER: We are back on the record.
5 It is 12:58 p.m.
6               - - -
7          EXAMINATION
8 BY MR. SCARBER:
9 Q    Good afternoon, Mr. Jackson. My name is Devlin
10      Scarber and my law firm is representing the Corizon
11      defendants and Dr. Papendick. We had a brief
12      opportunity to introduce ourselves a little earlier.
13      I'm going to have some follow-up questions to the
14      questions asked by Mr. Corbet and Mr. Willis on behalf
15      of their parties in this matter.
16              Have you ever had your deposition taken
17      before?
18 A    No, sir.
19 Q    Have you reviewed anything in preparation for today's
20      deposition such as any records, any documents or
21      anything like that?
22 A    I went over my medical records.
23 Q    And which records did you go over, if you know?
24 A    Just all my medical history. Most of it was from, you
25      know, my surgery.

Page 50

1 Q    Did you review any testimony of any other persons in
2      this particular case? And what I mean -- let me
3      rephrase that question. Did you review any testimony
4      from Dr. Kansakar?
5 A    You mean a deposition?
6 Q    I'm sorry. Absolutely. A deposition. Did you review
7      Dr. Kansakar's deposition at all?
8 A    Yes.
9 Q    When did you review that?
10 A    Just over the weekend.
11 Q    And that was provided to you by your attorney?
12 A    Yes, sir.
13 Q    And without getting into necessarily the contents of
14      what you and your attorney have discussed, when did
15      you first seek an attorney to represent you in this
16      matter?
17 A    When I was in -- when did I first seek an attorney?
18 Q    Particularly to represent you in this particular claim
19      that you're -- these claims that you are bringing in
20      this lawsuit, yes.
21 A    You are asking when did I first seek an attorney.
22      When I was in prison.
23 Q    Was that early on in your prison stint or was that
24      later?
25 A    As soon as I got there I immediately started looking

Page 51

1 for attorneys.
2 Q    So you -- the testimony in this case is that I think
3      you entered into the MDOC, Michigan Department of
4      Corrections, at about -- on May -- I'm sorry -- was it
5      March 23rd of 2017 or so?
6 A    Uh-huh.
7 Q    Were you already seeking an attorney prior to that?
8 A    I was in the county jail, so I don't understand what
9      you mean.
10 Q    Okay. Let me rephrase the question. You indicated
11      just a second ago that you started seeking an attorney
12      to represent you regarding some of those claims
13      immediately -- you said as soon as you got to the
14      prison.
15 A    Yeah. I started on finding out attorneys I could
16      write.
17 Q    And was that about a week after you got to prison?
18 A    I'm not for sure, sir.
19 Q    Was it within the first month or two?
20 A    I'm not for sure, sir. I don't -- it was too many
21      years ago. I don't want to lie to you.
22 Q    Okay. I appreciate that. And I'm just trying to get
23      an idea of what you meant "as soon as" -- what you
24      meant by "as soon as you got to prison." So
25      that's kind of -- what did you mean when you said "as

Page 52

1 soon as"? What was your -- how --
2 A    In the beginning.
3 Q    In the beginning. So you got there in March of 2017,
4      it looks like.
5 A    Uh-huh.
6 Q    Would you say you had started looking for --
7 A    March of 2017.
8 Q    So you started looking for attorneys in about March of
9      2017?
10 A    I started looking into my case.
11 Q    In March of 2017?
12 A    Yeah, I started -- no. I would say I was definitely
13      having concerns about it in the county jail and
14      everything -- having concerns about my issue and what
15      was going on in the county jail, but I wasn't able to
16      reach out to anyone until I got to prison.
17 Q    Okay. So you had already decided while you were in
18      jail that you wanted to pursue some kind of legal
19      action and you weren't able -- you didn't really have
20      the resources to connect with any attorneys at that
21      point. But when you got to the Michigan Department of
22      Corrections you did have the resources and that's when
23      you reached out to an attorney?
24 A    Yes.
25 Q    And was Mr. Cross's firm, Mr. Margolis, were those the

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 53

1    first attorneys that you reached out to?
2  A    No, sir.
3  Q    How many attorneys had you reached out to before they
4      took the case?
5  A    I believe three.
6  Q    And the other attorneys had denied the case?
7  A    No.  They just said that I should seek other -- other
8      legal -- yeah, they said I should seek someone else.
9      But as far as it wasn't financially feasible for their
10     office, but I should definitely seek law advice.
11  Q    Okay.  So they weren't interested, for whatever
12     reasons, but they advised you to continue trying to
13     pursue it if you wanted to?
14  A    Yeah.  They said -- they said yeah, basically.  Yeah,
15     they said that it wasn't financially feasible for
16     their office.  Financially.
17  Q    Okay.
18  A    That's what they said -- financially feasible for
19     their office.
20  Q    When did you actually -- without getting into the
21     contents of what was discussed with Mr. Margolis or
22     Mr. Cross, when did you actually connect with them to
23     get them to represent you in this case?
24  A    You talking about Mr. Margolis?
25  Q    Yes.

Page 54

1  A    When I got out of prison.
2  Q    Okay.  So did you contact him -- did you ever speak
3      with him while you were in prison --
4  A    No.
5  Q    -- or just after?
6  A    After I got out of prison.
7  Q    Now, you had tried in March of 2017 to obtain some
8      legal representation.
9  A    March of --
10  Q    March of 2017 is what we just talked about.
11  A    I'm not saying that I tried to obtain any legal
12     representation in March.  I've not even said that.
13     Who said that?  You said that.  I didn't say that.
14  Q    I thought from your prior testimony that's when you
15     started looking into and trying to reach out --
16  A    Looking into my case.
17  Q    Started looking into your case?
18  A    I started looking into my -- you know, the situation.
19     Looking into it.
20  Q    Okay.
21  A    Yes.  And also was trying to reach out but I hadn't
22     retained one or nothing at that time.
23  Q    So that was in March of -- around March of 2017
24     or so.  But while you were in prison you weren't able
25     to get any attorneys to represent you until you got

Page 55

1    out of prison, and that was Mr. Margolis?
2  A    Yes.
3  Q    You had some medical issues before you got into --
4      before you had even gone to jail; correct?
5  A    Due to the diverticulitis, but I wasn't aware of it.
6  Q    And you had -- you know, I've got -- if I can just
7      look at my notes here.  I have that in -- it looks
8      like about March of 2011 you had sought treatment for
9      an STD back at that time.  Does that ring a bell?
10  A    A sexually transmitted infection?
11  Q    Well, they call it STDs and STIs.
12  A    Yes, STI.
13  Q    Okay.
14  A    Yes.
15  Q    So that sounds familiar, somewhere around March of
16     2011 you sought treatment for an STI?
17  A    Yeah.
18  Q    In about December of 2010 it looks like you also
19     sought treatment for an STI.  Does that sound about
20     right?
21  A    Yes, sir.
22  Q    Looks like in August of 2014 you sought medical
23     treatment?
24  A    For an STI?
25  Q    Yeah.

Page 56

1  A    Yes, sir.
2  Q    And it looks like in December of 2014 you sought
3      treatment for an STI.  Does that sound about right?
4  A    Yes, that sounds about right.
5  Q    There was even a note in your December 2014 records by
6      one of the nurses.  Let me show you this record.  I'm
7      going to let you take a look at this note down at the
8      bottom here and then you can give it back to me.
9  A    Okay.
10         MR. WILLIS:  Do we know the date of the
11     note?
12         MR. SCARBER:  I'll clarify for the record
13     in one second, Counsel.
14         MR. WILLIS:  Great.  Thank you.
15         MR. SCARBER:  There's a page 2 to it as
16     well.
17         THE WITNESS:  What is this?  Okay.
18         MR. CROSS:  Is that front and back?
19         MR. SCARBER:  That's the second page to
20     the back that he's reading.
21         THE WITNESS:  Okay.  This is --
22  BY MR. SCARBER:
23  Q    I haven't asked any questions just yet.  But I
24     will let you explain it.  Let me have it back.
25  A    That's what I'm clarifying.  You just asked me -- I

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 57

1    wasn't here for a sexually transmitted infection.
2  Q   Okay.
3  A   I was there for my diverticulitis that I wasn't aware
4      of -- that it was diverticulitis.
5  Q   Okay.
6  A   So I was there -- that's the time when I was first
7      hospitalized when I knew I had a stomach -- real bad
8      stomach issues. That's what I was having there.
9  Q   Okay.
10 A   Not for a sexually -- that's when I first went there
11     and they first noted that I had stomach issues.
12 Q   So this is going back to -- all the way to 2014;
13     correct?
14 A   Yeah, yeah. That was the beginning of my stomach --
15     well, I wouldn't say that's the beginning but that's
16     when I was on the outside and I went to the hospital
17     and let them know I was having stomach issues.
18 Q   Okay.
19 A   Yeah.
20 Q   So this note is -- I have to identify it for the
21     record. This is a record taken from the McLaren Port
22     Huron Hospital. It's an emergency note.
23 A   The same place; right?
24 Q   Yes.
25 A   That's the same place that -- that's your defendant;

Page 58

1      right? Lake Huron?
2  Q   I don't represent them and no one is representing
3      them.
4  A   Is that one of the places being sued?
5  Q   No.
6  A   No? That's a whole different hospital?
7  Q   You may have had some treatment at this hospital but
8      we're not suing -- your attorney is not suing these
9      individuals. I'm just asking you some questions about
10     some of the records.
11 A   Okay. Is that Mercy or Port Huron Hospital?
12 Q   This is the McLaren Port Huron.
13 A   So it's the same hospital.
14 Q   That very well may be.
15 A   Okay. I'm just letting that be known, that's the same
16     hospital. That's all.
17 Q   The same hospital as what?
18 A   As Ms. Colleen works at -- or worked at.
19 Q   She worked at McLaren Port Huron --
20 A   Yes, sir.
21 Q   -- in 2014?
22 A   I mean, that's the same hospital. Yes.
23 Q   Okay. So this note indicates that -- and you just
24     read it -- patient's discharge is written. I'm sorry.
25     I didn't even get to identify it because I had

Page 59

1      answered one of your questions, but I need to
2      identify it. It is McLaren Port Huron records. It's
3      page 200 and 201 of those records.
4          It says, quote, patient discharge
5      written. I spoke with the patient about discharge.
6      The patient stated he did not receive any care. I
7      asked the patient what care he felt he did not
8      receive. The patient stated he never received his
9      medication and wanted to see another nurse. I told
10     the patient I will be glad to get my supervisor. The
11     patient continued yelling. I asked the patient again
12     not to yell or curse or I will call security. The
13     patient left the room, approached the nurses' station,
14     continued to yell at the staff, stating he would not
15     leave without receiving Tylenol. Security was called
16     and I notified the charge nurse. Patient requested
17     something to eat.
18         This is another note, maybe just slightly
19     earlier than that. Same page. It says, quote,
20     patient requested something to eat. Spoke with Anna
21     who stated he could not eat yet. Spoke with patient
22     again who became argumentative, cursing, refusing
23     medications. Patient stated, quote, bitch, I am not
24     taking that shit until I get something to eat. I
25     asked the patient not to yell and to refrain from

Page 60

1      cursing. The patient denied cursing, end quote.
2          Do you recall that incident?
3  A   Yes, sir, I recall what you're talking about. They --
4      in that situation -- I was hospitalized and put on an
5      IV, because my diverticulitis was acting up, but I
6      didn't -- I wasn't aware that I had diverticulitis. I
7      knew that I was sick and I knew that I was having
8      stomach pains and I was, like, passing out. I was in
9      -- going into cold sweats. I had fever. So I went to
10     the hospital and, you know, about that. I got into it
11     with those people because I felt like they did not
12     give me any medical treatment. They did not diagnose
13     me at that time for the diverticulitis. They didn't
14     even know what was wrong with me. They didn't care.
15     I felt like they didn't care because they just gave me
16     basically, like, an IV and I felt like they was just
17     rushing me out because my insurance wasn't valid at
18     the time.
19         Now, that's all the reason why I ended up
20     in such bad shape, because I went there when I
21     originally, you know, was having problems and I felt
22     like they was rushing me out. That's why I ended up
23     getting into it with a nurse. Because when I went
24     there I told the nurse that I haven't ate in days. I
25     told all those people that I haven't ate in, like, two

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 61

1    days, and I couldn't eat because I was feeling sick
2    and it was something wrong with me.  And I don't feel
3    like they did the proper test and I don't feel like
4    they did the proper care.  They, like, rushed me out.
5         And I told them that -- they wanted me to
6    take some medicine and I told them I couldn't take
7    some medicine because I was nauseous and I needed to
8    eat.  They refused to give me any food.  They had
9    called the security officer and the supervisor just to
10   okay me to get some crackers that day.  Yeah, I had a
11   bad time with them because I felt like they were
12   rushing me out and they wasn't getting down to the
13   bottom of my situation.  And I was not hospitalized
14   for -- it will tell you what I was hospitalized for --
15   the infection.  I was hospitalized for -- at that time
16   for stomach issues.  So that's what happened with
17   that.  Yeah, I do recall.
18 Q    If the record indicates --
19            MR. CORBET:  Devlin, what page was that?
20   I'm sorry to interrupt.  What page was that again?
21            MR. SCARBER:  That was on page 200, 201.
22            MR. CORBET:  Thank you.  Sorry to bother
23   you.
24            MR. SCARBER:  No problem.
25 BY MR. SCARBER:

Page 62

1  Q    If the record does indicate that you were there for a
2    chief complaint of abdominal pain, would that sound
3    more accurate?
4  A    Yes.  Abdominal pain, yes.  And that's why I was
5    upset, because I felt like they didn't do anything for
6    me.  They just gave me an IV and started to discharge
7    me.  Then she tried to give me some medicine before
8    I'm discharged.  I'm, like, I can't take it.  I
9    haven't eaten anything.  I was basically, like, pack
10   up, you got to go.  I felt like they were rushing me
11   out of the hospital before I got my treatment.  And
12   that's what that was about.
13 Q    So that you would agree that the -- you mentioned
14   earlier you think this was the beginning of when your
15   fistula started or at least --
16 A    No, it was no fistula.  That was cramping.
17 Q    So this was a sign of the problem that you ultimately
18   ended up having after you became incarcerated; right?
19 A    Yes.
20 Q    So when you were in the jail you believe that this was
21   something that was leading up to that?
22 A    Huh?  Excuse me?
23 Q    Let me rephrase my question.  This particular time
24   you're in the hospital in 2014, you believe that this
25   issue that you were there for at that particular time

Page 63

1    is related to the issue that --
2  A    I know for sure that was what the problem was, and I
3    feel like if I would have diagnosed it back then, then
4    it wouldn't have got as bad.  But I definitely went
5    there and made them aware.  And that's why I had a
6    problem with -- it was, like -- I'm, like, it's more
7    wrong with me.  And they, like, "Ah, you're okay.  We
8    gave you the IV.  Get out of here."
9  Q    So you would agree, then, that the problems that you
10   ultimately ended up having when you became
11   incarcerated were things that had started well before
12   your incarceration; right?
13 A    What do you mean?  Rephrase that question.
14 Q    You would agree with me that the problems that you
15   began to experience when you were incarcerated in the
16   jail and in the prison system, those were medical
17   issues that had been developing for some time prior to
18   your incarceration; correct?
19 A    I wouldn't say that.  I would say that while I was
20   incarcerated I had medical problems and they didn't
21   treat me.
22 Q    Would you agree with me, though -- and I'm just using
23   your testimony from a little while ago.  Would you
24   agree with me, though, that the issues that you
25   ultimately were needing treatment for in the jail and

Page 64

1    the prison system were issues that were becoming a
2    problem for you back in 2014 based upon the note that
3    we just read and your explanation of what was going on
4    back then?
5  A    No.  I wasn't needing treatment.  I didn't have a
6    fistula back then in 2014.  I got treated for a
7    fistula and a colostomy reversal.
8  Q    You testified a short while ago that you believe that
9    this is what caused your fistula to be worse when you
10   got --
11 A    No.  That's what caused the cramping to be worse, by
12   me not originally getting diagnosed with
13   diverticulitis.
14 Q    So you had a diverticulitis problem prior to going
15   into the jail system; correct?
16 A    I'm not sure, but I believe that that's what I had.
17   I'm not sure.  I can't tell you for sure, but I
18   believe that's what I had.
19 Q    Okay.  And you believe that if they had done more
20   during this time in 2014 when you were there, your
21   situation might not have ended up to the point where
22   it ended up when you were in prison, right, or in
23   jail?
24 A    What do you mean by situation?  I believe that if I
25   would have got diagnosed with diverticulitis sooner, I

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 65

1     wouldn't have had to wear a bag.  I believe that.
2  Q   And that was prior to your incarceration in jail and
3     prison.  That's what I'm asking you.
4  A   I still don't understand what you saying.
5  Q   You may have answered my question.
6  A   Right, that's what I'm thinking.
7  Q   But I just want to be clear.  Had they had done what
8     you believe they should have done prior to you even
9     going to jail and prison, you believe your situation
10    wouldn't have been as --
11  A   I can't say that.  I can't say that.  I can't answer
12    that.
13  Q   I thought you just testified to that.
14  A   That's -- I don't know what -- did I?  Did I just
15    testify to that?  No, I didn't.
16  Q   Oh, I thought you did.
17         THE WITNESS:  I'm trying to figure what
18    he's saying.
19         MR. CROSS:  Read back the question and
20    answer.
21         MR. SCARBER:  Let's see if we have our
22    answer.
23         Could you go back, Madam Court Reporter,
24    to the part where he was answering the question about
25    what we're talking about now, about the situation

Page 66

1    would not have led to him wearing the bag?
2         COURT REPORTER:  Let me see if I can find
3    it.
4         THE WITNESS:  If they --
5         COURT REPORTER:  Let me answer.
6         MR. SCARBER:  Wait a second.  I'm only
7    stopping you because she's looking --
8         THE WITNESS:  I'm good with it.  Thank
9    you.
10        (The following was read back by the
11        reporter:
12        "I believe that if I had gotten diagnosed
13    with diverticulitis sooner, I wouldn't have had to
14    wear a bag.")
15         COURT REPORTER:  Is that it or back
16    further?
17         MR. SCARBER:  Go a little back further.
18        (The following question and answer was
19        read back by the reporter:
20        Question:  "You would agree with me that
21    the problems that you began to experience when you
22    were incarcerated in jail and in the prison system,
23    those were medical issues that had been developing for
24    some time prior to your incarceration; correct?"
25        Answer:  "I wouldn't say that.  I would

Page 67

1    say that while I was incarcerated I had medical
2    problems and they didn't treat me.")
3         MR. SCARBER:  Keep going.
4         I think I said the wrong word, back,
5    instead of come up but don't -- but let's move
6    forward.  The record will stand for itself.
7  BY MR. SCARBER:
8  Q   I think you were clear, though, you believe if you had
9     been diagnosed with diverticulitis sooner, you would
10    not have had to wear the colostomy bag; correct?
11  A   Right.
12  Q   And when was the first time you were diagnosed with
13    diverticulitis as you are aware?
14  A   In December of 2019.  No, no.  '16.  December, right
15    before the surgery.  December, right before the
16    surgery.
17  Q   Were you ever diagnosed with colitis?
18  A   Colitis?  No.  Not that I'm aware of.  I had
19    diverticulitis.
20  Q   Let me show you a record from 12/10/2016.
21  A   12/10/2016.
22  Q   And this is a progress note from Lake Huron Medical
23    Center, and it's identified as page number 532.
24         Mr. Jackson, according to this record, it
25    says, quote, patient apparently was diagnosed with

Page 68

1    colitis on a CT scan of the abdomen over two years
2    ago.  Patient never had a colonoscopy in the past.
3    Patient is status post colonoscopy by Dr. Kansakar,
4    showed complicated sigmoid diverticulitis with
5    colovesical fistula without abscess, end quote.
6  A   Patient was diagnosed with colitis?
7  Q   Yes.  I guess my question for you is, you had gone to
8    the hospital prior to you being -- becoming
9    incarcerated in the jail and prison; correct?
10  A   We just discussed that.
11  Q   Okay.  I just mentioned one of the visits but you had
12    gone to the hospital prior; correct?  Prior to your
13    time at the jail.
14  A   Uh-huh.
15  Q   Prior to you becoming incarcerated in the jail, you
16    did go to the hospital for treatment of issues related
17    to --
18  A   The abdominal pains.
19  Q   -- abdominal pain, bowels, things like that.
20  A   Before I went to the jail?  Yes, I did.
21  Q   So my question for you is, it says that two years
22    earlier from the time you had your surgery -- at least
23    according to this record -- that you had been
24    diagnosed with colitis and you were supposed to have
25    gotten a colonoscopy.  Why did you never get one?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 69

1  A    I was supposed to get a colonoscopy and I -- I wasn't
2       told I was supposed to get -- I had got tested and
3       they didn't tell me I had colitis.  They actually told
4       me I had irritable bowel syndrome.
5  Q    Okay.  And what did you do about it?
6  A    They told me to take amoxicillin with potassium.  Gave
7       me a script.  I did.  I took it.
8            I had a test done and when they took --
9       scraped something on the card and stuff like that
10      prior, but they did not -- they didn't tell me I had
11      colitis.  When I went to the St. Clair County Jail
12      they had my medical records and they wasn't aware of
13      me having colitis.  I went -- reported a urinal tract
14      infection for six months.  They told me I had a urinal
15      tract infection for six months in the St. Clair County
16      Jail because I was urinating particles out of my penis
17      and I had bubbles coming out of my penis.  At no time
18      was they aware of me having colitis.  They didn't tell
19      me I had colitis.  I never even knew that I had
20      colitis at all.  This is brand new, new to me.
21  Q   My only question -- and I appreciate that answer, but
22      it indicates that you were supposed to have had a
23      colonoscopy --
24  A   I had that.
25  Q   -- before you were incarcerated, two years prior to

Page 70

1       that.
2  A    I did everything they told me that I was supposed to
3       have.  I went in and they put something up my rectum
4       and scraped it on a card.  Put me through a machine
5       and that was that.  They told me -- gave me a piece of
6       paper and they told me I had irritable bowel syndrome
7       and they gave me a prescription that told me to take
8       amoxicillin with potassium and that was it.  You may
9       not have the follow-up records or I wasn't aware but I
10      did everything that they told me to do at the doctor.
11  Q   But even that record, you would agree, indicates that
12      you had had some kind of problem with your bowels or
13      bowel system prior to your incarceration in the jail
14      and in the Michigan --
15  A   Oh, for sure I had bowel problems.
16  Q   Okay.
17  A   Actually --
18  Q   I don't have any further questions on that right now.
19  A   Okay.  I'm just elaborating on my question, that's
20      all.
21  Q   And your counsel can come back, too, if he wants to
22      ask you some follow-ups on it as well.
23  A   Uh-huh.
24  Q   On February of 2015, you -- it looks like you were you
25      at the hospital for blood in your urine.  Do you

Page 71

1       recall that?
2  A    Uh-huh.
3  Q    What was the situation regarding that?
4  A    They -- I went to the hospital.  I was urinating blood
5       out of my urine.  They had me pee in a cup and they
6       basically just gave me some antibiotics and discharged
7       me.
8  Q    Do you remember what they diagnosed you with?
9  A    They never diagnosed me.  Not that I can remember.
10      Same hospital that we're talking about.
11           Which hospital is it?  Medical -- what is
12      it?
13  Q    McLaren Port Huron.
14  A    McLaren.  Same hospital.
15  Q    It indicates that at that particular time -- and we're
16      talking about from the record of February 1, 2015 --
17      that the clinical impression was hematuria, sexually
18      transmitted disease, and urinary tract infection.
19      Hematuria, meaning blood in the urine.  Do you recall
20      being given instructions about a sexually transmitted
21      disease at that point?
22  A    Uh-huh.  No, sir.  I only know they told me that --
23      see, when you go in, they just told me to pee in a cup
24      and that was it and they gave me antibiotic.  That was
25      it.  They never said anything or I didn't get any

Page 72

1       results or anything.
2  Q    It indicates on this particular note in the
3       disposition, sir, instructions regarding sexually
4       transmitted diseases.  Can you take a look at that?
5       This is page 149.
6  A    Instructions?
7  Q    Let me just look right here.
8  A    Where are you saying?
9  Q    That little remark.
10  A   Can you say that again?  It indicates instructions?
11  Q   Your counsel is going to show you a little mark I
12      have.  Can you tell me what it states right there?
13      Just where that little mark is.
14  A   What mark?
15  Q   This one, right there.
16  A   Instructions.  Sexually transmitted disease.
17      Self-care.  Hold on.
18           Okay.  This is what they gave me.  Yeah,
19      they give me antibiotics and released me.
20  Q   Okay.  So I read that correctly, that you were
21      instructed about sexually transmitted diseases and
22      then they gave you antibiotics; correct?
23  A   Yeah.  Does it say that's what the problem was?
24  Q   I'm just asking you about what the disposition was at
25      the emergency room.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 73

1  A    Okay. But they ain't say that's what the problem was.
2         MR. CROSS: He asks the questions.
3         THE WITNESS: Okay.
4  BY MR. SCARBER:
5  Q    And you didn't sue McLaren Port Huron; correct?
6  A    Who?
7  Q    McLaren Port Huron Hospital. You mentioned you
8         thought they were part of this lawsuit but they're
9         not. You never sued them; correct?
10        MR. CROSS: For the record, the hospital
11        was sold.
12        THE WITNESS: Okay.
13  BY MR. SCARBER:
14  Q    Let me just clarify your allegations in the Complaint.
15        You're not suing the hospital per se for something
16        that happened to you prior to you going into jail in
17        2016. You would agree with that?
18  A    Prior to me going to jail? No, I'm not.
19  Q    Okay. What I'm citing to you are things that occurred
20        prior to you going to jail.
21  A    With the same hospital I'm suing; right?
22  Q    Your counsel can clarify that but --
23  A    I'm asking.
24  Q    I'm not aware of you having a lawsuit against the
25        hospital in that sense. So maybe you can clarify --

Page 74

1         MR. CROSS: Kohchise, you are suing Prime
2         Healthcare. Prime Healthcare bought this hospital
3         from another company that owned it prior to 2015. And
4         you're not suing that other company. You're suing
5         Prime Healthcare for things that happened while you
6         were in jail. So none of the things that he's talking
7         about from before you went to jail are a part of the
8         lawsuit.
9         THE WITNESS: Okay. There we go.
10  BY MR. SCARBER:
11  Q    It sounds like you feel like from your understanding,
12        though, that --
13  A    No. No, I don't.
14  Q    You don't feel like they misdiagnosed you at --
15  A    No, no.
16  Q    I thought you testified to that earlier.
17  A    You said what? No, I didn't.
18  Q    You didn't testify that they should have discovered
19        something or treated something earlier that they
20        didn't treat?
21  A    No.
22  Q    I'll rely on your prior testimony.
23        I have a record from February 15th of
24        2016. I'm sorry. February the 16th of 2015. I stand
25        corrected. And this is at McLaren Port Huron, records

Page 75

1         pages 133 to 134. And these records indicate that you
2         were being seen at that time for complaint of penile
3         discharge. Does that ring a bell?
4  A    When?
5  Q    February of 2015.
6  A    Okay.
7  Q    Does it ring a bell to you -- do you recall being
8         there in approximately February 2015 for problems with
9         penile discharge and sexually transmitted diseases?
10  A    Oh, you mean sexually transmitted infection. The
11        penile discharge, yes.
12  Q    They called it disease on here. I understand you're
13        making a distinction, but some type of sexually
14        transmitted --
15  A    Infection.
16  Q    -- infection you were there for?
17  A    Yes.
18  Q    How about on September the 13th of 2015, do you recall
19        being at the McLaren Port Huron emergency room then
20        for a sexually transmitted disease?
21  A    Yes. Infection, yes.
22  Q    On -- you were released from prison when? Do you
23        recall?
24  A    May 16, 2019.
25  Q    Do you recall being seen by the McLaren Port Huron

Page 76

1         Hospital on or about May 23rd of 2020 for another
2         sexually transmitted infection?
3  A    Yes, sir.
4  Q    And this would have been after your release from
5         prison; correct?
6  A    Correct.
7  Q    So after you were released from prison, you were able
8         to resume having sexual intercourse?
9  A    Did I have sexual intercourse when I left prison?
10        Yes, sir, I did.
11  Q    My question is, you were able to resume it at that
12        point similar to how you had done it prior to you
13        becoming incarcerated in 2016; correct?
14  A    I don't know -- I don't know what you mean by that,
15        sir.
16  Q    You were having --
17  A    I had sex before I went to prison. Yes, I had sex
18        after I got out of prison.
19  Q    And you -- it sounds like even in this situation
20        you -- it was the same type of activity that you had
21        engaged in previously because you are still back to
22        the hospital emergency room for an STI again; correct?
23        Sexually transmitted infection.
24  A    What do you mean same activity? What do you mean?
25        Having sex? Yes, I had sex.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 77

1  Q    I understand that.
2  A    Okay. So what do you mean?
3  Q    But prior to you becoming incarcerated you were not
4        only having sex but getting sexually transmitted
5        infections; correct?
6  A    That's what happens when you have sex with someone who
7        has an infection.
8  Q    Are you having sex with the same person that's giving
9        you this infection?
10 A    What do you mean? When?
11 Q    When you were getting these infections that you were
12       going to the emergency room for -- consistently for
13       the last -- maybe few years before you were
14       incarcerated in --
15 A    Did I get the infection from the same girl that I got
16       it from before I went to prison? Is that what you're
17       asking me?
18 Q    Why don't we start with that question. Sure.
19 A    I don't know.
20 Q    And then I guess my overall question is, the same type
21       of situation that you were in --
22 A    What situation is that? I haven't said.
23 Q    You've got to let me finish my question.
24            The same type of situation you were in
25       prior to becoming incarcerated, where you were having

Page 78

1        sex and getting a sexually transmitted infection, you
2        were engaged in that same type of activity after you
3        were released from prison, where you were engaging in
4        sexual activity and getting a sexually transmitted
5        infection.
6  A    I'm not understanding what you mean. I had sex -- I
7        just answered that -- before I went to the prison. I
8        had sex when I got out of prison. I caught a sexually
9        transmitted disease before I went to prison. I also
10       caught one -- infection when I was released from
11       prison.
12 Q    Similar to what had happened before you were
13       incarcerated?
14 A    The same thing happened to me before, yes.
15 Q    Okay. And I didn't note any complaints in your record
16       from April 23, 2020 about your colostomy reversal or
17       posing any problems for you; correct?
18 A    When?
19 Q    In April 2020, when you were at the hospital for the
20       sexually transmitted infection. This was after you
21       were released from prison.
22 A    In April?
23 Q    April 23, 2020.
24 A    Okay, because I got out in '19. So in April -- I'm
25       trying to answer your question, sir. Can I answer it?

Page 79

1  Q    I don't think I finished it.
2  A    If you haven't finished the question, I can't answer
3        it.
4  Q    Okay. But my question is, during your April 23, 2020
5        visit at the emergency room I did not see anywhere in
6        your record where you were complaining about any
7        problems with your colostomy reversal or colostomy at
8        all. You would agree there were no complaints at that
9        time?
10 A    I did not have a colostomy at that time. I was
11       already reversed.
12 Q    But you would agree with me that you weren't having
13       any issues or complaints when you went to the hospital
14       at that time for any colostomy or colostomy reversal
15       that you had had; correct?
16 A    No, I'm not saying correct. Actually, I visited the
17       hospital and after I had been reversed I have had
18       problems and I made my doctor, Dr. Webber, aware.
19 Q    My question is, on April the 23rd of --
20 A    You talking about when I went to the hospital for a
21       sexually transmitted infection?
22 Q    Okay. Mr. Jackson --
23 A    I'm asking you a question.
24 Q    But you've got to let me finish my question before you
25       try to answer.

Page 80

1  A    Okay. Well, finish.
2  Q    Because I may -- as I finish my question, I may clear
3        up whatever you are going to ask me.
4  A    Okay. So finish it.
5  Q    My question to you is that on April 23, 2020, you did
6        not have any complaint at that time regarding a
7        colostomy reversal problem that was bothering or any
8        problems from your prior colostomy. Am I correct in
9        that?
10 A    On April of 2020, when I visited the hospital for a
11       sexually transmitted infection, that is what I
12       discussed with those people, the sexually transmitted
13       infection.
14 Q    Okay. You did not discuss anything regarding problems
15       with your reversal or problems --
16 A    I had already discussed that prior to that visit with
17       my stomach doctor, the one who deals with that.
18 Q    But I think we're in agreement. Not with these
19       people.
20 A    What people are you talking about?
21 Q    The people on --
22 A    What hospital --
23 Q    McLaren Port Huron.
24 A    I never discussed anything with them about sexually
25       transmitted infection after I had been out of prison.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 81

1  Q    And about a month after that, May 24th of 2020, it
2       looks like that is when you're at McLaren Port Huron
3       emergency room for your gunshot wound trauma.  Does
4       that sound familiar?
5  A    Yes, sir.
6  Q    And we've talked about the gunshot wound.  I'm just
7       looking at the record here and you weren't having any
8       complaints at that time, you would agree, regarding
9       any --
10 A    No, I wouldn't agree.
11        COURT REPORTER:  I'm sorry.  You have to
12      let him finish before you answer.
13        THE WITNESS:  Like I say, I wasn't having
14      no complaints about my colostomy at that time.
15 A    That's what you were saying, right?  That was the
16      question.
17 BY MR. SCARBER:
18 Q    It wasn't the question --
19 A    Finish the question.
20 Q    And you're doing fine, but the way the depositions
21      have to work is I've got to be able to ask the
22      question and get the whole question out before you
23      give me an answer.
24 A    Okay.
25 Q    Even though you might anticipate where I'm going with

Page 82

1       it or anticipate the last three or four words of what
2       my question is going to be, you still got to let me
3       finish the question and then you can give me the
4       answer.
5  A    Okay.  There you go.
6  Q    And it becomes an issue only because we can't get
7       your whole answer, I can't get my whole question in,
8       and then the court reporter can't really get down what
9       we're saying.
10 A    I understand.
11 Q    So if we ever have to play this back or even play the
12      video back, it's going to be so jumbled that it's not
13      going to make a lot of sense.
14 A    I understand.
15 Q    That's why we've got to do it.
16 A    Yeah.
17 Q    But you're going to get an opportunity to say what you
18      have to say.  Even if I don't cover it, your attorney
19      can cover it.  I'm just going to ask you the questions
20      that I want to ask and then he can follow up and you
21      can get out whatever you want to get out that way.
22 A    Okay.  Thank you.  I appreciate your patience.
23 Q    No.  It's -- you're doing fine.  Very fine.
24 A    Thank you, sir.  So are you.
25 Q    Thank you.

Page 83

1         So my question is, on May 24, 2020, when
2       you go to the emergency room, you would agree with me
3       that you didn't have any complaints to the emergency
4       room folks at that time about a problem with your
5       colostomy reversal or your original colostomy.  You
6       would agree with that; correct?
7  A    No, I wouldn't agree with you --
8  Q    Okay.  What did you --
9  A    Because I had -- wait.  You cutting me off, sir.
10 Q    Go ahead.  I was wrong.  You finish your answer.
11 A    Okay.  There you go.
12        I had complaints but during the time
13      where I went to the hospital dealing with a gunshot
14      wound, that's what I dealt with.  I talked to my
15      doctor already, Dr. Webber, about the complaints I had
16      due to the surgery already.  So that's already --
17      that's who I discussed that with because he's my
18      doctor.  When I go to the hospital for emergency
19      visits for sexually transmitted infection, gunshot
20      wound, I tend to deal with the matter at hand.
21 Q    Okay.
22 A    That's all that is.
23 Q    So I think the answer to my question, then, is, on May
24      24, 2020, you did not discuss with them any issues
25      regarding your colostomy reversal or your original

Page 84

1       colostomy; correct?
2  A    Correct.
3  Q    When was the last time you saw, if you can remember,
4       Dr. Webber prior to having the gunshot issue?
5  A    Sometime in 2019.
6  Q    Do you remember how many times you saw him after you
7       had your colostomy reversal?
8  A    At least two or three times.
9  Q    Do you remember the last time you would have seen him?
10      Let's say, was it a few months after 2019?
11 A    It was at the end of the year 2019.  I may have seen
12      him in 2020 and -- yep, that was it.
13 Q    And where did you see him when you saw him?
14 A    At Harper Hospital.
15 Q    Did he have a separate clinic or something?
16 A    No.  I was going to see him at Harper Hospital.  It
17      would be the certain part.  It would be the floor -- I
18      don't know what floor he was on.  He had, like, inside
19      the hospital, like a little clinic, I would say,
20      because it was like a certain floor, and that was his
21      office.
22 Q    When did you get your colostomy reversal?
23 A    Oh, was it June 2019?  Like, the next month after I
24      got out they reversed it right away, no problem.
25 Q    So if you got your reversal in May of 2019 -- if you

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 85

1    got your reversal done in 2019 --
2  A    Yeah, but not May.  June.
3  Q    I'm sorry -- in June of 2019, you would agree, then,
4     that your colostomy was not permanent; correct?
5  A    See, that's the thing.  I felt like when I was in
6     prison it was going to be on me forever.
7  Q    But you would agree with me that ultimately it wasn't
8     permanent and --
9  A    Because they reversed it?
10  Q    -- and it did get reversed; correct?
11  A    It did get reversed, yes, sir.  I agree with you.
12  Q    So what you thought was permanent, you would agree
13     turned out to not be permanent; correct?
14  A    Correct.  Because it seemed like they was going to
15     keep it on me forever when they wouldn't reverse it.
16     That's how I felt.  Like, if these people don't pay
17     for it here, why would they pay for it on the outside
18     and I'm in their care?  That was my main worry, that I
19     was going to have it forever when I was in there.
20  Q    I'm going to move to strike the last part of your
21     answer, just because you had already answered my
22     question regarding you would agree with me that it
23     wasn't -- it actually turned out that it was not
24     permanent like you thought it would be.  And that
25     is --

Page 86

1              MR. WILLIS:  I'll join.
2  BY MR. SCARBER:
3  Q    So let me reask the question, just because I want a
4     clean record.  You would agree with me, Mr. Jackson,
5     that even though you thought the colostomy was going
6     to be permanent, turns out that it really wasn't
7     permanent and you did ultimately get it reversed;
8     correct?  Yes or no?
9  A    Hold on.  You got to ask the question again.  Ask it
10     one more time, sir, please.
11  Q    Would you agree with me, Mr. Jackson, that even though
12     you thought your colostomy was going to be permanent,
13     it turns out it actually was not permanent?
14  A    You talking about when I was in prison and I moved to
15     get it reversed and they wouldn't reverse it and I
16     felt like that I was going to have the bag forever and
17     when I got out I figured that they wouldn't reverse it
18     when I got it because they wouldn't do it in prison
19     and I was under their care?
20              MR. SCARBER:  Move to strike as
21     nonresponsive.
22  BY MR. SCARBER:
23  Q    I'm going to ask the question again.
24              Would you agree with me --
25              MR. WILLIS:  I'll join.

Page 87

1  BY MR. SCARBER:
2  Q    -- that even though you thought this colostomy was
3     going to be permanent, it turns out that it was not
4     permanent.  Yes or no?  You would agree with that;
5     correct?
6  A    Yeah.
7  Q    Okay.  Now, you ultimately did have your colostomy
8     reversed and you say you had your procedure done with
9     Dr. Webber; correct?
10  A    Yes, sir.
11  Q    And when Dr. Webber did the reversal on you, on June
12     19th of 2019, did Dr. Webber discuss with you the
13     risks that could be associated with the reversal?  Yes
14     or no?
15  A    Reversal.  Yeah, he told me that all surgeries is
16     risky because I'm put under anesthesia.  That's what
17     he discussed with me.  He said it could be bleeding.
18     He said that -- yeah, and it could be leakage.
19  Q    Did Dr. Webber specifically discuss with you that the
20     potential risk of the procedure that he was going to
21     perform, the colostomy reversal, could be a risk of
22     heart attack, stroke, death, infection, the potential
23     need for reoperation and the potential for a leak or
24     potential for damage surrounding the structures
25     including the ureter and -- including your urethra

Page 88

1     system?
2  A    Dr. Webber told me that usually when he do this
3     surgery, the people that he dealing with be older
4     people.  He said that I was younger and he said that I
5     didn't have any other medical problems, so he said
6     that it was potential risk but he said he felt like I
7     should be fine.
8  Q    Okay.  Did he discuss with you -- and I'm going to
9     move to strike as nonresponsive.
10  A    Because --
11  Q    Hang on.  Hang on one second.  My question for you is,
12     did he discuss with you specifically -- and you don't
13     have to tell me anything else about why he might have
14     discussed certain things or what his opinions were
15     about the discussion, whatever.  I want to know, did
16     he discuss specifically with you that the risk of the
17     colostomy reversal could be a heart attack, stroke,
18     death, infection, a need for a reoperation, a
19     potential for leakage and damage surrounding the body
20     parts that -- where he was doing his reversal?
21  A    Yes.  Yeah.  He said, "You got a pretty strong heart,
22     man, so I'm not worried about a heart attack."
23  Q    But the question is --
24  A    You young.
25  Q    Hang on.  Hang on one second.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 89

1  A    Every time I answer the question, you stop me.
2  Q    Because you answered my question and you said yes, and
3       I'm going to move to strike after all that.
4  A    Okay.
5  Q    So this is going to be a yes or no question, because I
6       need a clean record. Your counsel can come back and
7       ask you whatever he wants to ask you and let you
8       explain whatever he wants to ask you. That's fine.
9            Yes or no. You answered it but I can't
10      have another compound answer afterwards. I understand
11      that you might want to get something across.
12  A   I'm just telling you what he said to me.
13  Q    Did he discuss with you -- yes or no -- this is a yes
14      or no question -- that the risk of the procedure could
15      be a heart attack, stroke, death, infection, potential
16      need for reoperation, and potential for leak or
17      potential damage to the surrounding body structures?
18      Yes or no?
19  A   He said that it's always a possibility with surgery
20      when you use anesthesia and he said -- yes, he did.
21      And he said I should be fine because I have a strong
22      heart; I'm a young man.
23  Q    I'm going to do it this way, because I'm going to end
24      up getting the answer to my question. So I'm going to
25      give you a record and I want you to read the record.

Page 90

1       I'm going to come behind you just because I don't have
2       a second copy of this thing.
3            Let's read the record here. And I'm
4       reading page 575 of the DMC records. Can you read
5       this particular sentence right here to yourself? No.
6       Why don't you read that sentence out loud for me,
7       starting with "after."
8  A    "After patient was made aware" -- "After patient was
9       made aware of all risk and benefits of the procedure,
10      including the //limited, the risk of heart attack,
11      stroke, death, infection, the potential need for
12      respitation (sic)" --
13  Q    Reoperation.
14  A   -- "reoperation and the potential for a leak,
15      potential for damage to the surrounding structures" --
16  Q    Okay. Stop right there. Do you recall that Dr.
17      Webber discussed those particular things with you that
18      you just read on the record just now?
19  A   I don't recall.
20  Q    You don't know if he discussed those with you?
21  A   It was a while ago, sir.
22  Q    But he did discuss with you that there --
23           VIDEOGRAPHER: Wait a second. You're not
24      wearing your microphone.
25  A   I don't --

Page 91

1  BY MR. SCARBER:
2  Q    Hang on. Hang on.
3            He did discuss with you that there were
4       risks associated with this procedure; correct?
5  A    He told me I was a young man.
6  Q    Did he discuss with you that there were risks --
7  A    Can I answer the question?
8  Q    You've already answered the question in a way that's
9       not responsive.
10  A   I answer how you want me to?
11  Q    Did he discuss with you that there were risks
12      associated with this procedure?
13  A   He told me that --
14  Q    Yes or no?
15  A   I can't --
16  Q    You said what?
17           VIDEOGRAPHER: Your microphone is
18      backwards. I can't --
19  BY MR. SCARBER:
20  Q    I'll ask the question again. Did he discuss with you
21      that there were risks associated with the procedure?
22  A   I just answered you, sir. I can't recall.
23  Q    Okay. You can't recall now?
24  A   What you mean now?
25  Q    You just told me before that he discussed risks of the

Page 92

1       procedure with you.
2  A    I told you Dr. Webber told me with surgery under
3       anesthetics it's always risky. That's what -- the
4       discussion we had.
5  Q    Okay.
6  A    He said I was a young man. I had a strong heart.
7            MR. SCARBER: Move to strike.
8  BY MR. SCARBER:
9  Q    Let me ask you this question. This is Dr. Webber's
10      record from his operative report. Are you saying that
11      if Dr. Webber signed this operative report saying he
12      discussed these particular things --
13  A   Am I saying?
14  Q    I didn't even finish my question.
15           MR. CROSS: Let him finish.
16  BY MR. SCARBER:
17  Q    Are you testifying today that if Dr. Webber prepared
18      this record and signed this record and represents that
19      this is his medical record, are you telling us that
20      Dr. Webber is being untruthful with this medical
21      record?
22  A   I never said anything about Dr. Webber being
23      untruthful.
24  Q    So are you telling us that this record is not true?
25  A   I'm telling you I don't recall.

Page 93

1  Q    Okay. You don't recall?
2  A    I don't recall. I can't tell you that I remember if I
3       don't remember. I'm telling you what I do remember
4       Dr. Webber saying, about me being a young man and
5       having a strong heart.
6  Q    Move to strike again, at least the last part of your
7       response.
8            Dr. Webber writes in his record from June
9       19, 2019, that -- I'll quote it -- "Male who presented
10      originally for evaluation of colostomy reversal. At
11      an outside hospital in Port Huron, on December 10,
12      2016, he underwent an exploratory laparotomy with
13      sigmoid colectomy and Hartmann's procedure for a
14      suspected perforated diverticulitis. At that time the
15      urologist also did a fix -- did fix his urinary
16      bladder as there was an injury to it. He now has no
17      issues, end quote.
18           That is Dr. Webber's record. Are you
19      saying that that record is not true?
20  A   I didn't say anything.
21  Q   Do you agree with that record that I just said?
22  A   What do you mean?
23  Q   Do you agree with the history that I just read to you?
24  A   What do you mean?
25  Q   Do you agree that the statements that I just read to

Page 94

1       you would be true?
2  A    As far as what? Did Dr. Webber write that?
3  Q    Not only -- not did he write it, but do you agree that
4       those statements that I just read to you, the history,
5       the truthfulness of that, do you agree that that is a
6       true statement by Dr. Webber?
7  A    I don't know if it was a true statement, but Dr.
8       Webber I know is reading there on that paper.
9  Q    Okay. Then do you disagree with what I just read to
10      you? Disagree that that's not true.
11  A   I don't know enough about it to disagree or agree.
12  Q   So you're not saying it's not true; right?
13  A   I don't know -- what you talking about? What's not
14      true?
15  Q   Are you saying that the record that I just read to
16      you, the history from the record that I just read to
17      you --
18  A   The history.
19  Q   -- is a lie?
20  A   The history from the record. I'm kind -- that's where
21      you're confusing me at. The history from the record.
22      What do you mean? Am I saying -- I'm not trying to
23      cut you off but I'm trying to get the question more
24      clear. Are you saying that am I saying that what you
25      have written on that piece of paper is a lie? I

Page 95

1       couldn't tell you. You know what I mean?
2  Q    But my question is to you, do you disagree with
3       anything that I just read to you?
4  A    Do I disagree? Read it again.
5  Q    Quote, male who presented originally for evaluation of
6       colostomy reversal. At an outside hospital in Port
7       Huron on December 10, 2016, he underwent an
8       exploratory laparotomy with sigmoid colectomy and
9       Hartmann's procedure for suspected perforated
10      diverticulitis. At that time the urologist did fix
11      his urinary bladder and there was an injury to it. He
12      now has no issues, end quote.
13           Do you disagree with anything that I just
14      read there?
15  A   I don't understand. I don't understand how I would
16      disagree with it or agree. I wouldn't say I agree or
17      disagree, because I don't know -- you just read some
18      stuff -- some medical history on whatever is there. I
19      don't know what question you asking me about it.
20  Q   Do you agree on December 10th you underwent a
21      procedure with Dr. Kansakar?
22  A   I underwent a procedure on December 10th. I agree
23      with that. I did do that.
24  Q   You may not know exactly what it's called; correct?
25  A   The Hartmann's procedure?

Page 96

1  Q    Yeah.
2  A    Yes, I do.
3  Q    Okay. What's your understanding of the Hartmann's
4       procedure?
5  A    I wouldn't have an understanding of it. What do you
6       mean?
7  Q    Well, you said you agree you underwent a Hartmann's
8       procedure; correct?
9  A    Yes.
10  Q   Okay. You agree that the urologist fixed your urinary
11      bladder at that time?
12  A   Yes.
13  Q   You would agree that you presented for a colostomy
14      reversal with Dr. Webber?
15  A   Yes, sir.
16  Q   You would agree that at the time you presented for the
17      colostomy reversal with Dr. Webber you weren't having
18      any issues with the colostomy, colostomy reversal --
19  A   Hold on.
20  Q   So let me ask the question again. You would agree
21      that as to the colostomy itself, at the time of your
22      surgical procedure with Dr. Webber, you weren't having
23      any physical problems with the colostomy at that
24      point; correct?
25  A   You kind of confusing. Can I explain to you -- ask

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 97

1 you what the question was and then you tell me --
2 Q Let me try to ask it again.
3 A Okay.
4 Q When you presented for the colostomy --
5 A When I presented for. That's what I'm asking. When I
6 presented for. What do you mean, present?
7 Q When you were getting ready to undergo your colostomy
8 reversal with Dr. Webber --
9 A Okay.
10 Q -- you would agree with me that particular time, prior
11 to you getting ready to undergo your procedure with
12 him for the colostomy reversal, you weren't having any
13 physical issues with the colostomy that was in place
14 at that particular time; correct?
15 A I had been -- I had been having -- since I had the
16 colostomy I had been having, you know, different
17 little cramping or whatever, but -- you know what I'm
18 saying? That's all I can say. I'd been having that
19 since prison.
20 Q So you had some cramping; correct?
21 A Uh-huh.
22 Q But that's all you can recall?
23 A Uh-huh.
24 Q And if he indicates in his records or in his testimony
25 that you were not having any particular issues at that

Page 98

1 particular time from a medical standpoint, would you
2 agree with him?
3 A What you mean? If he --
4 Q If his reports --
5 A Nah, I can't even agree with his report, if I was. I
6 told you I was having cramping just now.
7 Q Cramping?
8 A Yes.
9 Q Okay. Describe the cramping you were having.
10 A Like, sharp pains. Because I believe --
11 Q Just describe --
12 A It's just a sharp pain.
13 Q Sharp pain.
14 A Yeah.
15 Q Where was the sharp pain?
16 A On my right side of my abdominal. Because I went to
17 go see Dr. Webber and he said it could possibly be a
18 hernia.
19 Q Was it a hernia, that you know of?
20 A I believe it is. I'm afraid of getting cut back open
21 right now, recently, at this time. Dr. Webber
22 discussed with me if it was a hernia, he have to cut
23 it out. But that's the same problems I was having
24 before the reversal. Like, the same exact pain I was
25 having in prison. I told the people in prison I was

Page 99

1 having the same pain in my stomach and I told Dr.
2 Webber after the reversal. He looked at it and said
3 it may be a hernia. So that's why I'm --
4 Q Did he ever tell you you actually had a hernia?
5 A He didn't say actually you have a hernia but he said
6 it was a suspected hernia and it's in the records.
7 Q What records are you referring to?
8 A The last visit I had at Harper Hospital, that's what
9 we talked about.
10 Q Can you get the records out that you're talking about?
11 You just said it's in the records.
12 A I'm for sure it is. I have been there. I went there
13 and that's what we talked about. I don't have the
14 records that I could get out, but they --
15 MR. CROSS: I believe we've given you
16 guys all the records.
17 MR. SCARBER: Can I see the records he's
18 reviewed and what he's talking about? He said he
19 reviewed something over the weekend.
20 THE WITNESS: I didn't say that. I
21 didn't say that.
22 BY MR. SCARBER:
23 Q I thought you said you reviewed something in
24 preparation for your deposition over the weekend and
25 that it was medical records.

Page 100

1 A Okay. I never said nothing about me reviewing over
2 the weekend Dr. Webber talking to me about my hernia.
3 I didn't say that. I never --
4 Q Let me wait for your attorney.
5 VIDEOGRAPHER: Want to go off the record?
6 MR. SCARBER: We can go off the record.
7 VIDEOGRAPHER: We are going off the
8 record. It's 2:09 p.m.
9 (Whereupon, a recess was held.)
10 - - -
11 VIDEOGRAPHER: We are back on the record.
12 It is 2:17 p.m.
13 BY MR. SCARBER:
14 Q Okay. We took a brief intermission, Mr. Jackson. You
15 had referenced something about having a subsequent
16 visit with Dr. Webber, maybe in the fall or August or
17 sometime in 2019.
18 A Yes.
19 Q Neither your counsel nor I have that record nor does
20 cocounsel for the other defendants in this case.
21 A Because it was --
22 Q So what we're going to do is, I'm going to move on
23 from that part of this. If we get that record, we'll
24 reserve the right to come back and ask questions about
25 it.

Page 101

1  A    Okay.

2  Q    Obviously, we're not saying you're lying. We're just
3       saying we don't have it, and since we don't have it,
4       we can't really cross-examine you about what happened.
5       That's what I'm saying. Because you're testifying
6       from your memory and I don't have anything to verify
7       whatever it is you're saying, to ask you about, like I
8       have these records. So I'm going to move on and let
9       me just --

10  A   Because you all usually -- by being Dr. Webber's
11      clinic --

12  Q   It's possible that maybe this is in a different area
13      or different record than what we have.

14  A   Okay. Thank you.

15  Q   And the three of us, we'll work on trying to figure
16      out if there is something else -- if there's something
17      else, and then we'll try to obtain it and follow up on
18      it.

19  A   Okay.

20  Q   But you've already indicated to me, at least what
21      occurred, I believe, leading up to your visit with Dr.
22      Webber.

23         So how many visits did you have with Dr.
24      Webber before he did his surgery on you in June of
25      2019?

Page 102

1  A    I believe it was maybe two but I can't recall for
2       sure.

3  Q    At the time you saw Dr. Webber in June of -- in the
4       time -- in those times prior to the June 2019 reversal
5       surgery, was your colostomy at that point functional,
6       meaning that it worked and you were able to use it?

7  A    Yes, sir.

8  Q    And you would agree that it was functional at least up
9       until the time he performed the surgery on you in June
10      of 2019?

11  A   Yes, sir.

12  Q   If the -- do you recall that you would have signed any
13      consent forms concerning the surgery that he performed
14      on you? Let me --

15  A   Do I recall if I signed any?

16  Q   Yes.

17  A   I'm sure I did.

18  Q   And you understand that when you signed a consent form
19      prior to someone performing a surgery on you, that's
20      basically where you are acknowledging that there are
21      potential risks that could happen, bad things that
22      might go wrong, and you're just indicating that you
23      have an understanding that there are risks and
24      something could happen; correct?

25  A   Correct.

Page 103

1  Q    And you don't dispute that you signed such consent
2       forms prior to having the surgery?

3  A    No, I don't dispute that.

4  Q    And you also agree that you would have signed consent
5       forms prior to having the original colostomy back
6       in 2016 with Dr. Kansakar?

7  A    Yeah. I signed consent forms with Dr. Kansakar. And
8       that's the thing, because they told me the bag was
9       going to come off in two months.

10  Q   My question is, did you -- and we can get to that or
11      your counsel can get to that -- but my question is --

12  A   But I'm trying to figure out did I sign something that
13      said the bag was going to come off.

14  Q   That's not what I'm asking. I'm not asking you that.

15  A   Okay.

16  Q   What I'm asking is, you would agree that prior to her
17      performing the surgery you would have signed consent
18      forms basically saying I understand that there are
19      risks that would be associated with this particular
20      procedure and those risks can be infection, bleeding,
21      loss of sensation, some paralysis, death. You
22      understand that those were risks that were associated
23      and you had to sign off on that before you had the
24      surgery; correct?

25  A   Yeah, I signed that paper.

Page 104

1  Q    Okay. Now, when you came to the MDOC in March of 2017
2       from the jail, it's my understanding from your prior
3       testimony that when you had gotten to the jail -- I'm
4       sorry -- when you had gotten to the prison, that your
5       stoma site had healed up at that point; correct?

6  A    As far as me not needing the rings?

7  Q    Yes.

8  A    And it was a flat flush, yeah, more so.

9  Q    So when you got to the prison, then, you were able to
10      use the paste at that point; correct?

11  A   Yes, sir, I was able to use the paste.

12  Q   And it's my understanding from having reviewed some of
13      the records in this case that when you arrived at the
14      prison you were very upset that you had not had your
15      reversal done in February of 2017; correct?

16  A   I was more so hurt than upset.

17  Q   And you conveyed your dissatisfaction with the jail
18      when you came to prison; correct?

19  A   What do you mean? I just explained that the fact that
20      I was in the prison's care and they didn't reverse my
21      bag, I felt like I was going to have to keep it.

22  Q   No. My question is when you came to the prison in
23      March of 2017 --

24         MR. WILLIS: You're breaking up here. I
25      can't hear anything that you're saying. Sorry.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 105

1 THE WITNESS: Who? Me? Who you talking
2 about?
3 MR. WILLIS: Yes, yes, the witness.
4 MR. SCARBER: Okay. Let me reask the
5 question again.
6 THE WITNESS: Can you hear me now? You
7 can hear me clearly?
8 MR. WILLIS: I can now.
9 BY MR. SCARBER:
10 Q My question was, when you had come to the jail -- when
11 you had left the jail in March of 2017 and had come to
12 the prison, you were expressing concerns at that
13 point --
14 A About having the bag forever?
15 Q -- about having problems with the jail and you not
16 being able to have your colostomy reversal while you
17 were in jail; correct?
18 A I was discussing that with who?
19 Q With the medical staff that worked for the jail.
20 A Oh, yeah, yeah. I definitely made them aware.
21 Q And at that point you were already talking about
22 potentially filing a lawsuit even when you originally
23 came to the prison; correct?
24 A Yes.
25 Q Okay.

Page 106

1 A When I came to the prison, I was talking about filing
2 a lawsuit because of the fact that they didn't reverse
3 my colostomy bag because Ms. Colleen got mad at me
4 because I deflated my catheter and she told me that --
5 when I talked to her about my reversal, that it was a
6 financial problem and it had been postponed.
7 Q When you came to the -- to the jail -- I'm sorry -- to
8 the prison in March of 2017, you actually saw somebody
9 about your reversal; correct?
10 A No.
11 Q I'm sorry. I'm sorry. Let me strike my question.
12 Let me ask it again.
13 When you came to the prison in 2017 of
14 March, they actually did an assessment on you. You
15 would agree with that?
16 A Assessment, yeah.
17 Q You told them that you were having -- that you had a
18 colostomy.
19 A Uh-huh.
20 Q They knew you had a colostomy.
21 A Yes, sir.
22 Q They performed X-rays on you and labs and everything.
23 Do you recall that?
24 A Yes, sir.
25 Q They ordered colostomy supplies for you at that point;

Page 107

1 correct?
2 A When I got there to the prison, they didn't have the
3 correct colostomy -- the patches. They didn't have
4 the correct patches that I needed to fit my stoma.
5 And when you don't have the correct patches to fit
6 your stoma, then your feces get packed all around.
7 The rest, it doesn't come straight out in the back.
8 It comes out and gets packed around your skin. So
9 when I first came to the jail -- when I came to RGC,
10 or whatever, they didn't have the correct size for me.
11 Q Okay. Did they ultimately order the correct size for
12 you?
13 A Yeah. It took about two weeks before they got them.
14 Q Okay.
15 A So during that time, you know, I had a lot of issues
16 with the bag -- with the smelling, with the stuff
17 being packed around the edges. It wasn't sealing up.
18 The bag even came off on me before -- you know, while
19 I was out in the yard I had feces all over me and the
20 guys were looking at me crazy.
21 Q Let me ask you this: You're talking about when you
22 first came in there during that two-week period?
23 A Yes.
24 Q Okay. Now, after the two-week period is up, though,
25 they end up ordering the correct supplies; correct?

Page 108

1 A No. They ordered the correct supplies that time but
2 they also had wrong supplies throughout the whole time
3 I was there. They would run out and I would have to
4 make do with what they had. Like, one particular time
5 I went to health care and they had a different brand
6 of bags but -- you know, then the patches, and it kind
7 of fit. It looked like it fit but after, like, a
8 couple of minutes it would, like, ease itself off.
9 The bag would ease itself off the patch. And the bag
10 came off on me then in the yard.
11 Q Do you remember what particular time period we're
12 talking about? I do have something that --
13 A Yeah.
14 Q Okay. You go ahead. I'm sorry.
15 A I remember one specific time when I moved from Jackson
16 to St. Louis and I got there and they didn't even have
17 none of my supply. They gave me a hole patch for
18 somebody else. Like, the hole was, like, way big.
19 This is, like, this fit somebody else. They didn't
20 have my bags. It was like a lot of times when they
21 wouldn't have my bags and I would just rinse the bags
22 out and just wash them. They're disposable but you
23 supposed to be able to rinse them out, but I would,
24 like, rinse them out and have them for, like, a week
25 or two. You know what I mean? Because they wouldn't

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 109

1   have the supplies at the right time.  Yeah.
2   Q    I have that you got to the prison on March 23, 2017,
3       and per the records an order for colostomy supplies
4       was immediately put in for you.
5   A    Yeah, but when --
6   Q    Let -- I've got to ask the question.
7   A    Okay.
8   Q    And then I have that you picked up colostomy supplies
9       on March 31st of 2017.
10  A    March the 31st of 2017.  Yeah.  I had to wait on them.
11      I was there without supplies a week or two.
12  Q    You didn't have any supplies when you got there?
13  A    I had to make do with what I had on.  I'm talking
14      about the bag that I had on when I got to the jail.
15  Q    So -- okay.
16  A    And then they gave me the supplies that were improper,
17      because that's what they had at the prison.  I had to
18      wait for them to order them, but the whole time I was
19      waiting on them to order them, I didn't have the right
20      stuff.  My stuff leaked.  It would leak, it would
21      smell, because it would get worn out.  You know what I
22      mean?
23  Q    Right.
24  A    It was disposable.
25  Q    And then they ended up getting the supplies, you said,

Page 110

1       about two weeks later; correct?
2   A    I can't tell you exact time because I don't want to --
3       you know what I'm saying?  I don't know exact but I
4       know it wasn't that same day or two.  I had to go
5       without.  You know what I mean?
6   Q    My only question is -- and I think you testified -- I
7       don't want to backtrack over what we already covered,
8       but my only question is -- I think we talked about
9       that point and you said they ended up ordering it and
10      you got the stuff about a couple weeks later.  Right?
11  A    And then they ran out again and I had to do the same
12      thing, when they ran out again.
13  Q    Then my question for you is:  I have that throughout
14      your stay --
15          MR. WILLIS:  The screen is cutting out
16      and it's hard to -- I can't hear anything.
17          MR. SCARBER:  It's not your fault.
18          VIDEOGRAPHER:  Connection.  I'm sure it's
19      the bandwidth.
20          Here.  Yeah.  You want to go off?  I
21      can't do it while we're --
22          MR. SCARBER:  We got to fix it, Ken, so
23      we'll stop for a second.
24          VIDEOGRAPHER:  We're going off the
25      record.  It is 2:32 p.m.

Page 111

1           (Whereupon, a recess was held.)
2               - - -
3           VIDEOGRAPHER:  We are back on the record.
4       It is 2:35 p.m.
5   BY MR. SCARBER:
6   Q    Mr. Jackson, we were talking about the supplies that
7       you were receiving.  I have another record of 4/7 --
8       of April 7th of 2017 where it indicates that you
9       picked up colostomy supplies as well.  And you may not
10      remember all of these exact dates, but let me ask you
11      a question.  Would it be fair to say that over the
12      course of your time at the Michigan Department of
13      Corrections that you would have picked up colostomy
14      supplies sometimes on a twice a month or at least a
15      monthly basis?  Would you agree with that?
16  A    Uh-huh.  When they had the right ones, yes.
17  Q    You're not saying that you think that somebody --
18      let's say they had the wrong thing or you needed a
19      different supply.  You're not saying that they were
20      intentionally trying to give you some kind of bad
21      supply or something like that.  What you're saying is
22      that they either ordered the wrong thing or they
23      didn't have it or they gave you something that didn't
24      work; right?
25  A    I don't know, but I assume.

Page 112

1   Q    You assume what?
2   A    I don't know what happened, but I assume that's what
3       happened.  I can't tell you what happened.  I can't
4       guess.
5   Q    You don't --
6   A    I don't know what happened with the supply.  I'm just
7       telling you what happened.  I can't say whether they
8       intentionally or not.  I don't know.  I just tell you
9       what happened.
10  Q    But you're not alleging that somehow there was some
11      kind of conspiracy to give you the wrong supplies or
12      anything like that; right?  You're just saying that
13      sometimes some things didn't work and you had to get
14      something different; correct?
15  A    Yeah.  I mean, I never said it was conspiracy in the
16      first place.  I don't know what you mean.  I'm just
17      telling you the facts.  They didn't have my supplies a
18      lot of times and I had to make do with the supplies
19      that didn't fit and leaked on me sometime.
20  Q    Okay.  But not all the time but --
21  A    Not all the time, no.
22  Q    And you're not saying that they deliberately said,
23      "Oh, here comes Mr. Jackson.  Let's give him the wrong
24      supplies" or something like that; right?  Or "let's
25      give him something that doesn't work."  Right?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 113

1 A    I don't know. I can't speak for other people.
2 Q    But you're not alleging that they somehow did that;
3      right?
4 A    I can't speak for other people. I don't know why they
5      did or what they did.
6 Q    I know you can't speak --
7 A    It's just I don't know. That's the answer: I don't
8      know.
9 Q    Okay. But we're in a lawsuit and I'm just trying to
10     make sure that you're not saying that somehow they --
11 A   I don't know.
12 Q   -- they somehow said, "Let's make sure we give Mr.
13     Jackson the wrong supplies or give him something that
14     doesn't work for him." Right?
15 A   I don't know what they did for -- that's all. I don't
16     know. I'm not saying anything. I don't know.
17 Q   Well, now is the time I've got to ask you. Do you
18     have any proof as we sit here today that somehow one
19     of the nurses somehow said, "Let's make sure" --
20 A   You're talking about Nurse Colleen?
21 Q   No.
22 A   You said one of the nurses.
23 Q   I didn't even finish. My question is -- I'm talking
24     about the prison at this point. From March 23, 2017
25     forward. You're not claiming that somehow one of the

Page 114

1      nurses in the prison specifically said, "Here comes
2      Mr. Jackson. I'm going to deliberately try to give
3      him the wrong kind of supply for his colostomy."
4 A    I can't say -- what do you mean?
5 Q    Well --
6 A    I can't speak for other people. That's what I'm
7      telling you. I don't know why they ran out of my
8      supplies. Why they didn't have them. I do not know.
9      That's all I'm telling you. I can't answer nothing I
10     don't know. That's it.
11 Q   But I guess for my purposes for the deposition, then,
12     for the lawsuit, if you're claiming that somehow one
13     of the nurses or one of the health professionals
14     specifically told -- specifically came up with some
15     idea not to give you correct supplies intentionally or
16     something like that, I need to know that that's what
17     you're claiming.
18 A   Okay. I got you. I'm claiming that Nurse Colleen
19     intentionally cancelled my surgery, my reversal.
20     That's what I'm claiming. She cancelled my surgery.
21     She intentionally did. Because when I asked her about
22     it, she said that it was postponed for financial
23     reasons.
24 Q   Okay. But I'm talking about the MDOC now.
25 A   Okay. I don't know why they ran out of supplies.

Page 115

1 Q    Okay. But for the jail you've got a specific
2      allegation that you think somebody deliberately did
3      something to you to stop you from getting the surgery.
4      Am I correct? You just said that.
5 A    Yes.
6 Q    But for the MDOC people -- that's what I'm getting at.
7 A    Okay.
8 Q    The MDOC people, do you have that same kind of
9      evidence or did you have that same kind of
10     conversation with somebody where they deliberately
11     said, "I'm going to stop you from getting your
12     supplies" or I'm going to stop you from being able to
13     have a bag for a few days or an extra week," or
14     something like that?
15         MR. WILLIS: Objection to form on that
16     one. Go ahead.
17 BY MR. SCARBER:
18 Q    Answer the question.
19 A    I didn't have no conversation with no one about that.
20 Q    Okay. So you're not going to come back next month or
21     in a couple of weeks and say, "Oh, by the way, one of
22     these people told me that they were trying to never
23     give me a bag and trying to make my life miserable
24     because of the colostomy." Right?
25 A    I can't say that.

Page 116

1 Q    Well, I need --
2         MR. CROSS: Just answer his question.
3 A    I'm saying I don't know how to answer. You're saying
4      I'm not going to tell you because I never said that --
5      I never said that. What do you mean?
6 BY MR. SCARBER:
7 Q    I got it. I just want to make sure you're not saying
8      that. That's why I'm here, to kind of figure out --
9 A    You want to --
10 Q   I'm here to figure out and make sure that --
11 A   My answer to the question is I don't know why the
12     people not giving me the bags and the supplies that I
13     needed.
14 Q   Okay.
15 A   And that was my answer to the question.
16 Q   And I think I got your answer. So if you don't know,
17     then you're not claiming that --
18 A   I'm just saying I don't know.
19 Q   But if you're claiming --
20 A   I don't mean to laugh.
21 Q   My job is to kind of come here and figure out what
22     your claim is, as well as that's what Mr. Willis is
23     trying to do, too. That's a part of what we're doing.
24         So if you were claiming that you had a
25     conversation with somebody from the MDOC and they told

Pages 113–116

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 117

1    you "We're not going to give you your bag" or "We're
2    going to make life miserable for you," or "We are
3    intentionally or deliberately not going to give you
4    some supplies or mess up an order" or something like
5    that, that's what I need to know.  Do you have any
6    evidence or any specific claim like that?
7  A    What do you mean?  Do I have any specific claim or any
8    evidence that someone in MDOC said they was going to
9    specifically not give me my stuff that I needed?  I
10   never said that.  What do you mean?  I didn't say
11   that.
12 Q    But you're not claiming that.  That's what I'm getting
13   at.  Right?
14 A    I don't know.  It's kind of -- you kind of confusing
15   me.
16 Q    You never said anything like that; correct?
17 A    What do you mean?  You got to be specific before I say
18   yes.
19 Q    You just answered the question and said you never said
20   anything like somebody from the MDOC was doing
21   anything like that; correct?
22 A    No.  I said that I never said nothing like that.
23   Like, I never said -- I never said that I said
24   somebody from MDOC was not doing nothing correct.  I
25   didn't say that.  That's not what I answered the

Page 118

1    question for.  I said that I never said that someone
2    intentionally didn't give me my bags or whatever.  I
3    didn't say that.  I'm not agreeing.  I'm saying I
4    don't know why they didn't give them to me.  That's
5    what I said.
6  Q    Okay.  So as we sit here today can you tell me any
7    specific instance where something like that happened
8    that you're aware of?
9  A    Uh-huh.  Yes.
10 Q    That the MDOC specifically told you they weren't
11   giving you something deliberately to harm you or cause
12   you any kind of problem like that?
13 A    No.  What you mean?  Nobody never said I'm not giving
14   it to you so I can cause you problems.  No one ever
15   said that.  They just did it, at the jail.  You know
16   what I mean?
17 Q    Okay.  I got you.  You're talking about before you got
18   to the MDOC.
19 A    Yeah, yeah, yeah.  Oh, you talking about when I got to
20   the MDOC, did anybody say -- whatever -- they told me
21   that they wouldn't give me my reversal surgery.
22 Q    I'm not talking about that.
23 A    When I got to the MDOC.  But that was it.
24 Q    Okay.  Just the reversal surgery.
25 A    And when it was time for me to go get my supplies, a

Page 119

1    lot of times they didn't have them and I had to make
2    do.  I still wasted stuff on my butt when I didn't
3    have the right supplies.  But nobody specifically
4    said, "Hey, we're not going to give you the right
5    supplies."  Is that the question?
6  Q    That's what I'm asking you.
7  A    Okay.  There you go.
8  Q    Okay.
9  A    Nobody told me that, like, "I'm not going to give you
10   the right supplies," purposely.  I'm not saying that's
11   the reason why they didn't have them.
12 Q    Listen.
13 A    You know what I mean?
14 Q    But I've got cut to you off, because once you answer
15   the question, I've got to move on.  That's why I keep
16   coming back, because it's, like, you're giving me an
17   answer -- I think I got your answer -- and then you
18   say something after it and then I have to go back and
19   make sure I actually thought I was thinking correctly
20   that you answered the question.
21 A    Yeah, yeah.  Makes perfect sense.
22 Q    So once you answer the question...
23       Who gave you your supplies when you were
24   in MDOC?
25 A    Health care.

Page 120

1  Q    Was it a nurse that gave it to you?
2  A    It was always a nurse, or someone working down in
3    health care.
4  Q    Do you remember any of the nurses at MDOC?
5  A    Uh-uh.
6  Q    I have a note that in December of 2017 you had advised
7    the health care people at the MDOC that they were
8    giving you a Hollister bag and you wanted the ConvaTec
9    bag or something like that.
10 A    Oh, that's what I was talking about.
11 Q    Let me -- I've got to ask the question, though.
12 A    There we go.  Go ahead.
13 Q    Now, I have that this --
14 A    It was ConvaTec and the what?
15 Q    And there was a Hollister.
16 A    You're talking about when they gave me the Hollister
17   patch and the ConvaTec bag and I had to make it work?
18 Q    But I've got to finish asking the question.
19 A    Okay.
20 Q    There's a note from the MDOC records where it
21   indicates that -- it says that you came to pick up
22   some colostomy supplies.  You were issued a box of
23   colostomy drainage pouches, but the prisoner brand and
24   stock number are not available, so they found an
25   equivalent pouch that worked with the same wafer that

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 121

1    you had used.
2  A    Right.
3  Q    Does that sound about what you were trying to
4      describe?
5  A    Yes, sir.
6  Q    So it sounds like something happened with an order and
7      they tried to give you something that they thought
8      would work for a period of time until they could get
9      the specific one you wanted.  Does that sound right?
10  A    No, it doesn't.  What happened was, when I would go
11      down there they wouldn't have my supplies so they
12      would give me anything they had in the back and try to
13      make it fit.  And that's what they did.  And there was
14      no choice that I had.  Once they gave it to me, it
15      was, like, they don't have them, so what do I do?
16      Either I try this or I try nothing.
17  Q    I have something on -- I have a record on December 11,
18      2017.  This is from the MDOC record, page 1.  And it
19      says that "The inmate arrived for a scheduled nurse
20      visit to pick up colostomy supplies.  He was given the
21      usual ConvaTec wafers, however the usual ConvaTec
22      wafers" -- "the usual ConvaTec bags were not available
23      at that time so he was given ten of the Hollister bags
24      after it was discovered that they fit into the
25      ConvaTec flange.  He was also given stoma feces paste,

Page 122

1      barrier wipes and adhesive removal while he expressed
2      thanks and exited the clinic without incident."  Does
3      that sound correct?
4  A    Yes.  That's the time when I was telling you that the
5      bag would come off, because it appeared like it fit,
6      but once you put it on, like, less than, like a couple
7      minutes it would squeeze itself off and I had to deal
8      with that for almost two weeks.  The bag came off on
9      me on the yard and I got feces all over my clothes
10      when I was in the weight pit, and I missed chow.
11      Because I had to go back to shower -- you know, right
12      after weight pit I had to shower.  I missed chow a
13      couple of times, yeah, because of that.
14  Q    Okay.  Now I've got a follow-up note.  That note was
15      from the 11th of December 2017.  Then I have a
16      follow-up note from January of 2018, January 5th, and
17      it says that they just received the bags that the
18      patient is asking for from the warehouse.  They called
19      out immediately and gave him a box of pouches.
20      Patient was very happy to receive them.  Does that
21      sound --
22  A    Yes, I was, because I was tired of that bag falling
23      off and getting feces on my clothes.  But I thought it
24      had fitted when I first put it on, but it ease itself
25      off.  And that's what I was trying to explain to you

Page 123

1      all.
2  Q    So you thought it fit at first.  You thought it
3      worked.  It ended up not working.  Then they ordered
4      another bag for you that you wanted and it ultimately
5      came and then you were able to use that bag that you
6      originally wanted.  Right?
7  A    Yeah.
8  Q    Okay.  That's what I was asking.
9  A    Yeah, yeah.  It was like --
10  Q    I don't want to -- if you keep -- so the question is
11      off the table at that point.
12  A    Okay.  There you go.
13  Q    You ended up getting into a fight on January the 5th
14      or somewhere around January of 2018 at the prison;
15      correct?
16  A    Yes, with my bunkie.  Yeah, that's what it was.  See,
17      what happened with that was my bunkie -- I had a lot
18      of problems with people everywhere I went because of
19      the bag.  When I was in prison -- like, guys in the
20      cube -- I was in an eight-man cubicle -- like, when I
21      come in and they're first meeting me and they didn't
22      know I have a bag, everything be fine.  Then once they
23      get to smelling the bag, everybody had a problem with
24      me.
25          I got into, actually, a fight with my

Page 124

1      bunkie because he wanted me out and they wouldn't move
2      me.  I talked to the counselor, Mr. Wilkinson, about
3      being moved before that, but they wouldn't move me,
4      and my bunkie and I -- you know, we got -- that's how
5      my whole prison stay was.  Like, no one wanted me
6      around when I had that bag.
7          When I was in the county jail they would
8      clear the whole rock -- everybody out for me to clean
9      my bag when I would go to the bathroom.  I would have
10      problems with people in the bathroom when I be
11      cleaning my bag in the stall because the smell of
12      it -- it did not smell like feces.  It smelled like
13      the insides of me.  It was, like, terrible.  Would
14      make me nauseous.  And I'm sure other people, too.
15      And my bunkie, he didn't appreciate that.
16  Q    After you got into the fight with the inmate, the
17      hospital -- I'm sorry -- the MDOC sent you to the
18      emergency room?
19  A    Uh-huh.
20  Q    You got treated at the emergency room?
21  A    The MDOC sent me to the emergency room?  No.
22  Q    When you got into a fight --
23  A    You mean outside of the prison?
24  Q    Outside of the hospital.
25  A    No.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 125

1  Q    You didn't receive any treatment after you had the --
2       after you had an incident?  You never went to the ER?
3  A    I never received any treatment in prison at all.  They
4       maybe gave me some supplies for my colostomy but they
5       never treated me for nothing.  Not after the fight,
6       not before the fight.
7  Q    They didn't send you to the Duane Waters --
8  A    Oh, yeah, I did go to Duane Waters.  Yeah.  And they
9       did some X-rays.  Sure did.  Because my colostomy --
10      I told them my colostomy was bleeding.  My stoma was
11      bleeding.
12  Q   And that was after you had gotten punched in the
13      stomach; right?
14  A    During the fight.
15  Q   So when you had that physical issue where you had some
16      bleeding from the fight you were in, the health care
17      at the MDOC at that point treated it, sent you to the
18      emergency room; right?
19  A    Yeah, they sent me to the emergency room at MDOC.
20  Q   Okay.  That's all I wanted to know.
21  A    Yeah.  I remember that now.
22  Q   And that particular physical incident was the only
23      incident that when you were in the Department of
24      Corrections where you actually had an injury,
25      something physical actually happened to the colostomy,

Page 126

1       right, that was causing you a problem?
2  A    Uh-huh.  No, sir.
3  Q    So let me follow up on my question.  So you said no.
4       Did you have any other fights in the MDOC where you
5       had some kind of physical injury that you sustained to
6       your stomach or the area where your colostomy was?
7  A    I had another fight in St. Louis with my bunkie -- a
8       different bunkie -- about the smell of my bag, but I
9       didn't receive any injuries.  Like, everywhere I went
10      I would get in problems with my bunkies and --
11  Q   Well, my question is more related -- and I appreciate
12      that, but my question is more related to the injuries
13      that you might have had to the colostomy, where it was
14      causing you some kind of physical issue.  And I think
15      you answered this.  Other than the fight where you had
16      a physical injury from the colostomy in January of
17      2018, did you ever have any other physical injury that
18      occurred with the colostomy?
19  A    Yes, sir.
20  Q   What other physical injury did you have --
21  A    Oh --
22  Q   Wait.  Let --
23  A    I'm trying to answer the question, Brother.  I'm
24      trying to answer the question and you, like -- let me
25      tell you --

Page 127

1  Q    Wait.  Mr. Jackson --
2  A    Go ahead, sir.
3  Q    I don't want to have her read the question back.
4  A    I'm trying to answer but you keep cutting me off.
5  Q    You are actually --
6           MR. SCARBER:  Counsel, I'm going to have
7       to ask you to instruct him to let me at least finish
8       my answer (sic) before you start --
9           THE WITNESS:  And what I want to say to
10      you was you finished that question and when I went to
11      answer, you cut me off.
12  BY MR. SCARBER:
13  Q    I was not finished and I haven't finished with a lot
14      of them.  And I'm allowing it just because you're
15      trying to get out something and sometimes I'll let it
16      go, but other times I just want to get right to
17      whatever my question is.
18  A    Okay.
19  Q    Okay.  Other than the fight in January of 2018 where
20      you had a physical injury to the colostomy, where
21      there was some kind of injury to it and maybe you had
22      to go to the hospital for it and they sent you to the
23      hospital, did you have any other physical injury that
24      occurred with your colostomy?
25  A    May I answer?

Page 128

1  Q    Yes.
2  A    Right now?
3  Q    Yes.
4  A    Yes.
5  Q    Okay.  Now you answered yes.  So my question -- my
6       follow-up question is going to what?  What was your
7       other injury that you had to your colostomy?
8  A    May I answer now?
9  Q    Yes.
10  A    I always had a stomach pain on the right side of my
11      stomach since I first had the surgery, which I
12      informed Dr. Webber of, and he said maybe, possibly a
13      hernia.  I've been having that same pain since the
14      beginning.  And I had it then.
15  Q   So my question is more related to a physical injury
16      that you received to it.  Knowing that, when I say
17      physical injury -- maybe I should use the word trauma.
18      Did you ever have any other trauma to your colostomy
19      area after January 2018 when they sent you to the
20      emergency room to be treated for it?
21  A    I had the same trauma the whole time since I had the
22      first surgery.  The pain in my stomach.
23  Q   But no one ever hit you in your stomach or --
24  A    Before then?
25  Q   After January 5th of 2018.

Pages 125–128

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 129

1 A    No, sir. No, sir.
2 Q    After January 5th of 2018, did any -- did you have any
3       other injury where someone caused you any trauma or
4       hit you near the area of your colostomy?
5 A    Did anybody hit me in my stomach after the fight? No.
6 Q    When you were with the MDOC did you always receive
7       what we call an order for the bottom bunk?
8 A    No.
9 Q    When you were staying with the MDOC there were times
10      when you did not have an order for a bottom bunk?
11 A   Yes.
12 Q   When was that?
13 A   When I -- I was on the top bunk when I first got in
14      Jackson.
15 Q   How long were you on the top bunk?
16 A   I can't tell you exactly how long but I know I was up
17      there until I got moved out of that total unit. See,
18      the cube, they didn't want me in the unit because the
19      bag, so they moved me. And that's when I remember
20      first getting the bottom bunk. Or did I go to the
21      bottom bunk -- when I first got to prison, I didn't
22      have no order for the bottom bunk for a minute.
23 Q   At some point you did get an order for a bottom bunk?
24 A   Yes, I did.
25 Q   Okay.

Page 130

1 A    Because when I would climb up to the top bunk,
2       sometimes my bag would come off because they weren't
3       always fitting right.
4 Q    So at some point, though, after that had happened you
5       ended up getting an order so that you could be on the
6       bottom bunk; right?
7 A    Yes.
8 Q    You were also provided, in addition to bags, pouches,
9       paste for your colostomy supplies -- you were also
10      provided with an odor eliminator drop; right?
11 A   They didn't start giving me that odor eliminator drop
12      till four months, five months before it was time for
13      me to go. Yeah, I did get it. And I said, man,
14      that's crazy. Why didn't I --
15 Q   When you got the odor eliminator drop, that helped
16      things; right?
17 A   Yeah, to a certain extent it did.
18 Q   Okay. And when you got ready to be released from
19      prison, they actually met with you and tried to help
20      you develop a care plan for when you got released;
21      correct?
22 A   Who are they?
23 Q   The people from the jail. The health care people.
24 A   A care plan? I wouldn't say that. No. No, they
25      didn't. They didn't -- it wasn't a care plan that I'm

Page 131

1       aware of or nothing like that. They ain't referred me
2       to no doctors to get reversed or anything. I had to
3       do all that on my own. What do you mean care plan?
4 Q    Let me -- did they meet with you to provide you with
5       30 days of ostomy supplies when you were released from
6       jail?
7 A    No. I got my supplies --
8 Q    I'm sorry -- from prison.
9 A    No, not that I can remember.
10 Q   I have a note here of --
11 A   I got --
12 Q   Well, let me finish.
13 A   You asked me a question and I can't answer --
14 Q   I thought you were done. Go ahead. I'm sorry. Go
15      ahead.
16 A   I got supplies for that month.
17 Q   For the month of what?
18 A   The last month I was in prison, in May.
19 Q   I have a note here of May 16, 2019. It indicates that
20      the "Prisoner to have a 30-day ostomy supplies given
21      as prisoner is paroling today."
22 A   Yeah. They might have given me some bags to go.
23 Q   Okay.
24 A   But I believe that was the time I was supposed to get
25      my refill anyway. That's why I said that. That was

Page 132

1       the time -- every month I got my refill. That was the
2       time. It's, like, two weeks -- every two weeks it was
3       time to get my refill, so basically that's what that
4       was.
5 Q    So every two weeks they would give you a refill and
6       then on this particular occasion when you were getting
7       paroled, they gave you another refill for even when
8       you weren't going to be in the prison; right?
9 A    I just believe they just gave me the 30-day refill
10      last time, right before I left.
11 Q   So you had supplies even after you left from the
12      prison; correct?
13 A   The ones they gave me, the refill.
14 Q   Okay. When you came to the prison in March of 2017,
15      your colostomy was functional; correct?
16 A   It worked.
17 Q   Your colostomy was functional the entire time you were
18      in the prison; right?
19 A   Yes.
20 Q   Now, I note that they also offered you some counseling
21      if you wanted some counseling, like psychological
22      counseling on how to be able to cope with having a
23      colostomy when you came to the prison.
24 A   They offered everybody. They offered the standard to
25      prisoners. You know what I mean? They wasn't nothing

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 133

1    special they gave me.  They offered a standard to a
2    prisoner for anybody that feel like they need mental
3    health or whatever, you know, to see somebody.  That's
4    just standardly offered.
5  Q    But it was also offered to you; correct?
6  A    Yes, just like any other inmate without a bag or with
7    one.
8  Q    Did you use it?
9  A    No.  I never went to see a psych because I'm not real
10   big on medication.  You know, most of the people that
11   were seeing the psych they had to be on meds in the
12   jail, and I didn't want to be on meds.
13 Q    So we talked about, Mr. Jackson, that when you came to
14   the prison -- we talked about that they did
15   assessments on you, they did X-rays on you, they
16   provided you with supplies.  We talked about some of
17   the issues with that.  We talked about providing you
18   with supplies.  They offered you mental health.  When
19   you went to the emergency room when you got into a
20   fight and had a physical injury or physical trauma to
21   the colostomy, they sent you to emergency room for
22   treatment for that.  Now I want to talk to you about
23   the reversal that you wanted in prison.  Well, that
24   you originally wanted in the jail but you didn't get
25   it in the jail so you wanted it also in prison;

Page 134

1    correct?
2  A    Uh-huh.
3  Q    Is that correct?  Yes?
4  A    Yes.  I needed it in prison.  Not wanted.  I needed
5    it.
6  Q    And did you ever have any reviews performed as to
7    whether it would be provided to you while you were in
8    prison?
9  A    Reviews performed.  What do you mean?
10 Q    Let me rephrase my question.  It's a technical
11   question.  It's not a good question.  I should ask
12   this question:  Did you ever go through any procedures
13   where you tried to get the MDOC to do a reversal of
14   your colostomy while you were in prison?
15 A    Did I write (inaudible) and stuff like that?  That's
16   what you asking me?
17 Q    Sure.
18           COURT REPORTER:  I'm sorry.  Did I write
19   -- I didn't understand.
20           MR. SCARBER:  The ombudsman.
21 A    Yes, I wrote the ombudsman.  I did everything
22   possible.  I wrote the medical staff.  I did
23   everything I could possibly do to receive the
24   reversal.  Yes, I did.
25 BY MR. SCARBER:

Page 135

1  Q    And you wrote the -- we'll call it the ombudsman for
2    the prison, and do you recall that the ombudsman told
3    you that specifically in order to get or to qualify
4    for the reversal, he had to look at some of their
5    policies to determine whether or not you met the MDOC
6    policies?
7  A    Uh-huh.
8  Q    Is that a yes?
9  A    What do you mean?
10 Q    Did the ombudsman, when you contacted the ombudsman,
11   advise you that there were specific MDOC policies that
12   you had to have met and satisfied in order for you to
13   be able to have a colostomy reversal while you were in
14   the MDOC?
15 A    They told me that if I could pay for it, if my family
16   could pay for it, that they would do the surgery, that
17   they would do the reversal.  They said that if I could
18   pay for the expenses of the surgery, if I could pay
19   the overtime to the officers that were watching me in
20   the hospital, then I would be requesting outside
21   medical services and they would indeed do the surgery.
22   And that's what I didn't understand, because I'm,
23   like, you guys would have did the surgery if my family
24   would have paid for it, but you all won't do it now
25   because you all got to pay for it, and I can't afford

Page 136

1    to pay for it.
2  Q    Did the MDOC specifically advise you --
3  A    That was the letter I got --
4  Q    -- that there were --
5  A    -- from the ombudsman.
6  Q    -- that there were policies that your surgery would
7    fall under and those policies would have to be
8    satisfied in order for you to have the surgery?
9  A    MDOC told me they wouldn't do the surgery because it
10   was cosmetic, and they said I was more worried about
11   my appearance, I think.
12 Q    Okay.  And you were having some issues with how it
13   appeared, how people looked at you --
14 A    Who said that?
15 Q    I'm not finished with my question.  Let me finish my
16   question.
17 A    Yeah, thank you.  Because you said "you were."
18 Q    Were you having issues with how the colostomy
19   appeared?
20 A    No.
21 Q    Were you having issues with how other -- how the other
22   inmates were perceiving you because you had the
23   colostomy?
24 A    I was having issues with how the other inmates was
25   reacting to me having the colostomy.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 137

1  Q    Okay.
2  A    But as far appearance go, you couldn't see it because
3       it was under my clothes, unless it would blow up in a
4       balloon when I passed gas. That's a whole other
5       issue. But as far as appearance go, it wasn't
6       appearance. It was about me having to have this bag
7       and feel like an animal. Every time I cleaned it, it
8       would be like cleaning a dog kennel, and it was about
9       me having to be uncomfortable with this bag the whole
10      time and it was about me wondering if they ever was
11      going to take it off. That's what my issue was. It
12      wasn't nothing about the appearance.
13 Q    The issues that you describe, would you agree with me
14      that they concern the colostomy from the standpoint of
15      it being something that was attached to you that you
16      basically had to learn how to function with?
17 A    You got to rephrase the question.
18 Q    Yeah, let me rephrase the question. The issues that
19      you were having with the colostomy bag, you would
20      agree with me even the issues that you just described
21      are more about how you were going to have to cope with
22      this thing with the other inmates with the smell, with
23      --
24 A    It wasn't -- I didn't just describe that. I'm sorry.
25      I didn't say that.

Page 138

1  Q    Did you have a problem with the way it smelled?
2  A    I had a problem --
3  Q    Just answer my question. Did you have the problem
4       with the way that it smelled?
5  A    I didn't like the way it smelled.
6  Q    Did you have a problem with how the other inmates
7       looked at you because --
8  A    I didn't have -- you ask me the question. Let me
9       answer it, sir.
10 Q    I never even finished it.
11 A    Okay. Go ahead. Finish.
12 Q    Did you have a problem with the way the inmates looked
13      at you because -- or felt about you because you had a
14      colostomy bag?
15 A    Are you finished?
16 Q    I'm finished.
17 A    Okay. I didn't have the problem with the way the
18      inmates looked at me. I had a problem about the way
19      they treated me. The things that they did. It
20      wasn't about the way someone looked at me. It was --
21 Q    So it was how they reacted to you?
22 A    Yes, yes. I didn't like the way they reacted to me
23      because I had a bag.
24 Q    Did you have a problem because you had to change the
25      bag?

Page 139

1  A    What do you mean? Did I have a problem about changing
2       the bag?
3  Q    Yes.
4  A    I had no problem about changing the bag. Actually, I
5       wanted to keep it changed.
6  Q    And you were able to change the bag; correct?
7  A    Yes, when I was able to have the right supplies to
8       change the bag.
9  Q    And you were taught how to do that; correct?
10 A    Yes.
11 Q    And you knew how to change it.
12 A    Yes. It was the --
13 Q    There's no question on the table.
14 A    I'll be --
15 Q    So you can't --
16 A    I'm still answering.
17 Q    But we're done with the answer.
18 A    I didn't know we was done.
19 Q    We're done.
20 A    All right. Thank you.
21 Q    Were you ever disabled because you had the colostomy
22      bag on?
23 A    Disabled to do what? For what?
24 Q    Were you ever not able to walk because you had the
25      colostomy bag?

Page 140

1  A    You mean, because the colostomy bag was on, I was
2       unable to walk?
3  Q    Yes.
4  A    The colostomy bag didn't stop me from walking but
5       there was a point in time when I was unable to walk
6       after the surgery.
7  Q    Okay. After the surgery and after you were healed you
8       were able to walk with the colostomy bag; correct?
9  A    Yes.
10 Q    And you also indicated, I think, with Mr. Willis's
11      counseling -- questions -- I'm sorry -- that you were
12      also able to work out with the colostomy bag; correct?
13 A    Yes.
14 Q    And what kind of workouts did you do when you were in
15      the Department of Corrections in prison?
16 A    Calisthenics.
17 Q    Tell me what --
18 A    Weights.
19 Q    Describe to me the calisthenics that you were doing.
20      Just break it down for me.
21 A    Just different things. Jumping jacks. Pushups.
22      Pull-ups.
23 Q    How often did you do those types of workouts or
24      calisthenics?
25 A    As often as I could.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 141

1 Q    Several times a week?
2 A    Yeah.  But it was like --
3 Q    The question is over.
4           Did you receive a letter from the
5      ombudsman on November the 7th, 2017 that stated that
6      the MDOC policy directive states that corrective
7      surgery is a surgical procedure to alter or adjust
8      body parts or the body structure.  Reconstructive
9      surgery is a surgical procedure to reform body
10     structure or correct defects.  For the purposes of
11     this policy, corrective and reconstructive surgery
12     does not include procedures which can be done
13     under local anesthesia.  Corrective and reconstructive
14     surgery shall be authorized for a prisoner only if
15     determined medically necessary and only if approved by
16     the CMO, Chief Medical Officer.  It shall not be
17     approved for the sole purpose to improve appearance.
18           Did you receive a letter to that extent?
19 A    Yes, sir.
20 Q    And did you have an understanding of the policies that
21     were being referenced?
22 A    Yes, and I believe --
23 Q    You had an understanding.  I didn't ask you
24     to comment.  Did you have an understanding of it?
25 A    I say yes.

Page 142

1 Q    Okay.  Are you aware that -- you said you reviewed Dr.
2      Kansakar's testimony?
3 A    I watched the deposition.
4 Q    You watched the video?
5 A    Uh-huh.
6 Q    Are you aware that she testified when asked about the
7      particular policies that the MDOC was citing to you
8      that she basically described the procedure that you
9      were having as a corrective surgery or a
10     reconstructive surgery?
11 A    Uh-uh.  I can't speak on that.
12 Q    Where she was specifically asked --
13 A    I don't remember.
14 Q    So you don't remember?
15 A    Yeah.
16 Q    Okay.  Did you ultimately file any -- take any actions
17     concerning your getting a colostomy reversal such as a
18     grievance or anything like that?
19 A    You mean did I file a grievance?
20 Q    Did you file a grievance with the Michigan Department
21     of Corrections regarding colostomy reversal?
22 A    Yes.  I also filed one with St. Clair County.  Filed
23     grievances with them, too.
24 Q    And do you remember what the result --
25 A    No, I don't remember.

Page 143

1 Q    -- of your grievance was --
2 A    No.
3 Q    -- with the Department of Corrections?
4 A    No.
5 Q    Did you ever remember receiving a document like that?
6           MR. SCARBER:  And let the record reflect
7      that I just handed Mr. Jackson and his counsel the
8      grievance appeal response that was attached to his
9      Complaint as Exhibit H.
10 A    Yeah, okay.
11 BY MR. SCARBER:
12 Q    Do you recall receiving that?
13 A    Yes, sir.
14 Q    And do you see the box that says, "Summary of Step 2
15     Investigation"?
16 A    Yeah, Summary of Step 2 Investigation.  Okay.
17 Q    And do you see where it indicates that "The Michigan
18     Department of Corrections doesn't reverse colostomies
19     unless it is medically necessary.  The surgery you are
20     requesting is not essential.  Currently documentation
21     reflects the colostomy is functional"?  Do you see
22     that?
23 A    Uh-huh.  The Michigan Department of Corrections.
24 Q    Okay.  Do you also see down at the bottom in the
25     Conclusion section that it indicates that your

Page 144

1      grievance is being denied and that it says that the
2      reversal is a major surgery with potential
3      complications, up to death, and the department will
4      not okay a dangerous, unnecessary elective procedure?
5      A reversal for a functional colostomy is considered
6      nonessential.  Do you see that?
7 A    Uh-huh.
8 Q    And you recall receiving this response at some point;
9      correct?
10 A    Uh-huh.
11 Q    You have to answer yes.
12 A    Yes, sir.
13 Q    And if you said "uh-huh" to the question before that
14     you meant yes; correct?
15 A    Correct.
16 Q    Okay.
17 A    I received this.
18 Q    And who is this particular grievance response signed
19     by?
20 A    I don't know.  You tell me.
21 Q    At the bottom does it indicate a Subrina Aiken, RN?
22 A    Yeah.
23 Q    Do you know if Subrina Aiken, RN works for Corizon?
24 A    I don't know her.
25 Q    I want you to assume that Mrs. Aiken does not work for

Pages 141–144

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 145

1    Corizon and that she works for the MDOC.
2 A    Why am I assuming that?
3 Q    Because it's true.
4 A    Okay.
5 Q    So why didn't you sue Subrina Aiken?
6 A    Why didn't I sue Subrina Aiken?  What do you mean?  I
7    don't know Subrina Aiken.
8 Q    According to the letter that I just read to you from
9    the ombudsman, as well as the Step 2 grievance appeal
10    response, it indicates that there is an MDOC policy
11    that describes whether or not your particular
12    colostomy reversal will be approved.  My question is,
13    why didn't you sue the MDOC in this particular case
14    instead of the Corizon defendants?
15 A    Huh?
16 Q    Do you --
17 A    Who is Corizon defendants?  Insurance company; right?
18 Q    Corizon defendants, Mr. Jackson, are the health care
19    providers within the jail -- I'm sorry -- within the
20    prison.
21 A    Right.  Because they were the responsible people,
22    obviously.
23 Q    And my question to you is, are you aware that Corizon
24    does not make the Michigan Department of Corrections
25    policies?

Page 146

1 A    Am I aware that the Corizon doesn't make -- am I
2    aware?  Who said that?  You showing me that?  No, I'm
3    not aware.  But now that you're informing me, I am.
4    Is that true?
5 Q    That is true.
6 A    Okay.  Now I'm aware.
7 Q    When you saw Dr. Webber after you got released from
8    prison, did he explain to you that you can have a
9    reversal if you want to have a reversal, you could
10    decide you don't want to have a reversal, it's kind of
11    up to you if you want to have a reversal or not?
12 A    Nobody never told me that.
13 Q    So when you saw Dr. Webber, he insisted and forced you
14    to have a colostomy reversal?
15 A    Nobody gave me the option you can have it or you
16    can't.  Of course I needed it.
17 Q    But did Dr. Webber advise you that you could choose to
18    have the procedure or you could choose not to have the
19    procedure?
20 A    He never gave me that option.  It's common sense.
21    Either I can walk out this door or I can't not.  He
22    never gave me an option.
23 Q    Do you have an understanding that some people elect to
24    have their colostomies reversed?
25 A    Huh?

Page 147

1 Q    Let me repeat my question again.  Do you have an
2    understanding that some people elect to have their
3    colostomy --
4 A    Elect.
5 Q    Let me rephrase the question.
6         MR. CROSS:  Let him --
7         THE WITNESS:  I don't understand.
8 BY MR. SCARBER:
9 Q    I'm going to use a different word.  Do you have an
10    understanding, sir, that some patients choose to have
11    a colostomy reversal and some people choose not to
12    have a colostomy reversal?
13 A    Am I aware that some people choose and some people
14    choose not to?
15 Q    Yes.
16 A    By choice?  Or by some people don't have a colostomy
17    reversal because they can't?
18 Q    Are you aware that by choice --
19 A    By choice.  So they choose not to.  So you telling me
20    that if someone with a colostomy --
21 Q    My question --
22 A    I'm asking the question, sir.  Can I ask the question?
23    That's all I'm saying.  Can I ask the question so I
24    can answer it correctly?
25 Q    If you can't understand the question --

Page 148

1 A    Then rephrase it.
2 Q    -- then I'll rephrase.
3 A    There you go.
4 Q    Do you understand, sir, that there are some patients
5    that choose to have a colostomy reversed and there are
6    some people that choose not to have a colostomy
7    reversed?
8 A    No, I don't understand that.
9 Q    Okay.  So you --
10 A    So are you saying -- I'm asking you, are you saying
11    that is people with the colostomy bag that can get it
12    reversed, no problem, choose not to?  Is that what you
13    telling me?
14 Q    Are you aware that that occurs, where some people --
15 A    No, I'm not.
16 Q    -- who are eligible for reversal decide they don't
17    want --
18 A    No, I'm not aware of that.
19 Q    Okay.  When you got out of prison did anybody ever
20    tell you -- any medical doctor when you got out of
21    prison ever tell you that you absolutely had to -- you
22    had to choose to have a colostomy reversal?
23 A    Say that again.  Rephrase that question again.
24 Q    When you got out of prison in May of 2019, did any
25    medical doctor, any medical professional at all, at

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 149

1    that point tell you that you absolutely had to have a
2    colostomy reversal?
3  A    Nobody told me. I wanted it. Needed it.
4  Q    So no health care provider ever told you that after
5    you got out of jail; correct?
6  A    Of course not. I needed it. I wanted it.
7  Q    My question is, did any -- you would agree with me
8    that no medical provider or doctor ever told you that
9    you had to have it when you got out of prison. Yes or
10    no?
11  A    Yes.
12  Q    No, you agree; right?
13  A    Yes. No, I don't agree.
14  Q    So what doctor told you that you must --
15  A    Not must. A doctor prescribed for me to have it. Dr.
16    Kansakar.
17  Q    I'm talking about when you got out of jail.
18  A    Oh, when I got out of jail someone had told me I had
19    to have it?
20  Q    Yeah.
21  A    No one told. I needed and wanted it.
22  Q    Okay. You feel like you needed it and you wanted it;
23    right?
24  A    Yes. No one --
25  Q    So my next question is, so you elected to have it;

Page 150

1    right?
2  A    I elected to have it?
3  Q    I'm sorry. You chose to have it because you felt like
4    you needed it and wanted it; correct?
5  A    Yes.
6  Q    That's what we call in medical terms elective
7    procedure. When it's not necessarily something that
8    you -- that a doctor tells you you absolutely have to
9    have but it's something that you choose to have. We
10    call that something that you elect -- we call that an
11    elective procedure. You understand that?
12  A    Uh-uh. No, I don't know because the fact that I did
13    not choose to go to the bathroom on my stomach. I
14    didn't choose. That's not like a choice thing. It
15    was, like, normal to put me back how I was born. So
16    it was like -- that's not, like, a choice type of
17    thing.
18  Q    So then you would agree, then, that the procedure that
19    you wanted to have was something that was going to
20    kind of reconstruct your body to the way it originally
21    was; correct?
22  A    I wouldn't say reconstruct but I would say it will
23    allow me to go to the bathroom in a more natural way.
24  Q    Back to the way you originally went to the bathroom
25    before you had the surgery to begin with; right?

Page 151

1  A    What you mean back to? Yeah. The natural way I would
2    have been going to the bathroom, that was the whole
3    purpose --
4  Q    Okay.
5  A    -- to go to the bathroom in a natural way.
6  Q    And that's what you -- so you wanted Dr. Webber to put
7    you back to the way you were before the surgery;
8    correct?
9  A    I wanted to -- wanted Dr. Webber to put me to the way
10    I could use the bathroom in a more normal and natural
11    way.
12  Q    Okay. Like you had been using before you had the
13    colostomy in the first place; right?
14  A    What do you mean?
15  Q    Had you been using --
16  A    Had I been going to the bathroom in a natural, normal
17    way before the surgery?
18  Q    Yes.
19  A    Yes, I was. Did I want to go to the bathroom in a
20    natural, normal way after the surgery? Yes, I did.
21  Q    So you chose to go to Dr Webber and Dr. Webber agreed
22    that he would perform the surgery for you; correct?
23  A    Yes. Correct.
24  Q    And, in fact, he -- before he even did the surgery he
25    had you sign -- we talked about this -- he had you

Page 152

1    sign something saying that you were the one that
2    wanted the surgery and that you understood what all
3    the risk and complications could be; right?
4  A    I don't recall.
5  Q    I'll rely on your prior answer, Mr. Jackson.
6        Do you know Dr. Papendick?
7  A    Who is Dr. Papendick?
8  Q    So you don't know Dr. Papendick?
9  A    I think I do know who you're referring to but I don't
10    know him on a personal basis.
11  Q    Do you know who Dr. Papendick is?
12  A    Dr. Papendick has to be -- yeah. I believe -- is Dr.
13    Papendick the person who denied my reversal?
14  Q    Yes.
15  A    Yeah. I know who that is. I don't know him
16    personally.
17  Q    Well, let me rephrase the question. And I'm not here
18    to answer questions, but your allegation is that Dr.
19    Papendick denied your colostomy reversal.
20  A    Okay.
21  Q    Did I just show you a record from the ombudsman that
22    indicated that a final decision on whether you got a
23    colostomy reversal or not would have to be made by the
24    chief medical officer for the MDOC?
25  A    Huh? You just read something on a paper. You never

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 153

1    let me see something. I don't recall you saying that.
2 Q    I'm going to hand you what is District Court filing
3    12-7 page ID 261. Can you read what's highlighted for
4    me, please?
5 A    "Constructive and reconstructive surgery shall be
6    authorized for a prisoner only if determined
7    necessary" -- "medical necessarily and only if
8    approved by the CMO."
9 Q    And you don't have any knowledge that Dr. Papendick is
10    the CMO, which means chief medical officer, do you?
11 A    I couldn't -- I don't know. I don't know that for
12    sure. I don't know.
13 Q    Is your understanding from reading this, though, that
14    it would be the chief medical officer that would have
15    to approve -- make a final decision on a corrective
16    reconstructive surgery?
17 A    Say that again.
18 Q    I just showed you a document --
19 A    Yeah, yeah, I read that, but what was your question?
20 Q    My question is, from what we just read, do you
21    understand here where -- that it would be the chief
22    medical officer, or CMO, that would have to give a
23    final authorization and approval of whether you would
24    be able to have constructive or reconstructive
25    surgery?

Page 154

1 A    Okay. It says that on the paper and that's what you
2    said?
3 Q    Yes. You agree with that?
4 A    I'm saying that's what it says on the paper and that's
5    what you said.
6 Q    Okay. So if Dr. Papendick is not the CMO or chief
7    medical officer of the MDOC, why are you suing Dr.
8    Papendick?
9 A    What? You have to ask my attorney. You know what I
10    mean? That's, like, a legal question. You know? You
11    have to ask my attorney. You can't ask me stuff like
12    that, why am I suing somebody.
13 Q    Well, this is ultimately your lawsuit.
14 A    Yes, but that's a question my attorney will have to
15    answer. You know what I mean? About why are we suing
16    Dr. Papendick and -- you know what I mean?
17 Q    So you don't know why you're suing Dr. Papendick?
18 A    I know but I don't feel like that's my place to answer
19    it. I feel like it's my attorney's.
20 Q    Well, I can't ask your attorney the question. You're
21    the plaintiff. He's just representing you. So I have
22    to ask you the questions.
23        Why are you suing Dr. Papendick if it is
24    the CMO of the MDOC that makes the final determination
25    on whether or not you would have a colostomy reversal

Page 155

1    procedure?
2 A    Why am I suing Dr. Papendick?
3 Q    Yes.
4 A    Because, obviously, he did -- what you mean? I
5    couldn't answer that. I don't know the facts behind
6    exactly what Dr. Papendick did. I don't know the
7    facts behind exactly that, and I don't know the
8    situation of that, so I can't answer that. I can just
9    say I don't know. That's the best I can. Because
10    it's not within my knowledge for me to give you a
11    correct answer.
12 Q    We've already discussed, sir, that in the -- in the
13    documents concerning your colostomy reversal in June
14    of 2019 that you were advised that there could be
15    potential complications up to death when we discussed
16    those records, and you would agree with me that that
17    particular record there indicates, specifically right
18    here -- doesn't this record particularly state that
19    reversal is a major surgery with potential
20    complications up to death?
21 A    Huh?
22 Q    Does that particular note that I just gave you, that
23    grievance appeal --
24 A    I wouldn't agree with it, but I see it.
25 Q    You see that it says --

Page 156

1 A    I'm not in agreement but I see what you're explaining
2    to me. I'm not in agreement with that.
3 Q    You don't agree that there were potential
4    complications up to death with the procedure that you
5    had?
6 A    I believe that with any surgery under anesthesia
7    there's complications and the risk of death.
8 Q    And in fact, you would have signed an authorization
9    and a consent with Dr. Webber and Dr. Kansakar
10    indicating that you understood those risks; correct?
11 A    I signed something saying that I understood, yeah. I
12    signed something saying that -- you know, that I was
13    ready to have the surgery. I don't even think I read
14    over it. I just was ready to have the surgery and
15    signed it.
16 Q    Okay. You also signed something that indicated you
17    had been explained those risks; correct?
18 A    I signed something -- I explained -- I don't know. Do
19    you have that?
20 Q    I do.
21 A    Okay. Show me where I signed it and I can tell
22    you that answer.
23        MR. WILLIS: In the meantime, can we
24    adjust the camera? It looks like the witness is
25    moving out of frame or whatever.

Pages 153–156

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 157

1       THE WITNESS:  We've been at this for
2   quite a while, man.  I'm sorry.
3       MR. WILLIS:  That's okay.  Thank you.
4       THE WITNESS:  Thank you.
5   BY MR. SCARBER:
6   Q   That was your --
7   A   And I signed?  You said I signed.
8   Q   You could turn it over.
9   A   Yeah, this doesn't say nothing about potential risk.
10      Does it say something over here?  Because where it
11      says, "I hereby" --
12  Q   Let me show you, sir.  It's highlighted up at the top.
13      This is a consent form that you would have signed when
14      you were undergoing even your original surgery here
15      with Dr. Kansakar.
16  A   Okay.
17  Q   So you do --
18  A   Yeah, I signed it.  I can't say I read it, but I
19      signed it.
20  Q   Okay.  Here's another form that you signed with
21      respect to your original surgery.  And I'll just show
22      you here.  "Severe complications with anesthesia can
23      occur with the possibility of infection, bleeding,
24      drug reaction, blood clots, loss of sensation, loss of
25      limb function, paralysis, stroke, brain damage, heart

Page 158

1   attack, death."  Do you see that?
2   A   Uh-huh.  Hold on.  When was this?  Yeah.  Right,
3       right, right.  Okay, okay, okay.  I remember that
4       exactly.  Because that's when Dr. Kansakar said that,
5       you know, usually, most people that she do the
6       reversal on are older and they have those but I really
7       don't -- I don't have nothing wrong with me, so things
8       should go fine.  Yeah, I remember that.
9   Q   Do you also -- you remember signing it, too; right?
10  A   Yeah.  Yeah, I do.
11  Q   And in particular in this grievance appeal, they're
12      indicating here that that is a possibility; correct?
13  A   Uh-huh.  That all surgeries that you go under
14      anesthesia could be risky, yeah.  Like, even if I
15      broke my finger and I go have surgery and I have to be
16      under anesthesia, that could risk death -- cause of
17      death, yeah.
18  Q   Is that your medical opinion?
19  A   No.  That's what I was told.
20  Q   Okay.
21      MR. SCARBER:  I'm going to move to strike
22      that on foundation and hearsay.
23  BY MR. SCARBER:
24  Q   You have been out of prison for how long now?
25  A   Since May 19, 2019.

Page 159

1   Q   And since you have been out of prison, have you had
2       any problems with the colostomy reversal that Dr.
3       Webber performed?
4   A   Just a potential hernia that I've been having since I
5       had the original surgery.
6   Q   Other than the potential hernia, are you having any
7       kind of functional problems as a result of him
8       performing the colostomy reversal that occurred when
9       you got out prison?
10  A   No, sir, other than -- what I want to say was, I
11      believe that if I would have had the surgery right
12      away that I wouldn't have this much trauma.  But they
13      allowed me to heal all the way for years before they
14      did the second surgery.  If they had did surgery in
15      the two months I don't believe I would have as much
16      trauma to my stomach that I'm having.  Like the
17      potential hernia and the pains I've been having.  You
18      know?  Because it healed all the way up and then they
19      did the surgery after I got out of prison.
20  Q   Let me just try to ask the question again.  And not
21      necessarily from your medical opinion or about what
22      you believe could have happened and all that kind of
23      stuff.  My question is more direct.  Since you had the
24      colostomy reversal surgery from Dr. Webber have you
25      had any problems with the colostomy reversal that he

Page 160

1   actually performed?
2   A   I have a problem with my stom- -- the potential
3       hernia.
4   Q   Other than the potential hernia that you're talking
5       about, have you experienced --
6   A   I've been having the pains --
7   Q   So --
8   A   -- from the potential hernia.
9   Q   So after he performed the surgery, the colostomy
10      reversal on you, is it your testimony that you're
11      still having the same type of hernia pain that you
12      were having when the original colostomy was performed?
13  A   Yes.
14  Q   So the colostomy reversal, Mr. Jackson, did not fix
15      your stomach pain that you were experiencing before
16      you had the reversal; correct?
17  A   No, it didn't.  My colostomy reversal didn't fix the
18      stomach pain, but it did fix a lot of other stuff.
19  Q   But you're still having pain; right?
20  A   Yeah, because I believe this is a potential hernia.
21  Q   Okay.  And when did that pain with the hernia start?
22  A   The pain -- when did it start?  Right after the
23      surgery while I was healing up, in jail.  Like, you
24      know, I was just thinking, oh, maybe this is just
25      trauma to my gut.

Pages 157–160

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 161

1  Q    I just want to know when it started, and you said it
2       happened right after the surgery while you were in
3       jail; correct?
4  A    Uh-huh.  I don't know for sure if that's hernia pain
5       but I'm just telling you about the pains I'm having.
6  Q    I guess my -- you're having the same type of pain with
7       your colostomy reversal -- strike my question, because
8       I want to be clear, because you added on some stuff.
9       I just want to make sure I'm clear.  And I respect
10      that you wanted to clarify.
11            My question is this:  You're still having
12      pain, even after the colostomy reversal surgery that
13      you had in January of 2019, the same kind of pain that
14      you were having immediately after you had your
15      colostomy back in December of 2016; right?
16  A   Immediately after I had my colostomy?  I wouldn't say
17      -- I'm trying to clarify.  I wouldn't say that it was
18      immediately because I didn't know what kind of pain I
19      was having until I healed up completely, because I was
20      in pain.  You get what I'm saying?
21  Q   I do but my question is a little more simple.  The
22      same pain that you were having after you had your
23      colostomy --
24  A   I've been having that same pain the whole time.  The
25      whole time since.  Yeah.

Page 162

1  Q    That's a great answer.  I just didn't finish the
2       question, so I don't know if --
3  A    You don't know if you want that one yet.
4  Q    I want it but I never asked the question.  So I got to
5       ask the question.  Just remember what you just said.
6            What you're telling me, Mr. Jackson, is
7       that after your colostomy was performed in December
8       2016, you were having some kind of pain that felt like
9       a hernia pain at that time; correct?
10  A   I wouldn't say so.  I don't know what hernia pain
11      feels like.  I'm telling you what Dr. Webber said it
12      could be when I went to him.
13  Q   Okay.  Well, let me rephrase the question again.
14            After your colostomy reversal surgery
15      that was done in 2016 (sic), you were experiencing
16      some kind of pain that you're still experiencing after
17      you had the colostomy reversal in June of 2019.
18  A   Uh-huh.
19  Q   Is that yes?
20  A   Yes, sir.
21  Q   Okay.  So you -- we talked about the records from the
22      MDOC where you received medical treatment while you
23      were in the MDOC; correct?
24  A   I never said nothing about receiving no medical
25      treatment at MDOC.

Page 163

1  Q    Did you ever treat with a medical provider in the
2       MDOC?
3  A    No.
4  Q    You never saw a nurse?
5  A    See, you putting the treat word on there and I never
6       received treatment.  I partially got supplies some of
7       the time.  Like, you know, I mean they gave me
8       supplies all the time but they wasn't always right.  I
9       didn't get no treatment.  What treatment are you
10      talking about?
11  Q   Mr. Jackson, I'm not talking about a colostomy
12      reversal.  What I'm talking about is, we have already
13      been discussing throughout this deposition various
14      instances where you were assessed by the people at the
15      medical providers --
16  A   You mean assessed as far as what?
17  Q   You were seen by the --
18  A   And given my supplies.
19  Q   I haven't even finished my question, sir.
20            MR. SCARBER:  Counsel --
21            MR. CROSS:  Just let him finish the
22      question.
23  BY MR. SCARBER:
24  Q   Okay.  We spent a lot of time talking about the
25      various instances where the health care providers at

Page 164

1       the MDOC saw you.  For instance, they saw you when you
2       came to the MDOC.  They performed X-rays on you.  They
3       examined you.  They provided you with colostomy
4       supplies.  They sent you to the emergency room when
5       you had an injury near the area of your colostomy.
6       They provided supplies to you after you left the MDOC
7       so that you could have it after you were paroled from
8       the MDOC.  We talked about those various instances.
9  A   Okay.  What about them?
10  Q   So my question for you is -- and, honestly, I think I
11      forgot the question because I had to go and ask the
12      question again.  So just move to strike it altogether.
13      I'll just rely on whatever you said.  I know that's a
14      good strategy but --
15  A   Yeah.
16  Q   The medical provider -- let me just ask the question
17      this way.  What I was doing was a question where I was
18      just trying to lay some foundation for it.  We've
19      already talked about a number of times that you saw
20      the MDOC health care providers and they did certain
21      things for you.  Do you ever recall talking with a
22      doctor named Dr. Alsalman?
23  A   Do I recall?
24  Q   Yeah.
25  A   When did I talk with him?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 165

1 Q    Do you recall talking to him?
2 A    It's a lot of doctors. I can't tell -- if you could
3      give me something to remind me maybe I could recall
4      it.
5 Q    When you first got to the jail -- I'm sorry -- to the
6      prison, were you ever evaluated to determine whether
7      or not it was medically necessary for you to have a
8      colostomy reversal?
9 A    Was I ever evaluated when I first got to the jail?
10     Yes.
11 Q   Okay.
12 A   To the prison?
13 Q   To the prison.
14 A   Yes.
15 Q   Okay. And are you aware that that particular health
16     care provider made a request to -- that there be some
17     kind of determination made of whether or not you would
18     qualify or whether it was medically necessary for you
19     to have --
20 A   No, I'm not aware.
21 Q   -- a colostomy reversal?
22 A   I'm not aware as far as (inaudible) --
23            COURT REPORTER: I'm sorry. "I'm not
24     aware as far as" --
25            THE WITNESS: As far as I don't know.

Page 166

1 BY MR. SCARBER:
2 Q    Let me just go to something. I'm going to wrap up
3      here, because I know Mr. Willis probably has a couple
4      of follow-up questions, and I'm going to try to get
5      done with this but this is taking longer than I
6      wanted, obviously. No fault of --
7 A    It's fine.
8 Q    Dr. Alsalman was a doctor who has a note from April
9      26, 2017. He says -- and this is at page 33 of the
10     MDOC records -- that -- it says, quote, he's ready for
11     a colostomy reversal for which a 407 was submitted on
12     4/18/17 that got ATP for medical necessity, not
13     demonstrated at this time. The patient was scheduled
14     for today's appointment to discuss the ATP," which
15     stands for alternative treatment plan. "He became so
16     upset when told about the not approved consult request
17     stating that he's planning to file a lawsuit."
18            Do you recall a meeting with a Dr.
19     Alsalman back in April of 2017 where he had advised
20     you that he had submitted a request for them to
21     determine whether or not it was medically necessary
22     for you to have the procedure and that this incident
23     occurred here? Do you recall that?
24 A   Yes, I do. Yes, I do. And here we are.
25 Q   And are you aware of Dr. Alsalman doing anything

Page 167

1      further regarding getting any kind of medical
2      procedure approved on your behalf?
3 A    I don't know.
4 Q    Are you aware of Dr. Alsalman submitting any kind of
5      appeal regarding your request for an alternative
6      treatment plan or a review of whether or not you would
7      qualify for a surgery of medical necessity at all?
8 A    I don't know.
9 Q    Was this the only time it was ever discussed with you
10     as to whether or not you would qualify for the
11     surgery, from Dr. Alsalman?
12 A   I'm not for sure. I couldn't say yes for sure. I had
13     a lot of medical stuff and staff -- stuff going on. I
14     couldn't say for sure. Was it the only time or wasn't
15     it, I couldn't say it. I don't remember. But I do
16     remember that time for sure.
17 Q   And this wasn't even -- so it's fair to say, sir, that
18     you had decided you were going to file a lawsuit
19     within a month of even being at the prison because you
20     couldn't have a colostomy reversal immediately; right?
21 A   No. I knew right away I was filing a lawsuit anyway
22     for everything that had went on back at the jail.
23     That's what I was referring to.
24 Q   Okay.
25 A   That I knew.

Page 168

1 Q    Did Dr. Alsalman ever discuss with you that the reason
2      we're not going to do the colostomy reversal is
3      because it cost too much?
4 A    Who?
5 Q    Dr. Alsalman.
6 A    I never talked to Dr. Alsalman. Have I? Did I talk
7      to Dr. Alsalman? Like, did he examine me in person?
8      Did I see him in person?
9 Q    Yes. This was the visit that I just referred to you.
10 A   He did not examine me as a doctor. I had a meeting
11     with someone and they told me that they decided not to
12     reverse my bag. It wasn't -- it wasn't no one who
13     examined me. It was someone who came in and I spoke
14     it. So I'm a little confused.
15 Q   I have in my record that you were examined on March 24
16     of 2017 by a nurse practitioner named Ronald Drinkert.
17 A   Okay. That's what I'm talking about.
18 Q   Do you remember that?
19 A   Vaguely. But what I'm saying is, the doctor that
20     you're saying, I wasn't even aware he was a doctor. I
21     remember meeting with someone that came in and spoke
22     with me. I don't remember them examining me or being
23     a doctor. It was someone that came in and spoke with
24     me.
25 Q   In this particular case, Mr. Jackson, a determination

Pages 165–168

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Page 169

1  was made by the health care providers here as to
2  whether, based upon their medical judgment, they
3  believed that you would qualify for medical necessity
4  for a colostomy reversal.
5  A   You said they believed that I wouldn't?
6  Q   They believed that you would not.
7  A   Okay.
8  Q   Okay. Is it your testimony today that you disagree
9  with their medical judgment about whether or not you
10  should be getting a colostomy reversal or not?
11        MR. CROSS: I'm going to object. I mean
12  --
13        THE WITNESS: (Inaudible) testimony today
14  that I agree or don't agree?
15        MR. CROSS: That's not in evidence that
16  it was their medical judgment.
17        MR. SCARBER: I'm going to object to a
18  speaking objection.
19        Let me ask you the question again. And
20  this is subject to whatever objection you want to
21  make. I'm free to ask this question.
22  BY MR. SCARBER:
23  Q   In this particular case there was a decision made -- a
24  medical decision made by the doctors in this
25  particular case as to whether or not you would qualify

Page 170

1  for a colostomy reversal and they decided, based upon
2  the reasons that are set forth in that document there
3  that you reviewed, the grievance, that they did not
4  believe there was a medical necessity demonstrated for
5  a colostomy reversal. Is it your testimony today,
6  then, that you disagree with their medical
7  determination about whether or not --
8  A   So you said --
9  Q   Wait --
10  A   I'm just asking --
11  Q   I haven't asked the question.
12  A   So I can understand the question. Because I have a
13  question about your question.
14  Q   So go ahead and ask me the question about my question.
15  A   Are you saying that doctors determined that my
16  reversal was not medically necessary and are you
17  asking me was I aware of the doctors saying that?
18  Q   Let me ask the question again, then.
19  A   Okay.
20  Q   Are you aware that there were medical doctors that
21  determined that your colostomy was not going to --
22  strike my question, because I need to say reversal.
23  Strike that.
24        Is it your testimony, Mr. Jackson, that
25  doctors who made medical decisions that your colostomy

Page 171

1  reversal would not be reversed were wrong about their
2  decisions?
3  A   Doctors -- did doctors make medical decisions? I
4  wasn't aware doctors made the medical decisions. I
5  thought it was the jail, the prison that made the
6  decision. I was never aware that doctors made the
7  decision.
8  Q   You just testified a little while ago that Dr.
9  Papendick you think is the doctor that determined that
10  your colostomy wouldn't be reversed.
11  A   I just testified a little while ago that I never knew
12  that it was a doctor that -- no one ever examined me.
13  It was just a person came in and spoke with me.
14  Q   So let's assume for the record -- we don't have to do
15  that. I'm going to show you record number -- page No.
16  37. It's from the MDOC records. Down at the bottom
17  of this particular page it says, "Medical necessity
18  not demonstrated at this time. Continue to follow in
19  on site clinically by MSP."
20  A   MSP. That's a yes. Okay. What about it?
21  Q   My question is -- and the record is signed by Dr.
22  Papendick. So --
23  A   Uh-huh.
24  Q   So my question -- so my question is, do you disagree
25  with Dr. Papendick's medical decision about whether a

Page 172

1  medical necessity was demonstrated at that time for a
2  colostomy reversal?
3  A   I still -- you got to rephrase.
4  Q   Do you disagree with Dr. Papendick's medical
5  determination that medical necessity was not
6  demonstrated for you to have a reversal?
7  A   I don't agree or disagree. I don't know what you want
8  me to say on that. It's not even -- I don't have no
9  say-so or opinion because I don't know -- I really
10  don't understand the question like that.
11  Q   Do you disagree with Dr. Papendick's medical judgment
12  as to whether or not you needed a colostomy reversal?
13  A   (Inaudible).
14        COURT REPORTER: I'm sorry, sir. You're
15  mumbling. Can you --
16        THE WITNESS: I'm sorry, ma'am. I'm just
17  thinking to myself. When I talk quietly, that's just
18  like me rehearsing something out loud, verbally in my
19  head.
20        Did you hear that?
21        COURT REPORTER: Yeah, I did.
22  BY MR. SCARBER:
23  Q   So what's your answer?
24  A   I forgot the question.
25  Q   Mr. Jackson, the question is this: Do you disagree

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 173

1    with Dr. Papendick's medical judgment that you did not
2    demonstrate a medical necessity for a colostomy
3    reversal?
4  A    No.
5  Q    You don't disagree with --
6  A    I don't agree with him.
7  Q    You don't agree with him.  Okay.  You can leave your
8    answer right there.  That's fine.
9  A    I don't agree with him what?  Ask the question again.
10 Q    You've answered it.
11 A    I'm saying I'm not answering that because -- I'm
12   saying I'm -- that's not my answer because I don't
13   know if I heard it correctly.  So ask me one more time
14   so I can know if I'm hearing it correctly.
15 Q    Do you disagree with Dr. Papendick's medical judgment
16   that you did not require a colostomy reversal?
17 A    Yeah.
18 Q    Okay.
19 A    Yes.  I feel like I did require it.
20 Q    Great.  So you believe that -- is it fair to say that
21   you believe that instead of treating you the way they
22   did when you were in the MDOC in terms of giving you
23   medical assessments, supplies, referring you to the
24   ER, determining what type of supplies you might need,
25   performing labs and X-rays, you believe that they

Page 174

1    should have also been doing a colostomy reversal as
2    well; right?
3  A    I believe they should have did the colostomy reversal.
4  Q    Instead of all the other stuff they were doing?
5  A    Yes.
6          MR. SCARBER:  Ken, I don't have anything
7    else right at this time.  You want to take a quick
8    break?  Do you have anything to follow up?
9          MR. WILLIS:  I probably -- I've got a
10   couple of things to follow up, but it might also
11   depend on if Ian has got any questions or not.
12         MR. CROSS:  Yeah, I do.
13         VIDEOGRAPHER:  Are we taking a break?
14         MR. CROSS:  Do you want to take a break?
15         MR. SCARBER:  Go ahead and ask your
16   questions and then -- do you have a lot?
17         MR. CROSS:  I don't have that much.
18         MR. SCARBER:  Okay.
19             - - -
20             EXAMINATION
21 BY MR. CROSS:
22 Q    Mr. Jackson, do you remember being asked some
23   questions about a Nurse Colleen?
24 A    Yes.
25 Q    All right.  And I believe you testified that you had

Page 175

1    some meeting with Nurse Colleen?
2  A    Yes.
3  Q    How many meetings did you have with Nurse Colleen?
4  A    I know for sure we had a meeting with the sergeant.
5    It wasn't Lebeau.  The sergeant -- we had a meeting,
6    Miss Colleen, the sergeant, and another sheriff.  We
7    had a meeting.  I believe it was -- it was
8    basically -- the meeting was about the fact that I
9    wasn't receiving the correct supplies and Nurse
10   Colleen told me that I was -- I would have to make do
11   with one over ring a week because they couldn't afford
12   them and I would have to use the paste to seal my
13   patch, but I told them that the paste wasn't working.
14   It was still leaking.  The only thing that made it
15   flush flat was the over ring, and that's why I showed
16   you all my stomach earlier.
17 Q    Besides that meeting did you have any other
18   conversations with Nurse Colleen about your colostomy?
19 A    Yes, I did.  I talked to Nurse Colleen sometime in
20   January -- no, no, no.  I did.  I talked to Nurse
21   Colleen sometime in January.  I talked to her the
22   whole time but -- yeah, in January -- the beginning of
23   January she told me that I was going to have the
24   reversal -- that I was going to be reversed.  And then
25   she -- after all the confrontation, like the over

Page 176

1    ring, I ended up deflating my catheter because I was,
2    like, having real bad pains with my catheter.  I have
3    enlarged prostate and, like, when I was urinating I
4    was having spasms and it was coming all around my
5    catheter.  I was in pain.  They had me on medical
6    lockdown.  I met with Miss Colleen about the medical
7    lockdown because it was, like, if you got sick in the
8    jail or if you got hurt in the jail, they would lock
9    you down, but that's the same thing that they do to
10   people who get into fights or do disciplinary -- so I
11   felt like I was being punished.  I had a meeting with
12   her.  But then -- and I had a meeting with her about
13   my over rings because they were leaking and during the
14   end when it was time for me to get my reversal I
15   talked with Miss Colleen about it because the nurses
16   told me that somehow that she was going back and forth
17   with Dr. Kansakar's office and they hadn't for sure
18   came to some type of agreement.  So when I talked to
19   Nurse Colleen about it, she said, "Hey."
20         I said, "What's going on, Miss Nurse
21   Colleen?"
22         She said, "Your surgery has been
23   postponed for financial reasons."
24 Q    When did she say that?
25 A    She said that after my surgery had been postponed.

Page 177

1    After February 9th.
2  Q    Where did she say that? Where were you?
3  A    I was in the jail. I went to see go her in the
4        medical line. You know, she come in. She do the
5        medical line, whatever, whatever. Everybody line up.
6        You know?
7              I -- every time a nurse came in or a
8        sergeant came in I wanted to talk to them.
9  Q    So I believe Mr. Scarber asked you some questions
10       about a letter you got from the ombudsman office?
11  A    Uh-huh.
12  Q    Did you ever talk to anyone from the ombudsman office
13       in person or did you just get a letter?
14  A    I got a letter and they said that what --
15  Q    Answer the question. Did you talk to them on the
16       phone or did you just write letters?
17  A    Just write letters.
18  Q    So is there any information the ombudsman's office
19       gave you beyond that letter that you were showed by
20       Mr. Scarber?
21  A    I can't remember about that. I just know that they
22       said they won't reverse my surgery because it was
23       cosmetic; right? They don't do reconstructive -- they
24       don't do reconstructive and cosmetic surgery.
25  Q    So all you heard from the ombudsman's office was that

Page 178

1        letter which we talked about earlier?
2  A    Yes, sir, that I can remember. Yes, sir, for sure.
3  Q    You were asked some questions about a Dr. Papendick.
4  A    Uh-huh.
5  Q    Do you remember that?
6  A    Yes.
7  Q    And have you ever met Dr. Papendick?
8  A    No, I haven't met Dr. Papendick.
9  Q    Have you ever done a telemedicine visit with Dr.
10       Papendick?
11  A    No, I did not.
12  Q    Do you know what Dr. Papendick --
13  A    Looks like?
14  Q    Yeah.
15  A    No.
16  Q    Has Dr. Papendick ever provided you any medical
17       treatment?
18  A    Of course not. I never saw the man. That's what I
19       said. Somebody just came in and talked to me. Wasn't
20       no doctor.
21  Q    You were asked some questions about disagreeing with
22       medical judgment. Do you remember that?
23  A    Uh-huh. Yes, sir.
24  Q    Do you know if when Dr. Papendick decided that you
25       should not have the colostomy reversal he was

Page 179

1        employing medical judgment?
2  A    Do I know when that happened?
3  Q    Do you know if he was -- if it was a medical decision
4        or not?
5  A    It was a financial thing the whole time. I know that.
6              MR. CROSS: Okay. I don't have any
7        further questions.
8              THE WITNESS: Because -- I'm just saying
9        it was a financial thing because they told me that if
10       my family could pay for it, I would do outside
11       resources, and they would do the surgery. That's how
12       I know it was a financial thing. You know what I'm
13       saying? Because they was going to do it. If I could
14       afford to pay for it -- the people to get paid, like
15       pay for the sheriff's overtime, if I could pay for the
16       surgery, then they would have did it. But since I
17       couldn't, I had to rely on them to pay for it. They
18       said it was a medical issue -- it was a medical
19       decision why they didn't do it.
20             MR. CROSS: Okay. I have no further
21       questions.
22             MR. SCARBER: Hey, Ken, let me just
23       follow up on that. Is that okay?
24             MR. WILLIS: Sure.
25             MR. SCARBER: Okay.

Page 180

1              - - -
2              RE-EXAMINATION
3  BY MR. SCARBER:
4  Q    Did Dr. Papendick specifically tell you that it was a
5        medical decision that he wouldn't perform?
6  A    I never talked to Dr. Papendick a day in my life, so
7        he couldn't have told me.
8  Q    Okay. Thank you.
9              Where is the information that you got
10       that said it was a financial decision?
11  A    I have some type of form that says that I can request
12       outside services, and requested outside services
13       meaning paying for all the expenses that my surgery
14       costs, including paying the sheriff's overtime. Yes.
15       Do I need to go find that? I need to do the break,
16       because I can find that.
17  Q    I don't know if it applies to me. You said for the
18       sheriff, and I'm not involved in that.
19             My question, more directly to you, is,
20       where is the information while you were in the state
21       prison that you got that indicated that it was a
22       financial decision?
23  A    Where is the information while I was -- oh, yeah,
24       that's what I'm talking about. When they told me --
25       it wasn't about no sheriff. I had a meeting and I

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 181

1    talked to some type of nurse or medical staff and they
2    advised me that if I could have outside services --
3    saying if my people can pay for the surgery and pay
4    for the overtime of the police that would have to
5    watch me at the hospital, then they would do it.  But
6    if I can't afford to request outside medical services,
7    then they won't do it.
8  Q    Okay.
9  A    So that's how I knew it wasn't a medical thing.  I
10   knew it was a financial thing.  Because if I could
11   afford to pay for it, I would have been having it
12   reversed before I got out of prison.
13 Q    So my question to you is, who specifically told you --
14 A    I read that on the paper.  I can't --
15        MR. CROSS:  Let him finish the question.
16 A    All right.  Go ahead.
17 BY MR. SCARBER:
18 Q    So you testified that nobody specifically told you
19   that.  You saw it on a piece of paper.
20 A    No, no.  Someone did tell me that.  Excuse me.
21   Someone did tell me that.  I had a meeting.  I went
22   in, had the meeting at Jackson, I believe.  I went in,
23   had the meeting, because I had a meeting about my
24   reversal and that's when they told me about the
25   outside services -- I could request outside services

Page 182

1    to have my people pay for it.
2  Q    So was the meeting with Dr. Papendick?
3  A    No.  I never seen Dr. Papendick a day in my life.
4  Q    Okay.  So then you're going to answer my next
5    question.  The meeting was not with Dr. Papendick that
6    you're talking about; correct?
7  A    He wasn't there.  I never seen him.
8  Q    So we can agree, Mr. Jackson --
9  A    If we agree.
10 Q    We can agree, Mr. Jackson, that Dr. Papendick did not
11   tell you that it was a financial decision as to why he
12   had determined that there was no medical necessity for
13   your surgery?
14 A    I can't agree with that.
15 Q    If you can't agree with it, tell me when Dr. Papendick
16   --
17 A    Oh, no, I never talked with Dr. Papendick, so, yeah, I
18   do agree with that, because I never saw Dr. Papendick.
19 Q    Okay.
20 A    I'm sorry about that.  Yeah, I never saw Dr.
21   Papendick, so he couldn't tell me anything.
22 Q    Okay.
23 A    There we go.
24 Q    The document that you're talking about where you also
25   received something in writing telling you about some

Page 183

1    forms that you have to complete with respect to
2    whether or not you could pay for it --
3  A    Outside -- requested outside medical services.
4  Q    Yeah.  Where did those come from?
5  A    Where did they come from?  What do you mean?  I had a
6    meeting with a lady about requesting outside medical
7    services and everything.
8  Q    Do you remember when that meeting occurred,
9    approximately?
10 A    I have to look in the medical records, but I know for
11   sure that they're in there.
12 Q    Do you remember -- where did this meeting occur in the
13   prison?
14 A    In health services.
15 Q    In health services?
16 A    Uh-huh.  It was a nurse.  A lady.
17 Q    Was it the same nurse that we're referencing here --
18 A    I don't know.  I can't recall.
19 Q    -- on the grievance appeal response?
20 A    I can't recall, because I'm good with faces, not
21   names.  You show me her face, I might be able to tell
22   you.
23 Q    So as we sit here today you would agree with me that
24   you have no proof that you can think of that the
25   person who told you about you could get a procedure

Page 184

1    done as long as you pay for it yourself was somebody
2    from Corizon or Dr. Papendick; correct?
3  A    You've got to rephrase that question.
4  Q    As you sit here today you can't show me anything that
5    tells me specifically that it was someone from Corizon
6    or Dr. Papendick, who you're suing in this case, that
7    told you that --
8  A    You can request outside services?
9  Q    -- that the decision was financial not to perform your
10   colostomy reversal?
11 A    You have to rephrase it again.
12 Q    Do you have anything to show me today that somebody
13   from Corizon or Dr. Papendick told you specifically
14   that it was financial as the reason as to why you
15   could not have a colostomy reversal?
16 A    Yes.
17 Q    Okay.  What?
18 A    I have documents that show that me paying for outside
19   medical services, I would have been able to get my
20   surgery done.
21 Q    Now, as we sit here today are you able to tell me that
22   that was -- with one hundred percent certainty, that
23   it was somebody from Corizon or Dr. Papendick that
24   gave you that paperwork or told you that?
25 A    They gave me the paperwork or told me that?  Rephrase

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 185

1 the question.
2 Q    You said you have some paperwork talking about you
3    could get your procedure done if you pay for it. So
4    my question is --
5 A    Hold on. Let me clear that up for you, what I say. I
6    said that I have paperwork stating that if I pay for
7    or request outside services, outside medical services,
8    that my surgery would be done and approved to be done.
9    I have that.
10 Q    Where is it?
11 A    You got to give me a break and I have to find it.
12         MR. SCARBER: Off the record.
13         (There was a discussion off the record.)
14         MR. SCARBER: Let's take a break. The
15    videographer has to change it anyway.
16         VIDEOGRAPHER: We are going off the
17    record. It's 4:25 p.m.
18         (Whereupon, a recess was held.)
19            - - -
20         VIDEOGRAPHER: We are back on the record.
21    It is 4:35 p.m.
22 BY MR. SCARBER:
23 Q    Mr. Jackson, we're back on the record. We took a
24    brief pause. The court reporter -- videographer had
25    to make a couple of changes -- video needed to be

Page 186

1    changed. During that time period you and your counsel
2    met briefly and you provided me with what looks like
3    three records. The first record is from -- looks like
4    a Nurse Ausmus from the Michigan Department of
5    Corrections. I guess this was in response to a kite,
6    and it is dated 5/25/17.
7 A    '17?
8 Q    Yeah, May 25th of 2017. Can you take a look at that?
9    And while you are reading that I'll just refresh the
10    foundation here for our questions here. You were
11    trying to find if there was something that
12    specifically demonstrated that the Corizon defendants
13    or Dr. Papendick told you or communicated to you that
14    their decision was solely based on financial reasons.
15    Do you see anything on that document that talks about
16    a decision for you not to have a colostomy reversal
17    being based upon financial reasons?
18 A    Yes. It speaks for itself.
19 Q    Okay. Let me take a look at it again.
20 A    It says outside medical resources. What I'm saying
21    is, it's obviously --
22 Q    I don't want you to tell me what you think is obvious.
23    I just want to know if there's something on this
24    specific form that states that somebody from Corizon
25    or Dr. Papendick told you specifically that their

Page 187

1    decision regarding medical necessity or colostomy
2    reversal is based upon financial reasons.
3 A    Yeah, because this right here says that I can request
4    outside medical service and that means my family or
5    someone can pay for my outside medical services.
6    Meaning they would do the surgery if my family or
7    someone pays for it on the outside. They would do it
8    if they can afford the cost of the overtime for the
9    sheriffs and the surgery that it cost, then they would
10    do the surgery. This is a request, because that's
11    what they do, that's their custom policy, to allow
12    people on the outside to pay their medical bills.
13 Q    Show me --
14 A    Let's look this up. Because this paper is just a
15    note. Let's look up what the outside medical -- let's
16    look what that is -- what we're talking about here.
17         MR. WILLIS: You're talking about in
18    prison; correct?
19         THE WITNESS: Yes, in prison.
20         MR. WILLIS: You used the word sheriff
21    again and I --
22         THE WITNESS: I mean deputy, sorry.
23    Deputy sheriff.
24         MR. WILLIS: You mean corrections
25    officer?

Page 188

1         THE WITNESS: Yeah, correction officer.
2         MR. WILLIS: Okay. Sorry.
3         MR. SCARBER: I'm sorry, Ken.
4 BY MR. SCARBER:
5 Q    I guess my question is more simple. I'm just looking
6    on this form. Can you show me the language where you
7    say it is talk -- it's Corizon or Dr. Papendick
8    telling you that it's a financial decision?
9 A    Show you on that paper? This is a paper --
10 Q    No. What I want you to do -- I know what the paper
11    is.
12 A    Okay. What is --
13 Q    Show me where you see on that paper --
14 A    Dr. Papendick's name or something?
15 Q    -- that it says specifically something about a
16    financial decision.
17 A    A financial decision? Wait. It says, "Schedule nurse
18    sick call approximately 5/30/2017 with RN nurse by
19    Christine" -- how do you pronounce her last name?
20 Q    I'm going to assume it's Ausmus.
21 A    -- Ausmus -- with Christine Ausmus, RN. Reason:
22    Request outside medical service kite. No. 1, I am
23    requesting outside medical service to schedule -- to
24    schedule a colostomy reversal operation as soon as
25    possible.

Pages 185–188

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 189

1        So that's -- so I'm requesting for my
2    people to pay for me to get reversed.  You know?  This
3    is something you can do.  This is procedure that they
4    do in prison.  I could have paid for it.  I couldn't
5    afford it, so they didn't do it.  So that's what I'm
6    showing you.  That's my evidence.
7  Q    Let me help you out here.  Let's see about -- you
8    would agree with me, though, on the page that you just
9    showed me, that nothing about financial is listed;
10   correct?
11 A    Financial?
12 Q    There's nothing about payment or financial listed on
13   here.  You would agree?
14 A    It says --
15 Q    And if it's not there, it's okay to admit it.
16 A    No, no, no, I'm going to admit the truth.  There's no
17   problem.  But it does not say nothing about financial
18   or medical, but -- it's obvious.  What's understood
19   don't have to be explained.  There you go.
20 Q    So we can agree that page 23 does not use the words
21   financial or payment on it; correct?
22 A    It doesn't have it, financial or payment.
23 Q    That's fine.
24 A    Yeah.
25 Q    Now let's go to page 22.  You read that and then I'm

Page 190

1    going to ask you some questions.  Don't answer
2    anything yet because I haven't asked you.
3  A    "Spoke with" --
4  Q    Just read it to yourself.
5  A    Oh, read it to myself.
6  Q    And then I'm going to ask you some questions.
7  A    Okay.  Okay.  That's what I thought.
8        It says --
9  Q    So my question for you is, you would agree that it
10   says at the bottom that this document was generated by
11   Christine Ausmus, RN; correct?
12 A    Yes, but I also see something about Paul Stone
13   (phonetic) here, too.
14 Q    Would you agree with me, Mr. Jackson, that this
15   document says it was generated by Christine Ausmus,
16   RN?  Yes or no?
17 A    Yes.
18 Q    Now, there is a portion on here that you want to read
19   to me.  Can you go ahead and read it?
20 A    "It was explained that any request should be submitted
21   to the HUM on kite form and that prisoner will be
22   responsible for all costs incurred if above request is
23   granted."
24 Q    So does this indicate to you, sir, that -- does it
25   specifically say if approval for request is granted?

Page 191

1  A    Yes.
2  Q    Okay.  So the procedure has to be something that's
3    approved?
4  A    Yes.
5  Q    Okay.
6  A    So you have to have the money to be able to get it
7    approved.  You have to have the money to pay all costs
8    to have it approved.  So it didn't get approved
9    because I didn't have money.
10 Q    Does that approval for you, as far as your
11   understanding of it, has nothing to do with whether or
12   not it's something that is medically necessary for
13   you; correct?
14 A    Rephrase the question.
15 Q    Does approval in your mind have anything to do with
16   whether or not it's medically necessary?
17 A    Approval in my mind?
18 Q    So it says you will be responsible for all costs if
19   approval for the request is granted.  Right?
20 A    Uh-huh.
21 Q    So does this suggest to you that it's still something
22   that has to be approved in order for you to ultimately
23   be responsible for the cost?
24 A    Yes, it has to be approved.  It doesn't say nothing
25   about medical -- medical approval.  It just says

Page 192

1    approved.
2  Q    Okay.  And it also says generated by Christine Ausmus;
3    right?
4  A    That's what the document says.
5  Q    Okay.  The second document you handed me is page 122
6    of the MDOC records.  Just read it.
7  A    Okay.
8  Q    Okay.  Does this particular document, Mr. Jackson, say
9    anything on here about cost and payment, yes or no?
10   Do you see those words listed here at all?
11 A    Okay.  So I don't see anything about cost on here.
12 Q    Or payment; correct?
13 A    Correct.
14 Q    Thank you.
15 A    You welcome.
16 Q    Do you know how much your surgery cost with Dr.
17   Webber, your reversal surgery?
18 A    No, sir, I'm not aware.
19 Q    Did your family pay for it?
20 A    No, sir.
21 Q    What does your grandmother do?
22 A    She's retired.
23 Q    What is your grandmother's income?
24 A    I wouldn't know that.  You'd have to ask her.
25 Q    You're not on your grandmother's medical insurance,

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 193

1    are you?
2  A    No.
3  Q    What's your sister's name?
4  A    Fatima Jackson.
5  Q    And how old is Fatima Jackson?
6  A    Forty.
7  Q    What other relative did you have at the time you were
8       in the -- you were in the Michigan Department of
9       Corrections?
10  A    What do you mean?  I have a lot of relatives.
11  Q    I'm sorry.  What other relative that you had that was
12       going to be in a position to pay for you to have a
13       medical procedure done?
14  A    What do you mean?  I didn't know that unless I asked
15       them.  I didn't get to that point where I could have
16       asked my family about paying for the medical treatment
17       or anything like that.
18  Q    So you had never spoken with your family about paying
19       for you to have a colostomy reversal, being
20       hospitalized and undergoing any kind of procedures for
21       a colostomy reversal while you were in the --
22  A    No, I did not because I didn't feel that was their
23       responsibility because I wasn't in their custody.  I
24       was in the custody of St Clair County or MDOC.
25  Q    Okay.  So you just indicated, sir, that you had not

Page 194

1       spoken with your family about paying for the procedure
2       and that you did not have a means of paying for the
3       procedure; correct?
4  A    Right.  I didn't feel it to be their responsibility
5       and I didn't want to put that on them.
6  Q    So your position is not that you could have paid for
7       it but your position is that you feel like the MDOC
8       should have been the responsible party for paying for
9       it; correct?
10  A    What you mean, not that I could have paid for it?  I
11       don't understand.
12  Q    You're not saying that you could have paid for you to
13       have a procedure done for a colostomy reversal while
14       you were in MDOC.
15  A    I'm not saying that.
16  Q    Correct?
17  A    What you mean?  I didn't say anything.  Why you asking
18       what I said?
19  Q    Are you saying that -- you agree with me, Mr. Jackson,
20       that you could not pay for a procedure to be done
21       while you were in the MDOC; correct?
22  A    Yeah.  I agree with you that I couldn't do that, yes.
23  Q    You also agree with me that you had not even spoken
24       with your family about paying for a procedure while
25       you were in MDOC.

Page 195

1  A    Yes, I do.
2  Q    And you also agree with me, then, that you feel like
3       it was the responsibility of the MDOC to pay for your
4       procedure.
5  A    Just because I was in their custody.
6  Q    Okay.  That's -- I think we've answered our questions,
7       then, about whether financial payment of your --
8       whether you financially paying for your own procedure
9       was even in play while you were in MDOC.
10  A    What do you mean?
11  Q    You weren't going to pay for it and you hadn't even
12       talked to your family about paying for it; correct?
13  A    Yeah, I hadn't talked to my family about paying for it
14       and I couldn't pay for it.  I couldn't pay for it.
15       Not that I wasn't going to pay for it.  I couldn't.
16       I'm not even sure my family could but I didn't want to
17       put that responsibility on them.
18  Q    Okay.  I'm going to move on, then.
19  A    Okay.
20  Q    You indicated that you had not seen a doctor or
21       medical provider prior to your colostomy reversal
22       being determined to not be medically necessary by Dr.
23       Papendick; correct?
24  A    Huh?  Rephrase your question.
25  Q    Did you indicate earlier that you had not seen a

Page 196

1       medical provider or been examined by a medical
2       provider prior to Dr. Papendick determining that it
3       wasn't medically necessary for you to have a procedure
4       -- a colostomy reversal procedure?
5  A    You got to rephrase the question again.
6  Q    There's a medical note in your chart at pages 43
7       through 45 of your MDOC medical records and it's a
8       visit with Dr. Alsalman that occurs on 4/18/2017.
9       April 18, 2017.  I think you recalled talking with Dr.
10       Alsalman at one point; right?
11  A    I couldn't -- it's been years ago, but if it's noted,
12       I probably did talk to him.
13  Q    Okay.  The record indicates that 12 -- December 10,
14       2016 you had a resection of your rectum, a bladder
15       repair, and a colonoscopy.  It also indicates that you
16       are currently doing well having a functional
17       colostomy.  You denied abdominal pain or UTIs and it
18       says that you were ready for a colostomy reversal.
19       Does that -- so far that's accurate; correct?
20  A    That's correct.  But I don't -- it hadn't -- but I'm
21       telling you the whole exact time I told them about the
22       pains I was having, so...  You know what I mean?
23  Q    So it also indicates that there was a physical
24       examination performed on you.
25  A    Uh-huh.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 197

1  Q    It says that you were in no apparent distress. You
2        were well nourished and well developed. Respiratory
3        was normal. Cardiovascular was normal. But they get
4        an inspection of your abdomen. You had normal
5        abdominal muscles. Your abdomen was soft and
6        nontender. No large organs or anything like that. No
7        enlargements, no swelling. You did have a scar. They
8        noted that you had your colostomy in place. They also
9        noted there was no abdominal tenderness, no liver
10       enlargement, no spleen enlargement and no palpable
11       masses.
12              Are you denying, sir, that you were not
13       physically examined on or about April the 18th of
14       2017?
15  A    No, I'm not denying that.
16  Q    Okay.
17  A    April 18. I'm not denying that. If they say they did
18       it, they did it.
19  Q    Could you take a look at that document again that is
20       the grievance that was responded to by the MDOC? And
21       in this particular grievance response it looks like
22       Nurse Aiken, in response to the grievance, is looking
23       at medical records and she indicates here that based
24       upon her review of the medical records it didn't show
25       a medical reason for the reasons she's outlined as to

Page 198

1        why you should not have a reversal. Now, she
2        indicates that --
3  A    That's not the way it's written. It says that -- you
4        want to read it?
5  Q    Well, I'll tell you what. Let me rephrase the
6        question. In this particular document, Dr. -- I'm
7        sorry -- Nurse Aiken indicates in here that they have
8        reviewed your records to determine if there was a
9        medical necessity for your procedure, and what she
10       indicates here is that the records show that your
11       colostomy was in good status. You were able to
12       complete self care, which we talked about. It
13       indicates that you had have a great degree of body
14       image issue concerns.
15  A    Where -- body issue concerns. And that's the thing,
16       where are you getting that from? That's, like,
17       slander because I never at one time told anybody I was
18       having any body issue concerns. That's just something
19       they just put in here and you read through it like I
20       said it.
21  Q    Well, this is in your medical records.
22  A    I mean, that's stuff that they put in the records, but
23       I never said it. It doesn't say he had -- see, all
24       these people are saying that I have body images but I
25       never one time told anybody that. That's why I'm

Page 199

1        trying to figure out where is this coming from. How
2        would they just -- you know what I saying? Saying
3        what they want you to say. I never said nothing about
4        body issues. My whole issue was about the way I had
5        to go to the bathroom.
6  Q    You also indicate that you had a problem with the way
7        other inmates were --
8  A    Reacting.
9  Q    -- were reacting to you; right?
10  A    Yes. Yes.
11  Q    It also says on here that your colostomy was
12       functional, which you talked about. It indicates that
13       they reviewed radiology studies on April 7th or --
14       taken on April 7, 2017, which showed no issues with
15       the colostomy.
16  A    Uh-huh.
17  Q    And it looks like, based upon this particular document
18       and the records that they reviewed, these are some of
19       the things that led them to the reasons that they
20       didn't feel like it was a medical necessity. Now, my
21       question for you is, you're disagreeing with the
22       medical reasons that they are stating here as to why
23       they don't think a colostomy is necessary; correct?
24  A    You said it.
25  Q    You disagree, Mr. Jackson, with the medical reasons

Page 200

1        that they're giving here as to why you don't need a
2        colostomy reversal; right? It's okay if you --
3  A    It's okay if I say what you want me to say.
4  Q    Do you disagree --
5  A    I'm trying to think of the question before I agree or
6        disagree so I have it clear.
7  Q    Do you need me to repeat the question here?
8  A    I mean, it wouldn't hurt.
9  Q    Do you disagree with the medical reasons that they
10       list here as to why they don't think that you require
11       a colostomy reversal?
12  A    I disagree with some of the reasons.
13  Q    Okay. That's all I need for you to say.
14              My next question for you is, they
15       indicate here specifically that, quote, the Michigan
16       Department of Corrections, MDOC, doesn't reverse
17       colostomies unless it is medically necessary. The
18       surgery you are requesting is nonessential. Current
19       documentation reflects the colostomy is functional."
20              So you disagree, Mr. Jackson, that you are
21       not medically necessary for you to have a colostomy
22       reversal?
23  A    Yes.
24  Q    Okay.
25  A    That it was not.

Pages 197–200

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 201

1   Q     You disagree with their decision here, based upon
2         their review of the medical records, that it was not
3         medically --
4               MR. CROSS:  The questioning is vague in
5         that we haven't defined medical necessity.
6               MR. SCARBER:  My question is -- and I
7         think you -- now you've made a speaking objection.
8   BY MR. SCARBER:
9   Q     My question is this:  I've just cited to you various
10        instances here where they're talking about the medical
11        records and they're talking about the reasons from a
12        medical standpoint why they don't think the reversal
13        is warranted.
14  A     Okay.
15  Q     And you disagree with that; right?
16  A     I feel -- listen, I feel like it was medically
17        necessary for me to be reversed.
18  Q     So you feel like in their judgment they should have
19        determined that it was medically necessary?
20  A     I can't say that.  You can't put words in my mouth,
21        sir.  You do that a lot.
22              MR. SCARBER:  Move to strike.
23  BY MR. SCARBER:
24  Q     You've had more than every opportunity to change the
25        questions, have me repeat the questions.  I've given

Page 202

1         you the opportunity to answer every last question that
2         I've given you.  I've gone way beyond.
3   A     This is the only thing I want to say:  When you ask
4         the questions, you give me the answer before you ask
5         the question.  You say, "It's fair to say that you're
6         drunk."  You know what I mean?  You give me -- you
7         answer the questions before you even ask.  I just want
8         you to ask the questions.
9   Q     Your attorney is here and he has gone to law school
10        and passed a very vigorous bar exam in Michigan so
11        that he can understand what the law is and what the
12        legal requirements are and the way that I can ask a
13        question, not ask a question.  If he thinks that my
14        form is improper, he has to object.  If he does not
15        object, then you've got to answer.  And I don't think
16        I've gotten a whole lot of objections here.
17  A     See, the thing is, it's all about how you asking the
18        question.  You already answered --
19              MR. CROSS:  Kohchise, listen to me.  He
20        is allowed to ask the questions the way he is asking
21        them.
22              THE WITNESS:  Okay.
23              MR. SCARBER:  And you just have to listen
24        to him ask the question and then answer it.  Even if I
25        object, you still have to answer it.

Page 203

1               THE WITNESS:  Yeah, I understand that.
2   BY MR. SCARBER:
3   Q     I don't have any -- let me ask you a question here.
4         Do you know a Larry Cowan or Cowen?
5   A     I have to see a picture.  I'm good with faces, not
6         names.
7   Q     Have you ever been -- has anybody ever come to you,
8         Mr. Jackson, and said, "Hey, I had a situation in the
9         jail where they wouldn't reverse my colostomy
10        reversals (sic), too?"  Anybody ever specifically come
11        up and tell you that?
12  A     Yeah.
13  Q     And I used the wrong -- let me ask the question
14        because I said jail.
15  A     I said yes.
16  Q     I need to -- I got to reask the question because I
17        said jail and I meant to say prison, and I know
18        there's a distinction and Mr. Willis is going to ask
19        me to correct it at some point or have it corrected.
20              So my question is, did any inmate or any
21        former inmate ever come up to you personally, Mr.
22        Jackson, and say to you that they had an issue while
23        they were in the MDOC where they did not have their
24        colostomy reversed?
25  A     Yes.

Page 204

1   Q     Who?
2   A     I don't know his name but there is a guy in there that
3         wanted his colostomy reversed and they didn't reverse
4         it.
5   Q     What facility did you see him in?
6   A     St. Louis.
7   Q     Where is the St. Louis facilities?
8   A     St. Louis, Michigan.
9   Q     And when did that occur?
10  A     It was at the end of my (inaudible) --
11              COURT REPORTER:  I'm sorry.  The end of
12        my what?
13              THE WITNESS:  Not too long before I went
14        home.  So it had to be in two thousand and sometime in
15        '18, '19.
16  BY MR. SCARBER:
17  Q     Anybody else?
18              MR. WILLIS:  Yeah, I've got some
19        questions.
20              MR. SCARBER:  No.  Any --
21              MR. WILLIS:  I'm sorry.  I thought after
22        that long pause there, I thought --
23  BY MR. SCARBER:
24  Q     Any other people, Mr. Jackson, other than the guy you
25        are talking about at the St. Louis facility?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 205

1  A    That I -- that didn't get -- that's the guy that I
2       knew for sure.
3  Q    Was his name Larry Cowan?
4  A    Larry Collin.  Larry Collin.
5  Q    Cowan, C-O-W-A-N.
6  A    I couldn't say for sure because everybody call each
7       other by nicknames unless you in the same unit.
8  Q    What was your nickname?
9  A    Everybody called me Kohchise.  You know what I mean?
10 Q    So do you remember the nickname that you called
11      this other gentleman?
12 A    Yeah.  We called him "O," I believe.
13 Q    "O"?
14 A    Yeah, "O."  I believe.  That could have been -- so I
15      couldn't tell you for sure if that was this guy.  It
16      might turn out his name is Larry.  I don't know.
17      Because you really don't know people's government name
18      in prison.
19 Q    So was he the only guy?
20 A    What you mean, only guy?
21 Q    The only guy that ever came to you and you had a
22      conversation with about that never -- didn't get his
23      colostomy reversed?
24 A    Yeah, that I can recall.  The guy that I can remember.
25 Q    Do you know exactly what his medical records stated or

Page 206

1       what his specific --
2  A    How would I know that?
3  Q    -- issues were?
4  A    No.
5  Q    So you don't really know whether his medical issues
6       were exactly the same as yours; correct?
7  A    No, sir.
8  Q    What about Larry Cowan?
9  A    You just asked.  He could be Larry Cowan.
10 Q    So your attorney has mentioned two people, Larry Cowan
11      and Keith Swift.  Do you know a Keith Swift?  Could he
12      be "O," too.
13 A    I know he ain't "O."
14 Q    Do you know him personally?
15 A    No, I'm just saying if his name is Keith Swift, that's
16      a name I would remember.
17 Q    But what if he had a nickname, though?
18 A    If he had a nickname, then -- what about it?
19 Q    I'm saying would you remember --
20 A    His nickname?
21 Q    Yeah.
22 A    Yeah, if he had a colostomy bag, I'm sure I would.
23 Q    How many people in the MDOC that you encountered that
24      had a colostomy bag while you were there?
25 A    A guy for sure -- I counted a few people that had

Page 207

1       colostomy bags.  That had them in the past.  You know
2       what I mean?  One guy had it on.  Yeah, I recall a few
3       people.
4  Q    Were they all at the same facility or different
5       facilities?
6  A    I was only at two facilities.
7  Q    So would they have all been at St. Louis or would they
8       have been at another facility?
9  A    They were at both.
10 Q    But Mr. -- but "O" in the St. Louis facility is the
11      only person you specifically remember coming up to you
12      and you guys talking about a colostomy --
13 A    Yes.
14        MR. SCARBER:  I don't have anything
15      further at this time.  I'll pass the witness.
16               - - -
17          RE-EXAMINATION
18 BY MR. WILLIS:
19 Q    Mr. Jackson, I just have a few more questions for you.
20 A    No problem.
21 Q    Who gave you your colostomy supplies while you were at
22      the St. Clair County Jail?
23 A    Oh, that was the thing.  Speaking of colostomy
24      supplies while I was at the St. Clair County Jail,
25      they had -- I would go get them from the deputy and it

Page 208

1       was some little -- it didn't even fit me.  I had to
2       cut it out with some kid scissors, like the stoma
3       part.  Yeah, they gave me the cheapest thing they
4       could find in there.  I had to cut them out.  But when
5       I got to prison, they had -- the patches were already
6       pre-holes in them to fit your stoma.  But when I was
7       in St. Clair County, they would give you a pair of kid
8       scissors.  And when I brought it up to the deputy
9       officer -- you would have to try cut out a perfect
10      circle or cut around the pouch to make it fit your
11      stoma, and you know I could never get it right.
12      Sometimes I'd cut a star or a heart, triangle.  That's
13      when I really be having bad problems with the feces
14      packing around my stoma.
15 Q    So I guess your answer is, it's the deputies are the
16      ones who gave you the colostomy supplies?
17 A    No.  I -- Nurse Colleen and the medical staff are the
18      ones who dropped them off in my unit, for sure.  And I
19      just went and got them one at a time from the deputy
20      when I needed to change them.
21 Q    Okay.  So there were -- as far as you know they were
22      brought to your unit by the medical staff but it was
23      deputies who gave them to you each time?
24 A    Yes.
25 Q    Is that your testimony?

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 209

1  A     Yes. I saw the medical staff bring them in.
2  Q     And you previously testified that Nurse Colleen said
3        the reversal surgery was postponed for financial
4        reasons. Do you remember that?
5  A     Yes.
6  Q     Do you have any evidence that Nurse Colleen said that
7        the reversal surgery was postponed for financial
8        reasons?
9  A     Everything was verbal between me and her.
10 Q     So you've never seen anything in writing or from
11       anybody else that it was a financial reason?
12 A     Everything I had to do with Nurse Colleen was verbal.
13       Everything was said.
14 Q     Well, you would send medical kites; right?
15 A     Yes, but I never talked to Nurse Colleen medically --
16       I mean, electronically. It was always verbal.
17 Q     So you would agree that you don't have any evidence
18       that Nurse Colleen made the decision that the reversal
19       surgery would be postponed for financial reasons;
20       correct?
21 A     Wrong. In fact, I have every right to believe Nurse
22       Colleen postponed it for medical reasons. Would you
23       like to know why?
24 Q     Postponed for medical reasons?
25 A     I mean postponed for financial reasons.

Page 210

1  Q     No. I want to see your evidence. That's what I want
2        to see.
3  A     You want to see my evidence?
4  Q     Did you write it in a kite?
5  A     Yeah. I wrote plenty grievances about her.
6  Q     Did you write in a kite anywhere that the surgery was
7        postponed for financial reasons?
8  A     I told them that the surgery was postponed for
9        personal reasons. For personal reasons. She told me
10       financial. But it was personal reasons, what I put.
11 Q     So is it your testimony that you're assuming that
12       Nurse Colleen postponed the --
13 A     I'm not a --
14 Q     -- surgery because of personal reasons?
15 A     I'm not assuming. I'm going off of her actions. But,
16       yeah, I guess you --
17 Q     Did Nurse Colleen tell you that she was mad at you and
18       as a result she was going to --
19 A     No.
20 Q     -- postpone your surgery and tell you it was for
21       financial reasons?
22 A     She never said that.
23 Q     So that would be an assumption on your part; correct?
24 A     I'm saying that because I had to apologize to Nurse
25       Colleen to get off lockdown. When I deflated my

Page 211

1        catheter, she was mad -- really mad at me. I think
2        that was like the straw that broke the camel's back.
3        Like, you know? Because we had a couple run-ins about
4        the medical supply and then another time my stomach
5        had bust open right after surgery and they called her
6        down to my room and she told me that usually people
7        that have stitches and stuff, they get, like, a mucous
8        plug or whatever -- something. You know what I mean?
9        Just bust open. That's, like, normal, but it was
10       bleeding all over. So that was like the first
11       incident.
12             And then we had -- I mean, that was like
13       the first incident, then we had a disagreement about
14       the medical supplies and she didn't want to give me
15       the over ring, but when I deflated my catheter, that
16       was it. I had to apologize to her and everything just
17       to come off lockdown and act like everything was okay.
18       And then I was just waiting on my surgery and then
19       they said it's been postponed and I have to talk to
20       Nurse Colleen about it, and when I talked to her about
21       it, that's what she told me.
22 Q     You mentioned your catheter. The medical record says
23       you pulled it out on December 18, 2016. Is that
24       correct?
25 A     I didn't pull it out. I deflated it and then took it

Page 212

1        out.
2  Q     Why did you deflate it and then take it out?
3  A     Because -- okay. I have a large -- enlarged prostate
4        and the whole time I had the catheter in, I was having
5        bladder spasms, pain, and a lot of trouble with that
6        catheter. And I told them I was in pain, I was having
7        bladder spasms. Like, you know, when you urinate it's
8        supposed to go directly down the tube. Well, it was
9        going all around the tube and just coming out in my
10       pants and everything, around the tube. I was just
11       having really bad pains and they -- I felt like they
12       were ignoring me. But once I deflated the catheter,
13       and they took me to the hospital and they put a better
14       one in and I didn't have no problems.
15 Q     How was it that you physically deflated the catheter
16       and removed it? Could you explain that?
17 A     Yes. And that was another thing why she was upset,
18       because Nurse Colleen said I had a syringe. "You got
19       a syringe in your room. You have a syringe in your
20       room. How you deflate the catheter?" And I told her
21       -- I said, "I saw the people at the hospital do it
22       with a syringe. I just turned it with my hair comb
23       and it deflated, the screw on it." And she was, like,
24       "You didn't do it. No, you didn't. You got a
25       syringe." And I told her that. And when she figured

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 213

1    that out, when they -- you know, she was, like, real
2    upset at me.  I swear she was.
3  Q    So you went to the hospital to have it replaced the
4    same day that you intentionally deflated it and
5    removed it; correct?
6  A    Yes, the same night.  I believe they put in a smaller
7    one or whatever one they put in, it was better.  But I
8    know by me having a prostate -- a large prostate, I
9    had to have a smaller catheter, because I was having
10    trouble.
11  Q    Have you -- who has diagnosed you with an enlarged
12    prostate?
13  A    During the surgery, the people at the hospital.  I had
14    trouble with the catheter from the beginning.
15  Q    Is that in your medical record somewhere that you were
16    diagnosed with an enlarged prostate?
17  A    It has to be because it's the truth.
18  Q    And if it's not there, you would --
19  A    Find it.  If it's not there, it's somewhere, because
20    it's the truth.  And one thing about the truth, it
21    don't need no support.
22  Q    Well, you need evidence for a lawsuit.
23  A    I can find it.  That's not a thing, sir.  That was a
24    problem that I had and they had to give me a smaller
25    catheter.  That's not a problem.  So it won't be a

Page 214

1    problem to find it.
2  Q    When you say the surgery at the hospital, are you
3    talking about --
4  A    The original, initial.
5  Q    With Dr. Kansakar?
6  A    Yes.
7  Q    In December?
8  A    Yes.
9  Q    When were you first diagnosed with diverticulitis?
10  A    Right before the surgery in December 2019.  I mean,
11    December 2016.
12  Q    So if we were to look at the McLaren Port Huron
13    medical records from December 2014, it's on page 119
14    of those documents, that you were given discharge
15    instructions for a diagnosis of diverticulitis, would
16    you disagree with that?
17  A    Discharge from diverticulitis.  I was given discharge
18    -- thought this guy -- yeah, he just said I had
19    colitis, now you say I have diverticulitis.  You know,
20    I disagree because those people told me I had -- they
21    did some tests -- I never got the results -- but they
22    told me I had irritable bowel syndrome.
23  Q    I'm just asking you, if the medical record documents
24    that you were given instructions for a diagnosis of
25    diverticulitis, would you disagree with that?

Page 215

1  A    I would say that just because they have the records
2    doesn't mean it was given to me.
3  Q    Okay.  That's not quite what my question was.  It was
4    just --
5  A    I can't recall.
6  Q    You can't recall?  That wasn't my question.  My
7    question was, I want you to assume that the medical
8    record documents, page 191 -- that you were given
9    discharge instructions for a diagnosis of
10    diverticulitis.  Are you telling me that you disagree
11    that you were informed back in December of 2014 that
12    you had diverticulitis?
13  A    Yes, I do.  I never remember someone telling me that I
14    had diverticulitis.  I remember them telling me I had
15    irritable bowel syndrome.  I remember them also --
16    took tests from me and told me that they were waiting
17    on results.  So them finding out I had diverticulitis,
18    I wasn't aware of it.  Maybe it came back on the
19    results and I never returned back to the hospital to
20    get the -- you know what I mean?
21  Q    Well, according to those -- the records from McLaren
22    Port Huron, you were a regular visitor there around
23    that time, usually for your complaints of the STIs and
24    abdominal pain.
25  A    Abdominal pain?  What you mean?  I showed up for

Page 216

1    abdominal pain, like, once or twice.
2  Q    According to the records you went to McLaren Port
3    Huron in August 27, 2014 --
4  A    2014.
5  Q    -- with complaints of urogenital issues, dysuria and
6    particulate matter in urine.  Do you remember that?
7  A    Yes, but that's not abdominal pain.
8  Q    My point is you were a regular visitor to McLaren Port
9    Huron in 2014.  Do you remember that?
10  A    Yes, and like I told your guy, when I went, that's
11    what I went for.  Like, if I went for a sexually
12    transmitted infection, that's what I dealt with.  But
13    as far as abdominal pains, I only went to the hospital
14    one time for that.
15  Q    According to medical records you went to McLaren Port
16    Huron December 3, 2014 with complaints of fever and
17    abdominal pain.  You were given a CT exam.  Do you
18    remember that?
19  A    Uh-huh.  That's what I'm talking about.
20  Q    Right.  And you returned on December 10, 2014 in the
21    emergency department with complaints of abdominal
22    pain --
23  A    The only two times ever.
24  Q    -- with a diagnosis of diverticulitis.  Do you
25    remember that?

Pages 213–216

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 217

1　A　　Yes. See, that's what I'm talking about. That was
2　　　the last time I went and I wasn't there when they made
3　　　the diagnosis. The first time I went and I was having
4　　　stomach problems and everything like that, that's when
5　　　they told me I had irritable bowel syndrome. The
6　　　second time I went, that's when they gave me the CAT
7　　　scans and took the test but they hadn't gave me a
8　　　diagnosis in hand. They must have sent it to wherever
9　　　and told me I had to come back, but I wasn't aware of
10　　　the diverticulitis.
11　Q　　Well, according to the records you did come back a
12　　　week later on December 17, 2014 to McLaren Port Huron
13　　　when you came to the ED with complaints of abdominal
14　　　pain. They did an X-ray, referred to your prior CT
15　　　scan and documented that you did not take your
16　　　antibiotics that were prescribed. Do you remember
17　　　that?
18　A　　That was the second time. It's only two visits that I
19　　　went for abdominal pain; right?
20　Q　　No.
21　A　　How many?
22　Q　　That's the third -- at least the third one just in
23　　　December at McLaren Port Huron.
24　A　　The third one in December?
25　Q　　Yeah.

Page 218

1　A　　What was the first one?
2　Q　　December 3.
3　A　　Uh-huh.
4　Q　　December 10 and December 17.
5　A　　Uh-huh. Yeah. That's when I told you I went and had
6　　　the test done. And the third time when I went and
7　　　they diagnosed me with diverticulitis or whatever,
8　　　that's what I say, I wasn't aware of that. I didn't
9　　　get the results.
10　Q　　So your version is that you didn't get the results,
11　　　even though the medical records say that you were
12　　　given the results; correct?
13　A　　My version is I -- they, to me, my understanding was
14　　　they did not know what it was. I had been diagnosed
15　　　with a few things. I had been diagnosed with
16　　　irritable bowel syndrome. I had been diagnosed -- you
17　　　know what I mean? They did not know what it was. The
18　　　last time I had went that's when they gave me the
19　　　test, the CAT scan and scraped something on the card
20　　　and everything like that. I left. I left the
21　　　hospital after they did the test. I didn't sit there
22　　　and wait on results and they didn't tell me the
23　　　results. They must have figured that out on their
24　　　own. But I know, because when I went to the jail and
25　　　I was having all those problems, they didn't know what

Page 219

1　　　was wrong with me. You know what I'm saying? It's in
2　　　my medical records. If I ever had diverticulitis,
3　　　they would have knew that automatically. Like, he's
4　　　got diverticulitis. He might be suffering from
5　　　cramping. He might have a fistula.
6　Q　　Did you ever follow up with anybody, another doctor,
7　　　for your colitis or your irritable bowel syndrome?
8　A　　Follow up with another doc -- I just returned to the
9　　　hospital. That was my follow-up.
10　Q　　Is that what your plan always was, just to go back to
11　　　the emergency department?
12　A　　I didn't have any insurance, so that's what I had to
13　　　do at the time.
14　Q　　Who paid for your reversal surgery with Dr. Webber?
15　A　　My insurance, I believe.
16　Q　　What insurance did you have?
17　A　　Medicaid. Medicare. Medicare.
18　Q　　Is it Medicaid? You're not old enough for Medicare,
19　　　are you?
20　A　　No. Medicaid.
21　　　　Because do you know -- the reason why I
22　　　asked you that question like that is because right
23　　　before I had my reversal surgery I -- they had to take
24　　　tests for hours to see exactly what was wrong with me
25　　　because they told me if I -- if I didn't have

Page 220

1　　　diverticulitis, if I had something else, then they --
2　　　Crohn's. They tested me for Crohn's disease. See,
3　　　she wasn't sure. My surgeon wasn't sure if I had
4　　　Crohn's disease or diverticulitis. If I knew I had
5　　　diverticulitis, I would have told her, like, "I've got
6　　　diverticulitis." You know what I'm saying? Because
7　　　if I had Crohn's disease I don't think they would have
8　　　done the bag or something like that. You know? She
9　　　told me she had to figure out whether I had Crohn's or
10　　　diverticulitis. And she went under tests to figure it
11　　　out. They found the diverticulitis right before my
12　　　reversal. Dr. Kansakar. Because they tested me for
13　　　Crohn's.
14　Q　　So your discharge instructions from December 2014 from
15　　　McLaren Port Huron say that you had diverticulitis but
16　　　you say no one told you; right?
17　A　　That I can recall, that I remember. But I know for
18　　　sure right before my surgery to when I had the
19　　　colostomy, to get the bag, Dr. Kansakar had to do some
20　　　tests before I even signed to do the surgery because
21　　　she had to make sure it was Crohn's or diverticulitis.
22　　　She had to find out what it was. So if they had
23　　　diagnosed me with diverticulitis, she would have
24　　　automatically knew. Like, "You have diverticulitis.
25　　　They diagnosed you with it." But she did tests to

Pages 217–220

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 221

1    find out if it was Crohn's or diverticulitis and found
2    out it was diverticulitis and I didn't have Crohn's.
3    And that should be on record because I had to wait for
4    the test to find what I had.  So if I already knew
5    what I had, I wouldn't have had to do a test.
6  Q    Sir, you need to focus on the question.  You keep
7    expanding on it.  You're being nonresponsive.
8  A    I know it.  Especially if -- if I don't say the answer
9    you want me to say, I'm being nonresponsive.
10 Q    Have you ever been officially diagnosed with a hernia?
11 A    Not officially.
12 Q    Is Dr. Webber the only doctor who has ever mentioned
13    the possibility of a hernia?
14 A    Dr. Webber is the only and the latest doctor to have
15    seen my stomach.
16 Q    Did Dr. Kansakar ever mention that you had a hernia
17    postoperatively or at any point?
18 A    I haven't seen Dr. Kansakar since I was wearing a bag.
19 Q    Focus on my question.  Did Dr. Kansakar ever say
20    either in the hospital or the two postoperative visits
21    that you had with her that she was concerned about a
22    potential hernia?
23 A    No, she didn't.  Her whole thing was the reversal
24    plan.  She was focused on the fact they wouldn't
25    contact me about --

Page 222

1  Q    Sir, focus on the question.  I mean --
2  A    I'm answering the best I can, sir.
3  Q    Well, we're getting in time here and part of the
4    reason is you keep on adding on.  You're not focusing
5    on the question.
6  A    Okay.  I'll let you tell it.
7  Q    So at any point did Dr. Kansakar ever mention she was
8    concerned about a hernia in the multiple times that
9    she saw you?
10 A    That was -- no.  Dr. Kansakar, that wasn't her concern
11    about a hernia.  She was reversal care.  That's the
12    only thing I ever talked to her about, was reversal
13    care after the surgery.
14 Q    Did Dr. Webber say what kind of a hernia he thought it
15    might be?
16 A    If he did, I can't remember.  I couldn't tell you
17    specifically.
18 Q    Did Dr. Webber ever schedule a return appointment for
19    you so you could follow up for a potential hernia?
20 A    Yes, he did.
21 Q    When is that?  Have you gone to that appointment?
22 A    No, I did not because I had two major surgeries and
23    I'm not ready to have a third one.  So I'm dragging my
24    feet on that.
25 Q    Okay.  But going and following up with a doctor to see

Page 223

1    if it is a hernia is not the same thing as actually
2    having surgery for a hernia, is it?
3  A    Listen, I feel like when I go follow up and they say
4    it's a hernia, I'm going to have to get the surgery.
5    So I've been dragging my feet.
6  Q    Where exactly is the hernia or the potential hernia?
7  A    On the right side of my stomach.  You want to see it?
8    I can show you.
9  Q    Sure, but that's on the opposite of where your stoma
10    was; correct?
11 A    Yes.  Let me show you why.  You see the lump?  See how
12    that's a lump?
13 Q    Kind of looks like the other side.
14 A    Yeah, but you can see that this is a lump.  It's a
15    lump right there.  Right here (indicating).  It's a
16    lump, a knot, and it's hard.  There's not a knot or a
17    lump on this side.  It's nothing hard.  It's hard
18    right here.  It's a knot and a lump.
19 Q    It's my understanding that you were going to maybe get
20    some pictures taken of your abdomen at the deposition
21    when it's done?
22 A    Yeah.  No problem.
23 Q    So just for the record can we do both sides and maybe
24    you can point, and when you point at the right side
25    you can point to where your hernia is, if that's okay,

Page 224

1    in the picture.
2  A    No problem.
3  Q    Or your potential hernia I should say.
4  A    Alleged.  Alleged.
5  Q    Alleged hernia.
6        Now, can you give me a second?  I just
7    need to go through my notes.  I'm going to go off for
8    a few minutes.  Is that all right?
9  A    Yeah, no problem.  Take your time.
10        VIDEOGRAPHER:  We are going off the
11    record.  It's 5:35 p.m.
12        (Whereupon, a recess was held.)
13        - - -
14        VIDEOGRAPHER:  We are back on record.  It
15    is 5:41 p.m.
16        MR. WILLIS:  I have no further questions
17    at this time.
18        MR. SCARBER:  I've got a couple -- just a
19    couple follow-up questions for you, Mr. Jackson.
20        - - -
21        RE-EXAMINATION
22 BY MR. SCARBER:
23 Q    Do you recall when you saw nurse practitioner Drinkert
24    when you first came to the MDOC back on March 24, 2017
25    that you were concerned about not having your

Pages 221–224

Page 225

1  colostomy reversal prior to getting to the MDOC?  Do
2  you remember that?
3  A    No.
4  Q    We talked about the fact that when you came into the
5  MDOC in March of 2017 you were already upset because
6  you hadn't got your colostomy done prior to coming to
7  the MDOC.  You remember we talked about that for a
8  little bit?
9  A    You mentioned that and I said I wasn't upset.  I said
10  I was hurt.
11  Q    You were hurt?
12  A    Yeah.
13  Q    Okay. I'm sorry.  Wrong choice of words from me.
14  A    Thank you.
15  Q    Nurse practitioner Drinkert has a note in his records
16  where he says that, quote, you were fixated on a
17  perceived injustice of not having your colostomy
18  reversed.  You were reporting youthfulness and you
19  were reporting that you needed to have the colostomy
20  reversed.  Do you remember coming into the jail having
21  that kind of discussion with them where you were
22  telling them about how you were young, you didn't want
23  to have this for the rest of your life, and you needed
24  to have this reversed?
25  A    I don't remember.

Page 226

1  Q    It could have happened.  You just don't remember it?
2  A    I don't remember.  I can't say it could have happened.
3  I'm just saying I don't remember.  I mean, you know,
4  if you got it written in paper or whatever like that,
5  then maybe it did happen.  But I'm saying I don't
6  remember it.
7  Q    Let me show you my note here, and this is on page 89
8  of the MDOC records.  Can you read what I have
9  highlighted there?  Just read what I highlighted, if
10  you can.
11  A    Okay. I see what it says here.
12  Q    Okay. So according to the record, the record states,
13  quote, fixated on perceived injustice of not having
14  colostomy reversed, reporting youthfulness and
15  repeating the need to have colostomy reversed, end
16  quote.
17  A    End quote.
18  Q    You need to see it again?
19  A    Yeah.
20  Q    Okay.
21  A    Fixated.  You see a quote?  Where do you see a quote?
22  Isn't a quote, like, a parentheses?
23  Q    I was quoting it for the record, so that's --
24  A    Oh, I thought you said that's what it says.  Excuse
25  me.

Page 227

1  Q    So you agree that this record says that; correct?
2  A    Yeah, I agree that says that.
3  Q    It also indicates in this record, quote, able to
4  complete self-care, has greater degree of body image
5  issues than other concerns.
6  A    See, that's my problem.  Like, I never said that.
7  That's why I feel like I'm not agreeing with that
8  because I've never said that.  It's a lot of stuff you
9  all just be saying.  I never said anything about body
10  issues, and that's what I'm trying to figure out,
11  where are you all getting that from?
12  Q    You agree that the record says this.  You don't think
13  you said this, though; right?
14  A    Let me see.  You say that the record --
15  Q    The record says that you would agree with me.  I just
16  quoted to you what the record says; correct?
17  A    You see something about body issues on here?
18  Q    Right here (indicating), this last quote.  I just read
19  that.
20  A    Has a great degree of body issues.  Yes, it says that
21  on the paper.
22  Q    And you also testified earlier that they had offered
23  you some counseling and coping stuff.  You say it was
24  similar to what they had offered to other prisoners
25  but you said you didn't need that, though; right?

Page 228

1  A    No, I didn't say that they offered me anything
2  different than they offered other prisoners.  I said
3  as standard, when you go to prison, they ask anybody
4  if they want someone to talk to -- anyone -- people
5  without medical issues or a colostomy bag, perfectly
6  healthy people.  If you want to talk to somebody, they
7  offer that to all prisoners.  They didn't offer me
8  nothing different than they offer any other prisoner,
9  someone to talk to.  I didn't choose to talk to no one
10  because I didn't want to be on meds.
11  Q    I want to refer you to page 72 of the medical records
12  from the Michigan Department of Corrections.  And can
13  you just read what I highlighted here?
14  A    Uh-huh.
15  Q    Read it to yourself and I'll ask you a question about
16  it.  Your counsel can look at it.
17  A    Okay.
18  Q    Let me see it back for a second.
19  A    Okay.
20  Q    And what I just showed you was -- it is a mental
21  health services referral from Nurse Practitioner
22  Ronald Drinkert, and what it states here is, quote, I
23  am only 35 years old and I cannot have this my whole
24  life, end quote.  And it indicates that you were
25  referring to the colostomy here.  Do you recall having

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 229

1     that conversation with NP Drinkert?
2   A    I don't recall, but I do recall saying that I don't
3     want this bag for the rest of my life. I said that
4     many of times. So that's fair to say that I said
5     that.
6   Q    Okay. And ultimately we discussed that you didn't
7     have it for the rest of your life. You got rid of the
8     bag now; right? Correct?
9   A    Yes.
10  Q    It also says here at the bottom, Desired Action,
11    quote, evaluate for current level of coping ability
12    and possible need for supportive mental health care
13    regarding the body image and other possible issues,
14    end quote. Do you -- did I read that correctly from
15    that medical record?
16  A    Yes, sir, you read it correctly.
17  Q    And you said that you chose not to really deal with
18    the mental health care because you didn't want
19    medications and things like that; right?
20  A    Yeah, to be on medication.
21  Q    Okay. It's my understanding, Mr. Jackson, that the
22    damages you're seeking in this case are primarily
23    based upon what? What are the damages you're seeking
24    in this case?
25  A    Mental and physical pain and suffering.

Page 230

1   Q    You have not indicated that you have made any claim
2     for physical pain and suffering in this case. Are you
3     aware of that?
4   A    Yeah because it's all -- mental, I had to go through
5     mental. Yeah.
6   Q    Okay.
7   A    Like, me having a bag didn't disable me, but it -- I
8     was uncomfortable with it. Yes.
9   Q    Okay.
10  A    Very.
11  Q    So the damages you're seeking are for mental anguish,
12    embarrassment; correct?
13  A    I don't know why you're talking about embarrassment.
14    I didn't say that.
15  Q    Are you seeking damages in this case because you were
16    embarrassed because you had to have the bag?
17  A    No. That's not -- nothing about embarrassed. What do
18    you mean? I'm angry because I had to have the bag and
19    it could have been reversed. I had to go through all
20    of that stuff.
21  Q    You're not making any claims in this case for lost
22    wages --
23  A    No.
24  Q    -- or potential future earnings or anything like that?
25  A    No.

Page 231

1   Q    Because physically, when you got out of jail, the job
2     you were able to do -- you were still able to do work
3     and do all of this hands-on work that you like to
4     do -- landscaping, snow removal, and work with your
5     hands; correct?
6   A    Yes, sir. Yes, sir. I was able to do -- yep, I was
7     able to do it to a certain extent.
8   Q    And as far as you are aware you never sought any
9     further request for a colostomy reversal where you
10    kind of went up some kind of ladder and had it
11    reviewed by someone other than Dr. Papendick's review,
12    which is where we went over the note from 2017 where
13    it indicated it wasn't medically necessary. Is that
14    true?
15  A    Rephrase your question.
16  Q    Your denial for this particular colostomy reversal
17    occurs in 2017. Would you agree with that?
18  A    My denial occurs in 2017? I'm not sure. You have to
19    show me. I can't answer the question unless I see it.
20    Like, I have to see.
21  Q    So the document you have in front of you right
22    there --
23  A    Yes.
24  Q    -- at the bottom, that's signed by Subrina Aiken,
25    RN --

Page 232

1   A    Yes.
2   Q    -- she says, "Subrina Aiken, RN, Clinical
3     Administrative Assistant, Jackson Healthcare
4     Administration." She has a signature here. This
5     particular response to your agreement is dated June 8,
6     2017 at the bottom; correct?
7   A    Yes, sir.
8   Q    That is, again, page ID 26 of the court's electronic
9     filing.
10        Did you appeal her decision?
11  A    I can't remember, sir. Can I refer to the notes?
12    This was, like, years ago. I don't want to speak on
13    nothing.
14  Q    I just want to know --
15  A    I did a lot of paperwork and stuff.
16  Q    There is also a page 2 to that -- or a page 3, if you
17    will. If you turn over the page. This looks like
18    it's a Step 3 grievance response. Okay? And this
19    indicates here that your grievance is being denied to
20    reverse your colostomy, and it's dated 10 -- October
21    19, 2017.
22  A    Uh-huh.
23  Q    Do you see that?
24  A    Yes, sir.
25  Q    Are you aware of receiving any further grievance

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 233

1   denials after October of 2017 with respect to the
2   Michigan Department of Corrections?
3  A   I can't remember. It was a long time ago.
4  Q   Did you ever pursue, as far as you know, any denials
5   of this -- any formal denials of your request for a
6   colostomy reversal after October 2017?
7  A   It's been a long time, so I can't remember.
8  Q   According to your records you did not. If our records
9   show that you did not, would you disagree with that,
10   since you really don't have a memory?
11  A   I didn't pursue -- so the question was, did I pursue
12   any other grievances after I was denied in 2017?
13  Q   Yes. Well, I asked that question and you said you
14   can't remember.
15  A   And you said if your records show that I haven't,
16   would I agree? I still -- I can't say. They can be
17   somewhere and you all didn't get them.
18  Q   But you're not sitting here saying that you actually
19   did; right?
20  A   I'm not saying that I actually did, right. That I
21   actually didn't.
22  Q   You're not saying --
23  A   I did or I didn't.
24  Q   -- whether you did or you didn't.
25  A   Yes. Because I can't remember.

Page 234

1  Q   So if the records that I have shows that the last step
2   to the grievance --
3  A   That's not necessarily true because it could be
4   somewhere just like the other record that you all
5   don't have, so...
6  Q   What record don't we have?
7  A   Remember we were talking about -- what was we talking
8   about here? It was like a surgery or something that I
9   knew that we had but you all didn't -- oh, that's what
10   it was. It was Dr. Webber's -- him telling me that I
11   -- me following up and him saying that I potentially
12   have a hernia. You all don't have no records of that,
13   but I know for sure that happened. I went to it. So
14   just because you all don't have a record of it doesn't
15   mean that it's not true, so I'm saying with this I
16   don't know.
17  Q   Well, with that you were pretty certain that something
18   occurred.
19  A   Okay.
20  Q   With this one you're not quite certain whether it --
21  A   I wouldn't say -- I'm no more certain than the other
22   one. I'm about the same. It's even, 50/50.
23  Q   But you were really certain about your -- that you had
24   another visit with Dr. Webber. You told us about --
25  A   I'm about the same level.

Page 235

1  Q   So are you telling us that you're just as certain that
2   there was another aspect to your grievance or appeal?
3  A   No, I'm not. You couldn't say that either.
4  Q   Listen: I'm going to tell you when we walk out of
5   here today, whatever your answers that you give, those
6   are going to be your answers. So I'm giving you every
7   opportunity to say if you feel like you did it or if
8   you didn't do it. I'm trying to give you every
9   opportunity to say --
10  A   No big deal. I'm saying what I want to say. Thank
11   you.
12  Q   So you can't tell us today whether or not you --
13  A   You --
14      COURT REPORTER: I'm sorry. Sir, you've
15   got to let him get his full question out. I can't
16   write both of you at the same time.
17  BY MR. SCARBER:
18  Q   So, Mr. Jackson, you're not able to tell us today
19   whether you pursued any further grievance or not?
20  A   I'm telling you that was years ago and I don't recall
21   whether I did or didn't. I would be wrong by saying I
22   did or didn't and don't remember.
23  Q   Okay. That's fine. And I appreciate that. But you
24   said something after in your last answer that said,
25   "I'm just as certain about this as" --

Page 236

1  A   No. That's what you said.
2  Q   No, I didn't say that. You did. But it's okay. The
3   record will speak for itself.
4  A   Thank you.
5  Q   The denial of -- the determination of a lack of
6   medical necessity not being demonstrated at this time
7   by Dr. Papendick that was from an April 19, 2017 time
8   frame, are you telling us today that there was another
9   request subsequent to this denial with respect to Dr.
10   Papendick or any review of -- any kind of utilization
11   review of your need or necessity for a colostomy
12   reversal?
13  A   You have to rephrase that one.
14  Q   Okay. I will rephrase it. You're probably right.
15      This denial or this determination by Dr.
16   Papendick, that there was no medical necessity
17   demonstrated at this time, is dated April 19, 2017.
18  A   Uh-huh.
19  Q   My question to you is, are you aware of any other
20   requests that were made to review Dr. Papendick's
21   determination after April 19, 2017?
22  A   I don't recall, sir. It's a long time.
23  Q   What your counsel had put in front of you earlier
24   today are your Answers to Interrogatories and Request
25   to Produce in this matter. Can you take a quick look

Page 237

1    at those? I'm not going to spend a lot of time on
2    these.
3         Okay. At the end of this particular
4    document is -- it's an electronic signature --
5  A    Okay.
6  Q    -- on page 19. What my question is going to be to you
7    is, do you recall Mr. Cross and Mr. Margolis actually
8    speaking with you and asking you these questions about
9    your lawsuit and trying to get information from you
10   and them drafting this particular document for you,
11   you reviewing it and then you signing it?
12 A    Do I remember this document? No.
13 Q    Let me ask the question this way. At some point
14   during the course of this lawsuit did Mr. Cross or
15   Mr. Margolis speak with you about answering certain
16   questions pertaining to this lawsuit?
17 A    They said just be truthful. That's the only thing
18   they ever said to me about anything to do with
19   answering questions.
20 Q    My question is not really about that. I'm -- my
21   question is really getting at -- this document here
22   that I just gave you is a document that your attorneys
23   are representing that they went over with you and you
24   would have agreed to the answers that are in there.
25 A    Yeah. What about it?

Page 238

1  Q    And it's not physically signed by you but it's an
2    electronic signature by you.
3  A    Oh, yeah, yeah, yeah.
4  Q    So what I went to know is -- just quickly look over
5    that and let us know that, yes, this is the document I
6    went over with my attorneys.
7  A    Yes, he went over this with me. He always but, you
8    know, I just couldn't remember. That's all. If it's
9    my electronic signature, I definitely signed that.
10 Q    Yep. And I'm not trying to make a trick question here
11   or anything like. I just want to -- we don't have
12   your physical signature.
13 A    Oh, no, you doing fine, man. I really enjoyed you
14   today.
15 Q    Well, I appreciate that.
16        We don't have a physical signature, so I
17   was just trying to make sure that these are in effect
18   your answers.
19 A    Yeah.
20 Q    You would agree with that?
21 A    Yes, sir. Stand by that a hundred percent.
22 Q    How long have you known Michael Washington?
23 A    Michael Washington? Maybe 20 years. Little more than
24   20 years.
25 Q    And in what capacity did you meet Mr. Washington?

Page 239

1  A    He's a friend. I know his whole family. His whole,
2    entire family.
3  Q    When did you meet him, though? Under what
4    circumstances? Were you guys childhood friends? Did
5    you used to play together outside? Did you work with
6    him? That's what I'm getting at.
7  A    Yeah, I worked with him.
8  Q    How did you originally meet him?
9  A    He was doing work on a house in my neighborhood and I
10   worked with him. I was a kid. He taught me how to --
11   it started out he taught me how to clean bricks for,
12   like -- okay. You know how somebody take all the
13   bricks off the house and you got to chisel them so
14   they be flat bricks and you reuse them? That's the
15   first thing I ever did when I met Mike. That's what
16   he was doing. I was a kid.
17 Q    Do you live with Mike now?
18 A    No.
19 Q    Who do you actually live with now?
20 A    Fatima Jackson.
21 Q    Do you pay rent there?
22 A    Yes.
23 Q    How much rent do you pay?
24 A    Just two hundred dollars a month.
25 Q    And how are you able to pay it?

Page 240

1  A    Money I saved from odd jobs that I do.
2  Q    You mentioned also that odd jobs and --
3  A    Like, as far as landscaping. You know?
4  Q    But you mentioned earlier, Mr. Jackson, I think, that
5    the odd jobs you do and a stimulus is the source of
6    your income.
7  A    Yeah. That was my stimulus check. Everybody got
8    that.
9  Q    And you received yours already?
10 A    Not this one, but I received the 600 one. I'm waiting
11   on one. It should be here any day, the 14. I
12   received the 12, six. I'm waiting on the 14. Should
13   be here any day.
14 Q    How did you get to your deposition today?
15 A    I got a ride.
16 Q    Who gave you a ride?
17 A    My attorney.
18 Q    And where are you coming from today?
19 A    Home. My girlfriend's house.
20 Q    I thought you live with your sister.
21 A    I was at my girlfriend's house today.
22 Q    Who is your girlfriend?
23 A    Well, it's -- her name is Rachel.
24 Q    Can you spell her full name for us?
25 A    Rachel, R-A-C-H-E-L. Fuller, F-U-L-L-E-R.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 241

1  Q    And where does she live?
2  A    Where I was coming from, in Highland Park.
3  Q    Do you know an address?
4  A    No.
5  Q    What street?
6  A    What was it? Midland? Yeah.
7  Q    What are the cross-streets, if you know?
8  A    Woodward.
9  Q    How long have you -- so do you spend some time there
10      and some time at your sister's, then?
11 A    I'm at my sister's mostly but, yeah, I be there.
12 Q    And you stay there for at least overnight or maybe a
13      couple nights sometimes?
14 A    I spend a couple nights here and there.
15 Q    Have you seen your son at all since you got out of
16      jail?
17 A    I don't have any rights of my son to see him.
18 Q    Okay. So if you don't understand that. So if you don't
19      have any rights, you can't see him at all?
20 A    No. Can't.
21 Q    And that's something you're working on?
22 A    Yes, sir. I'm working on getting my life together and
23      getting my rights, since I've been out of prison.
24 Q    Do you recall the names of any corrections officers
25      while you were at the Department of Corrections that

Page 242

1      would have --
2  A    Yes.
3  Q    -- encountered you or remembered you or you dealt
4      with?
5  A    Uh-huh. Yes, sir.
6  Q    Who?
7  A    I have to think. Give me one second. Willis.
8  Q    That's the last name or first name?
9  A    That's the last name. He was my counselor that I went
10      to and talked to to try to get moved before I got into
11      the fight with my bunkie to let him know that I was,
12      you know, having a lot of trouble and issues because
13      of my bag.
14 Q    Okay. So that would have been in or around January of
15      2018, maybe end of '17?
16 A    Uh-huh.
17 Q    Okay. Who else?
18 A    Yep. It was another that -- I remember her name was
19      Miss Wilson.
20 Q    And what facility was she at?
21 A    St. Louis. There was another -- Mr. Richardson. I
22      used to always go to him and he helped me with extra
23      supplies as far as, like, toilet paper and tissue, and
24      he knew everything I was going through, like, you
25      know, with other guys and the things I was going

Page 243

1      through with my bags and supplies. I talked to him
2      about that. Yep, Mr. Richardson. Mr. Richardson, he
3      was at St. Louis.
4  Q    St. Louis, Mr. Richardson; Mrs. Wilson, St. Louis; and
5      Mr. Willis was where?
6  A    Yeah, St. Louis.
7  Q    St. Louis?
8  A    No, Mr. Willis was Jackson.
9  Q    Jackson.
10 A    He was the counselor. Mr. Willis, yeah.
11 Q    Do you know whether they worked for the MDOC or
12      whether they were with another agency? If you know.
13 A    I don't know.
14 Q    Okay. After the deposition today you're going to get
15      some form of a picture ID to your counsel, your
16      attorney, so he can get it to us?
17 A    Yeah. I'll do my best.
18 Q    Okay. When you said your attorney had been trying to
19      help you get a state ID, were you talking about this
20      attorney or another --
21 A    Yeah. He took me to the Secretary of State one time
22      but I didn't have enough documents to get it.
23 Q    Mr. Cross did?
24 A    Yeah. Him himself.
25          MR. SCARBER: Mr. Jackson, I want to

Page 244

1      thank you for your time today.
2          THE WITNESS: Thank you.
3          MR. SCARBER: I don't have anything
4      further for you.
5          I don't think we need to mark his answers
6      to it, but you agree with me that these answers are
7      signed and dated. They're 19 pages long and they have
8      a date at the bottom of them of when they were served
9      as being November the 9th of 2020. Do you agree with
10      that?
11          THE WITNESS: Yes, sir.
12          MR. SCARBER: Okay. I don't have
13      anything else.
14          MR. CROSS: (Inaudible).
15          COURT REPORTER: Are we off the record?
16          MR. CROSS: No, we're not.
17          COURT REPORTER: I'm sorry. I couldn't
18      hear you.
19          MR. CROSS: I'm sorry.
20          - - -
21          RE-EXAMINATION
22 BY MR. CROSS:
23 Q    You were asked about grievances, Mr. Jackson. Are you
24      familiar with the grievance procedure at MDOC?
25 A    Yes, sir.

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 245

1 Q    Can you describe the grievance procedure for us?
2 A    The grievance procedure is Step 1 grievance. You
3      write the grievance and then they gave you the
4      response to the grievance. If there is not a response
5      to the grievance that you feel like you deserved, then
6      you write another Step 2 grievance. You write a Step
7      2 grievance and then they give you a response. If
8      it's not the response that you feel you deserved, you
9      write a Step 3 grievance. After the Step 3 grievance,
10     if they don't give you the answer you feel you
11     deserve, then I believe you appeal it.
12 Q    You think you can appeal it after the Step 3
13     grievance?
14 A    It's been a while but I think you appeal it or
15     something. You appeal it at one point in time. You
16     appeal something.
17 Q    Do you know if you're allowed to grieve the same issue
18     you've already grieved?
19 A    Yes.
20 Q    You are?
21 A    That's what it is about -- oh, no, you can't grieve
22     that issue again. If you got denied at Step 3, then
23     you have to appeal the whole grievance. That's what I
24     believe. Don't quote me. But as far as I can
25     remember. But I know for sure if you got denied the

Page 246

1      Step 3 grievance, it's over until you get an appeal.
2      You can't send in another grievance because it's
3      already been denied. Like, it's another Step 1
4      grievance. You can't send that in. It's already been
5      denied.
6 Q    Now, you wrote the legislative corrections ombudsman;
7      is that correct?
8 A    Yes, sir.
9 Q    Is that outside the grievance process?
10 A    Yes, sir.
11 Q    Do you know when you did that?
12 A    I believe that was in Jackson when I first got to
13     prison.
14 Q    Okay. Was there a procedure besides the three-step
15     grievance procedure by which you could appeal the
16     denial of your request for the surgery?
17         MR. SCARBER: I'm just going to place an
18     objection. Asked and answered.
19 A    Could you rephrase the question again?
20 BY MR. CROSS:
21 Q    Is there another procedure besides the three-step
22     grievance procedure we just discussed by which you
23     could appeal the denial of your surgery?
24 A    No.
25         MR. SCARBER: Same objection.

Page 247

1 A    No, it's not.
2 BY MR. CROSS:
3 Q    So were there any procedural steps you could have
4      taken that you knew of that you did not take to
5      further contest the denial of the surgery?
6 A    No. I followed all the procedures that I was aware of
7      that I could take. Every single one. Filed Step 1,
8      2, 3 grievance. I wrote the ombudsman and then I
9      filed a formal complaint when I was released. Meaning
10     the lawsuit or whatever that I filed with you. Right?
11         MR. CROSS: Okay. I don't have any
12     further questions.
13              - - -
14           RE-EXAMINATION
15 BY MR. SCARBER:
16 Q    Mr. Jackson, you indicated that after Step 3 you could
17     do an appeal; correct?
18 A    I said don't quote me. As far as I can remember. But
19     I'm not sure.
20 Q    Okay.
21 A    You know what I'm saying? That's something that I'm
22     thinking I remember but I'm not sure. It's been a
23     while since I had to deal with this stuff.
24         MR. SCARBER: Okay. I don't have
25     anything further.

Page 248

1              - - -
2           RE-EXAMINATION
3 BY MR. WILLIS:
4 Q    Mr. Jackson, you were asked some questions about
5      grievance procedures. Do you know what the grievance
6      procedure was at the St. Clair County Jail?
7 A    No.
8 Q    Or the appeals process?
9 A    No. See, that was the thing about that. I asked for
10     a grievance. That's what I'm about to tell you. I'm
11     answering your question. I asked them guys for a
12     grievance and they told me and wrote in the kite. It
13     should be in the records that they would not give me a
14     grievance. All grievances are done on the tablet.
15 Q    Who?
16 A    Look at my own -- in the response.
17 Q    Was it the deputies?
18 A    It was somebody. I can't remember. But I know that's
19     what was said to me, that they don't got paper
20     grievance. Can't write a paper grievance. All
21     grievances are done on the tablet. So that's what I
22     did -- made a grievance on the tablet.
23 Q    Okay. So what did you do? Whatever the process was,
24     you didn't do it; correct?
25 A    No. I did it. Whatever the process was I was

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 249

1    supposed to do, I did.
2 Q    What did you do?
3 A    I wrote a grievance on the tablet like they told me.
4 Q    When?
5 A    When I was in the county jail.
6 Q    What did you say in your grievance?
7 A    I'd have to look at the grievance to tell you.
8 Q    Have you seen these records at your attorney's office?
9 A    I haven't seen any records about the St. Clair County
10    Jail. I haven't seen them.
11 Q    Did you get a response to your grievance?
12 A    I can't remember. This was so long ago. I don't want
13    to tell you I did.
14 Q    So you don't know if you did or you didn't?
15 A    I can't remember if I did or didn't.
16 Q    When did you file a grievance or an appeal at the
17    county jail after you were told that you weren't going
18    to have the surgery right away?
19 A    When I filed a grievance? You mean on the tablet?
20 Q    Yes.
21 A    I can't tell you exactly, sir. It's been a long time,
22    but I'm sure I did.
23 Q    When?
24 A    I can't tell you, sir. I don't remember. It's been
25    years. Sorry. I can't tell you, like, the month or

Page 250

1    the date because I don't remember. Like, you ask me
2    the question but I have to tell you a month or a date
3    and I don't actually remember a month or a date.
4 Q    Was it after the first time you were told that you
5    were going to have the surgery right away or the
6    second time or --
7 A    Can't remember which time but I know I did.
8 Q    Was it in January?
9 A    Can't remember but I know I did.
10 Q    You ever see a copy of it?
11 A    I can't remember but I know I did. This was years ago
12    we talking about. This wasn't, like, last year
13    and this wasn't last week. Like, you know what I
14    mean?
15 Q    How do you know you did it if you haven't seen it?
16 A    Because I for sure remember that I did it. Because
17    that's why I did it, because I was looking for a
18    grievance and they wouldn't give me the paperwork and
19    they told me all grievances was done on the tablet.
20    Not only did I do it on the tablet, I wrote down the
21    numbers and kept a log of all the numbers of the
22    tablet grievances. Like, it would be grievance number
23    00000. You know what I'm saying?
24 Q    Where did you write it down at and did you keep that?
25 A    I have to find that. Yes.

Page 251

1 Q    You kept that information?
2 A    Yes, I did. I have to find it.
3 Q    Did you give it to your lawyers?
4 A    I'm not sure what I did with it. I have to find it.
5 Q    Well, I ask -- I'm sure that our deposition notice
6    requested that you bring any of that information.
7 A    So what? Do you want me to take a break and look to
8    see if I could find it? Because that's not a problem.
9 Q    What did you bring with you that you can look while on
10    a break?
11 A    Everything is on computer. I can't look at nothing
12    because everything is on the computer. I have to
13    break and go through it.
14 Q    Whose computer?
15 A    The computer I'm with, it's, like -- the computer I've
16    been looking at, it's on the phone and on the
17    computer.
18 Q    What's on your phone?
19 A    Everything that we're talking about.
20 Q    You've got a copy of the grievance on there?
21 A    No. Yeah, I should. All my records is on here, so,
22    yeah, it should be on here. I have to look and see.
23        MR. CROSS: Can I just help out here?
24    The grievances that he made on the tablet are in the
25    records that one of you guys provided to us -- the St.

Page 252

1    Clair County jail records. It's in the records. And
2    some of the grievances I believe we attached to the
3    Complaint.
4        MR. WILLIS: Okay.
5 BY MR. WILLIS:
6 Q    Is it your testimony that your grievance or your
7    appeal was denied?
8 A    Grievance or appeal was denied? Which one?
9 Q    Either one. A grievance is a form of an appeal.
10 A    What grievance are you talking about? The grievance I
11    filed in prison? The grievance I filed in jail? What
12    grievance are you talking about?
13 Q    I'm asking you about the stuff in the St. Clair County
14    Jail.
15 A    I actually don't even remember getting a response.
16 Q    Who did you send the grievance to?
17 A    Who I was supposed to have to send it to at that time.
18    Can't remember because I know I sent it to the right
19    person because I found out who I was supposed to send
20    it before I sent it.
21        MR. WILLIS: Can we take a break and take
22    a look and see if we can find any grievances?
23        THE WITNESS: From St. Clair County.
24        MR. WILLIS: From St. Clair County.
25        THE WITNESS: Yes, sir.

Pages 249–252

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 253

1         VIDEOGRAPHER:  We're going off the
2    record.  It's 6:25 p.m.
3         (Whereupon, a recess was held.)
4         - - -
5         VIDEOGRAPHER:  We are back on the record.
6    It is 6:32 p.m.
7         MR. WILLIS:  Everybody ready?
8         MR. CROSS:  Yeah.
9         MR. WILLIS:  Thank you.  We were -- just
10    took a brief break and looked at some grievances, and
11    plaintiff's counsel pointed out two grievances, one
12    for February 7, 2017 that went to Lieutenant Adams,
13    another on March 18, 2017 that went to Sergeant
14    Lebeau.
15    BY MR. WILLIS:
16    Q    I guess my question is, sir, did you ever fill out a
17         medical grievance?
18    A    A medical grievance?  These are the only grievances
19         that they offered us, on the tablet.
20    Q    That's not my question.  Did you ever file a medical
21         grievance?
22    A    These are the only grievances that they offered us.
23         They were on the tablet.  Where do you --
24    Q    These are the ones that you wrote; right?
25    A    Where do you see medical grievance?  We were not

Page 254

1         available to give medical grievances because I
2         would've filled one out.
3    Q    Just answer the question.  Are these the only two
4         grievances that you filed in the St. Clair County
5         Jail, these two that were identified by your attorney?
6    A    No.  There's more than two.  What do you mean?
7         There's one, two, three, four, five.  You mean are
8         these the only five grievances?  That's what you
9         asking me?  Because it's not two.  Where you get two?
10         It's five.
11    Q    I'm not sure -- first of all, I'm not sure what you're
12         holding.  Your attorney identified two grievances.
13    A    But it's more than two grievances.
14    Q    Where do they say grievances on -- are they identified
15         as grievances?
16    A    Request -- ain't nothing identified as grievances, to
17         be honest with you.  Everything is identified as
18         detail of request.  But this about me making
19         continuous complaints.
20         MR. WILLIS:  All right.  Well, that's all
21    the questions I have.  Thank you.
22         VIDEOGRAPHER:  Are we done?
23         MR. WILLIS:  I'm done.
24         - - -
25         RE-EXAMINATION

Page 255

1    BY MR. SCARBER:
2    Q    Mr. Jackson, while you were in the Department of
3         Corrections, you were able to eat also; correct?
4    A    Yeah, I ate at jail.
5    Q    And --
6    A    In prison, yes.
7    Q    So we talked about working out.  We talked about
8         eating.  We talked about walking.  We talked about
9         your ability to be able to care for your colostomy.
10         You were trained on how to do it.  Were there any
11         other activities that you engaged in that I have not
12         mentioned?
13    A    Well, eating was a problem at times.  I would get sick
14         and nauseous when I would smell that bag.  I vomited
15         sometimes.  Like, the smell was not, like,
16         you-going-to-the-bathroom smell.  It was like a
17         different total smell.
18    Q    Let me ask you this.  My question is, are there any
19         other activities that you did in jail other than what
20         we've discussed with respect to eating, walking,
21         working out?
22    A    Going to school.
23    Q    You went to school?
24    A    Yeah.  Can I tell you about that?
25    Q    I'm not asking any questions about that.

Page 256

1    A    Okay.
2    Q    But you did go to school?
3    A    Uh-huh.
4         MR. SCARBER:  Okay.  I think I'm
5    finished.  I don't have anything further for you.
6         THE WITNESS:  Okay.  Thank you.
7         MR. SCARBER:  Thank you.
8         VIDEOGRAPHER:  Is that -- are we done?
9         MR. CROSS:  I think we're done.
10         MR. WILLIS:  I think we're done.
11         VIDEOGRAPHER:  This concludes the
12    deposition.  It is 6:36 p.m.  We are off the record.
13         - - -

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

Page 257

```
1                    * * *
2
3
4
5
6         DECLARATION OF PENALTY OF PERJURY
7
8
9      I, _____, do hereby declare under
10  penalty of perjury that I have read the foregoing
11  transcript; that I have made any corrections as
12  appear noted, in ink, initialed by me, or attached
13  hereto; that my testimony as contained herein, as
14  corrected, is true and correct.
15      EXECUTED this _____ day of _____,
16  20_____, at _____,_____.
                    (City)              (State)
17
18
              _____
19            KOHCHISE JACKSON
20
21
22
23
24
25
```

Page 258

```
1        DEPONENT'S CHANGES OR CORRECTIONS
2  Note:  If you are adding to your testimony, print
3  the exact words you want to add.  If you are deleting
4  from your testimony, print the exact words you want
5  to delete.  Specify with "Add" or "Delete" and sign
6  this form.
7
8  DEPOSITION OF:    KOHCHISE JACKSON
9  CASE:            JACKSON V. CORIZON HEALTH, INC.
10  DATE OF DEPOSITION:  MARCH 22, 2021
11
12  PAGE    LINE    CHANGE/ADD/DELETE      REASON
13  ____    ____    _____     _____
14  ____    ____    _____     _____
15  ____    ____    _____     _____
16  ____    ____    _____     _____
17  ____    ____    _____     _____
18  ____    ____    _____     _____
19  ____    ____    _____     _____
20  ____    ____    _____     _____
21  ____    ____    _____     _____
22  ____    ____    _____     _____
23  ____    ____    _____     _____
24  ____    ____    _____     _____
25  Deponent's Signature _____ Date _____
```

Page 259

```
1  PAGE    LINE    CHANGE/ADD/DELETE      REASON
2  ____    ____    _____     _____
3  ____    ____    _____     _____
4  ____    ____    _____     _____
5  ____    ____    _____     _____
6  ____    ____    _____     _____
7  ____    ____    _____     _____
8  ____    ____    _____     _____
9  ____    ____    _____     _____
10  ____    ____    _____     _____
11  ____    ____    _____     _____
12  ____    ____    _____     _____
13  ____    ____    _____     _____
14  ____    ____    _____     _____
15  ____    ____    _____     _____
16  ____    ____    _____     _____
17  ____    ____    _____     _____
18  ____    ____    _____     _____
19  ____    ____    _____     _____
20  ____    ____    _____     _____
21  ____    ____    _____     _____
22  ____    ____    _____     _____
23  ____    ____    _____     _____
24  ____    ____    _____     _____
25  Deponent's Signature _____ Date _____
```

Page 260

```
1              CERTIFICATE OF NOTARY PUBLIC
2  STATE OF MICHIGAN )
                     )    SS.
3  COUNTY OF OAKLAND )
4
5      I, Elizabeth A. Tubbert, do hereby certify that the
6  witness whose attached testimony was taken before me in the
7  above-entitled matter, was by me first duly sworn to testify
8  to the truth, the whole truth; that the testimony contained
9  herein was by me reduced to writing in the presence of the
10  witness by means of stenography; afterward transcribed; and
11  that this is the true and complete transcript of the
12  testimony given by the witness.
13      I further certify I am not connected by blood or
14  marriage with any of the parties, their attorneys or agents;
15  and that I am not interested, directly or indirectly, in the
16  matter of controversy.
17      IN WITNESS WHEREOF, I have hereunto set my hand and
18  affixed my notarial seal.
19
20
21  _____
    Elizabeth A. Tubbert, CSR-4248
22  Notary Public, Oakland County, Michigan
    My Commission Expires:  October 25, 2023
23
24
25
```

Pages 257–260

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**-**

**-2** 12:15

**0**

**00000** 250:23

**1**

**1** 71:16 121:18 188:22 245:2
246:3 247:7

**10** 33:20 93:11 95:7 196:13
216:20 218:4 232:20

**10:14** 4:8

**10th** 95:20,22

**11** 121:17

**119** 214:13

**11:14** 4:3

**11:25** 41:8

**11th** 122:15

**12** 6:20 196:13 240:12

**12-7** 153:3

**12/10/2016** 67:20,21

**122** 192:5

**12:36** 41:12

**12:51** 49:1

**12:58** 49:5

**13** 13:20,23

**133** 75:1

**134** 75:1

**13th** 75:18

**14** 240:11,12

**149** 72:5

**15** 6:20

**15th** 74:23

**16** 67:14 75:24 131:19

**16031** 10:3,13

**16th** 74:24

**17** 9:20 32:16 186:7 217:12
218:4 242:15

**17902** 9:6

**17920** 9:13

**18** 15:7 33:11 196:9 197:17
204:15 211:23 253:13

**18th** 197:13

**19** 78:24 93:9 158:25 204:15
232:21 236:7,17,21 237:6
244:7

**191** 215:8

**19th** 87:12

**2**

**2** 56:15 143:14,16 145:9
232:16 245:6,7 247:8

**2/5/82** 8:5

**20** 238:23,24

**200** 59:3 61:21

**2001** 12:15,16 15:18 16:20
21:24,25

**2002** 12:16 16:20 17:17
18:16,18

**2003** 17:1

**2004** 17:1

**2005** 17:1

**201** 59:3 61:21

**2010** 55:18

**2011** 55:8,16

**2012** 13:19 14:3,6 29:2,7

**2013** 14:9

**2014** 14:1 55:22 56:2,5
57:12 58:21 62:24 64:2,6,20
214:13 215:11 216:3,4,9,16,
20 217:12 220:14

**2015** 14:1 70:24 71:16 74:3,
24 75:5,8,18

**2016** 8:25 9:20,25 10:7,20,
21,22 12:16 23:8 29:10
31:22 32:16 33:3,11,24
34:6,20 38:24 73:17 74:24
76:13 93:12 95:7 103:6

161:15 162:8,15 196:14
211:23 214:11

**2017** 8:15 33:21 47:1 51:5
52:3,7,9,11 54:7,10,23
104:1,15,23 105:11 106:8,
13 109:2,9,10 111:8 113:24
120:6 121:18 122:15 132:14
141:5 166:9,19 168:16
186:8 196:9 197:14 199:14
224:24 225:5 231:12,17,18
232:6,21 233:1,6,12 236:7,
17,21 253:12,13

**2018** 122:16 123:14 126:17
127:19 128:19,25 129:2
242:15

**2019** 9:15 28:8,9 67:14
75:24 84:5,10,11,23,25
85:1,3 87:12 93:9 100:17
101:25 102:4,10 131:19
148:24 155:14 158:25
161:13 162:17 214:10

**2020** 26:2,4,5 29:11 30:17
76:1 78:16,19,23 79:4 80:5,
10 81:1 83:1,24 84:12 244:9

**2021** 4:2,7 14:1

**21** 26:5

**214** 4:10

**22** 4:2,7 189:25

**23** 47:1 78:16,23 79:4 80:5
109:2 113:24 189:20

**23rd** 51:5 76:1 79:19

**24** 14:9 83:1,24 168:15
224:24

**24th** 14:8 81:1

**25th** 186:8

**26** 166:9 232:8

**261** 153:3

**27** 38:24 216:3

**27th** 39:1,5

**29** 33:24

**2:09** 100:8

**2:17** 100:12

**2:19-cv-13382** 4:14

**2:32** 110:25

**2:35** 111:4

**3**

**3** 216:16 218:2 232:16,18
245:9,12,22 246:1 247:8,16

**30** 131:5

**30-day** 131:20 132:9

**31st** 109:9,10

**3228** 11:13,15

**33** 166:9

**35** 228:23

**37** 171:16

**4**

**4/18/17** 166:12

**4/18/2017** 196:8

**4/7** 111:7

**407** 166:11

**43** 196:6

**45** 196:7

**48104** 4:10

**4:25** 185:17

**4:35** 185:21

**5**

**5/25/17** 186:6

**5/30/2017** 188:18

**50/50** 234:22

**532** 67:23

**575** 90:4

**5:35** 224:11

**5:41** 224:15

**5th** 122:16 123:13 128:25
129:2

**6**

**6** 34:6

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**600** 240:10

**6:25** 253:2

**6:32** 253:6

**6:36** 256:12

**6th** 33:6

---

**7**

**7** 199:14 253:12

**72** 228:11

**7th** 111:8 141:5 199:13

---

**8**

**8** 232:5

**89** 226:7

---

**9**

**90** 21:19 22:3

**900** 15:24

**9th** 39:20 177:1 244:9

---

**A**

**a.m.** 4:3,8 41:8

**abdomen** 68:1 197:4,5 223:20

**abdominal** 62:2,4 68:18,19 98:16 196:17 197:5,9 215:24,25 216:1,7,13,17,21 217:13,19

**ability** 229:11 255:9

**abscess** 68:5

**absolutely** 50:6 148:21 149:1 150:8

**accident** 25:22,25 26:7,9, 19 27:13,15,22

**accurate** 62:3 196:19

**acknowledging** 102:20

**act** 211:17

**acting** 60:5

**action** 27:12 52:19 229:10

**actions** 142:16 210:15

**activities** 255:11,19

**activity** 76:20,24 78:2,4

**Adams** 253:12

**added** 161:8

**adding** 222:4

**addition** 130:8

**address** 10:1,3 11:9,12 241:3

**addresses** 10:2,13

**adhesive** 122:1

**adjust** 141:7 156:24

**Administration** 232:4

**Administrative** 232:3

**admit** 189:15,16

**admitted** 34:7

**advice** 53:10

**advise** 135:11 136:2 146:17

**advised** 53:12 120:6 155:14 166:19 181:2

**afford** 42:14,25 43:19 135:25 175:11 179:14 181:6,11 187:8 189:5

**afraid** 98:20

**afternoon** 49:9

**agency** 243:12

**ages** 13:3

**agree** 62:13 63:9,14,22,24 66:20 70:11 73:17 79:8,12 81:8,10 83:2,6,7 85:3,7,11, 12,22 86:4,11,24 87:4 93:21,23,25 94:3,5,11 95:16,20,22 96:7,10,13,16, 20 97:10 98:2,5 102:8 103:4,16 106:15 111:15 137:13,20 149:7,12,13 150:18 154:3 155:16,24 156:3 169:14 172:7 173:6,7, 9 182:8,9,10,14,15,18 183:23 189:8,13,20 190:9, 14 194:19,22,23 195:2 200:5 209:17 227:1,2,12,15

**agreed** 151:21 237:24

**agreeing** 118:3 227:7

**agreement** 6:2 80:18 156:1,2 176:18 232:5

**ahead** 44:6 83:10 108:14 115:16 120:12 127:2 131:14,15 138:11 170:14 174:15 181:16 190:19

**Aiken** 144:21,23,25 145:5,6, 7 197:22 198:7 231:24 232:2

**air** 37:19

**Akil** 6:12

**alias** 6:10,11,13,16 24:23 25:1,2

**aliases** 6:9,14 11:16

**allegation** 115:2 152:18

**allegations** 73:14

**Alleged** 224:4,5

**alleging** 112:10 113:2

**allowed** 159:13 202:20 245:17

**allowing** 127:14

**Alsalman** 164:22 166:8,19, 25 167:4,11 168:1,5,6,7 196:8,10

**alter** 141:7

**alternative** 166:15 167:5

**altogether** 164:12

**ambulance** 26:22

**amount** 21:20

**amoxicillin** 37:21 69:6 70:8

**anesthesia** 87:16 89:20 141:13 156:6 157:22 158:14,16

**anesthetics** 92:3

**Angelo** 6:6

**Anglan** 13:6,8

**angry** 230:18

**anguish** 230:11

**animal** 137:7

**Ann** 4:1,10

**Anna** 59:20

**answering** 65:24 139:16 173:11 222:2 237:15,19 248:11

**answers** 235:5,6 236:24 237:24 238:18 244:5,6

**antibiotic** 71:24

**antibiotics** 71:6 72:19,22 217:16

**anticipate** 81:25 82:1

**anymore** 43:10

**apologize** 210:24 211:16

**apparent** 197:1

**apparently** 67:25

**appeal** 143:8 145:9 155:23 158:11 167:5 183:19 232:10 235:2 245:11,12,14,15,16, 23 246:1,15,23 247:17 249:16 252:7,8,9

**appeals** 248:8

**appearance** 136:11 137:2, 5,6,12 141:17

**appeared** 122:5 136:13,19

**appearing** 4:25 5:2

**applies** 180:17

**apply** 38:17

**appointment** 166:14 222:18,21

**appointments** 32:23

**apprentice** 16:24 17:4 18:23

**apprenticeship** 16:3

**approached** 59:13

**approval** 153:23 190:25 191:10,15,17,19,25

**approve** 153:15

**approved** 141:15,17 145:12 153:8 166:16 167:2 185:8 191:3,7,8,22,24 192:1

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**approximately** 75:8 183:9 188:18

**April** 78:16,19,22,23,24 79:4,19 80:5,10 111:8 166:8,19 196:9 197:13,17 199:13,14 236:7,17,21

**Arbor** 4:1,10

**area** 10:10 21:9 101:12 126:6 128:19 129:4 164:5

**argumentative** 59:22

**arrangement** 37:22 38:2

**arrangements** 37:22 38:2

**arrest** 23:11 24:2

**arrested** 23:14 25:6

**arrests** 23:11,13 24:13 25:4

**arrived** 104:13 121:19

**asks** 44:1 47:19 73:2

**aspect** 235:2

**assault** 22:25 23:2 24:9

**assessed** 163:14,16

**assessment** 106:14,16

**assessments** 133:15 173:23

**assistance** 48:5

**Assistant** 232:3

**Association** 19:23

**assume** 9:2 13:11 22:15 30:21 46:16 111:25 112:1,2 144:25 171:14 188:20 215:7

**assuming** 145:2 210:11,15

**assumption** 210:23

**ate** 60:24,25 255:4

**ATP** 166:12,14

**attached** 137:15 143:8 252:2

**attack** 87:22 88:17,22 89:15 90:10 158:1

**attempted** 22:24

**attended** 15:11

**attending** 4:22 17:24 18:1

**attorney** 4:21,24 8:2 27:16, 23 50:11,14,15,17,21 51:7, 11 52:23 58:8 82:18 100:4 154:9,11,14,20 202:9 206:10 240:17 243:16,18,20 254:5,12

**attorney's** 154:19 249:8

**attorneys** 4:17 51:1,15 52:8,20 53:1,3,6 54:25 237:22 238:6

**audio** 40:15

**August** 55:22 100:16 216:3

**Ausmus** 186:4 188:20,21 190:11,15 192:2

**authorization** 153:23 156:8

**authorized** 141:14 153:6

**automatically** 43:16 219:3 220:24

**aware** 42:6,7 55:5 57:3 60:6 63:5 67:13,18 69:12,18 70:9 73:24 79:18 90:8,9 105:20 118:8 131:1 142:1,6 145:23 146:1,2,3,6 147:13,18 148:14,18 165:15,20,22,24 166:25 167:4 168:20 170:17,20 171:4,6 192:18 215:18 217:9 218:8 230:3 231:8 232:25 236:19 247:6

---

**B**

**back** 16:7 26:10,12 27:9 28:6 33:10,17 38:5,13,21 40:1 41:11,20 49:4 55:9 56:8,18,20,24 57:12 63:3 64:2,4,6 65:19,23 66:10,15, 17,19 67:4 70:21 76:21 82:11,12 89:6 98:20 100:11, 24 103:5 107:7 111:3 115:20 119:16,18 121:12 122:11 127:3 150:15,24 151:1,7 161:15 166:19 167:22 176:16 185:20,23 211:2 215:11,18,19 217:9, 11 219:10 224:14,24 228:18 253:5

**background** 14:20

**backtrack** 110:7

**backwards** 91:18

**bad** 57:7 60:20 61:11 63:4 102:21 111:20 176:2 208:13 212:11

**badly** 26:25

**bag** 35:6,8,9 36:4,14 38:17 42:17 43:2 65:1 66:1,14 67:10 86:16 103:8,13 104:21 105:14 106:3 107:16,18 108:9 109:14 115:13,23 117:1 120:8,9,17 122:5,8,22 123:4,5,19,22,23 124:6,9,11 126:8 129:19 130:2 133:6 137:6,9,19 138:14,23,25 139:2,4,6,8, 22,25 140:1,4,8,12 148:11 168:12 206:22,24 220:8,19 221:18 228:5 229:3,8 230:7, 16,18 242:13 255:14

**bags** 41:22 108:6,20,21 116:12 118:2 121:22,23 122:17 130:8 131:22 207:1 243:1

**balloon** 137:4

**bandwidth** 110:19

**bar** 202:10

**barber** 15:2,25 16:8,10,19, 21 17:2,4,12 18:11

**barrier** 122:1

**based** 19:7 64:2 169:2 170:1 186:14,17 187:2 197:23 199:17 201:1 229:23

**basically** 14:16 18:22 19:5 39:5,6 53:14 60:16 62:9 71:6 102:20 103:18 132:3 137:16 142:8 175:8

**basis** 25:17 111:15 152:10

**bathroom** 39:8 124:9,10 150:13,23,24 151:2,5,10,16, 19 199:5

**began** 32:15 63:15 66:21

**begin** 5:11 41:25 150:25

**beginning** 52:2,3 57:14,15 62:14 128:14 175:22 213:14

**behalf** 4:20,25 5:2 49:14 167:2

**believed** 169:3,5,6

**bell** 55:9 75:3,7

**benefits** 48:3 90:9

**big** 12:19 42:6,23 108:18 133:10 235:10

**bills** 34:23 187:12

**birth** 7:22 8:4

**birthday** 14:7

**bit** 18:19 225:8

**bitch** 59:23

**bladder** 35:4 37:11 93:16 95:11 96:11 196:14 212:5,7

**bleeding** 87:17 103:20 125:10,11,16 157:23 211:10

**blood** 70:25 71:4,19 157:24

**Bloomfield** 19:23 21:21

**blow** 137:3

**Boat** 29:6,19

**bodily** 24:20 29:3,9

**body** 88:19 89:17 141:8,9 150:20 198:13,15,18,24 199:4 227:4,9,17,20 229:13

**born** 8:6 13:21,22 14:2,3,6, 8,12 150:15

**bother** 61:22

**bothering** 80:7

**bottom** 44:8 56:8 61:13 129:7,10,20,21,22,23 130:6 143:24 144:21 171:16 190:10 229:10 231:24 232:6 244:8

**bought** 74:2

**Boulevard** 10:4,14 11:19, 22

**bowel** 69:4 70:6,13,15 214:22 215:15 217:5 218:16 219:7

**bowels** 35:4 37:10 68:19 70:12

**box** 120:22 122:19 143:14

**Boy** 22:16

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**brain** 157:25

**brand** 69:20 108:5 120:23

**break** 41:4 140:20 174:8,13, 14 180:15 185:11,14 251:7, 10,13 252:21 253:10

**breaking** 22:22 23:23 104:24

**bricks** 239:11,13,14

**Bridge** 48:5

**briefly** 4:17 5:21 186:2

**bring** 6:22 209:1 251:6,9

**bringing** 50:19

**broke** 18:8 158:15 211:2

**broken** 32:5

**brother** 10:25 11:4 29:14,15 45:8 126:23

**brothers** 11:1

**brought** 208:8,22

**bubbles** 37:19 69:17

**buddies'** 16:22

**buddy** 17:11

**bullet** 31:10,11

**bunk** 129:7,10,13,15,20,21, 22,23 130:1,6

**bunkie** 123:16,17 124:1,4, 15 126:7,8 242:11

**bunkies** 126:10

**business** 16:13 19:10

**bust** 211:5,9

**butt** 119:2

**C**

**C-O-W-A-N** 205:5

**calisthenics** 46:3,9 140:16, 19,24

**call** 11:1,17 29:15 55:11 59:12 129:7 135:1 150:6,10 188:18 205:6

**called** 27:14,19 59:15 61:9 75:12 95:24 122:18 205:9,

10,12 211:5

**camel's** 211:2

**camera** 5:22 40:22,25 44:9 48:17 156:24

**Campau** 9:12

**cancelled** 114:19,20

**capacity** 238:25

**car** 18:8 25:22,25 27:12,22

**card** 7:3,9,18 48:5 69:9 70:4 218:19

**Cardiovascular** 197:3

**care** 25:12,14,21 27:1 32:19 33:1 34:2 38:19 39:12 41:22 59:6,7 60:14,15 61:4 85:18 86:19 104:20 108:5 119:25 120:3,7 125:16 130:20,23, 24,25 131:3 145:18 149:4 163:25 164:20 165:16 169:1 198:12 222:11,13 229:12,18 255:9

**carpenter** 18:23

**carpentry** 16:3 17:14,24 18:17

**case** 4:11,14 46:15 50:2 51:2 52:10 53:4,6,23 54:16, 17 100:20 104:13 145:13 168:25 169:23,25 184:6 229:22,24 230:2,15,21

**cash** 17:12 19:13,15,16,18 22:6,8

**CAT** 217:6 218:19

**catheter** 33:11,14 106:4 176:1,2,5 211:1,15,22 212:4,6,12,15,20 213:9,14, 25

**caught** 78:8,10

**caused** 64:9,11 129:3

**causing** 126:1,14

**cellphone** 44:23

**Center** 4:20 28:21 33:4,7, 10,23 34:7,12 36:18 37:2,23 38:7 67:23

**certainty** 184:22

**certificate** 7:22

**certificates** 15:23

**Chalfonte** 10:3,14,17 11:18,24

**change** 42:17 138:24 139:6, 8,11 185:15 201:24 208:20

**changed** 16:12 139:5 186:1

**changing** 139:1,4

**charge** 59:16

**charged** 22:23,24 30:17

**chart** 196:6

**cheapest** 208:3

**check** 26:22 240:7

**checked** 37:17 39:5,6

**checking** 39:9

**chief** 62:2 141:16 152:24 153:10,14,21 154:6

**child** 13:4,11,15

**child's** 13:5

**childhood** 239:4

**children** 12:25

**children's** 13:2

**chisel** 239:13

**choice** 121:14 147:16,18,19 150:14,16 225:13

**choose** 146:17,18 147:10, 11,13,14,19 148:5,6,12,22 150:9,13,14 228:9

**chose** 150:3 151:21 229:17

**chow** 122:10,12

**Christine** 188:19,21 190:11,15 192:2

**circle** 208:10

**Circuit** 46:17

**circumstances** 239:4

**cited** 201:9

**citing** 73:19 142:7

**city** 11:10

**claim** 50:18 116:22 117:6,7 230:1

**claiming** 113:25 114:12,17, 18,20 116:17,19,24 117:12

**claims** 28:4 50:19 51:12 230:21

**Clair** 8:25 9:20,24 22:4 23:6, 9 25:4 29:19 31:21 32:8,14, 18,25 34:13 38:13 41:20 46:6,10,17 69:11,15 142:22 193:24 207:22,24 208:7 248:6 249:9 252:1,13,23,24 254:4

**clarification** 46:4

**clarify** 7:13 10:6 46:12 56:12 73:14,22,25 161:10, 17

**clarifying** 56:25

**clean** 86:4 89:6 124:8 239:11

**cleaned** 137:7

**cleaning** 124:11 137:8

**clear** 30:12 65:7 67:8 80:2 94:24 124:8 161:8,9 185:5 200:6

**clearer** 30:15

**climb** 130:1

**clinic** 84:15,19 101:11 122:2

**clinical** 71:17 232:2

**clinically** 171:19

**close** 8:8 48:16

**clothes** 122:9,23 137:3

**clots** 157:24

**CMO** 141:16 153:8,10,22 154:6,24

**cocaine** 24:22

**cocounsel** 100:20

**coincide** 18:5

**cold** 60:9

**colectomy** 93:13 95:8

**colitis** 67:17,18 68:1,6,24 69:3,11,13,18,19,20 214:19 219:7

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**Colleen** 4:14,21 35:13,18 36:15,18,23,24 37:1,14,22 38:6 42:6,13,22,24 58:18 106:3 113:20 114:18 174:23 175:1,3,6,10,18,19,21 176:6,15,19,21 208:17 209:2,6,12,15,18,22 210:12, 17,25 211:20 212:18

**college** 14:24 15:1,2,3,10, 11,19,25 16:2,8,11,19 17:14,25 18:11,12

**Collin** 205:4

**colonoscopy** 68:2,3,25 69:1,23 196:15

**colostomies** 143:18 146:24 200:17

**colostomy** 34:8,20 35:9 36:3 38:17 39:7,14 64:7 67:10 78:16 79:7,10,14 80:7,8 81:14 83:5,25 84:1,7, 22 85:4 86:5,12 87:2,7,21 88:17 93:10 95:6 96:13,17, 18,21,23 97:4,7,12,13,16 102:5 103:5 105:16 106:3, 18,20,25 107:3 109:3,8 111:9,13 114:3 115:24 120:22,23 121:20 125:4,9, 10,25 126:6,13,16,18 127:20,24 128:7,18 129:4 130:9 132:15,17,23 133:21 134:14 135:13 136:18,23,25 137:14,19 138:14 139:21,25 140:1,4,8,12 142:17,21 143:21 144:5 145:12 146:14 147:3,11,12,16,20 148:5,6, 11,22 149:2 151:13 152:19, 23 154:25 155:13 159:2,8, 24,25 160:9,12,14,17 161:7, 12,15,16,23 162:7,14,17 163:11 164:3,5 165:8,21 166:11 167:20 168:2 169:4, 10 170:1,5,21,25 171:10 172:2,12 173:2,16 174:1,3 175:18 178:25 184:10,15 186:16 187:1 188:24 193:19,21 194:13 195:21 196:4,17,18 197:8 198:11 199:11,15,23 200:2,11,19, 21 203:9,24 204:3 205:23 206:22,24 207:1,12,21,23 208:16 220:19 225:1,6,17, 19 226:14,15 228:5,25 231:9,16 232:20 233:6

236:11 255:9

**colovesical** 68:5

**comb** 212:22

**comfortable** 12:22

**comment** 141:24

**common** 146:20

**communicated** 186:13

**Community** 15:1,3,10,19 16:2 17:13,25 18:11

**company** 19:4 20:5 74:3,4 145:17

**compensation** 28:4

**complaining** 37:9 79:6

**complaint** 62:2 73:14 75:2 80:6 143:9 247:9 252:3

**complaints** 31:18 78:15 79:8,13 81:8,14 83:3,12,15 215:23 216:5,16,21 217:13 254:19

**complete** 6:4 16:10 17:18, 19 183:1 198:12 227:4

**completely** 161:19

**complicated** 68:4

**complications** 144:3 152:3 155:15,20 156:4,7 157:22

**compound** 89:10

**computer** 251:11,12,14,15, 17

**concern** 137:14 222:10

**concerned** 221:21 222:8 224:25

**concerns** 52:13,14 105:12 198:14,15,18 227:5

**concludes** 256:11

**Conclusion** 143:25

**confrontation** 42:7,23 175:25

**confused** 28:18 168:14

**confusing** 94:21 96:25 117:14

**connect** 52:20 53:22

**connecting** 20:20

**Connection** 110:18

**consent** 102:13,18 103:1,4, 7,17 156:9 157:13

**considered** 144:5

**consistently** 77:12

**conspiracy** 112:11,15

**constantly** 42:18

**construction** 15:13,15 16:6,13,15 18:10,21 19:10 47:22 48:1

**constructive** 153:5,24

**consult** 166:16

**contact** 14:15,16 54:2 221:25

**contacted** 27:16 135:10

**contacting** 40:6

**contents** 50:13 53:21

**contest** 247:5

**continue** 53:12 171:18

**continued** 59:11,14

**continuous** 254:19

**Convatec** 120:8,14,17 121:21,22,25

**conversation** 115:10,19 116:25 205:22 229:1

**conversations** 175:18

**conveyed** 104:17

**convicted** 23:24

**cope** 132:22 137:21

**coping** 227:23 229:11

**copy** 90:2 250:10 251:20

**Corbet** 4:21 41:1 45:9 49:14 61:19,22

**Corizon** 4:12,25 49:10 144:23 145:1,14,17,18,23 146:1 184:2,5,13,23 186:12, 24 188:7

**corona** 26:20,23

**correct** 7:11,14 9:20,21

16:8 22:15,18,19 23:6,7,9, 10 32:16 33:8,12,21,22,24 34:8,9,11,14 38:14,15,18 45:19 46:23 47:15 55:4 57:13 63:18 64:15 66:24 67:10 68:9,12 72:22 73:5,9 76:5,6,13,22 77:5 78:17 79:15,16 80:8 83:6 84:1,2 85:4,10,13,14 86:8 87:5,9 91:4 95:24 96:8,24 97:14,20 102:24,25 103:24 104:5,10, 15,18 105:17,23 106:9 107:1,3,4,5,10,11,25 108:1 110:1 112:14 114:15 115:4 117:16,21,24 122:3 123:15 130:21 132:12,15 133:5 134:1,3 139:6,9 140:8,12 141:10 144:9,14,15 149:5 150:4,21 151:8,22,23 155:11 156:10,17 158:12 160:16 161:3 162:9,23 175:9 182:6 184:2 187:18 189:10,21 190:11 191:13 192:12,13 194:3,9,16,21 195:12,23 196:19,20 199:23 203:19 206:6 209:20 210:23 211:24 213:5 218:12 223:10 227:1,16 229:8 230:12 231:5 232:6 246:7 247:17 248:24 255:3

**corrected** 74:25 203:19

**correction** 188:1

**corrections** 9:17 47:1 51:4 52:22 111:13 125:24 140:15 142:21 143:3,18,23 145:24 186:5 187:24 193:9 200:16 228:12 233:2 241:24,25 246:6 255:3

**corrective** 141:6,11,13 142:9 153:15

**correctly** 72:20 119:19 147:24 173:13,14 229:14,16

**cosmetic** 136:10 177:23,24

**cost** 168:3 187:8,9 191:23 192:9,11,16

**costs** 180:14 190:22 191:7, 18

**counsel** 6:2 44:24 45:8 56:13 70:21 72:11 73:22 89:6 100:19 103:11 127:6 143:7 163:20 186:1 228:16

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

236:23 243:15 253:11

**counseling** 132:20,21,22 140:11 227:23

**counselor** 124:2 242:9 243:10

**counted** 206:25

**county** 8:25 9:20,25 10:6 22:5 23:6,9 25:4,7,8 29:20 31:22 32:8,15,19,25 34:13 38:13 41:20 46:6,10,17 51:8 52:13,15 69:11,15 124:7 142:22 193:24 207:22,24 208:7 248:6 249:5,9,17 252:1,13,23,24 254:4

**couple** 27:6 31:2 34:3 108:8 110:10 115:21 122:6,13 166:3 174:10 185:25 211:3 224:18,19 241:13,14

**court** 4:15 5:4 13:17 23:1 30:12,15 46:17,20 48:16 65:23 66:2,5,15 81:11 82:8 134:18 153:2 165:23 172:14,21 185:24 204:11 235:14 244:15,17

**court's** 232:8

**cousin** 29:12 30:20,22

**cover** 82:18,19

**covered** 110:7

**Cowan** 203:4 205:3,5 206:8,9,10

**Cowen** 203:4

**crackers** 61:10

**cramping** 62:16 64:11 97:17,20 98:6,7,9 219:5

**crazy** 107:20 130:14

**credits** 15:12,13,21,24

**Crohn's** 220:2,4,7,9,13,21 221:1,2

**Cross** 5:2 23:18 24:4,11 41:6 44:1 53:22 56:18 65:19 73:2,10 74:1 92:15 99:15 116:2 147:6 163:21 169:11, 15 174:12,14,17,21 179:6, 20 181:15 201:4 202:19,23 237:7,14 243:23 244:14,16, 19,22 246:20 247:2,11

251:23 253:8 256:9

**Cross's** 52:25

**cross-examine** 101:4

**cross-streets** 241:7

**crossroads** 9:9

**CT** 33:7 68:1 216:17 217:14

**cube** 123:20 129:18

**cubicle** 123:20

**cup** 71:5,23

**current** 6:25 7:11 200:18 229:11

**curse** 59:12

**cursing** 59:22 60:1

**custody** 13:14,16 14:11,14 193:23,24 195:5

**custom** 187:11

**cut** 17:10 18:18,19 22:11 94:23 98:20,22 119:14 127:11 208:2,4,9,10,12

**cutting** 16:23 83:9 110:15 127:4

**Cylus** 13:6,8,9,21,24

**cystogram** 33:24

---

**D**

**damage** 87:24 88:19 89:17 90:15 157:25

**damages** 229:22,23 230:11,15

**Dan** 4:21 45:4

**dangerous** 144:4

**date** 8:4,22 56:10 244:8 250:1,2,3

**dated** 186:6 232:5,20 236:17 244:7

**dates** 111:10

**day** 18:8 20:6 39:21 61:10 110:4 180:6 182:3 213:4 240:11,13

**days** 21:19 22:3 38:11 60:24 61:1 115:13 131:5

**deal** 83:20 122:7 229:17 235:10 247:23

**dealing** 83:13 88:3

**deals** 80:17

**dealt** 83:14 216:12 242:3

**death** 87:22 88:18 89:15 90:11 103:21 144:3 155:15, 20 156:4,7 158:1,16,17

**December** 33:6,11,20,24 34:6,20,25 37:2 38:24 39:1, 5,13 41:21 45:12,14,16 55:18 56:2,5 67:14,15 93:11 95:7,20,22 120:6 121:17 122:15 161:15 162:7 196:13 211:23 214:7,10,11,13 215:11 216:16,20 217:12, 23,24 218:2,4 220:14

**decide** 146:10 148:16

**decided** 52:17 167:18 168:11 170:1 178:24

**decision** 152:22 153:15 169:23,24 171:6,7,25 179:3, 19 180:5,10,22 182:11 184:9 186:14,16 187:1 188:8,16,17 201:1 209:18 232:10

**decisions** 170:25 171:2,3,4

**defects** 141:10

**defendant** 36:24 57:25

**defendants** 4:20,25 49:11 100:20 145:14,17,18 186:12

**defined** 201:5

**deflate** 212:2,20

**deflated** 106:4 210:25 211:15,25 212:12,15,23 213:4

**deflating** 176:1

**degree** 198:13 227:4,20

**degrees** 15:12,21

**deliberately** 112:22 114:2 115:2,10 117:3 118:11

**demonstrate** 173:2

**demonstrated** 166:13 170:4 171:18 172:1,6 186:12 236:6,17

**denial** 231:16,18 236:5,9,15 246:16,23 247:5

**denials** 233:1,4,5

**denied** 53:6 60:1 144:1 152:13,19 196:17 232:19 233:12 245:22,25 246:3,5 252:7,8

**denying** 197:12,15,17

**Deon** 11:5,6,16,17 22:13 29:16

**department** 9:16 46:25 51:3 52:21 111:12 125:23 140:15 142:20 143:3,18,23 144:3 145:24 186:4 193:8 200:16 216:21 219:11 228:12 233:2 241:25 255:2

**depend** 174:11

**deposition** 4:6,9 6:1 28:1 49:16,20 50:5,6,7 99:24 114:11 142:3 163:13 223:20 240:14 243:14 251:5 256:12

**depositions** 81:20

**deputies** 34:13 208:15,23 248:17

**deputy** 187:22,23 207:25 208:8,19

**describe** 98:9,11 121:4 137:13,24 140:19 245:1

**describes** 145:11

**deserve** 245:11

**deserved** 245:5,8

**Desired** 229:10

**detail** 254:18

**determination** 154:24 165:17 168:25 170:7 172:5 236:5,15,21

**determine** 135:5 165:6 166:21 198:8

**determined** 141:15 153:6 170:15,21 171:9 182:12 195:22 201:19

**determining** 173:24 196:2

**Detroit** 8:7 9:6,14 10:12,17 11:11 19:8 21:10 32:2

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**develop** 130:20

**developed** 197:2

**developing** 63:17 66:23

**Devlin** 4:24 40:16 49:9
61:19

**diagnose** 60:12

**diagnosed** 37:5 63:3 64:12,
25 66:12 67:9,12,17,25
68:6,24 71:8,9 213:11,16
214:9 218:7,14,15,16
220:23,25 221:10

**diagnosis** 214:15,24 215:9
216:24 217:3,8

**dip** 42:1,8 43:1,4 44:10,14

**diploma** 15:13

**dipped** 44:10

**direct** 159:23

**directive** 141:6

**directly** 47:13 180:19 212:8

**disable** 230:7

**disabled** 47:11 139:21,23

**disagree** 94:9,10,11 95:2,4,
13,16,17 169:8 170:6
171:24 172:4,7,11,25 173:5,
15 199:25 200:4,6,9,12,20
201:1,15 214:16,20,25
215:10 233:9

**disagreeing** 178:21 199:21

**disagreement** 211:13

**discharge** 31:18 41:16,18
58:24 59:4,5 62:6 75:3,9,11
214:14,17 215:9 220:14

**discharged** 9:16 20:8 62:8
71:6

**disciplinary** 176:10

**discovered** 74:18 121:24

**discuss** 37:1 80:14 83:24
87:12,19 88:8,12,16 89:13
90:22 91:3,6,11,20 166:14
168:1

**discussed** 50:14 53:21
68:10 80:12,16,24 83:17
87:17 88:14 90:17,20 91:25
92:12 98:22 155:12,15

**discussing** 167:9 229:6 246:22 255:20

**discussing** 105:18 163:13

**discussion** 88:15 92:4
185:13 225:21

**disease** 71:18,21 72:16
75:12,20 78:9 220:2,4,7

**diseases** 72:4,21 75:9

**Dish** 19:22 21:3,8,11,15

**disposable** 108:22 109:24

**disposition** 72:3,24

**dispute** 103:1,3

**dissatisfaction** 104:17

**distinction** 75:13 203:18

**distress** 197:1

**District** 4:15 153:2

**diverticulitis** 55:5 57:3,4
60:5,6,13 64:13,14,25 66:13
67:9,13,19 68:4 93:14 95:10
214:9,15,17,19,25 215:10,
12,14,17 216:24 217:10
218:7 219:2,4 220:1,4,5,6,
10,11,15,21,23,24 221:1,2

**Division** 4:16

**DMC** 90:4

**doc** 219:8

**doctor** 25:14,16,19,20,21,
23 26:12 27:2,3,4 70:10
79:18 80:17 83:15,18
148:20,25 149:8,14,15
150:8 164:22 166:8 168:10,
19,20,23 171:9,12 178:20
195:20 219:6 221:12,14
222:25

**doctors** 131:2 165:2 169:24
170:15,17,20,25 171:3,4,6

**document** 143:5 153:18
170:2 182:24 186:15
190:10,15 192:4,5,8 197:19
198:6 199:17 231:21 237:4,
10,12,21,22 238:5

**documentation** 143:20
200:19

**documented** 217:15

**documents** 49:20 155:13

**dog** 137:8

**dollars** 239:24

**door** 146:21

**drafting** 237:10

**dragging** 222:23 223:5

**drainage** 120:23

**Drinkert** 168:16 224:23
225:15 228:22 229:1

**driven** 9:2,3

**driver** 12:19

**driver's** 7:3,16 8:9,17 12:7,
8,17 18:3,5

**driving** 12:20,22

**drop** 130:10,11,15

**dropped** 208:18

**drug** 157:24

**drunk** 202:6

**Duane** 125:7,8

**due** 26:20,23 55:5 83:16

**duly** 5:8

**dysuria** 216:5

**E**

**earlier** 49:12 59:19 62:14
68:22 74:16,19 175:16
178:1 195:25 227:22 236:23
240:4

**early** 50:23

**earn** 15:12

**earned** 15:13

**earnings** 230:24

**ease** 108:8,9 122:24

**Eastern** 4:15

**eat** 59:17,20,21,24 61:1,8
255:3

**eaten** 62:9

**eating** 255:8,13,20

**184:18 214:14,23 215:8
243:22**

**ED** 217:13

**edges** 107:17

**education** 14:19 18:9

**effect** 238:17

**eight-man** 123:20

**elaborating** 70:19

**elect** 146:23 147:2,4 150:10

**elected** 149:25 150:2

**elective** 144:4 150:6,11

**electronic** 232:8 237:4
238:2,9

**electronically** 209:16

**electronics** 23:3

**eligible** 148:16

**eliminator** 130:10,11,15

**embarrassed** 230:16,17

**embarrassment** 230:12,13

**emergency** 57:22 72:25
75:19 76:22 77:12 79:5 81:3
83:2,3,18 124:18,20,21
125:18,19 128:20 133:19,21
164:4 216:21 219:11

**employed** 18:16

**employing** 179:1

**EMS** 26:20

**EMT** 27:2

**encountered** 206:23 242:3

**end** 60:1 68:5 84:11 89:23
93:17 95:12 107:25 176:14
204:10,11 226:15,17 228:24
229:14 237:3 242:15

**ended** 29:6 33:7 34:7 60:19,
22 62:18 63:10 64:21,22
109:25 110:9 123:3,13
130:5 176:1

**engaged** 76:21 78:2 255:11

**engaging** 78:3

**enjoyed** 238:13

**enlarged** 176:3 212:3
213:11,16

**enlargement** 197:10

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

enlargements 197:7

entailed 35:2

entered 51:3

entire 132:17 239:2

equivalent 120:25

ER 125:2 173:24

essential 143:20

evaluate 229:11

evaluated 165:6,9

evaluation 93:10 95:5

evidence 115:9 117:6,8
169:15 189:6 209:6,17
210:1,3 213:22

exact 98:24 110:2,3 111:10
196:21

exam 202:10 216:17

examination 5:13 49:7
174:20 196:24

examine 168:7,10

examined 164:3 168:13,15
171:12 196:1 197:13

examining 168:22

Excuse 62:22 181:20
226:24

exercise 45:11,13,16,18

exercised 45:22,24

exercises 46:1

exercising 46:5

Exhibit 143:9

exited 122:2

expanding 221:7

expenses 135:18 180:13

expensive 42:14

experience 63:15 66:21

experienced 160:5

experiencing 160:15
162:15,16

explain 35:1 56:24 89:8
96:25 122:25 146:8 212:16

explained 104:19 156:17,
18 189:19 190:20

explaining 156:1

explanation 64:3

exploratory 93:12 95:8

expressed 122:1

expressing 105:12

extent 130:17 141:18 231:7

extra 115:13 242:22

**F**

F-U-L-L-E-R 240:25

face 183:21

faces 183:20 203:5

facilities 204:7 207:5,6

facility 204:5,25 207:4,8,10
242:20

facing 48:18

fact 104:19 106:2 150:12
151:24 156:8 175:8 209:21
221:24 225:4

facts 37:3 112:17 155:5,7

fair 111:11 167:17 173:20
202:5 229:4

fall 100:16 136:7

falling 122:22

familiar 55:15 81:4 244:24

family 135:15,23 179:10
187:4,6 192:19 193:16,18
194:1,24 195:12,13,16
239:1,2

Fatima 12:6 193:4,5 239:20

fault 110:17 166:6

feasible 53:9,15,18

February 39:20 70:24
71:16 74:23,24 75:5,8
104:15 177:1 253:12

feces 107:6,19 121:25
122:9,23 124:12 208:13

federal 48:9

feel 12:22 37:15 61:2,3 63:3
74:11,14 133:2 137:7
149:22 154:18,19 173:19
193:22 194:4,7 195:2
199:20 201:16,18 223:3
227:7 235:7 245:5,8,10

feeling 61:1

feels 162:11

feet 222:24 223:5

felonious 22:25 23:1 24:9

felt 40:4 59:7 60:11,15,16,21
61:11 62:5,10 85:5,16 86:16
88:6 104:21 138:13 150:3
162:8 176:11 212:11

festival 29:4

fever 60:9 216:16

fields 16:12

fight 123:13,25 124:16,22
125:5,6,14,16 126:7,15
127:19 129:5 133:20 242:11

fights 126:4 176:10

figure 65:17 101:15 103:12
116:8,10,21 199:1 220:9,10
227:10

figured 16:14,16 86:17
212:25 218:23

file 142:16,19,20 166:17
167:18 249:16 253:20

filed 142:22 247:7,9,10
249:19 252:11 254:4

filing 105:22 106:1 153:2
167:21 232:9

fill 253:16

filled 254:2

final 152:22 153:15,23
154:24

financial 106:6 114:22
176:23 179:5,9,12 180:10,
22 181:10 182:11 184:9,14
186:14,17 187:2 188:8,16,
17 189:9,11,12,17,21,22
195:7 209:3,7,11,19,25
210:7,10,21

financially 53:9,15,16,18
195:8

find 20:14 30:18 66:2
180:15,16 185:11 186:11
208:4 213:19,23 214:1
220:22 221:1,4 250:25
251:2,4,8 252:22

finding 51:15 215:17

fine 81:20 82:23 88:7 89:8,
21 123:22 158:8 166:7
173:8 189:23 235:23 238:13

finger 158:15

finish 77:23 79:24 80:1,2,4
81:12,19 82:3 83:10 92:14,
15 113:23 120:18 127:7
131:12 136:15 138:11 162:1
163:21 181:15

finished 79:1,2 127:10,13
136:15 138:10,15,16 163:19
256:5

firm 49:10 52:25

fistula 35:3 37:5,16 62:15,
16 64:6,7,9 68:5 219:5

fit 107:4,5 108:7,19 112:19
121:13,24 122:5 123:2
208:1,6,10

fitted 122:24

fitting 130:3

five- 17:22

fix 93:15 95:10 110:22
160:14,17,18

fixated 225:16 226:13,21

fixed 96:10

fixing 22:8

flange 121:25

flat 42:3 104:8 175:15
239:14

flesh 43:21

floor 17:10 84:17,18,20

flush 42:3 44:11,13,17
104:8 175:15

focus 221:6,19 222:1

focused 221:24

focusing 222:4

folks 83:4

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**follow** 27:1,17 82:20 101:17 126:3 171:18 174:8,10 179:23 219:6,8 222:19 223:3

**follow-up** 32:23 47:18 49:13 70:9 122:14,16 128:6 166:4 219:9 224:19

**follow-ups** 70:22

**food** 48:6,7 61:8

**forced** 146:13

**Ford** 8:7 15:1 16:2 17:13,18, 25 18:11

**forever** 85:6,15,19 86:16 105:14

**forgot** 12:9,10 164:11 172:24

**form** 102:18 115:15 157:13, 20 180:11 186:24 188:6 190:21 202:14 243:15 252:9

**formal** 18:9 233:5 247:9

**forms** 102:13 103:2,5,7,18 183:1

**Forty** 193:6

**forward** 45:5 67:6 113:25

**found** 120:24 220:11 221:1 252:19

**foundation** 40:9,17 158:22 164:18 186:10

**frame** 156:25 236:8

**free** 169:21

**friend** 11:1 22:13 29:15 239:1

**friend's** 11:3

**friends** 29:5 239:4

**front** 56:18 231:21 236:23

**full** 235:15 240:24

**full-time** 17:5,7

**Fuller** 240:25

**function** 137:16 157:25

**functional** 102:5,8 132:15, 17 143:21 144:5 159:7 196:16 199:12 200:19

**functioning** 39:8,14

**future** 230:24

**G**

**G.E.D.** 15:5,6,7,9 18:9

**gas** 29:13 30:4 137:4

**gave** 27:15 43:8 60:15 62:6 63:8 69:6 70:5,7 71:6,24 72:18,22 108:17 109:16 111:23 119:23 120:1,16 121:14 122:19 125:4 132:7, 9,13 133:1 146:15,20,22 155:22 163:7 177:19 184:24,25 207:21 208:3,16, 23 217:6,7 218:18 237:22 240:16 245:3

**GBH** 24:18 29:3

**generated** 190:10,15 192:2

**gentleman** 205:11

**Georgian** 19:23

**Gill** 19:22

**girl** 77:15

**girlfriend** 240:22

**girlfriend's** 240:19,21

**give** 14:19 17:10 37:20 42:25 56:8 60:12 61:8 62:7 72:19 81:23 82:3 89:25 111:20 112:11,23,25 113:12,13 114:2,15 115:23 117:1,3,9 118:2,4,21 119:4, 9 121:7,12 132:5 153:22 155:10 165:3 185:11 202:4, 6 208:7 211:14 213:24 224:6 235:5,8 242:7 245:7, 10 248:13 250:18 251:3 254:1

**giving** 28:1 77:8 116:12 118:11,13 119:16 120:8 130:11 173:22 200:1 235:6

**glad** 59:10

**good** 10:25 11:3 49:9 66:8 134:11 164:14 183:20 198:11 203:5

**government** 5:15 48:9 205:17

**graduate** 14:25 15:4,5

**Grand** 10:4,14,18 11:18,22 16:1

**grandmother** 10:24 11:20, 25 12:5 192:21

**grandmother's** 11:12 192:23,25

**granted** 15:8 190:23,25 191:19

**grass** 18:19 20:15 22:11

**great** 24:20 29:3,9 30:10,13 45:6 56:14 162:1 173:20 198:13 227:20

**greater** 227:4

**grievance** 142:18,19,20 143:1,8 144:1,18 145:9 155:23 158:11 170:3 183:19 197:20,21,22 232:18,19,25 234:2 235:2,19 244:24 245:1,2,3,4,5,6,7,9,13,23 246:1,2,4,9,15,22 247:8 248:5,10,12,14,20,22 249:3, 6,7,11,16,19 250:18,22 251:20 252:6,8,9,10,11,12, 16 253:17,18,21,25

**grievances** 142:23 210:5 233:12 244:23 248:14,21 250:19,22 251:24 252:2,22 253:10,11,18,22 254:1,4,8, 12,13,14,15,16

**grieve** 245:17,21

**grieved** 245:18

**guess** 41:2 68:7 77:20 112:4 114:11 161:6 186:5 188:5 208:15 210:16 253:16

**guidelines** 5:19

**guilty** 46:21

**gunpoint** 29:2,4

**gunshot** 31:4 81:3,6 83:13, 19 84:4

**gut** 160:25

**guy** 18:22 19:5 29:6,8,11,12 30:18 204:2,24 205:1,15,19, 20,21,24 206:25 207:2 214:18 216:10

**guy's** 30:22

**guys** 26:21,23 27:14 99:16 107:20 123:19 135:23 207:12 239:4 242:25 248:11 251:25

**H**

**hair** 16:23 17:10 18:19 212:22

**haircut** 16:13

**hand** 83:20 153:2 217:8

**handed** 143:7 192:5

**hands** 16:4,5 20:3 231:5

**hands-on** 231:3

**Hang** 88:11,25 91:2

**happen** 36:13 102:21,24 226:5

**happened** 16:18 23:8 26:8 29:7 30:4 43:6 61:16 73:16 74:5 78:12,14 101:4 112:2, 3,6,7,9 118:7 121:6,10 123:17 125:25 130:4 159:22 161:2 179:2 226:1,2 234:13

**happy** 122:20

**hard** 18:3 110:16 223:16,17

**harm** 24:20 29:3,9 118:11

**Harper** 28:10 47:4 84:14,16 99:8

**Hartmann's** 93:13 95:9,25 96:3,7

**head** 38:4 172:19

**headlights** 12:9,11

**heal** 43:23 45:25 159:13

**healed** 43:21,22 45:18 46:2, 11 104:5 140:7 159:18 161:19

**healing** 39:7,12 160:23

**health** 4:12 5:1 27:1 108:5 114:13 119:25 120:3,7 125:16 130:23 133:3,18 145:18 149:4 163:25 164:20 165:15 169:1 183:14,15 228:21 229:12,18

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**Healthcare** 4:12 74:2,5 232:3

**healthy** 228:6

**hear** 13:7 40:11,19 104:25 105:6,7 110:16 172:20 244:18

**heard** 173:13 177:25

**hearing** 46:17,19 173:14

**hearsay** 40:9,17 158:22

**heart** 87:22 88:17,21,22 89:15,22 90:10 92:6 93:5 157:25 208:12

**held** 19:20 41:9 49:2 100:9 111:1 185:18 224:12 253:3

**helped** 17:11 44:17 130:15 242:22

**hematuria** 71:17,19

**Henry** 8:7 15:1 16:2 17:13, 18,25 18:11

**hernia** 98:18,19,22 99:3,4,5, 6 100:2 128:13 159:4,6,17 160:3,4,8,11,20,21 161:4 162:9,10 221:10,13,16,22 222:8,11,14,19 223:1,2,4,6, 25 224:3,5 234:12

**Hey** 119:4 176:19 179:22 203:8

**high** 14:25 15:4,5

**Highland** 26:7,8 241:2

**highlighted** 153:3 157:12 226:9 228:13

**Hill** 19:22

**history** 28:6 49:24 93:23 94:4,16,18,20,21 95:18

**hit** 30:23,25 31:8 128:23 129:4,5

**hold** 22:4 72:17 86:9 96:19 158:2 185:5

**holding** 254:12

**hole** 35:4 108:17,18

**Hollister** 120:8,15,16 121:23

**home** 12:9 14:13 19:5,24 20:5 21:21,25 22:10 204:14

240:19

**Homeland** 19:22

**homeless** 10:2,7,20

**homes** 10:5

**honest** 254:17

**honestly** 164:10

**hospital** 8:7 26:18 28:10, 15,17,19,24 29:11 30:1 31:1,17,24 32:1,3,11 34:17, 18 35:15,17,23 36:9,15,20 37:17 38:6,8,10,16,20 47:5 57:16,22 58:6,7,11,13,16, 17,22 60:10 62:11,24 68:8, 12,16 70:25 71:4,10,11,14 73:7,10,15,21,25 74:2 76:1, 22 78:19 79:13,17,20 80:10, 22 83:13,18 84:14,16,19 93:11 95:6 99:8 124:17,24 127:22,23 135:20 181:5 212:13,21 213:3,13 214:2 215:19 216:13 218:21 219:9 221:20

**hospitalized** 57:7 60:4 61:13,14,15 193:20

**hours** 31:2 219:24

**house** 239:9,13 240:19,21

**Houslander** 4:8

**hundred** 184:22 238:21 239:24

**Huron** 4:13,20 10:10,11 11:2,4,6 22:4 28:15,17,19, 21,24 29:5,13,24,25 30:1,6 31:25 33:4,6,10,23 34:6,12 36:18 37:2,23 38:6 57:22 58:1,11,12,19 59:2 67:22 71:13 73:5,7 74:25 75:19,25 80:23 81:2 93:11 95:7 214:12 215:22 216:3,9,16 217:12,23 220:15

**hurt** 26:21 104:16 176:8 200:8 225:10,11

**hurting** 26:11,25

---

**I**

**Ian** 5:2 174:11

**ID** 5:17 6:22 7:1,3,18,20 8:8,

16,17 153:3 232:8 243:15, 19

**idea** 48:15 51:23 114:15

**identification** 5:15,19,20 6:23 7:9 8:10

**identified** 67:23 254:5,12, 14,16,17

**identify** 4:18 57:20 58:25 59:2

**ignoring** 212:12

**Illegal** 23:3

**image** 198:14 227:4 229:13

**images** 198:24

**immediately** 26:18 50:25 51:13 109:4 122:19 161:14, 16,18 167:20

**impersonal** 44:21

**impression** 71:17

**imprisonment** 22:24 24:9

**improper** 109:16 202:14

**improve** 141:17

**improvement** 19:5 20:5 22:10

**inaudible** 134:15 165:22 169:13 172:13 204:10 244:14

**incarcerated** 32:14 62:18 63:11,15,20 66:22 67:1 68:9,15 69:25 76:13 77:3, 14,25 78:13

**incarceration** 63:12,18 65:2 66:24 70:13

**incident** 60:2 122:2 125:2, 22,23 166:22 211:11,13

**include** 141:12

**including** 87:25 90:10 180:14

**income** 47:21 48:8 192:23 240:6

**Incorporated** 4:12

**incurred** 190:22

**indicating** 102:22 156:10 158:12 223:15 227:18

**individuals** 58:9

**infection** 37:7,10,13 55:10 57:1 61:15 69:14,15 71:18 75:10,15,16,21 76:2,23 77:7,9,15 78:1,5,10,20 79:21 80:11,13,25 83:19 87:22 88:18 89:15 90:11 103:20 157:23 216:12

**infections** 31:18 77:5,11

**information** 177:18 180:9, 20,23 237:9 251:1,6

**informed** 128:12 215:11

**informing** 146:3

**initial** 36:2 214:4

**initially** 37:3

**injured** 26:9

**injuries** 126:9,12

**injury** 93:16 95:11 125:24 126:5,16,17,20 127:20,21, 23 128:7,15,17 129:3 133:20 164:5

**injustice** 225:17 226:13

**inmate** 121:19 124:16 133:6 203:20,21

**inmates** 136:22,24 137:22 138:6,12,18 199:7

**inside** 84:18

**insides** 124:13

**insisted** 146:13

**inspection** 197:4

**instance** 118:7 164:1

**instances** 163:14,25 164:8 201:10

**institution** 15:8

**instruct** 127:7

**instructed** 72:21

**instructions** 41:17,19 71:20 72:3,6,10,16 214:15, 24 215:9 220:14

**insurance** 60:17 145:17 192:25 219:12,15,16

**intentionally** 111:20 112:8 114:15,19,21 117:3 118:2

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

213:4

**intercourse** 76:8,9

**interested** 53:11

**intermission** 100:14

**Interrogatories** 236:24

**interrupt** 61:20

**introduce** 49:12

**Investigation** 143:15,16

**involved** 180:18

**irritable** 69:4 70:6 214:22
215:15 217:5 218:16 219:7

**issue** 52:14 62:25 63:1 82:6
84:4 125:15 126:14 137:5,
11 179:18 198:14,15,18
199:4 203:22 245:17,22

**issued** 120:22

**issues** 55:3 57:8,11,17
61:16 63:17,24 64:1 66:23
68:16 79:13 83:24 93:17
95:12 96:18 97:13,25
107:15 133:17 136:12,18,
21,24 137:13,18,20 199:4,
14 206:3,5 216:5 227:5,10,
17,20 228:5 229:13 242:12

**IV** 60:5,16 62:6 63:8

---

**J**

**jacks** 140:21

**Jackson** 4:7,11 5:3,7 6:1,6,
12 12:6 41:14 49:9 67:24
79:22 86:4,11 100:14
108:15 111:6 112:23 113:13
114:2 127:1 129:14 133:13
143:7 145:18 152:5 160:14
162:6 163:11 168:25 170:24
172:25 174:22 181:22
182:8,10 185:23 190:14
192:8 193:4,5 194:19
199:25 200:20 203:8,22
204:24 207:19 224:19
229:21 232:3 235:18 239:20
240:4 243:8,9,25 244:23
246:12 247:16 248:4 255:2

**jail** 8:25 9:20,25 10:6 12:17
14:12 23:9,15,17,23 29:7,18
31:22 32:8,15,19,25 34:2,13

38:4,14,21 39:25 40:6 41:20
45:11,13,21,22,24 46:2,5,6,
10,14 51:8 52:13,15,18 55:4
62:20 63:16,25 64:15,23
65:2,9 66:22 68:9,13,15,20
69:11,16 70:13 73:16,18,20
74:6,7 104:2,3,17 105:10,
11,15,17,19 106:7 107:9
109:14 115:1 118:15 124:7
130:23 131:6 133:12,24,25
145:19 149:5,17,18 160:23
161:3 165:5,9 167:22 171:5
176:8 177:3 203:9,14,17
207:22,24 218:24 225:20
231:1 241:16 248:6 249:5,
10,17 252:1,11,14 254:5
255:4,19

**January** 33:20 122:16
123:13,14 126:16 127:19
128:19,25 129:2 161:13
175:20,21,22,23 242:14
250:8

**job** 17:5 30:13 116:21 231:1

**jobs** 19:16,20 20:2,14 22:4,
6,8 240:1,2,5

**Johnson** 11:5,6,16

**join** 86:1,25

**Joseph** 9:12

**Joy** 16:1

**judgment** 169:2,9,16
172:11 173:1,15 178:22
179:1 201:18

**July** 14:8,9

**jumbled** 82:12

**jumped** 29:5,8

**Jumping** 140:21

**June** 26:1,2,3,4,5 84:23
85:2,3 87:11 93:8 101:24
102:3,4,9 155:13 162:17
232:5

**justice** 24:22,25

---

**K**

**Kansakar** 33:19 34:10,25
35:14,17,22 36:7,8 38:23
41:15 50:4 68:3 95:21
103:6,7 149:16 156:9

157:15 158:4 214:5 220:12,
19 221:16,18,19 222:7,10

**Kansakar's** 50:7 142:2
176:17

**Keith** 4:13 5:1 206:11,15

**Ken** 45:4 110:22 174:6
179:22 188:3

**kennel** 137:8

**Kenneth** 4:19

**kid** 208:2,7 239:10,16

**kind** 16:24 18:2 19:14 48:18
51:25 52:18 70:12 94:20
96:25 108:6 111:20 112:11
114:3 115:8,9 116:8,21
117:14 118:12 126:5,14
127:21 140:14 146:10
150:20 159:7,22 161:3,18
162:8,16 165:17 167:1,4
193:20 222:14 223:13
225:21 231:10 236:10

**kite** 186:5 188:22 190:21
210:4,6 248:12

**kites** 209:14

**knew** 30:20 57:7 60:7 69:19
106:20 139:11 167:21,25
171:11 181:9,10 205:2
219:3 220:4,24 221:4 234:9
242:24 247:4

**knot** 223:16,18

**Knowing** 128:16

**knowledge** 39:18 153:9
155:10

**Kohchise** 4:6,11 5:3,7 6:1,6
74:1 202:19 205:9

---

**L**

**labs** 106:22 173:25

**lack** 236:5

**ladder** 231:10

**lady** 183:6,16

**Lake** 4:20 28:21 33:4,6,10,
23 34:6,12 36:18 37:1,23
38:6 58:1 67:22

**landscaping** 16:6,15 18:20
19:16 20:10,11,21,23 47:24
48:1 231:4 240:3

**language** 188:6

**laparotomy** 93:12 95:8

**laptop** 40:15

**large** 197:6 212:3 213:8

**Larry** 203:4 205:3,4,16
206:8,9,10

**latest** 221:14

**laugh** 116:20

**law** 22:22 23:23 49:10 53:10
202:9,11

**lawsuit** 27:11,18,21,24 28:1
50:20 73:8,24 74:8 105:22
106:2 113:9 114:12 154:13
166:17 167:18,21 213:22
237:9,14,16 247:10

**lawsuits** 28:2

**lawyers** 251:3

**lay** 43:3 164:18

**leading** 62:21 101:21

**leak** 43:2,21 44:14 87:23
89:16 90:14 109:20

**leakage** 42:3 43:14 87:18
88:19

**leaked** 44:12 109:20 112:19

**leaking** 42:5,18 43:2 44:18
175:14 176:13

**learn** 137:16

**learning** 17:6,7

**leave** 32:24,25 34:1 59:15
173:7

**Lebeau** 42:11,12 175:5
253:14

**led** 23:8 29:1 66:1 199:19

**left** 18:17 31:15 38:16 59:13
76:9 105:11 132:10,11
164:6 218:20

**leg** 31:11,12,14,15 32:5

**legal** 27:12 52:18 53:8 54:8,
11 154:10 202:12

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

**legislative** 246:6

**legs** 29:23 30:24,25 31:9

**letter** 136:3 141:4,18 145:8 177:10,13,14,19 178:1

**letters** 177:16,17

**letting** 58:15

**level** 229:11 234:25

**license** 7:3,16 8:10,17,18, 20 9:3 12:7,8,13,18 18:4,5

**lie** 28:23 51:21 94:19,25

**Lieutenant** 253:12

**life** 16:18 115:23 117:2 180:6 182:3 225:23 228:24 229:3,7 241:22

**limb** 157:25

**limited** 90:10

**list** 33:16 200:10

**listed** 189:9,12 192:10

**listen** 47:18 119:12 201:16 202:19,23 223:3 235:4

**live** 9:5,22,23,24 10:23 11:6, 19 239:17,19 240:20 241:1

**lived** 9:13 10:1 11:4,18

**liver** 197:9

**lives** 11:8 12:1,2,4 13:11

**living** 10:11,15 11:25 12:4,6

**Livonia** 21:10

**LLC** 4:13

**local** 141:13

**lock** 176:8

**lockdown** 176:6,7 210:25 211:17

**log** 250:21

**long** 6:16 7:25 8:16 9:13 14:21 19:9 21:5,11 22:2 25:22 31:1 129:15,16 158:24 184:1 204:13,22 233:3,7 236:22 238:22 241:9 244:7 249:12,21

**longer** 7:11 166:5

**looked** 37:15 99:2 108:7

136:13 138:7,12,18,20 253:10

**loop** 8:8

**lose** 14:11

**loss** 103:21 157:24

**lost** 13:16,17 14:17 230:21

**lot** 18:25 30:2 82:13 107:15 108:20 112:18 119:1 123:17 127:13 160:18 163:24 165:2 167:13 174:16 193:10 201:21 202:16 212:5 227:8 232:15 237:1 242:12

**loud** 90:6 172:18

**Louis** 108:16 126:7 204:6,7, 8,25 207:7,10 242:21 243:3, 4,6,7

**lump** 223:11,12,14,15,16, 17,18

**lying** 101:2

———————————

**M**

**M-A-I-N-E** 9:8

**machine** 70:4

**mad** 106:3 210:17 211:1

**Madam** 65:23

**made** 37:22 38:2 42:5,7 63:5 79:18 90:8,9 105:20 152:23 165:16,17 169:1,23, 24 170:25 171:4,5,6 175:14 201:7 209:18 217:2 230:1 236:20 248:22 251:24

**main** 4:10 85:18

**Maine** 9:6,7,13 12:4

**major** 9:9 144:2 155:19 222:22

**make** 39:6 42:9,10,15 43:12 44:13,19 82:13 108:4 109:13 112:18 113:10,12,19 115:23 116:7,10 117:2 119:1,19 120:17 121:13 124:14 145:24 146:1 153:15 161:9 169:21 171:3 175:10 185:25 208:10 220:21 238:10,17

**makes** 119:21 154:24

**making** 39:9,11,16 75:13 230:21 254:18

**male** 93:9 95:5

**man** 48:17 88:22 89:22 91:5 92:6 93:4 130:13 157:2 178:18 238:13

**Marcelle** 6:6

**March** 4:2,7 47:1 51:5 52:3, 7,8,11 54:7,9,10,12,23 55:8, 15 104:1,23 105:11 106:8, 14 109:2,9,10 113:24 132:14 168:15 224:24 225:5 253:13

**Margolis** 52:25 53:21,24 55:1 237:7,15

**Marie** 4:14

**marijuana** 24:21

**mark** 72:11,13,14 244:5

**married** 12:23

**mask** 5:21

**masses** 197:11

**master** 18:23

**matter** 49:15 50:16 83:20 216:6 236:25

**Mclaren** 28:21 29:24 30:1 31:24 57:21 58:12,19 59:2 71:13,14 73:5,7 74:25 75:19,25 80:23 81:2 214:12 215:21 216:2,8,15 217:12, 23 220:15

**MDOC** 46:6,18 51:3 104:1 114:24 115:6,8 116:25 117:8,20,24 118:10,18,20, 23 119:24 120:4,7,20 121:18 124:17,21 125:17,19 126:4 129:6,9 134:13 135:5, 11,14 136:2,9 141:6 142:7 145:1,10,13 152:24 154:7, 24 162:22,23,25 163:2 164:1,2,6,8,20 166:10 171:16 173:22 192:6 193:24 194:7,14,21,25 195:3,9 196:7 197:20 200:16 203:23 206:23 224:24 225:1,5,7 226:8 243:11 244:24

**meaning** 71:19 102:6 180:13 187:6 247:9

**means** 153:10 187:4 194:2

**meant** 51:23,24 144:14 203:17

**meantime** 156:23

**Medicaid** 219:17,18,20

**medical** 4:20 28:6,8,21 31:23 32:19 33:1,4,7,10,23 34:2,6,12 35:10 36:18 37:2, 8,23 38:6 49:22,24 55:3,22 60:12 63:16,20 66:23 67:1, 22 69:12 71:11 88:5 92:19, 20 95:18 98:1 99:25 105:19 134:22 135:21 141:16 148:20,25 149:8 150:6 152:24 153:7,10,14,22 154:7 158:18 159:21 162:22,24 163:1,15 164:16 166:12 167:1,7,13 169:2,3, 9,16,24 170:4,6,20,25 171:3,4,17,25 172:1,4,5,11 173:1,2,15,23 176:5,6 177:4,5 178:16,22 179:1,3, 18 180:5 181:1,6,9 182:12 183:3,6,10 184:19 185:7 186:20 187:1,4,5,12,15 188:22,23 189:18 191:25 192:25 193:13,16 195:21 196:1,6,7 197:23,24,25 198:9,21 199:20,22,25 200:9 201:2,5,10,12 205:25 206:5 208:17,22 209:1,14, 22,24 211:4,14,22 213:15 214:13,23 215:7 216:15 218:11 219:2 228:5,11 229:15 236:6,16 253:17,18, 20,25 254:1

**medically** 141:15 143:19 165:7,18 166:21 170:16 191:12,16 195:22 196:3 200:17,21 201:3,16,19 209:15 231:13

**Medicare** 219:17,18

**medication** 59:9 133:10 229:20

**medications** 59:23 229:19

**medicine** 61:6,7 62:7

**meds** 133:11,12 228:10

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**meet** 131:4 238:25 239:3,8

**meeting** 42:12,22,23 123:21 166:18 168:10,21 175:1,4,5,7,8,17 176:11,12 180:25 181:21,22,23 182:2,5 183:6,8,12

**meetings** 175:3

**memory** 101:6 233:10

**mental** 133:2,18 228:20 229:12,18,25 230:4,5,11

**mention** 221:16 222:7

**mentioned** 10:13 15:11 23:15 39:16 62:13 68:11 73:7 206:10 211:22 221:12 225:9 240:2,4 255:12

**Mercy** 28:18 29:25 30:1 31:24 58:11

**mess** 117:4

**met** 17:2 130:19 135:5,12 176:6 178:7,8 186:2 239:15

**Michael** 18:24 19:2 20:19 21:2 238:22,23

**Michigan** 4:1,10,16 8:9,10 9:6 15:2,25 16:8,10,19 18:11 46:25 51:3 52:21 70:14 111:12 142:20 143:17,23 145:24 186:4 193:8 200:15 202:10 204:8 228:12 233:2

**microphone** 40:12 90:24 91:17

**Midland** 241:6

**Mike** 239:15,17

**military** 22:15

**mind** 44:23 191:15,17

**mine** 11:1

**minute** 129:22

**minutes** 108:8 122:7 224:8

**misdiagnosed** 74:14

**miserable** 115:23 117:2

**misplaced** 7:23

**missed** 47:25 122:10,12

**Monday** 4:2

**money** 191:6,7,9 240:1

**month** 51:19 81:1 84:23 111:14 115:20 131:16,17,18 132:1 167:19 239:24 249:25 250:2,3

**monthly** 111:15

**months** 16:1 17:21 21:12 35:9,19 37:4,9,18 69:14,15 84:10 103:9 130:12 159:15

**mother** 13:11 14:15

**mouth** 201:20

**move** 11:21 48:18 67:5 85:20 86:20 88:9 89:3 92:7 93:6 100:22 101:8 119:15 124:1,3 158:21 164:12 195:18 201:22

**moved** 11:22,23 86:14 108:15 124:3 129:17,19 242:10

**moving** 156:25

**MSP** 171:19,20

**mucous** 211:7

**multiple** 30:23 31:17 222:8

**mumbling** 172:15

**muscles** 197:5

---

**N**

**Nah** 98:5

**named** 164:22 168:16

**names** 6:7 13:2 183:21 203:6 241:24

**natural** 150:23 151:1,5,10, 16,20

**nauseous** 61:7 124:14 255:14

**necessarily** 46:15 50:13 150:7 153:7 159:21 234:3

**necessity** 166:12 167:7 169:3 170:4 171:17 172:1,5 173:2 182:12 187:1 198:9 199:20 201:5 236:6,11,16

**needed** 42:5,8 43:1 44:12 61:7 107:4 111:18 116:13

**money** 117:9 134:4 146:16 149:3,6, 21,22 150:4 172:12 185:25 208:20 225:19,23

**needing** 63:25 64:5 104:6

**neighborhood** 239:9

**Network** 19:22 21:3,8,11,15

**Nevada** 9:10,11

**Nicholas** 4:8

**nickname** 205:8,10 206:17, 18,20

**nicknames** 205:7

**night** 26:24 29:6,19 213:6

**nights** 241:13,14

**nonessential** 144:6 200:18

**nonresponsive** 86:21 88:9 221:7,9

**nontender** 197:6

**normal** 150:15 151:10,16, 20 197:3,4 211:9

**note** 56:5,7,11 57:20,22 58:23 59:18 64:2 67:22 72:2 78:15 120:6,20 122:14,16 131:10,19 132:20 155:22 166:8 187:15 196:6 225:15 226:7 231:12

**noted** 57:11 196:11 197:8,9

**notes** 55:7 224:7 232:11

**notice** 6:2 251:5

**notified** 59:16

**nourished** 197:2

**November** 141:5 244:9

**NP** 229:1

**number** 67:23 120:24 164:19 171:15 250:22

**numbers** 250:21

**nurse** 35:13,18 36:10,15,18, 23,24 37:1,14,22 38:4,6 42:22 59:9,16 60:23,24 113:20 114:18 120:1,2 121:19 163:4 168:16 174:23 175:1,3,9,18,19,20 176:19, 20 177:7 181:1 183:16,17 186:4 188:17,18 197:22

**198:7 208:17 209:2,6,12,15, 18,21 210:12,17,24 211:20 212:18 224:23 225:15 228:21

**nurses** 56:6 113:19,22 114:1,13 120:4 176:15

**nurses'** 59:13

**nursing** 19:23 21:21,25

---

**O**

**object** 23:18 169:11,17 202:14,15,25

**objected** 40:17

**objection** 40:9 115:15 169:18,20 201:7 246:18,25

**objections** 202:16

**obstruction** 24:22,25

**obtain** 54:7,11 101:17

**obvious** 186:22 189:18

**occasion** 22:18 132:6

**occasions** 33:20

**occur** 157:23 183:12 204:9

**occurred** 73:19 101:21 126:18 127:24 159:8 166:23 183:8 234:18

**occurs** 148:14 196:8 231:17,18

**October** 33:3 232:20 233:1, 6

**odd** 240:1,2,5

**odor** 130:10,11,15

**offer** 228:7,8

**offered** 132:20,24 133:1,4, 5,18 227:22,24 228:1,2 253:19,22

**office** 26:16 27:7 33:19 38:24 41:15 53:10,16,19 84:21 176:17 177:10,12,18, 25 249:8

**officer** 61:9 141:16 152:24 153:10,14,22 154:7 187:25 188:1 208:9

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**officers** 135:19 241:24

**officially** 221:10,11

**older** 12:6 88:3 158:6

**Omari** 6:12

**ombudsman** 134:20,21 135:1,2,10 136:5 141:5 145:9 152:21 177:10,12 246:6 247:8

**ombudsman's** 177:18,25

**on-site** 36:10

**ongoing** 25:17

**open** 98:20 211:5,9

**operation** 188:24

**operative** 92:10,11

**opinion** 158:18 159:21 172:9

**opinions** 88:14

**opportunity** 49:12 82:17 201:24 202:1 235:7,9

**opposite** 223:9

**ops** 12:8,12

**option** 146:15,20,22

**order** 107:11 109:3,18,19 117:4 121:6 129:7,10,22,23 130:5 135:3,12 136:8 191:22

**ordered** 106:25 108:1 111:22 123:3

**ordering** 43:10 107:25 110:9

**ordinarily** 43:15

**organs** 197:6

**original** 83:5,25 103:5 157:14,21 159:5 160:12 214:4

**originally** 11:24 60:21 64:12 93:10 95:5 105:22 123:6 133:24 150:20,24 239:8

**ostomy** 41:22 42:2,21 131:5,20

**outlined** 197:25

**overnight** 241:12

**overtime** 135:19 179:15 180:14 181:4 187:8

**owned** 74:3

**P**

**p.m.** 41:12 49:1,5 100:8,12 110:25 111:4 185:17,21 224:11,15 253:2,6 256:12

**pack** 62:9

**packed** 107:6,8,17

**packing** 208:14

**pages** 75:1 196:6 244:7

**paid** 17:8,12 19:13,15,18 34:20 135:24 179:14 189:4 194:6,10,12 219:14

**pain** 27:10 62:2,4 68:19 98:12,13,15,24 99:1 128:10, 13,22 160:11,15,18,19,21, 22 161:4,6,12,13,18,20,22, 24 162:8,9,10,16 176:5 196:17 212:5,6 215:24,25 216:1,7,17,22 217:14,19 229:25 230:2

**pains** 60:8 68:18 98:10 159:17 160:6 161:5 176:2 196:22 212:11 216:13

**pair** 208:7

**palpable** 197:10

**pants** 212:10

**Papendick** 4:13 5:1 49:11 152:6,7,8,11,12,13,19 153:9 154:6,8,16,17,23 155:2,6 171:9,22 178:3,7,8,10,12, 16,24 180:4,6 182:2,3,5,10, 15,17,18,21 184:2,6,13,23 186:13,25 188:7 195:23 196:2 236:7,10,16

**Papendick's** 171:25 172:4, 11 173:1,15 188:14 231:11 236:20

**paper** 70:6 94:8,25 103:25 152:25 154:1,4 181:14,19 187:14 188:9,10,13 226:4 227:21 242:23 248:19,20

**paperwork** 41:16,18 184:24,25 185:2,6 232:15 250:18

**paralysis** 103:21 157:25

**parentheses** 226:22

**parents** 14:16

**Park** 26:7,8 241:2

**paroled** 132:7 164:7

**paroling** 131:21

**part** 27:21,24 28:2 40:3 47:25 65:24 73:8 74:7 84:17 85:20 93:6 100:23 116:23 208:3 210:23 222:3

**partially** 163:6

**particles** 37:12,18 69:16

**particulate** 216:6

**parties** 49:15

**parts** 39:23 88:20 141:8

**party** 194:8

**pass** 12:21 207:15

**passed** 137:4 202:10

**passenger** 12:20

**passing** 60:8

**passport** 7:3,13

**past** 68:2 207:1

**paste** 42:10 43:11,13,15,16, 22 44:13 104:10,11 121:25 130:9 175:12,13

**patch** 42:2,18 43:17 108:9, 17 120:17 175:13

**patches** 107:3,4,5 108:6 208:5

**patience** 82:22

**patient** 59:4,5,6,7,8,10,11, 13,16,20,21,23,25 60:1 67:25 68:2,3,6 90:8 122:18, 20 166:13

**patient's** 58:24

**patients** 147:10 148:4

**Paul** 190:12

**pause** 185:24 204:22

**pay** 19:1,17 40:2 85:16,17 135:15,16,18,25 136:1 179:10,14,15,17 181:3,11 182:1 183:2 184:1 185:3,6 187:5,12 189:2 191:7 192:19 193:12 194:20 195:3,11,14,15 239:21,23, 25

**paycheck** 19:21

**paying** 180:13,14 184:18 193:16,18 194:1,2,8,24 195:8,12,13

**payment** 40:1,6 189:12,21, 22 192:9,12 195:7

**payments** 48:7

**pays** 187:7

**pee** 71:5,23

**penile** 31:18 75:2,9,11

**penis** 37:12,19 69:16,17

**people** 17:10 20:14 22:9 25:16 27:14 30:11 35:14,17 40:5 60:11,25 80:12,19,20, 21 85:16 88:3,4 98:25 113:1,4 114:6 115:6,8,22 116:12 120:7 123:18 124:10,14 130:23 133:10 136:13 145:21 146:23 147:2,11,13,16 148:6,11,14 158:5 163:14 176:10 179:14 181:3 182:1 187:12 189:2 198:24 204:24 206:10,23,25 207:3 211:6 212:21 213:13 214:20 228:4,6

**people's** 205:17

**perceived** 225:17 226:13

**perceiving** 136:22

**percent** 184:22 238:21

**perfect** 119:21 208:9

**perfectly** 43:5 228:5

**perforated** 93:14 95:9

**perform** 87:21 151:22 180:5 184:9

**performed** 102:9,13 106:22 134:6,9 159:3 160:1,9,12 162:7 164:2 196:24

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**performing** 102:19 103:17 159:8 173:25

**period** 32:14 43:10 47:15 107:22,24 108:11 121:8 186:1

**permanent** 35:5 36:5 85:4, 8,12,13,24 86:6,7,12,13 87:3,4

**person** 5:16 12:8,12 37:14 77:8 152:13 168:7,8 171:13 177:13 183:25 207:11 252:19

**personal** 152:10 210:9,10, 14

**personally** 27:23 152:16 203:21 206:14

**persons** 50:1

**pertaining** 237:16

**phone** 177:16 251:16,18

**phonetic** 42:11 190:13

**photo** 44:22 45:4

**physical** 96:23 97:13 125:15,22,25 126:5,14,16, 17,20 127:20,23 128:15,17 133:20 196:23 229:25 230:2 238:12,16

**physically** 36:20 197:13 212:15 231:1 238:1

**physician** 25:12

**pick** 120:21 121:20

**picked** 109:8 111:9,13

**picture** 44:23 203:5 224:1 243:15

**pictures** 223:20

**piece** 70:5 94:25 181:19

**pit** 122:10,12

**place** 4:7,9 40:8 57:23,25 97:13 112:16 151:13 154:18 197:8 246:17

**places** 58:4

**plaintiff** 5:3,8 154:21

**plaintiff's** 45:8 253:11

**plan** 36:4 130:20,24,25

131:3 166:15 167:6 219:10 221:24

**planned** 39:19

**planning** 166:17

**plans** 39:10,17

**play** 82:11 195:9 239:5

**plead** 46:21

**plenty** 210:5

**plug** 211:8

**point** 11:23 24:1 52:21 64:21 71:21 76:12 96:24 102:5 104:5,10 105:13,21 106:25 110:9 113:24 123:11 125:17 129:23 130:4 140:5 144:8 149:1 193:15 196:10 203:19 216:8 221:17 222:7 223:24,25 237:13 245:15

**pointed** 253:11

**police** 6:13,17 7:21 25:2 181:4

**policies** 135:5,6,11 136:6,7 141:20 142:7 145:25

**policy** 141:6,11 145:10 187:11

**Port** 4:13 10:10,11 11:2,4,6 22:4 28:15,17,19,21,24 29:5,13,24,25 30:1,6 31:25 57:21 58:11,12,19 59:2 71:13 73:5,7 74:25 75:19,25 80:23 81:2 93:11 95:6 214:12 215:22 216:2,8,15 217:12,23 220:15

**portion** 190:18

**posing** 78:17

**position** 193:12 194:6,7

**possess** 7:2,6,7,13,16,18

**possessed** 8:9

**possession** 24:21,22,23

**possibility** 89:19 157:23 158:12 221:13

**possibly** 98:17 128:12 134:23

**post** 68:3

**postoperative** 41:14 221:20

**postoperatively** 38:25 221:17

**postpone** 210:20

**postponed** 106:6 114:22 176:23,25 209:3,7,19,22,24, 25 210:7,8,12 211:19

**potassium** 69:6 70:8

**potential** 87:20,22,23,24 88:6,19 89:15,16,17 90:11, 14,15 102:21 144:2 155:15, 19 156:3 157:9 159:4,6,17 160:2,4,8,20 221:22 222:19 223:6 224:3 230:24

**potentially** 105:22 234:11

**pouch** 120:25 208:10

**pouches** 120:23 122:19 130:8

**practitioner** 168:16 224:23 225:15 228:21

**pre-holes** 208:6

**premises** 32:25 34:2

**preparation** 49:19 99:24

**prepared** 92:17

**prescribed** 39:21 149:15 217:16

**prescription** 70:7

**present** 97:6

**presented** 93:9 95:5 96:13, 16 97:4,5,6

**pretty** 19:19 20:18 88:21 234:17

**previous** 24:12

**previously** 76:21 209:2

**primarily** 229:22

**primary** 25:12,14,21 27:1

**Prime** 4:12 74:1,2,5

**prior** 9:22,23 51:7 54:14 63:17 64:14 65:2,8 66:24 68:8,12,15 69:10,25 70:13 73:16,18,20 74:3,22 76:12 77:3,25 80:8,16 84:4 97:10

102:4,19 103:2,5,16 104:2 152:5 195:21 196:2 217:14 225:1,6

**prison** 6:18,19 7:7,8,9,11 8:11,12,14,24 10:5 20:8,17, 21 21:1,6,7 22:17 23:12 28:7 31:19 43:24 44:16 46:6,14 50:22,23 51:14,17, 24 52:16 54:1,3,6,24 55:1 63:16 64:1,22 65:3,9 66:22 68:9 75:22 76:5,7,9,17,18 77:16 78:3,7,8,9,11,21 80:25 85:6 86:14,18 97:19 98:25 104:4,9,14,18,22 105:12,23 106:1,8,13 107:2 109:2,17 113:24 114:1 123:14,19 124:5,23 125:3 129:21 130:19 131:8,18 132:8,12,14,18,23 133:14, 23,25 134:4,8,14 135:2 140:15 145:20 146:8 148:19,21,24 149:9 158:24 159:1,9,19 165:6,12,13 167:19 171:5 180:21 181:12 183:13 187:18,19 189:4 203:17 205:18 208:5 228:3 241:23 246:13 252:11 255:6

**prison's** 104:20

**prisoner** 120:23 131:20,21 133:2 141:14 153:6 190:21 228:8

**prisoners** 132:25 227:24 228:2,7

**problem** 18:2 41:6 45:1 61:24 62:17 63:2,6 64:2,14 70:12 72:23 73:1 80:7 83:4 84:24 106:6 118:12 123:23 126:1 138:1,2,3,6,12,17,18, 24 139:1,4 148:12 160:2 189:17 199:6 207:20 213:24,25 214:1 223:22 224:2,9 227:6 251:8 255:13

**problems** 26:10,12 39:24 60:21 63:9,14,20 66:21 67:2 70:15 75:8 78:17 79:7,18 80:8,14,15 88:5 96:23 98:23 105:15 118:14 123:18 124:10 126:10 159:2,7,25 208:13 212:14 217:4 218:25

**procedural** 247:3

**procedure** 87:8,20 89:14

90:9 91:4,12,21 92:1 93:13 95:9,21,22,25 96:4,8,22 97:11 103:20 141:7,9 142:8 144:4 146:18,19 150:7,11, 18 155:1 156:4 166:22 167:2 183:25 185:3 189:3 191:2 193:13 194:1,3,13,20, 24 195:4,8 196:3,4 198:9 244:24 245:1,2 246:14,15, 21,22 248:6

**procedures** 134:12 141:12 193:20 247:6 248:5

**process** 7:20,24 246:9 248:8,23,25

**Produce** 236:25

**professional** 148:25

**professionals** 114:13

**program** 16:3,10 17:14,18, 20,22,23,24 18:1,10,17 40:1

**progress** 67:22

**prompt** 30:11,13

**pronounce** 188:19

**proof** 113:18 183:24

**proper** 61:3,4

**properly** 39:7,14

**prostate** 176:3 212:3 213:8, 12,16

**provide** 131:4

**provided** 15:8 41:16,21 42:4 50:11 130:8,10 133:16 134:7 164:3,6 178:16 186:2 251:25

**provider** 149:4,8 163:1 164:16 165:16 195:21 196:1,2

**providers** 145:19 163:15, 25 164:20 169:1

**providing** 133:17

**psych** 133:9,11

**psychological** 132:21

**Public** 5:9

**pull** 211:25

**Pull-ups** 140:22

**pulled** 12:10,11 33:11,13 211:23

**punched** 125:12

**punished** 176:11

**purpose** 32:19 141:17 151:3

**purposely** 119:10

**purposes** 5:19,21 114:11 141:10

**pursuant** 6:1

**pursue** 52:18 53:13 233:4, 11

**pursued** 235:19

**Pushups** 140:21

**put** 36:4 43:16,17 44:13 60:4 70:3,4 87:16 109:4 122:6,24 150:15 151:6,9 194:5 195:17 198:19,22 201:20 210:10 212:13 213:6,7 236:23

**putting** 163:5

## Q

**qualify** 135:3 165:18 167:7, 10 169:3,25

**question** 24:4,12 40:18 46:7 50:3 51:10 62:23 63:13 65:5,19,24 66:18,20 68:7,21 69:21 70:19 76:11 77:18,20, 23 78:25 79:2,4,19,23,24 80:2,5 81:16,18,19,22 82:2, 3,7 83:1,23 85:22 86:3,9,23 88:11,23 89:1,2,5,14,24 91:7,8,20 92:9,14 94:23 95:2,19 96:20 97:1 103:10, 11 104:22 105:5,10 106:11 109:6 110:6,8,13 111:11 113:23 115:18 116:2,11,15 117:19 118:1 119:5,15,20, 22 120:11,18 123:10 126:3, 11,12,23,24 127:3,10,17 128:5,6,15 131:13 134:10, 11,12 136:15,16 137:17,18 138:3,8 139:13 141:3 144:13 145:12,23 147:1,5, 21,22,23,25 148:23 149:7, 25 152:17 153:19,20 154:10,14,20 159:20,23

161:7,11,21 162:2,4,5,13 163:19,22 164:10,11,12,16, 17 169:19,21 170:11,12,13, 14,18,22 171:21,24 172:10, 24,25 173:9 177:15 180:19 181:13,15 182:5 184:3 185:1,4 188:5 190:9 191:14 195:24 196:5 198:6 199:21 200:5,7,14 201:6,9 202:1,5, 13,18,24 203:3,13,16,20 215:3,6,7 219:22 221:6,19 222:1,5 228:15 231:15,19 233:11,13 235:15 236:19 237:6,13,20,21 238:10 246:19 248:11 250:2 253:16,20 254:3 255:18

**questioning** 23:19 201:4

**questions** 32:13 47:17,19 49:13,14 56:23 58:9 59:1 70:18 73:2 82:19 100:24 140:11 152:18 154:22 166:4 174:11,16,23 177:9 178:3, 21 179:7,21 186:10 190:1,6 195:6 201:25 202:4,7,8,20 204:19 207:19 224:16,19 237:8,16,19 247:12 248:4 254:21 255:25

**quick** 41:4 174:7 236:25

**quickly** 238:4

**quietly** 172:17

**quote** 11:13 59:4,19,23 60:1 67:25 68:5 93:9,17 95:5,12 166:10 200:15 225:16 226:13,16,17,21,22 227:3, 18 228:22,24 229:11,14 245:24 247:18

**quoted** 227:16

**quoting** 226:23

## R

**R-A-C-H-E-L** 240:25

**Rachel** 240:23,25

**radiology** 199:13

**ran** 110:11,12 114:7,25

**RE-EXAMINATION** 180:2 207:17 224:21 244:21 247:14 248:2 254:25

**reach** 52:16 54:15,21

**reached** 52:23 53:1,3

**reacted** 138:19,21,22

**reacting** 136:25 199:8,9

**reaction** 157:24

**read** 58:24 64:3 65:19 66:10,19 72:20 89:25 90:3, 4,6,18 93:23,25 94:4,9,15, 16 95:3,4,14,17 127:3 145:8 152:25 153:3,19,20 156:13 157:18 181:14 189:25 190:4,5,18,19 192:6 198:4, 19 226:8,9 227:18 228:13, 15 229:14,16

**reading** 56:20 90:4 94:8 153:13 186:9

**ready** 39:22,24 97:7,11 130:18 156:13,14 166:10 196:18 222:23 253:7

**real** 12:22 57:7 133:9 176:2 213:1

**reask** 86:3 105:4 203:16

**reason** 60:19 119:11 168:1 184:14 188:21 197:25 209:11 219:21 222:4

**reasons** 53:12 114:23 170:2 176:23 186:14,17 187:2 197:25 199:19,22,25 200:9,12 201:11 209:4,8,19, 22,24,25 210:7,9,10,14,21

**recall** 32:20 33:3 34:3 38:25 39:4 60:2,3 61:17 71:1,19 75:7,18,23,25 90:16,19 91:22,23 92:25 93:1,2 97:22 102:1,12,15 106:23 135:2 143:12 144:8 152:4 153:1 164:21,23 165:1,3 166:18, 23 183:18,20 205:24 207:2 215:5,6 220:17 224:23 228:25 229:2 235:20 236:22 237:7 241:24

**recalled** 196:9

**receive** 48:6 59:6,8 122:20 125:1 126:9 129:6 134:23 141:4,18

**received** 59:8 122:17 125:3 128:16 144:17 162:22 163:6 182:25 240:9,10,12

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

**receiving** 32:2,3 59:15 111:7 143:5,12 144:8 162:24 175:9 232:25

**recent** 24:15

**recently** 20:25 98:21

**recess** 41:9 49:2 100:9 111:1 185:18 224:12 253:3

**reconstruct** 150:20,22

**reconstructive** 141:8,11, 13 142:10 153:5,16,24 177:23,24

**record** 4:5,18 5:25 6:4 19:19 24:2 30:12 41:8,11 44:20 48:22,24 49:1,4 56:6, 12 57:21 61:18 62:1 67:6, 20,24 68:23 70:11 71:16 73:10 74:23 78:15 79:6 81:7 86:4 89:6,25 90:3,18 92:10, 18,19,21,24 93:8,18,19,21 94:15,16,20,21 100:5,6,8, 11,19,23 101:13 110:25 111:3,7 121:17,18 143:6 152:21 155:17,18 168:15 171:14,15,21 185:12,13,17, 20,23 186:3 196:13 211:22 213:15 214:23 215:8 221:3 223:23 224:11,14 226:12,23 227:1,3,12,14,15,16 229:15 234:4,6,14 236:3 244:15 253:2,5 256:12

**records** 9:19 31:16 37:15 42:20 49:20,22,23 56:5 58:10 59:2,3 69:12 70:9 74:25 75:1 90:4 97:24 99:6, 7,10,11,14,16,17,25 101:8 104:13 109:3 120:20 155:16 162:21 166:10 171:16 183:10 186:3 192:6 196:7 197:23,24 198:8,10,21,22 199:18 201:2,11 205:25 214:13 215:1,21 216:2,15 217:11 218:11 219:2 225:15 226:8 228:11 233:8,15 234:1,12 248:13 249:8,9 251:21,25 252:1

**recovered** 47:5,8

**recovery** 47:15,16

**rectum** 70:3 196:14

**reestablish** 14:14

**refer** 228:11 232:11

**referenced** 100:15 141:21

**referencing** 183:17

**referral** 228:21

**referred** 11:3 131:1 168:9 217:14

**referring** 99:7 152:9 167:23 173:23 228:25

**refill** 131:25 132:1,3,5,7,9, 13

**reflect** 5:25 143:6

**reflects** 143:21 200:19

**reform** 141:9

**refrain** 59:25

**refresh** 186:9

**refused** 61:8

**refusing** 59:22

**region** 21:8

**regular** 25:16,20 215:22 216:8

**rehearsing** 172:18

**related** 63:1 68:16 126:11, 12 128:15

**relative** 193:7,11

**relatives** 193:10

**release** 76:4

**released** 29:9 72:19 75:22 76:7 78:3,10,21 130:18,20 131:5 146:7 247:9

**relevance** 23:19

**rely** 74:22 152:5 164:13 179:17

**remark** 72:9

**remember** 6:18 8:21 18:13 21:4,12,13 24:23 27:5 28:22 30:3 33:2 41:18 71:8,9 84:3, 6,9 93:2,3 108:11,15 111:10 120:4 125:21 129:19 131:9 142:13,14,24,25 143:5 158:3,8,9 162:5 167:15,16 168:18,21,22 174:22 177:21 178:2,5,22 183:8,12 205:10, 24 206:16,19 207:11 209:4

**215**:13,14,15 216:6,9,18,25 217:16 220:17 222:16 225:2,7,20,25 226:1,2,3,6 232:11 233:3,7,14,25 234:7 235:22 237:12 238:8 242:18 245:25 247:18,22 248:18 249:12,15,24 250:1,3,7,9, 11,16 252:15,18

**remembered** 242:3

**remind** 165:3

**removal** 122:1 231:4

**remove** 5:21

**removed** 212:16 213:5

**renal** 33:4

**rent** 19:1 239:21,23

**reoperation** 87:23 88:18 89:16 90:13,14

**repair** 196:15

**repaired** 35:5

**repeat** 147:1 200:7 201:25

**repeating** 226:15

**rephrase** 50:3 51:10 62:23 63:13 134:10 137:17,18 147:5 148:1,2,23 152:17 162:13 172:3 184:3,11,25 191:14 195:24 196:5 198:5 231:15 236:13,14 246:19

**replaced** 36:2 213:3

**report** 92:10,11 98:5

**reported** 37:18 69:13

**reporter** 5:4 23:1 30:12,15 48:16 65:23 66:2,5,11,15,19 81:11 82:8 134:18 165:23 172:14,21 185:24 204:11 235:14 244:15,17

**Reporter/notary** 5:9

**reporting** 225:18,19 226:14

**reports** 98:4

**represent** 50:15,18 51:12 53:23 54:25 58:2

**representation** 54:8,12

**representing** 49:10 58:2 154:21 237:23

**represents** 92:18

**request** 165:16 166:16,20 167:5 180:11 181:6,25 184:8 185:7 187:3,10 188:22 190:20,22,25 191:19 231:9 233:5 236:9,24 246:16 254:16,18

**requested** 59:16,20 180:12 183:3 251:6

**requesting** 135:20 143:20 183:6 188:23 189:1 200:18

**requests** 236:20

**require** 173:16,19 200:10

**requirements** 202:12

**resection** 196:14

**reserve** 100:24

**resources** 52:20,22 179:11 186:20

**respect** 157:21 161:9 183:1 233:1 236:9 255:20

**Respiratory** 197:2

**respitation** 90:12

**respond** 40:1

**responded** 27:20 197:20

**response** 93:7 143:8 144:8, 18 145:10 183:19 186:5 197:21,22 232:5,18 245:4,7, 8 248:16 249:11 252:15

**responsibility** 193:23 194:4 195:3,17

**responsible** 145:21 190:22 191:18,23 194:8

**responsive** 91:9

**rest** 16:17 107:7 225:23 229:3,7

**result** 27:12,22 142:24 159:7 210:18

**results** 72:1 214:21 215:17, 19 218:9,10,12,22,23

**resume** 76:8,11

**retained** 31:10 54:22

**retired** 192:22

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

retrograde 33:24

return 222:18

returned 215:19 216:20
219:8

reuse 239:14

reversal 28:11 35:19 39:10,
12,16,20 40:5 47:4,14 64:7
78:16 79:7,14 80:7,15 83:5,
25 84:7,22,25 85:1 87:11,
13,15,21 88:17,20 93:10
95:6 96:14,17,18 97:8,12
98:24 99:2 102:4 104:15
105:16 106:5,9 114:19
118:21,24 133:23 134:13,24
135:4,13,17 142:17,21
144:2,5 145:12 146:9,10,11,
14 147:11,12,17 148:16,22
149:2 152:13,19,23 154:25
155:13,19 158:6 159:2,8,24,
25 160:10,14,16,17 161:7,
12 162:14,17 163:12 165:8,
21 166:11 167:20 168:2
169:4,10 170:1,5,16,22
171:1 172:2,6,12 173:3,16
174:1,3 175:24 176:14
178:25 181:24 184:10,15
186:16 187:2 188:24 192:17
193:19,21 194:13 195:21
196:4,18 198:1 200:2,11,22
201:12 209:3,7,18 219:14,
23 220:12 221:23 222:11,12
225:1 231:9,16 233:6
236:12

reversals 203:10

reverse 85:15 86:15,17
104:20 106:2 143:18 168:12
177:22 200:16 203:9 204:3
232:20

reversed 36:5 79:11,17
84:24 85:9,10,11 86:7,15
87:8 131:2 146:24 148:5,7,
12 171:1,10 175:24 181:12
189:2 201:17 203:24 204:3
205:23 225:18,20,24
226:14,15 230:19

review 50:1,3,6,9 167:6
197:24 201:2 231:11
236:10,11,20

reviewed 49:19 99:18,19,
23 104:12 142:1 170:3
198:8 199:13,18 231:11

reviewing 100:1 237:11

reviews 134:6,9

RGC 107:9

Richardson 242:21 243:2,4

rid 229:7

ride 18:7 240:15,16

rights 14:18 241:17,19,23

ring 42:4 43:18,19 44:11
55:9 75:3,7 175:11,15 176:1
211:15

rings 42:8,13,24 43:5,7
44:12,17 104:6 176:13

rinse 108:21,23,24

risk 87:20,21 88:6,16 89:14
90:9,10 152:3 156:7 157:9
158:16

risks 87:13 91:4,6,11,21,25
102:21,23 103:19,20,22
156:10,17

risky 87:16 92:3 158:14

River 16:1

RN 144:21,23 188:18,21
190:11,16 231:25 232:2

Road 16:1

robbed 29:2,4

rock 124:8

roll 43:4

Ronald 168:16 228:22

room 38:9 40:11,14 59:13
72:25 75:19 76:22 77:12
79:5 81:3 83:2,4 124:18,20,
21 125:18,19 128:20
133:19,21 164:4 211:6
212:19,20

rude 30:14

run 108:3

run-ins 211:3

rushed 61:4

rushing 60:17,22 61:12
62:10

S

safety 15:14,15 18:10

satisfied 135:12 136:8

saved 240:1

say-so 172:9

scan 33:7 68:1 217:15
218:19

scans 217:7

scar 197:7

Scarber 4:24 40:8,13,16,17,
21 44:19 45:2,7 47:19
48:14,23 49:8,10 56:12,15,
19,22 61:21,24,25 65:21
66:6,17 67:3,7 73:4,13
74:10 81:17 86:2,20,22 87:1
91:1,19 92:7,8,16 99:17,22
100:6,13 105:4,9 110:17,22
111:5 115:17 116:6 127:6,
12 134:20,25 143:6,11
147:8 157:5 158:21,23
163:20,23 166:1 169:17,22
172:22 174:6,15,18 177:9,
20 179:22,25 180:3 181:17
185:12,14,22 188:3,4 201:6,
8,22,23 203:2 204:16,20,23
207:14 224:18,22 235:17
243:25 244:3,12 246:17,25
247:15,24 255:1 256:4,7

schedule 188:17,23,24
222:18

scheduled 121:19 166:13

school 14:20,22,25 15:4,5
16:1 17:9 18:8 202:9
255:22,23 256:2

scissors 208:2,8

Scouts 22:16

scraped 69:9 70:4 218:19

screen 110:15

screw 212:23

script 69:7

seal 175:12

sealed 43:5

sealing 107:17

Secretary 8:3 243:21

section 143:25

security 59:12,15 61:9

seek 50:15,17,21 53:7,8,10

seeking 51:7,11 229:22,23
230:11,15

Select 26:15 27:7 28:14

self-care 72:17 227:4

send 125:7 209:14 246:2,4
252:16,17,19

sensation 103:21 157:24

sense 73:25 82:13 119:21
146:20

sentence 90:5,6

separate 84:15

September 75:18

sergeant 42:11,12,20,22
175:4,5,6 177:8 253:13

served 244:8

service 187:4 188:22,23

services 4:13 135:21
180:12 181:2,6,25 183:3,7,
14,15 184:8,19 185:7 187:5
228:21

set 170:2

Severe 157:22

sex 76:17,25 77:4,6,8 78:1,
6,8

sexual 76:8,9 78:4

sexually 55:10 57:1,10
71:17,20 72:3,16,21 75:9,
10,13,20 76:2,23 77:4 78:1,
4,8,20 79:21 80:11,12,24
83:19 216:11

shape 60:20

sharp 98:10,12,13,15

sheriff 175:6 180:18,25
187:20,23

sheriff's 179:15 180:14

sheriffs 187:9

shit 59:24

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860

**shock** 30:2

**shooting** 30:17

**shop** 16:22 17:2,12

**short** 64:8

**shot** 28:25 29:1,12,13,22 30:23,25

**shots** 30:23

**Shovel** 22:10

**show** 43:25 44:4 56:6 67:20 72:11 152:21 156:21 157:12,21 171:15 183:21 184:4,12,18 187:13 188:6,9, 13 197:24 198:10 223:8,11 226:7 231:19 233:9,15

**showed** 44:22 68:4 153:18 175:15 177:19 189:9 199:14 215:25 228:20

**shower** 122:11,12

**showing** 146:2 189:6

**shows** 234:1

**sic** 4:8 8:2 27:16 41:8 90:12 127:8 162:15 203:10

**sick** 60:7 61:1 176:7 188:18 255:13

**side** 44:10 98:16 128:10 223:7,13,17,24

**sides** 223:23

**sigmoid** 68:4 93:13 95:8

**sign** 36:11 40:3 62:17 103:12,23 151:25 152:1

**signature** 232:4 237:4 238:2,9,12,16

**signed** 16:2 92:11,18 102:12,15,18 103:1,4,7,17, 25 144:18 156:8,11,12,15, 16,18,21 157:7,13,18,19,20 171:21 220:20 231:24 238:1,9 244:7

**signing** 158:9 237:11

**similar** 76:12 78:12 227:24

**simple** 161:21 188:5

**single** 247:7

**sir** 5:15,16,23 6:5,15 8:4,14

9:1,3,5,6,18 10:19 11:15 12:1,3,19 13:16 15:16,20,22 16:9,12 17:15,19 18:13 19:3 20:9 22:1,16 25:2,12,13,20 26:5 27:8,23 28:3,5,12,22 29:21,25 30:9,16,18 31:5,7, 9,11,13 32:1,9,12,17 33:2,5, 9,13 34:5,19,22,24 36:22,25 38:22 39:3 46:24 47:3 48:4, 6,10 49:18 50:12 51:18,20 53:2 55:21 56:1 58:20 60:3 71:22 72:3 76:3,10,15 78:25 81:5 82:24 83:9 85:11 86:10 87:10 90:21 91:22 96:15 102:7,11 104:11 106:21,24 121:5 126:2,19 127:2 129:1 138:9 141:19 143:13 144:12 147:10,22 148:4 155:12 157:12 159:10 162:20 163:19 167:17 172:14 178:2,23 190:24 192:18,20 193:25 197:12 201:21 206:7 213:23 221:6 222:1,2 229:16 231:6 232:7,11,24 235:14 236:22 238:21 241:22 242:5 244:11,25 246:8,10 249:21,24 252:25 253:16

**sister** 12:6 240:20

**sister's** 193:3 241:10,11

**sit** 113:18 118:6 183:23 184:4,21 218:21

**site** 15:13,15 18:10 27:2 104:5 171:19

**sitting** 233:18

**situation** 54:18 60:4 61:13 64:21,24 65:9,25 71:3 76:19 77:21,22,24 155:8 203:8

**six-month** 17:23

**size** 107:10,11

**sketch** 14:19

**skin** 43:23 107:8

**slander** 198:17

**slightly** 59:18

**smaller** 213:6,9,24

**smell** 109:21 124:11,12 126:8 137:22 255:14,15,16, 17

**smelled** 124:12 138:1,4,5

**smelling** 107:16 123:23

**snow** 20:14 22:10,11 231:4

**snowing** 20:25

**soft** 197:5

**sold** 73:11

**sole** 141:17

**solely** 186:14

**somebody's** 30:20

**son** 241:15,17

**sooner** 64:25 66:13 67:9

**sort** 27:12 35:19 41:16

**sought** 31:22 55:8,16,19,22 56:2 231:8

**sound** 32:21 38:11 47:1 55:19 56:3 62:2 81:4 121:3, 9 122:3,21

**sounds** 55:15 56:4 74:11 76:19 121:6

**source** 240:5

**sources** 47:21

**South** 4:10

**Southern** 4:16

**Southfield** 26:17

**space** 44:11

**spasms** 176:4 212:5,7

**speak** 40:12 54:2 113:1,4,6 114:6 142:11 232:12 236:3 237:15

**speaking** 23:25 169:18 201:7 207:23 237:8

**speaks** 40:11 186:18

**special** 133:1

**specialist** 38:19

**Specialists** 26:15 27:7 28:14

**specific** 8:22 108:15 115:1 117:6,7,17 118:7 121:9 135:11 186:24 206:1

**specifically** 87:19 88:12,16

114:1,14 117:9 118:10 119:3 135:3 136:2 142:12 155:17 180:4 181:13,18 184:5,13 186:12,25 188:15 190:25 200:15 203:10 207:11 222:17

**spell** 13:7 240:24

**Spencer** 4:14,21,22 36:24

**spend** 237:1 241:9,14

**spent** 29:18 163:24

**spleen** 197:10

**spoke** 42:20 59:5,20,21 168:13,21,23 171:13 190:3

**spoken** 193:18 194:1,23

**squeeze** 122:7

**St** 8:25 9:19,24 22:4 23:6,9 25:4 29:19 31:21 32:8,14, 18,24 34:13 38:13 41:20 46:5,10,17 69:11,15 108:16 126:7 142:22 193:24 204:6, 7,8,25 207:7,10,22,24 208:7 242:21 243:3,4,6,7 248:6 249:9 251:25 252:13,23,24 254:4

**stabbed** 29:12 30:22

**stabbing** 29:6,8,19

**staff** 59:14 105:19 134:22 167:13 181:1 208:17,22 209:1

**stall** 124:11

**stamps** 48:6,8

**stand** 67:6 74:24 238:21

**standard** 132:24 133:1 228:3

**standardly** 133:4

**standpoint** 98:1 137:14 201:12

**stands** 166:15

**star** 208:12

**start** 28:7 77:18 127:8 130:11 160:21,22

**started** 16:12,13 20:18,22 50:25 51:11,15 52:6,8,10,12 54:15,17,18 62:6,15 63:11

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

161:1 239:11

**starting** 90:7

**state** 5:20 6:4 7:3,18,20 8:3, 10,17 9:7 13:12,13 20:8 28:7 48:9 155:18 180:20 243:19,21

**stated** 59:6,8,21,23 141:5 205:25

**statement** 44:20 94:6,7

**statements** 93:25 94:4

**states** 4:15 72:12 141:6 186:24 226:12 228:22

**stating** 59:14 166:17 185:6 199:22

**station** 29:13 30:4 59:13

**stationed** 34:14

**status** 68:3 198:11

**stay** 10:24,25 110:14 124:5 241:12

**stayed** 11:22

**staying** 10:9,10,15,23 19:1 22:13 33:7 129:9

**STD** 32:6 55:9

**STDS** 55:11

**step** 143:14,16 145:9 232:18 234:1 245:2,6,9,12, 22 246:1,3 247:7,16

**steps** 14:14 247:3

**STI** 55:12,16,19,24 56:3 76:22

**stimulus** 48:2,7 240:5,7

**stint** 50:23

**STIS** 55:11 215:23

**stitches** 31:6 211:7

**stock** 120:24

**stom-** 160:2

**stoma** 35:8 43:16 44:7,10 104:5 107:4,6 121:25 125:10 208:2,6,11,14 223:9

**stomach** 42:2,9 43:2 57:7, 8,11,14,17 60:8 61:16 80:17 99:1 125:13 126:6 128:10,

11,22,23 129:5 150:13 159:16 160:15,18 175:16 211:4 217:4 221:15 223:7

**Stone** 190:12

**stop** 17:24 89:1 90:16 110:23 115:3,11,12 140:4

**stopped** 18:1 43:9

**stopping** 40:5 66:7

**straight** 107:7

**strategy** 164:14

**straw** 211:2

**street** 4:10 9:6,13 11:14 241:5

**strike** 5:24 85:20 86:20 88:9 89:3 92:7 93:6 106:11 158:21 161:7 164:12 170:22,23 201:22

**stroke** 87:22 88:17 89:15 90:11 157:25

**strong** 88:21 89:21 92:6 93:5

**structure** 141:8,10

**structures** 87:24 89:17 90:15

**studies** 199:13

**stuff** 43:2,20 69:9 95:18 107:16 109:20 110:10 117:9 119:2 134:15 154:11 159:23 160:18 161:8 167:13 174:4 198:22 211:7 227:8,23 230:20 232:15 247:23 252:13

**subject** 27:25 169:20

**submitted** 166:11,20 190:20

**submitting** 167:4

**Subrina** 144:21,23 145:5,6, 7 231:24 232:2

**subsequent** 100:15 236:9

**sue** 73:5 145:5,6,13

**sued** 58:4 73:9

**suffering** 219:4 229:25 230:2

**suggest** 191:21

**suing** 58:8 73:15,21 74:1,4 154:7,12,15,17,23 155:2 184:6

**Summary** 143:14,16

**supervisor** 59:10 61:9

**supplied** 43:5

**supplies** 41:22 42:21 106:25 107:25 108:1,2 109:1,3,8,11,12,16,25 111:6,9,14 112:11,17,18,24 113:13 114:8,15,25 115:12 116:12 117:4 118:25 119:3, 5,10,23 120:22 121:11,20 125:4 130:9 131:5,7,16,20 132:11 133:16,18 139:7 163:6,8,18 164:4,6 173:23, 24 175:9 207:21,24 208:16 211:14 242:23 243:1

**supply** 108:17 111:19,21 112:6 114:3 211:4

**support** 18:25 213:21

**supportive** 229:12

**supposed** 35:6,7,8,18 68:24 69:1,2,22 70:2 108:23 131:24 212:8 249:1 252:17, 19

**surgeon** 34:10 220:3

**surgeries** 87:15 158:13 222:22

**surgery** 28:11 31:3 32:7,10 33:8 34:8,13,18,21,23,25 35:2,24,25 36:1,3,12,13,19 37:2,24 38:9 39:20,23 41:21 42:1 45:12,13,23,24,25 46:2,9 47:4,8,13,14 49:25 67:15,16 68:22 83:16 88:3 89:19 92:2 101:24 102:5,9, 13,19 103:2,17,24 114:19, 20 115:3 118:21,24 128:11, 22 135:16,18,21,23 136:6,8, 9 140:6,7 141:7,9,11,14 142:9,10 143:19 144:2 150:25 151:7,17,20,22,24 152:2 153:5,16,25 155:19 156:6,13,14 157:14,21 158:15 159:5,11,14,19,24 160:9,23 161:2,12 162:14 167:7,11 176:22,25 177:22,

24 179:11,16 180:13 181:3 182:13 184:20 185:8 187:6, 9,10 192:16,17 200:18 209:3,7,19 210:6,8,14,20 211:5,18 213:13 214:2,10 219:14,23 220:18,20 222:13 223:2,4 234:8 246:16,23 247:5 249:18 250:5

**surgical** 96:22 141:7,9

**surrounding** 87:24 88:19 89:17 90:15

**suspected** 93:14 95:9 99:6

**suspended** 8:19,20 9:4 12:7,12

**suspension** 18:6

**sustained** 126:5

**swear** 5:5 213:2

**sweats** 60:9

**sweeping** 16:23

**swelling** 197:7

**Swift** 206:11,15

**sworn** 5:8

**syndrome** 37:6 69:4 70:6 214:22 215:15 217:5 218:16 219:7

**syringe** 212:18,19,22,25

**system** 63:16 64:1,15 66:22 70:13 88:1

---

**T**

**table** 123:11 139:13

**tablet** 248:14,21,22 249:3, 19 250:19,20,22 251:24 253:19,23

**taking** 4:7,9 59:24 166:5 174:13

**talk** 25:24 33:15 35:13 36:10 38:5 133:22 164:25 168:6 172:17 177:8,12,15 188:7 196:12 211:19 228:4,6,9

**talked** 36:9 38:3 39:13 40:7 54:10 81:6 83:14 99:9,13 106:5 110:8 124:2 133:13, 14,16,17 151:25 162:21

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

164:8,19 168:6 175:19,20,
21 176:15,18 178:1,19
180:6 181:1 182:17 195:12,
13 198:12 199:12 209:15
211:20 222:12 225:4,7
242:10 243:1 255:7,8

**talking** 32:22 36:24 46:5
53:24 60:3 65:25 71:10,16
74:6 79:20 80:20 86:14
94:13 99:10,18 100:2 105:1,
21 106:1 107:21 108:12
109:13 111:6 113:20,23
114:24 118:17,19,22
120:10,16 149:17 160:4
163:10,11,12,24 164:21
165:1 168:17 180:24 182:6,
24 185:2 187:16,17 196:9
201:10,11 204:25 207:12
214:3 216:19 217:1 230:13
234:7 243:19 250:12 251:19
252:10,12

**talks** 186:15

**tampering** 23:4 24:10

**taught** 139:9 239:10,11

**taxes** 19:17,18,20

**technical** 134:10

**technician** 4:9

**telemedicine** 178:9

**telephone** 23:4 24:10

**telling** 89:12 92:19,24,25
93:3 112:7,17 114:7,9 122:4
147:19 148:13 161:5 162:6,
11 182:25 188:8 196:21
215:10,13,14 225:22 234:10
235:1,20 236:8

**tells** 150:8 184:5

**temporary** 35:6,7 36:14

**ten** 24:6,7,13 121:23

**tend** 83:20

**tenderness** 197:9

**terms** 150:6 173:22

**terrible** 124:13

**test** 12:21 61:3 69:8 217:7
218:6,19,21 221:4,5

**tested** 69:2 220:2,12

**testified** 5:9 22:17 64:8
65:13 74:16 110:6 142:6
171:8,11 174:25 181:18
209:2 227:22

**testify** 65:15 74:18

**testifying** 92:17 101:5

**testimony** 50:1,3 51:2
54:14 63:23 74:22 97:24
104:3 142:2 160:10 169:8,
13 170:5,24 208:25 210:11
252:6

**tests** 214:21 215:16 219:24
220:10,20,25

**thing** 12:20 17:7 19:14 40:4
41:24 78:14 85:5 90:2 103:8
110:12 111:18,22 137:22
150:14,17 175:14 176:9
179:5,9,12 181:9,10 198:15
202:3,17 207:23 208:3
212:17 213:20,23 221:23
222:12 223:1 237:17 239:15
248:9

**things** 19:18 22:9 63:11
68:19 73:19 74:5,6 88:14
90:17 92:12 102:21 112:13
130:16 138:19 140:21 158:7
164:21 174:10 199:19
218:15 229:19 242:25

**thinking** 65:6 119:19
160:24 172:17 247:22

**thinks** 202:13

**thought** 11:21 37:6 54:14
65:13,16 73:8 74:16 85:12,
24 86:5,12 87:2 99:23
119:19 121:7 122:23 123:2
131:14 171:5 190:7 204:21,
22 214:18 222:14 226:24
240:20

**thousand** 13:19 19:11
204:14

**three-step** 246:14,21

**thumbnail** 14:19

**till** 130:12

**time** 4:7 8:9,12,13,14,16
10:1,5,9,22,24 11:23 14:17
20:4 21:14,20 25:14,18,20
27:19 32:13,24 34:14 35:23
37:11 38:8,24 39:15,22

43:1,20 54:22 55:9 57:6
60:13,18 61:11,15 62:23,25
63:17 64:20 66:24 67:12
68:13,22 69:17 71:15 75:2
79:9,10,14 80:6 81:8,14
83:4,12 84:3,9 86:10 89:1
93:14 95:10 96:11,16,21
97:10,14 98:1,21 102:3,4,9
107:15 108:1,2,4,11,15
109:1,18 110:2 111:12
112:20,21 113:17 118:25
121:8,23 122:4 128:21
130:12 131:24 132:1,2,3,10,
17 137:7,10 140:5 161:24,
25 162:9 163:7,8,24 166:13
97:9,14,16 171:18 172:1
173:13 174:7 175:22 176:14
177:7 179:5 186:1 193:7
196:21 198:17,25 207:15
208:19,23 211:4 212:4
215:23 216:14 217:2,3,6,18
218:6,18 219:13 222:3
224:9,17 233:3,7 235:16
236:6,7,17,22 237:1 241:9,
10 243:21 244:1 245:15
249:21 250:4,6,7 252:17

**times** 27:4,5,6 31:17 32:18,
20,21 33:2 34:1,4 38:5
42:17 84:6,8 102:4 108:20
112:18 119:1 122:13 127:16
129:9 141:1 164:19 216:23
222:8 229:4 255:13

**tips** 17:11

**tired** 122:22

**tissue** 242:23

**today** 28:1 92:17 113:18
118:6 131:21 169:8,13
170:5 183:23 184:4,12,21
235:5,12,18 236:8,24
238:14 240:14,18,21 243:14
244:1

**today's** 49:19 166:14

**toilet** 242:23

**told** 11:14 18:18 26:20
27:18,23 28:14 35:7,11,12,
18 36:7,8,14 37:4,7,15,25
38:3 39:19,22 42:9,25
43:11,18,20 47:6 59:9
60:24,25 61:5,6 69:2,3,6,14
70:2,5,6,7,10 71:22,23
87:15 88:2 91:5,13,25 92:2

98:6,25 99:1 103:8 106:4,17
114:14 115:22 116:25
118:10,20 119:9 125:10
135:2,15 136:9 146:12
149:3,4,8,14,18,21 158:19
166:16 168:11 175:10,13,23
176:16 179:9 180:7,24
181:13,18,24 183:25 184:7,
13,24,25 186:13,25 196:21
198:17,25 210:8,9 211:6,21
212:6,20,25 214:20,22
215:16 216:10 217:5,9
218:5 219:25 220:5,9,16
234:24 248:12 249:3,17
250:4,19

**tooken** 8:2

**top** 20:1 129:13,15 130:1
157:12

**total** 129:17 255:17

**touch** 39:25

**tract** 37:5,6,9,13 69:13,15
71:18

**trained** 38:16 255:10

**training** 18:24

**transferred** 46:25

**transmitted** 55:10 57:1
71:18,20 72:4,16,21 75:9,
10,14,20 76:2,23 77:4 78:1,
4,9,20 79:21 80:11,12,25
83:19 216:12

**transportation** 18:2

**trauma** 81:3 128:17,18,21
129:3 133:20 159:12,16
160:25

**treat** 38:17 63:21 67:2 74:20
163:1,5

**treated** 64:6 74:19 124:20
125:5,17 128:20

**treating** 173:21

**treatment** 28:8 31:23 35:10
55:8,16,19,23 56:3 58:7
60:12 62:11 63:25 64:5
68:16 125:1,3 133:22
162:22,25 163:6,9 166:15
167:6 178:17 193:16

**trial** 46:23

**triangle** 208:12

**trick** 238:10

**trouble** 7:19,23 212:5
213:10,14 242:12

**true** 92:24 93:19 94:1,6,7,
10,12,14 145:3 146:4,5
231:14 234:3,15

**truth** 189:16 213:17,20

**truthful** 237:17

**truthfulness** 94:5

**tube** 212:8,9,10

**turn** 12:10 40:24 157:8
205:16 232:17

**turned** 85:13,23 212:22

**turns** 86:6,13 87:3

**two-week** 107:22,24

**Tylenol** 59:15

**type** 5:17 13:14 22:12 46:1,
16 75:13 76:20 77:20,24
78:2 150:16 160:11 161:6
173:24 176:18 180:11 181:1

**types** 140:23

— U —

**uh-huh** 10:8 14:10 25:9
30:5,7,11 33:5 46:8 51:6
52:5 68:14 70:23 71:2
97:21,23 106:19 111:16
118:9 124:19 126:2 134:2
135:7 142:5 143:23 144:7,
10,13 158:2,13 161:4
162:18 171:23 177:11
178:4,23 183:16 191:20
196:25 199:16 216:19
218:3,5 228:14 232:22
236:18 242:5,16 256:3

**uh-uh** 30:11 71:22 120:5
142:11 150:12

**ultimately** 62:17 63:10,25
85:7 86:7 87:7 107:11 123:4
142:16 154:13 191:22 229:6

**ultrasound** 33:4

**unable** 47:6 140:2,5

**uncomfortable** 137:9
230:8

**undergo** 97:7,11

**undergoing** 157:14 193:20

**understand** 7:2 24:3 46:7
51:8 65:4 75:12 77:1 82:10,
14 89:10 95:15 102:18
103:18,22 134:19 135:22
147:7,25 148:4,8 150:11
153:21 170:12 172:10
194:11 202:11 203:1 241:18

**understanding** 35:13
74:11 78:6 96:3,5 102:23
104:2,12 141:20,23,24
146:23 147:2,10 153:13
191:11 218:13 223:19
229:21

**understood** 152:2 156:10,
11 189:18

**underwent** 93:12 95:7,20,
22 96:7

**unemployment** 48:3

**unit** 129:17,18 205:7
208:18,22

**United** 4:15

**unlawful** 22:24 24:9

**unmasking** 5:20

**unnecessary** 144:4

**untruthful** 92:20,23

**upset** 62:5 104:14,16
166:16 212:17 213:2 225:5,
9

**ureter** 87:25

**urethra** 87:25

**urinal** 37:5,6,9,13 69:13,14

**urinary** 71:18 93:15 95:11
96:10

**urinate** 212:7

**urinating** 69:16 71:4 176:3

**urine** 70:25 71:5,19 216:6

**urogenital** 216:5

**urologist** 93:15 95:10
96:10

**urostomy** 38:17

**usual** 121:21,22

**utilization** 236:10

**UTIS** 196:17

— V —

**vague** 201:4

**Vaguely** 168:19

**valid** 12:17 60:17

**vehicle** 9:2,3

**verbal** 209:9,12,16

**verbally** 172:18

**verify** 101:6

**Vermont** 10:15,16,17,18
11:13,14,21,23 12:1

**version** 218:10,13

**versus** 4:12

**video** 4:9 44:22 82:12 142:4
185:25

**video-recorded** 4:6

**viewing** 4:22

**vigorous** 202:10

**visit** 39:4 79:5 80:16 99:8
100:16 101:21 121:20 168:9
178:9 196:8 234:24

**visited** 79:16 80:10

**visiting** 29:14,16

**visitor** 215:22 216:8

**visits** 41:15 68:11 83:19
101:23 217:18 221:20

**vomited** 255:14

— W —

**W-2S** 19:14

**wafer** 120:25

**wafers** 121:21,22

**wages** 230:22

**wait** 47:20 66:6 83:9 90:23
100:4 109:10,18 126:22

127:1 170:9 188:17 218:22
221:3

**waiting** 109:19 211:18
215:16 240:10,12

**walk** 139:24 140:2,5,8
146:21 235:4

**walking** 140:4 255:8,20

**wanted** 16:17 27:17 46:12
52:18 53:13 59:9 61:5 120:8
121:9 123:4,6 124:1,5
125:20 132:21 133:23,24,25
134:4 139:5 149:3,6,21,22
150:4,19 151:6,9 152:2
161:10 166:6 177:8 204:3

**warehouse** 122:18

**warranted** 201:13

**wash** 108:22

**Washington** 18:24 19:2,9
20:7,19 21:2 238:22,23,25

**Washington's** 19:4 20:4

**Washtenaw** 15:3,10,19
18:10

**wasted** 119:2

**watch** 181:5

**watched** 142:3,4

**watching** 135:19

**Waters** 125:7,8

**Wayne** 25:7,8

**wear** 65:1 66:14 67:10

**wearing** 66:1 90:24 221:18

**Webber** 79:18 83:15 84:4
87:9,11,12,19 88:2 90:17
92:2,11,17,20,22 93:4,8
94:2,6,8 96:14,17,22 97:8
98:17,21 99:2 100:2,16
101:22,24 102:3 128:12
146:7,13,17 151:6,9,21
156:9 159:3,24 162:11
192:17 219:14 221:12,14
222:14,18 234:24

**Webber's** 92:9 93:18
101:10 234:10

**week** 27:3 42:15,16,17,25
43:8 51:17 108:24 109:11
115:13 141:1 175:11 217:12

Deposition of
KOHCHISE JACKSON

JACKSON V. CORIZON HEALTH, INC.
March 22, 2021

250:13

**weekend** 50:10 99:19,24
100:2

**weeks** 43:9 107:13 110:1,10
115:21 122:8 132:2,5

**weight** 122:10,12

**Weights** 140:18

**West** 10:4,14,18 11:18,22

**Wilkinson** 124:2

**Willis** 4:19 5:14,25 6:3 23:5,
20,21 24:5,16 40:10,20
41:3,13 44:3 45:6,10 48:11
49:14 56:10,14 86:1,25
104:24 105:3,8 110:15
115:15 116:22 156:23 157:3
166:3 174:9 179:24 187:17,
20,24 188:2 203:18 204:18,
21 207:18 224:16 242:7
243:5,8,10 248:3 252:4,5,
21,24 253:7,9,15 254:20,23
256:10

**Willis's** 140:10

**Wilson** 242:19 243:4

**wipes** 122:1

**wondering** 137:10

**Woodward** 241:8

**word** 67:4 128:17 147:9
163:5 187:20

**words** 35:1 46:14 82:1
189:20 192:10 201:20
225:13

**work** 16:4 17:4,5,8 18:25
19:9 20:11,16 21:1,3,8,11,
15,23 22:12 42:10 47:6,12
48:15 81:21 101:15 111:24
112:13,25 113:14 120:17
121:8 140:12 144:25 231:2,
3,4 239:5,9

**worked** 16:21 19:22,23
20:4,7,20 21:25 58:18,19
102:6 105:19 120:25 123:3
132:16 239:7,10 243:11

**workers'** 28:4

**working** 16:5,12 18:22
20:18 21:2 120:2 123:3
175:13 241:21,22 255:7,21

**workouts** 140:14,23

**works** 58:18 144:23 145:1

**worn** 109:21

**worried** 88:22 136:10

**worry** 85:18

**worse** 64:9,11

**would've** 254:2

**wound** 38:19 81:3,6 83:14,
20

**wounds** 31:4

**wrap** 166:2

**write** 51:16 94:2,3 134:15,
18 177:16,17 210:4,6
235:16 245:3,6,9 248:20
250:24

**writes** 93:8

**writing** 182:25 209:10

**written** 58:24 59:5 94:25
198:3 226:4

**wrong** 60:14 61:2 63:7 67:4
83:10 102:22 108:2 111:18,
22 112:11,23 113:13 114:3
158:7 171:1 203:13 209:21
219:1,24 225:13 235:21

**wrote** 134:21,22 135:1
210:5 246:6 247:8 248:12
249:3 250:20 253:24

**X**

**X-RAY** 217:14

**X-RAYS** 106:22 125:9
133:15 164:2 173:25

**Y**

**yard** 107:19 108:10 122:9

**year** 13:23 19:14 21:16,18
26:1,3 29:7,9,18 84:11
250:12

**years** 6:20 8:21 14:2 18:21
19:11 21:14 24:6,7,13 34:3
51:21 68:1,21 69:25 77:13
159:13 196:11 228:23
232:12 235:20 238:23,24

249:25 250:11

**yell** 59:12,14,25

**yelling** 59:11

**you-going-to-the-
bathroom** 255:16

**young** 88:24 89:22 91:5
92:6 93:4 225:22

**younger** 88:4

**youthfulness** 225:18
226:14

**Z**

**Zoom** 4:22,23

THE SULLIVAN GROUP OF COURT REPORTERS - 323.525.3860