On 12/21/2016 6:23:41 AM Timothy Bunch wrote:

There is a box of medical supplies on the F-pod officers desk for this inmate. Per medical he can change his own medical needs but this box DOES CONTAIN SCISSORS, which he should not be left with unattended.

On 12/21/2016 9:22:31 AM Kevyn Sawdon wrote:

Per Sgt. Labeau, this subject is treated just like any other lock-down. Will remain locked in his cell until deputies can accommodate his cat-walk time. Inmate has continuously told deputies his door is allowed to stay open. He appears to be messing with his catheter as well, as he complains it has been leaking and he needs to change all his uniform, boxers and socks due to urine. Per Lpn. Missy subject was given an adhesive to apply to his catheter and colostomy bag to help seal any leaks. He was approved to keep on his person.

On 12/22/2016 3:08:29 PM Colleen Dewan wrote:

Inmate does not require medical lock down at this time. If the inmate has any issues, concerns or complaints about his medical equipment the inmate will need to be placed on medical lock down again.

On 1/1/2017 9:57:51 AM Joseph Biscarner wrote:

Jackson refused his medications, at AM med pass.

On 1/2/2017 2:27:41 PM John Ashford wrote:

0100217 Inmate seen doing push ups this date 1425hrs. This noted in case of injury occurs. ASHFORD

On 1/5/2017 8:53:27 AM Bradley Curtiss wrote:

Inmate was seen by medical this morning referencing issues that he is having with his bags. Inmate stopped me as soon as I got on asking for new bag and seal. Inmate was unhappy with the fact that we didn't have the supplies that he needed at the time and had to wait for medical to respond with correct supplies. Nurse responded to E pod and made him aware that they could not order supplies as fast as he was using it. She advised that they will give him a limited number of supplies at the officer station and that he needs to make these work. After much debate, inmate appeared to understand that he would have to contact his people to get more supplies then what the nursing staff could supply him.

On 1/20/2017 1:36:42 PM Kent Porter wrote:

Sergeant Labeau received two kites, one of them from inmate Justin Pelka (164571), stating that Jackson was rock bossing in E A-lower. Per Sergeant Labeau, Jackson was moved to F pod. Keep ways were added.

On 1/22/2017 10:39:43 AM Tim Heiden wrote:

Per Sgt. Labeau inmate placed on admin L/D because of continuous complaints of his smell. Moved to F/B/U/02