

**OFFICE OF SHERIFF**

# County of St. Clair, Michigan

200 GRAND RIVER, PORT HURON, MICHIGAN 48060
1170 MICHIGAN ROAD, PORT HURON, MICHIGAN 48060
(810) 987-1700

**TIM DONNELLON**
Sheriff

**THOMAS BUCKLEY**
Undersheriff

# INMATE/DETAINEE LOCKDOWN REVIEW

Inmates on administrative lock down, medical lock down, or protective custody will have a review by the On-Duty Sergeant when the following are met:

The first review will be within 3 days of placement in lock down. Subsequent reviews will be once weekly for the next eight weeks. If the inmate/detainee is still on administration lock down or protective custody, the reviews will be every 30 days thereafter. Inmates/Detainees will be given a copy of each review, with the original to be placed into the inmate/detainee file and a copy to be placed in a binder kept in the housing sergeant's office.

| Last Name | First Name | Number | Last Review Date | ICE / FED / SCC | Today's Date |
|-----------|-----------|--------|------------------|-----------------|--------------|
| JACKSON | KOHCHISE | 162145 | XXX | SCC | 1-22-17 |

**Sergeant/Inmate/Detainee Comments:** INMATE PLACED ON ADMIN L/D AFTER NUMEROUS COMPLAINTS AND MANY MOVEMENTS THOUGHOUT THE BUILDING. THERE IS CURRENTLY NO ALTERNATE HOUSING AVAILABLE AT THIS TIME

**Sergeant Decision:** PLACED ON ADMIN L/D

| SERGEANT | SGT LA BEAU | NEXT REVIEW | 1-24-17 |
|----------|-------------|-------------|---------|

| 3 day | 1 | 7 day | 1  2  3  4  5  6  7  8 | 30 day | 1  2  3 + |
|-------|---|-------|------------------------|--------|-----------|

| VOLUNTARY LOCK DOWN | YES  /  (NO) | P.R.E.A. RELATED LOCK DOWN | YES  (NO) |
|---------------------|--------------|----------------------------|-----------|
| COMMENTS ENTERED | (YES)  /  NO | | |

| Date removed : | | Cleared by: | | SGT | |
|----------------|---|-------------|---|-----|---|