
**COUNTY OF ST.CLAIR**


# AMENDMENT #1

Operating Agreement

Between County of St. Clair, MI (County) and Prime Healthcare Services – Port Huron, LLC.

**Date:** October 19, 2016              **Document:** Agreement Extension

The County and Prime Healthcare have agreed to extend the current Personal Service agreement dated December 17, 2013 and expiring on December 31, 2016, on a month to month basis. All other terms and conditions will remain the same.

**FOR PRIME HEALTHCARE:**

BY: _____              DATE: 10/27/16

**FOR THE COUNTY:**

BY: _____              DATE: 11·3·16
Karry Hepting, Administrator/Controller