**Tracy DeCaussin**
**03/19/2021**

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE EASTERN DISTRICT OF MICHIGAN

3                     SOUTHERN DIVISION

4

5     KOHCHISE JACKSON,

6              Plaintiff,

7      vs.                              No. 2:19-cv-13382
                                        Hon.: Terrence G. Berg
8                                       Mag.: Patricia T. Morris
      CORIZON HEALTH, Inc. et al,
9
               Defendant,
10    _____/

11    PAGE 1 TO 18

12

13         The Deposition of TRACY DeCAUSSIN,

14         Taken at 737 Woodlawn Ave,

15         Jackson, Michigan,

16         Commencing at 1:31  p.m.,

17         Friday, March 19, 2021,

18         Before Melinda R. Womack, CSR3611.

19

20

21

22

23

24

25



Tracy DeCaussin
03/19/2021                                    Page 2

```
 1    APPEARANCES:

 2

 3         MR. IAN T. CROSS  P83367

 4         Margolis, Gallagher & Cross

 5         214 S. Main Street

 6         Suite 200

 7         Ann Arbor, Michigan  48104

 8         (734)994-9590

 9         ian@lawinannarbor.com

10         Appearing on behalf of the Plaintiff.

11

12         MR. DANIEL R. CORBET  P37306

13         Corbet, Shaw, Essad & Bonasso, PLLC

14         30500 Van Dyke Ave.

15         Suite 500

16         Warren, Michigan  48093

17         (313)964-6300

18         daniel.corbet@cseb-law.com

19         Appearing on behalf of Defendant Prime Healthcare

20         Services and Colleen Spencer.

21

22

23                    Appearances Continued. . .

24

25
```



