**Richard Olejnik**
**03/19/2021**

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE EASTERN DISTRICT OF MICHIGAN

3                   SOUTHERN DIVISION

4

5    KOHCHISE JACKSON,

6          Plaintiff,

7    vs.                          No. 2:19-cv-13382
                                  Hon.: Terrence G. Berg
8                                 Mag.: Patricia T. Morris
     CORIZON HEALTH, Inc. et al,
9
           Defendant,
10   _____/

11   PAGE 1 TO 17

12

13        The Deposition of RICHARD OLEJNIK,

14        Taken at 737 Woodlawn Ave,

15        Jackson, Michigan,

16        Commencing at 1:12 p.m.,

17        Friday, March 19, 2021,

18        Before Melinda R. Womack, CSR3611.

19

20

21

22

23

24

25

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Richard Olejnik
03/19/2021                                                    Page 2

```
 1    APPEARANCES:

 2

 3         MR. IAN T. CROSS  P83367

 4         Margolis, Gallagher & Cross

 5         214 S. Main Street

 6         Suite 200

 7         Ann Arbor, Michigan  48104

 8         (734)994-9590

 9         ian@lawinannarbor.com

10         Appearing on behalf of the Plaintiff.

11

12         MR. DANIEL R. CORBET  P37306

13         Corbet, Shaw, Essad & Bonasso, PLLC

14         30500 Van Dyke Ave.

15         Suite 500

16         Warren, Michigan  48093

17         (313)964-6300

18         daniel.corbet@cseb-law.com

19         Appearing on behalf of Defendant Prime Healthcare

20         Services and Colleen Spencer.

21

22

23                   Appearances Continued. . .

24

25
```



1    MR. DELVIN SCARBER   P64532

2    Chapman Law Group

3    1441 West Long Lake Road

4    Suite 310

5    Troy, Michigan   48098

6    (248)644-6326

7    dscarber@chapmanlawgroup.com

8    Appearing on behalf of Defendants Corizon Health,

9    Inc. and Keith Papendick, M.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   TABLE OF CONTENTS

 2   WITNESS                                          Page

 3

 4   RICHARD OLEJNIK

 5

 6     EXAMINATION BY MR. CROSS:               5

 7     EXAMINATION BY MR. CORBET:              12

 8     EXAMINATION BY MR. SCARBER:             14

 9     RE-EXAMINATION BY MR. CORBET:           14

10

11

12                   INDEX TO EXHIBITS
                    (Exhibits Retained)
13             (Exhibits Previously Marked)

