# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

**SITE:** JCS
**COMPLETED BY:** Mahir H. Alsalman, MD     04/18/2017 5:59 PM

**Patient:** KOHCHISE JACKSON     **ID#:** 445579     **DOB:**

Off-site
Routine
EDR: 03/16/2019
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

Reference #:
Date of Request: 04/18/2017

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** General surgery consult for reversal of end colostomy

**Specialty Service Requested:** Surgery

**Provider:** MDOC contractor
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Colostomy status                                           v44.3

**Signs & Symptoms:**                          **Date of Onset:**
Patient is a 34 y/o with history of severe sigmoid diverticulitis complicated by enterovesical fistula while was in county jail, s/p ex-lap on 12/10/16 with resection of affected portion of sigmoid/upper rectum, bladder repair and descending colon end colostomy. He's currently doing well, having functional colostomy, denies abdominal pain or UTIs. He's ready for colostomy reversal for which this 407 is being submitted

**Site Medical Provider:** Mahir H. Alsalman MD     04/18/2017

---

**(For UM use only)**

Criteria Source:  M & R        Interqual        Other
Criteria met:  Yes        No        Deferred

Reviewer comments:

NAME: JACKSON, KOHCHISE M
NUMBER: 445579
D.O.B.:
CLG_MDOC Records_0041

# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

**SITE:** JCS
**COMPLETED BY:** Mahir H. Alsalman, MD    04/18/2017 5:59 PM

**Recommendation for visit appointment:**

**# Visits:**

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME: JACKSON, KOHCHISE M
NUMBER: 445579
D.O.B.:
CLG_MDOC Records_0042