# MICHIGAN DEPARTMENT OF CORRECTIONS

# NURSE PROTOCOL

**SITE:  JCS**
**COMPLETED BY:  Jene A. Brehm, RN**      **01/07/2018 9:20 AM**

**Patient Name:** KOHCHISE JACKSON
**DOB:** 02/05/1982
**ID#:**  445579

**Patient presenting with chief complaint(s)of: Gastrointestinal.**

**Vital Signs:**

| Date | Time | Temp | Pulse | Pattern | Resp | Pattern | BP | Sp O2 | Peak Flow | Weight Lb |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/07/2018 | 9:20 AM | 98.4 | 77 | | 16 | | 118/74 | 98 | | 195.60 |

**ELIMINATION**_____

**Subjective:**
Date of Onset: 01/06/2018.
Previous history? Yes.
Previous treatment? No.
Nausea/vomiting? Yes.
Recent diet change? No.
Fever? No.
Abdominal pain/discomfort? Yes.
Last BM:  Description:  see documentation.

Comments
Last night dumped 1/2 bag of clear/yellow liquidy with strong odor from colostomy bag. This morning after eating breakfast dumped 1/4 bag blood per inmate.

**Objective:**
Mucous membranes moist? Yes.
Skin turgor? Yes.
Bowel sounds present? Yes.
Abdomen non-tender? No. Location: LUQ/LLQ
Abdomen soft? Yes.
Urination normal not painful? Yes.

Anal exam N/A.

NAME:  JACKSON, KOHCHISE M
NUMBER:  445579
D.O.B.: 02/05/1982
CLG_MDOC Records_0152

# MICHIGAN DEPARTMENT OF CORRECTIONS

## NURSE PROTOCOL

**SITE:  JCS**
**COMPLETED BY:  Jene A. Brehm, RN        01/07/2018 9:20 AM**

Hemocult test? Not indicated.

Urine dipstick? Not indicated.

Comments

Bowel sounds hypoactive in all 4 quadrants. No emesis noted. Stoma pink. See soap note.

**Assessment:**

Alteration in elimination. Alteration in comfort.

Related to:

nausea, other: abdomen pain

**Plan:**
**ORDERS**

| Status | Order | Reason | Date |
|---|---|---|---|
| completed | Sick call if symptoms do not subside or become more severe | | |
| completed | Physician contacted for same day treatment and orders | | |
| completed | Medication allergies and other contraindications reviewed & pregnancy ruled out prior to treatment | | |
| completed | Patient education provided | | |

**Document generated by:  Jene A. Brehm, RN 01/07/2018 9:38 AM**
**Provider: Mahir H. Alsalman MD**

NAME:  JACKSON, KOHCHISE M

NUMBER:  445579

D.O.B.:  02/05/1982

CLG_MDOC Records_0153

**MICHIGAN DEPARTMENT OF CORRECTIONS**

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | KOHCHISE JACKSON |
| DATE OF BIRTH: | 02/05/1982 |
| DATE: | 01/07/2018 9:20 AM |
| INMATE ID: | 445579 |

_____

## SOAP NOTE

**Subjective:**
Pain 5/10 to left side abdomen more upper quadrant stabbing/cramping pain but gets as high as a 10. Inmate reports that when had fight was hit in abdomen and was never assessed in that area. I ate breakfast this morning of peanut butter and jelly, roulston, milk and orange juice. I also have a split stream when I urinate no burning.

**Assessment:**
Per inmate the pain and nausea started last night. Inmate didn't have anyone look at colostomy bag this mornig when he reports had about 1/4 full of colostomy bag of blood.

**Plan:**
Inmate placed back in holding cell  per custody as requested per healthcare. At 0910 assessment called to MP2 in orders to send to Duane Water ER via state car. At 0915 Report called to DW ER PA Salmon in request for inmate to be sent to Allegiance ER by state car instead of DWER. At 0925 Report called to Allegiace ER Carrisa RN. Inmate made aware being sent to ER for evaluation. At 0943 inmate left healthcare holding cell with custody staff for hospital.


**Provider: Mahir H. Alsalman MD**

**Document generated by: Jene A. Brehm, RN**

NAME:  JACKSON, KOHCHISE M

D.O.B.:  02/05/1982

Inmate ID:  445579

CLG_MDOC Records_0154