# Tennessee Department of Correction

# RFP #32901-31158

## TECHNICAL PROPOSAL

### ORIGINAL

Sealed proposals will be received until

2:00 p.m., November 8, 2012



105 Westpark Drive, Suite 200

Brentwood, TN  37027

www.corizonhealth.com



# Tennessee Department of Correction

Proposal Response
Health Services

## Request for Proposal (RFP)
## # 32901-31158

### Sealed Proposals will be received until: 2:00 p.m., November 8, 2012

**Prepared By:**

Corizon, Inc.
105 Westpark Drive
Suite 200
Brentwood, TN 37027
(800) 729-0069

Tax ID # 43-1281312

**Point of Contact:**

Michael Miller
Senior Director, Business Development
Office/Fax:  (318) 797-9495
Cell:  (318) 780-4248
E-mail:  Michael.Miller@corizonhealth.com

**Shipping One (1) original Technical Proposal paper document and Twelve (12) copies of the Technical Proposal each in the form of one (1) digital document in "PDF" format on its own otherwise blank, standard CD-R recordable disc**

**One (1) original Cost Proposal paper document and One (1) copy in the form of a digital document in "PDF/XLS" format properly recorded on separate, blank, standard CD-R recordable disc**



## Corizon, Inc.'s Proven Ability to Control Costs for the TDOC

As a longstanding partner of the TDOC, we continuously strive to provide support to the TDOC in addressing budgetary needs. As such, we have collectively worked to manage costs appropriately for the TDOC while at the same time improving healthcare services for the inmate population. Throughout our proposal you will see the **experience and proven competence of our long-term staff** in analyzing and forecasting budget requirements enables us to deliver quality healthcare at the right cost. Corizon has the experience with the TDOC to understand and recognize cost trends, anticipate changes, and recommend actions to maximize cost savings. The following Corizon, Inc. program components have proven effective at achieving **positive clinical outcomes** while, in tandem, **controlling costs through increased utilization review management for both inpatient and outpatient services for the** TDOC throughout the duration of our contract that began in 2010. This cost savings is passed on to the TDOC through decreased utilization of officers for transport of patients to hospitals, clinics and emergency rooms.

### Cost Driver: Offsite Utilization

**The Corizon, Inc. Solution for the TDOC:** Corizon, Inc. has developed and implemented a sophisticated utilization management program to support our Tennessee providers and local hospital partners, enabling Corizon, Inc. to provide *appropriate clinical care* and *improved continuity of services* while returning value to the state of Tennessee. Through improved utilization processes that have resulted in reductions in

| Corizon, Inc. Utilization Management at TDOC Facilities | | | | |
|---|---|---|---|---|
|  | **2010** | **2011** | **2012 (YTD)** | **Percent Reduction** |
| **Inpatient Hospital Days/1,000 Inmates** | 191.5 | 142.3 | 126.7 | **-34%** |
| **Hospital Admissions/1,000 Inmates** | 43.6 | 35.6 | 33.9 | **-22%** |
| **Average Length of Hospital Stay** | 4.6 | 4.1 | 3.8 | **-17%** |

inpatient days and inmate average length of stay, Corizon, Inc. has reduced the security costs associated with offsite transports since 2010 (pages 148-149). **This reduction in offsite hospital days translates to savings for the TDOC in transportation and correctional officer costs as well as improved safety for the community.**

### Cost Driver: Staffing Vacancies

**The Corizon, Inc. Solution for the TDOC:** Healthcare organizations across the United States are facing increasing needs and heightened competition for healthcare professionals in today's market. **In spite of this trend, our filled staffing ratio has averaged 95% for the TDOC since 2010** (page 172). We anticipate continued success in the recruitment and perhaps more important, retention of the quality healthcare staff under this contract.































