

InGauge Web Tool Login Instructions

4. Select (check) the Use PBI Authentication box.



5. After selecting (checking) the Use PBI Authentication box, your User Name and Password fields will grey-out and populate. You do not need to enter your user name and/or a password.

6. Click Log In



You are now logged in and ready to begin using the menu that you see below. *Please note: the available reports that you see listed in the screen shot may be unavailable to you.*





### InGauge Web Tool Login Instructions

Please note: If you select a report and the following image appears, it means that the report needs to be refreshed before you can view it. Simply left click on the green circular arrow image(s) and select "Refresh This Source" and the report will refresh for your viewing.



If you need to refresh the system, right click in the report and a menu box will appear; select "Refresh Source."



A second menu box will appear asking you to confirm your command for the system to refresh the report; select "Refresh This Source."



You will see a box appear in the middle of the screen indicating that the report is refreshing.






## Utilization Management
Review the following reports with practitioner

CLG-Jackson-00460
© 2013 Corizon Health, Inc.    All rights reserved.



CLG-Jackson-00461
© 2013 Corizon Health, Inc.   All rights reserved.



CLG-Jackson-00462
© 2013 Corizon Health, Inc. All rights reserved.



Corizon uses trended data to evaluate performance and project future costs

Represents contract year and not calendar year.
Excludes ED visits that were admitted.

CLG-Jackson-00463
© 2013 Corizon Health, Inc.   All rights reserved.



CLG-Jackson-00464
© 2013 Corizon Health, Inc. All rights reserved.



Corizon is particularly focused on the use of anti-psychotic medications and actively monitors the prescribing patterns associated with these medications

CLG-Jackson-00465
© 2013 Corizon Health, Inc.    All rights reserved.

> Corizon uses data from our state of the art time and attendance system to ensure the most effective and efficient mix and level of staffing to provide the appropriate level of quality care for our patients at the lowest cost to our clients.

Region: Region A
Cost Center: 12345
Site A
Worked Period:

Corizon
Labor Summary Report
For the Year and Month of:



### Site A

| | Regular Hours | OT Hours | Worked Hours | PTO Hours | Paid Hours | Filled Hours | Operating SCD Hours | Fill Rate |
|---|---|---|---|---|---|---|---|---|
| Administrative Assistant | 141.75 | 0.75 | 142.50 | 35.00 | 177.50 | 177.50 | 176.00 | 100.9% |
| Administrator | 165.50 | 0.00 | 165.50 | 13.00 | 178.50 | 178.50 | 176.00 | 101.4% |
| Dental Assistant | 199.90 | 0.00 | 199.90 | 31.50 | 231.40 | 231.40 | 246.40 | 93.9% |
| Dental Hygienist | 69.30 | 1.00 | 70.30 | 0.00 | 70.30 | 70.30 | 70.40 | 99.9% |
| Dentist | 181.50 | 0.00 | 181.50 | 0.00 | 177.18 | 181.50 | 211.20 | 85.9% |
| Director of Nursing | 163.00 | 0.00 | 163.00 | 14.00 | 177.00 | 177.00 | 176.00 | 100.6% |
| LPN | 3,070.50 | 23.20 | 3,093.70 | 359.25 | 3,452.95 | 3,093.70 | 3,232.00 | 95.7% |
| Medical Records Clerk | 461.05 | 0.00 | 461.05 | 48.50 | 509.55 | 509.55 | 528.00 | 96.5% |
| Medical Records Clerk II | 141.60 | 0.00 | 141.60 | 32.00 | 173.60 | 173.60 | 176.00 | 98.6% |
| Pharmacy Inventory Manager | 166.25 | 0.00 | 166.25 | 18.00 | 184.25 | 184.25 | 176.00 | 104.7% |
| Phlebotomist | 134.25 | 0.00 | 134.25 | 46.40 | 180.65 | 180.65 | 176.00 | 102.6% |
| Physician-Staff | 261.25 | 0.00 | 261.25 | 0.00 | 245.68 | 261.25 | 264.00 | 99.0% |
| RN | 931.02 | 10.65 | 941.67 | 95.80 | 1,037.47 | 941.67 | 896.00 | 105.1% |
| Scheduler | 145.25 | 0.50 | 145.75 | 31.00 | 176.75 | 176.75 | 176.00 | 100.4% |
| **Site A** | **6,232.12** | **36.10** | **6,268.22** | **724.45** | **6,972.78** | **6,537.62** | **6,680.00** | **97.9%** |

CLG-Jackson-00466
© 2013 Corizon Health, Inc.    All rights reserved.