Sharon Oliver, M.D.
07/12/2021

```
 1           IN THE UNITED STATES DISTRICT COURT

 2           FOR THE EASTERN DISTRICT OF MICHIGAN

 3                     SOUTHERN DIVISION

 4

 5   ANDREW LYLES, #667516,

 6               Plaintiff,

 7       vs.              Case No. 2:19-cv-10673

 8

 9   PAPENDICK, et al,

10               Defendants.

11   _____/

12   PAGE 1 TO 55

13

14       The Deposition of SHARON OLIVER, M.D.,

15       Taken Via Hanson Remote,

16       Commencing at 10:30 a.m.,

17       Monday, July 12, 2021,

18       Before Laurel A. Frogner, RMR, CRR, CSR-2495.

19

20   (Court reporter, attorneys & witness appearing remotely)

21

22

23

24

25
```



```
 1   APPEARANCES:

 2

 3   MR. IAN T. CROSS (P83367)

 4   Margolis & Cross

 5   214 South Main Street

 6   Suite 200

 7   Ann Arbor, Michigan  48104

 8   734-994-9590

 9   ian@lawinannarbor.com

10        Appearing on behalf of the Plaintiff

11

12

13   MS. MADELINE YOUNG (P82140)

14   Chapman Law Group

15   1441 West Long Lake Road

16   Suite 310

17   Troy, Michigan  48098

18   248-644-6326

19   myoung@chapmanlawgroup.com

20        Appearing on behalf of the Defendants

21        Sharon Oliver, M.D. and Keith Papendick, M.D.

22

23

24

25
```



Sharon Oliver, M.D.
07/12/2021                                                          Page 3

1    APPEARANCES (Continued):

2

3    MS. JENNIFER A. FOSTER (P75947)

4    Michigan Department of Attorney General

5    P.O. Box 30217

6    Lansing, Michigan  48909

7    517-335-3055

8    fosterj15@michigan.gov

9         Appearing on behalf of the MDOC Defendants

10

11                        *   *   *   *   *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Sharon Oliver, M.D.
07/12/2021                                                        Page 23

1   A.   Not at that time.
2   Q.   Okay.  And why did you request a colonoscopy for
3        Mr. Lyles?
4   A.   Because he continued to have symptoms, and the
5        anoscopy was apparently normal, so I was looking to
6        find a diagnosis, the etiology of his pain and
7        bleeding.
8   Q.   What's etiology?
9   A.   The cause.
10  Q.   The cause of his pain and bleeding?
11  A.   Yes.
12  Q.   And when you submit this request, who are you
13       submitting the request to?
14  A.   Utilization Management.
15  Q.   What is Utilization Management?
16  A.   They are the people that approve whether or not we
17       can have an outside expert.
18  Q.   Okay.  I'm going to show you another exhibit.  We'll
19       call this Exhibit C.
20            OLIVER DEPOSITION EXHIBIT C,
21            ALTERNATIVE TREATMENT PLAN REQUEST,
22            WAS MARKED BY THE REPORTER
23            FOR IDENTIFICATION
24  BY MR. CROSS:
25  Q.   And I believe this is the response that you got from



```
                        Sharon Oliver, M.D.
                           07/12/2021                          Page 36
 1           to do with his anus or his rectum; is that correct?
 2    A.     On that time it wasn't.
 3    Q.     And you included Protonix again as a failed
 4           outpatient therapy?  His Protonix wasn't resolving
 5           his symptoms; is that correct?
 6    A.     Correct.
 7    Q.     All right.  And let's look at the response you got on
 8           1-9-17.  Can you read the ATP here for the record?
 9    A.     "ATP medical necessity not demonstrated at this time.
10           When symptoms demonstrate medical necessity,
11           resubmit."
12    Q.     What is medical necessity?
13    A.     That is it necessary to have this particular avenue
14           of discovery.
15    Q.     Did you agree with this ATP?
16    A.     You know, I don't think I agree or disagree, but at
17           that time I did choose to look for other avenues to
18           address Mr. Lyles' symptoms.
19    Q.     What do you mean when you say you don't agree or
20           disagree?
21    A.     What do I mean by that?  Hmm, it's something that at
22           that time didn't seem as if we were going to get a
23           gastroenterology consult, so I felt it was important
24           to further address the patient's symptoms.
25    Q.     Turning to the second sentence of the ATP, "When
```



```
                       Sharon Oliver, M.D.
                          07/12/2021                         Page 37
 1        symptoms demonstrated medical necessity, resubmit."
 2        When would Mr. Lyles' symptoms demonstrate medical
 3        necessity for a colonoscopy?
 4                  MS. YOUNG:  I'm going to object to
 5        foundation and also form.
 6                  THE WITNESS:  I think that if he continued
 7        to have the symptoms or the symptoms were worsening.
 8   BY MR. CROSS:
 9   Q.   Had the symptoms worsened by this point from when he
10        began having them?
11   A.   I felt they had.
12   Q.   Did you feel that it was medically necessary for him
13        to have a colonoscopy at this point?
14   A.   I submitted for a colonoscopy twice I think at this
15        point or was it three times?
16   Q.   Three times.
17   A.   You know, I did feel that it was something that was
18        important to get to the diagnosis.
19   Q.   And why was it important to get to the diagnosis?
20   A.   So that we would know exactly what we were trying to
21        treat.
22   Q.   Is there anything that you can do if you disagree
23        with Dr. Papendick's ATP?
24   A.   What I did was to resubmit it.
25   Q.   Okay.  This one is the resubmission of the last one
```



```
                     Sharon Oliver, M.D.
                        07/12/2021                          Page 38
 1         that you said you disagreed with.
 2                   MS. YOUNG:  Sorry, Ian, you broke up there.
 3         Do you mind repeating the question or having the
 4         court reporter repeat it back.
 5   BY MR. CROSS:
 6   Q.    Is there an appeals process for ATPs?
 7   A.    Not at that time.
 8   Q.    There was not an appeals process?
 9   A.    No.
10   Q.    So Dr. Papendick's decisions were final?
11   A.    Yes.
12   Q.    When was an appeals process implemented?
13   A.    See, we just started with a new electronic medical
14         record system, and it was around that time.
15   Q.    Okay.  So if they instruct you to resubmit when
16         symptoms -- I'm sorry, I already asked you that
17         question, strike that.
18                   I'm going to show you another document.
19              OLIVER DEPOSITION EXHIBIT NUMBER K,
20              DR. PAPENDICK CV,
21              WAS MARKED BY THE REPORTER
22              FOR IDENTIFICATION
23   BY MR. CROSS:
24   Q.    This is a resume for Dr. Keith Papendick.  We'll call
25         it Exhibit K.  I want to direct your attention to
```

