# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

**SITE:** JCS
**COMPLETED BY:** Lynn Pohlman        06/20/2012 8:11 AM

**Patient:** EMANUEL COATES        **ID#:** 155262        **DOB:**

Off-site

Reference #:
Date of Request: 06/13/2012

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Audiogram

**Specialty Service Requested:** Audiology

**Provider:** Jurado, FNP-BC
**Initial Visit or F/U?** F/U
**F/U#:** 1

**Presumed Diagnosis:**
Loss, hearing NOS                                        389.9

**Signs & Symptoms:**                    **Date of Onset:**
53 years old AAM with h/o hearing loss since 2002. Patient is experiencing difficulty discriminating voices. Previously used hearing aids which significantly improved hearing loss. Requesting evaluation for need of hearing aids.

**Enrolled in Chronic Care Clinic(s)?** Yes

| Clinic | Chronic Condition | Code | Last Visit |
|---|---|---|---|
| | Hypertension | | 05/17/2012 |
| | GERD | | 05/17/2012 |
| | BPH | | 05/17/2011 |

**Current Active Medications:**

| Start Date | Stop Date | Medication Name | Sig Desc |
|---|---|---|---|
| 05/17/2012 | 11/30/2012 | Norvasc 10 mg Tab | take one by mouth in the morning |

**Site Medical Provider:** Jemer R. Jurado NP        06/13/2012

---

**(For UM use only)**

**Criteria Source:** M & R        Interqual        Other

NAME: COATES, EMANUEL S
NUMBER: 155262
D.O.B.:

# MICHIGAN DEPARTMENT OF CORRECTIONS
# CONSULTATION

SITE: JCS
COMPLETED BY: Lynn Pohlman  06/20/2012 8:11 AM
Criteria met:  Yes    No  X    Deferred

**Reviewer comments:** Rec'd in UM: 6/13/2012; ATP: medical necessity not demonstated based on detailed edam in progress note. IT appears that patient can perceive whispered voice and finger rub on the right. This indicated that he does not meet criteria for hearing aids. Continue to monitor. HS 6/19/2012

Recommendation for visit appointment:

# Visits:
_____

UM Review #:
Reviewer Name:   Squier, Harriet, MD
Date Reviewed:  06/19/2012

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  COATES, EMANUEL S
NUMBER:   155262
D.O.B.: