The pictures nurse cummings took of my stoma last month. Still in pain no other treatment since 3/29/21, and only spoke to Dr. Hallet no physical exam. The release of information form is done. Verbal and written

Swift, Keith #202475