



Cowan, Larry
847990
10/20/1985



Document generated by: Patricia A. Knapp, RHIT

Cowan, Larry
847990
10/20/1985