

**Date: 11/2016**

Corizon Health Site Staff Orientation Modules (C.H.S.S.O.)

# Ancillary Health Services

Presented by Nursing Services

NA9011b- Issued 1/2013, Revised 11/2016
© 2016 Corizon Health, Inc. All rights reserved.

1

CLG-JACKSON-00896



# Medical Necessity or a "Serious Medical Need"

- Defined as a valid health condition that without timely medical intervention will cause:
  - Excessive pain which is not controlled by medication
  - Measurable deterioration in function (including organ function)
  - Substantial risk to the public health
  - Death

CLG-JACKSON-01363