| CONTINUOUS QUALITY IMPROVEMENT (CQI) || **CORIZON** HEALTH® ||
|---|---|---|---|
| CQI | 1405 | Peer Review ||
| Peer Review Certificate ||||

# PEER REVIEW CERTIFICATE
# PROFESSIONAL FILE

**Peer Review Type:**
☒ Internal   ☐ External   ☒ Annual   ☐ Focused

☐ Peer review findings discussed with practitioner

..........................................................................................................................

**Physician Reviewed:** (please print)

| Papendick | Keith | MD-UM |
|---|---|---|
| Last Name | First Name | Title |

*Keith Papendick*   7/9/2018

Signature | Date

**Reviewer:** (please print)

| Powell | James | CMO |
|---|---|---|
| Last Name | First Name | Title |

*J Powell MD*   7/6/18

Signature | Date

The results of the Peer Review are on file in the Quality Improvement Files

*This Quality Improvement Document is confidential and protected by the peer review privilege in accordance with applicable laws.*
NA8069
Issued 1/2017
© 2017 Corizon Health, Inc.
Page **1** of 1
CLG-Jackson-00577

# CONTINUOUS QUALITY IMPROVEMENT (CQI)

**CORIZON HEALTH**

| CQI | 1405 | Peer Review |

## Provider Peer Review Questionnaire

**Practitioner:** Keith Papendick  **Date:** 7/6/18

**Reviewer Name:** Jarry Powell  **Reviewer Signature:** [signed]

### Patient Care

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Is knowledgeable of the intake or receiving screening process? | ☒ Yes | ☐ No |
| 2. | Effectively participates in and manages the chronic care clinics? NA | ☐ Yes | ☐ No |
| a. | Monitors treatment plans established for patients with special needs? | ☐ Yes | ☐ No |
| b. | Monitors site chronic care treatment plans passed on Clinical Metrics outcomes? | ☐ Yes | ☐ No |
| 3. | Actively participates in the operation of the infirmary? NA | ☐ Yes | ☐ No |
| a. | Annually reviews and approves policies and procedures specific to the operation of the infirmary? | ☐ Yes | ☐ No |
| b. | Ensures that physician rounds are conducted on medial admission infirmary patients as indicated, but at least weekly, or more frequently if required clinically or by policy? | ☐ Yes | ☐ No |
| 4. | Actively participates in the sick call process? NA | ☐ Yes | ☐ No |
|   | Number of calls per month: | | |
| 5. | Demonstrates compassion in patient encounters? NA | ☐ Yes | ☐ No |
| 6. | Honors DNR requests? NA | ☐ Yes | ☐ No |
|   | Note percentage of mortalities with end of life discussion documented: | | |
|   | Note percentage of DNR requests followed: | | |

### Medical/Clinical Judgement

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Actively participates in the Utilization Management program utilizing specialty and off-site services appropriately? Avg .06 Day Turnaround Time | ☒ Yes | ☐ No |
|   | Number of UM requests during last year: | 16 u85 | |
|   | Number of approved requests: | 83% | |
|   | Percentage of ER referrals admitted: | | |
| 2. | Participates in the utilization management of hospitalized patients? | ☒ Yes | ☐ No |
| 3. | Prescribes pharmaceutical therapy within the guidelines of the Corizon Health (or contracted) formulary? NA | ☐ Yes | ☐ No |
|   | Percentage of non-formulary medication on-site (number of non-formulary medicine orders/total number of orders): NA | | |

### System Based Practice

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Has reviewed and approved the site-specific policies and procedures within the past year, including suicide prevention and (SAW) substance abuse withdrawal? | ☒ Yes | ☐ No |
| 2. | Applies Corizon Health clinical pathway tools to improve on-site care? | ☒ Yes | ☐ No |
| 3. | Ensures that a practitioner is readily available to the on-site staff 24/7? | ☒ Yes | ☐ No |
| 4. | Participates in the Medical Administrative Committee (MAC) meetings quarterly, or as required by policy and Corizon Health? | ☒ Yes | ☐ No |
| 5. | Arrives on time for scheduled clinic hours? | ☒ Yes | ☐ No |
| 6. | Is timely when completing peer review and credential/re-credential information? | ☒ Yes | ☐ No |

