**Rivard, Caleb (MDOC)**

**From:** Papendick, Keith (MDOC-Contractor)
**Sent:** Thursday, November 03, 2016 4:10 PM
**To:** Hill, ECoe (MDOC)
**Subject:** RE: ▇▇▇▇▇▇ LCF

He has not use the prosthesis he has for 13 years and had no ADL issue with the fact he did not use it.

**Keith Papendick M.D.**
Utilization Management Outpatient Medical Director

### Quality Correctional Care of MI, P.C.

**Office:** ▇▇▇▇▇▇
**Fax:** ▇▇▇▇▇▇
**E-mail:** Keith.Papendick@Corizonhealth.com
6452 Millenium Drive | Suite 100 | Lansing, Mi. 48917
www.corizonhealth.com

CONFIDENTIALITY NOTICE: This email communication may contain private, confidential, or legally privileged information intended for the sole use of the designated and/or duly authorized recipient(s). If you are not the intended recipient or have received this email in error, please notify the sender immediately by email and permanently delete all copies of this email including all attachments without reading them. If you are the intended recipient, secure the contents in a manner that conforms to all applicable state and/or federal requirements related to privacy and confidentiality of such information.

**From:** Hill, ECoe (MDOC)
**Sent:** Thursday, November 03, 2016 4:09 PM
**To:** Papendick, Keith (MDOC-Contractor)
**Subject:** ▇▇▇▇▇▇ LCF

The consult was ATP stating see orthotic/PT note from June 2016. I had already reviewed that note prior to submitting my consult for the prosthetic. I can tell you I talked with the patient, examined the patient and the patient states the only reason he doesn't wear it is that is not functioning appropriately. If you read the consult placed on 5/24/2016 by another provider you will see that at that time as well the pt. wanted to wear his prosthetic. I can only go by my assessment and of course the provider prior to me. I discussed the note from June with the pt. when I saw him and placed my consult - he states he has never stated he doesn't want and only stopped wearing because it doesn't function appropriately. Please let me know your thoughts?

Thanks
E'Coe Hill, NP LCF

1