**Rivard, Caleb (MDOC)**

**From:** Papendick, Keith (MDOC-Contractor)
**Sent:** Monday, November 28, 2016 5:05 PM
**To:** Kakani, Savithri (MDOC-Contractor)
**Subject:** RE:

Who is this surgeon and what makes him or her think they are approved to remove a mass other than the shoulder lesion or repair a hernia. Neither of these were requested or approved and will not be paid for.

-----Original Message-----
From: Kakani, Savithri (MDOC-Contractor)
Sent: Monday, November 28, 2016 4:43 PM
To: Papendick, Keith (MDOC-Contractor)
Subject:

Dr Papendick
Pt was supposed to have lesion removed on the face but was not done by surgery consultant .instead they removed mass and repaired small hernia ,and the shoulder lesion was removed,pt told me that it was too close to the eye and they did not want to do .please advise.pt has hx of bcc savi

1

## Rivard, Caleb (MDOC)

**From:** Papendick, Keith (MDOC-Contractor)
**Sent:** Monday, November 28, 2016 7:18 PM
**To:** 'Gill, Mason'; 'eugene.mitchell@corizonhealth.com'
**Subject:** FW: ███

Dr. Narkiewicz repaired a hernia and removed a mass both of which were not approved. The surgeries approved were removal of a lesion near the eye and a skin lesion on the shoulder. The hernia and mass removal should not be paid for. This is a general surgeon with Allegiance general surgery. There was a consult before the surgery request and approval and the following is what was requested and approved. "inferior r eye lesion bx and excision of r shoulder lesion".

-----Original Message-----
From: Kakani, Savithri (MDOC-Contractor)
Sent: Monday, November 28, 2016 5:09 PM
To: Papendick, Keith (MDOC-Contractor)
Subject: RE: ███

Dr Lawrence narkiewicz ,jr,md henry ford allegiance savi

-----Original Message-----
From: Papendick, Keith (MDOC-Contractor)
Sent: Monday, November 28, 2016 4:55 PM
To: Kakani, Savithri (MDOC-Contractor)
Subject: RE: ███

Were there approvals for 407 for all the surgeries they completed??

-----Original Message-----
From: Kakani, Savithri (MDOC-Contractor)
Sent: Monday, November 28, 2016 4:43 PM
To: Papendick, Keith (MDOC-Contractor)
Subject: ███

███
Dr Papendick
Pt was supposed to have lesion removed on the face but was not done by surgery consultant .instead they removed mass and repaired small hernia ,and the shoulder lesion was removed,pt told me that it was too close to the eye and they did not want to do .please advise.pt has hx of bcc savi

1