# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:19-cv-13382
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

| MARGOLIS, GALLAGHER & CROSS | CHAPMAN LAW GROUP |
|---|---|
| Lawrence H. Margolis (P69635) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Ian T. Cross (P83367) | Devlin K. Scarber (P64532) |
| *Attorneys for Plaintiff* | Jeffrey L. Bomber (P85407) |
| 214 S. Main St., Suite 200 | *Attorneys for Corizon Health, Inc.* |
| Ann Arbor, MI 48104 | *and Keith Papendick, M.D.* |
| (734) 994-9590 | 1441 West Long Lake Road, Suite 310 |
| larry@lawinannarbor.com | Troy, MI  48098 |
| ian@lawinannarbor.com | (248) 644-6326 |
| | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

**APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS CORIZON HEALTH, INC. AND KEITH PAPENDICK, M.D.**

**TO:  CLERK OF THE COURT**

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by JEFFREY L. BOMBER, and hereby gives notice of his appearance on behalf of Defendants, CORIZON HEALTH, INC. and KEITH PAPENDICK, M.D.

          Respectfully submitted,
          CHAPMAN LAW GROUP

Dated:  April 7, 2022    /s/Jeffrey Bomber
          Jeffrey L. Bomber (P85407)
          Attorney for Corizon Health, Inc. and
          Keith Papendick, M.D.
          1441 West Long Lake Rd., Suite 310
          Troy, MI 48098
          (248) 644-6326
          jbomber@chapmanlawgroup.com

## **PROOF OF SERVICE**

I hereby certify that on April 7, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

          /s/Jeffrey Bomber
          Jeffrey L. Bomber (P85407)
          1441 West Long Lake Rd., Suite 310
          Troy, MI 48098
          (248) 644-6326
          jbomber@chapmanlawgroup.com