UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

*Plaintiff,*

CASE NO. 19-13382
DISTRICT JUDGE TERRENCE G. BERG
MAGISTRATE JUDGE PATRICIA T. MORRIS

v.

CORIZON HEALTH INC.
and KEITH PAPENDICK

*Defendants.*
_____/

## ORDER OF COMPLETION OF REFERRAL

The above case was referred to the Magistrate Judge for all pretrial proceedings on November 21, 2019. (ECF No. 3.) A status conference was held on today's date at which time the parties confirmed that all pretrial duties have been completed and the case is ready to proceed to trial. For that reason, the case is returned to the chambers of the District Judge for further proceedings.

IT IS ORDERED.

Date: April 11, 2022

S/ Patricia T. Morris
Patricia T. Morris
United States Magistrate Judge