An official website of the United States government.    Here's how you know.    Log in to PACER Systems



Party Search Results

**Search Criteria:** Party Search; Court ID: [MI]; Case Status: [Open]; Last Name: [papendick]; First Name: [keith]
**Result Count:** 15 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title |
| --- | --- | --- |
| Papendick, Keith (dft) | 2:2019cv10673 | Lyles v. Papendick et al |
| Papendick, Keith (dft) | 2:2019cv10870 | Pope v. Corizon Health, MDOC et a |
| Papendick, Keith (dft) | 2:2019cv13788 | Kirschke v. Corizon Health Incorporated et al |
| Papendick, Keith (dft) | 2:2019cv13382 | Jackson v. Corizon Health Inc. et a |
| Papendick, Keith (dft) | 2:2020cv11100 | Butler v. Papendick et al |
| Papendick, Keith (dft) | 2:2020cv10814 | Tietz v. Corizon Health, Inc. et al |
| Papendick, Keith (dft) | 4:2021cv10408 | Gregory v. Washington et al |
| Papendick, Keith (dft) | 2:2019cv10707 | Pearson v. Michigan Department Corrections et al |
| Papendick, Keith (dft) | 2:2021cv10734 | Mathis v. McInnis et al |
| Papendick, Keith (dft) | 2:2021cv12874 | Walker v. Greiner et al |
| Papendick, Keith (dft) | 2:2022cv10306 | Scott v. Henry Ford Health System al |
| Papendick, Keith (dft) | 1:2019cv00693 | Sproessig #299543 v. Blessman e al |
| Papendick, Keith (dft) | 2:2019cv00153 | Minley #203987 v. Pierce et al |
| Papendick, Keith (dft) | 2:2019cv00153 | Minley #203987 v. Pierce et al |
| Papendick, Keith (dft) | 1:2022cv00077 | Dittmer #175464 v. Corizon Healt Inc. et al |

| PACER Service Center | 07/12/2022 18:45:35 |
| --- | --- |
| **User** | accelectronics |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name papendick, keith; Court ID MI; Case Status O; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ           Privacy & Security           Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856

Case 2:19-cv-13382-TGB-PTM   ECF No. 77-3, PageID.3126   Filed 07/20/22   Page 2 of 2

pacer@psc.uscourts.gov