- Home
- About
    - Who We Are: History & Today
    - Executive Team
    - Clinical Team
    - Operations: State
    - Operations: Community
    - Serving Jails
    - Serving Prisons
    - Staffing Model
    - Partner Locations
    - Accreditations & Industry Partners
    - A Culture Of Patient Safety
    - Community Involvement
        - Health and Wellness
        - Children and Youth Causes
        - Domestic Violence Awareness
        - Global Impact
        - Public Service
        - REEntry and Community Support
        - Special Olympics
        - Military and Veteran Organizations
    - Join The Corizon Health Team
- Contact
    - Corizon Health Contact
    - HR Contact
    - Media Contact
    - Marketing Contact
    - Business Development Contact
    - Provider Network Contact
- News
- Choosing Corizon
    - Reasons to Choose
    - Benefits of Our Services
    - Staffing Model
    - Locations
    - Clinical Programs
    - Reentry Programs
    - Technology
    - Training and Education
    - Client Testimonials
    - Need Our Help?
- Claims
    - Corizon Health Claims
    - Legacy CMS Providers
    - Legacy PHS Community Providers
    - Provider Portal
- Diversity

- - Vendor Diversity Program Description
  - Vendor Identification & Selection
  - Program Specifics
  - FAQ
  - Program Application
- Careers



search…  GO

- 
- 
- 
- 

☰ Menu

- Home
- About
- Contact
- News
- Choosing Corizon
- Claims
- Diversity
- Careers



- 04/ 15/ 2022

  **Mental health key to successful re-entry**

- 02/ 03/ 2022

  **Corizon Health Leading in Inmate Mental Health at Dona Ana County Detention Center**

- 09/ 30/ 2021

  **CORIZON HEALTH WINS CONTRACT RENEWAL FOR PHILADELPHIA DEPARTMENT OF PRISONS**

- 09/ 22/ 2021

  **CORIZON HEALTH WINS MEDICAL CONTRACT AT BERNALILLO COUNTY METROPOLITAN DETENTION CENTER**

- 08/ 31/ 2021

**CORIZON PARTNER AT CHARLOTTE COUNTY JAIL EARNS NCCHC REACCREDITATION**

- 1
- 2
- 3

# Corizon News

## JAMES HYMAN JOINS CORIZON HEALTH AS CHIEF EXECUTIVE OFFICER

BRENTWOOD, TENN., – September 5, 2019 – Corizon Health today announced the appointment of James E. Hyman as Chief Executive Officer effective Sept. 1.

"James brings a unique set of skills and experiences to continue Corizon Health's path to becoming the country's leading provider of correctional healthcare and delivering best-in-class care for this underserved population," said Jeff Goldberg, chair of the Corizon Health Board of Directors. "Not only does James have extensive experience in performance improvement and growth across multiple industries, but he has direct correctional leadership experience from his previous roles as CEO of Cornell Companies and Community Education Centers."

Hyman's corrections experience includes leading companies that served Federal agencies, including the Federal Bureau of Prisons, as well as 20 state departments of corrections and many county and municipal agencies. He has had responsibility for leading organizations that provided correctional healthcare services, including mental health and behavioral health, as well as working alongside other correctional healthcare providers, including Corizon. Hyman holds an MBA with Distinction from Harvard University and an AB in Philosophy with Honors from the University of Chicago.

As CEO of Corizon, Hyman will lead an organization of 5,000 healthcare staff, the majority of whom are nurses, providing care to an average daily population of approximately 145,000 inmate patients in 149 facilities across 16 states.

"With a heritage of quality service going back decades, Corizon has grown to become one of the nation's premier providers of correctional healthcare and treatment services," said Hyman. "I have worked in the past alongside Corizon clinicians in serving mutual customers and am now honored to have the opportunity to work with the company to build on this strong foundation and deliver even greater value to all our stakeholders."

The company also announced that Steve Rector, Hyman's predecessor, will serve as an advisor to the Board and Company on an ongoing basis. "I want to thank Steve for his work with the Company over the past two years, and particularly in building a strong leadership team across the Company and focusing on processes to standardize and continuously improve the care we provide," Mr. Goldberg added, "We are grateful for Steve's continued involvement with the Company."

**About Corizon Health** Corizon Health is a leading provider of correctional healthcare services in the United States, providing quality healthcare services to states and municipalities across the country for more than forty years. Corizon offers comprehensive solutions for medical care, behavioral care, pharmaceutical and re-entry services. For more information, please visit www.corizonhealth.com.



- Home
- About
- Contact
- News
- Choosing Corizon
- Claims
- Diversity
- Careers
- Terms of Use
- Site Map
- © Corizon 2021