

# EXHIBIT L -- LITIGATION

In accordance with Section 6.12.6, the table on the following pages provides the required litigation information.  As the State is aware, correctional health care is a field in which litigation is not uncommon.  Inmates have access to the court system, and they frequently use it if they believe that a mistake occurred or their rights were hindered.  The majority of the inmate healthcare-related claims filed against Corizon, LLC and its parents and subsidiaries, including but not limited to Corizon Health, Inc. and PharmaCorr, LLC (hereinafter "Corizon") and its doctors and nurses are found to be without merit.

Between the dates of September 1, 2015 through August 31, 2020, for the lawsuits filed and resolved, approximately ***88% of those claims have been dismissed or otherwise abandoned without any payment by*** Corizon. More importantly, indicative of Corizon's willingness to vigorously defend against meritless suits, of the cases that went to trial, Corizon was vindicated in every instance and there have been no findings in favor of any plaintiff.

Corizon is proud of its litigation record; the vast majority of suits that are filed result in dismissals or findings in favor of Corizon and its personnel and contractors.  The healthcare professionals engaged by the Company address needs and issues as they arise, which serves to reduce claims in the first instance.  In those situations where a claim is filed, Corizon engages defense counsel with expertise in correctional healthcare and proceeds to defend the case in a cost-effective, timely and results-oriented manner.

The best indicator of our strong litigation record is our history in the Missouri Department of Corrections contract.  When we took over the Missouri DOC program, where Corizon has held the contract since 1992, the average lawsuit rate was almost 19 lawsuits per 1,000 inmates.  Through our quality care program and our strong litigation defense, within a few years, the average number of suits dropped significantly to two per 1,000 inmates.  Since 1997, we have continued to keep that number well below two lawsuits per 1,000 inmates.

As requested, attached is the list of lawsuits involving Corizon, its parent and subsidiaries and any employees or officers.  The list provides the name of the defendant, the title/role of the defendant, the plaintiff name, the court, the docket number and a brief description of the allegation.  It is important to note that if the plaintiff named multiple defendants, each line on the report provides the different defendant name.  Thus, if the case had eight defendants, it will be listed eight times on the report.

> Upon review, please keep in mind that litigation information is relative to the size of the inmate population served and the longevity of the provider. Businesses that are newly formed or relatively young and that serve fewer inmates will not have a comparable record to that of an experienced vendor, like Corizon, that has served literally millions of patients over the past 42 years. It should also be noted that vendors who form new companies specifically to respond to a state's RFP most likely will not have any litigation to report.

*Other Litigation History:*
During this same time period, there have been no lawsuits or claims filed or litigated regarding a) claims between Corizon and any state agency; b) allegations of abuse and neglect; c) personal injury to a client;



d) violent acts against a patient; e) fraud and/or misrepresentation; f) sexual offenses; g) weapons offenses; or h) controlled substances offenses.

Corizon can discuss with the State any additional litigation information desired.

PLEASE NOTE:  The compiled and summarized litigation history as set forth herein is considered proprietary, confidential information.  Accordingly, we are submitting this information with the designation that it is *CONFIDENTIAL & PROPRIETARY*.  We request that the State maintain this part of our Proposal as confidential and proprietary, and that the State not disclose this information to other bidders or to any third party, or pursuant to any open records request.