**Business**

# Leading Healthcare Group Forms YesCare, Debuting New Vision and Leadership

May 16, 2022 at 8:07 AM EDT

Leading Healthcare Group Forms YesCare, Debuting New Vision and Leadership

Led by CEO Sara Tirschwell and new C-suite leadership, YesCare will advance an innovative and more compassionate model of care for correctional patients

Key priority areas include women's health and behavioral health services including therapies for addressing suicide and addiction across its facilities nationwide

Business Wire

HOUSTON -- May 16, 2022

Today, the dedicated employees of Corizon Health are now YesCare, launching a powerful vision for correctional healthcare nationwide and announcing corporate leadership to drive the company's next chapter. Under CEO Sara Tirschwell's stewardship, YesCare will partner with state and local government clients to set and deliver on higher standards for care in corrections.

"YesCare is committed to outcome-driven solutions for the patients and communities we serve. We will lead the industry toward the earlier and more concentrated deployment of resources because reentry preparation should start the moment an individual enters our care," Ms. Tirschwell said. "To accomplish this, we are proud to have the most diverse executive leadership in the industry, a reflection of our diverse and talented workforce. Together, our mission is to turn the goals of recovery and rehabilitation into a reality."

Understanding that 95% of incarcerated individuals return to society, the company is investing in an expanded roster of programming, from expanded wellness to behavioral health, addiction treatment, suicide prevention, care for the aging and women's health education.

Central to this focus will be a nationwide expansion of YesCare's recently piloted suicide prevention program and YesCare's Women's Health Education, which debuted at the state of Maryland's Correctional Institution for Women in 2020. The landmark program educates women on their individual healthcare needs, empowering them with the skills for self-care and the tools to access external care.

Led by Ms. Tirschwell, YesCare's experienced senior team has a thoughtfully constructed strategy to guide the company through a pivotal time. Staffing challenges, criminal justice reform, the aging of the prison population, rising substance use, suicides and mental health issues and a growing awareness of the importance of saving productive lives, collectively set the stage for change. YesCare is utilizing all of its corporate resources, and

those of its related companies, to meet staffing needs and is prioritizing the
perspectives of its clinical and operational experts in solving for better
risk-adjusted patient and societal outcomes.

Tirschwell comes to YesCare after a successful thirty-year career in finance,
where she distinguished herself as a forward-thinking, hands-on investor. She
subsequently moved into executive leadership where she quickly established
herself as a change agent. Tirschwell brings highly relevant experience to
YesCare from behavioral health, government relations, and decades of investing
in healthcare services.

A number of newly promoted staff will steer YesCare toward a more
compassionate future in correctional care, including:

  * Dana Bell, Chief of Staff, serves as a client advocate and provides
    strategic and administrative support to the CEO. She also coordinates new
    business development and contract retention for the company's clients
    nationwide. She is actively involved in strategic sales planning, proposal
    development, pro forma development, and ongoing client satisfaction. Bell
    brings over 15 years of corrections industry experience.
  * Brandon De Julius, Chief Administrative Officer, oversees operations and
    implements YesCare strategies to meet client needs. De Julius has been
    with YesCare for over 12 years, based in Philadelphia where he previously
    served as Vice President for the company's contract with the Philadelphia
    Department of Prisons.
  * Regina Lindsay, Senior Vice President of Human Resources, leads all
    YesCare Human Resources functions including talent management, recruiting,
    compensation and benefits, employee engagement, HR operations, labor
    relations and a commitment to promote a culture of continuous growth and
    development in the business. Lindsay has spent more than 15 years in
    various organizations providing strategic HR guidance to senior leaders.
  * Michael Middleton, Chief Information Officer, is responsible for the
    organization's overall information technology strategy, initiatives, and
    associated operations. He brings over 20 years of IT experience in a
    variety of roles working largely with state organizations.
  * Leonora Muhammad, DNP, APRN, Chief Nursing Executive, heads patient care
    provided by all site, regional and corporate nursing teams. Dr. Muhammad
    evaluates patient services processes across the organization for quality,
    cost effectiveness, efficiency, and regulatory compliance.
  * Michael Murphy, SVP of State Client Relations and Business Development,
    builds, maintains and strengthens relationships with YesCare's State
    partners to achieve client goals and identifies opportunities for future
    growth. Murphy joined YesCare after more than 35 years in the corrections
    industry.
  * Mary Silva, MBA, BSN, RN, Chief Clinical Officer, develops and executes
    clinical strategies that prioritize staffing, safety and effectiveness.
    She has over 25 years of correctional healthcare administration and
    nursing experience.
  * Bruce Teal, SVP of Community Client Relations and Business Development,
    builds, maintains and strengthens relationships with YesCare's city and
    county partners to achieve client goals and identifies opportunities for
    future growth. Teal joined YesCare after more than 25 years in the
    corrections industry.
  * Steve Tomlin, SVP of Reentry and Community Partnerships, oversees reentry,
    behavioral health programs, and community partnerships. Tomlin has 30
    years experience in facility management, hands-on operations, behavioral
    health, and quality control.
  * Dr. Anthony Waters, PsyD, Chief of Behavioral Health, coordinates and
    heads behavioral health services. Dr. Waters has over 14 years of
    experience in correctional behavioral health.

Utilizing state of the art technology, YesCare's approach delivers curated,
quality healthcare centered around giving individuals the tools to succeed in
and out of the correctional space. Targeted specifically to support a

disproportionately trauma-inflicted population, this vision will solidify YesCare's standing as the most compassionate provider of correctional healthcare.

YesCare is part of a consortium of related entities that includes healthcare staffing companies with over 19,000 healthcare professionals, hundreds of skilled nursing homes and assisted living facilities, laboratories and pharmacies, addiction treatment companies (including MAT), among others.

About YesCare

YesCare, composed of the former Corizon Health team, is a leading provider of correctional healthcare services in the United States, offering quality healthcare services to states and municipalities across the country. Built on more than 40 years of innovation and expertise, the YesCare team provides services at 52 facilities across the nation, serving an average of 50,000 patients each day. YesCare offers comprehensive solutions for dental care, medical care, behavioral care, pharmaceutical and re-entry services. YesCare's compassionate model puts the best interests of patients and communities first.

For more information, please visit www.yescarecorp.com.

View source version on businesswire.com:
https://www.businesswire.com/news/home/20220516005378/en/

Contact:

Alex Macfarlane, SKDK
amacfarlane@skdknick.com

---

Terms of Service Do Not Sell My Info (California)  Trademarks Privacy Policy
©2022 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices     Help