**Young, Mary**

| | |
|---|---|
| **From:** | Davies, Karen <Karen.Davies@Yescarecorp.com> |
| **Sent:** | Thursday, June 2, 2022 10:26 AM |
| **To:** | Singleton, Dan |
| **Cc:** | Mangarella, Paula |
| **Subject:** | <EXTERNAL EMAIL>YesCare Invoices |

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Chief Singleton,
As a follow-up to our announcement on our name change:

- YesCare acquired all the active business of Corizon. As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC ("CHS"), and a wholly owned subsidiary of YesCare.
- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.
- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization with
- ownership that understands the delivery of healthcare;
- backing of a large healthcare conglomerate with multitudes of resources for us to leverage; and
- strong financial and leadership stability.
- To ensure that payments under the contract continue without interruption, we will be providing you with CHS' FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no change in bank account information at this time, however, that may be updated in the future.
- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.
- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.
- The full force of our corporate office remains at your service for any additional information or clarification that you may need.

Please forward to any one from your team that would need this information and if there are any questions, feel free to reach out to me. Many thanks.

Karen

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com



1



www.yescarecorp.com

Facebook | Twitter | YouTube | LinkedIn
**S**afety, **M**otivation, **A**ccountability, **R**espect, **T**eamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

2