

Careers Home

About Us

Benefits  Join Our Talent Network

Culture

Career Areas

Job Title, Keywords

City, State, Country

**SEARCH**

★ Veteran Jobs   👤 View all Jobs

YesCare and COVID-19   Learn More   

# 704 Jobs

Sorted by Relevance   **+**

Filter by Job Category   **+**

Filter by State   **−**

Maryland (266)
Pennsylvania (129)

## Licensed Practical Nurse LPN
Baltimore, Maryland
Employment Type: Regular Part-time

## Nurse Practitioner
Albuquerque, New Mexico
Employment Type: Regular Full-time

- Florida (78)
- New Mexico (71)
- Missouri (42)
- Wyoming (31)
- New York (21)
- Virginia (20)
- Kansas (12)
- Kentucky (10)
- New Jersey (10)
- Michigan (7)
- Tennessee (5)

⊖ Less

---

Filter by City  +

---

Filter by Title  +

### Licensed Behavioral Health Professional
Albuquerque, New Mexico
Employment Type: Regular Full-time

### Nurse Practitioner
Jessup, Maryland
Employment Type: Regular Full-time

### Licensed Practical Nurse LPN
Baltimore, Maryland
Employment Type: Regular Part-time

### Licensed Practical Nurse LPN – DAY – INTERNAL POSTING
Crestview, Florida
Employment Type: Regular Full-time

### Licensed Practical Nurse LPN (Mid Shift)
Philadelphia, Pennsylvania
Employment Type: Regular Full-time

### Registered Nurse RN
Punta Gorda, Florida
Employment Type: Regular Part-time

### Licensed Practical Nurse LPN – PRN Day
Palmetto, Florida
Employment Type: PRN

### Registered Nurse RN PRN Nights
Palmetto, Florida
Employment Type: PRN

### Licensed Practical Nurse LPN
St Louis, Missouri
Employment Type: Regular Full-time

### Physician Ob-Gyn
Jessup, Maryland
Employment Type: Regular Full-time

### Certified Nursing Assistant CNA
Lexington, Kentucky
Employment Type: Regular Full-time

### Licensed Practical Nurse LPN
Las Cruces, New Mexico
Employment Type: Regular Full-time

### Licensed Behavioral Health Professional
Tallahassee, Florida
Employment Type: Regular Full-time

---

YesCare is an Equal Opportunity/Affirmative Action Employer. In compliance with federal and state employment opportunity laws, qualified applicants are considered for all positions without regard to race, gender, national origin, religion, age, sexual orientation, disability, Vietnam era veteran, or disabled Veteran status. EOE including Disability/Protected Veterans



Careers Home     About Us     Benefits     Culture     Veteran Jobs     All

Jobs    Contact Us    © YesCare 2022