Case 2:19-cv-13382-GAD-PTM   ECF No. 77-31, PageID.3263   Filed 07/20/22   Page 1 of 2



Home   About Quest   Services   Approach   Professionals   Case Studies   Careers   Contact Us

## Professionals

Jeffrey A. Brodsky

Gerald Madigan

Robert A. Schmitz

Barry D. Shalov

Sara Tirschwell

Robert Allen

Samuel Dawidowicz

Michael Doyle

Christopher Motogawa

Matthew Veedon

Dr. Alexander A. Kulpecz

Quest Administrative Services, LLC

Tony Naes

Mary Palmquist

Mark Chambers

# Sara Tirschwell



Sara Tirschwell, CFA, is a Managing Director of Quest Turnaround Advisors, and brings to her assignments extensive experience successfully investing in distressed companies over the past 30 years.

She is currently serving as the CEO of Corizon Health. Previously she served as the Interim Chief Financial Officer of Foundation House, a privately-owned addiction treatment company headquartered in Portland, Maine where she led an operational turnaround and balance sheet restructuring.

She also serves as a Director and Chair of the Budget and Audit Committee on the board of Atlas Marketplace & Delivery LLC, a privately-held transportation and logistics company with operations throughout New England.  Ms. Tirschwell also provides portfolio advisory and outsourced workout services to CLO's and BDC's through a strategic alliance with TRS Advisors, LLC.  Previously, Ms. Tirschwell spent 29 years in distressed finance.  Ms. Tirschwell has been a portfolio manager, a partner in a start-up hedge fund and a long-time investor, analyst and trader in the distressed debt field since 1989.  She has extensive industry knowledge, having invested in financials, healthcare, telecom, homebuilders, building products, shipping, chemicals, retailers, energy, infrastructure and industrials in the US, Europe and Latin America.

Ms. Tirschwell spent the largest portion of her career in distressed finance as a Managing Director at Davidson Kempner Capital Management, fka MH Davidson.  She led the firm's investments in complex distressed situations such as Washington Mutual, Smurfit Stone, Hostess, Southedge, Rescap, Horizon Lines and PDVSA/Venezuela, among many others.  Notably, Ms. Tirschwell organized and led a bankruptcy litigation strategy against Vitro, SA, ultimately causing Mexico to overhaul its insolvency laws.

Ms. Tirschwell graduated from Rice University with an Economics degree in 1987 after spending her childhood in Corpus Christi, TX.  She started her career in distressed finance at R.D. Smith, as the Drexel-induced high yield bubble was bursting.  Ms. Tirschwell became a pioneer in distressed bank loan trading, leading the creation of an efficient marketplace for distressed and stressed term loans and the innovation of a mechanism for transacting revolving credit facilities.  She has led and participated on dozens of creditor committees, collaborated with the Loan Syndications and Trading Association, Senate Judiciary Committee and Managed Funds Association, spoken on panels for the Turnaround Management Association and has been a guest lecturer on the subject of bankruptcy investing.

© Copyright 2021  •  Quest Turnaround Advisors  •  All Rights Reserved.