## *YesCare Client Q&A*

- **Why is Corizon becoming YesCare?**
  - Because there is a different, better vision for our company going forward. YesCare's mission is to bring the best quality and most compassionate care to our more than 50,000 correctional patients across the country. YesCare will be investing in and prioritizing areas that are of particular concern to our clients, including staffing, behavioral health, women's health and reentry. We will be committed to outcome-driven reform for the patients and communities we serve.

- **Who is the newly appointed CEO?**
  - Sara Tirschwell comes to YesCare after a successful, decades-long career in finance, where she distinguished herself as a forward-thinking investor. She subsequently moved into executive leadership where she quickly established herself as a positive change agent. Sara brings highly relevant experience to YesCare from behavioral health, government relations and decades of investing in healthcare services.

- **Will this change who we work with day-to-day?**
  - As you know, we have already made organizational changes. We have a new name; we have higher expectations and we intend to only increase the support and responsiveness of your company contacts. Our executive team is extremely hands-on and available to each of our clients, as well.
  - We would like to strengthen our partnership with you by better tailoring our service model to your needs. We are on strong financial footing and have extraordinary resources in partners and related companies that we can leverage to benefit you. For those of you who have not met our CEO, she will be meeting with each of our clients to discuss the wide variety of expertise that we now bring to the table.

- **Will any of our current contracts be changing?**
  - No. Our federal ID number will remain the same, so there are no changes to be made to the existing agreement.

- **Are any of the services you provide at our facility changing?**
  - No, the current services we provide at your facility will continue, but with augmented resources to support our field staff. We understand the challenges of staffing, increased behavioral health issues like addiction and suicide, as well as the interest in breaking the cycle of recidivism by being more thoughtful about how we support transitioning formerly incarcerated individuals back into the community. We are prepared to support you in facing these challenges. Again, our CEO will be meeting with each of you to discuss how we can be better partners to you. We are honored to serve you and all the patients at your facility and are grateful for your trust.
  - Under new leadership, our approach will be to deliver curated, quality healthcare centered around giving individuals the tools to succeed in and out of the correctional space.