- [Home](#)
- [About](#)
  - [Who We Are: History & Today](#)
  - [Executive Team](#)
  - [Clinical Team](#)
  - [Operations: State](#)
  - [Operations: Community](#)
  - [Serving Jails](#)
  - [Serving Prisons](#)
  - [Staffing Model](#)
  - [Partner Locations](#)
  - [Accreditations & Industry Partners](#)
  - [A Culture Of Patient Safety](#)
  - [Community Involvement](#)
    - [Health and Wellness](#)
    - [Children and Youth Causes](#)
    - [Domestic Violence Awareness](#)
    - [Global Impact](#)
    - [Public Service](#)
    - [REEntry and Community Support](#)
    - [Special Olympics](#)
    - [Military and Veteran Organizations](#)
  - [Join The Corizon Health Team](#)
- [Contact](#)
  - [Corizon Health Contact](#)
  - [HR Contact](#)
  - [Media Contact](#)
  - [Marketing Contact](#)
  - [Business Development Contact](#)
  - [Provider Network Contact](#)
- [News](#)
- [Choosing Corizon](#)
  - [Reasons to Choose](#)
  - [Benefits of Our Services](#)
  - [Staffing Model](#)
  - [Locations](#)
  - [Clinical Programs](#)
  - [Reentry Programs](#)
  - [Technology](#)
  - [Training and Education](#)
  - [Client Testimonials](#)
  - [Need Our Help?](#)
- [Claims](#)
  - [Corizon Health Claims](#)
  - [Legacy CMS Providers](#)
  - [Legacy PHS Community Providers](#)
  - [Provider Portal](#)
- [Diversity](#)

- ○ [Vendor Diversity Program Description](#)
  - ○ [Vendor Identification & Selection](#)
  - ○ [Program Specifics](#)
  - ○ [FAQ](#)
  - ○ [Program Application](#)
- [Careers](#)



search...  GO

- •
- •
- •
- •

[☰ Menu](#)

- [Home](#)
- [About](#)
- [Contact](#)
- [News](#)
- [Choosing Corizon](#)
- [Claims](#)
- [Diversity](#)
- [Careers](#)

Related Sites ▼

- [Reasons to Choose](#)
- [Benefits of Our Services](#)
- [Staffing Model](#)
- [Locations](#)
- [Clinical Programs](#)
- [Reentry Programs](#)
- [Technology](#)
- [Training and Education](#)
- [Client Testimonials](#)
- [Need Our Help?](#)

# Choosing Corizon Health

### Client Testimonials

Take a look at what our clients are saying about Corizon:

[Previous](#)

Next

Corizon is a valued partner with the State of Alabama and have proven their capability to improve the quality of healthcare provided to our inmate population, while at the same time reducing costs. Perhaps the most valuable characteristic of Corizon is their desire for openness and transparency in our relationship. We are pleased with the performance of Corizon in assisting the goals of the ADOC.

### Ruth A. Naglich

Associate Commissioner, Health Services Alabama Department of Corrections

During my 30+ year career in the correctional industry, the working relationships with representatives from all levels within Corizon are surpassed by none.

### Major F. Patrick Tighe

Director, Department of Detention St. Lucie, FL County Sheriff's Office

After contracting with Corizon, we saw an immediate and significant decrease in our healthcare costs.

### Larry W. Caskey

Director, Department of Corrections Okaloosa County, FL

The partnership is key with Corizon to make this operation happen. We have to have their support, and they believe in our mission and vision within the facility. They are a component, and they assist what we do at a daily basis at this facility.

### Michael Pacheco

Warden, Wyoming Department of Corrections



- Home
- About
- Contact
- News
- Choosing Corizon
- Claims
- Diversity
- Careers
- Terms of Use
- Site Map
- © Corizon 2021