UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                Plaintiff(s),

v.                                           Case No. 2:19–cv–13382–TGB–PTM
                                                 Hon. Terrence G. Berg

Corizon Health Inc., et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Patricia T. Morris for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Substitute Party – #77

                                                     s/Terrence G. Berg
                                                     Terrence G. Berg
                                                     United States District Judge

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                     s/A Chubb
                                                   Case Manager

Dated:   July 25, 2022