

**Ian Cross <ian@lawinannarbor.com>**

## Jackson v. Corizon substitution of parties

**Ian Cross** <ian@lawinannarbor.com>  Mon, Jun 27, 2022 at 6:00 PM
To: Devlin Scarber <dscarber@chapmanlawgroup.com>

Hi Devlin,

It looks like your client has become YesCare so we will need to do a substitution of parties. Are you agreeable to doing it via stipulation, and what is the correct corporate entity? Let me know and I'll prepare the order.

Thanks,
Ian

 Virus-free. www.avg.com