

**Ian Cross <ian@lawinannarbor.com>**

## Jackson v. Corizon, Request for Concurrence to Substitute or Add Party Defendant

**Devlin Scarber** <dscarber@chapmanlawgroup.com>                                         Tue, Jul 12, 2022 at 5:41 PM
To: Larry Margolis <larry@lawinannarbor.com>
Cc: Ian Cross <ian@lawinannarbor.com>

I have looked into this matter and verified that, for this particular case and the time period in question, substitution is not appropriate and Corizon remains a proper defendant.

You may feel free to call me with any questions.

**DEVLIN K. SCARBER** | Attorney

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Phone:  (248) 644-6326

Fax:  (248) 644-6324

Email:  dscarber@chapmanlawgroup.com
Web:  www.chapmanlawgroup.com

Sign up for our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed.

This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for

delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing,

or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

**From:** Larry Margolis <larry@lawinannarbor.com>
**Sent:** Tuesday, July 12, 2022 3:28 PM
**To:** Devlin Scarber <dscarber@chapmanlawgroup.com>
**Cc:** 'Ian Cross' <ian@lawinannarbor.com>
**Subject:** RE: Jackson v. Corizon, Request for Concurrence to Substitute or Add Party Defendant

Thanks Devlin.  Please do.

Best,

LHM

---

**From:** Devlin Scarber [mailto:dscarber@chapmanlawgroup.com]
**Sent:** Tuesday, July 12, 2022 3:27 PM
**To:** Larry Margolis <larry@lawinannarbor.com>
**Cc:** Ronald Chapman Sr. <rchapman@chapmanlawgroup.com>; Ian Cross <ian@lawinannarbor.com>
**Subject:** RE: Jackson v. Corizon, Request for Concurrence to Substitute or Add Party Defendant

Larry/Ian:

We will let you know hopefully by tomorrow how to proceed on this.  Thanks,

**DEVLIN K. SCARBER** | Attorney

1441 West Long Lake Road, Suite 310, Troy, MI  48098
Phone:  (248) 644-6326

Fax:  (248) 644-6324

Email:  dscarber@chapmanlawgroup.com
Web:   www.chapmanlawgroup.com

Sign up for our FREE ULTIMATE HEALTHCARE COMPLIANCE GUIDE!



This email and any files transmitted with it are confidential and are intended solely for the use of the individual or entity to whom they are addressed.

This communication may contain material protected by the attorney-client privilege. If you are not the intended recipient or the person responsible for

delivering the email to the intended recipient, be advised that you have received this email in error and that any use, dissemination, forwarding, printing,

or copying of this email is strictly prohibited. If you have received this email in error, please immediately notify us at (248) 644-6326.

---

**From:** Larry Margolis <larry@lawinannarbor.com>
**Sent:** Monday, July 11, 2022 5:41 PM
**To:** Devlin Scarber <dscarber@chapmanlawgroup.com>
**Cc:** Ronald Chapman Sr. <rchapman@chapmanlawgroup.com>

**Subject:** Jackson v. Corizon, Request for Concurrence to Substitute or Add Party Defendant

Gents: Can you provide a response to our request, below, relative to the proper party defendant in the above matter?

This request for concurrence is made pursuant to LR 7.1.

Give me a call if you wish to discuss these matters.

Best,

Larry

**From:** Ian Cross [mailto:ian@lawinannarbor.com]
**Sent:** Monday, July 11, 2022 5:29 PM
**To:** Larry Margolis <larry@lawinannarbor.com>
**Subject:** Fwd: Jackson v. Corizon substitution of parties

---------- Forwarded message ---------
From: **Ian Cross** <ian@lawinannarbor.com>
Date: Mon, Jun 27, 2022 at 6:00 PM
Subject: Jackson v. Corizon substitution of parties
To: Devlin Scarber <dscarber@chapmanlawgroup.com>

Hi Devlin,

It looks like your client has become YesCare so we will need to do a substitution of parties. Are you agreeable to doing it via stipulation, and what is the correct corporate entity? Let me know and I'll prepare the order.

Thanks,

Ian

Virus-free. www.avg.com