IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:19-cv-13382
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

| MARGOLIS, GALLAGHER & CROSS | CHAPMAN LAW GROUP |
|---|---|
| Lawrence H. Margolis (P69635) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Ian T. Cross (P83367) | Devlin K. Scarber (P64532) |
| *Attorneys for Plaintiff* | Jeffrey L. Bomber (P85407) |
| 214 S. Main St., Suite 200 | *Attorneys for Corizon Health, Inc. and Keith Papendick, M.D.* |
| Ann Arbor, MI 48104 | 1441 West Long Lake Road, Suite 310 |
| (734) 994-9590 | Troy, MI 48098 |
| larry@lawinannarbor.com | (248) 644-6326 |
| ian@lawinannarbor.com | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

**DEFENDANTS CORIZON HEALTH, INC. AND KEITH PAPENDICK, M.D.'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER OF SUBSTITUTION [ECF NO. 77]**

NOW COME Defendants CORIZON HEALTH, INC. and KEITH PAPENDICK, M.D., by and through their attorneys, CHAPMAN LAW GROUP, and for their Response to Plaintiff's Motion for an Order of Substitution, state as follows:

1. Defendants deny.

2. Defendants deny.

3. Defendants deny.

4. Defendants deny.

5. Defendants deny.

6. Defendants deny.

7. Defendants deny.

8. Fed. R. Civ. P. 25(c) speaks for itself. Defendants deny this allegation to the extent Plaintiff claims substitution under Fed. R. Civ. P. 25(c) is appropriate in this matter.

9. The case law interpreting Fed. R. Civ. P. 25(c) speaks for itself. Defendants deny this allegation to the extent Plaintiff claims substitution under Fed. R. Civ. P. 25(c) is appropriate in this matter.

10. Defendants admit.

WHEREFORE, Corizon Defendants respectfully request that this Honorable Court DENY Plaintiff's Motion to Substitute and grant such other relief which the Court deems just and equitable.

<div style="text-align:right">
Respectfully submitted,
CHAPMAN LAW GROUP
</div>

Dated: August 17, 2022

/s/Ronald W. Chapman, Sr.
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
Devlin Scarber (P64532)
Jeffrey L. Bomber (P85407)

            Attorneys for Corizon Defendants
            1441 West Long Lake Rd., Suite 310
            Troy, MI 48098
            (248) 644-6326
            rchapman@chapmanlawgroup.com
            dscarber@chapmanlawgroup.com
            jbomber@chapmanlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

    Plaintiff,

v.

Corizon Health, Inc., et al.

    Defendants.

Case No: 2:19-cv-13382
District Judge: Terrence G. Berg
Magistrate Judge: Patricia T. Morris

| MARGOLIS, GALLAGHER & CROSS | CHAPMAN LAW GROUP |
|---|---|
| Lawrence H. Margolis (P69635) | Ronald W. Chapman Sr., M.P.A., LL.M. (P37603) |
| Ian T. Cross (P83367) | Devlin K. Scarber (P64532) |
| *Attorneys for Plaintiff* | Jeffrey L. Bomber (P85407) |
| 214 S. Main St., Suite 200 | *Attorneys for Corizon Health, Inc. and Keith Papendick, M.D.* |
| Ann Arbor, MI 48104 | 1441 West Long Lake Road, Suite 310 |
| (734) 994-9590 | Troy, MI 48098 |
| larry@lawinannarbor.com | (248) 644-6326 |
| ian@lawinannarbor.com | rchapman@chapmanlawgroup.com |
| | dscarber@chapmanlawgroup.com |
| | jbomber@chapmanlawgroup.com |

**BRIEF IN SUPPORT OF DEFENDANTS CORIZON HEALTH, INC. AND KEITH PAPENDICK, M.D.'S RESPONSE TO PLAINTIFF'S MOTION FOR AN ORDER OF SUBSTITUTION [ECF NO. 77]**

**PROOF OF SERVICE**


## **TABLE OF CONTENTS**

INDEX OF AUTHORITIES ................................................................................... iii

INDEX OF EXHIBITS ........................................................................................... iv

STATEMENT OF ISSUES PRESENTED ............................................................. v

CONTROLLING/APPROPRIATE AUTHORITY ................................................ vi

I.    STATEMENT OF FACTS ............................................................................ 1

II.   LEGAL ARGUMENT .................................................................................. 2

III.  CONCLUSION ............................................................................................. 2

## **INDEX OF AUTHORITIES**

| **RULES** | **PAGE** |
|---|---|
| Fed. R. Civ. P. 25(c) ................................................................................. 2, vi | |

## **INDEX OF EXHIBITS**

There are no exhibits included with this brief.

## STATEMENT OF ISSUES PRESENTED

WHETHER THE COURT SHOULD GRANT PLAINTIFF'S MOTION FOR AN ORDER OF SUBSTITUTION [ECF. NO. 77]?

    Defendants Answer:    NO.
    Plaintiff Answers:    YES.

vi

## **CONTROLLING/APPROPRIATE AUTHORITY**

Fed. R. Civ. P. 25(c) states: "If an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined party. The motion must be served as provided in Rule 25(a)(3).

## I. STATEMENT OF FACTS

This is a civil rights action brought against Corizon Defendants under 42 U.S.C. § 1983 for alleged violations of Plaintiff's Eight Amendment Rights under the United States Constitution. On June 27, 2022, Plaintiff's counsel reached out to undersigned counsel regarding substitution of Corizon in this matter to YesCare Corp. ("YesCare") and CHS TX, Inc. ("CHS TX"). Plaintiff filed a Motion to Substitute YesCare and CHS TX as party defendants in place of Corizon Health, Inc., on July 20, 2022. (**ECF No. 77**). On July 27, 2022, the undersigned counsel conferred with Plaintiff's counsel regarding Plaintiff's Motion to Substitute and requested an extension of time to respond. Plaintiff's counsel refused to concur in an extension.

Corizon Defendants subsequently filed a Motion to Extend (**ECF No. 79**) which this Court granted in part, extending the time to respond to August 17, 2022. Given that Plaintiff's requested relief would result in Corizon's dismissal and CHS TX and YesCare's substitution in this matter, CHS TX and YesCare have prepared a Response to Plaintiff's Motion to Substitute. Corizon Defendants incorporate by reference the facts stated in CHS TX and YesCare's Response to Plaintiff's Motion to Substitute for purposes of the instant motion.

1

## II.   LEGAL ARGUMENT

Corizon Defendants incorporate by reference and further rely on the arguments raised in CHS TX and YesCare's Response to Plaintiff's Motion to Substitute.

## III.   CONCLUSION

WHEREFORE, Corizon Defendants respectfully request that this Honorable Court DENY Plaintiff's Motion to Substitute and grant such other relief which the Court deems just and equitable.

|  |  |
|---|---|
|  | Respectfully submitted,<br>CHAPMAN LAW GROUP |
| Dated: August 17, 2022 | /s/Ronald W. Chapman, Sr.<br>Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)<br>Devlin Scarber (P64532)<br>Jeffrey L. Bomber (P85407)<br>Attorneys for Corizon Defendants<br>1441 West Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>dscarber@chapmanlawgroup.com<br>jbomber@chapmanlawgroup.com |

3

## PROOF OF SERVICE

I hereby certify that on August 17, 2022, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non-participants.

/s/ Ronald W. Chapman Sr.
Ronald W. Chapman Sr., M.P.A., LL.M. (P37603)
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
rchapman@chapmanlawgroup.com