UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson

        Plaintiff(s),         Case No. 19-13382

v.         Honorable Terrence G. Berg

Corizon Health Inc. et al.,

        Defendant(s).
_____/

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: August 29, 2022          s/Terrence G. Berg
        Terrence G. Berg
        U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Gershwin A. Drain. Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: August 29, 2022          s/N. Ahmed
        Deputy Clerk