UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                        Plaintiff(s),

v.                                                Case No. 2:19−cv−13382−GAD−PTM
                                                  Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                        Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Patricia T. Morris for all pretrial proceedings, including a hearing and determination of all non−dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B).

                                                  s/Gershwin A. Drain
                                                  Gershwin A. Drain
                                                  United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                  s/T McGovern
                                                  Case Manager

Dated:   October 3, 2022