UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

KOHCHISE JACKSON,   CASE NO. 19-13382
   DISTRICT JUDGE TERRENCE G. BERG
  *Plaintiff,*   MAGISTRATE JUDGE PATRICIA T. MORRIS

*v.*

CORIZON HEALTH INC.,
and KEITH PAPENDICK,

  *Defendants.*
_____/

## ORDER OF COMPLETION OF REFERRAL

The above case was first referred to the Magistrate Judge for all pretrial proceedings on November 21, 2019. (ECF No. 3.) The case was certified ready for trial after a status conference held on April 11, 2022. (ECF No. 76.) However, a motion to substitute party filed by Plaintiff on July 20, 2022, resulted in a second pretrial referral being entered on October 3, 2022. (ECF No. 87.) Now that the motion has been resolved there are no further outstanding issues to be addressed and the case is, once again, ready to proceed to trial.

 IT IS ORDERED.

Date: November 2, 2022   S/ PATRICIA T. MORRIS
   Patricia T. Morris
   United States Magistrate Judge