## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

KOHCHISE JACKSON,

Plaintiff,

v.

CORIZON HEALTH, Inc.,
PRIME HEALTHCARE SERVICES – PORT HURON, LLC,
a Delaware limited liability company,
KEITH PAPENDICK,
COLLEEN MARIE SPENCER, and
DAVID A. KRAUS,

Defendants.

Case No.: 2:19-cv-13382

Hon.: Terrence G. Berg
Mag.: Patricia T. Morris

## **DECLARATION OF NATHAN KENT LUMBARD**

Pursuant to 28 U.S.C. §1746, I hereby declare as follows:

1. My name is Nathan Kent Lumbard. I am a paralegal with the law offices of Margolis & Cross. I work for attorney Ian Cross and have assisted Mr. Cross in this matter. I was tasked with assisting Mr. Cross with fact development concerning the YesCare-Corizon Health merger.

2. I personally located and acquired a number of documents which have been filed as exhibits in this matter, through Freedom of Information Act (FOIA) requests and from the company's own website. Specifically, I located and printed from the company's website: www.yescarecorp.com., ECF No. 77-29, PageID.3255-3258, ECF No. 77-30,

PageID.3259-3262, ECF No. 77-37, PageID.3274-3279, ECF No, 77-38. These are true and correct depictions of those web-pages and attached as (EX1)

3. I have made several Freedom of Information Act requests which produced documents used as exhibits in this matter.

4. One of those Freedom of Information Act requests was to the Wyoming Department of Corrections #22-127. I have attached the email thread and documents responsive to this request in their entirety as (EX 2). This exhibit is a true and correct depiction of the documents produced pursuant to this request.

5. ECF No.77-27, PageID.3244-3252, ECF No. 77-28, PageID.3253-3254, ECF No.77-33, PageID.3266, ECF No. 77-36, PageID.3272-3273 was produced to me by the Brevard County Sheriff's Office, pursuant to a Freedom of Information Act request I made. This document is a true and correct depiction of the document produced responsive to this request. I have attached the above identified documents and the invoice generated for this request as (EX 3).

6. Attached to Plaintiff's Motion for Substitution, ECF 77, filed on July 20, 2022, was an email dated May 13, 2022 to the St. Clair County Jail Administrate and marked as Plaintiff's exhibit 16. This email was produced by the St. Clair County Jail pursuant to a Freedom of Information Act request, attached as (EX4). This document is a true and correct depiction of the document produced pursuant to that request.

7. Exhibit 35 to Plaintiff Motion for Substitution, was also produced to our office pursuant to a Freedom of Information Act request from the Indiana Department of Corrections. The Department produced a link to https://www.in.gov/idoa/apra/rfp21-3144DOC_MedicalServices.zip, (EX5). This website is self authenticating, *See Williams v. Long*, 585 F. Supp. 2d 679, 689 (D. Md. 2008).

8. All of the documents that I have identified above are known to me and are accurate, true and correct depictions of the originals.

I hereby swear and affirm under the penalties of perjury that this declaration and attached exhibits is true and correct.

Executed on November 29, 2022

Nathan Kent Lumbard

# Exhibit 1

Careers Home

About Us



Benefits

 Join Our Talent Network

Culture

Career Areas

🔍 Job Title, Keywords

📍 City, State, Country

**SEARCH**

★ Veteran Jobs    👤 View all Jobs

YesCare and COVID-19    Learn More    ✖

# 704 Jobs

Sorted by Relevance    **+**

Filter by Job Category    **+**

Filter by State    **−**

Maryland (266)

Pennsylvania (129)

### Licensed Practical Nurse LPN
Baltimore, Maryland
Employment Type: Regular Part-time ❯

### Nurse Practitioner
Albuquerque, New Mexico
Employment Type: Regular Full-time ❯

Florida (78)

New Mexico (71)

Missouri (42)

Wyoming (31)

New York (21)

Virginia (20)

Kansas (12)

Kentucky (10)

New Jersey (10)

Michigan (7)

Tennessee (5)

➖ Less

## Filter by City     +

## Filter by Title     +

### Licensed Behavioral Health Professional ⟩

Albuquerque, New Mexico
Employment Type: Regular Full-time

### Nurse Practitioner ⟩

Jessup, Maryland
Employment Type: Regular Full-time

### Licensed Practical Nurse LPN ⟩

Baltimore, Maryland
Employment Type: Regular Part-time

### Licensed Practical Nurse LPN – DAY – INTERNAL POSTING ⟩

Crestview, Florida
Employment Type: Regular Full-time

### Licensed Practical Nurse LPN (Mid Shift) ⟩

Philadelphia, Pennsylvania
Employment Type: Regular Full-time

### Registered Nurse RN ⟩

Punta Gorda, Florida
Employment Type: Regular Part-time

### Licensed Practical Nurse LPN – PRN Day ⟩

Palmetto, Florida
Employment Type: PRN

### Registered Nurse RN PRN Nights ⟩

Palmetto, Florida
Employment Type: PRN

### Licensed Practical Nurse LPN

St Louis, Missouri
Employment Type: Regular Full-time

### Physician Ob-Gyn

Jessup, Maryland
Employment Type: Regular Full-time

### Certified Nursing Assistant CNA

Lexington, Kentucky
Employment Type: Regular Full-time

### Licensed Practical Nurse LPN

Las Cruces, New Mexico
Employment Type: Regular Full-time

### Licensed Behavioral Health Professional

Tallahassee, Florida
Employment Type: Regular Full-time

YesCare is an Equal Opportunity/Affirmative Action Employer. In compliance with federal and state employment opportunity laws, qualified applicants are considered for all positions without regard to race, gender, national origin, religion, age, sexual orientation, disability, Vietnam era veteran, or disabled Veteran status. EOE including Disability/Protected Veterans



Careers Home     About Us     Benefits     Culture     Veteran Jobs     All

Case 2:19-cv-11332-GAD-PTM   ECF No. 95-12, PageID.3258 Filed 10/29/22 Page 4 of 4

Jobs        Contact Us        © YesCare 2022

- [Home](#)
- [About](#)
  - [Who We Are: History & Today](#)
  - [Executive Team](#)
    - [Sara Tirschwell](#)
    - [Steven Tomlin](#)
    - [Gregory Ayodeji Ladele](#)
    - [J. Scott King, J.D.](#)
    - [Michael Middleton](#)
    - [Michael E. Murphy](#)
    - [Karen Davies](#)
    - [F. Jeffrey Sholey](#)
  - [Clinical Team](#)
  - [Operations: State](#)
  - [Operations: Community](#)
  - [Serving Jails](#)
  - [Serving Prisons](#)
  - [Staffing Model](#)
  - [Partner Locations](#)
  - [Accreditations & Industry Partners](#)
  - [A Culture Of Patient Safety](#)
  - [Community Involvement](#)
    - [Health and Wellness](#)
    - [Children and Youth Causes](#)
    - [Domestic Violence Awareness](#)
    - [Global Impact](#)
    - [Public Service](#)
    - [REEntry and Community Support](#)
    - [Special Olympics](#)
    - [Military and Veteran Organizations](#)
  - [Join The Corizon Health Team](#)
- [Contact](#)
  - [Corizon Health Contact](#)
  - [HR Contact](#)
  - [Media Contact](#)
  - [Marketing Contact](#)
  - [Business Development Contact](#)
  - [Provider Network Contact](#)
- [News](#)
- [Choosing Corizon](#)
  - [Reasons to Choose](#)
  - [Benefits of Our Services](#)
  - [Staffing Model](#)
  - [Locations](#)
  - [Clinical Programs](#)
  - [Reentry Programs](#)
  - [Technology](#)
  - [Training and Education](#)

- ○ Client Testimonials
  - ○ Need Our Help?
- Claims
  - ○ Corizon Health Claims
  - ○ Legacy CMS Providers
  - ○ Legacy PHS Community Providers
  - ○ Provider Portal
- Diversity
  - ○ Vendor Diversity Program Description
  - ○ Vendor Identification & Selection
  - ○ Program Specifics
  - ○ FAQ
  - ○ Program Application
- Careers



search... [ GO ]

- •
- •
- •
- •

## ☰ Menu

- Home
- About
- Contact
- News
- Choosing Corizon
- Claims
- Diversity
- Careers

[ Related Sites ⌄ ]

- Who We Are: History & Today
- Executive Team
  - ○ Sara Tirschwell
  - ○ Steven Tomlin
  - ○ Gregory Ayodeji Ladele
  - ○ J. Scott King, J.D.
  - ○ Michael Middleton
  - ○ Michael E. Murphy
  - ○ Karen Davies
  - ○ F. Jeffrey Sholey
- Clinical Team

Case 2:19-cv-13382-GAD-PTM ECF No. 95-13, PageID.3246 Filed 10/29/22 Page 13 of 131

- [Operations: State](#)
- [Operations: Community](#)
- [Serving Jails](#)
- [Serving Prisons](#)
- [Staffing Model](#)
- [Accreditations & Industry Partners](#)
- [A Culture Of Patient Safety](#)
- [Community Involvement](#)
- [Join The Corizon Health Team](#)

# About Corizon Health

**Executive Team**



# Sara Tirschwell

Chief Executive Officer

Sara Tirschwell, CFA, CVA is the Chief Executive Officer of Corizon Health. Sara came to Corizon Health after a highly successful career in finance, where she distinguished herself as an astute investor, working collaboratively with companies in turnaround situations. She subsequently moved into executive leadership where she quickly established herself as a positive change agent. Sara brings highly relevant experience to Corizon Health from behavioral health, government relations, and decades of investing in healthcare service and is uniquely equipped to lead Corizon Health towards a winning future.

Sara is a graduate of Rice University and holds the CFA and CVA designations. She is a trustee of the Citizens Budget Commission of New York and a Salk Institute Council member. A committed advocate with a vision for a better society, Sara was a 2021 candidate for NYC mayor.

Sara has two daughters and is now a resident of Houston, TX.



- [Home](#)
- [About](#)
- [Contact](#)
- [News](#)
- [Choosing Corizon](#)
- [Claims](#)
- [Diversity](#)
- [Careers](#)
- [Terms of Use](#)
- [Site Map](#)
- © Corizon 2021

Case 2:19-cv-13382-GAD-PTM ECF No. 57-13, PageID.1307 Filed 10/29/22 Page 13 of 61



Home     About     Services     Choosing YesCare     Contact     News     Careers     Our Motivation



Home     About     Services     Choosing YesCare     Contact     News     Careers     Our Motivation

Case 2:19-cv-13382-GAD-PTM ECF No. 57-13, PageID.3275 Filed 11/29/2022 Page 14 of 16



Home    About    Services    Choosing YesCare    Contact    News    Careers    Our Motivation

# Choosing YesCare

As the leading provider of correctional healthcare services in the United States, YesCare is uniquely positioned to meet the needs of both our clients and patients.

YesCare provides quality service to our patients, successful partnerships with our clients and a fulfilling work environment for our employees.



## Our Vision

YesCare leads the industry by providing comprehensive healthcare and reentry services that improve the communities where we live and work.

## Our Mission

YesCare embraces a recovery model of care. This means identifying and treating underlying conditions to support healthier and safer living while incarcerated and a better quality of life in our communities. In partnership with our clients, we deliver solution-oriented care.

## Our Values



Home      About      Services      Choosing YesCare      Contact      News      Careers      Our Motivation



outcomes.

**A**ccountability. We set high standards and hold our people to them.

**R**espect. We embrace our differences as we work toward common goals.

**T**eamwork. We achieve more together.

**E**valuation. We use data to constantly monitor and improve results.

**R**eadjustment. We refine our practices to consistently achieve better outcomes.

## Diversity



We are proud that our workforce is among the most diverse in the country. Because it fosters innovation and quality through competition, we are dedicated to the growth and development of small, minority, women and disadvantaged owned businesses. Through our Vendor Diversity Program, we provide participation in all areas of procurement, including vendor, provider and supplier activities.

With over **35 years of history working with local and small business, YesCare spends more than $55 million with diverse businesses across the country**, creating and increasing business opportunities for all by promoting job development and economic growth wherever YesCare conducts business.

We comply with all applicable federal, state and local laws, including anti-discrimination laws and laws governing the use of Diverse Businesses.

# Clinical Programs

YesCare's Patient Care Department assists our field staff in refining the delivery of healthcare, **providing resources and support in:**

 

Home    About    Services    Choosing YesCare    Contact    News    Careers    Our Motivation

# YesCare Lean Improvement Program

## goLeanSixSigma

The YesCare Lean Improvement Program strives to improve clinical quality and patient safety through a standardized process improvement modality. Our program uses a combination of Lean and Six Sigma techniques, the benchmark for consistent and superior results in the healthcare and manufacturing industries. Lean improvement is utilized to remove waste from processes, reduce variations and minimize constraints. By removing process defects and other forms of waste, a higher level of quality, safety and operational excellence can be achieved within the correctional setting. To excel, teams must understand the concepts of lean improvement and utilize the tools from the YesCare CQI Lean Project Workbook, which helps organize and track each improvement project.

**YesCare certifies staff in Lean Six Sigma through our partnership with goLeanSixSigma which we believe is an industry first.**

---

# Patient Safety

YesCare is one of the few correctional healthcare companies in the country that is participating with a federally qualified Patient Safety Organization (PSO), the Center for Patient Safety.

The PSO safeguards all YesCare's quality and patient safety data as Patient Safety Work Product (PSWP), confidential and protected by legal privilege in accordance with the Federal Patient Safety & Quality Improvement Act. This establishes a "safe haven" for critical analysis, crucial for elevating our delivery of care.

Participation in the PSO also provides access to a variety of resources that enhance our reporting processes and facilitate learning and sharing – all designed to improve patient safety and quality of care.





YesCare utilizes the principles of YesCareSMARTER to



Home    About    Services    **Choosing YesCare**    Contact    News    Careers    Our Motivation

**Respect, Teamwork, Evaluation and Readjustment** which are the foundation for how all YesCare employees must conduct themselves on the job. Everything we do adheres to the values of YesCareSMARTER.

YesCareSMARTER sets us apart from other correctional healthcare providers. By incorporating these principles daily, we are able to support our clients in achieving their goals for their healthcare programs.





## Locations

Over 40 years, the YesCare team has provided quality healthcare services to clients at more than 475 facilities serving over 1,000,000 patients across the nation.
With its corporate headquarters in Texas, YesCare is the pioneering provider of correctional healthcare services in the United States.

**475+**
Facilities

**1,000,000+**
Patients cared for

YESCARE TESTIMONIAL

The partnership is key with [YesCare] to make this operation happen. We have to have their support, and they believe in our mission and vision within the facility. They are a component, and they assist what we do at a daily basis at this facility.



Home        About        Services        Choosing YesCare        Contact        News        Careers        Our Motivation



# Need Our Help?

**You do not need a vendor.** You need a part
Talk to YesCare today and let's work together
meet your unique needs.

**CONTACT**



As the correctional healthcare pioneer and leader for 40 years, YesCare provides client partners with high quality healthcare and reentry services that will improve the health and safety of our patients, break the cycle of recidivism and better the communities where we live and work.

*YesCare acquired all of the employees and active contracts of Corizon Health in early 2022.

**Quick Lin**

Home

About

Services

Choosing Ye

Contact

Our Motivat

Claims

Careers

**Contact**

Job Inquiries:
800-989-7471
careers@yescarecorp.com

Media Inquiries:
media@yescarecorp.com

Business Development:
clientservices@yescarecorp.com



© 2022 YesCare Corp. All Rights Reserved. | Terms of Use

# Exhibit 2

 **Gmail**                                    **Margolis Law Firm <assistant@lawinannarbor.com>**

## Fwd: [Document Released to Requester] Wyoming Department of Corrections public records request #22-127

1 message

**Nathan Lumbard** <nathan@lawinannarbor.com>                    Tue, Nov 29, 2022 at 11:58 AM
To: Margolis Law Firm <assistant@lawinannarbor.com>

---------- Forwarded message ---------
From: **Nathan Lumbard** <nathanklumard@gmail.com>
Date: Tue, Nov 29, 2022 at 11:48 AM
Subject: Fwd: [Document Released to Requester] Wyoming Department of Corrections public records request #22-127
To: <nathan@lawinannarbor.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Wyoming Department of Corrections Public Records <support@nextrequest.com>
> **Date:** July 20, 2022 at 2:11:28 PM EDT
> **To:** nathanklumard@gmail.com
> **Subject: [Document Released to Requester] Wyoming Department of Corrections public records request #22-127**
> **Reply-To:** wydoc_22-127-requester-notes@inbound.nextrequest.com

-- Attach a non-image file and/or reply ABOVE THIS LINE with a message, and it will be sent to staff on this request. --

## Wyoming Department of Corrections Public Records

# Documents have been released for record request #22-127 along with the following message:

Hello,

Please find attached your requested records. Any redactions will include a statute reason under the Wyoming Public Records Act. The redaction log in included in the document. Please let us know if you have any questions.
Thank you

- YesCare Client QA_Final.docx
- Excited to Announce that Corizon is now YesCare.html
- Follow-Up to Name change_Invoicing.html-redacted.pdf



View Request 22-127

https://wydoc.nextrequest.com/requests/22-127

Document links are valid for one month. After August 20, you will need to sign in to view the document(s).

**NextRequest**
an Optimere brand

*The All in One Records Requests Platform*

*Questions about your request?* Reply to this email or sign in to contact staff at Wyoming Department of Corrections.

*Technical support:* See our help page

*Too many emails?* Change your email settings here

--
**Nathan Lumbard**
**Paralegal**



**Margolis**
**& Cross**
ATTORNEYS AND COUNSELORS AT LAW

This message and all attachments may be privileged, confidential, or exempt from disclosure under applicable law and is intended solely for the use of the addressee. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. This message may not be copied or distributed without this disclaimer. If you received this message in error, please notify me immediately by return e-mail.

