UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                          Plaintiff(s),

v.                                             Case No. 2:19−cv−13382−GAD−PTM
                                                      Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                          Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  The following motion(s) are scheduled for hearing:

Motion for Withdrawal of Attorney – #98

- MOTION HEARING:  June 12, 2023 at 10:00 AM

**ADDITIONAL INFORMATION:**   The Client Keith Papendick, M.D, Corizon Health needs to attend the hearing

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/T McGovern
                                                          Case Manager

Dated:   June 1, 2023