UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

    Plaintiff,

v.                                                Case No.: 19-cv-13382

                                                  Hon: Gershwin A. Drain

CORIZON HEALTH, *et. al.*,

    Defendants.

___

**STIPULATION AND ORDER TO VACATE AMENDED SCHEDULING ORDER**

    The parties hereby stipulate to vacate the Court's Amended Scheduling Order (ECF 111) and adjourn the settlement conference and trial date currently set for April 9, 2025 and May 20, 2025 to dates to be determined after the first of the following events occurs: 1) the effective date of the Plan in the Tehum Care Services, Inc. bankruptcy proceeding (Case No. 23-90086 in the United States Bankruptcy Court for the Southern District of Texas); 2) dismissal of the Tehum Care Services, Inc. bankruptcy proceeding; or 3) one or more of the parties in this case moves for entry of a new scheduling order.

    The Plan confirmation hearing in the Tehum Care Services, Inc. bankruptcy proceeding is currently set for March 3, 2025, and if the Plan is confirmed, the effective date of the Plan will likely occur in March of 2025.

Approved as to form and content:

/s/Max J. Newman (with permission)
Max J. Newman (P51483)
Attorney for Defendant CHS TX, Inc.
201 W. Big Beaver Rd., Ste. 1200
Troy, MI 48084
(248) 258-2907
newman@butzel.com

/s/ Thomas G. Hackney (with permission
Thomas G. Hackney (P81283)
Connor A. McLaughlin (P83229)
Attorneys for Defendant Dr. Keith Papendick, M.D.
10850 E. Traverse Hwy. Ste. 4440
Traverse City, MI 49684
(231) 642-5026
thackney@hodlawyers.com
cmclaughlin@hodlawyers.com

/s/Laurence H. Margolis
Laurence H. Margolis (P69635)
Ian T. Cross (P83367)
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
734-994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

Dated: February 12, 2025

**IT IS SO ORDERED.**

Dated: February 18, 2025                    /s/Gershwin A. Drain
                                            GERSHWIN A. DRAIN
                                            United States District Judge