UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                Plaintiff(s),

v.                                                  Case No. 2:19−cv−13382−GAD−PTM
                                                    Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 761, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  May 5, 2025 at 03:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/Marlena A Williams
                                                         Case Manager

Dated:  April 2, 2025