UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KONCHISE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>    Defendants | Case No.: 19-13382<br><br>U.S. DISTRICT COURT JUDGE<br>GERSHWIN A. DRAIN |

## APPEARANCE OF SUNNY REHSI

TO:   Clerk of the Court
      All Counsel of Record

Please enter the Appearance of Sunny Rehsi of Bowman and Brooke LLP as counsel for Defendant, CHS, TX , Inc. d/b/a YesCare.

**BOWMAN AND BROOKE LLP**

By:   /s/*Sunny Rehsi*
      Sunny Rehsi (P80611)
      Attorneys for Defendant CHS TX, Inc., d/b/a YesCare Corp.
      101 W. Big Beaver Road, Suite 1100
      Troy, MI 48084
      248.205.3300
      sunny.rehsi@bowmanandbrooke.com

31625043

# CERTIFICATE OF SERVICE

I certify that on April 4, 2025, I electronically filed the foregoing paper with the clerk of the United States District Court, Eastern District Southern Division using the ECF system which will send notification of such filing to the following:

**Ian T. Cross**
Cross Law PLLC
**Attorneys for Plaintiff**
402 W. Liberty St.
Ann Arbor, MI  48103
724.994.9590
ian@lawinannarbor.com

**Devlin K. Scarber**
**Jeffrey Bomber**
**John C. Cardello**
**Ronald W. Chapman**
Chapman Law Group
**Attorneys for Corizon Health Inc.**
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
248.644.6326
dscarber@chapmanlawgroup.com

**Laurence H. Margolis**
Margolis Law Firm
**Attorneys for Plaintiff**
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Daniel R. Corbert**
**Kenneth A. Willis**
Corbet, Shaw, Essad & Bonasso, PLLC
**Attorneys for Prime Healthcare Services – Port Huron, LLC**
30500 Van Dyke Avenue, Suite 500
Warren, MI 48093
313.964.6300
Daniel.Corbet@cseb-law.com

**Daniel R. Corbert**
**Kenneth A. Willis**
Corbet, Shaw, Essad & Bonasso, PLLC
**Attorneys for Colleen Marie Spencer**
30500 Van Dyke Avenue, Suite 500
Warren, MI 48093
313.964.6300
Daniel.Corbet@cseb-law.com

**Daniel R. Corbert**
**Kenneth A. Willis**
Corbet, Shaw, Essad & Bonasso, PLLC
**Attorneys for David A. Kraus**
30500 Van Dyke Avenue, Suite 500
Warren, MI 48093
313.964.6300
Daniel.Corbet@cseb-law.com

| | |
|---|---|
| **Devlin K. Scarber**<br>**Jeffrey Bomber**<br>**John C. Cardello**<br>**Ronald W. Chapman**<br>Chapman Law Group<br>**Attorneys for Keith Papendick**<br>1441 W. Long Lake Rd., Suite 310<br>Troy, MI 48098<br>248.644.6326<br>dscarber@chapmanlawgroup.com | **Thomas G. Hackney**<br>Hackney Odlum & Dardas Michigan<br>**Attorneys for Keith Papendick**<br>Bayview Professional Center<br>10850 E. Traverse Hwy., Suite 4440<br>Traverse City, MI 49684<br>231.642.5056<br>thackney@hodlawyers.com |
| **Max J. Newman**<br>Butzel Long<br>Counsel for CHS TX and YesCare Corp.<br>201 W. Big Beaver Rd., Suite 1200<br>Troy, MI  48084<br>248.258.1616<br>newman@butzel.com | |

                                                                **BOWMAN AND BROOKE LLP**

By:  /s/*Sunny Rehsi*
       Sunny Rehsi (P80611)
       Attorneys for Defendant CHS TX, Inc., d/b/a YesCare Corp.
       101 W. Big Beaver Road, Suite 1100
       Troy, MI 48084
       248.205.3300
       sunny.rehsi@bowmanandbrooke.com