UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KONCHISE JACKSON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, INC., et al.,<br><br>　　　　　Defendants | Case No.: 19-13382<br><br>HONORABLE GERSHWIN A. DRAIN |

## **APPEARANCE OF ADAM MASIN**

TO:　Clerk of the Court
　　　All Counsel of Record

Please enter the Appearance of Adam Masin of Bowman and Brooke LLP as counsel for Defendant, CHS, TX , Inc. d/b/a YesCare.

　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　**BOWMAN AND BROOKE LLP**

　　　　　　By:　/s/*Adam Masin*
　　　　　　　　　Adam Masin (Admitted 5/1/2025)
　　　　　　　　　Attorneys for Defendant CHS TX,
　　　　　　　　　Inc., d/b/a YesCare Corp.
　　　　　　　　　750 Lexington Avenue
　　　　　　　　　New York, NY  10022
　　　　　　　　　(646) 914-6790
　　　　　　　　　Adam.Masin@bowmanandbrooke.com

31780782v1

# CERTIFICATE OF SERVICE

I certify that on May 2, 2025, I electronically filed the foregoing paper with the clerk of the United States District Court, Eastern District Southern Division using the ECF system which will send notification of such filing to the following:

**Ian T. Cross**
Cross Law PLLC
**Attorneys for Plaintiff**
402 W. Liberty St.
Ann Arbor, MI 48103
724.994.9590
ian@lawinannarbor.com

**Devlin K. Scarber**
**Jeffrey Bomber**
**John C. Cardello**
**Ronald W. Chapman**
Chapman Law Group
**Attorneys for Corizon Health Inc.**
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
248.644.6326
dscarber@chapmanlawgroup.com

**Laurence H. Margolis**
Margolis Law Firm
**Attorneys for Plaintiff**
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Daniel R. Corbert**
**Kenneth A. Willis**
Corbet, Shaw, Essad & Bonasso, PLLC
**Attorneys for Prime Healthcare Services – Port Huron, LLC**
30500 Van Dyke Avenue, Suite 500
Warren, MI 48093
313.964.6300
Daniel.Corbet@cseb-law.com

**Daniel R. Corbert**
**Kenneth A. Willis**
Corbet, Shaw, Essad & Bonasso, PLLC
**Attorneys for Colleen Marie Spencer**
30500 Van Dyke Avenue, Suite 500
Warren, MI 48093
313.964.6300
Daniel.Corbet@cseb-law.com

**Daniel R. Corbert**
**Kenneth A. Willis**
Corbet, Shaw, Essad & Bonasso, PLLC
**Attorneys for David A. Kraus**
30500 Van Dyke Avenue, Suite 500
Warren, MI 48093
313.964.6300
Daniel.Corbet@cseb-law.com

**Devlin K. Scarber**
**Jeffrey Bomber**
**John C. Cardello**
**Ronald W. Chapman**
Chapman Law Group
**Attorneys for Keith Papendick**
1441 W. Long Lake Rd., Suite 310
Troy, MI 48098
248.644.6326
dscarber@chapmanlawgroup.com

**Max J. Newman**
Butzel Long
Counsel for CHS TX and YesCare Corp.
201 W. Big Beaver Rd., Suite 1200
Troy, MI  48084
248.258.1616
newman@butzel.com

**Thomas G. Hackney**
Hackney Odlum & Dardas Michigan
**Attorneys for Keith Papendick**
Bayview Professional Center
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
231.642.5056
thackney@hodlawyers.com

       Respectfully Submitted,

       **BOWMAN AND BROOKE LLP**

By:    /s/*Adam Masin*
       Adam Masin (Admitted 5/1/2025)
       Attorneys for Defendant CHS TX, Inc., d/b/a YesCare Corp.
       750 Lexington Avenue
       New York, NY  10022
       (646) 914-6790
       Adam.Masin@bowmanandbrooke.com