UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

      Plaintiff,

v.

                                         Case No.: 19-cv-13382

                                         Hon: Gershwin A. Drain

CHS TX, Inc., et. al.

      Defendants.

---

## STIPULATED ORDER REGARDING CASE FACILITATION

WHEREAS, where the Court has ordered the Parties to conduct facilitation in this matter during the month of July 2025,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1.    The Parties shall conduct a remote facilitation in this matter on July 10, 2025 at 10:00 AM before the Honorable James J. Rashid (Ret.) via Zoom. Plaintiff and Defendants will each be responsible for 50% of the facilitator's fee. Parties or representatives of parties with final settlement authority must attend the facilitation.

Dated: <u>May 29, 2025</u>　　　　　　　　/s/Gershwin A. Drain
　　　　　　　　　　　　　　　　　Hon. Gershwin A. Drain
　　　　　　　　　　　　　　　　　United States District Judge


The parties, through their undersigned attorneys of record, hereby consent to

the entry of this Stipulated Order.


<u>/s/ Sunny Rehsi (with permission)</u>　　　<u>/s/ Thomas G. Hackney (with permission)</u>
Adam Masin　　　　　　　　　　　　Thomas G. Hackney (P81283)
Sunny Rehsi (P80611)　　　　　　　*Attorney for Keith Papendick, M.D.,*
101 W. Big Beaver Road, Suite 1100　10850 E. Traverse Hwy., Suite 4440
Troy, MI 48084　　　　　　　　　　Traverse City, MI 49684
248.205.3300　　　　　　　　　　　(231) 642-5057
(646) 914-6790　　　　　　　　　　thackney@hodlawyers.com
Adam.Masin@bowmanandbrooke.com
sunny.rehsi@bowmanandbrooke.com


<u>/s/ Ian T. Cross</u>
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
*Attorneys for Plaintiff*
402 W. Liberty St.
Ann Arbor, MI  48103
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com