UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                         Plaintiff(s),

v.                                                 Case No. 2:19−cv−13382−GAD−PTM
                                                              Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                         Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

      Motion − #124
      Motion to Adjourn − #124

IT IS HEREBY ORDERED that Kohchise Jackson shall file a response to the above document on or before July 9, 2025. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

IT IS FURTHER ORDERED that a reply, if any, shall be filed on or before July 11, 2025.

                                              s/Gershwin A. Drain
                                              Gershwin A. Drain
                                              U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/Marlena A Williams
                                                Case Manager

Dated:   July 2, 2025