**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KOHCHISE JACKSON,

       Plaintiff,                                     Case No. 19-cv-13382

-vs-                                                       Hon. Gershwin A. Drain

CHS TX, INC., *et al.,*

       Defendants.

---

| | |
|---|---|
| LAWRENCE H. MARGOLIS (P69635) | THOMAS G. HACKNEY (P81283) |
| IAN T. CROSS (P83367) | **HACKNEY ODLUM & DARDAS** |
| **MARGOLIS, GALLAGHER & CROSS** | Attorney for Keith Papendick, M.D. |
| Attorneys for Plaintiff | 10850 E. Traverse Hwy., Ste. 4440 |
| 214 S. Main St., Ste. 200 | Traverse City, MI 49684 |
| Ann Arbor, MI 48104 | (231) 642-5057 |
| (734) 994-9590 | thackney@hodlawyers.com |
| larry@lawinannarbor.com | |
| ian@lawinannarbor.com | ADAM MASIN |
| | SUNNY REHSI (P80611) |
| JONATHAN R. MARKO (P72450) | **BOWMAN AND BROOKE LLP** |
| MICHAEL L. JONES (P85223) | Attorney for CHS TX, Inc. |
| **MARKO LAW, PLLC** | 101 W. Big Beaver Rd., Ste. 1100 |
| Co-counsel for Plaintiff | Troy, MI 48084 |
| 220 W. Congress, 4th Floor | (248) 205-3300 |
| Detroit, Michigan 48226 | Adam.masin@bowmanandbrooke.com |
| P: (313) 777-7529 / F: (313) 470-2011 | Sunny.rehsi@bowmanandbrooke.com |
| jon@markolaw.com | |
| michael@markolaw.com | |

---

# **PLAINTIFF'S MOTION FOR WRIT TO ORDER APPEARANCE OF INMATE BRANDON CHAPMAN**

1

NOW COMES Plaintiff, **KOHCHISE JACKSON**, by and through his attorneys, **MARKO LAW, PLLC**, and for his Motion for Writ to Order Appearance of Inmate Brandon Chapman, states as follows:

1. Brandon Chapman, a key witness in the upcoming trial in this matter, is currently in custody of the Federal Bureau of Prisons at FCI Hazelton (1640 Sky View Dr, Bruceton Mills, WV 26525).

2. Plaintiff seeks a writ of this Honorable Court ordering the Federal Bureau of Prisons to produce Inmate Brandon Chapman (Inmate No. 55370-039) to give testimony at trial.

3. Mr. Chapman was incarcerated with Plaintiff as his bunkmate during the times relevant to this case, and can provide crucial testimony about what he saw Plaintiff experience as a result of Defendants' refusal to allow surgery.

4. Mr. Chapman can specifically testify as to his direct observations of both the experience he saw Plaintiff go through, as well as the effects such had on Plaintiff's time while they were in custody together and while they shared a cell.

5. Such testimony therefore is critical for the jury to understand the extent of Plaintiff's damages resulting from Defendants' conduct.

6. Mr. Chapman may appear via Zoom in lieu of live testimony if necessary.

7. In accordance with Local Rule 7.1, counsel for Plaintiff contacted counsel for the Defendants and sought concurrence in this motion. Concurrence was refused.

WHEREFORE, for the reasons more fully set forth in the attached brief, Plaintiff respectfully requests this Honorable Court grant Plaintiff's Motion for Writ to Order Appearance of Inmate Brandon Chapman, and that Mr. Chapman be produced to give testimony either in-person or virtually via Zoom.

Respectfully submitted,

/s/ Jonathan R. Marko
Jonathan R. Marko (P72450)
Attorney for Plaintiff
**MARKO LAW, PLLC**
220 W. Congress, 4th Floor
Detroit, MI 48226
P: (313) 777-7529 / F: (313) 771-5785
Email: jon@markolaw.com

Date: July 8, 2025

## **TABLE OF CONTENTS**

Concise Statement of Issues Presented...……………………….……………ii

Controlling or Most Appropriate Authority……………………….……………iii

Law and Argument........................................................................................1

Relief Requested .........................................................................................1

i

## **CONCISE STATEMENT OF ISSUES PRESENTED**

I. Whether this Honorable Court should issue a writ to require the Federal Bureau of Prisons produce inmate Brandon Chapman (Inmate No. 55370-039) to give testimony at trial.

**Plaintiff states: Yes.**

**This Court should state: Yes.**

ii

# **CONTROLLING OR MOST APPROPRIATE AUTHORITY**

## **Statutes**

28 U.S.C. § 2241(c)(5)

## **Cases**

*King v. Curtis*, No. 1:14-cv-403, 2017 U.S. Dist. LEXIS 224794 (W.D. Mich. July 3, 2017

*Alexander v. Hoffman*, No. 4:16-cv-12069, 2019 U.S. Dist. LEXIS 148212, (E.D. Mich. Aug. 30, 2019)

## LAW AND ARGUMENT

Inmate Brandon Chapman is a necessary witness in this matter, whose testimony will greatly assist jurors in understanding and making determinations about the issues in this case, as outlined in the foregoing Motion. This Honorable Court has "has discretion to issue a writ to require the prison authorities to produce" an incarcerated witness. *King v. Curtis*, No. 1:14-cv-403, 2017 U.S. Dist. LEXIS 224794, at *3 (W.D. Mich. July 3, 2017). "This court may grant a writ of habeas corpus if it is necessary to bring a prisoner into court to testify or for trial.'" *Alexander v. Hoffman*, No. 4:16-cv-12069, 2019 U.S. Dist. LEXIS 148212, at *1 (E.D. Mich. Aug. 30, 2019) (internal punctuation and quotation omitted) (quoting 28 U.S.C. § 2241(c)(5)).

## RELIEF REQUESTED

WHEREFORE, for the reasons more fully set forth in the attached brief, Plaintiff respectfully requests this Honorable Court grant Plaintiff's Motion for Writ to Order Appearance of Inmate Brandon Chapman, and that Mr. Chapman be produced to give testimony either in-person or virtually via Zoom.

Respectfully submitted,

*/s/ Jonathan R. Marko*
Jonathan R. Marko (P72450)
Attorney for Plaintiff
**MARKO LAW, PLLC**

1

Date: July 8, 2025

220 W. Congress, 4th Floor
Detroit, MI 48226
P: (313) 777-7529 / F: (313) 771-5785
Email: jon@markolaw.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **July 8, 2025** via:

- ☐ U.S. Mail
- ☐ Hand Delivered
- ☐ Certified Mail
- ☒ ECF System
- ☐ Fax
- ☐ Overnight Carrier
- ☐ Other: _____
- ☐ Email

*/s/Mackenzie S. Kell*

2