UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

               Plaintiff,

v.

CHS TX, INC., et al.,

               Defendants

Case No.:  19-13382

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

**INDEX OF EXHIBITS**

| TAB | DESCRIPTION |
|-----|-------------|
| A | Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s First Set of Interrogatories and Request for Production of Documents to Plaintiff |
| B | Plaintiff's Response to Defendants' Corizon Health., Inc and Keith Papendick, M.D.'s First Set of Interrogatories and Requests for Production of Documents to Plaintiff |
| C | Email from Rachel Weil, Esq. to counsel for Plaintiff dated June 24, 2025 |
| D | Email from Ian Cross to Rachel Weil dated June 25, 2025 |

32136879