# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KONCHISE JACKSON,<br><br>   Plaintiff,<br><br>v.<br><br>CHS TX, INC., et al.,<br><br>   Defendants | Case No.: 19-13382<br><br>U.S. DISTRICT COURT JUDGE HONORABLE GERSHWIN A. DRAIN |

### RESPONSE OF DEFENDANTS CHS TX, INC. AND KEITH PAPENDICK, M.D. TO PLAINTIFF'S MOTION TO DESIGNATE PORTIONS OF DR. KANSAKAR'S DEPOSITION FOR TRIAL

Plaintiff correctly states that Defendants CHS TX, Inc. and Keith Papendick, M.D. do not oppose Plaintiff's Motion to Designate Portions of Dr. Kansakar's Deposition for Trial. However, Plaintiff did not meet and confer with Defendants on the specific designations set forth in their motion. As set forth in the July 8, 2025 email from Adam Masin, Esq. to Plaintiff's counsel, attached as Exhibit 1 to Plaintiff's Motion, Defendants responded to Plaintiff's request by specifically reserving their right to object to any of the designated testimony. Defendants will present these objections, and any counter-designations, in the course of the deposition designation process leading up to trial.

As such, as provided in the attached Proposed Order, to the extent that the

Court allows the deposition to be used generally, the Court should not rule on the specific designations until the parties have conferred and Defendants have presented any objections.

Dated:  July 9. 2025                                     Respectfully submitted,

                                                            **BOWMAN AND BROOKE LLP**

/s/*Sunny Rehsi*
Sunny Rehsi (P80611)
Attorneys for Defendant CHS TX, Inc., d/b/a YesCare Corp. and Keith Papendick, M.D.
101 W. Big Beaver Road., Suite 1100
Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

Adam Masin (Admitted 5/1/2025)
Attorneys for Defendants CHS TX, Inc., d/b/a YesCare Corp. and Keith Papendick, M.D.
750 Lexington Avenue
New York, NY 10022
646.914.6790
adam.masin@bowmanandbrooke.com

## CERTIFICATE OF SERVICE

I certify that, on July 9, 2025, a copy of the foregoing document in the above-captioned proceeding has been served upon the attorneys listed below via electronic mail:

**Ian T. Cross** (P83367)
Cross Law PLLC
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI 48103
724.994.9590
ian@lawinannarbor.com

**Laurence H. Margolis** (P69635)
Margolis Law Firm
Attorneys for Plaintiff
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Thomas G. Hackney** (P81283)
Hackney Odlum & Dardas Michigan
Attorneys for Keith Papendick
Bayview Professional Center
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
231.642.5056
thackney@hodlawyers.com

**Jonathan R. Marko** (P72450)
**Michael L. Jones** (P85223)
Marko Law, PLLC
220 W. Congress, 4th Floor
Detroit, MI 48226
313.777.7529
jon@markolaw.com
michael@markolaw.com

**BOWMAN AND BROOKE LLP**

By: /s/*Sunny Rehsi*
Sunny Rehsi (P80611)
Attorneys for Defendant CHS TX,
Inc., d/b/a YesCare Corp.
101 W. Big Beaver Road., Suite 1100
Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

and

>Adam Masin (Admitted 5/1/2025)
>Attorneys for Defendant CHS TX, Inc.,
>d/b/a YesCare Corp.
>750 Lexington Avenue
>New York, NY 10022
>646.914.6790
>adam.masin@bowmanandbrooke.com

32139897v2                                             4