# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KOHCHISE JACKSON,

               Plaintiff,

v.

CHS TX, INC., et al.,

               Defendants

Case No.:  2:19-cv-13382-GAD-PTM

U.S. DISTRICT COURT JUDGE
HON. GERSHWIN A. DRAIN

## DEFENDANTS' REQUESTED *VOIR DIRE* QUESTIONS

Defendants CHS TX, Inc. ("CHS") and Keith Papendick, M.D. ("Dr. Papendick" and collectively "Defendants"), by and through counsel, requests that the Court ask, or permit counsel to ask, the following questions during *voir dire*.

## PROPOSED *VOIR DIRE* QUESTIONS

### Juror Background (if not already asked)

1. Name and address.

2. Age.

3. Current employer and job title or description.

4. Immediate past employer, title or job description,

5. List all high schools, colleges, and graduate schools that you attended, whether you graduated, and if so what degree you earned.

6. Have you ever been convicted of (including pleading guilty to) a felony?

32164764

a.      If yes, please list all felony convictions, dates, and sentence(s).

7.     Have you personally, or a business you owed, ever declared bankruptcy?

a.      If yes, please provide state when and where the filing occurred, and the name of any business.

8.     Are you suffering from any medical conditions, or taking any medications, that you fairly believe would prevent you from serving on this jury?

9.     Do you have a language, hearing or eyesight problem that makes it difficult for you to serve as a juror?

10.    Are there any circumstances in your life that you fairly believe would prevent you from serving on this jury?

11.    What are your hobbies?

12.    Where do you prefer to get your news?

13.    Which news station do you usually prefer? (FoxNews, CNN, MSNBC, HLN, ABC, CBS)?

14.    Do you use social media?

a.      If so, which do you use; Facebook, LinkedIn, Twitter, Instagram, Google Plus, etc.?

15.    Do you regularly listen to talk radio or podcasts?

a.      If so, which programs or podcasts?

16.    Did you ever get vaccinated for COVID-19?

17.    Do you currently have a problem with drug or alcohol use and/or are you being treated for drug or alcohol use?

18.    Have you ever owned your own business?

a.      If yes, please describe?

32164764                                    2

    b.     As part of your business, did you ever enter into contracts with customers or other businesses?

        i.     If yes, did anyone ever accuse you of not following the terms of the contract that you signed?

           1.     If yes, describe what happened?

19. Have you even been in a management position?

    a.     If yes, please describe the position.

20. Please describe your level of medical knowledge.

21. Have you ever had a surgery of any kind?

    a.     If yes: please provide details such as the type of surgery, when it occurred, where occurred, and the outcome.

    b.     Before you had the surgery, did you get a second opinion?

        i.     Why or why not?

    c.     Before you have the surgery, did you understand that the surgery had risks?

        i.     Did you sign an informed consent form?

        ii.     Did a medical professional warn you about the risks of the surgery?

        iii.     Do you recall what the risks of your surgery were?

           1.     What were they?

22. Have you or any close family member had health care paid for by Medicaid?

    a.     Do you have had any particularly good or negative experiences with Medicaid?

23.   What is your opinion, if any, about the advertisements that you see on tv and on billboards for personal injury lawyers?

24.   Do you think there are too many lawsuits, not enough, just right, or not sure?

25.   If a doctor prescribes a medicine or treatment to do, do you typically follow the doctor's advice?

    a.   Do you do your own research first?

    b.   Is it normally your practice to get a second opinion?

26.   Do you think that doctors can have reasonable disagreements about the best way to treat a patient?

27.   Have you or a close family member or friend ever had a particularly negative experience with a doctor or other health care provider?

28.   Have you or a close family member or friend ever had a particularly negative experience with an insurance company?

    a.   If so, what happened and how did it resolve

29.   Have you ever been the victim of a crime?

    a.   Type of Crime?
    b.   When?
    c.   Was there an arrest?  Conviction?
    d.   Would that affect your ability to serve as a fair and impartial juror?

30.   Have you, a family member, or a close friend ever been incarcerated?

    a.   What is their relation to you?
    b.   How long were they incarcerated?
    c.   Where?
    d.   If the potential juror: Were you convicted of or plead guilty to a felony?
    e.   Would that affect your ability to serve as a fair and impartial juror?

32164764

31.    Are you now or have you ever served in the military?

    a.    Branch/rank?

    b.    Current or former?

