**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KOHCHISE JACKSON,

        Plaintiff,

v.

CHS TX, INC., et al.,

        Defendants

Case No.:  2:19-cv-13382-GAD-PTM

U.S. DISTRICT COURT JUDGE
HONORABLE GERSHWIN A.
DRAIN

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to E.D. Mich. LR 83.25(b)(2), Defendant Keith Papendick, M.D. requests that his counsel in this matter be substituted, such that Thomas G. Hackney of Hackney Odlum & Dardas be allowed to withdraw and Adam Masin and Sunny Rehsi of Bowman and Brooke LLP be substituted as counsel for Keith Papendick, M.D. in the above-captioned matter.

Contact information for new counsel is as follows:

Adam Masin
BOWMAN AND BROOKE LLP
750 Lexington Avenue
New York, NY 10022
Tel: 646.914.6790
adam.masin@bowmanandbrooke.com

Sunny Rehsi
BOWMAN AND BROOKE LLP
101 W. Big Beaver Rd., Suite 1100
Troy, MI 48084

**Error! Unknown document property name.**

Tel: 248.205.3300
sunny.rehsi@bowmanandbrooke.com

Dated this 25th day of July, 2025

**HACKNEY ODLUM & DARDAS**          **BOWMAN AND BROOKE LLP**

By:    /s/Thomas G. Hackney w/permission   By:    /s/Adam Masin
**THOMAS G. HACKNEY (P81283)**       **ADAM MASIN (Admitted 5/1/25)**
Bayview Professional Center          750 Lexington Avenue
10850 E. Traverse Hwy., Suite 4400   New York, NY 10022
Traverse City, MI 49684              646.914.6790
231.642.5056                         adam.masin@bowmanandbrooke.com
thackney@hodlawyers.com

**BOWMAN AND BROOKE LLP**

By:    /s/Sunny Rehsi
**SUNNY REHSI (P80611)**
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

**Error! Unknown document property name.**

## CERTIFICATE OF SERVICE

I certify that, on July 25, 2025, a copy of the foregoing document in the above-captioned proceeding has been served upon the attorneys listed below via electronic mail:

**Ian T. Cross** (P83367)
Cross Law PLLC
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI  48103
724.994.9590
ian@lawinannarbor.com

**Thomas G. Hackney** (P81283)
Hackney Odlum & Dardas
Attorneys for Keith Papendick
Bayview Professional Center
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
231.642.5056
thackney@hodlawyers.com

**Laurence H. Margolis** (P69635)
Margolis Law Firm
Attorneys for Plaintiff
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Jonathan R. Marko** (P72450
**Michael L. Jones** (P85223)
Marko Law, PLLC
220 W. Congress, 4th Floor
Detroit, MI 48226
313.777.7529
jon@markolaw.com
michael@markolaw.com

**BOWMAN AND BROOKE LLP**

By:   /s/Sunny Rehsi
      Sunny Rehsi (P80611)
      Attorneys for Defendant CHS TX,
      Inc., d/b/a YesCare Corp.
      101 W. Big Beaver Road., Suite 1100
      Troy, MI 48084
      248.205.3300
      sunny.rehsi@bowmanandbrooke.com

      and

1

**Error! Unknown document property name.**

Adam Masin (Admitted 5/1/2025)
Attorneys for Defendant CHS TX, Inc.,
d/b/a YesCare Corp.
750 Lexington Avenue
New York, NY 10022
646.914.6790
adam.masin@bowmanandbrooke.com

2

**Error! Unknown document property name.**