UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

       Plaintiff,

v.

CHS TX, INC., et al.,

       Defendants.

Case No.:  2:19-cv-13382-GAD-PTM

U.S. DISTRICT COURT JUDGE
HON. GERSHWIN A. DRAIN

**INDEX OF EXHIBITS**

| TAB | DESCRIPTION |
|---|---|
| A | Michigan Department of Correction Records |
| B | Michigan Department of Correction Records |
| C | Michigan Department of Correction Records |
| D | Michigan Department of Correction Records |
| E | Michigan Department of Correction Records |
| F | Michigan Department of Correction Records |
| G | Michigan Department of Correction Records |