# EXHIBIT B

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

PATIENT:                    KOHCHISE JACKSON
DATE OF BIRTH:              02/05/1982
DATE:                       04/07/2017 11:03 AM
VISIT TYPE:                 Provider Visit-scheduled

_____

**Chief Complaint/Reason for visit:**

This 35 year old male presents with medical clearance.

**History of Present Illness**

**1.  Medical clearance**

Additional comments:

Comprehensive H&P completed 3/24/2017.

**Chronic Problems**

Enteritis, regional large intestine

**Past Medical/Surgical History**

| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| Sigmoidectomy 2/2 diverticulitis | 2016 | Colostomy & bowel->bladder fistula repair | |

**Diagnostics History:**

| Test | Date Ordered | Status | Results |
|---|---|---|---|
| X-ray exam of abdomen, complete | 04/07/2017 | completed | |
| PPD 0.1 mL ID | 03/23/2017 | completed | 0 mm |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

**Review of Systems**

**Constitutional:**

Negative for fatigue, fever and night sweats.

**Respiratory:**

Negative for cough, dyspnea and wheezing.

JACKSON, KOHCHISE

445579

02/05/1982

1/{#_OF_PAGES}

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Comments:  Reporting resolution of skin discomfort at stoma.

Reports "pain inside" stoma.

**Genitourinary:**

Negative for dysuria and hematuria.

**Neuro/Psychiatric:**

Negative for gait disturbance.

Negative for psychiatric symptoms.

**Dermatologic:**

Negative for pruritus and rash.

**Musculoskeletal:**

Negative for bone/joint symptoms and muscle weakness.

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 04/07/2017 | 10:36 AM | 71.0 | 204.0 | 97.3 | 127/68 | 62 | 15 | | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|---|---|---|---|---|
| | | | | Rachel C. Tanner, CENA |

**Physical Exam**

**Constitutional:**

No acute distress. Well developed.

**Respiratory:**

Chest can be described as symmetric.  Lungs clear to auscultation.  There is no cough.  Respiratory effort is normal.

**Cardiovascular:**

Heart Sounds:  NL S1, NL S2.

Rate and Rhythm:  Heart rate is regular rate.

See also extremities. No edema is present.

**Abdomen:**

Abdomen is not obese.

Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.

Abdominal appliances include left colostomy.

 There is no guarding. There is no rebound.

Comments:  Conferred w/ other MSP.

Stoma deep pink & functioning w/ soft light brown stool & no evidence of melena or hematochezia.

Cont's to verbalize that 'ostomy was to be temporary & reversed. No medical NECESSITY per outside documentation or from

JACKSON, KOHCHISE

445579

02/05/1982

2/{#_OF_PAGES}

conversation w/ surgeon's office (Dr. Kansakar).

**Rectum:**

Comments: Discussed importance of complete PE, including a DRE, but was declined per pt.

Rectal Exam Declined.

**Back / Spine:**  The back is non-tender.

**Musculoskeletal:**  Normal musculature; no skeletal tenderness or joint deformity.

**Extremities:**

No edema is present.

**Neurological:**  Alert and oriented.  Cranial nerves intact.  No motor or sensory deficits.

**Assessment/ Plan**

**Routine medical examination** (v70.0)

**Enteritis, regional large intestine** (555.1), Good.

**Colostomy status** (v44.3), Good.

Plan comments:  Medical clearance to 900 site.

Reviewed and signed CHJ 631 & CHJ 225 and copies given to patient. Also, reviewed syphilis & TB statuses and other available test results with patient.

MP follow-up PRN.

Patient to kite healthcare PRN.

Accommodations/details reviewed.

Educated patient on importance of healthy weight, regular exercise, healthy diet, and avoidance of high risk behaviors.

**Office Services**

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 04/07/2017 | Patient education provided and patient voiced understanding | |
| completed | 04/07/2017 | Reviewed diagnostic study results with patient | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| completed | | X-ray exam of abdomen, complete | | | Pain, post-colostomy |
| 04/07/2017 | | | | | |

**Lab Studies**

| Status | Lab Code | Lab Study | Timeframe | Date |
|---|---|---|---|---|
| Comments | | | | |
| ordered | CBC2 | CBC with Differential, Platelets | | 04/17/2017 |
| ordered | FERI | FERRITIN | | 04/17/2017 |
| ordered | FOL | FOLATE | | 04/17/2017 |
| ordered | RETIC | RETICULOCYTES | | 04/17/2017 |
| ordered | VB12 | VITAMIN B 12 | | 04/17/2017 |

JACKSON, KOHCHISE

445579

02/05/1982

3/{#_OF_PAGES}

CLG_MDOC Records_0064

**Document generated by: Ronald E. Drinkert, NP 04/07/2017 2:47 PM**

JACKSON, KOHCHISE

445579

02/05/1982

4/{#_OF_PAGES}

CLG_MDOC Records_0065

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**BUREAU OF HEALTH CARE SERVICES**

# X-RAY REQUISITION

---

**Patient Name:**      **KOHCHISE JACKSON**
**Address:**           **RGC**


**Fasting:**
**Call results:**


**Instructions:**          Please take this requisition to the X_Ray department.

| Code Order | Code | Diagnosis | Reason | Date |
|---|---|---|---|---|
| 74020 X-ray exam of abdomen, complete | | | Pain, post-colostomy | 04/07/2017 |

**Ordered by:**      Ronald E. Drinkert NP
**Date:**            04/07/2017 11:03 AM

NAME: JACKSON, KOHCHISE  M
NUMBER:  445579 DOB: 02/05/1982
CLG_MDOC Records_0066