# EXHIBIT C

**MICHIGAN DEPARTMENT OF CORRECTIONS**
**CONSULTATION**

SITE: JCS
COMPLETED BY: Kaelynn R. Pfeil      (04/18/2017 5:59 PM) 04/19/2017 4:12 PM

**Patient:** KOHCHISE JACKSON       **ID#:** 445579      **DOB:** 02/05/1982

Off-site
Routine
EDR: 03/16/2019

Reference #:
Date of Request: 04/18/2017

3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
MDOC

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

_____

**Procedure/Test Requested:** General surgery consult for reversal of end colostomy

**Specialty Service Requested:** Surgery

**Provider:** MDOC contractor
**Initial Visit or F/U?** Initial Visit

**Presumed Diagnosis:**
Colostomy status                                                v44.3

**Signs & Symptoms:**                                **Date of Onset:**
Patient is a 34 y/o with history of severe sigmoid diverticulitis complicated by enterovesical fistula while was in county jail, s/p ex-lap on 12/10/16 with resection of affected portion of sigmoid/upper rectum, bladder repair and descending colon end colostomy. He's currently doing well, having functional colostomy, denies abdominal pain or UTIs. He's ready for colostomy reversal for which this 407 is being submitted

**Site Medical Provider:** Mahir H. Alsalman MD         04/18/2017

_____

(For UM use only)

Criteria Source:  M & R        Interqual        Other
Criteria met:  Yes        No   x    Deferred

Reviewer comments: ATP: Medical necessity not demonstrated at this time. Continue to follow in on site clinic by

NAME: JACKSON, KOHCHISE M
NUMBER: 445579
D.O.B.: 02/05/1982
CLG_MDOC Records_0037

## MICHIGAN DEPARTMENT OF CORRECTIONS
## CONSULTATION

**SITE:  JCS**
**COMPLETED BY:  Kaelynn R. Pfeil        (04/18/2017 5:59 PM) 04/19/2017 4:12 PM**
**MSP**

**Recommendation for visit appointment:**

**# Visits:**
_____

**UM Review #:**
**Reviewer Name:  Papendick, Keith, MD**

**Date Reviewed:  04/19/2017**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  JACKSON, KOHCHISE M
NUMBER:  445579
D.O.B.:  02/05/1982
CLG_MDOC Records_0038