# EXHIBIT D

# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | KOHCHISE JACKSON |
| DATE OF BIRTH: | 02/05/1982 |
| DATE: | 04/26/2017 5:22 PM |
| VISIT TYPE: | Provider Visit-unscheduled |

_____

**Chief Complaint/Reason for visit:**
This 35 year old male presents with discuss atp of 407.

**History of Present Illness**

**1. Discuss ATP of 407**
Patient is a 34 y/o with history of severe sigmoid diverticulitis complicated by enterovesical fistula while was in county jail, s/p ex-lap on 12/10/16 with resection of affected portion of sigmoid/upper rectum, bladder repair and descending colon end colostomy. He's currently doing well, having functional colostomy, denies abdominal pain or UTIs. He's ready for colostomy reversal for which a 407 was submitted on 4/18/17 that got ATP for "Medical necessity not demonstrated at this time"
The patient is scheduled for today's appointment to discuss the ATP. He became so upset when told about the not approved consult request stating that he's planning to file a law suit

**Chronic Problems**
Enteritis, regional large intestine

**Past Medical/Surgical History**

| Condition | Year | Procedure/Surgery | Year |
|---|---|---|---|
| Sigmoidectomy 2/2 diverticulitis | 2016 | Colostomy & bowel->bladder fistula repair | |

**Diagnostics History:**

| Test | Date Ordered | Status | Results |
|---|---|---|---|
| X-ray exam of abdomen, complete | 04/07/2017 | completed | |
| PPD 0.1 mL ID | 03/23/2017 | completed | 0 mm |

**Allergies**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| No Known Drug Allergies | | |

**Review of Systems**
**Constitutional:**
Negative for fatigue, fever and night sweats.

JACKSON, KOHCHISE
445579
02/05/1982

1/{#_OF_PAGES}

CLG_MDOC Records_0033

**Respiratory:**

Negative for cough, dyspnea and wheezing.

**Cardiovascular:**

Negative for chest pain and irregular heartbeat/palpitations.

**Gastrointestinal:**

Negative for abdominal pain, constipation, diarrhea and vomiting.

Comments:  Colostomy in place, functioning.

**Vital Signs**

| Date | Time | Height | Weight | Temp | Bp | Pulse | Resp. | Pulse Ox Rest | Pulse Ox Amb |
|---|---|---|---|---|---|---|---|---|---|
| 04/26/2017 | 5:22 PM | | 205.0 | 97.3 | 128/64 | 118 | 20 | 96 | |

| FiO2 | PeakFlow | Pain Score | Comments | Measured By |
|---|---|---|---|---|
| | | | | Mahir H. Alsalman, MD |

**Physical Exam**

**Constitutional:** No apparent distress.  Well nourished and well developed.

**Respiratory:** Normal to inspection.  Lungs clear to auscultation and percussion.

**Cardiovascular:** Regular rhythm.  No murmurs, gallops, or rubs.

**Abdomen:** Abdominal appliances include RLQ colostomy.

There is no abdominal tenderness.

**Assessment/ Plan**

**Colostomy status** (v44.3)

**- is being submitted for reversal of end colostomy**

**Office Services**

**Instructions / Education**

| Status | Completed | Order | Reason |
|---|---|---|---|
| completed | 04/26/2017 | Patient education provided and patient voiced understanding | |

**Document generated by: Mahir H. Alsalman, MD 04/26/2017 5:31 PM**

JACKSON, KOHCHISE
445579
02/05/1982

2/{#_OF_PAGES}

CLG_MDOC Records_0034