# EXHIBIT E

MICHIGAN DEPARTMENT OF CORRECTIONS  
**PRISONER/PAROLEE GRIEVANCE APPEAL FORM**

4835-4248  5/09  
CSJ-247B

Date Received by Grievance Coordinator at Step II: _____

Grievance Identifier: | JCS | 17 | 05 | 352 | 12D | | |

**INSTRUCTIONS:** THIS FORM IS ONLY TO BE USED TO APPEAL A STEP I GRIEVANCE.
The white copy of the Prisoner/Parolee Grievance Form CSJ-247A (or the goldenrod copy if you have not been provided with a Step I response in a timely manner) **MUST** be attached to the white copy of this form if you appeal it at both Step II and Step III.   Send Step I Grievance with Response or the Goldenrod copy of step I.

If you should decide to appeal the Step I grievance response to Step II, your appeal should be directed to: ___Griev. Coordinator___ by ___6/12/17___. If it is not submitted by this date, it will be considered terminated/untimely.

If you should decide to appeal the response you receive at Step II, you should send your Step III Appeal to the Director's Office, P.O. Box 30003, Lansing, Michigan, 48909.

| Name (Print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| KeHcHise Jackson | 445579 | JCS | H-42 | 4-26-17 | 5-26-17 |

**STEP II — Reason for Appeal**

Constutional rights of Prisoners Chapter 4 8th Amendment Medical care. Necessary Treatment clearly states, that inmate in need of Medical must be Provided with access to opportunities availble to Free-world Person to obtain Medical care and cures. Denial is a Deliberate Indifferent and constitutes cruel and unusual punishment to the prisoner. It further violates Policy Directive 03.03.130 Humane Treatment and conditions for Prisoner. Refusal to treat my Medical concerns are actionable under the 42 USCA 1983 Act.

**STEP II — Response**

Date Received by Step II Respondent: _____

Date Returned to Grievant: _____

Respondent's Name (Print) _____  Respondent's Signature _____  Date _____

**STEP III — Reason for Appeal**

**NOTE:** Only a copy of this appeal and the response will be returned to you.

**STEP III —** Director's Response is attached as a separate sheet.

DISTRIBUTION: White – Process to Step III; Green, Canary, Pink – Process to Step II; Goldenrod – Grievant