# EXHIBIT G

## MICHIGAN DEPARTMENT OF CORRECTIONS
# MICHIGAN DEPARTMENT OF CORRECTIONS - BUREAU OF HEALTH CARE SERVICES

_____

| | |
|---|---|
| PATIENT: | KOHCHISE JACKSON |
| DATE OF BIRTH: | 02/05/1982 |
| DATE: | 05/16/2019 9:01 AM |
| INMATE ID: | 445579 |

_____

### Clinical Progress Note

**Comments:**
Prisoner to h/c 30 day Ostomy supplies given as prisoner is paroling today.

**Date:** 05/16/2019
**Time:** 9:01 AM
**User:** Michelle L. Kirby, RN

**Provider: Darrel J. Barrows NP**

**Document generated by: Michelle L. Kirby, RN**