UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

        Plaintiff,

v.

CHS TX, INC., et al.,

        Defendants.

Case No.:  2:19-cv-13382-GAD-PTM

U.S. DISTRICT COURT JUDGE
HON. GERSHWIN A. DRAIN

**INDEX OF EXHIBITS**

| TAB | DESCRIPTION |
|:---:|---|
| A | *Bell v Korkis* |
| B | *Slappy v. City of Detroit* |
| C | *Helvey v Lexington-Fayette Urban County Government* |
| D | *Locke v Swift Transportation Co. of Arizona LLC* |
| E | *Martin v Polaris Inc.* |