# EXHIBIT A

**Corizon Health**

Referral Form

| Referral | | | |
|---|---|---|---|
| **Reference #:** 00674974 | **Status:** COMPLETE | **Created By:** stipton | Asigned To |

| Patient | | | |
|---|---|---|---|
| **Patient:** | **Inmate #:** | **DOB:** | **Sex:** M |

| Facility | | |
|---|---|---|
| **Client:** MICHIGAN DOC | **Facility:** MUSKEGON CORRECTIONAL FACILITY | **Cost Center:** 93029 |

| Other Coverage | | | |
|---|---|---|---|
| **Corizon Responsible:** Y | **Other Coverage:** N | **Other Coverage Type:** | **Effective Date:** |
| Comments | | | |

| Medical Categories | |
|---|---|
| **Medical Classification:** Inpatient | **Subcategory:** Acute |

| Reason for Referral |
|---|
| W 11/29/2017 Surgery- colostomy repair |

| Diagnosis | | |
|---|---|---|
| K94.09 | Other complications of colostomy | DISCHARGE |
| K92.1 | Melena | SECONDARY |
| K94.09 | Other complications of colostomy | PRINCIPAL |

| Authorizaiton Details | |
|---|---|
| **Referred From:** HOOVER, BARBARA | **Referred To:** |
| **Admit Date:** 12/6/2017 10:15 AM | **Discharge Date:** 12/10/2017 7:35 PM |
| Discharge Disposition | Transfer |

| Authorization Services | | | |
|---|---|---|---|
| Service Category | Seen Date | Approval | Units |
| ACCOMMODATION REVENUE CODES; LOC; MED/SURG/GYN | 12/6/2017 | Y | 1 |
| ACCOMMODATION REVENUE CODES; LOC; MED/SURG/GYN | 12/7/2017 | Y | 1 |
| ACCOMMODATION REVENUE CODES; LOC; MED/SURG/GYN | 12/8/2017 | Y | 1 |
| ACCOMMODATION REVENUE CODES; LOC; MED/SURG/GYN | 12/9/2017 | Y | 1 |

| Appointments & Verification | | | |
|---|---|---|---|
| Scheduled Date | Time | Seen Date | Cancel/Reschedule Reason |

| Clinical Notes |
|---|
| **JGhiardi - Dec 11, 2017 2:50 PM** <br> Pt was d/c on 12/10/17 |
| **JGhiardi - Dec 7, 2017 12:56 PM** <br> Pt admitted on 12/6/17 |
| **LMinor - Dec 1, 2017 8:32 AM** <br> Approval to site, inpatient |
| **KPapendick - Dec 1, 2017 7:55 AM** <br> Approved: Colostomy repair/revision |
| **LMinor - Dec 1, 2017 7:50 AM** <br> Photo uploaded |

JACKSON V CHS TX          CHS TX 000001

**CORIZON HEALTH℠**

Referral Form

| |
|---|
| **LMinor - Nov 30, 2017 1:45 PM**<br>Photo requested from site |
| **KPapendick - Nov 30, 2017 1:41 PM**<br>NMI: photo. |
| **LMinor - Nov 30, 2017 1:32 PM**<br>Response from site: I put in for repair because I'm sure the reversal would be denied. |
| **LMinor - Nov 30, 2017 12:55 PM**<br>More information requested from site |
| **KPapendick - Nov 30, 2017 12:14 PM**<br>NMI: reversal or repair. |
| **LMinor - Nov 30, 2017 11:57 AM**<br>Procedure/Test Requested: colostomy repair<br><br>Specialty Service Requested: Surgery<br><br>Provider: approved<br><br>Presumed Diagnosis:<br>Blood in stool 578.1<br><br>Signs & Symptoms: Date of Onset:<br>31 year old with a hx of colostomy s/p GSW in 2012. Pt recently seen in ED for blood in colostomy bag. Pt noticed blood after having a BM. CT of abdomen shows multiple residual bullet fragments and a right colostomy with peristomal hernia. FOBT positive. Pt seen by general surgeon who completed a colonoscopy showing inflammatory polyps and a loop colostomy with moderate/severe prolapse. Pt seen by surgeon who requests to proceed with colostomy repair.<br><br>Request for Colostomy repair<br>t list<br>to UMMD |
| **LMinor - Nov 30, 2017 10:31 AM**<br>Surgery consult notes requested from site |
| **stipton - Nov 29, 2017 1:44 PM**<br>W 11/29/2017 Surgery- colostomy repair |

| |
|---|
| SOAP |
| **JGhiardi - Dec 11, 2017 2:51 PM**<br>12/11/17; PER EPIC PORTAL:<br>Patient discharged on 12/10/17 to 3E, DWH.<br>From last progress note: PICO changed, okay to take off in 3 days. Will need to follow up in 2 weeks for staple removal.<br>Colostomy prolapse<br>Pt is 32 year old male who had multiple abdominal surgeries 2/2 GSW to abdomen in 2012 with subsequent colostomy. He has subsequently developed a prolapse which is causing him some discomfort and occasional bleeding. 3 Day Post-Op s/p Colostomy reversal-Diet: tolerating regular diet-Pain: Continue with PO Tylenol, oxy IR-UOP: Adequate UOP-Bowel Fx: +BM, + flatus-ABX: None indicated at this time-Imaging: No new imaging-Lines: PIV- Labs: AM labs-Encourage ambulation/IS.-DVT/GI ppx: Continue DVT prophylaxis Lovenox 40 qd (SCDs), GI prophylaxis with diet advancement-Consults: None-Disposition: Overall doing well. Pain controlled with PO medication. Tolerating regular diet. + BMs. Plan to DC to prison today. PICO changed, okay to take off in 3 days. Will need to follow up in 2 weeks for staple removal. Leukocytosis is resolved.<br>Pt presented in clinic 12/6/2017. He has hx of GSW that resulted in ex lap with colostomy in 2012, presents with bleeding out ostomy 2/2 prolapse. Patient admitted for elective colostomy revision on 12/7. Operation without complications, patient tolerated procedure well. Pain was well controlled with tap block, patient's pain meds were changed to PO and was well tolerated. Patient's diet was increased over the next few days without any nausea or vomiting. Patient had multiple bowel movements that were initially bloody, but has resolved. Patient is stable and ready for discharge to prison./jmg,rn.<br>s/a<br>s/a<br>s/a |

