UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KONCHISE JACKSON,

                Plaintiff,

v.

CHX TX, INC., et al.,

                Defendants

Case No.:  2:19-cv-13382-GAD-PTM

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## CHS TX, INC.'S EXPERT DISCLOSURES

Defendant CHS TX, Inc., ("CHS TX") by and through its attorneys, Bowman and Brooke LLP serves the following expert disclosures pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) and (D)(ii) as set forth below.

**<u>Retained Expert Witnesses</u>:**

1.     James H. McQuiston, D.O., FACOS, FAC, as set forth in Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s Disclosure of Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2)(B), dated January 27, 2021.  Dr. McQuiston's current CV is attached.

2.     Michael Duffy, M.D., FACG, as set forth in Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s Disclosure of Expert Reports Pursuant to

Fed. R. Civ. P. 26(a)(2)(B), dated January 27, 2021.  Dr. Duffy's current CV is attached.

3.      Syed Mohammad A. Jafri, M.D., as set forth in Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s Disclosure of Expert Reports Pursuant to Fed. R. Civ. P. 26(a)(2)(B), dated January 27, 2021.  Dr. Jaffri's current CV is attached.

In addition, CHS TX reserves the right to call in as a witness Plaintiff's Retained Expert Ralph Silverman, M.D.  CHS TX also reserves the right to call Plaintiff's treating health care providers to provide opinions about Plaintiff reached in the course of their care or treatment of Plaintiff.

Dated: June 5, 2025

**BOWMAN AND BROOKE LLP**

By:     /s/*Sunny Rehsi*
        Sunny Rehsi (P80611)
        101 W. Big Beaver Road, Suite 1100
        Troy, MI 48084
        248.205.3300
        sunny.rehsi@bowmanandbrooke.com

        Adam Masin (*Admitted PHV 5/1/2025*)
        750 Lexington Avenue
        New York, NY 10022
        646.914.6790
        adam.masin@bowmanandbrooke.com

        *Attorneys for Defendant CHS TX,*
        *Inc., d/b/a YesCare Corp.*

# JAMES McQUISTON

**James McQuiston**
17375 Hall Rd, Macomb, MI 48044
5864199628, jhm@nesg.com

## PROFESSION

-General Surgery -Endocrine Surgery-Critical Care -Laparoscopic Surgery -Trauma Surgery-Robotic Surgery-Surgical Educator

## PROFESSIONAL PROFILE

*Managing Partner*                                                        *June 2008 to Present*
Northeast Surgical Group, Macomb Township, MI - Management   of  a private surgical practice inclusive of surgeons, staff , IT, quality, utilization  and billing. Have kept the practice on a sound financial course while maintaining high quality surgical care.

*Partner*                                                        *September 1990 to January 2008*
Northeast Surgical Group, Macomb Township , MI -

*Member*                                                        *September 1988 to September 1990*
Northeast Surgical Group, Macomb, MI -

*Partner*                                                        *January 2008 to Present*
Regional Trauma Care, Macomb Township, MI - Provide direct trauma services to a Level II ACS verified trauma center and am the director of trauma critical care services.

*Assistant Professor*                                                        *September 2010 to July 2018*
Michigan State University College of Osteopathic Medicine, Macomb, MI - Clinical Site Instructor at Macomb. DMC and East Lansing Campuses.

## EDUCATIONAL PROFILE

                                                        *July 1988*
General Surgery Residency, Detroit Osteopathic Hospital

                                                        *July 1984*
Internship, Detroit Osteopathic Hospital

*D.O.*                                                        *July 1983*
Michigan State University, East Lansing, Michigan

*B.A., Chemistry*                                                        *July 1979*
Kalamazoo College, Kalamazoo, MI.

## MEDICAL STAFF AFFILIATIONS

*Department of Surgery*                                                        *September 1988 to Present*
McLaren Macomb, Mount Clemens , MI -

*Surgeon*                                                        *June 2022 to Present*
McLaren Thumb Region, Bad Axe, MI -

*Department of Surgery*                                                        *January 1994 to January 2009*
Henry Ford Macomb Hospital,

*Department of General Surgery*                                                        *January 1997 to January 2002*
St. John Macomb Hospital,

**Substitute Team Physician**                                          *January 1986 to January 1988*
Detroit Red Wings, Provided direct care to Players and Patrons during games

**Department of Surgery**                                               *January 1997 to January 2009*
Henry Ford Lakeside Center, .

                                                                        *July 2017 to January 2019*

Premier Surgery Center, Clinton Township, MI -

## MEDICAL LICENSES

**Medical License,** Michigan Board of Osteopathic Physicians and Surgeons, 5101008641, *July 1984 -*

## CERTIFICATIONS

**Diplomate,** Osteopathic Board of Medical Examiners, *January 1984 -*  

**Board Certification in General Surgery,** American Osteopathic Board of Surgery, *April 1991 -* Certificate # 1252

**Board Certification in Critical Care Surgery,** American Osteopathic Board of Surgery, *October 1995 -* Certificate # 1252

**Fellow,** American College of Osteopathic Surgeons, *October 1995 -*

**Board Certified,** American Academy of Wound Management, *May 1999 -*

**Fellow,** American College of Surgeons, *November 2011 -*

## PROFESSIONAL SOCIETIES

American Osteopathic Association, *January 1983 -*

Michigan Association of Osteopathic Physicians and Surgeons, *January 1988 -*

Macomb County Osteopathic Society, *January 1988*

American College of Osteopathic Surgeons, *January 1989 -*

Society of Critical Care Medicine, *January 1993 -*

Association of Surgical Education, *January 1999 to January 2005 -*

Michigan Society of General Surgeons, *January 2000 to January 2008 -*

American College of Surgeons, *January 2010 -*

## AMERICAN COLLEGE OF OSTEOPATHIC SURGEONS

**Scientific Exhibits Committee**                                       *November 1992 to November 1998*

**Chair Scientific Exhibits Committee**                                 *November 1993 to November 1998*
Deveolped and standardized how posters and exhibits are  judged during Annual Clinical Assembly

**Residency Evaluation and Exhibits Committee**                         *November 1998 to November 2007*

**Chair Residency Evaluation and Standards Committee**                  *November 1999 to November 2007*

Revised the Standards for Surgical Training in General Surgery, Urology, CVT, Vascular, Plastics and Neurosurgery.

Created new curriculums in General Surgery, Urology, CVT, Vascular, Plastics and Neurosurgery.
Created the current model and function of the RESC.

**Board of Governors of ACOS**                                      *November 2002 to November 2012*

**Nominating Committee General Surgery**                      *November 2006 to November 2007*

**Officer of Board of Governors**                                     *November 2008 to November 2009*

**President Elect of ACOS**                                            *November 2009 to November 2010*

**President of ACOS**                                                    *November 2010 to October 2011*
Brought ACOS and ACS to final agreement for full membership of the ACOS members to
ACS.   Obtained a full membership for ACOS  with  the Joint Surgical Advocacy Committee
in Washington D.C.  Participated in  preliminary discussions with ACGME regarding joint ventures with
ACOS  regarding Surgical Residency training.   Promoted the importance of quality in surgery.
Coordinated the first meeting of ACOS and ACS in Chicago with joint lecture participation during the
meeting.

**Past President of ACOS**                                                        *October 2011*
Two major projects completed were the search for a new Executive Director of ACOS and overseeing the
completion of a Scenario Analysis to assist ACOS in what its future may be.

**Strategic Planning Committee**                                  *November 2013 to November 2015*
Set the direction of ACOS to meet the needs of the membership and community

**Ceremonial Committee**                                                    *December 2013*

Help organization of annual conclave of ACOS


# ACADEMIC POSITIONS

- Teaching Staff
  Surgical Trainer McLaren Macomb, 1988 to present

- Oral and Clinical Board Examiner
  American Board of Osteopathic Surgery, 1992 to present

- COPT of AOA

  Council of Osteopathic Postdoctoral Training, 2001-2003, 2011-2020

- PTRC of AOA
  Postdoctoral Training and Review Committee  2003-2007, 2015-2020

- Assistant Clinical Professor of Surgery
  Michigan State University, Department of Osteopathic Surgical Specialties, 1989 to 2010

- Assistant Clinical Professor of Surgery
  DesMoines University, 2008 to present

- Assistant Professor Department of Osteopathic Surgical Specialties, Michigan State University

August  2010 to present

- COSE (Committee on Student Evaluation)- MSU-COM

  Appointed August 2013 to August 2015

- Vice Chair of COPT of AOA

  Council of Osteopathic Postdoctoral Training , March 2015 to July 2015

- Chair of COPT of AOA
  Chair of Council of Osteopathic Postdoctoral Training.  Oversight of all policies involving Osteopathic GME  July 2015 - July 2020

- BOE of AOA

  Bureau of Osteopathic Education provides oversight of all education throughout the Osteopathic Profession , 2015- 2020

- Clinical Assistant Professor
  Clerkship educator for University of Medicine and Health Sciences.
  2017- to present

- Program Director of General Surgery McLaren Macomb
  December 1, 2018 - to present
  Oversight  and continued development of ACGME  General  Surgical Program with 25 residents.

- Osteopathic Director of Medical Education
  Oversight of remaining AOA accredited residency programs at McLaren Macomb Hospital  January 1, 2020 to date.

