# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KOHCHISE JACKSON,

        Plaintiff,

v.

CHS TX, Inc., et al.,

        Defendants.

Case No. 2:19-cv-13382

Hon. Gershwin A. Drain

---

## PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff Kohchise Jackson, through counsel, submits the following proposed verdict

form:

## <u>VERDICT FORM</u>

We the jury unanimously answer the following questions submitted to us:

---

<u>ITEM NO. 1, LIABILITY:</u>

A.      On the *Monell* claim by the Plaintiff against Defendant Corizon Health, Inc./CHS TX, Inc., we the jury find in favor of:

        _____Plaintiff Kohchise Jackson

        _____Defendants Corizon Health, Inc/CHS TX, Inc.

B.      On the claim by the Plaintiff against Defendant Dr. Keith Papendick for deliberate indifference to serious medical needs, we the jury find in favor of:

        _____Plaintiff Kohchise Jackson

        _____Defendant Dr. Keith Papendick

**If you found for the plaintiff against any defendant on item A through B, continue on to Item No. 2 and Item No. 3. If you find for the defendants on both items above, stop.**

<u>ITEM NO. 2, COMPENSATORY DAMAGES:</u>

We find that Plaintiff suffered non-economic damages in the amount of:

$_____

**[continue on next page]**

ITEM NO. 3, PUNITIVE DAMAGES:

**You may not assess punitive damages against a defendant unless you first found against that defendant in Item No. 1, above.**

We assess punitive damages against Defendant Corizon Health, Inc/CHS TX, Inc. as follows:

$ _____

We assess punitive damages against Defendant Dr. Keith Papendick as follows:

$ _____

Signed,

_____

Foreperson

Page 3

Respectfully submitted,

*/s/ Ian T. Cross*
Ian T. Cross (P83367)
Laurence H. Margolis (P69635)
Attorneys for Kohchise Jackson
402 W Liberty St.
Ann Arbor, MI 48103
734-994-9590
ian@lawinannarbor.com
larry@lawinannarbor.com