1    MR. DELVIN SCARBER   P64532

2    Chapman Law Group

3    1441 West Long Lake Road

4    Suite 310

5    Troy, Michigan   48098

6    (248)644-6326

7    dscarber@chapmanlawgroup.com

8    Appearing on behalf of Defendants Corizon Health,

9    Inc. and Keith Papendick, M.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Tracy DeCaussin**
**03/19/2021**                                                **Page 4**

```
 1                        TABLE OF CONTENTS

 2   WITNESS                                                  Page

 3

 4   TRACY DeCAUSSIN

 5

 6       EXAMINATION BY MR. CROSS:                      5

 7       EXAMINATION BY MR. CORBET:                    13

 8       EXAMINATION BY MR. SCARBER:                   16

 9

10

11

12                        INDEX TO EXHIBITS
                             (None Marked)
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   Jackson, Michigan

2   Friday, March 19, 2021

3   About 1:31 p.m.

4                   VIDEOGRAPHER:  We are on the record.

5        This is the video deposition of Tracy DeCaussin being

6        taken virtually through Zoom.  Today is Friday, March

7        19, 2021.  Time on the record is approximately 1:31

8        p.m.  At this time, will the attorneys please

9        identify themselves and affiliations for the record

10       and then our court reporter will swear in the

11       witness.

12                  MR. CROSS:  Good afternoon.  Ian Cross

13       for the plaintiff, Kohchise Jackson.

14                  MR. CORBET:  Good afternoon.  This is Dan

15       Corbet on behalf of Colleen Spencer and Lake Huron

16       Medical Center.

17                  MR. SCARBER:  Good afternoon.  This is

18       Devlin Scarber on behalf of Corizon and Dr. Keith

19       Papendick.

20                  MR. SHOUDY:  This is Todd Shoudy on

21       behalf of the witness and St. Clair County.

22                     TRACY DECAUSSIN,

23   having first been duly sworn, was examined and testified

24   on her oath as follows:

25   EXAMINATION BY MR. CROSS:



**Tracy DeCaussin**
**03/19/2021**                                              Page 6

1   Q.   Good afternoon, Ms. DeCaussin.  Did you have the

2        opportunity to review any documents in preparation

3        for today's deposition?

4   **A.   I did.**

5   Q.   What documents did you review?

6   **A.   The contract that was viable at the time in question.**

7   Q.   Okay.  I'm going to show you a document.  Is this

8        contract the contract you reviewed?

9   **A.   Yes.**

10  Q.   I take it you recognize it?

11  **A.   Yes.**

12  Q.   And I see that the contracting parties are the County

13       of St. Clair and Trinity Health Michigan, d/b/a St.

14       Joseph Mercy Port Huron.  Do you know if Trinity

15       Health Michigan ever assigned its rights and

16       responsibilities under this contract to another

17       party?

18                    MR. CORBET:  Form and foundation.  Sorry.

19       Go ahead.

20  **A.   I do know that Trinity Healthcare was assumed at some**

21       **point under Prime Healthcare, I believe.**

22  Q.   (By Mr. Cross, continuing) Do you know when that

23       occurred?

24  **A.   I do not know the exact time.**

25  Q.   Okay.  Do you know who wrote this contract?



1   A.   I do not.

2   Q.   Did the County -- well, all right.  I'm going to

3        direct your attention to, I believe it is attachment

4        one, the scope of contracting services.

5             MR. CORBET:  Ian, let me just put a

6        continuing objection here since I'm not as intimately

7        familiar with this contract as Ken Willis is.  Ken

8        Willis is on vacation.  My objection, because I

9        noticed that the expiration date is December 31st,

10       2016, so it might not apply to 2017.  It certainly

11       might.  I'm not saying it does or it doesn't at this

12       point in time.  Please continue with the deposition,

13       but I just wanted to preserve that because Mr. Willis

14       is probably better able to answer that right now.

15  Q.   (By Mr. Cross, continuing) All right.  So see where

16       it says this attachment one scope of contractor

17       services?

18  **A.   Yes.**

19  Q.   See where it says healthcare services, SJMPHCHCS?  Do

20       you know what SJMPHCHCS is?

21  **A.   No.**

22  Q.   All right.

23  **A.   It's the hospital's acronyms, but the names on it,**

24  **     I'm not a hundred percent sure.**

25            MR. CORBET:  Ian, you want some help?



1   A.   It says it right above it.  It's St. Joseph Mercy

2        Port Huron Correctional Healthcare Services.  Sorry.

3                  MR. CORBET:  There you go.

4   Q.   (By Mr. Cross, continuing) That's the contracting

5        party, correct?

6   A.   Yes.

7   Q.   All right.  And when it says it will

8        provide/coordinate healthcare and related services

9        consistent with community standards, what does that

10       mean?

11                 MR. CORBET:  Same objection.

12  A.   I don't know.

13  Q.   (By Mr. Cross, continuing) So the County doesn't know

14       what that means?

15  A.   Well I can speculate what it means because I didn't

16       write this contract, so I'm guessing it would mean in

17       coordination with health services standards across

18       the board as far as maybe licensing, levels of care,

19       the obligations that way.

20  Q.   Let's go down to work plans.  You contracted to

21       receive eight hours a day of onsite services along

22       with 24/7 program oversight from the RN coordinator.

23       What is 24/7 program oversight?

24  A.   So we have 24/7 care here in our facility, and that

25       RN coordinator position would be responsible, even if



Tracy DeCaussin
03/19/2021                                      Page 9

1     they're not here on site, to have oversight of the

2     coverage that takes place in the evenings in our

3     facility.

4   Q.  Do you know who the RN coordinator was in 2016 and

5     2017?

6   A.  I guess looking for clarification on that question

7     because if there was any change in staffing what that

8     would look like, but under looking at what you're

9     providing, I'm going to say it must have been Colleen

10    at that time.

11  Q.  Do you know Colleen's last name?

12  A.  I think it's DeWalt.  I'm not sure.  I apologize.

13  Q.  Directing your attention to bullet point two, when it

14    says the RN coordinator will act as a case manager

15    for coordination of all medical services for inmates.

16    What does a case manager do?

17          MR. CORBET:  Form and foundation.

18          MR. SCARBER:  Join.

19  A.  For me to answer that question, they're overseeing

20    the cases that are here taking place in our facility.

21  Q.  (By Mr. Cross, continuing)  Why did the County put

22    that in the contract?

23          MR. CORBET:  Same.

24  A.  Because I didn't, I didn't write this contract, I

25    would be speculating.


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1   Q.  (By Mr. Cross, continuing)  Do you know the specific

2       functions and responsibilities that were designated

3       by the County to this entity?

4   A.  **I'm sorry.  Can you repeat that?**

5   Q.  So, I'm sorry.  Are you aware of the specific

6       functions and responsibilities that were delegated by

7       the County to this entity, St. Joseph Mercy Port

8       Huron Correctional Healthcare Services?

9               MR. SHOUDY:  Ian, are you talking about

10      something different than is in this contract that

11      spells it out for three pages what those are?  I

12      don't understand your question.  It goes on for three

13      pages what all the things they're supposed to do

14      under the contract.

15              MR. CROSS:  I'm trying to ask the County

16      about what all the things in the contract mean and

17      she doesn't know.

18              MR. SHOUDY:  Ask a specific question.

19  Q.  (By Mr. Cross, continuing)  Okay.  So see this bottom

20      bullet point where it says care plan development and

21      implementation in coordination of care?  What is care

22      plan development?

23  A.  **This is my opinion would be what it's meaning is that**

24      **the care plan development and implementation is makes**

25      **like upon release or when they're here, if they're --**