14

15   EXHIBIT                                       Marked

16

17   Exhibit No. 1        Request

18   Exhibit No. 2        Professional Service Contract

19

20

21

22

23

24

25
```



Richard Olejnik
03/19/2021                                         Page 5

1  Jackson, Michigan

2  Friday, March 19, 2021

3  About 1:12 p.m.

4              VIDEOGRAPHER:  On the record.  This is

5       the video deposition of Richard Olejnik being taken

6       virtually through Zoom.  Today is Friday, March 19th,

7       2021, time on the record is approximately 1:12 p.m.

8       Eastern time.  At this time, will the attorneys

9       please identify themselves and affiliations for the

10      record, and then our court reporter will have an

11      announcement of her own and swear in the witness.

12              MR. CROSS:  Good afternoon.  Ian Cross on

13      behalf of the Plaintiff, Kohchise Jackson.

14              MR. CORBET:  Hi, this is Dan Corbet.  I

15      represent Colleen Spencer and Lake Huron Medical

16      Center.

17              MR. SCARBER:  Good afternoon.  This is

18      Delvin Scarber.  I'm representing Dr. Papendick and

19      Corizon.

20              MR. SHOUDY:  And this is Todd Shoudy, I

21      represent the witnesses and St. Clair County.

22                  RICHARD OLEJNIK,

23   having first been duly sworn, was examined and testified

24   on his oath as follows:

25  EXAMINATION BY MR. CROSS:



**Richard Olejnik**
03/19/2021                                    Page 6

1  Q.  Good afternoon, Mr. Olejnik.  You understand you are

2      testifying on behalf of St. Clair County, not as

3      yourself, correct?

**4  A.  Correct.**

5  Q.  Okay.  So my first question for the County is who

6      makes medical decisions for inmates at the St. Clair

7      County Jail?

**8  A.  Our contracted medical provider.**

9                    MR. CORBET:  Form objection, just for the

10      record.  Sorry.  Go ahead.

11  Q.  (By Mr. Cross, continuing)  Who is your contracted

12      medical provider?

13                    MR. SHOUDY:  As of today, Ian?

14                    MR. CROSS:  Yes.

15                    MR. SHOUDY:  Okay.

**16  A.  Corizon is our current provider.**

17  Q.  (By Mr. Cross, continuing) Who was your contracted

18      medical provider in the year 2016?

**19  A.  I believe at that time it was Lake Huron Medical.**

20  Q.  Lake Huron Medical.  So when you say your contracted

21      medical provider makes medical decisions for the

22      inmates at the jail, do you know what specific

23      individuals make decisions on behalf of the

24      contracted provider?

**25  A.  I don't understand the question.**



Richard Olejnik
03/19/2021                                    Page 7

1    Q.   I'll rephrase.  In 2016, were there medical staff

2         present on site at the jail?

3    A.   **Yes.**

4    Q.   Who were those individuals?

5    A.   **I cannot provide you a list of the individuals off**

6         **the top of my head.**

7    Q.   Do you know how many there were?

8    A.   **No, I do not know an accurate count.**

9    Q.   Do you know how many would be present typically at

10        one time?

11   A.   **I think it varied, depending on what time of day.**

12   Q.   Okay.  During the day shift, say at 1 p.m.

13   A.   **I believe there was -- I don't know exactly because,**

14        **again, it shifted, but there potentially was maybe**

15        **three.**

16   Q.   Three.  And do you remember any of their names?

17   A.   **Not specific to 2016.  I don't know exactly what**

18        **you're asking.  People have come and gone throughout**

19        **timelines, so I'm not quite sure.  If you could be**

20        **more specific, please.**

21   Q.   Okay.  Understood.  Did the medical staff who were on

22        site at the jail in 2016 work for St. Clair County?

23   A.   **No.  They were not employees of St. Clair County.**

24   Q.   They were employees of the contracted provider then?

25   A.   **To my knowledge, yes.**



**Richard Olejnik**
03/19/2021                                    Page 8

1   Q.  So were there any medical staff that were direct

2       employees of the County who worked at the jail?

**3   A.  I do not believe so, no.**

4   Q.  Okay.  Who trained the medical staff who worked at

5       the jail, if you know?

6              MR. CORBET:  Foundation objection.

**7   A.  I do not know who would have trained the medical**

**8       staff.**

9   Q.  (By Mr. Cross, continuing) Do you know who supervised