Confidential and Proprietary





Confidential and Proprietary

| Employee # | Job Code | Worked Jr | Punch Time In (Labor Detail) | Punch Time Out (Labor Detail) | Time Dscr (Lab) | Hours Less Lunch | Overtime |
|---|---|---|---|---|---|---|---|
| 1XXXX | 8460 | 8460 | 10/3/2011 7:45:00 AM | 10/3/2011 11:30:00 AM | IC SH1 | 3.75 | 0.00 |
| 2XXXX | 8760 | 8760 | 10/2/2011 2:30:00 PM | 10/2/2011 5:00:00 PM | SH5 | 2.50 | 0.00 |
| | | | 10/2/2011 5:30:00 PM | 10/2/2011 11:00:00 PM | SH5 | 5.50 | 0.00 |
| | | | 10/4/2011 3:00:00 PM | 10/4/2011 7:15:00 PM | Meeting S2 | 4.25 | 0.00 |
| 3XXXX | 8760 | 8760 | 10/1/2011 11:30:00 AM | 10/1/2011 3:00:00 PM | SH4 | 3.50 | 0.00 |
| | | | 10/1/2011 3:00:00 PM | 10/1/2011 4:15:00 PM | SH5 | 1.25 | 0.00 |
| | | | 10/1/2011 4:45:00 PM | 10/1/2011 11:30:00 PM | SH5 | 6.75 | 0.00 |
| | | | 10/1/2011 6:30:00 AM | 10/1/2011 11:00:00 AM | SH4 | 4.50 | 0.00 |
| 4XXXX | 8735 | 8735 | 10/1/2011 3:00:00 PM | 10/1/2011 4:15:00 PM | SH5 | 1.25 | 0.00 |
| | | | 10/1/2011 4:45:00 PM | 10/1/2011 11:30:00 PM | SH5 | 6.75 | 0.00 |
| | | | 10/2/2011 3:00:00 PM | 10/2/2011 7:00:00 PM | SH5 | 4.00 | 0.00 |
| | | | 10/2/2011 7:00:00 PM | 10/2/2011 7:30:00 PM | SH5 | .50 | 0.00 |
| | | | 10/2/2011 8:00:00 PM | 10/2/2011 11:30:00 PM | SH5 | 3.50 | 0.00 |
| | | | 10/4/2011 11:00:00 PM | 10/5/2011 | SH3 | 1.00 | 0.00 |
| | | | 10/5/2011 | 10/5/2011 12:45:00 AM | SH3 | .75 | 0.00 |
| | | | 10/5/2011 1:15:00 AM | 10/5/2011 7:00:00 AM | SH3 | 5.75 | 0.00 |
| | | | 10/5/2011 7:00:00 AM | 10/5/2011 7:45:00 AM | SH1 | .75 | 0.00 |
| | | | 10/6/2011 3:00:00 PM | 10/6/2011 4:30:00 PM | SH2 | 1.50 | 0.00 |
| | | | 10/6/2011 5:00:00 PM | 10/6/2011 11:30:00 PM | SH2 | 6.50 | 0.00 |
| 5XXXX | 8735 | 8735 | 10/3/2011 12:45:00 PM | 10/3/2011 3:30:00 PM | SH1 | 2.75 | 0.00 |
| | | | 10/3/2011 7:00:00 AM | 10/3/2011 12:15:00 PM | SH1 | 5.25 | 0.00 |
| | | | 10/5/2011 12:45:00 PM | 10/5/2011 3:30:00 PM | SH1 | 2.75 | 0.00 |
| | | | 10/5/2011 7:00:00 AM | 10/5/2011 12:15:00 PM | SH1 | 5.25 | 0.00 |
| | | | 10/6/2011 12:45:00 PM | 10/6/2011 3:30:00 PM | SH1 | 2.75 | 0.00 |
| | | | 10/6/2011 7:00:00 AM | 10/6/2011 12:15:00 PM | SH1 | 5.25 | 0.00 |
| | | | 10/8/2011 1:30:00 PM | 10/8/2011 3:30:00 PM | SH4 | 2.00 | 0.00 |
| | | | 10/8/2011 7:00:00 AM | 10/8/2011 1:00:00 PM | SH4 | 6.00 | 0.00 |
| 6XXXX | 8760 | 8760 | 10/3/2011 12:45:00 PM | 10/3/2011 3:30:00 PM | SH1 | 2.75 | 0.00 |
| | | | 10/3/2011 7:00:00 AM | 10/3/2011 12:15:00 PM | SH1 | 5.25 | 0.00 |
| | | | 10/4/2011 1:00:00 PM | 10/4/2011 3:30:00 PM | SH1 | 2.50 | 0.00 |