*This Quality Improvement Document is confidential and protected by the peer review privilege in accordance with applicable laws.*

NA8070
Issued 1/2017

© 2017 Corizon Health, Inc.
Page **1** of 2

CLG-Jackson-00578

| CONTINUOUS QUALITY IMPROVEMENT (CQI) | | | CORIZON HEALTH | |
|---|---|---|---|---|
| CQI | 1405 | | | Peer Review |
| Provider Peer Review Questionnaire | | | | |

### Practice-Based Learning

| # | Question | | Yes | No |
|---|---|---|---|---|
| 1. | Actively participates in the site level QI program? | NA | ☐ Yes | ☐ No |
| 2. | Ensures the review of patient records for quality improvement purposes each month? | NA | ☐ Yes | ☐ No |
| 3. | Addresses deficiencies identified through the CQI process? | NA | ☐ Yes | ☐ No |
| 4. | Chairs the site-level Morbidity and Mortality (M&M) Committee and complies with the Corizon Health Sentinel Event process? | NA | ☐ Yes | ☐ No |
| 5. | Follows up on corrective action plans identified through the Sentinel Event process? | NA | ☐ Yes | ☐ No |
| 6. | Provides in-service training for the medical staff? | NA | ☐ Yes | ☐ No |
| 7. | Updates his/her practice when Corizon Health releases new, evidence-based pathways? | | ☒ Yes | ☐ No |
| | a. Corizon Health Warfarin Monitoring Program tools in place? | | ☒ Yes | ☐ No |
| | b. Corizon Health Standardized Corrective Regular Insulin Coverage (CRIC) tools in place? | | ☒ Yes | ☐ No |
| | c. Corizon Health SAW tools in place? | | ☒ Yes | ☐ No |

### Interpersonal Communication

| # | Question | | Yes | No |
|---|---|---|---|---|
| 1. | Appropriately communicates with the Regional Medical Director? | | ☒ Yes | ☐ No |
| 2. | Respectfully communicates with on-site and correctional staff? | | ☒ Yes | ☐ No |
| 3. | Has legible hand writing? | NA | ☐ Yes | ☐ No |
| 4. | Progress notes are timely? | NA | ☐ Yes | ☐ No |
| 5. | Progress notes communicate the practitioner's thinking and patient care treatment plans so that others can understand the plan of care? | NA | ☐ Yes | ☐ No |
| 6. | Responds to pages, calls and emergencies promptly? | | ☒ Yes | ☐ No |

### Professionalism

| # | Question | | Yes | No |
|---|---|---|---|---|
| 1. | Objectively evaluates any complaints/grievances against him/her? | | ☐ Yes | ☒ No |
| | Number of grievances: | | 0 | |
| 2. | Participates in and follows Corizon Health policies and procedures? | | ☒ Yes | ☐ No |
| 3. | Has had new legal actions? | | ☒ Yes | ☐ No |
| 4. | Engages with the medical staff, HSA, Behavioral Health and DON to promote teamwork? | | ☒ Yes | ☐ No |
| 5. | Accepts responsibility when held accountable and respectfully holds team members accountable? | | ☒ Yes | ☐ No |

**Number of charts audited**

### Comments

Dr. Papendick is a valuable asset to our UM Team and has done his job very well. He is also a great contributor to our improvement process.