From: Kayla Opdahl <kayla.opdahl@wyo.gov>
To: Cj Young <cj.young@wyo.gov>
Sent: Tue, 19 Jul 2022 15:29:46 -0600
Subject: Fwd: Excited to Announce that Corizon is now YesCare

---------- Forwarded message ---------
From: **Koch, Stacie** <Stacie.Koch@corizonhealth.com>
Date: Fri, May 13, 2022, 11:33 AM
Subject: Excited to Announce that Corizon is now YesCare
To: Dan Shannon <dan.shannon@wyo.gov>, Heather Babbitt <heather.babbitt2@wyo.gov>, Eddie Wilson
<eddie.wilson@wyo.gov>, Kayla Opdahl <kayla.opdahl@wyo.gov>, Scott Abbott <scott.abbott@wyo.gov>
Cc: De Julius, Brandon <Brandon.DeJulius@corizonhealth.com>, Silva, Mary
<Mary.Silva@corizonhealth.com>

Good Morning ,

I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the companyâ    s next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCareâ    s mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include womenâ    s health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.Â

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

Thank you,

Sara Tirschwell

Chief Executive Officer, YesCare

Â

Stacie Koch RN, CCHP

Director of Operations- Wyoming



Phone: 307.851.0672

Fax: 307.857.2463

E-Mail: stacie.koch@corizonhealth.com

40 Honor Farm Rd | Riverton, WY 82501

www.corizonhealth.com

Â

E-Mail to and from me, in connection with the transaction
of public business, is subject to the Wyoming Public Records
Act and may be disclosed to third parties.

From: Kayla Opdahl <kayla.opdahl@wyo.gov>
To: Cj Young <cj.young@wyo.gov>
Sent: Tue, 19 Jul 2022 15:31:25 -0600
Subject: Fwd: Follow-Up to Name change/Invoicing

More emails I think the email to Sam should be excluded due to him being legal.Â



Attorney Client Privilege

---------- Forwarded message ---------
From: **Koch, Stacie** <Stacie.Koch@yescarecorp.com>
Date: Fri, Jun 3, 2022 at 10:33 AM
Subject: Follow-Up to Name change/Invoicing
To: Kayla Opdahl <kayla.opdahl@wyo.gov>, Beth Matthews (beth.mathews@wyo.gov) <beth.mathews@wyo.gov>

Good Morning Kayla and Beth,

Â

As a follow-up to our announcement on our name change:Â

Â

YesCare acquired all the active business of Corizon.Â  As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC (â€œCHSâ€), a wholly owned subsidiary of YesCare.Â

- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.Â
- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization withÂ
  - ownership that understands the delivery of healthcare;Â
  - backing of a large healthcare conglomerate with multitudes of resources for us to leverage; andÂ
  - strong financial and leadership stability. Â
- To ensure that payments under the contract continue without interruption, we will be providing you with CHSâ€™ FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no

change in bank account information at this time, however, that may be updated in the future.Â
- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.Â
- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.Â
- The full force of our corporate office remains at your service for any additional information or clarification that you may need.

Thank you and if you have any questions please feel free to reach out. Have a great weekend!

Stacie Koch RN, CCHP

Vice President of Operations

Wyoming DOC

Phone: 307.851.0672

www.YesCareCorp.com

Â

--

**Kayla Opdahl**
Deputy Administrator Programs and Contracts
Wyoming Department of Corrections
1934 Wyott Drive
Cheyenne, WYÂ Â  82002
(W) 307-777-6033

E-Mail to and from me, in connection with the transaction
of public business, is subject to the Wyoming Public Records
Act and may be disclosed to third parties.

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| Attorney Client Privilege | **1** (1) | This information is privileged communication between the Wyoming Department of Corrections staff and our legal council. We do not waive this privilege and the information is denied pursuant to Wyo. R. State Bar, Att'y Cond. & Prac. 1.6. The Wyoming Public Records Act only allows the release of records which "is not privileged or confidential by law" according to Wyo. Stat. 16-4-201(a)(v). |

## *YesCare Client Q&A*

- **Why is Corizon becoming YesCare?**
  - o Because there is a different, better vision for our company going forward. YesCare's mission is to bring the best quality and most compassionate care to our more than 50,000 correctional patients across the country. YesCare will be investing in and prioritizing areas that are of particular concern to our clients, including staffing, behavioral health, women's health and reentry. We will be committed to outcome-driven reform for the patients and communities we serve.

- **Who is the newly appointed CEO?**
  - o Sara Tirschwell comes to YesCare after a successful, decades-long career in finance, where she distinguished herself as a forward-thinking investor. She subsequently moved into executive leadership where she quickly established herself as a positive change agent. Sara brings highly relevant experience to YesCare from behavioral health, government relations and decades of investing in healthcare services.

- **Will this change who we work with day-to-day?**
  - o As you know, we have already made organizational changes. We have a new name; we have higher expectations and we intend to only increase the support and responsiveness of your company contacts. Our executive team is extremely hands-on and available to each of our clients, as well.
  - o We would like to strengthen our partnership with you by better tailoring our service model to your needs. We are on strong financial footing and have extraordinary resources in partners and related companies that we can leverage to benefit you. For those of you who have not met our CEO, she will be meeting with each of our clients to discuss the wide variety of expertise that we now bring to the table.

- **Will any of our current contracts be changing?**
  - o No. Our federal ID number will remain the same, so there are no changes to be made to the existing agreement.

- **Are any of the services you provide at our facility changing?**
  - o No, the current services we provide at your facility will continue, but with augmented resources to support our field staff. We understand the challenges of staffing, increased behavioral health issues like addiction and suicide, as well as the interest in breaking the cycle of recidivism by being more thoughtful about how we support transitioning formerly incarcerated individuals back into the community. We are prepared to support you in facing these challenges. Again, our CEO will be meeting with each of you to discuss how we can be better partners to you. We are honored to serve you and all the patients at your facility and are grateful for your trust.
  - o Under new leadership, our approach will be to deliver curated, quality healthcare centered around giving individuals the tools to succeed in and out of the correctional space.

 Gmail                                    **Margolis Law Firm <assistant@lawinannarbor.com>**

## Fwd: <EXTERNAL EMAIL>foia request

1 message

**Nathan Lumbard** <nathan@lawinannarbor.com>                   Tue, Nov 29, 2022 at 12:26 PM
To: Margolis Law Firm <assistant@lawinannarbor.com>


---------- Forwarded message ---------
From: **Ian Cross** <ian@lawinannarbor.com>
Date: Tue, Nov 29, 2022 at 12:06 PM
Subject: Fwd: <EXTERNAL EMAIL>foia request
To: Nathan Lumbard <nathan@lawinannarbor.com>


---------- Forwarded message ---------
From: **Nathan Lumbard** <nathanklumard@gmail.com>
Date: Tue, Jul 19, 2022 at 1:16 PM
Subject: Fwd: <EXTERNAL EMAIL>foia request
To: Ian Cross <ian@lawinannarbor.com>


---------- Forwarded message ---------
From: **Young, Mary** <mary.young@bcso.us>
Date: Thu, Jul 14, 2022 at 10:54 AM
Subject: RE: <EXTERNAL EMAIL>foia request
To: Nathan Lumbard <nathanklumard@gmail.com>


Please see the attached.  I am having to send these is multiple emails due to the size.  This is part 1


Kind regards,
Mary


Mary Young

Brevard County Sheriff's Office

Records Unit

321-264-5214


**From:** Nathan Lumbard <nathanklumard@gmail.com>
**Sent:** Monday, June 27, 2022 1:04 PM
**To:** Records <Records@bcso.us>
**Subject:** <EXTERNAL EMAIL>foia request

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

To Whom It May Concern:

I am requesting a copy of any correspondence from Corizon Correctional Healthcare to the Sheriff's Dept/Jail after February 15, 2022, notifying a change in ownership to YesCare Corporation.

Please feel free to email me with any questions or concerns associated with this request. I have enclosed my contact information below. I consent to any charges applicable to this request and to receive the requested information electronically.

Respectfully,

Nathan Lumbard

P.O. Box 596

Howe, IN 46746

(260) 350-9753

**9 attachments**

 **20.pdf**
650K

**20-O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx**
45K

**25.pdf**
986K

**28.pdf**
619K

**29.pdf**
1343K

**29-O-BJA-2022-171096 SUD Reentry Grant_MOU.docx**
31K

**43.pdf**
1076K

**51.pdf**
837K

**8.pdf**
752K

## Young, Mary

| | |
|---|---|
| **From:** | Davies, Karen <Karen.Davies@corizonhealth.com> |
| **Sent:** | Thursday, May 19, 2022 4:59 PM |
| **To:** | Singleton, Dan |
| **Subject:** | <EXTERNAL EMAIL>Reference |

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

Chief,

YesCare is bidding on City of Indianapolis/Marion County, IN.  We would like you permission to include you in our June 10 proposal as a reference.  Do you approve?  Thanks.

Karen

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com





www.yescarecorp.com

Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

1

**Young, Mary**

| | |
|---|---|
| **From:** | Tomlin, Steve <Steve.Tomlin@Yescarecorp.com> |
| **Sent:** | Wednesday, June 1, 2022 4:48 PM |
| **To:** | Moody, Laura; dan.singleton@bcso.us |
| **Cc:** | Davies, Karen; Sarah Stack |
| **Subject:** | <EXTERNAL EMAIL>RE: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22 |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx |

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

One Last change from legal.

**From:** Tomlin, Steve
**Sent:** Wednesday, June 1, 2022 4:28 PM
**To:** Moody, Laura <laura.moody@bcso.us>; dan.singleton@bcso.us
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Sarah Stack <sstack@cfchs.org>
**Subject:** FW: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Laura, Dan,
See attached for signature. Name updated for legal entity.

**From:** Finger, Jennifer <Jennifer.Finger@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 4:24 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Subject:** O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Steve,  The changes are fine except that our company name was not accurate.  I have changed it throughout the agreement.

Jennifer

1

MEMORANDUM OF UNDERSTANDING
BY AND ~~BETWEEN~~BETWEEN

CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.

AND

CENTRAL FLORIDA TREATMENT CENTERS, INC.

AND

WAYNE IVEY, IN HIS OFFICIAL CAPACITY AS
SHERIFF OF BREVARD COUNTY, FLORIDA

AND

SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.

AND

~~YESCARE~~CHS TX, INC. D/B/A YESCARE

This Memorandum of Understanding (MOU) is a voluntary agreement between Central Florida Cares Health System, Inc. ("CFCHS"), ~~Brevard County Sheriff's Office~~Wayne Ivey, in his Official Capacity as Sheriff of Brevard County, Florida, a County Constitutional Officer and Charter Officer ("SHERIFF" or "BCSO"), ~~YesCare~~CHS, TX, Inc. Central Florida Treatment Centers ("CFTC"), and Specialized Treatment, Education and Prevention Services, Inc. ("STEPS") to expand currently offered services including (1) prescreening of incarcerated individuals for mental health and/or substance abuse indicators; (2) substance use disorder (SUD) treatment, including Medication Assisted Treatment (MAT) services; and (3) "warm handoff" reentry services to community-based organizations for reentry needs and to continue SUD therapies. These services will be provided to currently incarcerated individuals in the Brevard County Jail Complex prior to release into the Brevard County community.

**BACKGROUND**
Since July 2012, CFCHS, a not-for-profit organization, serves in the critical capacity of Managing Entity (ME) for state and federal funds for mental health and substance use services for Brevard, Orange, Osceola, and Seminole counties. CFCHS' mission is to manage an affordable high-quality behavioral health care system for persons with mental health and/or substance use disorders. CFCHS manages a services network comprised of 37 organizations who offer various levels of treatment options ranging from prevention to crisis support to residential treatment to outpatient services. As a managing entity, the behavioral health administration and management

1

organization, our primary focus is to promote a comprehensive, seamless system of recovery and resiliency to those individuals in our community who are in need of these services.

The ~~BSCO~~ Sheriff operates the Brevard County Jail Complex. The jail is accredited through the Florida Corrections Accreditation Commission, and routinely houses over 1,600 inmates daily.

CHS, TX, Inc. d/b/a YesCare~~, Inc. (f/k/a Corizon Health)~~, successor by merger to the rights and obligations of Corizon Health, Inc. hereunder ("YesCare") provides correctional healthcare nationwide, and specifically to the Brevard County Jail Complex inmates, offering comprehensive services including dental care, medical care, behavioral health care, pharmaceutical and reentry services. YesCare's primary mission is to optimize long-run cost savings by making judgment calls that consider the ultimate objective of improving lives through an elevated, preventive model of care.

CFTC is a for-profit provider organization within the CFCHS network. CFTC is an addiction and recovery treatment program specializing in MAT treatment for opioid and narcotic addictions. CFTC has been serving the needs of individuals suffering from addiction to heroin and pain medicine since 1983 through a team of clinical staff dedicated to helping patients build upon their strengths, resulting in healthy mental, physical, emotional, and spiritual recovery.

STEPS is a not-for-profit Commission on Accreditation of Rehabilitation Facilities accredited substance abuse treatment organizations whose mission is to provide a continuum of treatment for substance abusing individuals and individuals with co-occurring disorders, prioritizing those who are indigent, pregnant, postpartum, and/or have small children in Orange, Seminole, Osceola, and Brevard counties.  STEPS is also a provider within the CFCHS network.


**ROLES**

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.**, lead applicant for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant, CFCHS will serve in the following capacity:
- Provide all parties access to its System of Care (SOC) comprised of the 37 mental/behavioral health and substance use disorder providers;
- Program management for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Evaluation of the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Generation of reports for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant


**BREVARD COUNTY SHERIFF'S OFFICE** will continue to provide access to identified incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place, as well as through an existing MOU with CFTC.

2

YESCARE, INC. will continue to work collaboratively with CFTC to prescreen and identify incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place.

**CENTRAL FLORIDA TREATMENT CENTERS** will serve as the lead provider of services for this grant opportunity. CFTC will expand upon existing SUD treatment and reentry services for individuals incarcerated within the Brevard County Jail Complex. CFTC will provide mental/behavioral health counseling as well as MAT services to include Methadone and Suboxone.

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.** will provide reentry services to individuals pre- and post-incarceration through their OUD navigator. The OUD navigator will work with clients to connect them to community-based organizations such as, but not limited to, treatment partners, employers, educators, and health care providers to facilitate comprehensive services within the continuum of care. STEPS will also provide all three types of MAT including Methadone, Suboxone and Vivitrol.

**INSURANCE**
CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain general and professional claims made liability insurance policies covering its services performed under this Agreement providing minimum coverage of $1,000,000.00 per occurrence and $3,000,000.00 in the annual aggregate, or such higher amounts as required by state or local law, regulation, or medical society practice. Any insurance policies obtained by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) to comply with this Section shall cover any claims, lawsuits, or investigations arising out of any of the acts or omissions of the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.). CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain all of its required insurance policies in force during the entire term of this Agreement, inclusive of any renewal periods. CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain liability insurance coverage after the termination of this Agreement for a period equal to all applicable statutes of limitations, to ensure coverage for any actions brought or claims which may be made arising out of any of the services rendered hereunder by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) or under the direction of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.).

**INDEMNIFICATION**

a. To the extent liability has not been expressly limited elsewhere in this Agreement, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to indemnify, defend, and hold harmless SHERIFF, its members, directors, employees, independent contractors and agents, against any and all claims, damages, injuries, fines, penalties, costs, judgments, lawsuits, or fees of any kind whatsoever based upon or arising out of the acts or omissions of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) or any of its members, directors, employees, independent contractors or agents under this Agreement or related to treatment of CFTC, CFCHS, STEPS, AND YESCARE, INC.

Formatted: Font: Bold

3

(FKA CORIZON, INC.) patients. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

b. Without waiving the protections of sovereign immunity accorded to the SHERIFF as a constitutional officer in the State of Florida, as set forth in Florida Statutes Chapter 768, the Sheriff shall hold harmless CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.), its members, directors, employees, independent contractors, or agents against any and all claims, loss, liability, damages, injuries, fines, penalties, costs, judgments, lawsuits, or fees, including reasonable attorneys' fees and costs, of any kind whatsoever based upon or arising out of the act or omissions of SHERIFF, or his employees, members, or agents under this Agreement. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

**PUBLIC RECORDS &**
**CONFIDENTIAL INFORMATION**
CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to retain all client records, financial records, supporting documents, statistical records, and any other documents (including electronic storage media) pertinent to this agreement for a period of six (6) years after termination of this contract, or if an audit has been initiated and audit finding have not been resolved at the end of six (6) years, the records shall be retained until resolution of the audit findings or any litigation which may be based on the terms of this agreement. All records shall be maintained by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) and BCSO in accordance with the Florida Public Records Laws, HIPAA, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) security and confidentiality policies and this contract. Persons duly authorized by the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) and Federal auditors, pursuant to 45 CFR, Part 92.42 (c) (1) and (2), shall have full access to and the right to examine any said records and documents during said retention period or as long as records are retained, whichever is later.

All parties agree to follow all applicable laws, rules, and regulations regarding confidentiality of information including, but not limited to, HIPAA, 42 and 45 CFR.
All parties will agree to:
1. Not to disclose individual's names or any part of protected health information (PHI) to any party.
2. To provide aggregate data related to program outcomes and effectiveness.
3. To secure all data in a manner compliant with all privacy rules, including HIPAA, 42 and 45 CFR, and other applicable rules and regulations.

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) understand and agree that SHERIFF is a public entity subject to the Florida Public Records Law. All confidentiality provisions set forth in the contract are subject to disclosure pursuant to the Florida Public Records Law. To the extent CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to retain public records on behalf of the SHERIFF; CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) will upon request by SHERIFF provide to SHERIFF those retained public records that are requested. A request to inspect or copy public records relating to this Contract for Services must be made directly to the SHERIFF and CFTC, CFCHS,

4

STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall not release a public record in response to a request arising from anyone other than the SHERIFF. To the extent CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) is "acting on behalf of the SHERIFF" CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall be subject to the following provisions:

    a. As required by §119.0701, Fla. Stat., CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall (1) Keep and maintain public records required by the SHERIFF to perform the Services; (2) Upon request from the SHERIFF, provide the SHERIFF with a copy of the requested records or allow the records to be inspected or copied within a reasonable time at a cost that does not exceed the cost provided by law; (3) Ensure that public records are exempt or confidential and exempt from public records disclosure requirements that are not disclosed except as authorized by law for the duration of the Contract and following completion of the Contract if CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) does not transfer the records to the SHERIFF; (4) Upon completion of the Contract, transfer, at no cost, to the SHERIFF all public records in possession of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) or keep and maintain public records required by the SHERIFF to perform the Service. If the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) transfers all public records to the SHERIFF upon completion of the Contract, the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall destroy any duplicate public records that are exempt or confidential and exempt from public records disclosure requirements. If CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) keep and maintain public records upon completion of the contract, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall meet all applicable requirements for retaining public records. All records stored electronically must be provided to the SHERIFF, upon request from the SHERIFF's custodian of public records, in a format that is compatible with the information technology systems of the SHERIFF.

    b. If CFTC, CFCHS, STEPS, or YESCARE, INC. (FKA CORIZON, INC.) fails to produce the public records as required by §119.0701, Fla. Stat. it may be subject to penalties pursuant to §119.10, Fla. Stat. and civil action pursuant to §119.0701(4) and such failure to produce shall be considered a material breach of this Contract by CFTC, CFCHS, STEPS, or YESCARE, INC. (FKA CORIZON, INC.). In the event of such breach, in addition to all other remedies available, CFTC, CFCHS, STEPS, or YESCARE, INC. (FKA CORIZON, INC.) shall pay to SHERIFF all incidental and consequential damages arising from such breach, including attorneys' fees and costs incurred by the SHERIFF in defending a public records action as well as those assessed against the SHERIFF in such public records action.

    c. The term "public record" as used in this section includes all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics or means of transmission, made or received pursuant to law or ordinance and in connection with the transaction of official business by or on behalf of the SHERIFF. Guidance as to whether something is a "public record," whether the public record is confidential or exempt, and the applicability or implementation of the provisions of Florida public records law, may be sought from the SHERIFF's Legal Services Unit or the SHERIFF Records Department; provided that

**Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

5

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) hereby agree that neither the SHERIFF's Legal Services Unit nor the SHERIFF Records Department is providing legal or other advice to be relied upon by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.).