**Lawyers and Parties**

32.    Have you or a close friend or relative ever worked for the following companies or entities?

    a.    Michigan Department of Corrections

    b.    Corizon Health, Inc.

    c.    Tehum Care Services, Inc.

    d.    CHS TX, Inc.

    e.    YesCare

    f.    Quality Correctional Care of Michigan, P.C.

    g.    CFG Health Systems

    h.    Wellpath

    i.    Centurion Health

    j.    Correct Care Solutions

    k.    Wexford Health Sources

    l.    PharmaCorr

    m.    Any United States District Court in Michigan

    n.    Any state court in Michigan

    o.    Any police or law enforcement agency in Michigan.

    p.    Any correctional facility in Michigan

    q.    The law firm of Bowman and Brooke, LLP

    r.    The law firm of Marko Law

    s.    The law firm of Margolis & Cross

    t.    The law firm of Hackney, Odlum & Dardas

    u.    Chapman Law Group

    v.    Corbet, Shaw, Essad & Bonasso, PLLC

32164764

33. Do you know, or do you believe a close friend or relative knows, any of the following people or, the best of your knowledge, any of their close relatives or friends?

   a. Kohchise Jackson
   b. Keith Papendick, M.D.
   c. Ralph Silverman, M.D.
   d. James McQuiston, M.D.
   e. Michael C. Duffy, M.D.
   f. Syed Jafari, M.D.
   g. Ronald Drinkert
   h. Erina Kansakar, M.D.
   i. James Webb, M.D.
   j. Colleen Marie Spencer
   k. David A. Kraus, D.O.
   l. Subrina Aiken, RN
   m. Laurie L. MacKimmie
   n. Mary M. Koutz-Mikek, RN
   o. Magen M. Oaks
   p. Christine Ausmus
   q. Mahir H. Alsalman, M.D.
   r. Sheryl A. Gonzalez, NP
   s. Jordan M. Block, PA
   t. Christina M. Wilson, NP
   u. William C. Borgerding, D.O.
   v. C. M. McIntyre, M.D.
   w. David Forsythe, M.D.
   x. Kaelynn R. Pfiel
   y. Richard Harbuagh, RN
   z. Richard D. Russell
   aa. James Blessman, M.D.

32164764

6

bb. Jeffrey Stieve, M.D.

cc. Robert Lacy, D.O.

dd. Mason Gill

ee. Karen Mason, RN

ff. Steven Bergman, D.O.

gg. Jeanne Ghiardi, RN

hh. Jeffrey Bomber, D.O.

ii. Patricia A. Schmidt, D.O.

jj. Rickey Coleman, D.O.

kk. Whitney Thompkins

ll. Keith Barber

mm. Thomas A. Coury, M.D.

nn. Any of the attorneys

    1. Jon Marko

    2. Ian Cross

    3. Larry Margolis

    4. Jared Reardon

    5. Adam Masin

    6. Rachel Weil

    7. Sunny Rehsi

    8. Tom Hackney

    9. Devlin Scarber

    10. Kenneth A. Willis

oo. Any other names on Plaintiff's final witness list

pp. Any other names on Defendants' final witness list

## Publicity

34. Do you believe you have heard or read something about this case in the media?
    a. If yes, describe.

35. Have you ever heard or read anything about other lawsuits involving Corizon Health, Inc. or Dr. Keith Papendick?

    a. If yes, describe.

### Experience with Lawyers, Medical Providers and Government Officials

36. Have you or a close friend or relative ever worked in law enforcement or corrections in any capacity?
    a. If so, whom?
    b. What is their relation to you?
    c. Job title?
    d. Employer?
    e. Place(s) of employment?
    f. Dates of employment in the field?
    g. Current/retired?
    h. Would that affect your ability to serve as a fair and impartial juror?

37. Have you or a close friend or relative ever worked as a doctor, physician assistant, nurse, or other medical provider?
    a. If so, whom?
    b. What is their relation to you?
    c. Employer?
    d. Places of employment?
    e. Job title?
    f. Current/retired?
    g. Would that affect your ability to serve as a fair and impartial juror?

38. Have you or a close friend or relative ever worked as a mental health professional, including as a psychiatrist or psychologist?
    a. If so, whom?
    b. What is their relation to you?

    c.     Employer?

    d.     Places of employment?

    e.     Job title?

    f.     Current/retired?

    g.     Would that affect your ability to serve as a fair and impartial juror?

39. Have you or a close friend or relative ever worked for a company that provides health care in jails or prisons?

    a.     If so, whom?

    b.     What is their relation to you?

    c.     Employer?

    d.     Places of employment?

    e.     Job title?

    f.     Current/retired?

    g.     Would that affect your ability to serve as a fair and impartial juror?

40. Have you or a close friend or relative ever worked for the State of Michigan?

    a.     If so, whom?

    b.     What is their relation to you?

    c.     Employer?

    d.     Places of employment?

    e.     Job title?

    f.     Current/retired?

    g.     Would that affect your ability to serve as a fair and impartial juror?

41. Have you or a close friend or relative ever worked for a company that provides insurance?

    a.     If so, whom?

    b.     What is their relation to you?

    c.     Employer?