**Corizon Health**
Referral Form

---

**JGhiardi - Dec 8, 2017 11:20 AM**
12/8/17; PER EPIC PORTAL:
BP-138/85, T-98.3, P-79, R-18, pulse ox-99% r/a.
Labs: Na-135, K-4.1, BUN-12, Cr-0.68, WBC-15.5, Hgb-16.9, Hct-45.4, plt-284.
IS: oximetry, activity progression, full liquid diet, SCD's, oxycodone, MS prn, LR@50ml/hr, Colace, Lovenox, NS bolus, Mg sulfate IV, Entereg, Ofirmev, Dulcolax.
Pt is 32 year old male who had multiple abdominal surgeries 2/2 GSW to abdomen in 2012 with subsequent colostomy. He has subsequently developed a prolapse which is causing him some discomfort and occasional bleeding.
1 day postop colostomy reversal. -Diet: CLD --> FLD today / decrease IVF 50 cc/ml
Pain: Continue with PO Tylenol/morphine and OXY IR
UOP/Bowel Fx: Adequate UOP - will discontinue Foley catheter today, await return of bowel function, continue/start bowel regimen
ABX: None indicated at this time
Imaging: No new imaging
Lines: PIV, Foley - to be discontinued today
Labs: AM labs
Encourage ambulation/IS.
DVT/GI ppx: Continue DVT prophylaxis Lovenox 40 Qdaily (SCDs), GI prophylaxis with diet advancement
Consults: None
Disposition: Overall doing well. Will advance diet and add bowel regimen. Continue to manage postoperative pain. Otherwise doing well.
Leukocytosis-Likely reactive - will continue to monitor-No indication for antibiotics at this time
Hypomagnesemia-Monitor and replace PRN./jmg,rn.
s/a
s/a
s/a

**JGhiardi - Dec 7, 2017 3:40 PM**
12/7/17; Per EPIC PORTAL:
BP-129/72, T-98.4, P-54, R-16, pulse ox-100%
Labs; WBC-5.4, K-4.1, BUN-10, Cr-0.94, Mg-1.9
Preop H&P for surgery- Pt with history of GSW and subsequent exploratory laparotomy with colostomy in 2012 who presented initially with CC of bleeding per ostomy. He also reports that it has been bothering him as it interferes with his clothing and is uncomfortable. Otherwise, it is functioning well. He presented to outside ED in July of this year with complaints of bleeding. He subsequently had a colonoscopy in September at an outside facility which demonstrated loop colostomy with moderate-severe prolapse (12-15 cm), 5 mm pedunculated transverse colon polyp, peristomal tags with some slight bleeding. He presents for elective colostomy revision.
Meds; Bisacodyl, Flagyl, neomycin, Glycolax, Entereg, Mefoxin,
Colostomy prolapse-Pt is 32 year old male who had multiple abdominal surgeries 2/2 GSW to abdomen in 2012 with subsequent colostomy. He has subsequently developed a prolapse which is causing him some discomfort and occasional bleeding. He presents pre-operatively for bowel prep and colostomy revision 12/7 with Dr. Obi
Mechanical bowel prep as ordered-CLD until 2 hours prior to surgery, then NPO-continue with IVF-SCDs-Surgery tomorrow afternoon with Dr. Obi-Obtain consent-Entereg 1 hr pre op./jmg,rn
s/a
s/a
s/a

---

| Interqual Notes |
|---|
| **JGhiardi - Dec 7, 2017 3:41 PM**<br>Elective |
| **LMinor - Nov 30, 2017 10:31 AM**<br>No IQ review found for this request |

| Memos |
|---|
| **JGhiardi - Dec 7, 2017 3:41 PM**<br>Accounting Memo |
| **STipton - Nov 29, 2017 1:44 PM**<br>407 |

| Documents | | |
|---|---|---|
| **File** | **Description** | **Uploaded By** |
| ▓▓▓▓▓ Surgery notes.pdf | Surgery notes | LMinor on Nov 30, 2017 11:58 AM |
| ▓▓▓▓▓.JPG | photo | LMinor on Dec 1, 2017 7:51 AM |
| ▓▓▓▓.pdf | um info | JGhiardi on Dec 7, 2017 3:43 PM |
| ▓▓▓▓ admit.pdf | um info | JGhiardi on Dec 7, 2017 3:43 PM |

JACKSON V CHS TX        CHS TX 000003

Referral Form

| .pdf | um info | JGhiardi on Dec 8, 2017 11:20 AM |
|---|---|---|
| ███ d-c review.pdf | um info | JGhiardi on Dec 11, 2017 2:51 PM |
| ███ 12-10-17 admit review.pdf | um info | JGhiardi on Dec 11, 2017 2:51 PM |
| ███ 12-10-17 review.pdf | um info | JGhiardi on Dec 11, 2017 2:51 PM |

| Attributes | |
|---|---|
| Transport Type | 1 |
| Secure Unit | 4 |
| Scheduled Admission: Surgical | YES |
| MI IP Category: Gastroenterology | YES |