- Member of Surgery Review Committee of ACGME
  2021-

## AWARDS

*First Place Scientific Exhibit in General Surgery,* ACOS, *November 1991 -*

*First Place Scientific Exhibits in General Surgery,* ACOS, *November 1993*

*First Place Poster Exhibit in General Surgery,* ACOS, *November 1991*

*First Place Poster Exhibit in General Surgery,* ACOS, *November 1993*

*First Place Poster Exhibit in General Surgery,* ACOS, *November 1994*

*First Place Poster Exhibit in General Surgery,* ACOS, *November 1999*

*Presidents Recognition Award,* ACOS, *October 2000*

*President's Recognition Award,* ACOS, *January 2009 -*

*Presidents Recognition Award,* ACOS, *January 2013 -*

*Orel F Martin Award,* ACOS, *November 2019 -*  Highest Honor given by the American College of Osteopathic Surgeons.

# MEDICAL ADMINISTRATIVE EXPERIENCE

- Risk Management Committee of Board
  1997 to 2002
  Reviewed closed claims cases and corrective actions taken by administration and medical staff of the hospital

- Audit and Quality Committee of Board
  1998 to 2004
  Oversite commitee of the board that reviewed all quality activites within the institution inclusive of the medical staff.

- Chairman Department of Surgery
  2000 to 2005

- Medical Staff Executive Committee
  2000 to 2005

- Cancer Liason at Mount Clemens General Hospital of the American College of Surgeons
  2005 to 2007

- Chair Quality Committee
  1993 to 2002, 2008 to 2009
  Completed an entire realignment of the quality committee from a QA committee to a QAI committee from 1993 to 2002.
  From 2008 to 2009 identified the need for Quality to move forward in becoming integral in the functions of the hospital.

- Co-director of Critical Care
  McLaren Macomb 1996 to present
  Revised the current standards used to run the Critical Care units and participate in the current running of and triage of the ICU.

- Utilization Review Committee
  1988-2000

- Corporate Board of Hospital
  1994-2004

- Bioethics Committee
  1993-1999

- McLaren Foundation Board

  Philanthropic Guidance to Hospital and Community- Jan. 2014 to present

# ARTICLES PUBLISHED

"Resident perception of necessary skills to discuss abuse with an intimate partner violence victim." *Macomb Research Forum.* https://sites.google.com/view/macomb-forum/, February 2022.   Virtual Oral Presentation

"Breast Lumps: Needle Aspiration in the Office." *Poster Exhibit.* ACOS, November 1991.

"Fine Needle Aspiration of Breast Lesions." *Triad, VolII#4.* February 1992, 34-37.

"Laparoscopic Cholecystectomy." *Scientific Exhibit.* ACOS, November 1991.

"Laparoscopic Herniorrhaphy." *Scientific Exhibit.* ACOS, October 1993.

"Laparoscopic Appendectomy." *Poster Exhibit*. ACOS, October 1993.

"Laser Vasectomy." *Poster Exhibit*. ACOS, October 1993.

"Closure of Complex Wounds with a Skin Stretching System." *Poster Exhibit*. ACOS, October 1994.

"Cutaneous Metastatis of Colorectal Carcinoma." *Poster Exhibit*. ACOS, October 1994.

"Sporothrix Leg Wound Presenting as Pyoderma." *Poster Exhibit*. ACOS, October 1994.

"Endoscopic Extrperitoneal Inguinal Hernia Repair." *Scientific Exhibit*. ACOS, October 1994.

"Complex Surgical Wounds." *Lecture*. MCGH-WCC, November 1994.

"Giant Sigmoid Diverticulum." *JAOA Vol 96, No. 5*. June 1996, 309-313.

"Gallbladder Disease and Laparoscopic Surgery." *Lecture*. American Association of Medical Assistants, October 1996.

"A More Conservative Approach to Laparoscopic Herniorrhaphy." *Origin Medsystems*. May 1997. Organized, Moderated and Lectured at a One Day Course ( repeated Nov. 18, 1997)

"Laparoscopic Ventral Hernia Repair." *Gortex*. June 1998. Organized, Lectured, and Moderated a one day course. May 1998

"APACHE Predictive Systems." *Lecture*. COGMET- MSU, September 1998.

"Laparoscopic Inguinal and Ventral Hernia Repairs." *Lecture*. COGMET- MSU, November 1998. Repeated in Oct of 2000

"Vasopressin in Septic Shock." *Poster*. ACOS, October 1999.

"Radioguided Surgery: The Changing Face of General Surgery." *Lecture*. SEMTA, April 2000.

"Parathryroid Surgery and M.I.R.P." *Lecture*. COGMET, Michigan State University, April 2001.

"Advances in Parathyroid Surgery." *ACOS Annual Meeting*. November 2001.

"Alternative Approaches to Thyroidectomy." *MCGH*. Mount Clemens, MI, May 2002. Moderated a Course in the use of the Harmonic Scalpel

"Hand Assisted Laparoscopic Colon Resection." *Ethicon Endo-Surgery*. October 2002. Lectured and precepted an animal lab

"Hand Assisted Laparoscopic Colon Resection and Procedure for Prolapse and Hemmorrhoids." *Ethicon Endo-Surgery, Inc.*. November 2002. Faculty for this Overview Coarse (Coarse was repeated December, 2002)

"Radioguided Parathyroid Surgery." *Lecture*. ACOS Mid-year Meeting, February 2003.

"Use of Harmonic Scalpel." *Video Conference*. Ethicon, March 2003.

"Procedure for Prolapse and Hemmorhoids." *Moderated Multi-State Video Conferance*. Ethicon Endosurgery, June 2003.

"Advances in Breast Cancer Surgery." *Clifford Isaacs Conference*. MCGH, November 2003.

"Laparaoscopic Colon Surgery." *Lecture*. MSST, November 2003.

"New and Emerging Technologies in the Treatment of Breast Disease." *Wayne State University Grand Rounds*. June 2006.

"Working with thr RESC." *ACA-ACOS*. San Francisco, October 2007.

"Laparoscopic Surgery Lecture." *Baker College*. Clinton Twp., November 2007.

"Advanced Laparoscopic Surgery." *Ethicon* . Botsford Hospital, November 2007.

"Laparoscopic Surgery Lecture." *Baker College*. Clinton Twp., November 2008.

"Ultrasound for the General Surgeon." *ACOS*. SanAntonio, Tx., March 2009.

"Accelerated Partial Breast Irradation." *ACOS*. SanAntonio, Tx., March 2009.

"Treatment parameters associated with acute and late toxicity in patients recieving accelerated partial breast irradation using the Mammosite Brachytherapy device." *Brachytherapy, Vol 8, Issue2*. Elevesiar, May 2009, 138-139.

"Accelerated Partial Breast Irradation." *Lecture ACOS*. Chicago, October 2012.

"Quality Improvement Education for Medical Students: A Systematic Review." *Exploring the Opportunites and Challenges of Medical Students*. Nova Publishers, October 2019, Chapter 1.  

"Systematic Review of Quality Improvement Education for Medical Students: What are Institutions Teach." *Oral Presentation*. 63rd European Organization of Quality Congress, Lisbon Portugal, October 23-24, November 2019.  

"A Systematic Review of QI Education for Medical Students: Kirckpatrick Learning Model." *Advances in Evidence Synthesis:special issue*. Cochrane Database of Systematic Reviews 2020:(9SupplL:272, January 2020.  

"Peer Reviewer." *Teaching and Learning in Medicine*. October 2020.  

"Educating Resident Physicians in QI in the US. A Community Training Hospital Experience.." *Oral Presentation Virtual international Meeting*. Business and Quality Congress 2021: Effective Education and Training Quality Management, Belgrade , July 2021. Authors: Brannan GD, Alderson t, McQuiston J, Paulk D, Seelbach C, Foley K., Cuppari J.

"Do Residents ask patients about the possibility of intimate partner violence:." *Macomb Research Forum*. https://sites.google.com/view/macomb-forum/, February 2022.  First place in Medical Education for Oral Presentation ( Virtual)

"Resident perception of necessary skills to discuss abuse with an intimate partner violence victim." *Macomb Research Forum*. https://sites.google.com/view/macomb-forum/, February 2022.  Virtual Oral Presentation

"Residency Q&A with Medical Studentss." Michigan State University , July 2022.  

"Abstract Reviewer and Judge." *Macomb Research Forum*. October 2022.  A judge and reviewer for Macomb Research Forum for academic year 2022-2023.

"Evaluation of a Community Hospital-Based Pesidencies"Intimate Partner Violence Education by a Domestic Violence Shelter Expert." *Int J Environ Res Public Health*. ijerph20095685, April 2023, 20(9):55685.doi:10.3390.