```
 1        maybe they have some type of medical issue that
 2        they're assisting with or as they're getting ready to
 3        transition outside of the facility, a care plan
 4        development would be so when you're leaving, this is
 5        what we're recommending, this is what we're giving
 6        you.  Or in the coordination of care would be, an
 7        example might be our local community mental health,
 8        is it somebody who's seeking mental health services,
 9        that coordination of care comes into play.
10   Q.   So care plan development, does that involve making
11        medical decisions for the inmates?
12                   MR. CORBET:  Form and foundation.
13   A.   I'm sorry.  As far as the medical making the medical
14        decisions in the care plan?
15   Q.   (By Mr. Cross, continuing)  So say you had an inmate
16        -- what I'm trying to get at is what responsibilities
17        was the County delegating to the contractor in this
18        contract?  And when the contract says that the RN
19        coordinator is responsible for care plan development,
20        what does that mean?
21                   MR. CORBET:  Same objection.
22                   MR. SHOUDY:  And we already answered
23        that.
24   A.   In relation -- yeah.  Did I not answer that question?
25        I'm sorry.
```



1   Q.  (By Mr. Cross, continuing)  Okay.  I'll move on.

2   A.  **Okay.**

3   Q.  So this administration section says here that the RN

4       coordinator will be responsible for planning,

5       implementing and direction operational functions of

6       Healthcare services of the correctional facility.  Is

7       determining medical necessity of a surgical procedure

8       an operational function?

9              MR. CORBET:  Can I just put a form and

10      foundation objection?  You skipped half of that line.

11  Q.  (By Mr. Cross, continuing) Go ahead.  You can answer.

12  A.  **I'm sorry, will you repeat the question?**

13  Q.  You see where it says the physician, physician

14      extender and the RN coordinator will be responsible

15      for the planning, implementing and directing

16      operational functions of healthcare services of the

17      correctional facility?

18  A.  **Yes.**

19  Q.  Does determining the medical necessity of a surgical

20      procedure fall under operational function of

21      healthcare services at correctional facilities?

22             MR. CORBET:  Just form and foundation,

23      you also skipped the beginning of that sentence, but

24      go ahead.  I'm sorry.

25  A.  **Yes.**



1   Q.  (By Mr. Cross, continuing) It does.  So is it fair to

2       say that the RN coordinator, and the physician,

3       physicians extender are responsible for determining

4       whether a surgical procedure should occur or needs to

5       occur under this contract?

6               MR. CORBET:  Form and foundation.

**7   A.  Yes.**

8   Q.  (By Mr. Cross, continuing) Okay.

9               MR. CROSS:  I don't have any further

10      questions.

11              MR. CORBET:  This is Dan Corbet.  Is it

12      officer?  Is that the way to --

**13              THE WITNESS:  Lieutenant Olejnik?**

14              MR. CORBET:  Lieutenant?  I'm sorry.

15      Lieutenant, I just have a few follow-up questions.

16      Is that okay?

17              MR. SHOUDY:  Mr. Corbet, she's not

18      Lieutenant Olejnik.  She's Tracy DeCaussin.

19              MR. CORBET:  Oh, I'm sorry.

**20              THE WITNESS:  I'm a current jail**

**21      administrator.**

22  EXAMINATION BY MR. CORBET:

23  Q.  Just to follow up what you were asked by Mr. Cross.

24              MR. CORBET:  Could you put that back up

25      there, please.



**Tracy DeCaussin**
03/19/2021                                    Page 14

 1                    MR. CROSS:  Sure.

 2    Q.  (By Mr. Corbet, continuing) And subject to my

 3        original objection, the sentence that you were asked

 4        about does have a first part of it, doesn't it?

 5    **A.  Yes.**

 6    Q.  And it says as permitted by law and third party

 7        agreements and within the scope of services offered,

 8        correct?

 9    **A.  Yes.**

10    Q.  Okay.  But once again, you would leave it to the

11        medical staff to decide whether or not a surgery was