10      the medical staff?

11             MR. CORBET:  Same objection.

**12  A.  I do not.**

13  Q.  (By Mr. Cross, continuing) Did anyone else at the

14      jail, besides the medical staff, ever overrule

15      medical decisions made by the medical staff?

16             MR. CORBET:  Same objection.  Foundation.

**17  A.  Can you rephrase that?  I don't understand that**

**18      question.**

19  Q.  (By Mr. Cross, continuing) Did anyone who worked at

20      the jail, other than the medical staff who were

21      employees of the contractor, ever overrule medical

22      decisions made by the medical staff?

23             MR. CORBET:  Form and foundation.

**24  A.  No.**

25  Q.  (By Mr. Cross, continuing) In 2016, who was the final



1    decision maker in regards to medical decisions for

2    individual inmates?

3                MR. CORBET:  Foundation.

4    **A.  I do not know.**

5                MR. SCARBER:  Ian, I'm just going to ask

6    you for clarification.  This carried over into 2017

7    as well, so I don't want your question to --

8                MR. CROSS:  I'll get to that.

9                MR. SCARBER:  -- get rearranged, you know

10   what I mean?  Okay.  I just wanted to add that.  It's

11   not really an objection, but it's just a point of

12   clarification, which period you're actually talking

13   about.

14               MR. CROSS:  Okay.

15   Q.  (By Mr. Cross, continuing) Does the County have a

16   written policy of prohibiting colostomy reversal

17   surgeries for jail inmates?

18   **A.  Specifically with exactly what you said, no.**

19   Q.  Okay.  Does the County have a policy of denying

20   access to medical procedures for jail inmates except

21   for situations involving emergent or life-threatening

22   conditions?

23               MR. CORBET:  Form and foundation.

24   **A.  I would like you to repeat that question.**

25   Q.  (By Mr. Cross, continuing)  Sure.  Does the County



**Richard Olejnik**
03/19/2021                                    **Page 10**

1      have a policy of denying access to medical procedures

2      for jail inmates except for situations involving

3      emergent or life threatening conditions?

4                    MR. CORBET:  Same objection.

**5   A.   No.**

6   Q.   (By Mr. Cross, continuing) Do inmates of the jail

7        ever go offsite for a doctor's appointment?

**8   A.   Yes.**

9   Q.   Did they go offsite in 2016?

**10  A.   Are you asking for specifics?**

11  Q.   No.  I'm asking in general in 2016, in that time

12       period, did inmates go offsite for doctor's

13       appointments?

**14  A.   I cannot answer that specifically.  I would believe**

**15       so, but I don't have that information in front of me.**

16  Q.   Okay.  Who, if anyone at the jail, had the authority

17       to cancel medical appointments for inmates?

**18  A.   All of the medical appointments were scheduled**

**19       through medical staff.**

20  Q.   Okay.  I'm going to show you an exhibit.  Can you see

21       a document there, sir?

**22  A.   The document that I see is a request 003574920, if**

**23       that's the document you're questioning on.**

24  Q.   Yes, it is.  Do you recognize what that document is?

**25  A.   This appears to be a document that would have been**



1       retrieved through our tablet communication system.

2   Q.  All right.  I want to direct your attention to the

3       part right there below request info that says status

4       closed by Nurse Colleen.  Do you know who Nurse

5       Colleen is?

6   A.  **I believe so.**

7   Q.  Who is Nurse Colleen?

8   A.  **I'm trying to recall.  I believe that would be the**

9       **nurse that was in charge that closed the kite.**

10  Q.  Okay.  And down here you see this log of entries of

11      dates and times?

12  A.  **I do see it.  It's a little blurred, but I do see it.**

13  Q.  You see a blur?  You see where it says the surgery

14      has been postponed at this time?

15  A.  **I can read that, yes.**

16  Q.  Okay.  Did a St. Clair County employee make the

17      decision to postpone that surgery?

18              MR. CORBET:  Form and foundation.  Sorry.

19  A.  **No.**

20  Q.  (By Mr. Cross, continuing) Who made the decision?

21              MR. CORBET:  Same objection.

22  A.  **I do not know.**

23  Q.  (By Mr. Cross, continuing) Okay.  Now I'm going to

24      turn your attention to, we'll call this Plaintiff's

25      Exhibit 2, professional service contract.  Do we want