**CORIZON**™
Confidential and Proprietary

| Drug Primary Category Desc | Drug Secondary Category Desc | Drug Classification Desc | Brand Name | Generic Indicator | Non Formulary Indicator | Actual Cost |
|---|---|---|---|---|---|---|
| CARDIOVASCULAR | ANTICOAGULANT | | | | | $6,954.16 |
| | CHOLESTEROL | CHOLESTEROL | LOPID | | | $881.90 |
| | | | NIACIN | Y | FORMULARY DRUG | $7.29 |
| | | | QUESTRAN LIGHT | | | $84.18 |
| | | | SLO-NIACIN | | | $4.14 |
| | | HMG | | | | $1,669.19 |
| | HTN/CARDIAC | | | | | $10,818.82 |
| GENERAL MEDICINE | | | | | | $180,531.14 |
| GI | | | | | | $30,044.72 |
| HIV | | | | | | $97,873.54 |
| PSYCHOTROPIC | | | | | | $239,893.38 |



P-12


Confidential and Proprietary

| | Region [Labor Summary] | Site Name [Labor Summary] | Job Function [Labor Summary] | | | | | |
|---|---|---|---|---|---|---|---|---|
| | YearMo [Labor Summary] | | | | | | | |
| | 201103 | | | | | | | |
| Job Code | Reported Reg Hours | Payroll Reg Hours | Reported OT Hours | Payroll OT Hours | Reported Offsite Hours | Payroll Offsite Hours | Reported Benefit Hours | Payroll Benefit Hours |
| 8030 | 143.50 | 140.80 | .00 | .00 | .00 | .00 | 40.00 | 43.20 |
| 8310 | 169.00 | 137.60 | .00 | .00 | .00 | .00 | 16.00 | 14.40 |
| 8440 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |
| 8450 | 64.50 | 64.47 | .00 | .00 | .00 | .00 | .00 | .00 |
| 8460 | 13.25 | 18.99 | .00 | .00 | 5.75 | .00 | .00 | .00 |
| 8470 | 21.00 | 20.98 | .00 | .00 | .00 | .00 | .00 | .00 |
| 8735 | 901.25 | 896.40 | 1.50 | .50 | 4.00 | 3.20 | 52.00 | 48.50 |
| 8760 | 534.00 | 515.30 | 8.50 | 6.00 | .00 | .00 | 10.75 | 9.55 |
| 8940 | 181.50 | .00 | 6.75 | .00 | .00 | .00 | .00 | .00 |
| 8941 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 |



Confidential and Proprietary

| Job Code (Labor Summary) | Payroll Reg Dollars | Payroll OT Dollars | Payroll Offsite Dollars | Payroll Benefit Dollars |
|---|---|---|---|---|
| | YearMo (Labor Summary) 201103 | | | |
| 8030 | $4,897.77 | $. | $. | $1,504.21 |
| 8310 | $1,802.56 | $. | $. | $188.64 |
| 8440 | $960. | $. | $. | $. |
| 8450 | $6,598.48 | $. | $. | $. |
| 8460 | $2,659.98 | $. | $. | $. |
| 8470 | $1,574.99 | $. | $. | $. |
| 8735 | $25,667.77 | $20.51 | $89.6 | $1,330.37 |
| 8760 | $10,193.36 | $166.04 | $. | $177.79 |
| 8940 | $. | $. | $. | $. |
| 8941 | $5,199.97 | $. | $. | $. |

Region (Labor Summary)   Site Name (Labor Summary)   Job Function (Labor Summary)

P-14