*This Quality Improvement Document is confidential and protected by the peer review privilege in accordance with applicable laws.*

NA8070
Issued 1/2017

© 2017 Corizon Health, Inc.
Page **2** of 2

CLG-Jackson-00579

Goal Setting Evaluation Form

# 2018 Corizon Health Performance Plan

**CORIZON HEALTH**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | Keith L Papendick MD | **Job Title:** | Utilization Management Medical Director | **Employee ID:** | 982034 |
| **Performance Period:** | ☐ Service Anniversary (2018-2019)<br>☑ Annual Cycle (Jan - Dec 2018) | **Reviewer:** | James Powell, MD | **Department:** | 99610 |
| **Review:** | | **Role Type:** | | | |

**RATING SCALE**

**1 - Unacceptable:** Consistently does not meet job requirements/substantially missed annual performance objectives; immediate improvement required to maintain employment

**2 - Developing/Needs Improvement:** Employee is relatively new to the position, learning the knowledge and skills needed to be successful. -OR - Employee occasionally does not meet job requirements/almost attained annual performance objectives; performance needs to improve to meet expectations of position

**3 - Successful:** Able to perform 100% of job duties satisfactorily/fully attained annual performance objectives; normal guidance and supervision are required

**4 - Exceeds Expectations:** Frequently exceeds job requirements/all planned objectives achieved above established standards; accomplishments made in unexpected areas as well

**5 - Role Model:** Consistently exceeds job requirements/exceeded annual performance objectives; highest level of performance that can be attained

Enter values here:

**SMART Values and Behaviors  - Corizon SMART (Safety, Motivation, Accountability, Respect, Teamwork) Values**- weight of 20%

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **SMART Values** | SAFETY:  1 - Consistently prioritizes safety of self, custody, co-workers, and patient during all work encounters; for example: always having patient in view, securing all items, following the Rule of 100's etc.  2 - Watches out for potential safety issues and immediately reports findings to management.<br>MOTIVATION:  1 - Consistently performs to high standards by adhering to all deadlines, accuracy standards, Corizon Health policies/procedures and interactions expectations.  2 - Demonstrates an openness to new ideas and processes and demonstrates adaptability during times of change.<br>ACCOUNTABILITY:  1 - Consistently performs all tasks to standard, if unable to complete to standard, proactively seeks the support and guidance of leadership.  2 - Actively follows through on all commitments to ensure completed to satisfaction of patient, peers, client, and/or management.<br>RESPECT:  1 - Consistently refrains from demonstrating any signs of disrespect as outlined in the Employee Success Guide and the Corizon Professionalism Policy, rather works to resolve differences and improve processes using positive means.  2 - Approach's every patient or work encounter with the mindset of maintaining the person's dignity, which includes always using respectful language, displaying appropriate non-verbal cues and always following proper procedures.<br>TEAMWORK:  1 - Proactively seeks out ways to assist others to ensure the team reaches/exceeds goals.  2 - Shows commitment to and enthusiasm for the team diversity and company's vision, this includes actively being involved in solving problems and enhancing team performance. | **Weight:** | 25 % | **Supervisor Rating:** | 3 | **Self Rating:** | 5 |
| **Results Achieved** | SAFETY:  Reporting to SMD and RMD patient care issues that have been overlooked by our providers.   MOTIVATION:  Turn around rate of 0.05 days (1.2 hours) allowing for near realtime turnaround. ACCOUNTABILITY:  Consistently reaching a target of on of the lowest turn around times. 2. Nearly weekly attending medical departent meeting with Infectiious Disease and active contribution to assisting physicians understand the correct steps in management of Hepatitis C infection.  RESPECT:  shows respect to management and patients.  TEAMWORK:  Contributes to the cohesion of the team and consistently assisting other with case opinion and input to core process. Pete: after review of the scale we agreed a 3 would be good as you do a good job but there are areas you can improve upon such as communicating more wiht Dr. Bomber and improving edeications to our clinicians  at the sites. | | | | | |

CLG-Jackson-00580

Goal Setting Evaluation Form

**Goals** - each 10% minimum, 40% maximum; Overall 80% allocation

| Job Requirement/ Performance Objective #1 | Turnaround time being less than 1 day | Weight: | 25 % | Supervisor Rating: | 5 | Self Rating: | 5 |
|---|---|---|---|---|---|---|---|
| **Results Achieved** | 0.05 days turnaround time. All requests placed in a day are completed the same day. This includes cares requests and 100 five digit requests per week. Pete: agree | | | | | | |

| Job Requirement/ Performance Objective #2 | Number of referrals per week being 175 per week on average | Weight: | 25 % | Supervisor Rating: | 5 | Self Rating: | 5 |
|---|---|---|---|---|---|---|---|
| **Results Achieved** | 357 cases, on average, have been completed weekly. In addition 100 noncares, 5 digit requests have been completed weekly. Pete : agree | | | | | | |