**IF CFTC, CFCHS, STEPS, OR YESCARE, INC. (FKA CORIZON, INC.) HAVE QUESTIONS REGARDING THE APPLICATION OF CHAPTER 119, FLORIDA STATUTES, TO CFTC, CFCHS, STEPS, OR YESCARE, INC. (FKA CORIZON, INC.)'S DUTY TO PROVIDE PUBLIC RECORDS RELATING TO THIS CONTRACT, CONTACT THE CUSTODIAN OF PUBLIC RECORDS AS FOLLOWS: BCSO RECORDS DEPARTMENT, 700 S. PARK AVENUE, TITUSVILLE, FL 32780 – (321) 264-5214 – RECORDS@BCSO.US**

In the event of an improper disclosure the parties agree to notify the other partners of the disclosure within two business days of discovery of the disclosure. The parties agree to cooperate in the investigation and to taking the appropriate steps to correct and remedy any damage caused by the improper disclosure. Nothing in this MOU shall require a nonbreaching party in an improper disclosure situation to contribute any funds to pay any fines, penalties, or costs, associated with the improper disclosure, required notices, reports, or remedies.

Nothing in this MOU creates a right of action against the parties to this MOU, their officers, employees, or agents that is not already recognized in federal or state law. This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.

The party that was the source of the improper disclosure, agrees to defend, indemnify, and hold harmless all other parties.

All parties agree to use the CFCHS designated site and to complete all required HIPAA and security awareness training before accessing the site. Should PHI be shared in error, all parties agree not share the data any further, to notify the other parties, and to immediately destroy any data containing PHI.

**ASSIGNMENT & THIRD-PARTY RIGHTS**
This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.

**INDEPENDENT CONTRACTOR STATUS**
CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) are independent contractors and all CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agents, faculty and employees shall remain agents, faculty and employees of CFTC, CFCHS,

6

STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) while performing under this agreement. This Agreement does not create a partnership, joint venture or agency relationship. Parties do not have authority to enter into contracts on each other's behalf.

**EQUAL OPPORTUNITY EMPLOYMENT/PROCUREMENT**
Neither party, in performing under this agreement, shall discriminate against any worker, vendor, employee or applicant or any member of the public because of race, creed, color, sex, age or national origin, nor otherwise commit an unfair employment and/or procurement practice on such basis.

**GOVERNING LAW**
This agreement shall be governed by and construed in accordance with the laws of the State of Florida.

**LITIGATION AND VENUE**
In the event a party deems it necessary to take legal action to enforce any provision of this agreement, venue shall be in the Circuit Court of the Eighteenth Judicial Circuit in Brevard County, Florida.

**TERMINATION**
Any party may terminate this MOU with a written 30-day notice to the other parties.

This MOU shall begin on the date which all parties have signed and shall terminate upon notice given to the other parties herein. Any provisions of this MOU in conflict with the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant shall be superseded by the grant requirements.

**IN WITNESS THEREOF,** the parties have agreed to by their officials authorized signature to the stipulations in this **58-page** MOU.

**BREVARD COUNTY SHERIFF'S OFFICE:**

_____

Signature

_____

Printed Name and Title

7

_____

Date

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC. REPRESENTATIVE:**

_____

Signature

_____

Printed Name and Title

_____

Date

**CENTRAL FLORIDA TREATMENT CENTERS:**

_____

Signature

_____

Printed Name and Title

_____

Date

~~YESCARE~~CHS TX, INC D/B/A YESCARE:

_____

Signature

8

Printed Name and Title

Date


**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION, INC.:**

Signature

Printed Name and Title

Date

## Young, Mary

| | |
|---|---|
| **From:** | Singleton, Dan <dan.singleton@bcso.us> |
| **Sent:** | Thursday, May 19, 2022 10:58 PM |
| **To:** | Davies, Karen |
| **Subject:** | Re: <EXTERNAL EMAIL>Reference |

Of course

***Chief Dan Singleton***
***Brevard County Sheriff's Office***
***Judicial Services***
860 Camp Road
Cocoa, FL 32927
*T: (321) 690-1505*

On May 19, 2022, at 4:59 PM, Davies, Karen <Karen.Davies@corizonhealth.com> wrote:

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Chief,
YesCare is bidding on City of Indianapolis/Marion County, IN. We would like you permission to include you in our June 10 proposal as a reference. Do you approve? Thanks.

Karen

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com





www.yescarecorp.com

1

Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

## Young, Mary

| | |
|---|---|
| **From:** | Moody, Laura <laura.moody@bcso.us> |
| **Sent:** | Wednesday, June 1, 2022 2:42 PM |
| **To:** | Steve.Tomlin@CorizonHealth.com |
| **Cc:** | Singleton, Dan |
| **Subject:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22 |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx |

Mr. Tomlin.

Please see my proposed edits which reflect BCSO's requested changes before all parties sign this Agreement.  Please contact me with any questions or concerns.

*Laura Moody, Esq.*
*Chief Legal Counsel*
*Board Certified Specialist in Criminal Trial Law*
Brevard County Sheriff's Office
340 Gus Hipp Blvd.
Rockledge, FL 32955
Office: (321) 633-8402
Cell:    (321) 298-4710
laura.moody@bcso.us



IMPORTANT WARNING: This message is intended for the use of the person or entity to whom it is addressed and it may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this e-mail by error, please notify us immediately and destroy the related message. Also, under Florida law, most e-mails and written communications received or sent by the Brevard County Sheriff's Office are public records, including names, addresses and e-mail addresses. They are generally subject to view by anyone requesting disclosure and will be released in response to a public records request unless exempted by law.

1

## Young, Mary

| | |
|---|---|
| **From:** | Tomlin, Steve <Steve.Tomlin@Yescarecorp.com> |
| **Sent:** | Wednesday, June 1, 2022 12:28 PM |
| **To:** | Moody, Laura |
| **Subject:** | RE: <EXTERNAL EMAIL>MAT MOU |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU.docx |

**From:** Moody, Laura <laura.moody@bcso.us>
**Sent:** Wednesday, June 1, 2022 12:24 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Subject:** [EXTERNAL] FW: <EXTERNAL EMAIL>MAT MOU

**This Message has originated outside of your organization.**

Hi Mr. Tomlin.

I am trying to add a few provisions for your review, but my Word conversion is being quite difficult.  Will you please forward this agreement in a Word version so I can add my proposed language and return to you promptly?

Thank you.

*Laura Moody, Esq.*
*Chief Legal Counsel*
*Board Certified Specialist in Criminal Trial Law*
Brevard County Sheriff's Office
340 Gus Hipp Blvd.
Rockledge, FL 32955
Office: (321) 633-8402
Cell:    (321) 298-4710
laura.moody@bcso.us



IMPORTANT WARNING: This message is intended for the use of the person or entity to whom it is addressed and it may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this e-mail by error, please notify us immediately and destroy the related message. Also, under Florida law, most e-mails and written communications received or sent by the Brevard County Sheriff's Office are public records, including names, addresses and e-mail addresses. They are generally subject to view by anyone requesting disclosure and will be released in response to a public records request unless exempted by law.

1

**From:** Singleton, Dan <dan.singleton@bcso.us>
**Sent:** Wednesday, June 1, 2022 10:38 AM
**To:** Moody, Laura <laura.moody@bcso.us>
**Subject:** Fwd: <EXTERNAL EMAIL>MAT MOU

*Chief Dan Singleton*
*Brevard County Sheriff's Office*
*Judicial Services*
860 Camp Road
Cocoa, FL 32927
*T: (321) 690-1505*

Begin forwarded message:

> **From:** "Tomlin, Steve" <Steve.Tomlin@yescarecorp.com>
> **Date:** June 1, 2022 at 9:43:08 AM EDT
> **To:** "Singleton, Dan" <dan.singleton@bcso.us>
> **Cc:** "Davies, Karen" <Karen.Davies@yescarecorp.com>, Sarah Stack <sstack@cfchs.org>, bdaoustcftc.orl@gmail.com
> **Subject:** <EXTERNAL EMAIL>MAT MOU

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Chief,
Per Karen's call this morning, attached please find inter-agency MOU for grant. Please execute and return to this group.
Thanks
Steve

Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
C: 201.452.8682
Steve.Tomlin@CorizonHealth.com
www.YesCareCorp.com

**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity.
**Responding with** urgency.

This communication is considered Patient Safety Work Product by Corizon Health. Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and

2

Quality Improvement Act and applicable state peer review laws. If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited. If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

3

**MEMORANDUM OF UNDERSTANDING**

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.**

**AND**

**CENTRAL FLORIDA TREATMENT CENTERS, INC.**

**AND**

**THE BREVARD COUNTY SHERIFF'S OFFICE**

**AND**

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.**

**AND**

**YESCARE, INC.**

This Memorandum of Understanding (MOU) is a voluntary agreement between Central Florida Cares Health System, Inc. ("CFCHS"), Brevard County Sheriff's Office ("BCSO"), YesCare, Inc. Central Florida Treatment Centers ("CFTC"), and Specialized Treatment, Education and Prevention Services, Inc. ("STEPS") to expand currently offered services including (1) prescreening of incarcerated individuals for mental health and/or substance abuse indicators; (2) substance use disorder (SUD) treatment, including Medication Assisted Treatment (MAT) services; and (3) "warm handoff" reentry services to community-based organizations for reentry needs and to continue SUD therapies. These services will be provided to currently incarcerated individuals in the Brevard County Jail Complex prior to release into the Brevard County community.

**BACKGROUND**

Since July 2012, CFCHS, a not-for-profit organization, serves in the critical capacity of Managing Entity (ME) for state and federal funds for mental health and substance use services for Brevard, Orange, Osceola, and Seminole counties. CFCHS' mission is to manage an affordable high-quality behavioral health care system for persons with mental health and/or substance use disorders. CFCHS manages a services network comprised of 37 organizations who offer various levels of treatment options ranging from prevention to crisis support to residential treatment to outpatient services. As a managing entity, the behavioral health administration and management organization, our primary focus is to promote a comprehensive, seamless system of recovery and resiliency to those individuals in our community who are in need of these services.

The BSCO operates the Brevard County Jail Complex. The jail is accredited through the Florida Corrections Accreditation Commission, and routinely houses over 1,600 inmates daily.

YesCare, Inc. (f/k/a Corizon Health) provides correctional healthcare nationwide, offering comprehensive services including dental care, medical care, behavioral health care, pharmaceutical and reentry services. YesCare's primary mission is to optimize long-run cost savings by making judgment calls that consider the ultimate objective of improving lives through an elevated, preventive model of care.

CFTC is a for-profit provider organization within the CFCHS network. CFTC is an addiction and recovery treatment program specializing in MAT treatment for opioid and narcotic addictions. CFTC has been serving the needs of individuals suffering from addiction to heroin and pain medicine since 1983 through a team of clinical staff dedicated to helping patients build upon their strengths, resulting in healthy mental, physical, emotional, and spiritual recovery.

STEPS is a not-for-profit Commission on Accreditation of Rehabilitation Facilities accredited substance abuse treatment organizations whose mission is to provide a continuum of treatment for substance abusing individuals and individuals with co-occurring disorders, prioritizing those who are indigent, pregnant, postpartum, and/or have small children in Orange, Seminole, Osceola, and Brevard counties.  STEPS is also a provider within the CFCHS network.

**ROLES**

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.**, lead applicant for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant, CFCHS will serve in the following capacity:
- Provide all parties access to its System of Care (SOC) comprised of the 37 mental/behavioral health and substance use disorder providers;
- Program management for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Evaluation of the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Generation of reports for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant

**BREVARD COUNTY SHERIFF'S OFFICE** will continue to provide access to identified incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place, as well as through an existing MOU with CFTC.

**YESCARE, INC.** will continue to work collaboratively with CFTC to prescreen and identify incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place.

2

**CENTRAL FLORIDA TREATMENT CENTERS** will serve as the lead provider of services for this grant opportunity. CFTC will expand upon existing SUD treatment and reentry services for individuals incarcerated within the Brevard County Jail Complex. CFTC will provide mental/behavioral health counseling as well as MAT services to include Methadone and Suboxone.

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.** will provide reentry services to individuals pre- and post-incarceration through their OUD navigator. The OUD navigator will work with clients to connect them to community-based organizations such as, but not limited to, treatment partners, employers, educators, and health care providers to facilitate comprehensive services within the continuum of care. STEPS will also provide all three types of MAT including Methadone, Suboxone and Vivitrol.

**CONFIDENTIAL INFORMATION**
All parties agree to follow all applicable laws, rules, and regulations regarding confidentiality of information including, but not limited to, HIPAA, 42 and 45 CFR.
All parties will agree to:
1. Not to disclose individual's names or any part of protected health information (PHI) to any party.
2. To provide aggregate data related to program outcomes and effectiveness.
3. To secure all data in a manner compliant with all privacy rules, including HIPAA, 42 and 45 CFR, and other applicable rules and regulations.

In the event of an improper disclosure the parties agree to notify the other partners of the disclosure within two business days of discovery of the disclosure. The parties agree to cooperate in the investigation and to taking the appropriate steps to correct and remedy any damage caused by the improper disclosure. Nothing in this MOU shall require a nonbreaching party in an improper disclosure situation to contribute any funds to pay any fines, penalties, or costs, associated with the improper disclosure, required notices, reports, or remedies.

Nothing in this MOU creates a right of action against the parties to this MOU, their officers, employees, or agents that is not already recognized in federal or state law. This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.

The party that was the source of the improper disclosure, agrees to defend, indemnify, and hold harmless all other parties.

All parties agree to use the CFCHS designated site and to complete all required HIPAA and security awareness training before accessing the site. Should PHI be shared in error, all parties agree not share the data any further, to notify the other parties, and to immediately destroy any data containing PHI.

3

**TERMINATION**

Any party may terminate this MOU with a written 30-day notice to the other parties.

This MOU shall begin on the date which all parties have signed. Any provisions of this MOU in conflict with the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant shall be superseded by the grant requirements.

**IN WITNESS THEREOF,** the parties have agreed to by their officials authorized signature to the stipulations in this **5-page** MOU.

**BREVARD COUNTY SHERIFF'S OFFICE:**

_____

Signature

_____

Printed Name and Title

_____

Date

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC. REPRESENTATIVE:**

_____

Signature

_____

Printed Name and Title

_____

Date

4

**CENTRAL FLORIDA TREATMENT CENTERS:**

_____

Signature

_____

Printed Name and Title

_____

Date

**YESCARE, INC:**

_____

Signature

_____

Printed Name and Title

_____

Date

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION, INC.:**

_____

Signature

_____

Printed Name and Title

_____

Date

5

## Young, Mary

| | |
|---|---|
| **From:** | Tomlin, Steve <Steve.Tomlin@Yescarecorp.com> |
| **Sent:** | Wednesday, June 1, 2022 2:12 PM |
| **To:** | laura.moody@bcso.us |
| **Subject:** | <EXTERNAL EMAIL>Fwd: MAT MOU |

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

FYI.

Steve
Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
201.452.8682
Steve.Tomlin@YesCareCorp.com
www.YesCarecorp.com

**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity.
**Responding with** urgency.

This communication is considered Patient Safety Work Product by Corizon Health. Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and applicable state peer review laws. If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited. If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

---

**From:** Sarah Stack <sstack@cfchs.org>
**Sent:** Wednesday, June 1, 2022 2:08:15 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>; dan.singleton@bcso.us <dan.singleton@bcso.us>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; bdaoustcftc.orl@gmail.com <bdaoustcftc.orl@gmail.com>; Maria Bledsoe <mbledsoe@cfchs.org>; Trinity Schwab <tschwab@cfchs.org>
**Subject:** [EXTERNAL] Re: MAT MOU

**This Message has originated outside of your organization.**

Hello - I'm checking in on the status of the MOU signing. Chief Singleton, have you been able to sign the document?

Thank you,
Sarah

1



Sarah (Stack) Slone
Program Consultant, State Opioid Response
707 Mendham Boulevard, Suite 201
Orlando, FL 32825
(407) 761-4079
sstack@cfchs.org
www.centralfloridacares.org

Report suspected Fraud, Waste, or Abuse
at http://www.centralfloridacares.org, https://centralfloridacares.ethicspoint.com, or
calling toll free 1-844-302-0433.

NOTICE: This communication may contain privileged or other confidential
information. If you are not the intended recipient, or believe you have received this
communication in error, please do not print, copy, retransmit, disseminate, or
otherwise use the information. Also, please indicate to the sender that you have
received this communication in error, and delete the copy you received. Thank you.
Help support CFCHS' mission by using this SmileAmazon link for all your Amazon
purchases https://smile.amazon.com/ch/51-0448002



**From:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 9:42 AM
**To:** dan.singleton@bcso.us <dan.singleton@bcso.us>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Sarah Stack <sstack@cfchs.org>; bdaoustcftc.orl@gmail.com <bdaoustcftc.orl@gmail.com>
**Subject:** MAT MOU

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chief,
Per Karen's call this morning, attached please find inter-agency MOU for grant. Please execute and return to this group.
Thanks
Steve

Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
C: 201.452.8682
Steve.Tomlin@CorizonHealth.com
**www.YesCareCorp.com**

**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity.
**Responding with** urgency.

2

This communication is considered Patient Safety Work Product by Corizon Health.  Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and applicable state peer review laws.  If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited.  If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

## Young, Mary

| | |
|---|---|
| **From:** | Moody, Laura <laura.moody@bcso.us> |
| **Sent:** | Wednesday, June 1, 2022 4:31 PM |
| **To:** | Singleton, Dan |
| **Subject:** | FW: <EXTERNAL EMAIL>FW: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22 |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx |

I will leave this to you to finalize.  It appears they accepted my changes, so I would just accept all changes and send them the .pdf to sign first.