32164764

9

      d.      Places of employment?

      e.      Job title?

      f.      Current/retired?

      g.      Would that affect your ability to serve as a fair and impartial juror?

42.      Have you, your spouse, domestic partner, child(ren) or immediate family member ever been a practicing attorney?

      a.      If so, whom?

      b.      Employer?

      c.      Places of employment?

      d.      Job title?

      e.      Type of law practice?

      f.      Current/retired?

      g.      Would that affect your ability to serve as a fair and impartial juror?

43.      Have you, your spouse, or domestic partner, child(ren) or immediate family member ever worked for a law firm?

      a.      If so, whom?

      b.      Employer?

      c.      Places of employment?

      d.      Job title or role?

      e.      Type of law?

      f.      Current/retired?

      g.      Would that affect your ability to serve as a fair and impartial juror?

44.      Have you, your spouse, or domestic partner ever run for or held public office?

      a.      If so, whom?

      b.      Where?

      c.      What position?

      d.      Dates?

32164764

e.      Would that affect your ability to serve as a fair and impartial juror?

## Other Lawsuits

45.   Have you or a close relative ever sued someone or been sued other than a divorce or estate proceeding?

a.      Did you bring the lawsuit or were you sued?

b.      Nature of suit?

c.      Personal injury?

d.      Negligence?

e.      Medical malpractice?

f.      Constitutional claim?

g.      Contract dispute?

h.      Was there a jury trial?

i.      What was the outcome or verdict?

j.      Would that affect your ability to serve as a fair and impartial juror?

46.   Have you ever testified at a trial, deposition, grand jury, or been called as a "witness" in any capacity during any proceeding?

a.      Type of proceeding?

b.      Why were called to testify?

c.      Which party did you testify for?

d.      What was the issue in the lawsuit or proceeding?

e.      What was the outcome?

f.      Would that affect your ability to serve as a fair and impartial juror?

47.   Have you ever served on a previous jury or grand jury service in state or federal court before?

a.      Was it a grand jury?

b.      Was it a jury trial?

c.      Were you the foreperson?

d.      Was it a criminal case in which you were asked to return a verdict of guilty or not guilty?

32164764                                    11

e. Was it a civil case in which you were asked to return a verdict for a plaintiff or defendant?

f. Did you reach a verdict in either the criminal or civil case?

g. Was there anything about your jury experience that left you disappointed or dissatisfied with our justice system?

h. Was there anything about your jury experience that prevents you from being fair and impartial in this case?

48. Have you ever testified or been asked to testify as an expert witness on any subject?

a. What subject?  (If more than once, ask about each time).

b. Which party were you asked to testify for (plaintiff/defendant)?

c. Were you paid?  How much?  What was your hourly rate?

d. What was the issue in the lawsuit or proceeding?

e. Did you testify at a deposition or at a trial?

f. What was the outcome?

g. Would that experience affect your ability to serve as a fair and impartial juror in this case?

## **Medical Surgery**

49. Have you or a close friend or relative ever had a colostomy or stoma surgery?

a. Who?

b. When?

c. Why?

d. Where (what hospital or location)?  In Michigan?

e. Length of time living with the colostomy?

f. Were there any complications with the surgery or colostomy?

g. Ever have a surgery to reverse it?

    ii. If yes: if you know, what was the reason for having it reversed?

        1. Where there any complications?

        2. Was there a need after the reversal to have a colostomy again?

32164764

12

a.    Why?  Was that reversed or not?

iii.    If no: if you know, why was it not reversed?

h.    Would that affect your ability to serve as a fair and impartial juror?

50.    Have you or a close friend or relative ever had a serious complication from a surgery or other medical procedure?

a.    Who?

b.    When?

c.    Where (what hospital or location)?  In Michigan?

d.    What was the surgery?

e.    What was the complication?

f.    What was the outcome?

g.    Would that affect your ability to serve as a fair and impartial juror?

## Current Case

51.    Do you understand that the Judge's role during trial is to make legal rulings and to instruct you as the content of the law that you are to apply, and that your oath as jurors is to follow the instructions that the Judge gives you?

a.    Would you have any trouble fairly and impartially applying the law that the Judge instructs you on regardless of any personal feelings you may have about the law?

52.    The Plaintiff, Kohchise Jackson, is the one who decided to file this lawsuit. Do you understand that the plaintiff is not entitled to a verdict in his favor just because he decided to file a lawsuit?

53.    The Plaintiff in this case is a former prisoner.  All parties are entitled to a fair trial and are equal under the law.  Before this trial starts, do you have any biases, sympathy, or prejudice towards Plaintiff that would prevent you from being a fair and impartial juror?