PMID: 37174203

# MICHAEL C. DUFFY, M.D., F.A.C.G.

## CURRICULUM VITAE

**MICHAEL CHARLES DUFFY, M.D., F.A.C.G.**

**Business Addresses:**  Gastrointestinal Specialists PC
264 West Maple Road
Suite 200
Troy, Michigan 48084
248-273-9930
FAX 248-273-9931
email:  mduffymd@comcast.net

Division of Gastroenterology-
Hepatology

Corewell  Health East Beaumont University Hospital
3535  West 13 Mile Road
Royal Oak, MI  48073
248-551-1227
Email:  Michael.duffy@corewellhealth.org
mduffymd@comcast.net

**Education:**  1967-1971  Stanford University  Stanford, CA
B.A. Biology June 1971

1971-1972  Baylor College of Medicine
Houston, TX

1973-1974  Louisiana State University School of Medicine
New Orleans, LA
M.D.  June 1974

**Postgraduate Training:**

1974-1975  Intern-Medicine
Louisiana State University School of Medicine
Charity Hospital, New Orleans, LA

1976-1977  Resident-Internal Medicine

University of Connecticut School of Medicine
Farmington, CT

1977-1978    Chief Resident-Internal Medicine
             University of Connecticut School of Medicine
             Farmington, CT

1978-1980    Fellowship - Gastroenterology
             University of Connecticut School of Medicine
             Farmington, CT

1980-1982    Fellowship - Hepatology (NIH Trainee)
             Liver Study Unit
             Yale University School of Medicine
             New Haven, CT
             Mentor- Dr. James Boyer

**Academic Appointments:**

1982-1985    Assistant Professor of Medicine
             Division of Gastroenterology
             University of Connecticut School of Medicine
             Farmington, CT

1986-1987    Assistant Clinical Professor of Medicine
             Division of Gastroenterology
             University of Connecticut School of Medicine
             Farmington, CT

1992-2009    Assistant Clinical Professor of Medicine
             Wayne State University School of Medicine
             Detroit, MI

2009-2021    Clinical Professor of Medicine
             Wayne State University School of Medicine
             Detroit, MI

2009-2010    Assistant Clinical Professor of Medicine
             Oakland University William Beaumont School of Medicine

2010-present Clinical Associate Professor of Medicine
             Oakland University William Beaumont School of Medicine

**Practice:**      1975-1976      Medical Director, Model Cities Health Clinic,
                                  New Orleans, LA

                   1985-1987      Private Practice-Gastroenterology
                                  Hartford, CT

                   1988-          Private Practice-Gastroenterology
                                  Michigan

**Honors:**        1981          Yale University Gastroenterology Research Award
                   1994          Top Doctor List - Detroit Monthly
                   1996          Top Doctor List - Detroit Monthly
                   1996          Top Doctor List - Detroit Free Press
                   1998          Best Doctor List - Detroit Free Press
                   1999          Best Doctors of America - 1999
                   2000          Hour Magazine -  Top Doctor
                   2001          Hour Magazine – Top Doctor
                   2002          Hour Magazine -  Top Doctor
                   2003          Hour Magazine – Top Doctor
                   2003          Best Doctors of America 2003-2004
                   2004          Hour Magazine – Top Doctor
                   2005          Hour Magazine – Top Doctor
                   2005          Best Doctors of America 2005-2006
                   2006          Hour Magazine – Top Doctor
                   2007          Best Doctors of America 2007
                   2007          Hour Magazine – Top Doctor
                   2008          Best Doctor's List 2008 -  Vital Magazine- Free Press
                   2008          Hour Magazine – Top Doctor
                   2009          Best Doctors for Women – StyleLine Magazine
                   2009          Hour Magazine – Top Doctor
                   2009          Best Doctors of America 2009-2010
                   2010          Who's Who in America
                   2010          Best Doctors for Women- StyleLine Magazine
                   2010          Best Doctors in America 2010-2011
                   2010          Hour Magazine – Top Doctor
                   2011          Hour Magazine – Top Doctor
                   2011          Best Doctors in America 2011-2012
                   2012          StyleLine Magazine – Best Doctor list
                   2012          Hour Magazine – Top Doctor
                   2013          Hour Magazine- Top Doctor
                   2013          Castle Connolly – Best Doctor List
                   2014          StyleLine Magazine – Top Doctor
                   2014          Castle Connolly – Best Doctor List

| 2015 | Hour Magazine – Top Doctor- Detroit |
| 2015 | Castle Connolly- Best Doctor List |
| 2015 | Best Doctors in America 2015-2016 |
| 2016 | Castle Connolly – Best Doctor List |
| 2016 | Hour Magazine – Top Doctor – Detroit |
| 2017 | Castle Connolly- Best Doctor List |
| 2017 | Hour Magazine – Top Doctor Award |
| 2017 | Best Doctors in America 2017-2018 |
| 2018 | Castle Connolly – Best Doctor List |
| 2018 | Hour Magazine – Top Doctor Award |
| 2019 | Castle Connolly – Best Doctor List |
| 2019 | Hour Magazine – Top Doctor Award |
| 2019 | Best Doctors in America 2019-2020 |
| 2020 | Castle Connolly – Best Doctor List |
| 2020 | Hour Magazine – Top Doctor Award |
| 2021 | Castle Connolly- Best Doctor List |
| 2022 | Castle Connolly- Top Doctor List |
| 2023 | Castle Connolly – Top Doctor List |
| 2024 | Hour Magazine- Top Doctor Award |
| 2024 | Castle Connolly – Top Doctor List |
| 2025 | Castle Connolly – Top Doctor List |

**Hospital Affiliations:**

| 1982-1987 | Attending Physician<br>John Dempsey Hospital<br>Farmington, CT |
| 1985-1987 | Attending Physician<br>St. Francis Hospital<br>Hartford, CT |
| 1982-1987 | Consulting Physician<br>Newington VA Hospital<br>Newington, CT |
| 1988-1990 | Consulting Physician<br>Crittenton Hospital<br>Rochester, MI |
| 1988-1992 | Consulting Physician<br>St. Joseph's Hospital<br>Pontiac, MI |

|        |       |                                                          |
|--------|-------|----------------------------------------------------------|
|        | 1988- | Attending Physician                                      |
|        |       | Corewell Health East University Hospital                 |
|        |       | Royal Oak, MI                                            |

**Certification:**

| 1974 | FLEX |
|------|------|
| 1978 | Diplomat, American Board of Internal Medicine, Certificate No. 67635 |
| 1981 | Subspecialty Board Certification Gastroenterology |

**Medical Licensure:**

| 1974 | Louisiana   | (No. 12703)  |
|------|-------------|--------------|
| 1978 | Connecticut | (No. 20528)  |
| 1987 | Michigan    | (No. 053212) |

**Professional Societies:**

American College of Gastroenterology (Fellow)

**Offices Held:**

| Board of Directors, Connecticut State GI Society | 1986-1987 |
|---|---|
| Board of Directors, Michigan Society GI Endoscopy | 1989-1996 |
| Secretary, Detroit GI Society | 1991-1992 |
| Vice-President, Detroit GI Society | 1992-1993 |
| President, Detroit GI Society | 1993-1994 |
| Board of Directors – Crohn's & Colitis Foundation of America | |
| Michigan Chapter | 1996-2000 |
| | 2003- 2010 |

**Committees:**

| 1977-1978 | Intern Selection Committee University of Connecticut School of Med |
|---|---|
| 1985-1986 | Medical School Council University of Connecticut School of Med |
| 1985-1986 | Postgraduate Medical Education Committee University of Connecticut School of Med |
| 1986-1987 | Executive Committee Gastroenterology Section Connecticut State Medical Society |

| 1986-1987 | Medical Audit Committee<br>St. Francis Hospital, Hartford, CT |
|---|---|
| 1988-1990 | Biliary Lithotripsy Committee<br>William Beaumont Hospital |
| 1989-2001 | Pharmacy and Therapeutics Committee<br>William Beaumont Hospital |
| 1989-1990 | Resident Research Committee<br>William Beaumont Hospital |
| 1990-1995 | Endoscopy Committee<br>William Beaumont Hospital |
| 1992-1997 | Advisory Committee<br>Department of Medicine<br>William Beaumont Hospital |

**Hospital Positions:**

| 1990-1991 | Assistant Director<br>Endoscopy Unit<br>William Beaumont Hospital |
|---|---|
| 1991-1995 | Director<br>Endoscopy Unit<br>William Beaumont Hospital |
| 1990-2006 | Program Director<br>Gastroenterology Fellowship<br>William Beaumont Hospital |
| 2004-2006 | Chief   (Interim)<br>Division  of Gastroenterology-Hepatology<br>William Beaumont Hospital |
| 2007-2021 | Associate Program Director<br>Gastroenterology Fellowship<br>William Beaumont Hospital |
| 2021- | Program Director<br>Gastroenterology Fellowship<br>Corewell Health East University Hospital |

| **Ad Hoc Reviewer:** | Viewpoints on Digestive Diseases |
| (Journals) | Hepatology |
| | Gastroenterology |
| | American Journal of Physiology |
| | |
| **Ad Hoc Reviewer:** | Connecticut Research Foundation |
| (Grants) | |

### National Presentations

Direct Determination of the Driving Forces for Taurocholate Uptake in Rat Liver Plasma Membrane Vesicles.  American Association for the Study of Liver Diseases.  Chicago, IL November 1982.

Effect of Ursodeocycholic Acid Treatment in Patients with Chronic Acalculous Cholecystitis.  Bile Acids: 1993.  University of Minnesota.  Desert Springs, CA March 1993.

Effect of Ursodeoxycholic Acid Treatment in Patients with Chronic Acalculous Cholecystitis.  Poster Presentation.  American Gastroenterology Association National Meeting.  Boston, MA.  May 1993.

Prevalence of Helicobacter Pylori Antibodies in Endoscopy Personnel.  D. Kahlon, G. Nahaas, R. Barnes, M. Zervos, and M. Duffy.   American College of Gastroenterology Annual Meeting.  New York City.  October 4, 1993.

Congenital Hepatic Fibrosis: An Unusual Cause of Portal Hypertension in a Renal Transplant Patient.  VP Kodali, GW Kulesza, SC Gordon, MC Duffy.   American College of Gastroenterology Annual Meeting.  New York City.  October 4, 1993.

Erythromycin-induced Primary Biliary Cirrhosis.  DA Lazarczyk, MC Duffy.  Poster Presentation.  American College of Gastroenterology Annual Meeting.  Boston, MA.  October 12, 1998.