12        medically necessary, correct?

13    **A.  Yes.**

14    Q.  And how they went about determining that necessity,

15        you probably might not be familiar with, correct?

16    **A.  Correct.**

17    Q.  So I asked the earlier witness about how the outside

18        medical bills incurred by jail inmates that are

19        transferred to a hospital for surgery, for instance,

20        how those bills are covered.  He said you might be a

21        better person to ask.  Can you answer that question?

22    **A.  Yes.  They're paid, if they're not paid by a**

23        **secondary insurance or an insurance that the**

24        **individual may have, they would fall on the**

25        **responsibility of the County.**



1   Q.  So, for instance, with respect to the Plaintiff in

2       this case, he did have surgery in December, I don't

3       know if you're aware of that or not, December of

4       2016.  Are you aware of that?

5   **A.  I'm not.**

6   Q.  Okay.  So hypothetically, if he did have surgery in

7       December of 2016 and didn't have an insurance company

8       to pay for it, the County would pick up that bill and

9       pay whatever hospital he had the surgery at?

10  **A.  Correct.**

11  Q.  Likewise, if he was sent out for another surgery in

12      2017 and he didn't have insurance to cover it, the

13      hospital would pick up that bill to whatever hospital

14      he was going to, is that fair?

15  **A.  I'm sorry, are you saying he's not incarcerated**

16      **anymore?**

17  Q.  No, I'm sorry.  My bad.  Good point.  The person

18      who's an inmate at the jail in let's say February of

19      2017 and was being sent to have surgery and did not

20      have insurance covering it, the hospital bill would

21      be covered and the doctor bill for the outside

22      services would be covered by the County in that case,

23      right?

24  **A.  Yes.  Correct.**

25  Q.  Okay.



Tracy DeCaussin
03/19/2021                                    Page 16

1              MR. CROSS:  That's all I have.  Thank you

2     very much.  I appreciate your time.

3                  **THE WITNESS:  You're welcome.**

4              MR. SCARBER:  Ian, could you do me a

5     favor and just leave that up there for a second?

6              MR. CROSS:  Sure.

7     EXAMINATION BY MR. SCARBER:

8     Q.  Ms. DeCaussin, my name's attorney Devlin Scarber, and

9         I just have a few follow-up questions for you.  What

10        is a, what is a physician/physician extender, if you

11        know?

12    **A.  I believe it's a physician, I'm guessing a physician**

13        **extender would be like an M.D., but I don't, I don't**

14        **a hundred percent know.**

15    Q.  My next question for you is what is your position

16        with the County?

17    **A.  I am a current jail administrator.**

18    Q.  And how long have you been in that position?

19    **A.  Since December 1st of 2019.**

20    Q.  And who was the jail administrator back in 2016 and

21        2017?

22    **A.  Captain Tom Bliss.**

23    Q.  Can you spell that?

24    **A.  B-L-I-S-S.**

25    Q.  Another question for you, the gentleman that just



**Tracy DeCaussin**
03/19/2021                                             Page 17

1     gave his testimony, Lieutenant Olejnik, what is his

2     position with the jail, if you know?

3   **A.   He's a Lieutenant.**

4   Q.   Where does he, what is his position specifically in

5        the jail?  Does he work in a specific area or

6        department, if you're aware?

7   **A.   He would oversee all operations, operations in the**

8        **facility within the confines of the jail.**

9   Q.   And we should have asked him.  I didn't think about

10       it at the time, but do you know how long he's been

11       there?  Was he there in 2016 and 2017 in that role,

12       if you're aware?

13  **A.   I believe he was a sergeant at the time.**

14                MR. SCARBER:  I don't have anything

15       further for you, ma'am.  Thank you.

16                **THE WITNESS:  Okay.  You're welcome.**

17                MR. CROSS:  Nothing further.

18                MR. CORBET:  I think we're done,

19       everybody.

20                VIDEOGRAPHER:  That concludes the

21       deposition.  We're going off the record.  The time is

22       1:52.

23

24

25