1      to switch witnesses?

2                   MR. SHOUDY:  If you'd like to, yeah, you

3      can do so.

4                   MR. CROSS:  All right.

5                   MR. SHOUDY:  Are you done with Rich,

6      then?

7                   MR. CROSS:  Yes.

8                   MR. SHOUDY:  Should we finish him up and

9      then go to the next one?  Let the other witnesses

10     have their questions answered?

11                  MR. CROSS:  Sure, we can do that.

12                  MR. SHOUDY:  Okay.

13                  MR. CORBET:  This is Dan Corbet.  I'll

14     ask a few questions in follow-up, if you don't mind.

15     Can you hear me okay?

16                  **THE WITNESS:  I can, yes.**

17     EXAMINATION BY MR. CORBET:

18  Q. So back in 2016, you would let the medical staff

19     decide whether or not a surgical procedure was

20     medically necessary or not?

21  **A. We did not make the medical decisions.  I'm not sure**

22     **who decided the actual decision, but it was not up to**

23     **us at the jail.  We relied on the medical staff to**

24     **facilitate whether something was necessary or not.**

25  Q. And on occasion -- well strike that.  You're not



Richard Olejnik
03/19/2021                          Page 13

1      aware of how the medical staff would decide whether

2      or not an outside medical procedure was necessary,

3      are you?

4   A.  **No.**

5   Q.  Back in 2016 and 2017, are you familiar with that the

6      outside medical bills were paid for by the County?

7      Were you aware of that?

8   A.  **I do not have anything to do with the payment of the**

9      **bills or anything to do with that.**

10  Q.  Who would?  Who would know that, I mean?

11  A.  **That would be Tracy.  That would be more appropriate.**

12  Q.  Okay, Tracy?  All right.  Are you familiar that on

13      occasion the correctional staff could cancel, if

14      needed, an outside appointment for an inmate based on

15      staffing, hearing dates, things like that?

16  A.  **There have been potential conflicts, which I know**

17      **have in the past probably occurred, conflicts of**

18      **scheduling.**

19  Q.  Okay.

20              MR. CORBET:  Thank you.  That's all I

21      have.

22              **THE WITNESS:  You're welcome.**

23              MR. SCARBER:  Mr. Olejnik, attorney

24      Delvin Scarber, and I only have maybe one or two

25      questions for you.



**Richard Olejnik**
**03/19/2021**                                                    **Page 14**

 1  EXAMINATION BY MR. SCARBER:

 2  Q.  It's my understanding that you testified earlier that

 3      back in 2016 or 2017 you had a medical care or

 4      healthcare contractor that was not Corizon, correct?

 5  **A.  That is correct.**

 6  Q.  And even though you've mentioned that Corizon may be

 7      your medical healthcare provider now, Corizon was not

 8      a healthcare provider for the County jail back in

 9      2016, 2017, correct?

10  **A.  That is correct.**

11                  MR. SCARBER:  I have nothing further.

12                  MR. CORBET:  Can I just have one or two

13      more follow-up questions, officer?

14                  **THE WITNESS:  Absolutely.**

15  RE-EXAMINATION BY MR. CORBET:

16  Q.  If an outside surgery for a jailed inmate was deemed

17      medically necessary by the medical staff, it would

18      still have to be approved by the correctional staff,

19      fair enough, for arrangements to be made, things like

20      that, correct?

21                  MR. CROSS:  Objection.  Leading.

22  **A.  Our role is to provide security during medical**

23      **procedures.  That would be our only involvement or**

24      **role that would have anything to do with medical.**

25  Q.  (By Mr. Corbet, continuing) Let me put it this way.



Richard Olejnik
03/19/2021                                                    Page 15

1       The medical staff does not have authorization to

2       release inmates out of the building on their own, do

3       they?

4    A. **The medical staff does not transport inmates out of**

5       **the building, if that's what you're asking.**

6    Q. Right.  So how would the arrangements be made then to

7       transport somebody to a hospital for surgery, a

8       jailed inmate, specifically?

9    A. **Typically that would be coordinated through the**

10      **medical staff.  They would provide that information**

11      **to the security staff, and then we would arrange**