CLG-Jackson-00581

Goal Setting Eva Form

| Job Requirement/ Performance Objective #3 | Percentage of approvals vs. ATP compared to other reviewers for the same contract | Weight: | 25 % | Supervisor Rating: | 4 | Self Rating: | 5 |
|---|---|---|---|---|---|---|---|
| Results Achieved | My ATP rate in the Michigan contract is 16.2%.  Other UMMD completing Michigan MDOC request has a 17.6% ATP rate. Pete: the averga eupheld ATP is the same as others or close but the volume is higher in Michigan. | | | | | | |

| Job Requirement/ Performance Objective #4 | | Weight: | % | Supervisor Rating: | | Self Rating: | |
|---|---|---|---|---|---|---|---|
| Results Achieved | | | | | | | |

| Job Requirement/ Performance Objective #5 | | Weight: | % | Supervisor Rating: | | Self Rating: | |
|---|---|---|---|---|---|---|---|
| Results Achieved | | | | | | | |

Goal Setting Evaluation Form

| | |
|---|---|
| Total Weight | **100** |
| Total Weighted Rating | 4.25 |
| Final Rating: | 4 |

**Rating Scoring Table***

| | |
|---|---|
| 5 = 4.5 - 5 | 2= 1.5-2.49 |
| 4 = 3.5-4.49 | 1= 0-1.49 |
| 3 = 2.5-3.49 | |

***Number is reflective of employee rating, not increase**

1=Unacceptable, 2=Developing or Needs Improvement 3=Successful 4= Exceeds Expectations 5=Role Model

Manager Comments:

DR. Papendick is an asset to our UM team and does his job well. We hope he is able to commuincate more with Dr. Bomber to get the right education to our site providers.

Manager Signature: James Powell, MD

Employee Comments:

Reviewed with Dr. Powell and agree with current assessments.

Employee Signature: Keith Papendick MD

CLG-Jackson-00583



## RMD Re-credentialing Review Summary

This review is a summary of current annual review.

Name: Keith Papendick MD  Date: 10/14/19
Service Area: UM  State: MI / All

### EVALUATION SUMMARY

| Leadership | Poor | Marginal | Average | Good | Excellent |
|---|---|---|---|---|---|
| Leadership Ability | ☐ | ☐ | ☐ | ☒ | ☐ |
| Accepts Responsibility | ☐ | ☐ | ☐ | ☒ | ☐ |
| Organizational Skills | ☐ | ☐ | ☐ | ☐ | ☒ |
| Decision-Making Skills | ☐ | ☐ | ☐ | ☒ | ☐ |
| Responsiveness | ☐ | ☐ | ☐ | ☐ | ☒ |
| Site Visit Attendance | ☐ | ☐ | ☐ | ☐ | ☐ N/A |

| Clinical | Poor | Marginal | Average | Good | Excellent |
|---|---|---|---|---|---|
| Basic Medical Knowledge | ☐ | ☐ | ☐ | ☐ | ☒ |
| Follows Core Process | ☐ | ☐ | ☐ | ☐ | ☒ |
| Ensures Site Leadership Compliance | ☐ | ☐ | ☐ | ☒ | ☐ |
| Collaborates on CAPs and Safety | ☐ | ☐ | ☐ | ☒ | ☐ |
| Uses Resources Effectively | ☐ | ☐ | ☐ | ☒ | ☐ |
| Offsite Utilization | ☐ | ☐ | ☒ | ☐ | ☐ |
| Pharmacy Formulary Utilization | ☐ | ☐ | ☐ | ☒ other | ☐ N/A 1/27/2 |
| Back Log | ☐ | ☐ | ☐ | ☐ | ☐ N/A |