*Laura Moody, Esq.*
*Chief Legal Counsel*
*Board Certified Specialist in Criminal Trial Law*
Brevard County Sheriff's Office
340 Gus Hipp Blvd.
Rockledge, FL 32955
Office: (321) 633-8402
Cell:    (321) 298-4710
laura.moody@bcso.us



IMPORTANT WARNING: This message is intended for the use of the person or entity to whom it is addressed and it may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this e-mail by error, please notify us immediately and destroy the related message. Also, under Florida law, most e-mails and written communications received or sent by the Brevard County Sheriff's Office are public records, including names, addresses and e-mail addresses. They are generally subject to view by anyone requesting disclosure and will be released in response to a public records request unless exempted by law.


**From:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 4:28 PM
**To:** Moody, Laura <laura.moody@bcso.us>; Singleton, Dan <dan.singleton@bcso.us>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Sarah Stack <sstack@cfchs.org>
**Subject:** <EXTERNAL EMAIL>FW: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

---

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Laura, Dan,
See attached for signature. Name updated for legal entity.

**From:** Finger, Jennifer <Jennifer.Finger@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 4:24 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Subject:** O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Steve,  The changes are fine except that our company name was not accurate.  I have changed it throughout the agreement.

Jennifer

 Gmail

**Margolis Law Firm <assistant@lawinannarbor.com>**

## Fwd: PRR 52755 RE: <EXTERNAL EMAIL>foia request
1 message

**Nathan Lumbard** <nathan@lawinannarbor.com>
To: Margolis Law Firm <assistant@lawinannarbor.com>

Tue, Nov 29, 2022 at 12:11 PM

---------- Forwarded message ---------
From: **Ian Cross** <ian@lawinannarbor.com>
Date: Tue, Nov 29, 2022 at 12:06 PM
Subject: Fwd: PRR 52755 RE: <EXTERNAL EMAIL>foia request
To: Nathan Lumbard <nathan@lawinannarbor.com>

---------- Forwarded message ---------
From: **Nathan Lumbard** <nathanklumard@gmail.com>
Date: Tue, Jul 19, 2022 at 1:21 PM
Subject: Fwd: PRR 52755 RE: <EXTERNAL EMAIL>foia request
To: Ian Cross <ian@lawinannarbor.com>

---------- Forwarded message ---------
From: **Young, Mary** <mary.young@bcso.us>
Date: Thu, Jul 14, 2022 at 10:55 AM
Subject: PRR 52755 RE: <EXTERNAL EMAIL>foia request
To: Nathan Lumbard <nathanklumard@gmail.com>

Part 2

**From:** Nathan Lumbard <nathanklumard@gmail.com>
**Sent:** Monday, June 27, 2022 1:04 PM
**To:** Records <Records@bcso.us>
**Subject:** <EXTERNAL EMAIL>foia request

---

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

To Whom It May Concern:

I am requesting a copy of any correspondence from Corizon Correctional Healthcare to the Sheriff's Dept/Jail after February 15, 2022, notifying a change in ownership to YesCare Corporation.

Please feel free to email me with any questions or concerns associated with this request. I have enclosed my contact information below. I consent to any charges applicable to this request and to receive the requested information electronically.


Respectfully,


Nathan Lumbard

P.O. Box 596

Howe, IN 46746

(260) 350-9753

---

**11 attachments**

**68-YesCare Client QA_Final.docx**
23K

**73.pdf**
647K

**76.pdf**
686K

**79.pdf**
1294K

**80.pdf**
1085K

**82.pdf**
1172K

**83.pdf**
1076K

**83-MOU MAT grant sct executed.pdf**
3026K

**51-O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx**
43K

**59.pdf**
1116K

**68.pdf**
1095K

MEMORANDUM OF UNDERSTANDING
BY AND ~~BETWEEN~~BETWEEN

CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.

AND

CENTRAL FLORIDA TREATMENT CENTERS, INC.

AND

WAYNE IV~~EY, IN HIS OFFICIAL CAPACITY AS
SHERIFF OF BREVARD COUNTY, FLORIDA~~

AND

SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.

AND

~~YESCARE~~CHS TX, INC.

This Memorandum of Understanding (MOU) is a voluntary agreement between Central Florida Cares Health System, Inc. ("CFCHS"), ~~Brevard County Sheriff's Office~~Wayne Ivey, in his Official Capacity as Sheriff of Brevard County, Florida, a County Constitutional Officer and Charter Officer ("SHERIFF" or "BCSO"), ~~YesCare~~CHS, TX, Inc. Central Florida Treatment Centers ("CFTC"), and Specialized Treatment, Education and Prevention Services, Inc. ("STEPS") to expand currently offered services including (1) prescreening of incarcerated individuals for mental health and/or substance abuse indicators; (2) substance use disorder (SUD) treatment, including Medication Assisted Treatment (MAT) services; and (3) "warm handoff" reentry services to community-based organizations for reentry needs and to continue SUD therapies. These services will be provided to currently incarcerated individuals in the Brevard County Jail Complex prior to release into the Brevard County community.

**BACKGROUND**

Since July 2012, CFCHS, a not-for-profit organization, serves in the critical capacity of Managing Entity (ME) for state and federal funds for mental health and substance use services for Brevard, Orange, Osceola, and Seminole counties. CFCHS' mission is to manage an affordable high-quality behavioral health care system for persons with mental health and/or substance use disorders. CFCHS manages a services network comprised of 37 organizations who offer various levels of treatment options ranging from prevention to crisis support to residential treatment to outpatient services. As a managing entity, the behavioral health administration and management

1

organization, our primary focus is to promote a comprehensive, seamless system of recovery and resiliency to those individuals in our community who are in need of these services.

The ~~BSCO~~ Sheriff operates the Brevard County Jail Complex. The jail is accredited through the Florida Corrections Accreditation Commission, and routinely houses over 1,600 inmates daily.

CHS, TX, Inc. d/b/a YesCare~~, Inc. (f/k/a Corizon Health)~~, successor by merger to the rights and obligations of Corizon Health, Inc. hereunder ("YesCare") provides correctional healthcare nationwide, and specifically to the Brevard County Jail Complex inmates, offering comprehensive services including dental care, medical care, behavioral health care, pharmaceutical and reentry services. YesCare's primary mission is to optimize long-run cost savings by making judgment calls that consider the ultimate objective of improving lives through an elevated, preventive model of care.

CFTC is a for-profit provider organization within the CFCHS network. CFTC is an addiction and recovery treatment program specializing in MAT treatment for opioid and narcotic addictions. CFTC has been serving the needs of individuals suffering from addiction to heroin and pain medicine since 1983 through a team of clinical staff dedicated to helping patients build upon their strengths, resulting in healthy mental, physical, emotional, and spiritual recovery.

STEPS is a not-for-profit Commission on Accreditation of Rehabilitation Facilities accredited substance abuse treatment organizations whose mission is to provide a continuum of treatment for substance abusing individuals and individuals with co-occurring disorders, prioritizing those who are indigent, pregnant, postpartum, and/or have small children in Orange, Seminole, Osceola, and Brevard counties. STEPS is also a provider within the CFCHS network.

**ROLES**

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.**, lead applicant for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant, CFCHS will serve in the following capacity:
- Provide all parties access to its System of Care (SOC) comprised of the 37 mental/behavioral health and substance use disorder providers;
- Program management for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Evaluation of the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Generation of reports for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant

**BREVARD COUNTY SHERIFF'S OFFICE** will continue to provide access to identified incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place, as well as through an existing MOU with CFTC.

2

YESCARE, INC. will continue to work collaboratively with CFTC to prescreen and identify incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place.

**CENTRAL FLORIDA TREATMENT CENTERS** will serve as the lead provider of services for this grant opportunity. CFTC will expand upon existing SUD treatment and reentry services for individuals incarcerated within the Brevard County Jail Complex. CFTC will provide mental/behavioral health counseling as well as MAT services to include Methadone and Suboxone.

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.** will provide reentry services to individuals pre- and post-incarceration through their OUD navigator. The OUD navigator will work with clients to connect them to community-based organizations such as, but not limited to, treatment partners, employers, educators, and health care providers to facilitate comprehensive services within the continuum of care. STEPS will also provide all three types of MAT including Methadone, Suboxone and Vivitrol.

**INSURANCE**
CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain general and professional claims made liability insurance policies covering its services performed under this Agreement providing minimum coverage of $1,000,000.00 per occurrence and $3,000,000.00 in the annual aggregate, or such higher amounts as required by state or local law, regulation, or medical society practice. Any insurance policies obtained by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) to comply with this Section shall cover any claims, lawsuits, or investigations arising out of any of the acts or omissions of the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.). CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain all of its required insurance policies in force during the entire term of this Agreement, inclusive of any renewal periods. CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain liability insurance coverage after the termination of this Agreement for a period equal to all applicable statutes of limitations, to ensure coverage for any actions brought or claims which may be made arising out of any of the services rendered hereunder by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) or under the direction of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.).

**INDEMNIFICATION**

Formatted: Font: Bold

a. To the extent liability has not been expressly limited elsewhere in this Agreement, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to indemnify, defend, and hold harmless SHERIFF, its members, directors, employees, independent contractors and agents, against any and all claims, damages, injuries, fines, penalties, costs, judgments, lawsuits, or fees of any kind whatsoever based upon or arising out of the acts or omissions of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) or any of its members, directors, employees, independent contractors or agents under this Agreement or related to treatment of CFTC, CFCHS, STEPS, AND YESCARE, INC.

(FKA CORIZON, INC.) patients. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

b. Without waiving the protections of sovereign immunity accorded to the SHERIFF as a constitutional officer in the State of Florida, as set forth in Florida Statutes Chapter 768, the Sheriff shall hold harmless CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.), its members, directors, employees, independent contractors, or agents against any and all claims, loss, liability, damages, injuries, fines, penalties, costs, judgments, lawsuits, or fees, including reasonable attorneys' fees and costs, of any kind whatsoever based upon or arising out of the act or omissions of SHERIFF, or his employees, members, or agents under this Agreement. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

**PUBLIC RECORDS &
CONFIDENTIAL INFORMATION**

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to retain all client records, financial records, supporting documents, statistical records, and any other documents (including electronic storage media) pertinent to this agreement for a period of six (6) years after termination of this contract, or if an audit has been initiated and audit finding have not been resolved at the end of six (6) years, the records shall be retained until resolution of the audit findings or any litigation which may be based on the terms of this agreement. All records shall be maintained by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) and BCSO in accordance with the Florida Public Records Laws, HIPAA, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) security and confidentiality policies and this contract. Persons duly authorized by the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) and Federal auditors, pursuant to 45 CFR, Part 92.42 (c) (1) and (2), shall have full access to and the right to examine any said records and documents during said retention period or as long as records are retained, whichever is later.

All parties agree to follow all applicable laws, rules, and regulations regarding confidentiality of information including, but not limited to, HIPAA, 42 and 45 CFR.
All parties will agree to:
1. Not to disclose individual's names or any part of protected health information (PHI) to any party.
2. To provide aggregate data related to program outcomes and effectiveness.
3. To secure all data in a manner compliant with all privacy rules, including HIPAA, 42 and 45 CFR, and other applicable rules and regulations.

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) understand and agree that SHERIFF is a public entity subject to the Florida Public Records Law. All confidentiality provisions set forth in the contract are subject to disclosure pursuant to the Florida Public Records Law. To the extent CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to retain public records on behalf of the SHERIFF; CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) will upon request by SHERIFF provide to SHERIFF those retained public records that are requested. A request to inspect or copy public records relating to this Contract for Services must be made directly to the SHERIFF and CFTC, CFCHS,

4

STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ shall not release a public record in response to a request arising from anyone other than the SHERIFF. To the extent CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ is "acting on behalf of the SHERIFF" CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ shall be subject to the following provisions:

   a. As required by §119.0701, Fla. Stat., CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ shall (1) Keep and maintain public records required by the SHERIFF to perform the Services; (2) Upon request from the SHERIFF, provide the SHERIFF with a copy of the requested records or allow the records to be inspected or copied within a reasonable time at a cost that does not exceed the cost provided by law; (3) Ensure that public records are exempt or confidential and exempt from public records disclosure requirements that are not disclosed except as authorized by law for the duration of the Contract and following completion of the Contract if CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ does not transfer the records to the SHERIFF; (4) Upon completion of the Contract, transfer, at no cost, to the SHERIFF all public records in possession of CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ or keep and maintain public records required by the SHERIFF to perform the Service. If the CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ transfers all public records to the SHERIFF upon completion of the Contract, the CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ shall destroy any duplicate public records that are exempt or confidential and exempt from public records disclosure requirements. If CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ keep and maintain public records upon completion of the contract, CFTC, CFCHS, STEPS, AND YESCARE, ~~INC. (FKA CORIZON, INC.)~~ shall meet all applicable requirements for retaining public records. All records stored electronically must be provided to the SHERIFF, upon request from the SHERIFF's custodian of public records, in a format that is compatible with the information technology systems of the SHERIFF.
   b. If CFTC, CFCHS, STEPS, or YESCARE, ~~INC. (FKA CORIZON, INC.)~~ fails to produce the public records as required by §119.0701, Fla. Stat. it may be subject to penalties pursuant to §119.10, Fla. Stat. and civil action pursuant to §119.0701(4) and such failure to produce shall be considered a material breach of this Contract by CFTC, CFCHS, STEPS, or YESCARE, ~~INC. (FKA CORIZON, INC.)~~. In the event of such breach, in addition to all other remedies available, CFTC, CFCHS, STEPS, or YESCARE, ~~INC. (FKA CORIZON, INC.)~~ shall pay to SHERIFF all incidental and consequential damages arising from such breach, including attorneys' fees and costs incurred by the SHERIFF in defending a public records action as well as those assessed against the SHERIFF in such public records action.
   c. The term "public record" as used in this section includes all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics or means of transmission, made or received pursuant to law or ordinance and in connection with the transaction of official business by or on behalf of the SHERIFF. Guidance as to whether something is a "public record," whether the public record is confidential or exempt, and the applicability or implementation of the provisions of Florida public records law, may be sought from the SHERIFF's Legal Services Unit or the SHERIFF Records Department; provided that

**Formatted:** Numbered + Level: 1 + Numbering Style: a, b, c, ... + Start at: 1 + Alignment: Left + Aligned at: 0.25" + Indent at: 0.5"

5

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) hereby agree that neither the SHERIFF's Legal Services Unit nor the SHERIFF Records Department is providing legal or other advice to be relied upon by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.).

**IF CFTC, CFCHS, STEPS, OR YESCARE, INC. (FKA CORIZON, INC.) HAVE QUESTIONS REGARDING THE APPLICATION OF CHAPTER 119, FLORIDA STATUTES, TO CFTC, CFCHS, STEPS, OR YESCARE, INC. (FKA CORIZON, INC.)'S DUTY TO PROVIDE PUBLIC RECORDS RELATING TO THIS CONTRACT, CONTACT THE CUSTODIAN OF PUBLIC RECORDS AS FOLLOWS: BCSO RECORDS DEPARTMENT, 700 S. PARK AVENUE, TITUSVILLE, FL 32780 – (321) 264-5214 – RECORDS@BCSO.US**

In the event of an improper disclosure the parties agree to notify the other partners of the disclosure within two business days of discovery of the disclosure. The parties agree to cooperate in the investigation and to taking the appropriate steps to correct and remedy any damage caused by the improper disclosure. Nothing in this MOU shall require a nonbreaching party in an improper disclosure situation to contribute any funds to pay any fines, penalties, or costs, associated with the improper disclosure, required notices, reports, or remedies.

Nothing in this MOU creates a right of action against the parties to this MOU, their officers, employees, or agents that is not already recognized in federal or state law. This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.

The party that was the source of the improper disclosure, agrees to defend, indemnify, and hold harmless all other parties.

All parties agree to use the CFCHS designated site and to complete all required HIPAA and security awareness training before accessing the site. Should PHI be shared in error, all parties agree not share the data any further, to notify the other parties, and to immediately destroy any data containing PHI.

**ASSIGNMENT & THIRD-PARTY RIGHTS**
This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.

**INDEPENDENT CONTRACTOR STATUS**
CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) are independent contractors and all CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agents, faculty and employees shall remain agents, faculty and employees of CFTC, CFCHS,

6

STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) while performing under this agreement. This Agreement does not create a partnership, joint venture or agency relationship. Parties do not have authority to enter into contracts on each other's behalf.

**EQUAL OPPORTUNITY EMPLOYMENT/PROCUREMENT**
Neither party, in performing under this agreement, shall discriminate against any worker, vendor, employee or applicant or any member of the public because of race, creed, color, sex, age or national origin, nor otherwise commit an unfair employment and/or procurement practice on such basis.

**GOVERNING LAW**
This agreement shall be governed by and construed in accordance with the laws of the State of Florida.

**LITIGATION AND VENUE**
In the event a party deems it necessary to take legal action to enforce any provision of this agreement, venue shall be in the Circuit Court of the Eighteenth Judicial Circuit in Brevard County, Florida.

**TERMINATION**
Any party may terminate this MOU with a written 30-day notice to the other parties.

This MOU shall begin on the date which all parties have signed and shall terminate upon notice given to the other parties herein. Any provisions of this MOU in conflict with the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant shall be superseded by the grant requirements.

**IN WITNESS THEREOF,** the parties have agreed to by their officials authorized signature to the stipulations in this **58-page** MOU.

**BREVARD COUNTY SHERIFF'S OFFICE:**

_____
Signature

_____
Printed Name and Title

7

*Formatted: Indent: Left: 0", First line: 0"*

*Formatted: Indent: Left: 0", First line: 0"*

*Formatted: Indent: Left: 0", First line: 0"*

_____
Date


**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC. REPRESENTATIVE:**

_____
Signature

_____
Printed Name and Title

_____
Date


**CENTRAL FLORIDA TREATMENT CENTERS:**

_____
Signature

_____
Printed Name and Title

_____
Date


**~~YESCARE~~CHS TX, INC D/B/A YESCARE:**

_____
Signature

8

_____

Printed Name and Title

_____

Date


**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION, INC.:**

_____

Signature

_____

Printed Name and Title

_____

Date

9

## Young, Mary

| | |
|---|---|
| **From:** | Tomlin, Steve <Steve.Tomlin@Yescarecorp.com> |
| **Sent:** | Wednesday, June 1, 2022 7:16 PM |
| **To:** | Moody, Laura; Sarah Stack |
| **Cc:** | Davies, Karen; Maria Bledsoe; Trinity Schwab; Singleton, Dan |
| **Subject:** | Re: <EXTERNAL EMAIL>Re: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22 |

Laura,
Since this has a 9pm upload deadline, is there anyone that can execute this? I understand the Chief has lots on his plate.
Once signed by BCSO, it will cascade to all other agencies for signatures.
Apologies for the tight deadlines.