54.    Do you understand that the Plaintiff has the burden of proof, which means in order to find in favor of the Plaintiff on any claim, the Plaintiff must prove that claim to you the jury by preponderance of the evidence?

32164764                                    13

a.      Do you have any trouble holding Plaintiff to that burden of proof?

55.    Plaintiff is accusing Dr. Keith Papendick of violating his Constitutional rights as a prisoner.  Dr. Papendick denies violating Plaintiff's rights.

    a.      Before this trial starts, do you have any biases, sympathy, or prejudice towards Dr. Papendick or health care providers in general that would prevent you from being a fair and impartial juror?

    b.      If Plaintiff does not meet his burden to prove his claim against Dr. Papendick to you by a preponderance of the evidence, would you have any trouble finding in favor of Dr. Papendick?

56.    Plaintiff is accusing Corizon Health, Inc. of violating his Constitutional rights as a prisoner.  Defendant CHS TX, Inc. is representing Corizon's interests in this case.  CHS denies that Corizon violated Plaintiff's rights.

    a.      Corporations are entitled to the same degree of fairness and impartiality any individual.  Do you agree that there is nothing about CHS or Corizon's status as a corporation that would prevent you from treating CHS or Corizon fairly and impartially?

    b.      If Plaintiff does not meet his burden to prove his claim against Corizon you by a preponderance of the evidence, would you have any trouble finding in favor of the defendant?

    c.      Before this trial starts, do you have any biases, sympathy, or prejudice towards these defendants that would prevent you from being a fair and impartial juror?

57.    Do you promise that you will not purposely do anything during this trial, including starting now, to read or hear anything about this case in the media, and that you will base your verdict only on the admissible evidence presented to you in the courtroom during the trial?

58.    The Plaintiff is seeking money as damages in this case.  If you are persuaded by the law and evidence that there should be a verdict in favor of the defendants, are you willing to return a verdict for the defendants and reject plaintiff's demand to be paid money damages?

32164764                       14

59.     It is important that this process identifies any reason why you may be unable to be a fair and impartial juror, why you may be unable to follow the Judge's instructions, or why you may be unable to return a verdict solely based on the law and the evidence presented to you during the trial.   Having heard all of the questions asked of you during this process, including this question, is there anything in your heart or mind that you think we should know about that might prevent you from fulfilling your duties as a fair and impartial juror?

60.     Any and all different questions listed by the Plaintiff in his Voir Dire.


                                        Respectfully submitted,

                                        **BOWMAN AND BROOKE LLP**

                         By:    /s/*Sunny Rehsi*
                                Sunny Rehsi (P80611)
                                101 W. Big Beaver Road.,
                                Suite 1100 Troy, MI 48084
                                248.205.3300
                                sunny.rehsi@bowmanandbrooke.com

                                Adam Masin (Admitted 5/1/2025)
                                750 Lexington Avenue
                                New York, NY 10022
                                646.914.6790
                                adam.masin@bowmanandbrooke.com

                                Rachel B. Weil (Admitted 7/16/25)
                                123 South Broad Street, Suite 1512
                                Philadelphia, PA 19109
                                267.908.7097
                                rachel.weil@bowmanandbrooke.com

                                *Attorneys for Defendants CHS TX, Inc. d/b/a*
                                *YesCare and Keith Papendick, M.D.*


32164764                                        15

## CERTIFICATE OF SERVICE

I certify that on July 23, 2025, I electronically filed the foregoing paper with the clerk of the United States District Court, Eastern District Southern Division using the ECF system which will send notification of such filing to the following:

**Ian T. Cross**
Cross Law PLLC
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI  48103
724.994.9590
ian@lawinannarbor.com

**Laurence H. Margolis**
Margolis Law Firm
Attorneys for Plaintiff
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Thomas G. Hackney**
Hackney Odlum & Dardas Michigan
Attorneys for Keith Papendick
Bayview Professional Center
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
231.642.5056
thackney@hodlawyers.com

**Jonathan R. Marko** (P72450)
**Michael L. Jones** (P85223)
Marko Law, PLLC
220 W. Congress, 4th Floor
Detroit, MI 48226
313.777.7529
jon@markolaw.com
michael@markolaw.com

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By:   /s/*Sunny Rehsi*
Sunny Rehsi (P80611)
101 W. Big Beaver Road.,
Suite 1100 Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

Adam Masin (Admitted 5/1/2025)
750 Lexington Avenue
New York, NY 10022
646.914.6790

32164764

16

adam.masin@bowmanandbrooke.com

Rachel B. Weil (Admitted 7/16/25)
123 South Broad Street, Suite 1512
Philadelphia, PA 19109
267.908.7097
rachel.weil@bowmanandbrooke.com

*Attorneys for Defendants CHS TX, Inc. d/b/a
YesCare and Keith Papendick, M.D*

32164764

17