The Presentation of Primary Sclerosing Cholangitis in a Non-Tertiary Setting.  BT Gietzen, MC Duffy, SC Gordon.  Poster Presentation.  American College of Gastroenterology Annual Meeting.  Boston, MA.  October 13, 1998.

Upper Gastrointestinal Hemorrhage:  Outcomes of Medical vs Surgical vs Gastroenterological Admission.  D Lazarczyk, MC Duffy, M. Balasubramaniam.  Poster Presentation.  American Gastroenterological Association Annual Meeting.  Orlando, FL.  May 17, 1999.

Sarcoidosis Presenting with Dysphagia:  Diagnosis Confirmed with Endosonography Guided Fine Needle Aspiration (EUS-FNA).  Review of the Literature.  L.H. Jamil, G. Ghaith, G. Kulesza, M. Duffy.  Poster Presentation.  American College of Gastroenterology.  Honolulu, HI.  October 30,  2005

Endoscopic Management of Upper Gastrointestinal Hemorrhage Following Laparoscopic Roux-en-y Gastric Bypass. L. Jamil, C Jackson, K. Krause, D. Chengelis and M. Duffy.  Oral Presentation.  American Gastroenterological Association Annual Meeting.  May 2006.  Los Angeles, CA.

Atorvastatin Decreases Seo Index in Patients with Short Duration of Disease in Ulcerative Colitis: A Randomized Placebo-Controlled Clinical Trial.  P Higgins, M Duffy, E. Zimmerman.  Oral Presentation.  American Gastroenterological Association Annual Meeting.  May 2006.  Los Angeles, CA.

Primary Hepatic Carcinoid Tumor.  L. Jamil, M. Duffy.  Poster Presentation.  American Society of  Gastroenterology, October 2006.  Las Vegas, NV.

Prevalence of Hepatitis C Among Arab and Chaldean Americans in Southeast Michigan.  L.H. Jamil, M.C. Duffy, M. Fakhouri, E. Barkho, R. Khoury, H. Fakhouri, H. Jamil.  Poster presentation.  American Gastroenterology Association Annual Meeting.  May 2007, Washington, DC

Refractory Peptic Ulcer Disease:  A Rare Presentation of Annular Pancreas.  LH Jamil, MC Duffy, MS Cappell.  Poster presentation.  American College of Gastroenterology.  October 2007.  Philadelphia, PA.

Endometriosis:  A rare cause of rectal bleeding.  S Fox, MC Duffy.  Poster presentation.  American College of Gastroenterology.  October 2007. Philadelphia, PA.

Clostridium difficile Infection: Not Only for Colon Anymore!  A Konda, L Jamil, M Duffy.  Poster Presentation.  American College of Gastroenterology.  October 2008.  Orlando, FL.

Collateral Damage Following Selective Internal Radiation Therapy (SIRT) for Hepatic Tumors.  A Konda, M Duffy, M Savin.  Poster presentation.  American College of Gastroenterology.  October, 2008, Orlando, FL.

Non-Anesthesiologist Supervised Sedation in a Free Standing Ambulatory Endoscopy Center- A model for cost  saving.  N. Gorrepati, M Cannon, M Duffy, A Patel.  Poster presentation.  American College of Gastroenterology.  October 2009.  San Diego, CA.

Utility of Repeated Abdominal CT In Patients With An Initially Negative CT Scan Presenting to ER With Non-Traumatic Abdominal Pain.  Borko Nojkov, Mitchell Cappell, Michael Duffy.  Poster Presentation.  Digestive Disease Week.  May 2011.  Chicago, IL.

Utility of Repeated Abdominal CT in Patients with An Initially Negative CT Scan.  Borko Nojkov, Mitchell Cappell, Michael Duffy.  Oral Presentation.  American College of Gastroenterology, October 2011.  Washington, D.C.

## Regional Presentations

Differential Diagnosis of Hyperamylasemia.  Current Controversies in Gastrointestinal Disease.  Postgraduate Course.  University of Connecticut School of Medicine.  March 1979.

Disorders of Gastric Motility.  Medical Grand Rounds.  Charlotte Hungerford Hospital, Torrington, CT 1982.

Reflux Esophagitis:  Medical Management.  Medical Grand Rounds.  Bridgeport Hospital, Bridgeport, CT  1982.

Chronic Hepatitis--Update.  Medical Grand Rounds.  Johnson Memorial Hospital. Stafford Springs, CT  1982.

Mechanisms of Bile Secretion and Cholestasis.  GI Grand Rounds.  Hartford Hospital, 1982.

Update on Peptic Ulcer Disease.  Medical Grand Rounds.  Lawrence and Memorial Hospitals,  New London, CT  November 1983.

Estrogens and the Liver. Medical Grand Rounds,  University of Connecticut School of Medicine.  1983.

Non A-Non B Hepatitis.  Update on Liver Disease.  Postgraduate Course.  Yale University School of Medicine.  Mohunk Mountain, New York.  March 1984.

Management of Acute, Severe Gastrointestinal Hemorrhage.  Medical-Surgical Grand Rounds.  St. Francis Hospital,  Hartford, CT  1984.

Hepatitis B Infection.  Pediatric Grand Rounds, Waterbury Hospital, Waterbury, CT 1985.

Laser Endoscopy.  Medical Grand Rounds.  University of Connecticut School of Medicine. May 1985.

Laser Endoscopy.  Medical Grand Rounds.  St. Francis Hospital.  Hartford, CT  Nov. 1985.

Fulminant Hepatitis.  Medical Grand Rounds.  Mt. Sinai Hospital, Hartford, CT  Jan. 1986.

Therapeutic Endoscopy.  American College of Physicians Postgraduate Course.
University of Connecticut School of Medicine.  Warren, VT Feb. 3-7, 1986.

Esophageal Cancer.  Otolaryngology Grand Rounds.  University of Connecticut School of
Medicine.  Nov. 1986.

Management of Bowel Problems in Multiple Sclerosis.  National Multiple Sclerosis
Society, Connecticut River Valley Chapter.  Elmwood, CT  Nov. 8. 1986.

Ischemic Bowel Disease.  Medical Grand Rounds.  St. Francis Hospital.  Hartford, CT  Nov.
12, 1987.

Endoscopic Laser Therapy.  Medical Grand Rounds.  William Beaumont Hospital.  Royal
Oak, MI  May 1988.

Biliary Lithotripsy.  Medical Grand Rounds.  William Beaumont Hospital, Royal Oak, MI
Dec. 1988.

Medical Therapy of Gallstones.  Surgical Grand Rounds.  Allen Park VA Medical Center,
Allen Park, MI  Nov. 1989.

Nonsurgical Therapy of Gallstones.  Postgraduate Education Symposium.  Flint
Osteopathic Hospital.  Flint, MI  Feb. 14, 1990.

Endoscopic Biliary Stents.  Medical-Surgical Grand Rounds.  William Beaumont Hospital.
Royal Oak, MI  July 1990.

Therapy for Gallstones--New Approaches.  Program Moderator.  American College of
Physicians Regional Meeting,  Traverse City, MI  Sept. 1990.

Celiac Sprue and Lymphoma.  CPC.  Department of Medicine.  William Beaumont
Hospital.  March 1991.

Chronic Acalculous Cholecystitis.  Medical Grand Rounds.  William Beaumont Hospital,
Royal Oak, MI  May 1991.

Chronic Acalculous Cholecystitis.  Surgical Grand Rounds.  Allen Park VA Medical Center,
Allen Park, MI  June 1991.

Management of Peptic Ulcer Disease.  Postgraduate Education Course.  Crittenton Hospital,  Boyne Highlands, MI  June 1991.

Reflux esophagitis; Viral hepatitis-Update.  Michigan Family Practice Review Course.  Providence Hospital.  May 1992.

Endoscopic Pathology of the Rectosigmoid Colon.  Flexible Sigmoidoscopy Course.  Annual Meeting.  Michigan State Medical Society.  Dearborn, MI  November 1992.

Recent Advances in the Drug Therapy of Inflammatory Bowel Disease.  Department of Colorectal Surgery.  William Beaumont Hospital.  January 1993.

Effect of Ursodeoxycholic Acid Treatment on Chronic Acalculous Cholecystitis.  Midwest GUT Club Annual Meeting,  Pittsburgh, PA March 1993.

Medical Management of Inflammatory Bowel Diseases.  OHEP Statewide Annual Family Practice Review Course, Providence Hospital, Southfield MI      May 14, 1993.

Medical Management of Inflammatory Bowel Diseases.  OHEP Annual Internal Medicine Board Review Course.  Northfield Hilton.  Troy, MI  May 20, 1993.

Helicobacter Pylori--Current Perspectives.  Crittenton Hospital Annual Staff Meeting.  Gaylord, MI.  July 1993.

Evaluation of Chronic Diarrhea.  Holy Cross Hospital GI Symposium.  August 31, 1994.

Crohn's Disease-Medical Management.  Medical Grand Rounds.  St. John's Hospital.  Grosse Pointe, MI  Nov. 18, 1994.

Tuberculous Enteritis.  CPC.  William Beaumont Hospital.  September 1996.

Carcinoma of the Rectum- Update for Physicians.  Panelist-- Role of Endoscopic Laser Therapy. William Beaumont Hospital.  October 16, 1996

Moderator:  Lower GI Topics.  American College of Gastroenterology Regional Postgraduate Course.  Ypsilanti, MI  June 1997.

Moderator:  Malignancy and Inflammatory Bowel Disease.  Mackinaw Island GI Symposium.  September 22-23, 1997.