```
 1                       CERTIFICATE OF NOTARY

 2

 3   STATE OF MICHIGAN  )

 4                      )  SS

 5   COUNTY OFF OAKLAND  )

 6

 7                  I, Melinda R. Womack, Certified Shorthand

 8        Reporter, a Notary Public in and for the above County

 9        and state, do hereby certify that the above

10        deposition was taken before me at the time and place

11        hereinbefore set forth; that the witness was by me

12        first duly sworn to testify to the truth, and nothing

13        but the truth, that the foregoing questions asked and

14        answers made by the witness were duly recorded by me

15        stenographically and reduced to computer

16        transcription; that this is a true, full and correct

17        transcript of my stenographic notes so taken; and

18        that I am not related to, nor of counsel to either

19        party nor interested in the event of this cause.

20

21        _____

22        Melinda R. Womack, CSR-3611

23        Notary Public,

24        Oakland County, Michigan

25   My Commission expires:  06-22-2025
```



Tracy DeCaussin
03/19/2021

1

**1**

**19**  5:2,7

**1:31**  5:3,7

**1:52**  17:22

**1st**  16:19

**2**

**2016**  7:10 9:4 15:4,7 16:20
   17:11

**2017**  7:10 9:5 15:12,19 16:21
   17:11

**2019**  16:19

**2021**  5:2,7

**24/7**  8:22,23,24

**3**

**31st**  7:9

**A**

**acronyms**  7:23

**act**  9:14

**administration**  12:3

**administrator**  13:21 16:17,20

**affiliations**  5:9

**afternoon**  5:12,14,17 6:1

**agreements**  14:7

**ahead**  6:19 12:11,24

**anymore**  15:16

**apologize**  9:12

**apply**  7:10

**approximately**  5:7

**area**  17:5

**assigned**  6:15

**assisting**  11:2

**assumed**  6:20

**attachment**  7:3,16

**attention**  7:3 9:13

**attorney**  16:8

**attorneys**  5:8

**aware**  10:5 15:3,4 17:6,12

**B**

**B-L-I-S-S**  16:24

**back**  13:24 16:20

**bad**  15:17

**beginning**  12:23

**behalf**  5:15,18,21

**bill**  15:8,13,20,21

**bills**  14:18,20

**Bliss**  16:22

**board**  8:18

**bottom**  10:19

**bullet**  9:13 10:20

**C**

**Captain**  16:22

**care**  8:18,24 10:20,21,24 11:3,
   6,9,10,14,19

**case**  9:14,16 15:2,22

**cases**  9:20

**Center**  5:16

**change**  9:7

**Clair**  5:21 6:13

**clarification**  9:6

**Colleen**  5:15 9:9

**Colleen's**  9:11

**community**  8:9 11:7

**company**  15:7

**concludes**  17:20

**confines**  17:8

**consistent**  8:9

**continue**  7:12

**continuing**  6:22 7:6,15 8:4,13
   9:21 10:1,19 11:15 12:1,11
   13:1,8 14:2

**contract**  6:6,8,16,25 7:7 8:16
   9:22,24 10:10,14,16 11:18
   13:5

**contracted**  8:20

**contracting**  6:12 7:4 8:4

**contractor**  7:16 11:17

**coordination**  8:17 9:15 10:21
   11:6,9

**coordinator**  8:22,25 9:4,14
   11:19 12:4,14 13:2

**Corbet**  5:14,15 6:18 7:5,25
   8:3,11 9:17,23 11:12,21 12:9,
   22 13:6,11,14,17,19,22,24
   14:2 17:18