12      **transportation.**

13   Q. How would you decide how many officers to send,

14      things like that?

15   A. **That's a discretionary decision based on a lot of**

16      **factors.**

17   Q. Based on what?

18   A. **Based on past criminal history, the severity of the**

19      **current charge of the inmate, what type of security**

20      **risk they are.  There is no single answer for the**

21      **question you asked.**

22              MR. CORBET:  Thank you.  That's all I

23      have.  I appreciate your time.

24              **THE WITNESS:  You're welcome.**

25              MR. SHOUDY:  Ian, are you all done with



**Richard Olejnik**
**03/19/2021**                                                    **Page 16**

 1    him or do you have something?

 2                    MR. CROSS:  I'm all done with him.

 3                    MR. SHOUDY:  All right.  Everyone's done,

 4    I think, with Rich, so can we excuse Rich at this

 5    point?

 6                    MR. CORBET:  Certainly.

 7                    MR. SHOUDY:  Okay.  Thank you.

 8                    VIDEOGRAPHER:  We're going off the

 9    record.  The time is 1:30.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Richard Olejnik
03/19/2021                                         Page 17

1                          CERTIFICATE OF NOTARY

2

3   STATE OF MICHIGAN  )

4                      )  SS

5   COUNTY OF OAKLAND  )

6

7                          I, Melinda R. Womack, Certified Shorthand

8        Reporter, a Notary Public in and for the above county

9        and state, do hereby certify that the above

10       deposition was taken before me at the time and place

11       hereinbefore set forth; that the witness was by me

12       first duly sworn to testify to the truth, and nothing

13       but the truth, that the foregoing questions asked and

14       answers made by the witness were duly recorded by me

15       stenographically and reduced to computer

16       transcription; that this is a true, full and correct

17       transcript of my stenographic notes so taken; and

18       that I am not related to, nor of counsel to either

19       party nor interested in the event of this cause.

20                          _Melinda R. Womack_

21

22                   Melinda R. Womack, CSR-3611

23                   Notary Public,

24                   Oakland County, Michigan

25   My Commission expires:  06-22-2025



**Richard Olejnik**
**03/19/2021**

1

**0**

**003574920**  10:22

**1**

**1**  7:12
**19**  5:2
**19th**  5:6
**1:12**  5:3,7
**1:30**  16:9

**2**

**2**  11:25
**2016**  6:18 7:1,17,22 8:25 10:9, 11 12:18 13:5 14:3,9
**2017**  9:6 13:5 14:3,9
**2021**  5:2,7

**A**

**Absolutely**  14:14
**access**  9:20 10:1
**accurate**  7:8
**actual**  12:22
**add**  9:10
**affiliations**  5:9
**afternoon**  5:12,17 6:1
**ahead**  6:10
**announcement**  5:11
**appears**  10:25
**appointment**  10:7 13:14
**appointments**  10:13,17,18
**approved**  14:18
**approximately**  5:7
**arrange**  15:11

**arrangements**  14:19 15:6
**attention**  11:2,24
**attorney**  13:23
**attorneys**  5:8
**authority**  10:16
**authorization**  15:1
**aware**  13:1,7

**B**

**back**  12:18 13:5 14:3,8
**based**  13:14 15:15,17,18
**behalf**  5:13 6:2,23
**bills**  13:6,9
**blur**  11:13
**blurred**  11:12
**building**  15:2,5

**C**

**call**  11:24
**cancel**  10:17 13:13
**care**  14:3
**carried**  9:6
**Center**  5:16
**charge**  11:9 15:19
**Clair**  5:21 6:2,6 7:22,23 11:16
**clarification**  9:6,12
**closed**  11:4,9
**Colleen**  5:15 11:4,5,7
**colostomy**  9:16
**communication**  11:1
**conditions**  9:22 10:3
**conflicts**  13:16,17
**continuing**  6:11,17 8:9,13,19, 25 9:15,25 10:6 11:20,23 14:25

**contract**  11:25
**contracted**  6:8,11,17,20,24 7:24
**contractor**  8:21 14:4
**coordinated**  15:9
**Corbet**  5:14 6:9 8:6,11,16,23 9:3,23 10:4 11:18,21 12:13,17 13:20 14:12,15,25 15:22 16:6
**Corizon**  5:19 6:16 14:4,6,7
**correct**  6:3,4 14:4,5,9,10,20
**correctional**  13:13 14:18
**count**  7:8
**County**  5:21 6:2,5,7 7:22,23 8:2 9:15,19,25 11:16 13:6 14:8
**court**  5:10
**criminal**  15:18
**Cross**  5:12,25 6:11,14,17 8:9, 13,19,25 9:8,14,15,25 10:6 11:20,23 12:4,7,11 14:21 16:2
**current**  6:16 15:19

**D**

**Dan**  5:14 12:13
**dates**  11:11 13:15
**day**  7:11,12
**decide**  12:19 13:1 15:13
**decided**  12:22
**decision**  9:1 11:17,20 12:22 15:15
**decisions**  6:6,21,23 8:15,22 9:1 12:21
**deemed**  14:16
**Delvin**  5:18 13:24
**denying**  9:19 10:1
**depending**  7:11
**deposition**  5:5

Richard Olejnik