| Relationships | Poor | Marginal | Average | Good | Excellent |
|---|---|---|---|---|---|
| Patient Encounters | ☐ | ☐ | ☐ | ☐ | ☐ N/A |
| Client Relationship | ☐ | ☐ | ☐ | ☐ | ☐ N/A |
| Corporate Management | ☐ | ☐ | ☐ | ☒ | ☐ |
| Other Regional Management | ☐ | ☐ | ☐ | ☒ | ☐ |
| Staff | ☐ | ☐ | ☐ | ☒ | ☐ |
| Peers | ☐ | ☐ | ☐ | ☒ | ☒ |

| Documentation | Poor | Marginal | Average | Good | Excellent |
|---|---|---|---|---|---|
| Timely | ☐ | ☐ | ☐ | ☐ | ☒ |
| Accurate | ☐ | ☐ | ☐ | ☐ | ☒ |
| Reviews | ☐ | ☐ | ☐ | ☐ | ☒ |
| Clinical | ☐ | ☐ | ☐ | ☐ | ☒ |

| Personal | Poor | Marginal | Average | Good | Excellent |
|---|---|---|---|---|---|
| Ethical Conduct and Boundaries | ☐ | ☐ | ☐ | ☐ | ☒ |

| Name: Keith Papendick MD | Date: |
|---|---|

Explain all "poor" or "marginal" evaluations:

Are you aware of any findings of professional misconduct while this practitioner was affiliated with our organization?

No

Are you aware of any judgment or settlement of a medical malpractice action or any pending actions that involved this practitioner?

No

Did RMD ensure appropriate care within the scope of practice that was provided?

Yes

Recommendation: ☒ Yes ☐ No

_____ 10/4/19
(Chief/Regional Clinical Officer)    Date

| Quality Improvement and Patient Safety (QIPS) | | CORIZON HEALTH |
|---|---|---|
| CQI | 1405 | Peer Review |
| Peer Review Certificate | | |

# Peer Review Certificate
## Professional File

**Peer Review Type:**

☐ Internal   ☐ External   ☒ Annual   ☐ Focused

Please check:   ☐ Peer review findings discussed with clinician _no chart_ _reviewed in our system_

**Clinician Reviewed:** (please print)

_Papendick_       _Keith_              _UMP_
Last Name         First Name           Title

_Keith Papendick_                      01/27/2020
Signature                              Date

**Reviewer:** (please print)

_Powell_          _James_              _CMO_
Last Name         First Name           Title

_[signature]_                          1/27/20
Signature                              Date

The results of the Peer Review are on file in the Quality Improvement Files

This Quality Improvement Document is confidential and protected by the peer review privilege in accordance with applicable laws.
QP1017                    Revised 10/2018
Issued 1/2017 as NA8069   Reissued as QP1017 on 10/2018
© 2018 Corizon Health, Inc.
Page 1 of 1

CLG-Jackson-00586

| Quality Improvement and Patient Safety (QIPS) | | CORIZON HEALTH |
|---|---|---|
| CQI | 1405 | Peer Review |
| Healthcare Support Team UM Clinician Peer Review Questionnaire | | |

Clinician Name: Dr. Keith Papendick

Clinician Title:

Reviewer Name/Title: Dr. Pete Powell

Reviewer Signature: [signature]

Date of Review: [handwritten date]