Steve
Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
201.452.8682
Steve.Tomlin@YesCareCorp.com
www.YesCarecorp.com

**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity
**Responding with** urgency.

This communication is considered Patient Safety Work Product by Corizon Health. Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and applicable state peer review laws. If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited. If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

**From:** Moody, Laura <laura.moody@bcso.us>
**Sent:** Wednesday, June 1, 2022 6:10:23 PM
**To:** Sarah Stack <sstack@cfchs.org>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>; Maria Bledsoe <mbledsoe@cfchs.org>; Trinity Schwab <tschwab@cfchs.org>; Singleton, Dan <dan.singleton@bcso.us>
**Subject:** [EXTERNAL] Re: <EXTERNAL EMAIL>Re: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

**This Message has originated outside of your organization.**

You all accepted my requested revisions so it is ready on BCSOs behalf.

Laura Moody, Esq.
Chief Legal Counsel
BCS in Criminal Trial Law
Brevard County Sheriff's Office

1

340 Gus Hipp Blvd.
Rockledge, FL 32955
321.633.8402
Laura.moody@bcso.us

On Jun 1, 2022, at 5:37 PM, Sarah Stack <sstack@cfchs.org> wrote:

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Hi, Karen. My understand is that BCSO's legal department finalized review of the MOU. Can you please confirm? The grant is due by 8:59 p.m. *tonight,* and we need at least 30 min. to upload it to the system.

Sarah



Sarah (Stack) Slone
Program Consultant, State Opioid Response
707 Mendham Boulevard, Suite 201
Orlando, FL 32825
(407) 761-4079
sstack@cfchs.org
www.centralfloridacares.org

Report suspected Fraud, Waste, or Abuse
at http://www.centralfloridacares.org, https://centralfloridacares.ethicspoint.com, or calling toll free 1-844-302-0433.

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you. Help support CFCHS' mission by using this SmileAmazon link for all your Amazon purchases https://smile.amazon.com/ch/51-0448002



**From:** Davies, Karen <Karen.Davies@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 5:33 PM
**To:** Moody, Laura <laura.moody@bcso.us>
**Cc:** Sarah Stack <sstack@cfchs.org>; Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Subject:** Re: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

2

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Unfortunately, this will be returned tomorrow. Chief has to have this reviewed by his legal department.

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations



Phone: 954.649.3043
e-Fax: 615.760.8800
103 Powell Court | Brentwood, TN 37027
www.corizonhealth.com

Facebook | Twitter | YouTube | LinkedIn
**Safety, Motivation, Accountability, Respect, Teamwork**

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

On Jun 1, 2022, at 16:48, Tomlin, Steve <Steve.Tomlin@yescarecorp.com> wrote:

One Last change from legal.

**From:** Tomlin, Steve
**Sent:** Wednesday, June 1, 2022 4:28 PM
**To:** Moody, Laura <laura.moody@bcso.us>; dan.singleton@bcso.us
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Sarah Stack <sstack@cfchs.org>
**Subject:** FW: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Laura, Dan,
See attached for signature. Name updated for legal entity.

**From:** Finger, Jennifer <Jennifer.Finger@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 4:24 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Subject:** O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Steve,  The changes are fine except that our company name was not accurate. I have changed it throughout the agreement.

Jennifer

3

**Young, Mary**

| | |
|---|---|
| **From:** | Spinelli, William <bill.spinelli@bcso.us> |
| **Sent:** | Tuesday, May 17, 2022 3:26 PM |
| **To:** | Speece, Cindy; Collamore, Sondra; Shah, Samir |
| **Subject:** | FW: <EXTERNAL EMAIL>YesCare Announcement |
| **Attachments:** | YesCare Client QA_Final.docx |

FYI

**From:** Singleton, Dan <dan.singleton@bcso.us>
**Sent:** Tuesday, May 17, 2022 9:25 AM
**To:** Waller, Theresa <theresa.waller@bcso.us>
**Cc:** Spinelli, William <bill.spinelli@bcso.us>; DeMorat, Michael <michael.demorat@bcso.us>; Waller, Douglas <douglas.waller@bcso.us>; Ivey, Wayne <wayne.ivey@bcso.us>
**Subject:** FW: <EXTERNAL EMAIL>YesCare Announcement

Good morning Theresa,

For your awareness, Corizon Health is moving forward with changing the name under which they operate. You may start seeing the new name, YesCare on future documents. I have talked with Laura Moody who advised there is no need to make changes to our current contract.

Please call me if you have any questions.

Thanks

Woody

***Chief Dan Singleton***
***Brevard County Sheriff's Office***
Judicial Services
860 Camp Road
Cocoa, FL 32927
*Office: (321 ) 690-1505*

**From:** Davies, Karen [mailto:Karen.Davies@corizonhealth.com]
**Sent:** Friday, May 13, 2022 1:19 PM
**To:** Singleton, Dan <dan.singleton@bcso.us>
**Cc:** Silva, Mary <Mary.Silva@corizonhealth.com>; De Julius, Brandon <Brandon.DeJulius@corizonhealth.com>; Mangarella, Paula <Paula.Mangarella@corizonhealth.com>
**Subject:** <EXTERNAL EMAIL>YesCare Announcement

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

1

Chief Singleton,

As we discussed, below is the announcement from our CEO, Sara Tirschwell as well as a list of questions and answers. As always, if you have any other questions don't hesitate to reach out to me.  Many thanks.



**YesCare Announcement – Client Email:**

*Subject Line: Excited to Announce that Corizon Health is now YesCare*

Good Afternoon,

I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

Thank you,


Sara Tirschwell

Chief Executive Officer, YesCare



**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations



2



Phone: <u>954.649.3043</u>
e-Fax: <u>615.760.8800</u>
103 Powell Court | Brentwood, TN  37027
<u>www.corizonhealth.com</u>


<u>Facebook</u> | <u>Twitter</u> | <u>YouTube</u> | <u>LinkedIn</u>
Safety, Motivation, Accountability, Respect, Teamwork

Administrative Assistant:  Melissa Wardell
Phone: <u>941-708-6799</u>

3

## *YesCare Client Q&A*

- **Why is Corizon becoming YesCare?**
  - o Because there is a different, better vision for our company going forward. YesCare's mission is to bring the best quality and most compassionate care to our more than 50,000 correctional patients across the country. YesCare will be investing in and prioritizing areas that are of particular concern to our clients, including staffing, behavioral health, women's health and reentry. We will be committed to outcome-driven reform for the patients and communities we serve.

- **Who is the newly appointed CEO?**
  - o Sara Tirschwell comes to YesCare after a successful, decades-long career in finance, where she distinguished herself as a forward-thinking investor. She subsequently moved into executive leadership where she quickly established herself as a positive change agent. Sara brings highly relevant experience to YesCare from behavioral health, government relations and decades of investing in healthcare services.

- **Will this change who we work with day-to-day?**
  - o As you know, we have already made organizational changes. We have a new name; we have higher expectations and we intend to only increase the support and responsiveness of your company contacts. Our executive team is extremely hands-on and available to each of our clients, as well.
  - o We would like to strengthen our partnership with you by better tailoring our service model to your needs. We are on strong financial footing and have extraordinary resources in partners and related companies that we can leverage to benefit you. For those of you who have not met our CEO, she will be meeting with each of our clients to discuss the wide variety of expertise that we now bring to the table.

- **Will any of our current contracts be changing?**
  - o No. Our federal ID number will remain the same, so there are no changes to be made to the existing agreement.

- **Are any of the services you provide at our facility changing?**
  - o No, the current services we provide at your facility will continue, but with augmented resources to support our field staff. We understand the challenges of staffing, increased behavioral health issues like addiction and suicide, as well as the interest in breaking the cycle of recidivism by being more thoughtful about how we support transitioning formerly incarcerated individuals back into the community. We are prepared to support you in facing these challenges. Again, our CEO will be meeting with each of you to discuss how we can be better partners to you. We are honored to serve you and all the patients at your facility and are grateful for your trust.
  - o Under new leadership, our approach will be to deliver curated, quality healthcare centered around giving individuals the tools to succeed in and out of the correctional space.

## Young, Mary

| | |
|---|---|
| **From:** | Tomlin, Steve <Steve.Tomlin@Yescarecorp.com> |
| **Sent:** | Wednesday, June 1, 2022 4:28 PM |
| **To:** | Moody, Laura; dan.singleton@bcso.us |
| **Cc:** | Davies, Karen; Sarah Stack |
| **Subject:** | <EXTERNAL EMAIL>FW: O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22 |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx |

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Laura, Dan,
See attached for signature. Name updated for legal entity.

**From:** Finger, Jennifer <Jennifer.Finger@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 4:24 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Subject:** O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22

Steve,  The changes are fine except that our company name was not accurate.  I have changed it throughout the agreement.

Jennifer

1

## Young, Mary

| | |
|---|---|
| **From:** | Singleton, Dan <dan.singleton@bcso.us> |
| **Sent:** | Thursday, June 2, 2022 12:14 PM |
| **To:** | Waller, Douglas |
| **Subject:** | new MOU |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx |

Undersheriff Waller,

Attached is an MOU that I am requesting to have signed. I have worked with Laura who provided her edits and worked with Corizon to produce this final version. I will track the MOU to ensure we have a fully executed copy returned to us that can be added to Contract Works.

Please call me if you have any questions.

Thanks,

Dan

**Chief Dan Singleton**
**Brevard County Sheriff's Office**
Judicial Services
860 Camp Road
Cocoa, FL 32927
*Office: (321 ) 690-1505*

1

**Young, Mary**

| | |
|---|---|
| From: | Singleton, Dan <dan.singleton@bcso.us> |
| Sent: | Wednesday, June 1, 2022 2:28 PM |
| To: | Sarah Stack; Tomlin, Steve |
| Cc: | Davies, Karen; bdaoustcftc.orl@gmail.com; Maria Bledsoe; Trinity Schwab |
| Subject: | RE: <EXTERNAL EMAIL>Re: MAT MOU |

Good afternoon,

It is with our legal counsel for review.

Dan

*Chief Dan Singleton*
*Brevard County Sheriff's Office*
Judicial Services
860 Camp Road
Cocoa, FL 32927
*Office: (321 ) 690-1505*

**From:** Sarah Stack [mailto:sstack@cfchs.org]
**Sent:** Wednesday, June 1, 2022 2:08 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>; Singleton, Dan <dan.singleton@bcso.us>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; bdaoustcftc.orl@gmail.com; Maria Bledsoe
<mbledsoe@cfchs.org>; Trinity Schwab <tschwab@cfchs.org>
**Subject:** <EXTERNAL EMAIL>Re: MAT MOU

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or
attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please
forward to SPAM@bcso.us.

---

Hello - I'm checking in on the status of the MOU signing. Chief Singleton, have you been able to sign
the document?

Thank you,
Sarah



Sarah (Stack) Slone
Program Consultant, State Opioid Response
707 Mendham Boulevard, Suite 201
Orlando, FL 32825
(407) 761-4079
sstack@cfchs.org
www.centralfloridacares.org

1

Report suspected Fraud, Waste, or Abuse
at http://www.centralfloridacares.org, https://centralfloridacares.ethicspoint.com, or
calling toll free 1-844-302-0433.

NOTICE: This communication may contain privileged or other confidential
information. If you are not the intended recipient, or believe you have received this
communication in error, please do not print, copy, retransmit, disseminate, or
otherwise use the information. Also, please indicate to the sender that you have
received this communication in error, and delete the copy you received. Thank you.
Help support CFCHS' mission by using this SmileAmazon link for all your Amazon
purchases https://smile.amazon.com/ch/51-0448002



**From:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 9:42 AM
**To:** dan.singleton@bcso.us <dan.singleton@bcso.us>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Sarah Stack <sstack@cfchs.org>; bdaoustcftc.orl@gmail.com <bdaoustcftc.orl@gmail.com>
**Subject:** MAT MOU

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chief,
Per Karen's call this morning, attached please find inter-agency MOU for grant. Please execute and return to this group.
Thanks
Steve

Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
C: 201.452.8682
Steve.Tomlin@CorizonHealth.com
www.YesCareCorp.com
**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity.
**Responding with** urgency.

This communication is considered Patient Safety Work Product by Corizon Health. Therefore, the information
contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and
applicable state peer review laws. If you are not the intended recipient, any disclosure, copying, distribution or use
is prohibited. If you have received this email in error, please notify the sender by replying to this email, then
deleting it and the reply from your mailbox.

**Young, Mary**

| | |
|---|---|
| **From:** | Spinelli, William <bill.spinelli@bcso.us> |
| **Sent:** | Thursday, June 2, 2022 1:20 PM |
| **To:** | Waller, Theresa |
| **Subject:** | FW: <EXTERNAL EMAIL>YesCare Invoices |

Please add to Contract Works.  This is the audit trail for the name change.  Thanks!

**From:** Singleton, Dan <dan.singleton@bcso.us>
**Sent:** Thursday, June 2, 2022 12:26 PM
**To:** Moody, Laura <laura.moody@bcso.us>; Spinelli, William <bill.spinelli@bcso.us>; Speece, Cindy <cindy.speece@bcso.us>
**Subject:** FW: <EXTERNAL EMAIL>YesCare Invoices

Good afternoon,

I wanted to keep you all informed regarding Corizon Health's reorganization as outlined in the email below.  Let me know if you have any questions or need me to obtain any additional information that may impact our operations.

Thanks,

Dan

**Chief Dan Singleton**
**Brevard County Sheriff's Office**
Judicial Services
860 Camp Road
Cocoa, FL  32927
*Office: (321 ) 690-1505*

**From:** Davies, Karen [mailto:Karen.Davies@Yescarecorp.com]
**Sent:** Thursday, June 2, 2022 10:26 AM
**To:** Singleton, Dan <dan.singleton@bcso.us>
**Cc:** Mangarella, Paula <Paula.Mangarella@Yescarecorp.com>
**Subject:** <EXTERNAL EMAIL>YesCare Invoices

WARNING: This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Chief Singleton,
As a follow-up to our announcement on our name change:

1

- YesCare acquired all the active business of Corizon.  As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC ("CHS"), and a wholly owned subsidiary of YesCare.

- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.

- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization with

- ownership that understands the delivery of healthcare;

- backing of a large healthcare conglomerate with multitudes of resources for us to leverage; and

- strong financial and leadership stability.

- To ensure that payments under the contract continue without interruption, we will be providing you with CHS' FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no change in bank account information at this time, however, that may be updated in the future.

- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.

- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.

- The full force of our corporate office remains at your service for any additional information or clarification that you may need.

  Please forward to any one from your team that would need this information and if there are any questions, feel free to reach out to me.  Many thanks.

Karen

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com





www.yescarecorp.com

Facebook | Twitter | YouTube | LinkedIn
**Safety, Motivation, Accountability, Respect, Teamwork**

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

2

**Young, Mary**

| | |
|---|---|
| **From:** | Tomlin, Steve <Steve.Tomlin@Yescarecorp.com> |
| **Sent:** | Monday, June 6, 2022 2:28 PM |
| **To:** | Singleton, Dan |
| **Cc:** | Davies, Karen |
| **Subject:** | <EXTERNAL EMAIL>Re: Central Florida Cares MOU |

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Thanks Chief.

Steve
Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
201.452.8682
Steve.Tomlin@YesCareCorp.com
www.YesCarecorp.com

**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity.
**Responding with** urgency.

This communication is considered Patient Safety Work Product by Corizon Health. Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and applicable state peer review laws. If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited. If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

**From:** Singleton, Dan <dan.singleton@bcso.us>
**Sent:** Monday, June 6, 2022 1:56:45 PM
**To:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>
**Subject:** [EXTERNAL] Central Florida Cares MOU

**This Message has originated outside of your organization.**

Good afternoon,

Please find the attached MOU signed by Sheriff Ivey. Please provide me with the fully executed document at your earliest convenience.

Thank you,

1

*Chief Dan Singleton*
*Brevard County Sheriff's Office*
Judicial Services
860 Camp Road
Cocoa, FL  32927
*Office: (321 ) 690-1505*

Like Us on Facebook

## Young, Mary

| | |
|---|---|
| **From:** | Singleton, Dan <dan.singleton@bcso.us> |
| **Sent:** | Wednesday, June 1, 2022 10:38 AM |
| **To:** | Moody, Laura |
| **Subject:** | Fwd: <EXTERNAL EMAIL>MAT MOU |
| **Attachments:** | MOU MAT grant sct executed.pdf |

*Chief Dan Singleton*
*Brevard County Sheriff's Office*
*Judicial Services*
860 Camp Road
Cocoa, FL 32927
*T: (321) 690-1505*

Begin forwarded message:

> **From:** "Tomlin, Steve" <Steve.Tomlin@yescarecorp.com>
> **Date:** June 1, 2022 at 9:43:08 AM EDT
> **To:** "Singleton, Dan" <dan.singleton@bcso.us>
> **Cc:** "Davies, Karen" <Karen.Davies@yescarecorp.com>, Sarah Stack <sstack@cfchs.org>,
> bdaoustcftc.orl@gmail.com
> **Subject:** <EXTERNAL EMAIL>MAT MOU

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

Chief,
Per Karen's call this morning, attached please find inter-agency MOU for grant. Please execute and return to this group.
Thanks
Steve

Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
C: 201.452.8682
Steve.Tomlin@CorizonHealth.com
**www.YesCareCorp.com**

**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity.
**Responding with** urgency.

1

This communication is considered Patient Safety Work Product by Corizon Health.  Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and applicable state peer review laws.  If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited.  If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

# MEMORANDUM OF UNDERSTANDING

## CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.

### AND

## CENTRAL FLORIDA TREATMENT CENTERS, INC.

### AND

## THE BREVARD COUNTY SHERIFF'S OFFICE

### AND

## SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.

### AND

## YESCARE, INC.

This Memorandum of Understanding (MOU) is a voluntary agreement between Central Florida Cares Health System, Inc. ("CFCHS"), Brevard County Sheriff's Office ("BCSO"), YesCare, Inc. Central Florida Treatment Centers ("CFTC"), and Specialized Treatment, Education and Prevention Services, Inc. ("STEPS") to expand currently offered services including (1) prescreening of incarcerated individuals for mental health and/or substance abuse indicators; (2) substance use disorder (SUD) treatment, including Medication Assisted Treatment (MAT) services; and (3) "warm handoff" reentry services to community-based organizations for reentry needs and to continue SUD therapies. These services will be provided to currently incarcerated individuals in the Brevard County Jail Complex prior to release into the Brevard County community.