Geriatric Grand Rounds:  William Beaumont Hospital.  Chronic Cholestatic Syndromes.  February 4, 1999

Helicobacter Pylori-Update.  Holy Cross Hospital Gastroenterology Symposium.  Aug. 25, 1999

Medical Malpractice – GI Nursing Perspective -  Michigan Society Gastroenterology Nursing Association,  Sept. 11, 2004

Surgical Grand Rounds – William Beaumont Hospital:  Autoimmune Pancreatitis  March 8, 2005.

Medical Grand Rounds – William Beaumont Hospital:  Autoimmune Pancreatitis.  December 6, 2006

Medical Conference – Bon Secours Hospital, St. Clair, MI.  Inflammatory Bowel Disease and Colon Cancer.  September 13, 2007.

Michigan State Medical Society – Annual Meeting- Troy Michigan.  Medical Malpractice in Gastroenterology – Pitfalls and Pearls.  October 23, 2008.

Medical Management of Crohn's Disease for the Colorectal Surgeon.  Colorectal Surgery Grand Rounds – William Beaumont Hospital, Nov 2, 2009

Medicolegal Topics - Gastroenterology.  Michigan Society Gastroenterology Nursing Association.  March 13, 2010

Radiofrequency Ablation for Barrett's Esophagus.  Medical Grand Rounds.  William Beaumont Hospital.  Nov. 24, 2010.

Inflammatory Bowel Disease and Colon Cancer.  William Beaumont Hospital sponsored symposium.  Early Detection and Prevention of Gastrointestinal Cancer:  How Screening Can Save Lives.  June 17, 1011.  Birmingham, MI.

Role of ERCP in Suspected Choledocholithiasis.  Surgical Grand Rounds- William Beaumont Hospital, Royal Oak.  July 16, 2012.

Malpractice and the SGNA.  Regional SGNA Fall Meeting.  Troy, Michigan.  Sept. 15, 2012.

Inflammatory Bowel Disease for the Primary Care Physician.  William Beaumont Hospital Primary Care Conference -  Troy Michigan, September 2013.

Benign Capillary Hemangioma Masquerading as Colon Cancer.  N. Aggarwal, P. Jha, M. Alkhero, M. Xie, M. Duffy.  Poster presentation—Michigan GI Society.  June 2023.  Traverse City, MI.

Benign Capillary Hemangioma Masquerading as Colon Cancer.  N. Aggarwal, P. Jha, M. Alkhero, M. Xie, M. Duffy.  Poster presentation—American College of Gastroenterology Annual Meeting—10-20-23--- Vancouver, Canada

### Grant Support
(Principal Investigator)

1981-1982     "Comparison of the Mechanisms of Bile Acid Uptake" Regional Advisory Grant, Veterans Administration Hospital $ 25,000.

1984-1985     "Entintidine in Short Term Healing of Duodenal Ulcer" Ortho Pharmaceuticals.       $ 30,000.

1984-1985     "Chemosensory Abnormalities and Zinc Metabolism in Alcoholic Cirrhotics."  University of Connecticut Research Foundation.  $ 15,000.

1990-1992     "Ursodeoxycholic Acid in the Treatment of Patients with Chronic Acalculous Cholecystitis."  William Beaumont Hospital Research Foundation.  $ 39,000

1991-1992     "Helicobacter Antibodies in Health Care Personnel."
              William Beaumont Hospital Research Foundation. $5,000.

1992-1993     "Zileuton in Acute and Chronic Treatment of Ulcerative Colitis"  Abbott Pharmaceuticals.  $ 20,000

1993-1995     "Intron A in the Treatment of Chronic Hepatitis C Patients with Normal Liver Function Tests"  (Co-investigator)  Schering Pharmaceuticals  $ 12,000

**Thesis Advisor:**     Mohamed Gumie.     M.D. Thesis.
                        Role of Hepatitis B Viral Infection in Endemic
                        Hepatosplenomegaly in Egypt.  1984.
                        Zagazig University School of Medicine.
                        Zagazig, Egypt.

**Lecturer:**     1982-1987     University of Connecticut School of Medicine
                                2nd Yr. Class.  Bile Secretion, Hepatitis,Liver
                                     Function, Gallstones

| 1982-1986 | Postgraduate Course.  University of Connecticut School of Medicine.Viral Hepatitis, Non A- Non B Hepatitis, Therapeutic Endoscopy |
| 1991-1993 | Wayne State University School of Medicine 2nd Yr. Class.  Abdominal Examination.  Liver  Diseases 3rd Yr. Class.  Management of UGI Hemorrhage  Management of Liver Diseases |
| 2012- | Oakland-Beaumont School of Medicine 2nd yr class -  Ischemic colitis, diverticulosis, IBS |

**PUBLICATIONS**

**ARTICLES**

1. Mucosal Invasion of Campylobacter Enteritis.  MC Duffy, JB Benson, SJ Rubin.  <u>Am. J. Clin. Path.</u> 73: 706-708, 1980.

2. Direct Determination of the Driving Forces for Taurocholate Uptake into Rat Liver Plasma Membrane Vesicles.  MC Duffy, BL Blitzer, JL Boyer.  <u>J. Clin. Invest.</u> 72: 1470-1481, 1983.

3. WICAT Systems Videodisk Training Program.  Aspirin Gastritis and Reflux Esophagitis.  Smith, Kline, and French.  Interactive Videodisk program.  MC Duffy and J Freston.  1985.

4. Pathophysiology of Intrahepatic Cholestasis and Biliary Obstruction.  MC Duffy, JL Boyer.  (Chapter) In <u>Bile Pigments and Jaundice:  Molecular, Metabolic, and Medical Aspects.</u>  JD Ostrow, Ed. Marcel Dekker, New York, 1986. p. 333-372.

5. Activation of Blood Coagulation in Crohn's Disease.  Increased Plasma Fibrinopeptide A Levels and Enhanced Generation of Monocyte Tissue Factor Activity.  RL Edwards, JB Levine, R Green, MC Duffy, E Matthews, W Brande, FR Rickles.  <u>Gastroenterology</u> 92: 329-337, 1987.

6. Severe Ulceration and Delayed Perforation of the Esophagus After Endoscopic Variceal Sclerotherapy.  BR Bacon, DS Camara, MC Duffy.  <u>Gastrointestinal Endoscopy</u>. 33: 311-315, 1987.

7. Chronic Cholestasis.  MC Duffy.  (Chapter) In <u>Current Therapy in Gastroenterology and Liver Diseases-3</u>.  TM Bayless, Ed.  BC Decker, Inc., Philadelphia.  1990.  p. 485-488.

8. Diagnosis and Treatment of Gastritis.  (Chapter).  R Barnes and MC Duffy.  In <u>Gastritis</u>.  R. Kozol, Ed. CRC Press 1992. p. 183-202.

9. Spontaneous Reactivation of Chronic Hepatitis B Virus Infection Leading to Fulminant Hepatic Failure.  RA Meyer, MC Duffy.  <u>J. Clinical Gastro</u>. 17: 231-4, 1993.

10. Gastritis.  Michael Duffy and Brian Swansiger.  In <u>Conn's Current Therapy</u>.  Robert E. Rakel, Ed.  WB Saunders Co., Philadelphia, PA  p. 485-487, 1997.

11. Erythromycin-Induced Primary Biliary Cirrhosis.  D Lazarczyk, MC Duffy.  <u>Dig. Dis. Sci</u>. 2000.

12. Endoscopic Management of Early Upper Gastrointestinal Hemorrhage Following Roux-en-y Gastric Bypass.  LH Jamil, K Krause, D Chengelis, R Jury, C Jackson, M Cannon and MC Duffy.  <u>American Journal of Gastroenterology</u> 103:86-91, 2008

13. Inflammatory Bowel Disease and Other High Risk Conditions for Colon Cancer.  (Chapter) – GI Clinics of North America.  March 2008.  Vol 37, No. 1, 191-231.  A Konda and MC Duffy.

14. Radiation microsphere–induced GI ulcers after selective internal radiation therapy for hepatic tumors: an under recognized clinical entity.  Amulya Konda, MD, Michael A. Savin, MD, Mitchell S. Cappell, MD, PhD, Michael C. Duffy, MD, FACG  Gastrointestinal Endoscopy 70: 561-567, 2009.

15. Utility of Repeated Abdominal CT Scans After Prior Negative CT scans in Patients Presenting to ER with Nontraumatic Abdominal Pain.  Borko Nojkov, MD, Michael C. Duffy, MD, Mitchell S. Cappell, MD, PhD.  <u>Digestive Disease and Sciences</u> 58: 1074-1083, 2013.

16. Prevalence of Anti-Hepatitis C Antibody Among Arab & Chaldean Americans in Southeast Michigan, USA".  LH Jamil, MC Duffy.  *Ethnicity & Disease*. Accepted for publication 2013.

17. Colonic Endometriosis Presenting as a Sigmoid Stricture Requiring Laparoscopic Colonic Surgery for Diagnosis and Treatment.  Borko Nojkov, Michael C Duffy, Mitual Amin, Mitchell S. Cappell. Dig. Dis. Sci. 58: 3368-3373, 2013

18. Inappropriate Multi-Target Stool DNA Use for Colorectal Cancer Screening:  Risks, Compliance and Outcomes.  Nicholas J. Lazar, Ali Khreisat, Roa's AlKloub, Alsadiq Al-Hillan, Michael Duffy.  Cureus.  June 16, 2023.