**Corizon**  5:18

**correct**  8:5 14:8,12,15,16
   15:10,24

**correctional**  8:2 10:8 12:6,17,
   21

**County**  5:21 6:12 7:2 8:13
   9:21 10:3,7,15 11:17 14:25
   15:8,22 16:16

**court**  5:10

**cover**  15:12

**coverage**  9:2

**covered**  14:20 15:21,22

**covering**  15:20

**Cross**  5:12,25 6:22 7:15 8:4,
   13 9:21 10:1,15,19 11:15
   12:1,11 13:1,8,9,23 14:1 16:1,
   6 17:17

**current**  13:20 16:17

HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

**Tracy DeCaussin**
**03/19/2021**

2

## D

**d/b/a** 6:13

**Dan** 5:14 13:11

**date** 7:9

**day** 8:21

**Decaussin** 5:5,22 6:1 13:18
16:8

**December** 7:9 15:2,3,7 16:19

**decide** 14:11

**decisions** 11:11,14

**delegated** 10:6

**delegating** 11:17

**department** 17:6

**deposition** 5:5 6:3 7:12 17:21

**designated** 10:2

**determining** 12:7,19 13:3
14:14

**development** 10:20,22,24
11:4,10,19

**Devlin** 5:18 16:8

**Dewalt** 9:12

**direct** 7:3

**directing** 9:13 12:15

**direction** 12:5

**doctor** 15:21

**document** 6:7

**documents** 6:2,5

**duly** 5:23

## E

**earlier** 14:17

**entity** 10:3,7

**evenings** 9:2

**exact** 6:24

**EXAMINATION** 5:25 13:22
16:7

**examined** 5:23

**expiration** 7:9

**extender** 12:14 13:3 16:10,13

## F

**facilities** 12:21

**facility** 8:24 9:3,20 11:3 12:6,
17 17:8

**fair** 13:1 15:14

**fall** 12:20 14:24

**familiar** 7:7 14:15

**favor** 16:5

**February** 15:18

**follow** 13:23

**follow-up** 13:15 16:9

**form** 6:18 9:17 11:12 12:9,22
13:6

**foundation** 6:18 9:17 11:12
12:10,22 13:6

**Friday** 5:2,6

**function** 12:8,20

**functions** 10:2,6 12:5,16

## G

**gave** 17:1

**gentleman** 16:25

**giving** 11:5

**Good** 5:12,14,17 6:1 15:17

**guess** 9:6

**guessing** 8:16 16:12

## H

**half** 12:10

## I (right column start)

**health** 6:13,15 8:17 11:7,8

**healthcare** 6:20,21 7:19 8:2,8
10:8 12:6,16,21

**hospital** 14:19 15:9,13,20

**hospital's** 7:23

**hours** 8:21

**hundred** 7:24 16:14

**Huron** 5:15 6:14 8:2 10:8

**hypothetically** 15:6

## I

**Ian** 5:12 7:5,25 10:9 16:4

**identify** 5:9

**implementation** 10:21,24

**implementing** 12:5,15

**incarcerated** 15:15

**incurred** 14:18

**individual** 14:24

**inmate** 11:15 15:18

**inmates** 9:15 11:11 14:18

**instance** 14:19 15:1

**insurance** 14:23 15:7,12,20

**intimately** 7:6

**involve** 11:10

**issue** 11:1

## J

**Jackson** 5:1,13

**jail** 13:20 14:18 15:18 16:17,
20 17:2,5,8

**Join** 9:18

**Joseph** 6:14 8:1 10:7

## K

**Keith** 5:18



**Ken** 7:7

**Kohchise** 5:13

---

**L**

**Lake** 5:15

**law** 14:6

**leave** 14:10 16:5

**leaving** 11:4

**levels** 8:18

**licensing** 8:18

**Lieutenant** 13:13,14,15,18
17:1,3

**Likewise** 15:11

**local** 11:7

**long** 16:18 17:10

---

**M**

**M.D.** 16:13

**makes** 10:24

**making** 11:10,13

**manager** 9:14,16

**March** 5:2,6

**meaning** 10:23

**means** 8:14,15

**medical** 5:16 9:15 11:1,11,13
12:7,19 14:11,18