03/19/2021

2

direct 8:1 11:2

discretionary 15:15

doctor's 10:7,12

document 10:21,22,23,24,25

duly 5:23

**E**

earlier 14:2

Eastern 5:8

emergent 9:21 10:3

employee 11:16

employees 7:23,24 8:2,21

entries 11:10

Everyone's 16:3

EXAMINATION 5:25 12:17
14:1

examined 5:23

excuse 16:4

exhibit 10:20 11:25

**F**

facilitate 12:24

factors 15:16

fair 14:19

familiar 13:5,12

final 8:25

finish 12:8

follow-up 12:14 14:13

Form 6:9 8:23 9:23 11:18

foundation 8:6,16,23 9:3,23
11:18

Friday 5:2,6

front 10:15

**G**

general 10:11

Good 5:12,17 6:1

**H**

head 7:6

healthcare 14:4,7,8

hear 12:15

hearing 13:15

history 15:18

hospital 15:7

Huron 5:15 6:19,20

**I**

Ian 5:12 6:13 9:5 15:25

identify 5:9

individual 9:2

individuals 6:23 7:4,5

info 11:3

information 10:15 15:10

inmate 13:14 14:16 15:8,19

inmates 6:6,22 9:2,17,20 10:2,
6,12,17 15:2,4

involvement 14:23

involving 9:21 10:2

**J**

Jackson 5:1,13

jail 6:7,22 7:2,22 8:2,5,14,20
9:17,20 10:2,6,16 12:23 14:8

jailed 14:16 15:8

**K**

kite 11:9

knowledge 7:25

Kohchise 5:13

**L**

Lake 5:15 6:19,20

Leading 14:21

life 10:3

life-threatening 9:21

list 7:5

log 11:10

lot 15:15

**M**

made 8:15,22 11:20 14:19
15:6

make 6:23 11:16 12:21

maker 9:1

makes 6:6,21

March 5:2,6

medical 5:15 6:6,8,12,18,19,
20,21 7:1,21 8:1,4,7,10,14,15,
20,21,22 9:1,20 10:1,17,18,19
12:18,21,23 13:1,2,6 14:3,7,
17,22,24 15:1,4,10

medically 12:20 14:17

mentioned 14:6

Michigan 5:1

mind 12:14

**N**

names 7:16

needed 13:14

nurse 11:4,7,9

**O**

oath 5:24



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**objection**  6:9 8:6,11,16 9:11
  10:4 11:21 14:21

**occasion**  12:25 13:13

**occurred**  13:17

**officer**  14:13

**officers**  15:13

**offsite**  10:7,9,12

**Olejnik**  5:5,22 6:1 13:23

**overrule**  8:14,21

**P**

**p.m.**  5:3,7 7:12

**paid**  13:6

**Papendick**  5:18

**part**  11:3

**past**  13:17 15:18

**payment**  13:8

**People**  7:18

**period**  9:12 10:12

**Plaintiff**  5:13

**Plaintiff's**  11:24

**point**  9:11 16:5

**policy**  9:16,19 10:1

**postpone**  11:17

**postponed**  11:14

**potential**  13:16

**potentially**  7:14

**present**  7:2,9

**procedure**  12:19 13:2

**procedures**  9:20 10:1 14:23

**professional**  11:25

**prohibiting**  9:16

**provide**  7:5 14:22 15:10

**provider**  6:8,12,16,18,21,24
  7:24 14:7,8

**put**  14:25

**Q**

**question**  6:5,25 8:18 9:7,24
  15:21

**questioning**  10:23

**questions**  12:10,14 13:25
  14:13

**R**

**RE-EXAMINATION**  14:15

**read**  11:15

**rearranged**  9:9

**recall**  11:8

**recognize**  10:24

**record**  5:4,7,10 6:10 16:9

**release**  15:2

**relied**  12:23

**remember**  7:16

**repeat**  9:24

**rephrase**  7:1 8:17

**reporter**  5:10

**represent**  5:15,21

**representing**  5:18

**request**  10:22 11:3

**retrieved**  11:1

**reversal**  9:16

**Rich**  12:5 16:4

**Richard**  5:5,22

**risk**  15:20

**role**  14:22,24

**S**

**Scarber**  5:17,18 9:5,9 13:23,
  24 14:1,11

**scheduled**  10:18

**scheduling**  13:18

**security**  14:22 15:11,19

**send**  15:13

**service**  11:25

**severity**  15:18

**shift**  7:12

**shifted**  7:14

**Shoudy**  5:20 6:13,15 12:2,5,8,
  12 15:25 16:3,7

**show**  10:20

**single**  15:20

**sir**  10:21

**site**  7:2,22

**situations**  9:21 10:2

**specific**  6:22 7:17,20

**specifically**  9:18 10:14 15:8

**specifics**  10:10

**Spencer**  5:15

**St**  5:21 6:2,6 7:22,23 11:16

**staff**  7:1,21 8:1,4,8,10,14,15,
  20,22 10:19 12:18,23 13:1,13
  14:17,18 15:1,4,10,11

**staffing**  13:15

**status**  11:3

**strike**  12:25

**supervised**  8:9

**surgeries**  9:17

**surgery**  11:13,17 14:16 15:7

**surgical**  12:19

**swear**  5:11

**switch**  12:1

**sworn**  5:23

**system**  11:1

Richard Olejnik
03/19/2021

4

**T**

**tablet** 11:1

**talking** 9:12

**testified** 5:23 14:2

**testifying** 6:2

**things** 13:15 14:19 15:14

**threatening** 10:3

**time** 5:7,8 6:19 7:10,11 10:11
 11:14 15:23 16:9

**timelines** 7:19

**times** 11:11

**today** 5:6 6:13

**Todd** 5:20

**top** 7:6

**Tracy** 13:11,12

**trained** 8:4,7

**transport** 15:4,7

**transportation** 15:12

**turn** 11:24

**type** 15:19

**typically** 7:9 15:9

**U**

**understand** 6:1,25 8:17

**understanding** 14:2

**Understood** 7:21

**V**

**varied** 7:11

**video** 5:5

**virtually** 5:6

**W**

**wanted** 9:10

**witnesses** 5:21 12:1,9

**work** 7:22

**worked** 8:2,4,19

**written** 9:16

**Y**

**year** 6:18

**Z**

**Zoom** 5:6



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100