**Some questions may not apply to every Clinician. Please complete the appropriate questions or mark N/A**

| | Review of the Health Care Support Team Level Clinician (this form is completed by Senior Team) | | | |
|---|---|---|---|---|
| 1. | Clinician's behavior is considered professional? | ☑ Yes | ☐ No | ☐ N/A |
| 2. | Consistently adheres to Corizon policies and procedures, including UM Core Process review? | ☑ Yes | ☐ No | ☐ N/A |
| 3. | Appropriately engages with other team members, fostering team work, including UM nurses and Regional Medical Directors? | ☑ Yes | ☐ No | ☐ N/A |
| 4. | Utilizes appropriate evidence based references and guidelines to make referral determinations? | ☑ Yes | ☐ No | ☐ N/A |
| 5. | Engages in discussion and info-seeking when necessary during the Committee Review process? | ☑ Yes | ☐ No | ☐ N/A |
| 6. | Clinician includes any appropriate contract specific requirements in the referral review process? | ☑ Yes | ☐ No | ☐ N/A |
| 7. | Requests information from site providers during the referral review process which is appropriate and necessary to make review determinations? | ☑ Yes | ☐ No | ☐ N/A |
| 8. | Alternative Treatment Plans (ATP) recommendations/rationale are written clearly and adequately explained during the referral review process? | ☑ Yes | ☐ No | ☐ N/A |
| 9. | Referral review notes are written professionally and are clearly stated? | ☑ Yes | ☐ No | ☐ N/A |
| 10. | All clinical decisions made were consistent with the best practice of medicine, provided timely, and was the appropriate care for the patient? | ☑ Yes | ☐ No | ☐ N/A |
| 11. | Any conflict resolution was done professionally and timely? | ☑ Yes | ☐ No | ☐ N/A |
| 12. | Clinician accepts other duties as assigned and is accountable to senior leadership? | ☑ Yes | ☐ No | ☐ N/A |
| 13. | Provides back up coverage for other team members during absences? | ☑ Yes | ☐ No | ☐ N/A |
| 14. | Clinician is timely when completing peer review audits and credentialing/ re-credentialing information as required? | ☑ Yes | ☐ No | ☐ N/A |
| 15. | Adheres to Corizon SMART values, including maintaining respect for others, fostering team work, promoting a health company culture, displaying initiative and leadership qualities? | ☑ Yes | ☐ No | ☐ N/A |
| 16. | Works well with the committee for improvement of the UM process? | ☑ Yes | ☐ No | ☐ N/A |

*This Quality Improvement Document is confidential and protected by the peer review privilege in accordance with applicable laws.*

QP1012
Issued 07/2018 as QP0003
Revised 9/2018
Reissued as QP1012 on 9/2018
© 2018 Corizon Health, Inc.
Page 1 of 2

CLG-Jackson-00587

| Quality Improvement and Patient Safety (QIPS) | | CORIZON HEALTH |
|---|---|---|
| CQI | 1405 | Peer Review |

**Healthcare Support Team**
**UM Clinician Peer Review Questionnaire**

### Please provide CARES data in the section below:

| | | Per Day | Per Week |
|---|---|---|---|
| 17. | Referral reviews per day/week? | | 240 |
| 18. | Average turn-around time for the referral review process? | .04/days | |
| 19. | Ratio of approved vs ATP referrals compared to other reviewers whom do referral reviews for that same contract? | apr 80.8% | ATP 19.2% |
| 20. | Percentage of overturned ATP by appeal process compared to other reviewers whom do referral reviews for that same contract? | 24% | |

### Comments

- Average 240 referrals per week for past 6 month review period (this does not include the 5 digit referrals he manages in Michigan by contract as they are not entered into CARES)
- Average turn around time for past 6 month review period is 0.04/days
- Approval rate is 80.8% and ATP rate is 19.2 %
- ATP upheld rate during appeal review is 41%, 24% of overturned were related to more information provided after initial UMMD review

### Review of Clinician Peer Review Questionnaire Completed between Clinician and Supervisor

☒ Yes   ☐ No

Date of Review Completed on: 01/27/2020

Clinician Printed Name: Keith Papendick MD
Clinician Signature: Keith Papendick

Supervisor Printed Name: James Powell MD
Supervisor Signature: [signature]

*This Quality Improvement Document is confidential and protected by the peer review privilege in accordance with applicable laws.*
QP1012
Issued 07/2018 as QP0003
Revised 9/2018
Reissued as QP1012 on 9/2018
© 2018 Corizon Health, Inc.
Page 2 of 2

CLG-Jackson-00588