**BACKGROUND**

Since July 2012, CFCHS, a not-for-profit organization, serves in the critical capacity of Managing Entity (ME) for state and federal funds for mental health and substance use services for Brevard, Orange, Osceola, and Seminole counties. CFCHS' mission is to manage an affordable high-quality behavioral health care system for persons with mental health and/or substance use disorders. CFCHS manages a services network comprised of 37 organizations who offer various levels of treatment options ranging from prevention to crisis support to residential treatment to outpatient services. As a managing entity, the behavioral health administration and management organization, our primary focus is to promote a comprehensive, seamless system of recovery and resiliency to those individuals in our community who are in need of these services.

The BSCO operates the Brevard County Jail Complex. The jail is accredited through the Florida Corrections Accreditation Commission, and routinely houses over 1,600 inmates daily.

YesCare, Inc. (f/k/a Corizon Health) provides correctional healthcare nationwide, offering comprehensive services including dental care, medical care, behavioral health care, pharmaceutical and reentry services. YesCare's primary mission is to optimize long-run cost savings by making judgment calls that consider the ultimate objective of improving lives through an elevated, preventive model of care.

CFTC is a for-profit provider organization within the CFCHS network. CFTC is an addiction and recovery treatment program specializing in MAT treatment for opioid and narcotic addictions. CFTC has been serving the needs of individuals suffering from addiction to heroin and pain medicine since 1983 through a team of clinical staff dedicated to helping patients build upon their strengths, resulting in healthy mental, physical, emotional, and spiritual recovery.

STEPS is a not-for-profit Commission on Accreditation of Rehabilitation Facilities accredited substance abuse treatment organizations whose mission is to provide a continuum of treatment for substance abusing individuals and individuals with co-occurring disorders, prioritizing those who are indigent, pregnant, postpartum, and/or have small children in Orange, Seminole, Osceola, and Brevard counties. STEPS is also a provider within the CFCHS network.

**ROLES**

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.**, lead applicant for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant, CFCHS will serve in the following capacity:
- Provide all parties access to its System of Care (SOC) comprised of the 37 mental/behavioral health and substance use disorder providers;
- Program management for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Evaluation of the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Generation of reports for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant

**BREVARD COUNTY SHERIFF'S OFFICE** will continue to provide access to identified incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place, as well as through an existing MOU with CFTC.

**YESCARE, INC.** will continue to work collaboratively with CFTC to prescreen and identify incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place.

2

**CENTRAL FLORIDA TREATMENT CENTERS** will serve as the lead provider of services for this grant opportunity. CFTC will expand upon existing SUD treatment and reentry services for individuals incarcerated within the Brevard County Jail Complex. CFTC will provide mental/behavioral health counseling as well as MAT services to include Methadone and Suboxone.

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.** will provide reentry services to individuals pre- and post-incarceration through their OUD navigator. The OUD navigator will work with clients to connect them to community-based organizations such as, but not limited to, treatment partners, employers, educators, and health care providers to facilitate comprehensive services within the continuum of care. STEPS will also provide all three types of MAT including Methadone, Suboxone and Vivitrol.

**CONFIDENTIAL INFORMATION**
All parties agree to follow all applicable laws, rules, and regulations regarding confidentiality of information including, but not limited to, HIPAA, 42 and 45 CFR.
All parties will agree to:
1. Not to disclose individual's names or any part of protected health information (PHI) to any party.
2. To provide aggregate data related to program outcomes and effectiveness.
3. To secure all data in a manner compliant with all privacy rules, including HIPAA, 42 and 45 CFR, and other applicable rules and regulations.

In the event of an improper disclosure the parties agree to notify the other partners of the disclosure within two business days of discovery of the disclosure. The parties agree to cooperate in the investigation and to taking the appropriate steps to correct and remedy any damage caused by the improper disclosure. Nothing in this MOU shall require a nonbreaching party in an improper disclosure situation to contribute any funds to pay any fines, penalties, or costs, associated with the improper disclosure, required notices, reports, or remedies.

Nothing in this MOU creates a right of action against the parties to this MOU, their officers, employees, or agents that is not already recognized in federal or state law. This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.

The party that was the source of the improper disclosure, agrees to defend, indemnify, and hold harmless all other parties.

All parties agree to use the CFCHS designated site and to complete all required HIPAA and security awareness training before accessing the site. Should PHI be shared in error, all parties agree not share the data any further, to notify the other parties, and to immediately destroy any data containing PHI.

3

**TERMINATION**

Any party may terminate this MOU with a written 30-day notice to the other parties.

This MOU shall begin on the date which all parties have signed. Any provisions of this MOU in conflict with the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant shall be superseded by the grant requirements.

**IN WITNESS THEREOF,** the parties have agreed to by their officials authorized signature to the stipulations in this **5-page** MOU.

**BREVARD COUNTY SHERIFF'S OFFICE:**

_____

Signature

_____

Printed Name and Title

_____

Date

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC. REPRESENTATIVE:**

_____

Signature

_____

Printed Name and Title

_____

Date

4

Case 2:19-cv-13382-GAD-PTM   ECF No. 95-1, PageID.3902   Filed 11/29/22   Page 89 of 131

**CENTRAL FLORIDA TREATMENT CENTERS:**

_____
Signature

_____
Printed Name and Title

_____
Date

**YESCARE, INC:**

_____
Signature

_STEVE Tomlin    SVP ReEntry_
_____
Printed Name and Title

_6/1/2022_
_____
Date

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION, INC.:**

_____
Signature

_____
Printed Name and Title

_____
Date

5



Maryland

Mohamed A. Soliman -DPSCS- <span style="color:black">█████████████████</span> >

# Excited to Announce that Corizon Health is now YesCare

1 message



**Mitchell, Darrin** █████████████████████          Fri, May 13, 2022 at 12:59 PM
To:

Good Afternoon,

I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

**Darrin Mitchell**

Associate Vice President of Operations

Office: 443-410-4628





7240 Parkway Drive| Suite 350| Hanover, Maryland 21076

**C⊘RIZON**
HEALTH

*This communication is considered Patient Safety Work Product by Corizon Health. Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and applicable state peer review laws. If you are not the intended recipient, any disclosure,*

copying, distribution or use is prohibited.  If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

**YesCare Client QA_Final.docx**
17K

 **Gmail**

**Margolis Law Firm <assistant@lawinannarbor.com>**

## Fwd: PRR 52755 RE: <EXTERNAL EMAIL>foia request

1 message

**Nathan Lumbard** <nathan@lawinannarbor.com>                    Tue, Nov 29, 2022 at 12:06 PM
To: Margolis Law Firm <assistant@lawinannarbor.com>

---------- Forwarded message ---------
From: **Ian Cross** <ian@lawinannarbor.com>
Date: Tue, Nov 29, 2022 at 12:04 PM
Subject: Fwd: PRR 52755 RE: <EXTERNAL EMAIL>foia request
To: Nathan Lumbard <nathan@lawinannarbor.com>

---------- Forwarded message ---------
From: **Nathan Lumbard** <nathanklumard@gmail.com>
Date: Tue, Jul 19, 2022 at 1:27 PM
Subject: Fwd: PRR 52755 RE: <EXTERNAL EMAIL>foia request
To: Ian Cross <ian@lawinannarbor.com>

---------- Forwarded message ---------
From: **Young, Mary** <mary.young@bcso.us>
Date: Thu, Jul 14, 2022 at 10:55 AM
Subject: PRR 52755 RE: <EXTERNAL EMAIL>foia request
To: Nathan Lumbard <nathanklumard@gmail.com>

Part 3

**From:** Nathan Lumbard <nathanklumard@gmail.com>
**Sent:** Monday, June 27, 2022 1:04 PM
**To:** Records <Records@bcso.us>
**Subject:** <EXTERNAL EMAIL>foia request

---

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

To Whom It May Concern:

I am requesting a copy of any correspondence from Corizon Correctional Healthcare to the Sheriff's Dept/Jail after February 15, 2022, notifying a change in ownership to YesCare Corporation.

Please feel free to email me with any questions or concerns associated with this request. I have enclosed my contact information below. I consent to any charges applicable to this request and to receive the requested information electronically.


Respectfully,


Nathan Lumbard

P.O. Box 596

Howe, IN 46746

(260) 350-9753

---

**7 attachments**

**104.pdf**
885K

**106.pdf**
1002K

**107.pdf**
557K

**152.pdf**
773K

**88.pdf**
1013K

**96.pdf**
876K

**99.pdf**
1009K

**Young, Mary**

| | |
|---|---|
| **From:** | Nicholas, Yvonne <yvonne.nicholas@bcso.us> |
| **Sent:** | Friday, June 10, 2022 12:27 PM |
| **To:** | Petty, Karen |
| **Subject:** | RE: <EXTERNAL EMAIL>YesCare Announcement |

Thank you – you also!

**From:** Petty, Karen <karen.petty@bcso.us>
**Sent:** Friday, June 10, 2022 12:24 PM
**To:** Nicholas, Yvonne <yvonne.nicholas@bcso.us>
**Subject:** FW: <EXTERNAL EMAIL>YesCare Announcement

Here you go...

Have a good weekend!

*Karen Petty*

*Brevard County Sheriff's Office*
*Finance*
*700 Park Avenue*
*Titusville, FL 32780*
*321-264-5206 ext 52223*

*To send secure documents, click here:*

**From:** Petty, Karen <>
**Sent:** Tuesday, May 17, 2022 9:45 AM
**To:** 'karen.davies@corizonhealth.com' <karen.davies@corizonhealth.com>
**Cc:** Nicholas, Yvonne <yvonne.nicholas@bcso.us>
**Subject:** FW: <EXTERNAL EMAIL>YesCare Announcement

Good morning,
Please send us an updated W-9 so we can make the appropriate changes in our system.
Thank you.

*Karen Petty*

*Brevard County Sheriff's Office*
*Finance*
*700 Park Avenue*
*Titusville, FL 32780*
*321-264-5206 ext 52223*

1

*To send secure documents, click here:*

**From:** Davies, Karen [mailto:Karen.Davies@corizonhealth.com]
**Sent:** Friday, May 13, 2022 1:19 PM
**To:** Singleton, Dan <dan.singleton@bcso.us>
**Cc:** Silva, Mary <Mary.Silva@corizonhealth.com>; De Julius, Brandon <Brandon.DeJulius@corizonhealth.com>; Mangarella, Paula <Paula.Mangarella@corizonhealth.com>
**Subject:** <EXTERNAL EMAIL>YesCare Announcement

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

Chief Singleton,

As we discussed, below is the announcement from our CEO, Sara Tirschwell as well as a list of questions and answers. As always, if you have any other questions don't hesitate to reach out to me.  Many thanks.



**YesCare Announcement – Client Email:**

*Subject Line: Excited to Announce that Corizon Health is now YesCare*

Good Afternoon,

I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

2

Thank you,


Sara Tirschwell

Chief Executive Officer, YesCare


**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations





Say Yes To Exceptional Care

Phone: 954.649.3043
e-Fax: 615.760.8800
103 Powell Court | Brentwood, TN  37027
www.corizonhealth.com


Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

3

**Young, Mary**

| | |
|---|---|
| **From:** | Waller, Douglas <douglas.waller@bcso.us> |
| **Sent:** | Monday, June 6, 2022 6:56 PM |
| **To:** | Waller, Douglas |
| **Subject:** | FW: new MOU |
| **Attachments:** | O-BJA-2022-171096 SUD Reentry Grant_MOU_LM edits 06.1.22.docx |

Douglas Waller
Undersheriff
Brevard County Sheriff's Office
700 Park Avenue
Titusville, FL 32780
321-264-5201
douglas.waller@bcso.us

**From:** Singleton, Dan
**Sent:** Thursday, June 2, 2022 12:14 PM
**To:** Waller, Douglas <douglas.waller@bcso.us>
**Subject:** new MOU

Undersheriff Waller,

Attached is an MOU that I am requesting to have signed.  I have worked with Laura who provided her edits and worked with Corizon to produce this final version.  I will track the MOU to ensure we have a fully executed copy returned to us that can be added to Contract Works.

Please call me if you have any questions.

Thanks,

Dan

**Chief Dan Singleton**
**Brevard County Sheriff's Office**
Judicial Services
860 Camp Road
Cocoa, FL 32927
*Office: (321 ) 690-1505*

1

## Young, Mary

| | |
|---|---|
| **From:** | Singleton, Dan <dan.singleton@bcso.us> |
| **Sent:** | Friday, May 13, 2022 2:01 PM |
| **To:** | Moody, Laura |
| **Subject:** | Fwd: <EXTERNAL EMAIL>YesCare Announcement |
| **Attachments:** | Picture (Device Independent Bitmap) 1.jpg; Picture (Device Independent Bitmap) 2.jpg; Picture (Device Independent Bitmap) 3.jpg; YesCare Client QA_Final.docx |

FYI. Not sure if This change of name will require any changes to our current contract language with Corizon.

Dan

**Chief Dan Singleton**
**Brevard County Sheriff's Office**
**Judicial Services**
860 Camp Road
Cocoa, FL 32927
*T: (321) 690-1505*

Begin forwarded message:

> **From:** "Davies, Karen" <Karen.Davies@corizonhealth.com>
> **Date:** May 13, 2022 at 1:19:21 PM EDT
> **To:** "Singleton, Dan" <dan.singleton@bcso.us>
> **Cc:** "Silva, Mary" <Mary.Silva@corizonhealth.com>, "De Julius, Brandon" <Brandon.DeJulius@corizonhealth.com>, "Mangarella, Paula" <Paula.Mangarella@corizonhealth.com>
> **Subject: <EXTERNAL EMAIL>YesCare Announcement**

> WARNING: This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

> Chief Singleton,

> As we discussed, below is the announcement from our CEO, Sara Tirschwell as well as a list of questions and answers. As always, if you have any other questions don't hesitate to reach out to me. Many thanks.

> **YesCare Announcement – Client Email:**

> *Subject Line: Excited to Announce that Corizon Health is now YesCare*

> Good Afternoon,

I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

Thank you,


Sara Tirschwell

Chief Executive Officer, YesCare



**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations




Phone: 954.649.3043
e-Fax: 615.760.8800
103 Powell Court|Brentwood, TN 37027
www.corizonhealth.com


Facebook | Twitter | YouTube | LinkedIn
**Safety, Motivation, Accountability, Respect, Teamwork**

Administrative Assistant: Melissa Wardell
Phone: 941-708-6799

2

## Young, Mary

| | |
|---|---|
| **From:** | Davies, Karen <Karen.Davies@corizonhealth.com> |
| **Sent:** | Friday, May 13, 2022 1:19 PM |
| **To:** | Singleton, Dan |
| **Cc:** | Silva, Mary; De Julius, Brandon; Mangarella, Paula |
| **Subject:** | <EXTERNAL EMAIL>YesCare Announcement |
| **Attachments:** | YesCare Client QA_Final.docx |

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

Chief Singleton,

As we discussed, below is the announcement from our CEO, Sara Tirschwell as well as a list of questions and answers. As always, if you have any other questions don't hesitate to reach out to me.  Many thanks.



### YesCare Announcement – Client Email:

*Subject Line: Excited to Announce that Corizon Health is now YesCare*

Good Afternoon,

I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

Thank you,

1

Sara Tirschwell

Chief Executive Officer, YesCare

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations





Say Yes To Exceptional Care

Phone: 954.649.3043
e-Fax: 615.760.8800
103 Powell Court | Brentwood, TN  37027
www.corizonhealth.com

Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

2

**Young, Mary**

| | |
|---|---|
| **From:** | Sarah Stack <sstack@cfchs.org> |
| **Sent:** | Wednesday, June 1, 2022 2:08 PM |
| **To:** | Tomlin, Steve; dan.singleton@bcso.us |
| **Cc:** | Davies, Karen; bdaoustcftc.orl@gmail.com; Maria Bledsoe; Trinity Schwab |
| **Subject:** | <EXTERNAL EMAIL>Re: MAT MOU |

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Hello - I'm checking in on the status of the MOU signing. Chief Singleton, have you been able to sign the document?

Thank you,
Sarah



Sarah (Stack) Slone
Program Consultant, State Opioid Response
707 Mendham Boulevard, Suite 201
Orlando, FL 32825
(407) 761-4079
sstack@cfchs.org
www.centralfloridacares.org

Report suspected Fraud, Waste, or Abuse
at http://www.centralfloridacares.org, https://centralfloridacares.ethicspoint.com, or calling toll free 1-844-302-0433.

NOTICE: This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this communication in error, and delete the copy you received. Thank you. Help support CFCHS' mission by using this SmileAmazon link for all your Amazon purchases https://smile.amazon.com/ch/51-0448002



**From:** Tomlin, Steve <Steve.Tomlin@Yescarecorp.com>
**Sent:** Wednesday, June 1, 2022 9:42 AM
**To:** dan.singleton@bcso.us <dan.singleton@bcso.us>
**Cc:** Davies, Karen <Karen.Davies@Yescarecorp.com>; Sarah Stack <sstack@cfchs.org>; bdaoustcftc.orl@gmail.com <bdaoustcftc.orl@gmail.com>
**Subject:** MAT MOU

1

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Chief,

Per Karen's call this morning, attached please find inter-agency MOU for grant. Please execute and return to this group.

Thanks

Steve

Steve Tomlin
SVP Reentry and Community Partnerships
**YesCare**
C: 201.452.8682
Steve.Tomlin@CorizonHealth.com
www.YesCareCorp.com

**Caring with** compassion.
**Treating with** dignity.
**Leading with** integrity.
**Responding with** urgency.

This communication is considered Patient Safety Work Product by Corizon Health. Therefore, the information contained herein is confidential and privileged under the Federal Patient Safety and Quality Improvement Act and applicable state peer review laws. If you are not the intended recipient, any disclosure, copying, distribution or use is prohibited. If you have received this email in error, please notify the sender by replying to this email, then deleting it and the reply from your mailbox.

## Young, Mary

| | |
|---|---|
| **From:** | Spinelli, William <bill.spinelli@bcso.us> |
| **Sent:** | Tuesday, July 5, 2022 9:21 AM |
| **To:** | Singleton, Dan |
| **Cc:** | Speece, Cindy; Spangler, Ron; Collamore, Sondra |
| **Subject:** | Upcoming Contract Changes for the Jail |

Chief,

We will have to extend both YesCare and Aramark by 9/30/22.  Please let me know how you would like to proceed with potential contract changes.