## ABSTRACTS

1. Changes in Coagulation Activation as Measured by Plasma FPA Following Therapy in Patients with Crohn's Disease.  MC Duffy, M Cronlund, JB Levine. <u>Gastroenterology</u> 76: 1126, 1979.

2. Effect of Acute and Chronic Hyperglycemia on Glucose Influx Across the Brush Border Membrane of the Rat Intestine In Vivo.  MC Duffy, RL Scheig, JJ Hajjar. <u>Gastroenterology</u> 78: 1160, 1980.

3. Direct Determination of the Driving Forces for Taurocholate Uptake Into Liver Plasma Membrane Vesicles.  MC Duffy, BL Blitzer, JL Boyer.  Hepatology 1: 507, 1981.

4. Isolation of Purified Canalicular Plasma Membranes in High Yield from Rat Liver. PJ Meier, MC Duffy, JL Boyer.  <u>Hepatology</u> 2: 737, 1982.

5. Hepatitis B Infection and Liver Histopathology in Egyptian Hepatosplenic Schistosomiasis.  M Gumie, F Forouhar, O El Haig, MC Duffy.  <u>Hepatology</u> Sept-Oct. 1985.

6. Spontaneous Reactivation of Hepatitis B Virus Leading to Fulminant Hepatic Failure.  R Meyer, M Duffy.  <u>Am. J. Gastro</u>. 1990.

7. Celiac Disease Presenting as Iron Deficiency Anemia.  GW Kulesza, TJ Alexander, MC Duffy.  <u>Am. J. Gastro.</u> 1992.

8. Helicobacter Pylori Antibodies in Endoscopy Personnel. RE Barnes, DS Kahlon, GT Nahhas, MA Zervos, MC Duffy.  <u>Am. J. Gastro.</u> 1992.

9. Effect of Ursodeoxycholic Acid Treatment in Patients with Chronic Acalculous Cholecystitis.  J Puccio, S Patel, D Fink-Bennett, D Mezwa, J Long, MC Duffy. <u>Gastroenterology</u>  May 1993.

10. Helicobacter Pylori Antibodies in Endoscopy Personnel. DS Kahlon, RE Barnes, GT Nahaas, MA Zervos, MC Duffy.  American Journal of Gastroenterology 88:1510, 1993.

11.  Congenital Hepatic Fibrosis:  An Unusual Cause of Portal Hypertension in a Renal Transplant Patient.  VP Kodali, GW Kulesza, SC Gordon, MC Duffy.  American Journal of Gastroenterology 88:1617, 1993.

12.  Cholangiocarcinoma Arising in the Setting of Unsuspected Primary Sclerosing Cholangitis with Normal Alkaline Phosphatase.  JS Sekhon, MC Duffy, SG Gordon. American Journal of Gastroenterology.  91: 2039, 1996.

13.  Erythromycin-induced Primary Biliary Cirrhosis.  DA Lazarczyk, MC Duffy. American Journal of Gastroenterology 93: 1674, 1998.

14. The Presentation of Primary Sclerosing Cholangitis in a Non-Tertiary Setting.  BT Gietzen, MC Duffy, SC Gordon.  American Journal of Gastroenterology  93:    , 1998.

15.  Upper Gastrointestinal Hemorrhage:  Outcomes of Medical vs Surgical vs Gastroenterological Admission.  D Lazarczyk, MC Duffy,  M.  Balasubramaniam. Gastroenterology 116: A74, 1999.

16.  Endoscopic Management of Upper Gastrointestinal Hemorrhage Following Laparoscopic Roux-en-y Gastric Bypass. L. Jamil, C Jackson, K. Krause, D. Chengelis and M. Duffy. Gastroenterology 130:  .  April 2006.

17.  Atorvastatin Decreases Seo Index in Patients with Short Duration of Disease in Ulcerative Colitis: A Randomized Placebo-Controlled Clinical Trial.  P Higgins, M Duffy, E. Zimmerman.  Oral Presentation.  American Gastroenterological Association Annual  Meeting.  Gastroenterology 130:  2006.

18. Prevalence of Hepatitis C Among Arab and Chaldean Americans in Southeast Michigan.  LH Jamil, MC Duffy, M Fakhouri, E. Barkho, R. Khoury, H Fakhouri, H Jamil.  Gastroenterology 132: A345, 2007.

19.  Refractory Peptic Ulcer Disease:  A Rare Presentation of Annular Pancreas.  LH Jamil, MC Duffy, MS Cappell.  American J Gastro. 102: S418, 2007.

20.  Endometriosis:  A rare cause of rectal bleeding.  S Fox, MC Duffy.  American J. Gastro. 102:S305, 2007

21.  C. difficile Enteritis in Ileostomy Patients: Report of Three Cases and Review of
     the Literature.  LH Jamil, A Konda, L Dieterle, K Tazi, G Polidori, MC  Duffy.
     American J Gastro. 102: S369, 2007.

22.  Clostridium difficle Infection:  Not Only for Colon Anymore!  A Konda, L Jamil, M
     Duffy.  American J. Gastro. 103: S96, 2008.

23.  Collateral Damage Following Selective Internal Radiation Therapy (SIRT) for
     Hepatic Tumors.  A Konda, M Duffy, M Savin.  American J. Gastro. 103: S481,
     2008.

24. Utility of Repeated Abdominal CT In Patients With An Initially Negative CT Scan
    Presenting to ER With Non-Traumatic Abdominal Pain.  Borko Nojkov, Mitchell
    Cappell, Michael Duffy.  Gastroenterology.  May 2011.

25. Utility of Repeated Abdominal CT In Patients With An Initially Negative CT Scan.
    Borko Nojkov, Mitchell Cappell, Michael Duffy.   American Journal of
    Gastroenterology, October 2011.

26.     Benign Capillary Hemangioma Masquerading as Colon Cancer.  N. Aggarwal, P.
Jha, M. Alkhero, M. Xie, M. Duffy.  Poster presentation—American College of
Gastroenterology.  American Journal of Gastroenterology  Vancouver BC  Nov 2023

# SYED MOHAMMAD AKBAR JAFRI, M.D.

# Curriculum Vitae

# Syed Mohammad Akbar Jafri, M.D.

## mjafri@urologist.org

## Cell:  404-217-5762

| | |
|---|---|
| ***Work Address*** | Comprehensive Urology |
| | 31157 Woodward Avenue |
| | Royal Oak, MI 48073 |
| ***Citizenship*** | USA |

***Education***

| | |
|---|---|
| 2007 | M.D. Emory University School of Medicine, Atlanta, GA |
| 2003 | B.S. (Economics), University of Michigan, Ann Arbor, MI |
| 1999 | Detroit Country Day School, Beverly Hills, MI |

***Post-Graduate Training***

| | |
|---|---|
| Residency | Urology, Emory University School of Medicine, |
| | Atlanta, GA (2008-2012) |
| Internship | General Surgery, Emory University School of Medicine, |
| | Atlanta, GA (2007-2008) |

***Professional Experience***

| | |
|---|---|
| 2012-Present | Comprehensive Urology, Division of Michigan Healthcare Partners |
| 2014-Present | Assistant Professor—Oakland University William Beaumont Hospital |
| | School of Medicine |

*Current Titles and Affiliations*

- Primary appointment
  - o Assistant professor, Oakland University William Beaumont School of Medicine, 2015-Present
  - o Partern, Michigan Healthcare Professionals, 2013-Present
- Other administrative appointments
  - o Chairman of Data Safety and Monitoring Board (DSMB), Lipella LP-08 Clinical Trial, 2015-2018
  - o Michigan State Medical Society 2015.  Medical School presentation judge
  - o Principle investigator for Site Comprehensive Urology; A Phase 3 Randomized, efficacy and safety study of Enzalutamide plus Leuprolide, Enzalutamide monotherapy, and placebo plus Leuprolide in men with high-risk nonmetastatic prostate cancer progressing after definitive therapy, 2016-2018
  - o Teaching Faculty of Men's Health and Complex Urologic Care in the Department of Urology of William Beaumont Hospital, 2016-Present
  - o Oakland University William Beaumont School of Medicine "PRISM" Mentor 2016-Present
  - o Sub-Investigator for Site Comprehensive Urology, SPARTAN study, 2015-2017
  - o Oakland University William Beaumont School of Medicine Department of Urology Student Liaison 2017-Present
  - o Michigan Urological Surgery Improvement Collaboration (MUSIC) ROCKS (Reducing Operative Complications from Kidney Stones) Clinical champion 2018-Present
  - o Oakland University William Beaumont School of Medicine Renal/Genitourinary Course director 2020-Present
  - o Oakland University William Beaumont School of Medicine M3-M4 Assistant Dean for Career Advising 2022-Present

*Licensure*

2007-2012          State of Georgia—Training License #2603

2012-Present       Stage of Michigan—License #4301100042

2012-Present       DEA #FJ3182374

## Honors/Awards

1. **Jafri SM**, Moses KA, Delman KA, Ogan K, Kooby D, Master V.  Minimally Invasive Inguinal Lymphadenectomy via Leg Endoscopic Groin (LEG) Procedure:  Comprehensive assessment of Immediate and Intermediate Complications.  7th Annual Georgia Urological Association, February 2010.
    a. *First place—Excellence in Research Award*
2. Emory University School of Medicine Resident Teacher Award, May 2010
    a. *Award given to a single resident within the Emory University Hospital system recognizing excellence in teaching nominated by the graduating medical school class*
3. Systems-based Practice Emory University Department of Urology Resident Competition.  Radical Cystoprostatectomy:  A Charge Analysis. June 2010
    a. *1st place*
4. Emory University School of Medicine Department of Urology "Outstanding Academic Achievement" award.  June 2010
5. Systems-based Practice Emory University Department of Urology Resident Competition.  Professional Dress in Medicine—Quality and Patient Safety Team Project, June 2012
    a. *1st place*