**medically** 14:12

**mental** 11:7,8

**Mercy** 6:14 8:1 10:7

**Michigan** 5:1 6:13,15

**move** 12:1

---

**N**

**name's** 16:8

**names** 7:23

---

**necessity** 12:7,19 14:14

**noticed** 7:9

---

**O**

**oath** 5:24

**objection** 7:6,8 8:11 11:21
12:10 14:3

**obligations** 8:19

**occur** 13:4,5

**occurred** 6:23

**offered** 14:7

**officer** 13:12

**Olejnik** 13:13,18 17:1

**onsite** 8:21

**operational** 12:5,8,16,20

**operations** 17:7

**opinion** 10:23

**opportunity** 6:2

**original** 14:3

**oversee** 17:7

**overseeing** 9:19

**oversight** 8:22,23 9:1

---

**P**

**p.m.** 5:3,8

**pages** 10:11,13

**paid** 14:22

**Papendick** 5:19

**part** 14:4

**parties** 6:12

**party** 6:17 8:5 14:6

**pay** 15:8,9

**percent** 7:24 16:14

**permitted** 14:6

---

**person** 14:21 15:17

**physician** 12:13 13:2 16:12

**physician/physician** 16:10

**physicians** 13:3

**pick** 15:8,13

**place** 9:2,20

**plaintiff** 5:13 15:1

**plan** 10:20,22,24 11:3,10,14,
19

**planning** 12:4,15

**plans** 8:20

**play** 11:9

**point** 6:21 7:12 9:13 10:20
15:17

**Port** 6:14 8:2 10:7

**position** 8:25 16:15,18 17:2,4

**preparation** 6:2

**preserve** 7:13

**Prime** 6:21

**procedure** 12:7,20 13:4

**program** 8:22,23

**provide/coordinate** 8:8

**providing** 9:9

**put** 7:5 9:21 12:9 13:24

---

**Q**

**question** 6:6 9:6,19 10:12,18
11:24 12:12 14:21 16:15,25

**questions** 13:10,15 16:9

---

**R**

**ready** 11:2

**receive** 8:21

**recognize** 6:10

**recommending** 11:5

record 5:4,7,9 17:21

related 8:8

relation 11:24

release 10:25

repeat 10:4 12:12

reporter 5:10

respect 15:1

responsibilities 6:16 10:2,6
11:16

responsibility 14:25

responsible 8:25 11:19 12:4,
14 13:3

review 6:2,5

reviewed 6:8

rights 6:15

RN 8:22,25 9:4,14 11:18 12:3,
14 13:2

role 17:11

### S

Scarber 5:17,18 9:18 16:4,7,8
17:14

scope 7:4,16 14:7

secondary 14:23

section 12:3

seeking 11:8

sentence 12:23 14:3

sergeant 17:13

services 7:4,17,19 8:2,8,17,21
9:15 10:8 11:8 12:6,16,21
14:7 15:22

Shoudy 5:20 10:9,18 11:22
13:17

show 6:7

site 9:1

SJMPHCHCS 7:19,20

skipped 12:10,23

specific 10:1,5,18 17:5

specifically 17:4

speculate 8:15

speculating 9:25

spell 16:23

spells 10:11

Spencer 5:15

St 5:21 6:13 8:1 10:7

staff 14:11

staffing 9:7

standards 8:9,17

subject 14:2

supposed 10:13

surgery 14:11,19 15:2,6,9,11,
19

surgical 12:7,19 13:4

swear 5:10

sworn 5:23

### T

takes 9:2

taking 9:20

talking 10:9

testified 5:23

testimony 17:1

things 10:13,16

time 5:7,8 6:6,24 7:12 9:10
16:2 17:10,13,21

Today 5:6

today's 6:3

Todd 5:20

Tom 16:22

Tracy 5:5,22 13:18

transferred 14:19

transition 11:3

Trinity 6:13,14,20

type 11:1

### U

understand 10:12

### V

vacation 7:8

viable 6:6

video 5:5

virtually 5:6

### W

wanted 7:13

Willis 7:7,8,13

work 8:20 17:5

write 8:16 9:24

wrote 6:25

### Z

Zoom 5:6



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100