*Bill Spinelli, CPA*
*Brevard County Sheriff's Office*
*Chief Administrative Officer*

700 S. Park Avenue
Titusville, FL 32780
(321) 264-5206 Ext 54619
Cell (321) 431-4306



1

## Young, Mary

| From: | Davies, Karen <Karen.Davies@Yescarecorp.com> |
|---|---|
| Sent: | Thursday, June 2, 2022 10:26 AM |
| To: | Singleton, Dan |
| Cc: | Mangarella, Paula |
| Subject: | <EXTERNAL EMAIL>YesCare Invoices |

---

WARNING: This email originated outside of the Brevard County Sheriff's Office. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

---

Chief Singleton,
As a follow-up to our announcement on our name change:

- YesCare acquired all the active business of Corizon.  As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC ("CHS"), and a wholly owned subsidiary of YesCare.

- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.

- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization with

- ownership that understands the delivery of healthcare;

- backing of a large healthcare conglomerate with multitudes of resources for us to leverage; and

- strong financial and leadership stability.

- To ensure that payments under the contract continue without interruption, we will be providing you with CHS' FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no change in bank account information at this time, however, that may be updated in the future.

- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.

- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.

- The full force of our corporate office remains at your service for any additional information or clarification that you may need.

Please forward to any one from your team that would need this information and if there are any questions, feel free to reach out to me.  Many thanks.

Karen

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com



GREEN BELT CERTIFIED
LEANSIXSIGMA.COM/VERIFY



www.yescarecorp.com

Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

Administrative Assistant: Melissa Wardell
Phone: 941-708-6799

2

# Exhibit 3

**MEMORANDUM OF UNDERSTANDING**
**BY AND ~~BETWEEN~~BETWEEN**

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.**

**AND**

**CENTRAL FLORIDA TREATMENT CENTERS, INC.**

**AND**

**WAYNE IV~~EY, IN HIS OFFICIAL CAPACITY AS~~**
**SHERIFF OF BREVARD COUNTY, FLORIDA**

**AND**

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.**

**AND**

**~~YESCARE~~CHS TX, INC. D/B/A YESCARE**

This Memorandum of Understanding (MOU) is a voluntary agreement between Central Florida Cares Health System, Inc. ("CFCHS"), ~~Brevard County Sheriff's Office~~Wayne Ivey, in his Official Capacity as Sheriff of Brevard County, Florida, a County Constitutional Officer and Charter Officer ("SHERIFF" or "BCSO"), ~~YesCare~~CHS, TX, Inc. Central Florida Treatment Centers ("CFTC"), and Specialized Treatment, Education and Prevention Services, Inc. ("STEPS") to expand currently offered services including (1) prescreening of incarcerated individuals for mental health and/or substance abuse indicators; (2) substance use disorder (SUD) treatment, including Medication Assisted Treatment (MAT) services; and (3) "warm handoff" reentry services to community-based organizations for reentry needs and to continue SUD therapies. These services will be provided to currently incarcerated individuals in the Brevard County Jail Complex prior to release into the Brevard County community.

**BACKGROUND**

Since July 2012, CFCHS, a not-for-profit organization, serves in the critical capacity of Managing Entity (ME) for state and federal funds for mental health and substance use services for Brevard, Orange, Osceola, and Seminole counties. CFCHS' mission is to manage an affordable high-quality behavioral health care system for persons with mental health and/or substance use disorders. CFCHS manages a services network comprised of 37 organizations who offer various levels of treatment options ranging from prevention to crisis support to residential treatment to outpatient services. As a managing entity, the behavioral health administration and management organization, our primary focus is to promote a comprehensive, seamless system of

1

recovery and resiliency to those individuals in our community who are in need of these services.

The ~~BSCO~~ Sheriff operates the Brevard County Jail Complex. The jail is accredited through the Florida Corrections Accreditation Commission, and routinely houses over 1,600 inmates daily.

CHS, TX, Inc. d/b/a YesCare~~, Inc. (f/k/a Corizon Health)~~, successor by merger to the rights and obligations of Corizon Health, Inc. hereunder ("YesCare") provides correctional healthcare nationwide, and specifically to the Brevard County Jail Complex inmates, offering comprehensive services including dental care, medical care, behavioral health care, pharmaceutical and reentry services. YesCare's primary mission is to optimize long-run cost savings by making judgment calls that consider the ultimate objective of improving lives through an elevated, preventive model of care.

CFTC is a for-profit provider organization within the CFCHS network. CFTC is an addiction and recovery treatment program specializing in MAT treatment for opioid and narcotic addictions. CFTC has been serving the needs of individuals suffering from addiction to heroin and pain medicine since 1983 through a team of clinical staff dedicated to helping patients build upon their strengths, resulting in healthy mental, physical, emotional, and spiritual recovery.

STEPS is a not-for-profit Commission on Accreditation of Rehabilitation Facilities accredited substance abuse treatment organizations whose mission is to provide a continuum of treatment for substance abusing individuals and individuals with co-occurring disorders, prioritizing those who are indigent, pregnant, postpartum, and/or have small children in Orange, Seminole, Osceola, and Brevard counties.  STEPS is also a provider within the CFCHS network.

**ROLES**

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC.**, lead applicant for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant, CFCHS will serve in the following capacity:
- Provide all parties access to its System of Care (SOC) comprised of the 37 mental/behavioral health and substance use disorder providers;
- Program management for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Evaluation of the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant
- Generation of reports for the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant

**BREVARD COUNTY SHERIFF'S OFFICE** will continue to provide access to identified incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place, as well as through an existing MOU with CFTC.

2

**YESCARE**, INC. will continue to work collaboratively with CFTC to prescreen and identify incarcerated individuals in the Brevard County Jail Complex with a SUD in need of treatment services through the current policies and procedures in place.

**CENTRAL FLORIDA TREATMENT CENTERS** will serve as the lead provider of services for this grant opportunity. CFTC will expand upon existing SUD treatment and reentry services for individuals incarcerated within the Brevard County Jail Complex. CFTC will provide mental/behavioral health counseling as well as MAT services to include Methadone and Suboxone.

**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION SERVICES, INC.** will provide reentry services to individuals pre- and post-incarceration through their OUD navigator. The OUD navigator will work with clients to connect them to community-based organizations such as, but not limited to, treatment partners, employers, educators, and health care providers to facilitate comprehensive services within the continuum of care. STEPS will also provide all three types of MAT including Methadone, Suboxone and Vivitrol.

**INSURANCE**
CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain general and professional claims made liability insurance policies covering its services performed under this Agreement providing minimum coverage of $1,000,000.00 per occurrence and $3,000,000.00 in the annual aggregate, or such higher amounts as required by state or local law, regulation, or medical society practice. Any insurance policies obtained by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) to comply with this Section shall cover any claims, lawsuits, or investigations arising out of any of the acts or omissions of the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.). CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain all of its required insurance policies in force during the entire term of this Agreement, inclusive of any renewal periods. CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall maintain liability insurance coverage after the termination of this Agreement for a period equal to all applicable statutes of limitations, to ensure coverage for any actions brought or claims which may be made arising out of any of the services rendered hereunder by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) or under the direction of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.).

**INDEMNIFICATION**

a. To the extent liability has not been expressly limited elsewhere in this Agreement, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to indemnify, defend, and hold harmless SHERIFF, its members, directors, employees, independent contractors and agents, against any and all claims, damages, injuries, fines, penalties, costs, judgments, lawsuits, or fees of any kind whatsoever based upon or arising out of the acts or omissions of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA

3

CORIZON, INC.) or any of its members, directors, employees, independent contractors or agents under this Agreement or related to treatment of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) patients. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

b. Without waiving the protections of sovereign immunity accorded to the SHERIFF as a constitutional officer in the State of Florida, as set forth in Florida Statutes Chapter 768, the Sheriff shall hold harmless CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.), its members, directors, employees, independent contractors, or agents against any and all claims, loss, liability, damages, injuries, fines, penalties, costs, judgments, lawsuits, or fees, including reasonable attorneys' fees and costs, of any kind whatsoever based upon or arising out of the act or omissions of SHERIFF, or his employees, members, or agents under this Agreement. The provisions of this section shall survive expiration or termination of this Agreement for any reason.

**PUBLIC RECORDS &**
**CONFIDENTIAL INFORMATION**

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to retain all client records, financial records, supporting documents, statistical records, and any other documents (including electronic storage media) pertinent to this agreement for a period of six (6) years after termination of this contract, or if an audit has been initiated and audit finding have not been resolved at the end of six (6) years, the records shall be retained until resolution of the audit findings or any litigation which may be based on the terms of this agreement. All records shall be maintained by CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) and BCSO in accordance with the Florida Public Records Laws, HIPAA, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) security and confidentiality policies and this contract. Persons duly authorized by the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) and Federal auditors, pursuant to 45 CFR, Part 92.42 (c) (1) and (2), shall have full access to and the right to examine any said records and documents during said retention period or as long as records are retained, whichever is later.

All parties agree to follow all applicable laws, rules, and regulations regarding confidentiality of information including, but not limited to, HIPAA, 42 and 45 CFR.
All parties will agree to:
1. Not to disclose individual's names or any part of protected health information (PHI) to any party.
2. To provide aggregate data related to program outcomes and effectiveness.
3. To secure all data in a manner compliant with all privacy rules, including HIPAA, 42 and 45 CFR, and other applicable rules and regulations.

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) understand and agree that SHERIFF is a public entity subject to the Florida Public Records Law. All confidentiality provisions set forth in the contract are subject to disclosure pursuant to the Florida Public Records Law. To the extent CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agree to retain public records on behalf of the SHERIFF; CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) will upon request by SHERIFF provide to SHERIFF

4

those retained public records that are requested. A request to inspect or copy public records relating to this Contract for Services must be made directly to the SHERIFF and CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall not release a public record in response to a request arising from anyone other than the SHERIFF. To the extent CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) is "acting on behalf of the SHERIFF" CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall be subject to the following provisions:

a. As required by §119.0701, Fla. Stat., CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall (1) Keep and maintain public records required by the SHERIFF to perform the Services; (2) Upon request from the SHERIFF, provide the SHERIFF with a copy of the requested records or allow the records to be inspected or copied within a reasonable time at a cost that does not exceed the cost provided by law; (3) Ensure that public records are exempt or confidential and exempt from public records disclosure requirements that are not disclosed except as authorized by law for the duration of the Contract and following completion of the Contract if CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) does not transfer the records to the SHERIFF; (4) Upon completion of the Contract, transfer, at no cost, to the SHERIFF all public records in possession of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) or keep and maintain public records required by the SHERIFF to perform the Service. If the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) transfers all public records to the SHERIFF upon completion of the Contract, the CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall destroy any duplicate public records that are exempt or confidential and exempt from public records disclosure requirements. If CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) keep and maintain public records upon completion of the contract, CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) shall meet all applicable requirements for retaining public records. All records stored electronically must be provided to the SHERIFF, upon request from the SHERIFF's custodian of public records, in a format that is compatible with the information technology systems of the SHERIFF.

b. If CFTC, CFCHS, STEPS, or YESCARE, INC. (FKA CORIZON, INC.) fails to produce the public records as required by §119.0701, Fla. Stat. it may be subject to penalties pursuant to §119.10, Fla. Stat. and civil action pursuant to §119.0701(4) and such failure to produce shall be considered a material breach of this Contract by CFTC, CFCHS, STEPS, or YESCARE, INC. (FKA CORIZON, INC.). In the event of such breach, in addition to all other remedies available, CFTC, CFCHS, STEPS, or YESCARE, INC. (FKA CORIZON, INC.) shall pay to SHERIFF all incidental and consequential damages arising from such breach, including attorneys' fees and costs incurred by the SHERIFF in defending a public records action as well as those assessed against the SHERIFF in such public records action.

c. The term "public record" as used in this section includes all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics or means of transmission, made or received pursuant to law or ordinance and in connection with the transaction of official business by or on behalf of the SHERIFF. Guidance as to whether something is a

5

"public record," whether the public record is confidential or exempt, and the applicability or implementation of the provisions of Florida public records law, may be sought from the SHERIFF's Legal Services Unit or the SHERIFF Records Department; provided that CFTC, CFCHS, STEPS, AND YESCARE~~, INC. (FKA CORIZON, INC.)~~ hereby agree that neither the SHERIFF's Legal Services Unit nor the SHERIFF Records Department is providing legal or other advice to be relied upon by CFTC, CFCHS, STEPS, AND YESCARE~~, INC. (FKA CORIZON, INC.).~~

**IF CFTC, CFCHS, STEPS, OR YESCARE~~, INC. (FKA CORIZON, INC.)~~ HAVE QUESTIONS REGARDING THE APPLICATION OF CHAPTER 119, FLORIDA STATUTES, TO CFTC, CFCHS, STEPS, OR YESCARE~~, INC. (FKA CORIZON, INC.)~~'S DUTY TO PROVIDE PUBLIC RECORDS RELATING TO THIS CONTRACT, CONTACT THE CUSTODIAN OF PUBLIC RECORDS AS FOLLOWS: BCSO RECORDS DEPARTMENT, 700 S. PARK AVENUE, TITUSVILLE, FL 32780 – (321) 264-5214 – RECORDS@BCSO.US**

In the event of an improper disclosure the parties agree to notify the other partners of the disclosure within two business days of discovery of the disclosure. The parties agree to cooperate in the investigation and to taking the appropriate steps to correct and remedy any damage caused by the improper disclosure. Nothing in this MOU shall require a nonbreaching party in an improper disclosure situation to contribute any funds to pay any fines, penalties, or costs, associated with the improper disclosure, required notices, reports, or remedies.

~~Nothing in this MOU creates a right of action against the parties to this MOU, their officers, employees, or agents that is not already recognized in federal or state law. This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.~~

The party that was the source of the improper disclosure, agrees to defend, indemnify, and hold harmless all other parties.

All parties agree to use the CFCHS designated site and to complete all required HIPAA and security awareness training before accessing the site. Should PHI be shared in error, all parties agree not share the data any further, to notify the other parties, and to immediately destroy any data containing PHI.

**ASSIGNMENT & THIRD-PARTY RIGHTS**
This MOU is only for the benefit of CFCHS, BCSO, YesCare, CFTC and STEPS. No other party is a beneficiary of this MOU, or has the right to enforce this MOU, or have a cause of action for its breach.

**INDEPENDENT CONTRACTOR STATUS**

6

CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) are independent contractors and all CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) agents, faculty and employees shall remain agents, faculty and employees of CFTC, CFCHS, STEPS, AND YESCARE, INC. (FKA CORIZON, INC.) while performing under this agreement. This Agreement does not create a partnership, joint venture or agency relationship. Parties do not have authority to enter into contracts on each other's behalf.

**EQUAL OPPORTUNITY EMPLOYMENT/PROCUREMENT**
Neither party, in performing under this agreement, shall discriminate against any worker, vendor, employee or applicant or any member of the public because of race, creed, color, sex, age or national origin, nor otherwise commit an unfair employment and/or procurement practice on such basis.
**GOVERNING LAW**
This agreement shall be governed by and construed in accordance with the laws of the State of Florida.

**LITIGATION AND VENUE**
In the event a party deems it necessary to take legal action to enforce any provision of this agreement, venue shall be in the Circuit Court of the Eighteenth Judicial Circuit in Brevard County, Florida.

**TERMINATION**
Any party may terminate this MOU with a written 30-day notice to the other parties.

This MOU shall begin on the date which all parties have signed and shall terminate upon notice given to the other parties herein.  Any provisions of this MOU in conflict with the Improving Substance Use Disorder Treatment and Recovery Outcomes for Adults in Reentry (O-BJA-2022-171096) grant shall be superseded by the grant requirements.

**IN WITNESS THEREOF,** the parties have agreed to by their officials authorized signature to the stipulations in this **58-page** MOU.

**BREVARD COUNTY SHERIFF'S OFFICE:**

_____
Signature

7

_____

Printed Name and Title

_____

Date

**CENTRAL FLORIDA CARES HEALTH SYSTEM, INC. REPRESENTATIVE:**

_____

Signature

_____

Printed Name and Title

_____

Date

**CENTRAL FLORIDA TREATMENT CENTERS:**

_____

Signature

_____

Printed Name and Title

_____

Date

~~YESCARE~~CHS TX, INC D/B/A YESCARE:

8

_____
Signature

_____
Printed Name and Title

_____
Date


**SPECIALIZED TREATMENT, EDUCATION AND PREVENTION, INC.:**

_____
Signature

_____
Printed Name and Title

_____
Date

## Young, Mary

| | |
|---|---|
| **From:** | Davies, Karen <Karen.Davies@Yescarecorp.com> |
| **Sent:** | Thursday, June 2, 2022 10:26 AM |
| **To:** | Singleton, Dan |
| **Cc:** | Mangarella, Paula |
| **Subject:** | <EXTERNAL EMAIL>YesCare Invoices |

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Chief Singleton,
As a follow-up to our announcement on our name change:

- YesCare acquired all the active business of Corizon.  As part of this acquisition, your contract with Corizon is now vested with CHS TX, LLC ("CHS"), and a wholly owned subsidiary of YesCare.

- There are no operational changes related to this transaction. Staff, P&P, contract structures, etc. will all remain the same.

- Under our new ownership, we are, for the first time, under the ownership of a healthcare corporation- a structure unique in the industry. This affords our re-branded organization with

- ownership that understands the delivery of healthcare;

- backing of a large healthcare conglomerate with multitudes of resources for us to leverage; and

- strong financial and leadership stability.

- To ensure that payments under the contract continue without interruption, we will be providing you with CHS' FEIN (tax id number) and a W-9 form as part of our next invoice. There will be no change in bank account information at this time, however, that may be updated in the future.

- Because CHS was split from Corizon through a merger transaction, your contract has not been assigned or transferred and no other action with respect to the contract is necessary.

- Any future contracts amendments we will want to reflect that CHS is the successor contracting entity because of the merger transaction.

- The full force of our corporate office remains at your service for any additional information or clarification that you may need.

- Please forward to any one from your team that would need this information and if there are any questions, feel free to reach out to me.  Many thanks.