## Publications

1. Jeansonne LO, White BC, Nguyen V, **Jafri SM,** Swafford V, Katchooi M, Khaitan L, Davis SS, Smith CD, Sedghi S, Lin E.  Endoluminal Full-thickness Plication and Radiofrequency Treatments for GERD:  An outcomes comparison.  Arch Surg. 2009 Jan; 144(1): 19-24
2. Ball CG, **Jafri SM**, Kirkpatrick AW, Rajani RR, Rozycki GS, Feliciano DV, Wyrzykowski AD.  Traumatic urethral injuries:  Does the digital rectal examination really help us?.  Injury. 2009; Sep; 40(9): 984-6.
3. Kaye JD, **Jafri SM**, Cuda SP, Kalisvaart JF, Cerwinka WH, Kirsch AJ.  Same-setting Laparoscopic Antegrade Continence Enema and Antegrade Bladder Neck Injection for the Treatment of Constipation and Urinary Incontinence in the Spina Bifida Population.  J Urol 2010 Oct; 184, 1644-50.
4. Master VM, **Jafri SM,** Moses K, Ogan K, Kooby DA, Delman KA.  Minimally invasive inguinal lymphadenectomy via endoscopic groin dissection:  Analysis of Immediate and Long-term complications.  J Urol 2012 Oct; 188 (4), 1176-80.
5. Canter DJ, Dobbs RW, **Jafri SM,** Herrel LA, Ogan K, Delman KA, Master VA.  Functional, oncologic, and technical outcomes after endoscopic groin dissection for penile carcinoma.  Can J Urol 2012 Aug; 19 (4):  6395-400.
6. Herrel LA, Butterworth RM, **Jafri SM,** Ying C, Delman KA, Kooby DA, Ogan K, Canter DJ, Master VA.  Bilateral endoscopic inguinofemoral lymphadenectomy using simultaneous carbon dioxide insufflation:  an initial report of a novel approach.  Can J Urol 2012 Jun; 19 (3):  6306-9.

7.  Boyer AC, Jafri SZ, **Jafri SM**, Amin MB.  Neuroendocrine carcinoma of the urinary bladder:  a retrospective study of CT findings.  Abdom Imaging 2012, Epub

8.  Cher ML, Dhir A, Auffenberg GB, Linsell S, Gao Y, Rosenberg B, **Jafri SM**, Klotz L, Miller DC, Ghani KR, Bernstein SJ, Montie JE, Lane BR.  Appropriateness Criteria for Active Surveillance of Prostate Cancer.   J Urol 2016 Jul 12; 16.

9.  Khourdaji IS, **Jafri SM**, Faraj K, Raofi V, Bernacki K.  Melanotic Xp11 Translocation Renal Cancer Managed With Radical Nephrectomy and IVC Tumor Thrombectomy.  Urol Case Rep. 2016 Dec 5; 10:  42-44.

10. Al-Katib S, Shetty M, **Jafri SM,** Jafri SZ.  Radiologic Assessment of Native Renal Vasculature:  A Multimodality Review.  Radiographics 2017 Jan-Feb; 37(1):  136-156.

11. **Jafri SM**, Nguyen LN, Sirls LT.  Recovery of urinary function after robotic-assisted laparoscopic prostatectomy versus radical perineal prostatectomy for early-stage prostate cancer.  Int Urol Nephrol. 2018 Dec; 50 (12):  2187-2191.

12. Dauw C, Ghani KR, Qi J, Kim T, Telang J, Seifman B, **Jafri M,** Blix G, Hollingsworth JM.  Variable Use of Postoperative Imaging Following Ureteroscopy:  Results from a Statewide Quality Improvement Collaborative.  Urology 2019 Oct 13.

13. Wojno KJ, Baunoch D, Luke N, Opel M, Korman H, Kelly C **Jafri SMA,** Keating P, Hazelton D, Hindu S, Makhloouf B, Wenzler D, Sabry M, Burks F, Penaranda M, Smith DE, Korman A, Sirl L.  Multiplex PCR Based Urinary Tract Infection (UTI) Analysis Compared to Traditional Urine Culture in Identifying Significant Pathogens in Symptomatic Patients.  Urology. 2019 Nov.

14. Wojno KJ, Baunoch D, Luke N, Opel M, Korman H, Kelly C,**Jafri SMA**, Keating P, Hazelton D, Hindu S, Makhlouf B, Wenzler D, Mansour S, Burks F, Penaranda M, Smith DE, Korman A, Sirls L. Multiplex PCR Based Urinary Tract Infection (UTI) Analysis Compared to Traditional Urine Culture in Identifying Significant Pathogens in Symptomatic Patients. *Urology*. 2019

15. Vollstedt, Annah & Baunoch, David & Wolfe, Alan & Luke, Natalie & Wojno, Kirk & Cline, Kevin & Belkoff, Laurence & Milbank, Aaron & Sherman, Neil & Haverkorn, Rashel & Gaines, Natalie & Yore, Laurence & Shore, Neal & Opel, Michael & Korman, Howard & Kelly, Colleen & **Jafri, Mohammad** & Campbell, Meghan & Keating, Patrick & Sirls, Larry. (2020). Bacterial Interactions as Detected by Pooled Antibiotic Susceptibility Testing (P-AST) in Polymicrobial Urine Specimens. Journal of surgical urology. 1.

16. Singhal U, Tosoian JJ, Qi J, Miller DC, Linsell SM, Cher M, Lane B, Cotant M, Montie JE, Bazzi W, **Jafri M**, Rosenberg B, George AK. Overtreatment and Underutilization of Watchful Waiting in Men with Limited Life Expectancy:  An Analysis of the Michigan Urological Surgery Improvement Collaborative Registry. J Urol 2020 Nov; 145:  190-196.

17. Meier J, Hiller S, Dauw CA, Hollingsworth JM, Kim T, Qi Ji, Telang J, Ghani KR,**Jafri SM**. Understanding ureteral access sheath use within a statewide collaborative and its effect on surgical and clinical outcomes. *Journal of Endourology*. 2021

18. Hiller SC, Qi J, Leavitt D, Frontera JR, **Jafri SM**, Hollingsworth JM, Dauw CA, Ghani KR and Michigan Urological Surgery Improvement Collaborative.  Ureteroscopy in

patients taking anticoagulant or antiplatelet therapy: practice patterns and outcomes in a surgical collaborative.  J Urol 2021 Mar; 205(3): 833-840.

19. Hiller SC, Daignault-Newton S, Rakic I, Linsell S, Coronado B, **Jafri SM**, Rubenstein R, Abdelhady, M, Fischer P, Sarle R, Roberts WW, Maitland C, Yousif R, Elgin R, Galejs L, Konheim J, Leavitt, D, Stockall E, Frontera R, Wolf JS, Hollingsworth JM, Dauw CA, Ghani KR. Appropriateness Criteria For Ureteral Stent Omission following Ureteroscopy for Urinary Stone Disease. *Urology Practice.* 03/2022; 9(3): 253-263

20. DiBianco JM, Daignault-Newton S, Conrado B, **Jafri SM,** Korman H, Johnson J, Ghani KR.  Dauw CA.  Variation and Correlation in Postoperative Imaging After Shockwave Lithotripsy and Ureteroscopy by Treatment Modality:  Results of a Statewide Clinical Registry.  J Urol 2022.  169: 79.85

### *Abstracts/Presentations*

1. Surgical Ureteral Injuries, Piedmont General Surgery Grand Rounds, March 2009
2. The Foley Catheter, Emory Grand Rounds, June 2009
3. Partial Nephrectomy, Emory Grand Rounds, January 2010
4. **Jafri SM**, Moses KA, Delman KA, Ogan K, Kooby D, Master V.  Minimally Invasive Inguinal Lymphadenectomy via Leg Endoscopic Groin (LEG) Procedure: Comprehensive assessment of Immediate and Intermediate Complications.  7th Annual Georgia Urological Association, February 2010—*podium presentation*

5. **Jafri SM**, Delman KA, Ogan K, Kooby DA, **Master VA**.  Complications of Endoscopic Inguinal Lymphadenectomy.  Georgia Urological Association 2010 Fall Meeting.  Sea Island GA, Sept 9-11, 2010
6. **Jafri SM**, Middour T, Ogan K, Pattaras J.  A Comparison of the Use of Intra-operative furosemide on Stone Clearance Rates with Shockwave Lithotripsy.  74th Annual SESAUA Meeting, March 2010—*podium presentation*
7. Master VA, **Jafri SM**, Moses KA, Ogan K, Kooby DA, Delman KA.  Endoscopic Groin Dissection:  Assessment of Perioperative Complications and Nodal Yield.  American Society of Clinical Oncology Genitourinary Cancer Symposium Meeting, March 2010—*poster presentation*
8. **Jafri SM**, Middour T, Ogan K, Pattaras J.  A Comparison of the Use of Intra-operative furosemide on Stone Clearance Rates with Shockwave Lithotripsy.  American Urological Association, April 2010—*podium presentation*
9. **Jafri SM,** Master VA, Moses KA, Ogan K, Kooby DA, Delman KA. Minimally Invasive Inguinal Lymphadenectomy via Leg Endoscopic Groin (LEG) Procedure: Comprehensive assessment of immediate and intermediate complications.  7th International Sentinel Node Society Meeting, August 2010—*podium presentation*
10. Prognostic Variables and Nomograms in Renal Cell Carcinoma, Emory Grand Rounds, Sebtember 2010