Karen

**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations
Phone: 954-649-3043
Karen.davies@yescarecorp.com



1



www.yescarecorp.com

Facebook | Twitter | YouTube | LinkedIn
**S**afety, **M**otivation, **A**ccountability, **R**espect, **T**eamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

## Young, Mary

| | |
|---|---|
| **From:** | Davies, Karen <Karen.Davies@corizonhealth.com> |
| **Sent:** | Friday, May 13, 2022 1:19 PM |
| **To:** | Singleton, Dan |
| **Cc:** | Silva, Mary; De Julius, Brandon; Mangarella, Paula |
| **Subject:** | <EXTERNAL EMAIL>YesCare Announcement |
| **Attachments:** | YesCare Client QA_Final.docx |

**WARNING:** This email originated outside of the Brevard County Sheriff's Office. **DO NOT CLICK** links or attachments unless you recognize the sender and know the content is safe. If you believe this is SPAM please forward to SPAM@bcso.us.

Chief Singleton,

As we discussed, below is the announcement from our CEO, Sara Tirschwell as well as a list of questions and answers. As always, if you have any other questions don't hesitate to reach out to me.  Many thanks.



**YesCare Announcement – Client Email:**

*Subject Line: Excited to Announce that Corizon Health is now YesCare*

Good Afternoon,

I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

Thank you,

1

Case 2:19-cv-13322-GAD-PTM ECF No. 95-7, PageID.3327 Filed 11/29/22 Page 120 of 131

Sara Tirschwell

Chief Executive Officer, YesCare


**Karen Davies, RN, BSN, CCHP**
Senior Vice President, Community Operations





Phone: 954.649.3043
e-Fax: 615.760.8800
103 Powell Court|Brentwood, TN  37027
www.corizonhealth.com


Facebook | Twitter | YouTube | LinkedIn
**S**afety, **M**otivation, **A**ccountability, **R**espect, **T**eamwork

Administrative Assistant:  Melissa Wardell
Phone: 941-708-6799

2

## *YesCare Client Q&A*

- **Why is Corizon becoming YesCare?**
  - ○ Because there is a different, better vision for our company going forward. YesCare's mission is to bring the best quality and most compassionate care to our more than 50,000 correctional patients across the country. YesCare will be investing in and prioritizing areas that are of particular concern to our clients, including staffing, behavioral health, women's health and reentry. We will be committed to outcome-driven reform for the patients and communities we serve.

- **Who is the newly appointed CEO?**
  - ○ Sara Tirschwell comes to YesCare after a successful, decades-long career in finance, where she distinguished herself as a forward-thinking investor. She subsequently moved into executive leadership where she quickly established herself as a positive change agent. Sara brings highly relevant experience to YesCare from behavioral health, government relations and decades of investing in healthcare services.

- **Will this change who we work with day-to-day?**
  - ○ As you know, we have already made organizational changes. We have a new name; we have higher expectations and we intend to only increase the support and responsiveness of your company contacts. Our executive team is extremely hands-on and available to each of our clients, as well.
  - ○ We would like to strengthen our partnership with you by better tailoring our service model to your needs. We are on strong financial footing and have extraordinary resources in partners and related companies that we can leverage to benefit you. For those of you who have not met our CEO, she will be meeting with each of our clients to discuss the wide variety of expertise that we now bring to the table.

- **Will any of our current contracts be changing?**
  - ○ No. Our federal ID number will remain the same, so there are no changes to be made to the existing agreement.

- **Are any of the services you provide at our facility changing?**
  - ○ No, the current services we provide at your facility will continue, but with augmented resources to support our field staff. We understand the challenges of staffing, increased behavioral health issues like addiction and suicide, as well as the interest in breaking the cycle of recidivism by being more thoughtful about how we support transitioning formerly incarcerated individuals back into the community. We are prepared to support you in facing these challenges. Again, our CEO will be meeting with each of you to discuss how we can be better partners to you. We are honored to serve you and all the patients at your facility and are grateful for your trust.
  - ○ Under new leadership, our approach will be to deliver curated, quality healthcare centered around giving individuals the tools to succeed in and out of the correctional space.

# Exhibit 4

## DeCaussin, Tracy

| | |
|---|---|
| From: | Frias, Elmeada <Elmeada.Frias@corizonhealth.com> |
| Sent: | Friday, May 13, 2022 2:12 PM |
| To: | DeCaussin, Tracy |
| Cc: | De Julius, Brandon; Silva, Mary |
| Subject: | Excited to Announce that Corizon Health is now YesCare |

EMAIL ORIGIN EXTERNAL: Use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Tracy,

As per our conversation, I wanted to make you aware of some exciting news at Corizon Health. Monday morning, we will be announcing that the dedicated employees of Corizon Health have teamed up with a healthcare conglomerate to create YesCare, launching our new vision for correctional healthcare nationwide and announcing C-suite leadership to drive the company's next chapter as a leading correctional healthcare company. In the immediate term, this will not impact our service to you in any way but, longer term, we believe it will elevate care and improve the lives of the people we serve. You have probably already seen how our competitive advantage in staffing benefits you.

YesCare's mission is to bring a more compassionate model of care, in partnership with clients like you, to our correctional patients across the country. This means investing in high priority areas that include women's health, behavioral health, and programming for suicide prevention and addiction treatment, inclusive of expanded reentry and community partnerships. To do this, we are facilitating a culture where we empower employees with the resources they need, one that encourages collaboration and learning, with a focus on integrated, inter-disciplinary care and one that moves the care model forward toward recovery and rehabilitation.

I am proud to share this vision with you as we take important steps toward being the standard for exceptional care in corrections. I look forward to our continued partnership in the critical work we do together. It has been an honor to serve you and all the patients at your facility. Please join us in our excitement for this next stage of innovative and compassionate care, under the YesCare name. I invite you to visit our new website at www.yescarecorp.com .

Thank you,

Elmeada

Elmeada Frias, MAS, CCHP
Vice President of Operations
Community Corrections-Eastern Region



Cell: 1-856-266-3264
FAX: 1-629-333-7358
E-Mail: Elmeada.Frias@corizonhealth.com
www.corizonhealth.com
Facebook | Twitter | YouTube | LinkedIn
Safety, Motivation, Accountability, Respect, Teamwork

1

# Exhibit 5



After consultation with the IDOC, we will contact and interview current healthcare staff who may qualify for the other positions.  In the event there are incumbent staff members who choose not to join the Corizon Health team, we will begin recruiting immediately to fill those positions. The final selection of incumbent and new staff will be subject to the IDOC's approval.  To ensure the integrity of the procurement process, Corizon Health has not reached out to any of the current Wexford staff.

Noted previously, **Corizon Health is proposing the addition of a full-time Regional Clinical Recruiter, based in our regional office.**  The Regional Clinical Recruiter will be responsible for filling vacant clinical positions and building a pipeline of qualified candidates for open positions when they occur.  The regional clinical recruiter will be complimented by a provider recruiter and behavioral health recruiter, both based out of our corporate office.  The regional clinical recruiter will be fully supported by our corporate talent acquisition team. A sample job description for this position is provided in **Appendix B.**

In addition to the regional team described above, our contract with the IDOC will be **fully supported by the following Corizon Health corporate leadership** to ensure the delivery of all contractual services within a framework of accountability and client responsiveness that characterizes Corizon Health's working partnerships with our clients:

### JAMES HYMAN – CHIEF EXECUTIVE OFFICER



As Corizon Health's Chief Executive Officer, Mr. Hyman is responsible for setting the strategic direction of the company and leading the company to reach its full potential as the nation's correctional healthcare provider of choice.

Mr. Hyman brings more than 25 years' experience in business leadership across multiple industries to this role. His executive leadership experience includes serving from 2005-2010 as CEO of Cornell Companies, a provider of corrections, education, rehabilitation and treatment services to federal, state and local governments; and as CEO from 2015-2017 of Community Education Centers, the leading provider of offender reentry and in-prison treatment services in America, operating in 17 states and the Commonwealth of Bermuda.

Prior to joining Corizon Health, Mr. Hyman served as CEO of Citizens Parking, one of the largest parking operators in North America. Earlier in his career, he held executive positions with Starwood Hotels & Resorts Worldwide, GE Capital Services, McKinsey & Company, and JP Morgan. Mr. Hyman also chairs the Mega-Cities Project, an international not-for-profit focused on urban development issues.

### AYODEJI "GREG" LADELE, D.O., M.B.A. –- CHIEF MEDICAL OFFICER

As Chief Medical Officer, Dr. Ladele supervises and directs the delivery of healthcare services for incarcerated patients in Corizon Health correctional facilities throughout the country.  His passion for the underserved and experience in strategic leadership align with the mission of Corizon Health's clinical programs:  To provide healthcare in a safe and efficient environment, using evidence-based healthcare and clinical practices for superior care delivery to all patients Corizon Health serves.





Dr. Ladele has utilized his operational and clinical expertise in managing various facilities, including a hospital system in which he served a dual role as a Chief Health Officer and Medical Executive Director. In this role, he managed a busy surgical Center, a multi-disciplinary, outpatient specialty clinic system, inpatient psychiatric units, and cancer treatment center. (This system also assisted in managing healthcare for approximately 100,000 incarcerated patients.)

Dr. Ladele's commitment to pursuing medicine took root during his undergraduate studies at Morehouse College in Atlanta, Ga., where he graduated with Honors. He went on to complete his M.B.A. from Tennessee State University in Nashville. Dr. Ladele received his medical degree from the University of Medicine and Dentistry of New Jersey (UMDNJ-SOM), then completed his medical training with a residency in Family Medicine (and concentration in urban medicine) from The Ohio State University. He has also spent time abroad with international mission work in Zimbabwe and other nations, where he helped improve clinical outcomes for patients with chronic illnesses, such as hypertension, diabetes, and congestive heart failure.

### MARY C. SILVA, MBA, BSN, RN, FNE, NE-BC, CCHP – CHIEF NURSING OFFICER



In her role as Chief Nursing Officer, Ms. Silva is responsible for providing vision and strategic direction for nursing throughout the company. She ensures that nursing care is delivered in a consistent, scientific framework throughout the company and is responsible for identifying company-wide nursing quality indicators to assure standardization and accountability. Working in collaboration with medical leadership, Ms. Silva establishes and promotes best practice of evidence-based healthcare.

Prior to her role as Chief Nursing Officer, Ms. Silva served as Vice President of Operations and corporate liaison with various government officials and was responsible for oversight and operation of the Philadelphia Department of Prisons seven correctional facilities covering approximately 5,000 lives. Ms. Silva worked collaboratively with Corizon Health's Senior Vice President Operations – Community Corrections to facilitate organizational performance, strategic planning, continued business development opportunities and service enhancement, as well as client and legislative satisfaction.

### JOSEPH M. PASTOR, M.D., CCHP – CHIEF PSYCHIATRIC OFFICER

Dr. Pastor has over 25 years of medical practice experience and has extensive knowledge of the correctional, community, private and academic mental health sectors. He is an expert in the integration of physical and behavioral medicine and is trained in adult and child/adolescent psychiatry.





He has worked in correctional health care since 1998 and has served at Corizon Health in multiple roles since 2009 and was named Chief Psychiatric Officer in July 2016.

Dr. Pastor consults internationally on correctional health and suicide prevention. In April 2017 he presented on *Suicide Prevention* at La Spezia Penitentiary, La Spezia, Italy and *Extremist Ideology and Psychiatric Morbidity* at Ospedale di Santa Maria Nuova in Florence, Italy.

## MICHAEL E. MURPHY – SENIOR VICE PRESIDENT – STATE CORRECTIONS



As Senior Vice President – State Corrections, Mr. Murphy is responsible for the management and overall direction of health care services and operational accountability for Corizon Health's statewide contracts. He oversees development and execution of each contract's operations plan, client-partner relationships, and recruitment and retention of operational leadership.

Mr. Murphy joined Corizon Health after more than 35 years in the corrections industry. His career responsibilities ranged from regional management of federal correctional facilities and medical operations to design-build-finance, business development, and oversight of federal/state government and customer relations.

## J. SCOTT KING, J.D. – EXECUTIVE VICE PRESIDENT AND CHIEF LEGAL OFFICER



As Chief Legal Officer, Executive Vice President and Secretary for Corizon Health, Mr. King oversees Corizon Health's Legal Department, including contracting functions, litigation management and general operational issues.

He has more than 20 years of legal experience focusing on health care and transactional law. His specialized areas of practice include HIPAA, anti-kickback fraud and abuse, Medicare and Medicaid reimbursement and other statutory compliance matters.

Prior to joining Corizon Health in 2005, Mr. King was Assistant General Counsel for the Dialysis Clinic, Inc. in Nashville. He also served as a staff attorney for the Tennessee Department of Health and Tennessee Department of Mental Health and Developmental Disabilities.

## MICHAEL J. MOVER – CHIEF INFORMATION OFFICER

As Chief Information Officer (CIO), Mr. Mover is responsible for the organization's overall information technology strategy, initiatives, and associated operations. He provides strategic vision and leadership for the design, implementation, project management, and cost implications of enterprise and clinical information technology systems, programs, and processes. In his role as CIO, Mr. Mover is also responsible for delivering IT solutions that drive clinical and financial performance, quality of



care, safety, customer service, provider relationships, and employee engagement, utilizing best practices and continuous improvement methodologies.



Mr. Mover has over 25 years' experience driving transformational and technological change, primarily in the healthcare industry. He brings a proven track record of orchestrating re-engineered processes, resulting in the elimination of millions of dollars of operational expenses, consistently optimizing departments to decrease expenses while increasing productivity, and designing and delivering cost-effective, high performance technology solutions.

Prior to joining Corizon Health, Mr. Mover served as Chief Information Officer and Senior Vice President of Information Systems for Saint Thomas Health/Ascension Information Services where he was tasked with driving strategy and operations for all information technology initiatives for Saint Thomas Health in Nashville (9 hospitals and over 500 employed physicians across more than 100 locations).

### F. JEFFREY SHOLEY, CPA – CHIEF FINANCIAL OFFICER



As Chief Financial Officer, Mr. Sholey is responsible for the company's financial operations including Financial and Operational Accounting, Corporate Finance, Treasury, Tax, and Risk Management Programs.  He collaborates with Operations, Business Development, and other department leaders to provide financial support.

Mr. Sholey is a Certified Public Accountant with 20 years of experience in correctional healthcare.  Prior to joining Corizon Health, he served for 13 years at a national public accounting firm where he provided audit and business advisory services for multi-location, highly decentralized entities, both public and private.

### STEVEN C. TOMLIN, MHS, CADC, CCS – SENIOR VICE PRESIDENT OF BUSINESS DEVELOPMENT



Mr. Tomlin is a success-oriented executive with 20 plus years of experience targeted to increase the company's revenue base and enhance market share.  He is a resourceful problem solver and connector with innate ability to establish strategic operations realignment, implement multisite / multistate systems, and improve quality and organizational growth in not-for-profit, for-profit, and private equity arenas. Mr. Tomlin is an excellent communicator building bridges and gathering information quickly to deliver action steps in conjunction with trusted advisors. He is known for his success in driving organic growth and integrating acquisitions into established operations.

As Senior Vice President of Business Development, Mr. Tomlin develops and executes state and local governmental strategies and tactics that drive sales and revenue growth for Corizon Health. He

- [Home](#)
- [About](#)
  - [Who We Are: History & Today](#)
  - [Executive Team](#)
  - [Clinical Team](#)
  - [Operations: State](#)
  - [Operations: Community](#)
  - [Serving Jails](#)
  - [Serving Prisons](#)
  - [Staffing Model](#)
  - [Partner Locations](#)
  - [Accreditations & Industry Partners](#)
  - [A Culture Of Patient Safety](#)
  - [Community Involvement](#)
    - [Health and Wellness](#)
    - [Children and Youth Causes](#)
    - [Domestic Violence Awareness](#)
    - [Global Impact](#)
    - [Public Service](#)
    - [REEntry and Community Support](#)
    - [Special Olympics](#)
    - [Military and Veteran Organizations](#)
  - [Join The Corizon Health Team](#)
- [Contact](#)
  - [Corizon Health Contact](#)
  - [HR Contact](#)
  - [Media Contact](#)
  - [Marketing Contact](#)
  - [Business Development Contact](#)
  - [Provider Network Contact](#)
- [News](#)
- [Choosing Corizon](#)
  - [Reasons to Choose](#)
  - [Benefits of Our Services](#)
  - [Staffing Model](#)
  - [Locations](#)
  - [Clinical Programs](#)
  - [Reentry Programs](#)
  - [Technology](#)
  - [Training and Education](#)
  - [Client Testimonials](#)
  - [Need Our Help?](#)
- [Claims](#)
  - [Corizon Health Claims](#)
  - [Legacy CMS Providers](#)
  - [Legacy PHS Community Providers](#)
  - [Provider Portal](#)
- [Diversity](#)

- - Vendor Diversity Program Description
  - Vendor Identification & Selection
  - Program Specifics
  - FAQ
  - Program Application
- Careers



search…    GO

- 
- 
- 
- 

☰ Menu

- Home
- About
- Contact
- News
- Choosing Corizon
- Claims
- Diversity
- Careers

Related Sites ∨

- Reasons to Choose
- Benefits of Our Services
- Staffing Model
- Locations
- Clinical Programs
- Reentry Programs
- Technology
- Training and Education
- Client Testimonials
- Need Our Help?

# Choosing Corizon Health

**Client Testimonials**

Take a look at what our clients are saying about Corizon:

Previous

Case 2:19-cv-13332-GAD-PTM ECF No. 57-7, PageID.894 Filed 11/09/20 Page 3 of 131

Next

Corizon is a valued partner with the State of Alabama and have proven their capability to improve the quality of healthcare provided to our inmate population, while at the same time reducing costs. Perhaps the most valuable characteristic of Corizon is their desire for openness and transparency in our relationship. We are pleased with the performance of Corizon in assisting the goals of the ADOC.

## Ruth A. Naglich

Associate Commissioner, Health Services Alabama Department of Corrections

During my 30+ year career in the correctional industry, the working relationships with representatives from all levels within Corizon are surpassed by none.

## Major F. Patrick Tighe

Director, Department of Detention St. Lucie, FL County Sheriff's Office

After contracting with Corizon, we saw an immediate and significant decrease in our healthcare costs.

## Larry W. Caskey

Director, Department of Corrections Okaloosa County, FL

The partnership is key with Corizon to make this operation happen. We have to have their support, and they believe in our mission and vision within the facility. They are a component, and they assist what we do at a daily basis at this facility.

## Michael Pacheco

Warden, Wyoming Department of Corrections



- [Home](#)
- [About](#)
- [Contact](#)
- [News](#)
- [Choosing Corizon](#)
- [Claims](#)
- [Diversity](#)
- [Careers](#)
- [Terms of Use](#)
- [Site Map](#)
- © Corizon 2021