11. **Jafri SM**.  Prune Belly:  A case presentation and discussion of management.  Thomas Parrott Memorial Lecture, November 2010

12. Jafri M, **Master VA**, Delman KA. Videoscopic Inguinal Lymphadenectomy (VIL): Comprehensive Assessment of Immediate and Intermediate Complications7th International Sentinel Node Society Meeting (ISNS2010), November 18-20, 2010, Pacifico Yokohama, Japan

13. DeRosa A, **Jafri SM**, Ogan K, Johnson TV, Pattaras J, Carney KJ, Nieh PT, and Master VA.  Assessment of preoperative C-reactive protein as an independent predictor of Fuhrman nuclear grade in the setting of a small renal mass.  8th Annual Georgia Urological Association, February 2011—*podium presentation*

14. **Jafri SM**, Nieh PT.  Cryoablation of the Prostate:  Does size really matter? 8th Annual Georgia Urological Association, February 2011—*podium presentation*

15. **Jafri SM,** Carney KJ.  A Bleeding Kidney:  A management conundrum.  8th annual Georgia Urological Association, February 2011

16. **Jafri SM,** Carney KJ.  A Bleeding Kidney:  A management conundrum.  T-Leon Howard Imaging presentation.  SESAUA March 2011—*podium presentation*

17. **Jafri SM,** Ogan K, Johnson TV, Pattaras J, Carney KJ, Nieh PT, and Master VA.  Assessment of preoperative C-reactive protein as an independent predictor of Fuhrman nuclear grade in the setting of a small renal mass.  SESAUA March 2011—*podium presentation*

18.  **Jafri SM**, Butterworth J, Hood N, Galloway N.  Bilateral pelvic floor EMG:  A useful adjunct to urodynamic practice.  SESAUA March 2012—*podium presentation*

19. Master VA, **Jafri SM,** Ogan K, Kooby D, Delman K.  Endoscopic groin dissection for penile cancer—Initial oncologic analysis.  SESAUA March 2012—*poster presentation*

20. Master VA, **Jafri SM,** Ogan K, Kooby D, Delman K.  Endoscopic groin dissection for penile cancer—Initial oncologic analysis.  AUA May 2012—*poster presentation*

21. Lorentz AC, **Jafri SM**, Tai C, Herrel L, Master VA.  Utility of preoperative inflammatory markers for prognosis in patients with renal cell carcinoma and vena cava tumor thrombus.  Surgical Forum American College of Surgeons 2013

22. "Your First Year in Practice—Recurrent UTI, Hypogonadism, ED".  William Beaumont Hospital Resident Teaching Conference— August 2012

23. "Prostate Cancer 101".  William Beaumont Hospital Teaching Conference—August 2013

24. "2014 Bladder Cancer Update".  William Beaumont Hospital Department of Urology Resident Teaching Conference—January 2014

25. Peyronies Disease.  Michigan State Medical Society 2015 Meeting.  Lecturer

26. Advances in Erectile Dysfunction.  Michigan State Medical Society 2015 Meeting.  Lecturer

27. Saon M, Patil DH, Ding T, Kim FY, Torlak M, **Jafri SM**, Ogan K, Master VA.  Level of preoperative c-reactive protein (CRP) is an independent predictor of survival in patients after nephrectomy for renal cell carcinoma:  Long-term outcomes.  SESAU 2018.

28. The Greatest 30 minute Lecture on Castration Resident Prostate Cancer Ever.  Michigan Urological Society 2018.

29. Dauw C, Ghani K, Kim T, Seifman B, **SM Jafri,** Hollingsworth J.  Variable Use of Postoperative Imaging Following Ureteroscopic Stone Treatment Across Diverse Urology Practices in Michigan.  American Urological Society Meeting 2018.

30. Watson B**,** Korman A, Wojno Kirk, Korman H, Wenzler D, **Jafri SM**. (2019). Multiple Polymerase Chain Reaction Based Urinary Tract Infection Analysis Compared to Traditional Urine Culture in Identifying Significant Uropathogens in Symptomatic Patients. Podium presentation at: North Central Section of the American Urologic Association; 2019 September 11 – 14; Chicago, IL

31. Watson B, Soan M, Wojno K, Korman H, O'Connor J, **Jafri SM**. (2019) Differences in Pathogenic Organisms Detected by Polymerase Chain Reaction Based Molecular Testing and Traditional Urine Culture for Symptomatic Urinary Tract Infections. Poster presented at: North Central Section of the American Urologic Association; 2019 September 11 – 14; Chicago, IL

32. Watson B, Olive E, Wojno K, Korman H, Mansour, S, **Jafri SM.** (2019). Multiplex Polymerase Chain Reaction Testing Compared to Traditional Urine Culture for Detection of Uropathogens in Female and Male Patients with Symptomatic Urinary Tract Infections. Poster presented at: North Central Section of the American Urologic Association; 2019 September 11 – 14; Chicago, IL

33. Meier K, Hiller S, Dawe C, Hollingsworth J, Ghani K, Kim T, Swarna K, Telang J, **SM Jafri.**  Understanding ureteral access sheath use within a statewide collaborative and its effects on surgical outcomes and complications.  American Urological Society Meeting 2019.

34. Watson B, George A, Qi Ji, Miller D, Linsell S, Peabody J, Montie J, **Jafri SM.**  Evaluating Urinary Continence Outcomes Following Immediate Versus Delayed Radical Prostatectomy:  Results from a Statewide Quality Improvement Collaborative.  American Urological Society North Central Section Meeting 2020.

35. Vollstedt A, Luke N, Wojno K, Kelly C, Smith D, Banouch D, Opel M, Korman H, Keating P, Burks F, **Jafri M,** Cline K, LaBelkoff L, Milbank A, Sherman N .  Agreement of Traditional Urine Culture and Multiplex PCR:  Results from a prospective study.  Moderated poster:  American Urological Society North Central Section Meeting 2020

36. Vollstedt A, Luke N, Wojno K, Kelly C, Smith D, Banouch D, Opel M, Korman H, Keating P, Burks F, **Jafri M,** Cline K, LaBelkoff L, Milbank A, Sherman N Resistance patterns as detected by urobiome antibiotic susceptibility testing (U-AST) in polymicrobial urinary tract infections. Moderated poster:  American Urologic Association Meeting 2020.

37. Hyung Joon Kim*, Stephanie Daignault-Newton, John M. DiBianco, Ann Arbor, MI, S. Mohammad Jafri, Royal Oak, MI, Brian Seifman, Royal Oak, Troy, MI, Eduardo Kleer, Ypsilanti, MI, Casey A. Dauw, Khurshid R. Ghani, for the Michigan Urological Surgery Improvement Collaborative, Ann Arbor, MI.  Real-world practice stone-free rates after ureteroscopy from a surgical collaborative:  Much to improve.  Moderated poster:  Americal Urological Association Meeting 2020.

38. Hyung Joon Kim*, Stephanie Daignault-Newton, John M. DiBianco, Ann Arbor, MI, S. Mohammad Jafri, Royal Oak, MI, J. Rene Frontera, Saint Claire Shores, MI, Brian Seifman, Royal Oak, Troy, MI, Khurshid R. Ghani, Casey A. Dauw, for the Michigan Urological Surgery Improvement Collaborative, Ann Arbor, MI.  Preoperative urine testing for ureteroscopy in the State of Michigan:  American Urological Association

Guideline Adherence and Clinical Implications:  Moderated Poster at Americal Urological Association 2022 Meeting.

39. Hijazi MA, Prebay ZJ, Johnson A, Wilder S, Patel A, Mehra R, Montie JE, Noyes SL, Mirza M, **Jafri M**, Weizer A, Sarle R, Ghani KR, Rogers C, Lane BR.  Utilization of a virtiual tumor board for the care of patients with renal masses:  Experience from a quality improvement collaborative:  Podium presentation at the 2022 American Urological Association Meeting

40. Butaney M, Wilder S, Patel AK, Qi J, Mirza M, Noyes SL, Johnson A, Van Til M, **Jafri SM,** Ginsburg KB, Rogers CG, Lane BR.  Initial management of indeterminate renal lesions in a statewide collaborative. A MUSIC-Kidney analysis.  Podium presentation for 2022 American Urologic Association Meeting.

## *Book Chapter*

1. **Jafri SM** and Ritenour CW.  Inflatable Penile Prosthesis.  In:  Medical Management of the Surgical Patient:  A Textbook of Perioperative Medicine.  Lubin MF, Dodson TF, Winawer NH (eds).  Cambridge Univ Pr, Ch , pp , 2013.

2. Chenam A and **Jafri SMA**.  Complications of Inguinal Lymphadenectomy.  In:  Malignancies of the Groin.  Delman KA and Master VM (eds).  Springer International Publishing, 2018.

## *Professional Societies, Memberships, and Committees*

| | |
|---|---|
| 2007-2012 | American Urological Association, Candidate Member |
| 2007-2012 | Southeastern Section of American Urological Association, Resident Member |
| 2007-2012 | Georgia Urological Association, Member |
| 2007- 2012 | Endourological Association, Member |
| 2013-Present | Michigan Urologic Society, Member |
| 2013-Present | Michigan Association of Physicians of Indian Origin (MAPI) |
| 2012-Present | North Central Section of American Urological Association, Member |
| 2012-Present | American Urological Association, Member |