**John Webber, M.D.**
**07/29/2025**

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF MICHIGAN

3                SOUTHERN DIVISION

4   KOHCHISE JACKSON,

5        Plaintiff,

6                    Case No. 19-cv-13382

7    -vs-             Hon. Gershwin A. Drain

8

9   CHS TX, INC., et al.,

10       Defendants.

11   _____/

12   PAGE 1 TO 81

13

14      The de bene esse video deposition of

15      JOHN WEBBER, M.D.,

16      Taken at 1 William Carls Drive, Conference Room 1C,

17      Commerce Charter Township, Michigan,

18      Commencing at 4:40 p.m.,

19      Tuesday, July 29, 2025,

20      Before Jennifer Wilke, CSR-8575.

21

22

23

24

25



**John Webber, M.D.**
**07/29/2025**                                          **Pages 2..5**

Page 2

```
1    APPEARANCES:
2    MR. JONATHAN ROBERT MARKO - P72450
3    Marko Law PLLC
4    220 West Congress Street, 4th Floor
5    Detroit, Michigan 48226-3289
6    (313) 777-7529
7    jon@markolaw.com
8        Appearing on behalf of the Plaintiff.
9
10   MS. RACHEL BETH WEIL - #49844 (PA)
11   Bowman and Brooke LLP
12   123 South Broad Street, Suite 1512
13   Philadelphia, Pennsylvania 19109-1029
14   (610) 715-5566
15   rachel.weil@bowmanandbrooke.com
16       Appearing on behalf of the Defendants.
17
18   THE VIDEOGRAPHER:   Marc Myers
19
20   ALSO PRESENT:       Ian Cross, Esq.
21                       Neal Rogers
22                       Nathan Lumbard
23
24
25
```

Page 3

```
1               TABLE OF CONTENTS
2    Witness
3    JOHN WEBBER, M.D.
4
5            E X A M I N A T I O N S
6                                              Page
7    VOIR DIRE EXAMINATION BY MR. MARKO:          5
8    DIRECT EXAMINATION BY MR. MARKO:            20
9    CROSS-EXAMINATION BY MS. WEIL:              54
10   REDIRECT EXAMINATION BY MR. MARKO:          71
11
12
13             E X H I B I T S
14   Exhibit                                    Page
15   PLAINTIFF EXHIBIT NO. 106                    15
16     Dr. Webber's Curriculum Vitae (16 pages)
17   PLAINTIFF EXHIBIT NO. 13                     48
18     Claims with From Date of Service between Jan 1,
19     2000 and July 15, 2021 for Kohchise Jackson
20     (22 pages)
21   DEFENSE EXHIBIT H                            69
22     Surgical Documents (6 pages)
23   DEPOSITION WEBBER EXHIBIT NO. 1              80
24     Deposition Notes (2 pages)
25           (Exhibits attached to transcript.)
```

EXAMINATIONS

VOIR DIRE EXAMINATION BY MR. MARKO: — 5
DIRECT EXAMINATION BY MR. MARKO: — 20
CROSS-EXAMINATION BY MS. WEIL: — 54
REDIRECT EXAMINATION BY MR. MARKO: — 71

EXHIBITS

PLAINTIFF EXHIBIT NO. 106 — 15
PLAINTIFF EXHIBIT NO. 13 — 48
DEFENSE EXHIBIT H — 69
DEPOSITION WEBBER EXHIBIT NO. 1 — 80

Page 4

```
1    Commerce Charter Township, Michigan
2    July 29, 2025
3    About 4:40 p.m.
4        THE VIDEOGRAPHER:  We are now on the record.
5    This is the video-recorded deposition of Dr. John Webber
6    being taken in Commerce Township, Michigan.  Today's
7    date is July 29th, 2025.  The time is now 4:40 p.m.
8        And at this time, will the attorneys please
9    state their appearances for the record, and the court
10   reporter, please swear in the doctor.
11       MR. MARKO:  Good afternoon, ladies and
12   gentlemen of the jury, Judge Drain.  This is Jon Marko
13   on behalf of the plaintiff, Kohchise Jackson.
14       MS. WEIL:  Good afternoon.  This is
15   Rachel Weil from Bowman & Brooke on behalf of the
16   defendants CHX Texas and Dr. Keith Papendick.
17       THE COURT REPORTER:  And, Dr. Webber, please
18   raise your right hand.  Do you solemnly swear or affirm
19   that the testimony you are about to give will be the
20   truth, the whole truth, and nothing but the truth?
21       DR. WEBBER:  Yes, I do.
22           JOHN WEBBER, M.D.,
23   having first been duly sworn, was examined and testified
24   on his oath as follows:
25       MR. MARKO:  Good afternoon, Doctor.
```

Page 5

```
1        THE WITNESS:  Good afternoon, Mr. Marko.
2    VOIR DIRE EXAMINATION BY MR. MARKO:
3    Q.  I'm Jon Marko.  I met you today for the first time; is
4        that true?
5    A.  That is true.
6    Q.  And tell the jury who you are.
7    A.  I'm John Webber, and I am a general surgeon --
8        board-certified general surgeon.
9    Q.  And just so we can orient ourself as to how you came in
10       to be a character in this case --
11   A.  Yes.
12   Q.  -- you are the doctor that performed the colostomy
13       reversal on my client, Mr. Jackson?
14   A.  I am.
15   Q.  And so if we look at -- this is a demonstrative timeline
16       that the jury will have seen by now, but assuming
17       Mr. Jackson was released on May 16th, 2019, you
18       performed the surgery on June 19th, 2019, to reverse
19       the colostomy that he had?
20   A.  Yes.  If that is what the record states, yes.
21   Q.  Okay.  And are you some doctor that anybody went out and
22       found to pay to be in this case, or are you a treating
23       doctor?
24   A.  So, I am a treating doctor.  And I was offered paid in
25       this case, but I have not accepted payment for this
```



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**John Webber, M.D.**
07/29/2025

1   case.
2   Q.   You're testifying without payment even though you know
3        you're entitled to it for your time as a medical
4        professional?
5   A.   That's correct.  I am not.
6   Q.   Why, Doctor?
7   A.   Well, one, because I think in this case, my morals
8        wouldn't allow me to be paid for it because I'm a
9        treating physician here and I am going to speak my
10       opinion about what I believe should or should not have
11       been done.
12  Q.   Thank you so much on behalf of Mr. Jackson, Doctor.
13  A.   All right.
14  Q.   I appreciate your time, and I will try to respect it as
15       much as I can and move this along, okay?
16  A.   Thank you, sir.
17  Q.   So, we're gonna give the jury a little road map here.
18       So, we're gonna talk about your credentials, your
19       background, and then we're gonna talk about how you
20       began -- you became to treat as a treating physician to
21       try to heal Kohchise Jackson, then we're gonna talk
22       about some of your opinions in this case.  Does that
23       sound fair?
24  A.   Yes.
25  Q.   So, let's just get the million doctor question out of

1    the way here.  Dr. Webber, in your professional medical
2    opinion, as a treating physician, a neutral treating
3    physician, was Mr. Jackson's reversal surgery that you
4    performed on June 19th of 2019 medically necessary?
5  A.   Yes.  Without a doubt.
6  Q.   Without a doubt, you say?
7  A.   Yes.
8  Q.   One other area that we're gonna cover today:  Was a
9    delay in Mr. Jackson's reversal surgery of at least two
10   years to get this colostomy reversed, did it pose
11   medical harm risks to Mr. Jackson to have it delayed
12   that long?
13  A.   So, yes.  There are different types of harm that could
14       occur from failure or delay in reversal.  If you broadly
15       categorize the harm into psychological harm versus
16       physical or physiologic harm, two different categories.
17           Obviously, there's a psychological component
18       to wearing a colostomy bag for the patient.  They're --
19       again, you know, people don't like them, that's not
20       natural, you're not born with a colostomy, and
21       therefore, patients see a psychological issue with it.
22       It usually lowers or devalues the patient's sense of
23       self-worth to some extent.  They are afraid to, you
24       might say, interact socially with people because of how
25       they may be perceived by others who don't have a

1    colostomy bag; meaning, they don't look like all the
2    other people that they may be present with.  If you go
3    to events like a pool party or something like that, they
4    would have difficulty interacting in that environment.
5        And, again, there's a lot of emotional toll
6    that it takes on a patient to have to wear a colostomy
7    bag for a prolonged period of time.  And some of that
8    emotional damage is hard to recover, even after the
9    colostomy is reversed.
10       But speaking to the physical harm that
11   potentially could occur, colostomies are not without
12   complication, and colostomies are known to develop
13   complications in quite a few percentage of the patients.
14  Q.   You're talking about the bag, the colostomy --
15  A.   The actual colostomy itself.
16       Now, when you say bag, that's a physical
17   appliance that covers the actual colostomy.  The
18   colostomy, we abbreviate in the medical field as a
19   stoma, S-T-O-M-A, and that literally means that the part
20   of the intestine where the rest of the colon, in that
21   case, it would be the colostomy, or the ileum, in that
22   case, it would be an ileostomy, the actual bowel is
23   brought out through the abdominal wall and sutured to
24   the skin so that the patient literally defecates onto
25   their skin.

1        Obviously, we don't want them to defecate onto
2    their skin, but they -- that's why we pouch it with a
3    bag.  So, the bag is technically just the appliance that
4    you place over the colostomy itself.
5  Q.   Understood.  And is that delay in getting reversal, is
6    there a risk of physical harm?
7  A.   Yes.  So, the physical harm that can occur when you
8    don't reverse a colostomy is they can develop what is
9    called prolapse of a colostomy, and that's where the
10   colostomy protrudes out for some distance from the skin
11   level.  Typically, when we put them there, they're only
12   protruding maybe a couple centimeters above the level of
13   the skin.
14  Q.   Understood.
15  A.   But in a case of a prolapse, they can protrude to be
16   many centimeters, even 15, 20 centimeters.
17  Q.   Understood.
18  A.   And that could cause problems with the actual process of
19   defecation.
20       Another complication of a colostomy is the
21   development of what we would call a paracolostomy or a
22   parastomal hernia where the original hole that the colon
23   goes through, although, we try to make the hole in the
24   muscle layers or fascia snug around the colostomy, in
25   time, as it occurs in almost all patients, the hole

**John Webber, M.D.**
**07/29/2025**                                    **Pages 10..13**

1  widens.  And then you get a bigger hole.  The colon
2  itself or the colostomy remains the same size or
3  diameter, but the hole around it is now wider and so
4  knuckles of bowel can sneak into there and develop what
5  we call a bowel obstruction.  And bowel obstructions can
6  and sometimes are life-threatening.  I mean --
7  Q.  So, these are all risks of harm that Mr. Jackson would
8      have been exposed to due to the prolonged delay in
9      getting the reversal?
10 A.  Yes.  And --
11          MS. WEIL:  Objection.  Argumentative.
12 Q.  Go ahead.
13 A.  And another complication of a colostomy is the
14     development of what we call a colostomy stenosis, or a
15     recessed colostomy, where the colostomy shrinks.
16     Instead of being rose budded off the abdominal wall by
17     two centimeters, it actually recesses into the skin so
18     that it's hard to even see.  And if it becomes stenotic
19     or recessed or sunken, some people call it a sunken
20     colostomy, it's hard to defecate through that colostomy,
21     and that would mimic a large bowel obstruction which is
22     also life-threatening.
23 Q.  These are serious risks?
24 A.  Again --
25          MS. WEIL:  Objection.  Argumentative.

1  Q.  Are they serious risks?
2  A.  Not only serious risks, but potentially life-threatening
3      risks.
4  Q.  Understood.  Let's talk about who you are and some of
5      your background so the jury knows how you're qualified
6      to give opinions in this case.  Tell the jury, where
7      were you born, and tell us about your education.
8  A.  Sure.  I was born in Osaka, Japan, many, many years ago,
9      and I was actually put in an orphanage, my twin brother
10     and I.  And thank God my adoptive parents, for better or
11     worse, couldn't have their own children so they -- my
12     dad was actually flying in Vietnam during the Vietnam
13     War for the U.S. military, and he decided, he -- my
14     mother -- I'm sorry.  My mother and him decided to adopt
15     us, my twin brother and I.
16          So, we came to the United States in 1969, went
17     to U.S. schools, ended up living in Georgia -- it's
18     pertinent to the story -- and one day, I was watching TV
19     and watched the Wolverines play, and I loved the
20     helmets.
21          And I said to my dad, because he was flying in
22     Michigan for a company in Michigan now, and I said, "Who
23     are these guys with these helmets?"
24          And he goes, "Those are the Michigan
25     Wolverines."  They go -- he goes, "I fly out of

1  Ypsilanti right by Ann Arbor."
2          And I had good grades, and I said, "I want to
3  go to that school."
4          So, I applied U of M after I toured it, flew
5  up with my dad and toured it, and went to University of
6  Michigan Ann Arbor for my undergraduate degree.
7          And then my mother developed a brain cancer,
8  and I decided watching the neurosurgeon talk to my dad
9  during -- after the surgery, I said, "I want to be a
10 surgeon."
11 Q.  That experience led you to become a surgeon?
12 A.  Yes.
13          So, I said, "Man, I want to be a surgeon.  I
14     want to be like that guy."
15          And so that was my goal when I went to medical
16     school, to become a surgeon.  Actually, I wanted to be a
17     neurosurgeon, but I decided I prefer to be a general
18     surgeon, so.
19 Q.  And is that what you are today?
20 A.  I am a general surgeon today.
21 Q.  And what does that mean that you're a general surgeon?
22 A.  So, a general surgeon sounds like exactly what it means
23     to some extent, general meaning we are not focused on
24     the brain and stuff like that because we don't do brain
25     surgery, we don't do orthopedic surgery.  We do surgery

1  of the bowels, of the breast, of soft tissues.  We do
2  trauma surgery.  We do weight loss surgery, hernia
3  surgeries, colon surgeries, colostomies, meaning
4  creating colostomies and reversing colostomies.  We
5  do --
6  Q.  How many of those have you done?  Like, we're here to
7      talk about a colostomy surgery, right, that was
8      originally done, and then a reversal that was done by
9      you.  How many of these reversals have you done in your
10     career, Doctor?
11 A.  Yeah, it's hard to say.  I mean, I'll guesstimate that I
12     do about one to two reversals a month, maybe 18 a year,
13     and I've been in practice for 26 years.  So if you want
14     to take a rough estimate, it would be about 26 years
15     multiplied by 18, and that would give you a rough
16     estimate of how many colostomy reversals I've done.
17 Q.  Now, I went to law school because I wasn't very good at
18     math, but hundreds, is that --
19 A.  Hundreds, yes.
20 Q.  Hundreds?
21 A.  It would be in the hundreds ballpark area.
22 Q.  And how long have you been practicing?
23 A.  I've been in practice 26 years, but I also did seven
24     years of residency so I've been a doctor for 33 years.
25 Q.  Did you ever teach medical students, future doctors of

Page 14

1    America and of the world?
2  A.  Yes.  So, I was in an academic group until December of
3    last year.  I worked for Wayne State University or Wayne
4    Health, and I was responsible for teaching residents.
5  Q.  These are students at Wayne State Medical School?
6  A.  So, I was responsible for teaching both medical students
7    who are not doctors yet, they're on the pathway to
8    become doctors after they matriculate for four years in
9    medical school.  So, I taught medical students in the
10   third and fourth year, meaning their second to last
11   year -- last year of medical school, and then I teach
12   residents.
13      Now, residents, although they're not
14   full-fledged surgeons, surgical residents are in
15   surgical training.  And depending on, you know, what
16   program they're in, whether it's a five-year or
17   seven-year program, I teach residents at all levels,
18   meaning from interns, meaning a first-year resident to a
19   chief resident.
20      And then I developed what we call a minimally
21   invasive bariatric surgery fellowship, only one of three
22   in Michigan.  It was the second in Michigan when I
23   developed it in 2008.  And I taught one fellow a year
24   who had completed residency and was now getting what we
25   call subspecialty post-residency training.  And

Page 15

1    actually --
2  Q.  Are you still teaching fellows --
3  A.  I am.
4  Q.  -- here at the hospital?
5  A.  I am.  I've stepped down as the program director of the
6    fellowship, and my last fellow will be graduating in two
7    days.
8  Q.  Congratulations.
9  A.  So, and then I'll start just as an adjunct member of
10   the -- I won't be as much into the teaching of bowels
11   starting August the 1st of this year.
12 Q.  And you used to be the chief of surgery.
13      Here's your CV.  It's marked as Plaintiff's --
14 A.  I was.
15 Q.  -- 106.
16      PLAINTIFF EXHIBIT NO. 106
17      Dr. Webber's Curriculum Vitae (16 pages)
18      WAS MARKED FOR IDENTIFICATION
19 A.  I was the chief of surgery at Harper from February of
20   2010, I believe, until July of last year.
21 Q.  Director of the surgery program, you told us about that?
22 A.  Right.
23 Q.  And, Doctor, are you what's called board-certified?
24 A.  I am board-certified.
25      So, board certification in the United States

Page 16

1    is fairly necessary to essentially practice in most
2    settings; meaning, when we achieve board certification,
3    we have to take a test which is a written test that we
4    have to pass, that all surgical residents will take.
5    And I'm sorry.  Yeah.  All surgeons will take.  And then
6    an oral board examination that is administered by, you
7    might say, seasoned and experienced surgeons to make
8    sure that you meet the certification to be a qualified
9    surgeon in the United States.
10      So, board certification is very important to
11   be able to practice in the field of surgery and not to
12   be limited as to where you can practice.
13 Q.  And you said that you practiced in the board of surgery.
14   It looks like here's your board certification.  You were
15   recertified.
16      What does it tell you about being a surgeon
17   and being board-certified?  You described it as fairly
18   necessary.  Does it tell you anything as a doctor that
19   the defendant in this case, Dr. Papendick, was not
20   board-certified at the time that he was making surgical
21   decisions for outpatient care?
22      MS. WEIL:  Objection.  Foundation,
23   argumentative.
24 A.  Was --
25 Q.  Go ahead.

Page 17

1  A.  -- Dr. Papendick a surgeon?
2  Q.  No, he was not.
3  A.  Well, what kind of physician is he, if I might ask?
4      MS. WEIL:  Objection.  The witness is asking
5    questions.
6      MR. MARKO:  Yeah.  That's okay.
7  BY MR. MARKO:
8  Q.  I want you to assume that Dr. Papendick is not a
9    surgeon, and not only is he not a surgeon, that he's not
10   board-certified, but that the defendant corporation put
11   him in charge of the utilization management decisions --
12      MS. WEIL:  Objection.
13 Q.  -- does that --
14      MS. WEIL:  Foundation, argumentative.
15 Q.  -- what does that tell you --
16      MR. MARKO:  Excuse me.  Can I please finish?
17      MS. WEIL:  I'm sorry.  I didn't --
18      MR. MARKO:  You're interrupting me --
19      MS. WEIL:  I thought you were finished.
20      MR. MARKO:  -- in the middle of my questions.
21      MS. WEIL:  I wasn't.  I thought you --
22      MR. MARKO:  It's unprofessional.
23      MS. WEIL:  -- were finished.
24 BY MR. MARKO:
25 Q.  I want you to assume, and the jury will hear in this



Page 18

1   case, that Dr. Papendick is not a surgeon, not only is
2   he not a surgeon but he is not board-certified, yet he
3   is making decisions and making recommendations on
4   surgery for outpatient purposes. What does that tell
5   you, Doctor?
6           MS. WEIL: Objection. Foundation,
7   argumentative.
8   Q. Go ahead.
9   A. Am I allowed to answer?
10  Q. Yes.
11  A. Okay. So, I think the fact that he's not
12      board-certified in any field is very suspect. I think
13      it's very strange not to be board-certified in any field
14      of medicine whether it be family practice, internal
15      medicine, or surgery.
16          I think it's hard for a person, one, who is
17      not board-certified and, two, who is not a surgeon to
18      make medical decisions regarding the medical necessity
19      whether somebody needs a surgical procedure or not.
20  Q. Why?
21  A. Because they're not qualified and they're not an expert.
22      It's not their wheelhouse. They have no business making
23      those decisions.
24          MS. WEIL: Objection. Assumes facts not in
25      evidence.

Page 19

1   Q. Now, going back to your qualification -- oh, it looks
2   like you were Top Doc by Our Detroit Magazine. What
3   happened? 2021, you dropped off?
4   A. I know I put 2025 [sic] as the date, but I have been Top
5       Doc every year.
6   Q. Oh, so this is --
7   A. So, I just --
8   Q. -- just not updated?
9   A. It's not really updated.
10  Q. All right. Okay. So, that's good.
11          And you were in the military. Tell the jury
12      about that, Doctor, and thank you for your service by
13      the way.
14  A. So, I joined the United States Army as a reservist as a
15      volunteer because America has been good to me. I had an
16      opportunity to get educated in the United States, to
17      become a doctor in the United States, and I felt that I
18      owed the United States something back after 9/11. So I
19      volunteered to serve in Iraq, and I was deployed to Iraq
20      with a forward surgical team from Fort Snelling,
21      Minnesota, where I took care of injured soldiers in 2003
22      in Iraq.
23  Q. So, you were -- were you in like a combat --
24  A. I was in a -- what we call a forward surgical team. It
25      was a 20-person team made up of three general surgeons

Page 20

1   and one orthopedic surgeon, multiple nurses, and some
2   support people who had a mobile unit. We could pick up
3   and be out in six hours to a combat area to treat
4   casualties.
5   Q. Are you sleeping in tents and stuff like that or...
6   A. We're on the ground.
7   Q. On the ground?
8   A. At times.
9   Q. Doctor, thank you for your service.
10  A. Thank you.
11  Q. I appreciate it on behalf of my client.
12          MR. MARKO: And at this time, I move to
13      qualify Dr. Webber as an expert in his respective fields
14      of general surgery.
15          MS. WEIL: No objection.
16  DIRECT EXAMINATION BY MR. MARKO:
17  Q. Okay. Doctor, let's talk about Mr. Jackson, why we're
18      here. Do you remember -- I know you've seen -- you've
19      probably treated a lot of patients and tried to heal
20      them in your career?
21  A. I have.
22  Q. Do you remember Mr. Jackson?
23  A. Vividly.
24  Q. Vividly? Tell the jury, how is it that of all the
25      patients that you've treated and tried to help and heal

Page 21

1   over your career, Doctor, that you remember Mr. Jackson?
2   A. Solely because of his name.
3   Q. What is that? What's his name?
4   A. So, I'm a historical buff. And when I first met him,
5       he's an African American, at least, you know,
6       externally, he looks African American to me, and he had
7       the name of Kohchise, and I knew Cochise was an Apache
8       chief.
9           And so I literally asked him, I said, "How did
10      you get the name Kohchise?"
11          And he told me he was part Indian, I believe,
12      and that's how -- why he was named of Kohchise, which
13      I've never in my life seen a person named Cochise except
14      in the historical record of the Apache Chief Cochise.
15  Q. Yeah.
16  A. And it's not spelled the same, but phenotypically -- or
17      phonetically, it sounds the same.
18  Q. Yeah. And do you -- and so you remember Mr. Jackson?
19      Did he -- was he -- can you just describe his demeanor?
20      I'm sure you see all kinds of different patients, some
21      cranky, some --
22  A. Sure. So --
23  Q. -- nice?
24  A. -- I knew -- I think he was very upfront with me and he
25      told me he was -- had been released from the department



Page 22

1    of corrections or prison.  I don't know if he said
2    department of corrections, but he had told me that, you
3    know, upfront that he had been released from prison.
4         So, you're always a little bit leery with
5    prisoners because, you know -- whatever.  Anyway, he was
6    a nice guy.  And I was, you know, pleasantly surprised
7    at how nice he was.  He was genuinely a nice guy, and,
8    you know, I remember, you know, having pleasant
9    conversations with him during his hospital stay,
10   postoperatively, and even before the surgery.
11 Q.  And if we look at the timeline here which is a
12   demonstrative, it looks like he was released on May 16th
13   of 2019.  He was able to get in the OR with you --
14 A.  Yeah.  We saw him in my clinic on Friday, May the 31st
15   of 2019.
16 Q.  Two weeks after he was let out of prison?
17 A.  Roughly 15 days after discharge from the prison.
18 Q.  And so 15 days after getting released, he was in your
19   office in where?  Commerce Township or --
20 A.  No.  He actually saw me at Harper.
21 Q.  Harper?
22 A.  Yes.
23 Q.  Okay.
24 A.  Which is downtown Detroit.
25 Q.  Downtown Detroit?

Page 23

1 A.  M-hm.
2 Q.  And then you were able to get him in the OR to do this
3    reversal on June 19th, 2019.  So, within a month or
4    almost a month?
5 A.  A little bit over a month of his release, yes.
6 Q.  Now, Doctor, you said you've done hundreds of these
7    surgeries.  Would you ever do a surgery on someone like
8    Mr. Jackson if you didn't feel that it was medically
9    indicated?
10 A.  No.  That would not be appropriate to perform
11   non-medically indicated operations.  Like I said, I
12   believe the colostomy reversals are medically indicated
13   and necessary so it was indicated to reverse his
14   colostomy.  Most people do want to maintain their
15   colostomies longer than they have to.
16 Q.  And we'll talk about that and why not, but for
17   Mr. Jackson, did you have any qualms?  Did you say, you
18   know, did you have -- you know, think to yourself:
19   Well, you know what, maybe he should just keep this
20   colostomy forever?  Did you ever have any second
21   guessing of yourself?
22         MS. WEIL:  Objection.  Leading.
23 A.  First of all, again, as I said earlier, colostomies, if
24   the patient is in good health and has some longevity to
25   them, meaning they're not -- you know, I don't think I

Page 24

1    would reverse a colostomy in somebody who is over
2    90-years-old unless they were really in good health, but
3    if they have longevity in their life -- or they have
4    life expectancy and they're in good health and there's
5    no medical contraindication to reversing them, they
6    don't have terminal cancer or something like that, they
7    should be reversed.
8         So, I never even thought twice about not
9    offering him reversal.  I think reversal was indicated,
10   and as a medical provider, I thought that's the least I
11   could do is to offer him my expertise in reversing his
12   colostomy.
13 Q.  Was it an easy decision?
14 A.  It was, because there was no algorithm of really
15   thinking about it.  Here's a man with a colostomy.  He's
16   young.  I think -- how old was he at the time?
17 Q.  He was in his 30s.
18 A.  Okay.  He was in his 30s.  I don't think anybody in
19   their 30s wants to -- if his life expectancy is 75 to
20   80, I don't think it would be fair to have a colostomy
21   for that long.  So --
22 Q.  Did he have any health issues that made you think:  You
23   know what, there might be -- we might need to take a
24   second look at this?
25 A.  I don't believe so because he was young enough,

Page 25

1    meaning -- I think, you know, in my clinics, if the
2    patient is over 50, we are going to cardiac clear them
3    and send them for clearances.  People who are sub-50 or
4    under 50, we assume are -- and we'll ask them, you know,
5    we take an appropriate history.
6 Q.  Right.
7 A.  We take an appropriate history and ask them.  You know,
8    there are some people who are sub -- or under 50 who are
9    medical train wrecks and may not be candidates for
10   reversal.  Let's say a patient with terminal cancer at
11   age 28 who has a colostomy and has a limited life
12   expectancy, I would not offer them a colostomy reversal.
13         But a person like Kohchise whose colostomy was
14   placed on him for benign disease, it is indicated to
15   reverse his colostomy.
16 Q.  Was Mr. Jackson eager to get that bag off?
17 A.  Oh, I would say it was an underestimate.  And, again,
18   he's not really different than a lot of patients, even
19   older patients of mine.  I literally reversed a
20   colostomy two weeks ago in a 77 year old.  She was very
21   eager to have it reversed.  People don't want a
22   colostomy.  They don't want to wear it for a day longer
23   than they have to.
24 Q.  Let me show you...
25         MR. MARKO:  Can we go to this?  How do I do



**Page 26**

1    that?  Is it easy to switch over?
2           THE VIDEOGRAPHER:  I don't have it switched
3    that way where he can see it on the monitor.  I would
4    have to do some switching around, because I had to do it
5    at the last second.
6           MR. MARKO:  Well, can we show the jury, and
7    then I'll reference the exhibit here?
8           THE VIDEOGRAPHER:  Yeah, the jury will see it.
9  BY MR. MARKO:
10  Q.  All right.  So, let's switch to this.  I'm going to
11    reference to you Exhibit 2, Plaintiff's Exhibit 2.  This
12    is admitted into evidence by stipulation of the party,
13    and this is a letter by the woman named Dr. Kansakar.
14    Do you know Dr. Kansakar?
15  **A.  I do.**
16  Q.  And she's a surgeon?
17  **A.  She is a board-certified general surgeon.**
18  Q.  And the jury's gonna hear from her in this case, and
19    Dr. Kansakar is the doctor who did the original
20    colostomy surgery where the bag was attached on
21    Mr. Jackson in December of 2016.
22  **A.  That's what the record states, yes.**
23  Q.  Now, Dr. Kansakar, in Exhibit 2, which the jury's gonna
24    see, wrote a letter that says (as read):  "My
25    recommendation and the standard of care for this patient

**Page 27**

1    is to have an X-ray via the distal rectal stump and a
2    colostomy reversal.  Please see attached note."
3           Do you agree with the board-certified treating
4    physician who wasn't hired by anybody in this case, that
5    Mr. Jackson's -- it was medically indicated to have, and
6    the standard of care required, a colostomy reversal
7    surgery?
8           MS. WEIL:  Objection.  Argumentative.
9  Q.  Go ahead.  Do you agree with her?
10  **A.  I believe after you defined the standard of care is what**
11    **the average general surgeon of average learning,**
12    **intelligence, training, and expertise would do in given**
13    **a similar circumstance, this is what all general**
14    **surgeons would do.  It would be to reverse this**
15    **colostomy.**
16  Q.  Thank you, Doctor.
17         We can go back to this now just for the jury.
18    Okay.  Now, Doctor, what if somebody were to say, "Well,
19    you know what, he had on this colostomy bag so what's
20    the big deal?  It wasn't medically necessary."  Would
21    you agree with that?
22         MS. WEIL:  Objection.  Leading, argumentative.
23  Q.  Would you agree if the defense says in this case that he
24    could have -- you know what?  Let's go.  We'll make this
25    real easy.  Let me show you which has been -- is gonna

**Page 28**

1  be admitted as an exhibit from Dr. Papendick.
2         MR. MARKO:  Is that -- are we ready?
3         THE VIDEOGRAPHER:  It's black.  You don't have
4  anything up there.
5         MR. MARKO:  So, it's not playing?
6         THE VIDEOGRAPHER:  No.  Because it's --
7         MR. MARKO:  Oh, here we go.
8         THE VIDEOGRAPHER:  Okay.  I see it.
9         (Video playing.)
10         MR. MARKO:  There's no sound, though.
11         **THE WITNESS:  Maybe you have to unplug the**
12  **white cord.**
13         MR. MARKO:  Can we just go off the record for
14  a second and fix this?
15         (Video stops.)
16         THE VIDEOGRAPHER:  Going off the record at
17  5:07 p.m.
18         (An off-the-record discussion was held at 5:07
19         p.m.)
20         (Back on the record at 5:10 p.m.)
21         THE VIDEOGRAPHER:  We're back on the record at
22  5:10 p.m.
23         (Video playing and transcribed as follows:
24         "QUESTION:  So, if a patient has a colostomy
25         bag and a life sentence, do you think that

**Page 29**

1         they should never have it reversed unless --
2         as long as the colostomy is functioning?
3         "ANSWER:  If the colostomy is functioning
4         with no issue whatsoever, yes, he should
5         continue to have his colostomy.
6         "QUESTION:  For his whole like?
7         "ANSWER:  If that's what it takes.")
8         (Video stops.)
9  BY MR. MARKO:
10  Q.  Doctor, do you agree with Dr. Papendick that this can be
11    left, these colostomy surgeries, without reversal, in
12    someone like Mr. Jackson for the rest of his life?
13         MS. WEIL:  Objection.  That's not what the
14    testimony said.  Assuming facts not in evidence.
15  Q.  Well, do you agree -- let me rephrase.  Do you agree
16    with what Dr. Papendick testified to?
17  **A.  I believe he testified that a person who has a life**
18    **sentence -- I believe the question was:  "Can a person**
19    **who has a functioning colostomy with a life sentence**
20    **continue to wear his colostomy for the duration of his**
21    **imprisonment?"**
22         **And he said yes.  I completely disagree with**
23    **that.**
24  Q.  Why do you completely disagree with Dr. Papendick?
25  **A.  Because a colostomy can cause a patient harm in the**

Page 30

1    future and develop complications. And we like to
2    practice preventative medicine, and preventative
3    medicine would be to reverse the colostomy in a timely
4    fashion, when it's medically suitable to reverse it.
5    And most colostomies can be reversed about six months.
6    Some earlier, some a little bit later, but sometime
7    in -- time period around six months after the original
8    surgery that placed the colostomy, and to delay it is an
9    central risk of harm to the patient.
10   Q.  Were you able to see through your review, history,
11       review of records, everything that you did in this case,
12       any reason to delay the colostomy reversal of
13       Mr. Jackson?
14   A.  Not at all.
15   Q.  You said that it poses a risk of harm not to get it
16       reversed. Now, you talked about two types of harm;
17       physical and emotional harm -- sorry. Psychological and
18       emotional harm, and physical harm?
19   A.  Correct.
20   Q.  Okay. So, let's talk about psychological harm to have
21       this thing. Here's a demonstrative that the jury's
22       gonna see, okay? Do you agree that a -- can a colostomy
23       bag -- and I know that's not the technical medical --
24       what is it? It's a -- a stoma?
25   A.  Yeah. It's a stoma.

Page 31

1    Q.  It's a stoma?
2    A.  Yeah.
3    Q.  With a bag cause physical discomfort and health
4        challenges?
5    A.  Yes. Absolutely. I mean, it's -- first of all, you're
6        wearing a bag on the outside of your body. So, when
7        you -- you can't wear tight-fitting clothes at all
8        because it would show. Most people wear baggy clothes.
9            You have to apply some kind of adhesive to the
10       skin around the stoma in order to have the appliance
11       stick to the stoma. So, you can develop contact
12       dermatitis there, skin excoriation there, even a rash
13       and bleeding from that appliance. You can develop skin
14       irritation.
15           And one of the biggest complications of a
16       colostomy that we didn't even mention is leakage of the
17       bag, so.
18   Q.  Tell us about that.
19   A.  The skin surface is not always flat, okay? Someone --
20       when you look at my belly, there are rolls to my belly,
21       and when you put the colostomy bag, you might say in an
22       area where there is a depression in the skin from a
23       roll, the bag has a hard time fitting and so the bag
24       leaks.
25   Q.  I want you to assume that in this case, Mr. Jackson, and

Page 32

1    the records are going to show, that there were occasions
2    where feces would leak out of the bag and onto him like
3    when he was out in the yard. Is that consistent with
4    your experience of what can happen?
5    A.  It happens in every patient with a colostomy. Despite
6        our best efforts to locate the colostomy in the best
7        place possible for the patient, colostomy's always leak.
8        And it's a -- they're a nightmare scenario for the
9        patient, and the leakage is, obviously, as you can
10       imagine, extremely foul.
11   Q.  Tell us.
12   A.  Well, you're leaking stool onto your skin. And stool on
13       the skin is not only unsanitary, but it smells bad, it
14       can permanently stain your clothes, and patients have
15       had to get rid of clothes for staining of their clothing
16       because of the leakage.
17           But leakage is part and parcel of what
18       colostomies do because, again, we weren't born with
19       these. We weren't meant to have these on, but they are
20       an end to a means, and survival is key in people with
21       ruptured diverticulitis such as Mr. Jackson had.
22           So, colostomies were meant to be a temporary
23       procedure in most instances, unless we have a
24       conversation with the patient where we're, you know,
25       talking about a permanent colostomy. But, you know, in

Page 33

1    any of these colostomy procedures that patients consent
2    for, the patient's inevitably will ask, "Is this a
3    temporary bag?"
4        And the answer is, "Yes, in all instances,
5    unless we've removed the mechanism of anal defecation
6    which is the anus and rectum."
7        These bags are meant to be temporary, and
8    there is not only a verbal understanding with the
9    patient that it's temporary, but in the medical
10   community, there's an implicit understanding that these
11   bags are temporary. Or stomas are temporary.
12   Q.  Now, the other issues. You talked about these potential
13       for rash, irritation, leakage of the bag, the smell.
14       What about -- how does this affect somebody's
15       interactions with other people, like, socially? Do
16       you -- is there social stigma and isolation that can
17       occur?
18   A.  There is. Because, again, these bags burp, you might
19       say, gasses from the colon which we would called flatus
20       or flatulence.
21   Q.  What do you mean they would burp gasses? Is that like
22       passing gas?
23   A.  They pass gas into the bag without any warning, and
24       they're often very noisy. And so a patient who has a
25       colostomy, I've seen them in my clinic, will sit there



**John Webber, M.D.**
**07/29/2025**                                                 **Pages 34..37**

Page 34

1    and pass gas in front of me, and they're always very
2    embarrassed.
3           And they say, "Excuse me, Doctor.  I'm sorry."
4           And I tell them, "Listen, I put the bag on
5    you.  I understand.  You have no control over your
6    flatulence."
7           People with a -- who don't have a colostomy
8    have control of their flatulence because they have an
9    anal sphincter mechanism that they can squeeze to
10   tighten so that the flatus doesn't come out and cause
11   them to be socially ostracized, you might say, or
12   embarrassed.
13  Q.   So, how does that work when they pass gas and have a
14   colostomy bag?  Because it's your intestine, right,
15   that's going out?
16  A.   It's your -- the gasses from your colon that are being
17   passed through the -- so the big fills up and --
18  Q.   With gas?  With gas?
19  A.   Gas.  With --
20  Q.   Smelly gas?
21  A.   Absolutely smelly gas.
22          MS. WEIL:  Objection.
23  A.   It's flatulence.  It fills up with --
24  Q.   Is it smelly gas?
25  A.   It is --

Page 35

1           MR. MARKO:  What's the objection?
2           MS. WEIL:  You're leading him.  You're putting
3    words in his mouth.
4    BY MR. MARKO:
5    Q.   What type of gas is it?  What does it smell like?
6    A.   It smells like, for lack of a better word, a fart.
7    Q.   And this -- does the person have any control over their
8    ability?  Like as human beings --
9    A.   Zero.
10  Q.   -- do people generally hold them in?
11  A.   Yes.  Well, if I'm alone, I'm gonna let it out and it
12   doesn't matter.
13  Q.   Okay.  All right.
14  A.   But if I'm -- if I need to --
15  Q.   Fair enough.
16  A.   -- do it here right now in front of a jury trial, I'm
17   gonna hold it in.
18          But a person with a bag has zero option for
19   that.  They are going to expel the air.  As soon as that
20   air develops and wants to come out, there's zero control
21   over that.  There's no sphincter at the stoma, zero
22   sphincter control.
23  Q.   And so if the records show, and Mr. Jackson testifies,
24   that as a result of this bag, that it smelled around him
25   and caused him to even be physically assaulted, do these

Page 36

1    bags, can they emanate a smell when they leak or when
2    gas is passed?
3    A.   Yes.
4    Q.   Can that cause social stigma, isolation, or even harm if
5    you're in a prison environment, for example?
6    A.   Again, it certainly could.  Again, I'm not around
7    prisoners so I wouldn't know.
8    Q.   Right.
9    A.   But they're there for reasons so though they might not
10   like somebody passing gas around them.
11  Q.   All right.  What about emotionally?  Does having to have
12   this bag, can that cause emotional or psychological
13   burden?
14  A.   I said that earlier, that there is emotional harm caused
15   by the presence of an appliance.  Again, people are
16   embarrassed by it.  They don't feel it's natural which
17   it isn't.  They don't feel -- a lot of them don't feel
18   it's a part of them, and some of them are even afraid to
19   look at it.
20  Q.   What do you mean?  Tell me about that.
21  A.   Well, I mean, looking at it.  And it's literally a part
22   of your inside sticking out of you, and so it doesn't
23   look like anything that they've ever seen before or
24   experienced before.  And to watch it burp stool out
25   is -- the first time they see it, I would tell you that

Page 37

1    most of them are taken aback by it.
2    Q.   Let me show you a record.  This is MDOC record 72.  It's
3    in evidence by stipulation with regards to that.  It
4    says here -- this is for Mr. Kohchise Jackson.  See that
5    right there?
6           And it says that he stated, "I am only
7    35 years old and I cannot have this my whole life."
8           Is that type of comment consistent with what
9    you see in these -- with not getting a reversal surgery?
10  A.   I see it in patients who are 77 years old.  I told you I
11   reversed a -- they don't -- well, a 77 year old has less
12   life expectancy than Kohchise at 35.  That 77 year old
13   didn't want their bag there a minute longer than she had
14   to have it.
15  Q.   Okay.  Well, now, we talked about the emotional toll
16   that you said.  What about lifestyle restrictions and
17   daily challenges?  Do you have to alter your lifestyle
18   at all?  Are there special restrictions?
19  A.   There is lifestyle restrictions.  Some people, again,
20   will limit the type of foods they will eat because
21   certain foods will transit through the colon faster than
22   others.  And so, obviously, if you're going to go to a
23   function or a party, some people would not eat before
24   that because they don't want the bag to be erupting
25   during the party or during the function that they're at



**John Webber, M.D.**
**07/29/2025**                    **Pages 38..41**

Page 38

1    like a concert or a movie.
2              Obviously, I mentioned the swimming pool
3    example. People who have colostomies, you don't see
4    them at the pool. You ever see anybody with a colostomy
5    at the pool walking around with a bag exposed hanging
6    off their belly? No, you're never gonna see that.
7 Q.  What about interfering -- like, Mr. Jackson will testify
8    that, you know, he'd go and try to lift weight --
9    obviously, at corrections, at least I don't think so, I
10   don't think they have very nice pools there. But, you
11   know, like, he'd go lift weights. He's gonna testify
12   that, and the records will show that, you know, he'd go
13   lift weights and try to exercise because he's in prison,
14   and the feces would start leaking out. Is that
15   consistent with what you see?
16 A.  Absolutely. Increases in intra-abdominal pressure
17   caused by weight lifting would tend to make stool come
18   out.
19 Q.  And what about body image issues? Is that something
20   that can be a psychological harm of a colostomy bag?
21 A.  Well, I think that's obvious to the average person that
22   a colostomy is a negative factor in body image and how
23   somebody perceives their body image.
24 Q.  What about psychological harm? You said that -- we talked
25   about the psychological and emotional. You said that a

Page 39

1    delay of not getting this reversal can cause physical
2    harm and you listed some things. Can we go through
3    those? What are the -- what are high-risk physical
4    harms for not letting somebody get this surgery?
5              MS. WEIL: Objection. Asked and answered.
6 Q.  No. Go ahead.
7 A.  Okay. So, the one that I would point out mostly would
8    be the development of what we call a parastomal hernia.
9    So, it would be the exception or the exceptional
10   colostomy that did not develop a hernia around it. And,
11   again, a hernia is the hole in the fascia surrounding
12   the actual stoma as the stoma transits from the
13   abdominal cavity onto the skin.
14             Again, we try to make those holes so that
15   they're snug, but over time, physics and mechanics allow
16   for these holes to get larger. And so now you have a
17   large defect that's only occupied in one part of it by
18   the actual stoma or the colon itself, and that allows
19   bowel to get into the colostomy and literally --
20   literally cause an obstruction.
21             So, I recently did an emergency bowel surgery
22   on a patient who had a complete bowel obstruction from a
23   previous colostomy.
24 Q.  What other physical risks of harm are there to not
25   getting a reversal?

Page 40

1 A.  Well, again, let me just finish up with the bowel
2    obstruction --
3 Q.  Oh, I'm sorry.
4 A.  -- issue.
5 Q.  I'm sorry.
6 A.  So, the bowel obstruction issue -- bowel obstructions
7    are at times surgical emergencies because if the bowel
8    is stuck and incarcerated in the -- and we call it
9    literally incarceration of the bowel, in the colostomy
10   site, the bowel gets in there, gets swollen, and then
11   just gets stuck, and it can't be physically -- or the
12   patient can't reduce it themselves.
13             And so the bowel can then turn gangrenous
14   because if it's incarcerated, it might become
15   strangulated, meaning the blood supply is choked off to
16   that loop of bowel, and then the bowel will die. And
17   then that becomes a very life-threatening condition and
18   requires immediate and emergent medical or surgical
19   intervention to correct the bowel obstruction and to fix
20   the actual hernia itself.
21             So, that's one potential complication or a bad
22   outcome of a colostomy. The other is a development
23   which I alluded to earlier of a prolapsed colostomy
24   where the --
25 Q.  What does that mean?

Page 41

1 A.  Where the bowel -- the mucosa -- the bowel has several
2    layers. The inner layer of the colon itself is called
3    the colonic mucosa. And sometimes, for whatever reason,
4    the mucosa literally pops through and you literally have
5    these long -- I think I saw a picture of one of those.
6 Q.  Yeah. Let me show you this as an example. Would this
7    be an example?
8 A.  That is a perfect example of a colostomy prolapse.
9              MS. WEIL: Objection. Objection to the
10   exhibit. Objection to the question. Objection on
11   relevance, and 401, 403. There is no evidence that
12   Mr. Jackson had any of this. This is irrelevant, this
13   is prejudicial, and we object to the entire line of --
14             MR. MARKO: Okay. So --
15             MS. WEIL: -- testimony.
16             MR. MARKO: -- let me just respond to this for
17   Judge Drain's ratification when he's ruling on this
18   objection.
19             So first of all, this is a case about whether
20   the defendant was deliberately indifferent to
21   Mr. Kohchise's legitimate medical need. As you know,
22   the defense in this case has been, since the beginning,
23   that it was not medically necessary for Mr. Jackson to
24   get this, that he didn't need it, for lack of a better
25   term, that it was just an elective surgery that he

**John Webber, M.D.**
07/29/2025                                                    Pages 42..45

1  didn't need.  As Dr. Papendick testified to and will
2  testify to at trial, that he didn't meet the criteria
3  for getting this surgery because there was "no risk of
4  harm" to Mr. Jackson.  That's what he said in his
5  deposition.  We can play the clip, and I will play the
6  clip.
7      And that's just not true as demonstrated by
8  this doctor's testimony related to the various risks of
9  harm.  We don't Monday morning quarterback this and say,
10 "Well, what did or didn't happen to Mr. Jackson?"  What
11 we do is we say, "At the time that the decision was
12 made, what are the risks and ramifications of not
13 getting the surgery?"  It was recommended by
14 Dr. Kansakar.  There is no other treating doctor that
15 said that it wasn't, and the defense is that he just
16 didn't need it and that there was no harm.
17     Dr. Webber is clearly testifying, and I'm
18 gonna continue to ask him questions because it's
19 relevant, it rebuts the defense -- this ridiculous
20 defense in this case that Mr. Jackson's surgery was not
21 necessary and that there was no risk of harm.
22     So, that's why it's relevant.  This exhibit is
23 relevant for many reasons.  Number one, it's admissible
24 as substantive evidence because it shows -- for the
25 Monell claim, it shows from another patient what

1  happens.  It's relevant as a demonstrative exhibit to
2  show what happens, what the risk of harm is.  Because
3  this is something that Dr. Papendick should have been
4  considering, was required to consider when he was
5  denying Mr. Jackson's reversal surgery.
6      So, your objection's made.  The judge can rule
7  on it.  I'm going to continue to show this, and I'm
8  gonna ask questions about it.
9      MS. WEIL:  I'm gonna move to strike that
10 entire speech.  That was your closing argument,
11 congratulations, but I'm gonna move to strike the entire
12 speech.  That is not a response to an objection.  It's
13 entirely inappropriate in this context.  You've assumed
14 facts not in evidence.  You have speechified about
15 things we haven't even heard yet in this case and may
16 not hear in this case.  You're characterizing testimony.
17     MR. MARKO:  Okay.
18     MS. WEIL:  And I'm moving to strike the whole
19 speech and --
20     MR. MARKO:  Okay.  Yeah.  Well --
21     MS. WEIL:  -- the objection stands.
22     MR. MARKO:  -- I mean, Counsel, my objections
23 and speech -- my response to your objection is --
24     MS. WEIL:  My objection was proper; your
25 speech was not.

1      MR. MARKO:  Excuse me.  Now you're
2  interrupting me.
3      MS. WEIL:  Yes, I am.
4      MR. MARKO:  You know, and this is about the
5  third time you've done it in this deposition.  It's very
6  rude and unprofessional.  I don't know why you would --
7  why do you insist on interrupting me when I'm trying to
8  respond?  I've been nothing but courteous to you, I've
9  been respectful, and I haven't interrupted you.  You
10 need to stop.  It's not appropriate.  And I'm not gonna
11 allow it to happen.  And it's disrespectful to me and
12 it's disrespectful to the doctor and it's disrespectful
13 to the court.
14     Now, I'm gonna proceed.
15     MS. WEIL:  How -- excuse me.  How --
16     MR. MARKO:  Excuse me.
17     MS. WEIL:  -- am I supposed --
18     MR. MARKO:  Excuse me.
19     MS. WEIL:  -- to stop the speech without
20 interrupting you?
21     MR. MARKO:  Ma'am, ma'am --
22     MS. WEIL:  Am I just supposed to let you --
23     MR. MARKO:  Ma'am --
24     MS. WEIL:  -- keep speechifying?
25     MR. MARKO:  Ma'am --

1      MS. WEIL:  Am I just supposed to let you --
2      MR. MARKO:  Ma'am --
3      MS. WEIL:  -- keep talking?
4      MR. MARKO:  Ma'am --
5      MS. WEIL:  No.
6      MR. MARKO:  Tell me when you're done, ma'am.
7  Tell me --
8      MS. WEIL:  No.  You tell --
9      MR. MARKO:  -- when you're done.
10     MS. WEIL:  -- me when you're done because I'm
11 not gonna let you just keep giving speeches by telling
12 you -- that I am forbidden from interrupting you.  Can
13 we get back to the questioning?  I mean, this is not
14 helping anybody.
15     MR. MARKO:  Are you done, ma'am?
16     MS. WEIL:  I -- if you are.
17 BY MR. MARKO:
18 Q.  Okay.  So, as I was saying -- Doctor, I'm so sorry about
19    that.
20        So, Doctor, as I was saying, so you were
21    describing a risk, a potential complication of not
22    getting this reversal.  Is this something that a medical
23    provider should take into consideration, potential
24    risks, when they're making a decision on whether someone
25    should get a colostomy reversal?

Page 46

1  A.  Well, again, the medical provider who should opine about
2     whether a patient needs a colostomy reversed or not
3     should really be a surgeon because I don't think a
4     provider who is not a surgeon has any idea whatsoever
5     what the potential complications of having a colostomy
6     in place are.
7         So, this is a prolapse, looking at this
8     picture, which I don't believe Mr. Jackson had but this
9     is what could potentially happen.  This is obviously the
10    herniation of mucosa through -- and you can see that
11    it's very long, and so that makes the placement of a bag
12    somewhat difficult because these bags aren't that long,
13    usually.  So, it's hard to get an appliance over it and
14    to keep the appliance over it.
15        And then these prolapses desiccate because
16    they're stuck out like this.  And so they become
17    problematic and they get irritated because of
18    desiccation, and they bleed.  So, bleeding is a
19    complication of this prolapse.
20        But the biggest problem with the prolapse is
21    that if it gets too large like this one, it'd be -- it's
22    hard to get the stool to come through there.  And they
23    could develop an obstruction just from the prolapse, and
24    that would require emergent surgical intervention.
25  Q.  So, this condition that we see right here, was this a

Page 47

1     risk that Mr. Jackson would have faced for not getting a
2     timely reversal?
3  A.  I would go one -- the answer is yes, but I would go one
4     above it and say that any patient with a colostomy is at
5     risk for this complication.
6  Q.  And is that something that a provider needs to consider
7     when they're deciding whether to do a reversal or not?
8  A.  Well, any surgeon would know that this is a potential
9     risk, and that's why we choose to reverse colostomies,
10    and that's why it's medically necessary to reverse these
11    colostomies.
12  Q.  Now, Doctor, was there any other physical risks?  You
13    told us about these physical risks here that -- was
14    there any other physical risks that were prominent in
15    your mind as it relates to the need for Mr. Jackson's
16    reversal?
17  A.  No.  These are the most significant risks associated
18    with a colostomy.
19  Q.  Now, Doctor, let's talk about, like, the surgery that
20    you ended up doing from a cost-benefit analysis.  So I'm
21    gonna show you, this is Plaintiff's Exhibit 13.  It's
22    admitted.
23    ///
24    ///
25    ///

Page 48

1     PLAINTIFF EXHIBIT NO. 13
2     Claims with From Date of Service between Jan 1,
3     2000 and July 15, 2021 for Kohchise Jackson
4     (22 pages)
5     WAS MARKED FOR IDENTIFICATION
6  BY MR. MARKO:
7  Q.  Now, when somebody comes and gets an operation at the
8     hospital, it costs money, right?
9  A.  I would assume so.
10  Q.  Okay.
11  A.  I don't deal with the handover of the money, and
12    nobody's ever handed me a check.
13  Q.  Right.  Now -- I hear you.  Now, you said previously, I
14    believe, would you ever perform an operation that you
15    believe was not medically indicated?
16  A.  No.  No, I would not.
17  Q.  Would you ever bill an insurance provider such as
18    Medicaid for a service that was not medically necessary?
19  A.  I would not.
20    MS. WEIL:  Objection.  Foundation.
21  Q.  Okay.
22  A.  I would not.
23  Q.  Why would you not bill Medicaid for a medically
24    unnecessary surgery?  Or --
25    MS. WEIL:  Objection.

Page 49

1  Q.  -- in other words -- let me rephrase it.  Why would you
2     only bill Medicaid for a medically necessary surgery?
3     MS. WEIL:  Objection.  Foundation.  There's
4     been no foundation laid about Medicaid or about his
5     knowledge of Medicaid or anything else.
6  Q.  Go ahead.
7  A.  I -- so, obviously, if you provide a medically necessary
8     service, then I think we should be remunerated for that
9     service.  So, I think it's completely acceptable to bill
10    insurance carriers for the service provided.
11  Q.  All right.  So, let's look at how much you got paid.
12    Well, you work for a practice.  Did you work for a
13    practice group at the time that you performed the --
14  A.  I did.  For -- at that time, I believe it was University
15    Physicians Group.
16  Q.  All right.  So, let's look.  This is Plaintiff's
17    Exhibit 13.  It's been admitted.  So, University
18    Physicians Group?
19  A.  Yep.
20  Q.  We have Mr. Jackson, Kohchise Jackson over here,
21    6/19/2019.  I know that's kind of hard to see.  Can you
22    see that?
23  A.  I can see it.  Yes, sir.
24  Q.  Okay.  The total amount of the cost of the surgery, the
25    whopping amount was $919.78?



Page 50

1  A.  Was the other number --
2          MS. WEIL:  Objection.  Argumentative.
3  A.  -- to the left of that, the 5,000 number, was that what
4      was billed out?
5  Q.  Correct.
6  A.  Was that the charge?
7  Q.  Yep.
8  A.  Okay.
9  Q.  But it looks like that was what was paid.
10 A.  So, was this -- I can't -- am I allowed to ask a
11     question?  Was this Medicare or Medicaid?
12 Q.  It was Medicaid.
13 A.  Okay.  So, the Medicaid payment was $919 on a $5,000
14     charge.
15 Q.  Yeah.  So, I mean, are these -- were you doing this
16     surgery for the money?
17 A.  No.
18          MS. WEIL:  Objection.
19 A.  Well, I mean, in the grand sense of being a physician,
20     we do provide services, and we --
21 Q.  Yeah.
22 A.  -- do get -- we expect payment for the services;
23     although, I would say that a significant portion of my
24     patient population, because I work in the inner city of
25     Detroit, do not pay ever for their services.  But the

Page 51

1      expected gain is to, you know, get payment for the
2      service.
3          So, did I do it specifically for the money?
4      No.  But you, as a physician, expect payment in some
5      form; although, I don't go chase down the payment.
6  Q.  So, was this a -- given that Plaintiff's Exhibit 13 of
7      $919.78 to -- for your Physicians Group to do this
8      surgery, is this an expensive surgery comparatively
9      speaking?
10          MS. WEIL:  Objection.  Argumentative, no
11     foundation, no relevance.  Objection.
12 Q.  Go ahead.
13 A.  I think the $919 payout for the complexity of the case,
14     the preoperative evaluation of the patient, the actual
15     operation itself and duration and length of the
16     operation, and again, the complexity of the operation,
17     and then the postoperative care -- most colostomy
18     patients like this are in the hospital for about seven
19     to eight days.  And I think that's a very low payout for
20     the amount of time and investment that I spent in this
21     particular case.
22 Q.  But you did it anyways?
23 A.  Again, I don't look at the insurances that -- of the
24     patients that I see.  My group takes the insurance.
25     I'll do the surgery.

Page 52

1  Q.  Would you do surgery on a patient who was -- needed
2      surgery who was in the department of corrections who was
3      sent to you?
4          MS. WEIL:  Objection.  Relevance.
5  A.  Yes, I would.
6  Q.  Why?
7  A.  Because they're a patient, and just because they're in
8      the department of corrections doesn't mean that they
9      need to be treated differently than other citizens of
10     the country.  And so if they have a medically necessary
11     condition, whether it be the reversal of a colostomy or
12     the repair of a hernia, these conditions need to be
13     repaired.  And that's why I took a Hippocratic Oath to
14     be a doctor and a surgeon, and I will do what I believe
15     is medically necessary on any patient regardless.
16 Q.  And you said that you're not even charging for your time
17     today?  We're here at the hospital.  Tell the jury where
18     we are.
19 A.  We are at Huron Valley Sinai Hospital in Commerce,
20     Michigan.
21          And I am not charging for my time nor do I
22     expect any payment for my time.
23 Q.  Now, do you understand, you're entitled as a medical
24     professional to be reimbursed for your time?
25          MS. WEIL:  Objection.  Leading, argumentative,

Page 53

1      irrelevant.
2  Q.  Go ahead.
3  A.  I do understand that I'm entitled to ask for payment for
4      my time and services here or service or -- no.  But I
5      don't need it; don't want it.
6  Q.  Tell the jury why you're not charging Mr. Jackson for
7      your time here today.
8  A.  Well, one, because I don't think, from my moral
9      perspective, that I should charge for this.  I believe
10     that Mr. Jackson should have had his hernia -- or his
11     colostomy reversed while he was incarcerated because it
12     was medically necessary.  And I don't believe that I
13     should take money for something that -- for harm that
14     occurred to a patient, and I just refuse to take the
15     money.
16          MR. MARKO:  Doctor, thank you so much on
17     behalf of Mr. Jackson.  I don't have any other
18     questions.  The attorney for the defendants might.
19          MS. WEIL:  Yeah.  Can we take five minutes off
20     the record?
21          MR. MARKO:  M-hm.
22          THE VIDEOGRAPHER:  Going off the record at
23     5:38 p.m.
24          (Recess taken at 5:38 p.m.)
25          (Back on the record at 5:44 p.m.)



Page 54

1  THE VIDEOGRAPHER: We're back on the record at
2  5:44 p.m.
3  MS. WEIL: Good afternoon, Dr. Webber. And
4  I'll try not to take too much of your time because I
5  know you have a commitment.
6  I think we introduced ourselves before, but my
7  name is Rachel Weil, and along with my colleagues at
8  Bowman & Brooke, I represent the defendants in the case
9  CHX Texas and Dr. Papendick. Do you understand that?
10  **THE WITNESS: Yes.**
11  CROSS-EXAMINATION BY MS. WEIL:
12  Q. Dr. Webber, do you live in Detroit?
13  **A. No, I do not.**
14  Q. Where do you live?
15  **A. I live in Northville.**
16  Q. Okay. And how far is that from downtown Detroit?
17  **A. I think 35 minutes, roughly, by car.**
18  Q. And so you're within about how many miles of downtown
19  Detroit?
20  **A. I'm not sure. Maybe somewhere between 30 and 34,**
21  **probably.**
22  Q. Okay. And are you available to testify in person at the
23  trial of this case?
24  **A. Probably not.**
25  Q. And why not?

Page 55

1  **A. I have many commitments as far as surgery is concerned.**
2  Q. Okay. So, you're just a really busy doctor and it would
3  be hard for you to break away to testify in court; is
4  that right?
5  **A. Extremely busy. Yes.**
6  Q. Okay. And that's -- but you're within 35 miles or so of
7  the courthouse; am I correct?
8  **A. That is correct.**
9  Q. Okay. Dr. Webber, did you ever treat or see Mr. Jackson
10  when he was incarcerated in the Michigan Department of
11  Corrections?
12  **A. I did not.**
13  Q. Okay. So, you never saw him before May 31st of 2019
14  when he was in your office; is that right?
15  **A. That is correct.**
16  Q. Okay. Did you review any of the records from the time
17  that Mr. Jackson was incarcerated in the Missouri DOC?
18  **A. I think I had --**
19  Q. Excuse me. Michigan DOC.
20  **A. Sure. I don't believe that I actually reviewed any**
21  **records from the DOC; although, I had probably reviewed**
22  **the operative report of Dr. Kansakar when I believe**
23  **Mr. Jackson had his surgery at Lake Huron Medical Center**
24  **in Port Huron.**
25  Q. In 2016; is that right?

Page 56

1  **A. Yes. Yes.**
2  Q. Okay. Did you review any of the records or
3  communications that involve Dr. Papendick?
4  **A. No, I did not.**
5  Q. Okay. So, you don't have any idea what Dr. Papendick
6  did or considered before he decided to approve
7  continuing care of Mr. Jackson's colostomy rather than a
8  reversal surgery; is --
9  MR. MARKO: Objection.
10  Q. -- that a correct statement?
11  MR. MARKO: Objection. Form and foundation.
12  **A. Other than the segments that were played, no.**
13  Q. Okay. So, you -- let me just go back and make sure --
14  **A. Okay.**
15  Q. -- we're clear on the record. You did not review
16  anything that Dr. Papendick reviewed before he made his
17  decision; is that correct?
18  **A. That is correct.**
19  MR. MARKO: Object. Same objection.
20  MS. WEIL: Okay. What's the nature of the
21  objection?
22  MR. MARKO: It's form and foundation.
23  BY MS. WEIL:
24  Q. Did you review anything that Dr. Papendick -- any record
25  that Dr. Papendick created?

Page 57

1  **A. Record, meaning something put into the EMR or paper?**
2  Q. Any sort of record, any sort of medical record or any --
3  **A. No.**
4  Q. -- record of any communication.
5  **A. No.**
6  Q. Okay. Do you have any idea what Dr. Papendick
7  considered when he was making his decision?
8  **A. I do not.**
9  Q. Do you have any idea of anyone Dr. Papendick spoke to
10  when he was making his decision?
11  **A. No, I do not know.**
12  Q. Okay. Now, you went through a whole list of horrific
13  problems that can befall someone that are risks to
14  someone who has a surgery two years later rather than
15  two years earlier; is that a fair statement? In other
16  words, let me say that a different way.
17  **A. Yes.**
18  Q. You talked about a lot of things that were risks to
19  Mr. Jackson because he waited until 2019 to have his
20  colostomy reversed instead of having it reversed in
21  2017; is that fair?
22  **A. Yes.**
23  Q. Okay. So, let's talk about some of those. You talked
24  about prolapse?
25  **A. Yes.**



## John Webber, M.D.
07/29/2025          Pages 58..61

Page 58

1 Q. And once again, prolapse is when more of the intestine
2 comes out of the body; is that right?
3 A. That is correct.
4 Q. Okay. Did Mr. Jackson have prolapse?
5 A. I don't believe so.
6 Q. Okay. You talked about a parastomal hernia, I think; is
7 that right?
8 A. Yes.
9 Q. And that was when the opening widens; is that right?
10 A. The fascial opening. Yes.
11 Q. Okay. That's right.
12 A. It becomes larger --
13 Q. Yeah. Because there's lots of openings, right?
14 A. Yes.
15 Q. Yeah.
16 A. It becomes larger than the actual colostomy diameter
17 itself or colon diameter itself.
18 Q. Okay. That's called, again, a parastomal hernia?
19 A. Parastomal hernia.
20 Q. Okay. Parastomal...
21 A. Yes.
22 Q. Parastomal.
23 A. Parastomal hernia.
24 Q. Parastomal. Around the stoma, parastomal.
25 A. That's correct.

Page 59

1 Q. Got it. Did Mr. Jackson have a parastomal hernia?
2 A. I don't remember if he did or not, but I'm sure he did
3 to some extent because almost everybody has it. Almost
4 everybody has it.
5 Q. Is it anywhere in your records that you diagnosed
6 Mr. Jackson with a parastomal hernia?
7 A. No, it is not. But I wouldn't necessarily even included
8 it in my records.
9 Q. Okay. Why not?
10 A. Because they're almost uniform so I often don't put it
11 in there unless it's significant.
12 Q. So, it's not significant to have a parastomal hernia?
13 A. It is significant, but his may not have had any bowel in
14 it so I would not have listed it.
15 Q. Okay. So if he had one, it was not significant; is
16 that --
17 A. Right. Meaning the fascial opening is always going to
18 be bigger than the actual colon diameter that's going
19 through the fascia.
20 But he didn't have any complications, per se,
21 at that time of the parastomal herniation so I did not
22 include that. But more than likely, yes, he did have
23 it.
24 Q. Okay. Now, you said that another possible complication
25 if someone waited longer to have a colostomy reversal

Page 60

1 was colostomy stenosis. Did I remember that right or --
2 A. That's correct.
3 Q. -- write it down?
4 A. Correct.
5 Q. What is that?
6 A. That's where the colon becomes recessed.
7 Q. Okay.
8 A. And once it becomes recessed, the skin starts to close
9 over the actual opening, you might say, and it becomes a
10 stenotic or narrowed opening. Stenosis means narrowing.
11 Q. Okay. And so instead of the -- maybe is it the reverse
12 of the first one we talked about, the prolapse? Instead
13 of the intestine being out too far, it's in too far; is
14 that a fair lay way to put it?
15 A. That's a -- I guess an okay way to put it from a
16 layman's perspective. Sure.
17 Q. Okay. Did Mr. Jackson have a colostomy stenosis?
18 A. No, he did not.
19 Q. Okay. You talked about the risk of large bowel
20 obstructions, and you talked about that -- those being
21 very serious; is that right?
22 A. They are surgical emergencies.
23 Q. Okay.
24 A. A large bowel obstruction is considered a surgical
25 emergency.

Page 61

1 Q. Did Mr. Jackson have a large bowel obstruction?
2 A. No, he did not.
3 Q. Okay. You talked about contact dermatitis. What is
4 that?
5 A. That's where the colostomy appliance is attached to the
6 skin, and there's a reaction to the, you might say,
7 adhesive that is applied to the skin to get the bag
8 to -- or to get the colostomy appliance to stick. Or it
9 can be caused by the actual deposition of stool onto the
10 skin.
11 Q. Okay. Did Mr. Jackson have contact dermatitis?
12 A. I can't remember.
13 Q. Okay. And it's not in your records anywhere that --
14 A. No.
15 Q. -- there was contact dermatitis?
16 A. Right. But I -- again, I wouldn't have put something
17 like that in my record most likely.
18 Q. Okay. You also talked about skin excoriation which I
19 think kind of follows onto the contact dermatitis --
20 A. Right.
21 Q. -- is that right?
22 A. Yes.
23 Q. What is skin excoriation?
24 A. Again, the skin becomes irritated by the -- either the
25 appliance adhesive or stool leaking out around the



John Webber, M.D.
07/29/2025                                    Pages 62..65

Page 62

1  appliance.  And there's some, you might say, sloughing
2  of the skin or redness or reaction around the area where
3  the appliance is applied.  And almost all patients have
4  that to some extent.
5  Q.  Okay.  But there's nothing in the record to suggest that
6  Mr. Jackson had skin excoriation; is that right?
7  A.  No.  There's nothing in the record, but I'm sure he had
8  some element of it.
9  Q.  Okay.  Now, I also -- I have some other -- I found some
10  other things that can happen --
11  A.  Sure.
12  Q.  -- that are risks of -- risks to people who have
13  colostomies.
14  A.  Okay.
15  Q.  So, I want to ask you about a few of those.  What is
16  stoma necrosis?
17  A.  So, that stoma necrosis wasn't a risk for Mr. Jackson
18  because stoma necrosis is when we place the appliances
19  on the patient during the surgery, you have to -- you
20  know, the colon is a living, viable structure and has a
21  blood supply to it that's external to the actual lumen
22  of the colon.
23      If you think about the colon as a cylinder,
24  and the functioning part of that cylinder is the inside
25  of this bottle, you might say, and the stool comes

Page 63

1  through that passage, external to that is going to be
2  what we call the mesentery of the colon, the blood
3  supply to the colon, the lymphatic drainage of the
4  colon.  And that part has to be -- the hole has to be
5  wide enough to get that part of it through either --
6  also.  And if there's any interruption or tightness to
7  that fatty tissue that's attached to the colon, the
8  mesentery of the colon, then it can cause a lack of
9  blood supply to the colon and result in stoma necrosis.
10      That is something that occurs in the immediate
11  aftermath, usually within a few days of the actual
12  creation of a colostomy, and would -- he would not be at
13  risk for that.
14  Q.  Okay.  And there's no indication that -- anywhere in the
15  records that you've seen that he ever had it; is that
16  right?
17  A.  That's correct.
18  Q.  Okay.  Is bleeding a risk to someone who has a
19  colostomy?
20  A.  Bleeding from the excoriation around the skin or
21  bleeding from the actual colostomy itself?
22  Q.  I guess either or both.
23  A.  So, bleeding from a colostomy can be from a multiplicity
24  of factors.  It can be from GI bleeding from the upper
25  GI tract, meaning a bleeding peptic ulcer from the

Page 64

1  stomach.  It can drain through the entire intestinal
2  tract and come out as blood in a colostomy.
3      It can actually be from proximal, meaning
4  upstream colon pathology, such as diverticulosis, or
5  somebody who might have what we call inflammatory bowel
6  disease such as Crohn's colitis or ulcerative colitis.
7  Those autoimmune inflammatory bowel diseases are known
8  to cause bleeding, so forth and so on.
9      And then bleeding can occur because
10  colostomies -- or, again, you know, stomas that are
11  sticking or protruding out of the abdomen, and for any
12  number of reason, they can bleed from just the mucosa.
13  Because, again, the mucosa, the pink part that you see
14  sticking out, is not meant to be sticking outside of
15  anybody's body, and so just any form of irritation can
16  cause that mucosa to bleed.
17  Q.  Is there any indication in the records that Mr. Jackson
18  had bleeding his stoma at any point?
19  A.  I don't know --
20  Q.  Okay.
21  A.  -- is the answer.
22  Q.  And not during the time that you saw him or treated --
23  A.  Right.
24  Q.  -- him; is that right?
25      Okay.  Is abscess a risk of a -- for a patient

Page 65

1  with a stoma?
2  A.  Again, an abscess related to a stoma is usually a very
3  near term complication of an immediate stomal surgery.
4  So, I don't believe that Mr. Jackson was at risk for
5  that.
6  Q.  Okay.  Now, when you saw Mr. Jackson in June -- well,
7  the first time you saw him was the end of May in 2019.
8  Was his -- his colostomy was functioning well, was it
9  not?
10  A.  I can't remember whether it was functioning well or not,
11  to be honest.  It was functional.
12  Q.  Okay.  And you didn't --
13  A.  So, I'm --
14  Q.  I'm sorry.  Go ahead.
15  A.  I'm not going to qualify it by saying it was functioning
16  well or not because I don't remember.
17  Q.  Okay, but you didn't put anything in your records to
18  suggest that it was not functioning well, did you?
19  A.  That's correct.
20  Q.  Okay.
21  A.  Yeah.  It was functioning, and I will stand by that.
22  Q.  Okay.  And he was not having any of this list of
23  problems that we just went through; is that right?
24  A.  Right.  But, again, these are potential complications
25  that could occur.



Page 66

1  Q.  Right, but he did not have any of them; is that right?
2  A.  That is correct.
3  Q.  Okay.  And you did not make any notation in your record
4      of any other problem that Mr. Jackson was having with
5      his colostomy in May or June of 2019; is that a fair
6      statement?
7  A.  I would again say it's a fair statement, but, again,
8      there is psychological and emotional harm caused by a
9      colostomy.  And I am not going to make a record of that
10     in my EMR or electronic medical record, but there is
11     invariably some emotional harm and psychological harm
12     caused by the creation of a colostomy.
13 Q.  Doctor, you talked about the fact that -- I think you
14     called it ruptured diverticulitis, that Mr. Jackson had
15     the colostomy in the first place because he had a
16     fistula that --
17 A.  Correct.
18 Q.  -- developed because of his diverticulitis; is that
19     right?
20 A.  That's correct.  Yes.
21 Q.  And that was causing feces to leak places where they
22     were not supposed to be, like into his --
23 A.  I believe one of --
24 Q.  -- I think his bladder, right?
25 A.  Yeah.  I think one of his issues was a leakage or an

Page 67

1      abnormal communication between the colon and his
2      bladder.
3  Q.  Okay.  And that's dangerous, right?
4  A.  It can be.
5  Q.  Okay.  And then, I mean, it can be life-threatening,
6      can't it?
7  A.  It can be.
8  Q.  Okay.  So, the colostomy at the time that Mr. Jackson
9      got the colostomy was a good thing, right?
10 A.  It was medically necessary.
11 Q.  It was medically necessary, and potentially saved his
12     life, right?
13 A.  And potentially life-saving, I would agree with that.
14 Q.  Okay.  Doctor, do you have any knowledge of whether --
15     strike that.
16         We looked at -- or counsel showed you a
17     notation in Dr. Kansakar's record at the time that she
18     was about to perform Mr. Jackson's colostomy; is that
19     right?
20 A.  Yes.
21 Q.  And she was talking about contemplating a reversal in
22     the near term; is that right?
23 A.  Sometime in the future.  Yeah.
24 Q.  Do you have any knowledge whether Dr. Kansakar was
25     consulted later by anyone from the Missouri Department

Page 68

1      of Corrections about whether colostomy reversal for
2      Mr. Jackson was medically necessary?
3  A.  Did you say Missouri Department of Corrections?
4  Q.  I probably did, but I meant Michigan.
5  A.  Okay.
6  Q.  Thank you.  I don't know why --
7  A.  I used to live in Missouri so I was kind of shocked
8      about that.
9  Q.  No.  Let's try that again.
10 A.  Okay.
11 Q.  Do you have any knowledge of whether Dr. Kansakar was
12     ever consulted by anyone from the Michigan Department of
13     Corrections later, after Mr. Jackson had his colostomy,
14     about whether it was medically necessary to reverse the
15     colostomy?
16         MR. MARKO:  Objection.  Foundation and
17     hearsay.
18 A.  I don't know.
19 Q.  Okay.  Doctor, colostomy reversals have risks, too,
20     don't they?
21 A.  Yes.  Any surgery has risks.
22 Q.  Okay.  I'm gonna show you something.
23 A.  Sure.
24 Q.  And we haven't figured out.  This is a defense exhibit
25     and --

Page 69

1  A.  Okay.
2  Q.  -- we will figure out exactly how to mark it, but...
3         DEFENSE EXHIBIT H
4         Surgical Documents (6 pages)
5         WAS MARKED FOR IDENTIFICATION
6         MR. MARKO:  Well, hold on.  I'd like to see a
7      copy.
8         MS. WEIL:  I have a copy for you.
9         MR. MARKO:  Okay.
10        MS. WEIL:  Do you need copies for anybody
11     else?
12        MR. MARKO:  No, no.
13 BY MS. WEIL:
14 Q.  Doctor, what I have handed to you I will represent is a
15     portion of your record.  It is page 573 of 579 is what
16     it says on the bottom.  I don't see a litigation
17     Bates number on it, but I see page 573 of 579 is the
18     first page.  And I just want to direct your attention to
19     the third page which is page 575 of 579.
20 A.  Okay.
21 Q.  Okay?  And I'm in the paragraph that says indications
22     for procedure.  Do you see that?
23 A.  Yes.  Yes, I do.  M-hm.
24 Q.  And about two-thirds of the way-ish down, there's a
25     sentence that starts, "Informed consent was obtained and



Page 70

1    secured in the chart." Do you see that?
2  A.  Yes, I do.
3  Q.  Okay.  And after that, I want to read you something.
4       And you can tell me if I read it correctly.
5            It says, "after patient was made aware of all
6       risks and benefits of the procedure including but not
7       limited to the risk of heart attack, stroke, death,
8       infection, the potential need for reoperation, and the
9       potential for a leak or potential for damage to
10      surrounding structures including the ureter and
11      genitourinary system, the patient signed informed
12      consent after a lengthy discussion."
13           Did I read that correctly?
14  A.  That is correct.
15  Q.  Okay.  And those are all serious risks that were
16      involved -- that were -- this surgery carried all of
17      those serious risks; is that true?
18  A.  Yes.
19  Q.  Okay.  And do you remember anything about the lengthy
20      discussion you had with Mr. Jackson?
21  A.  Again, I have these discussions with all my patients,
22      so --
23  Q.  Okay.
24  A.  -- I don't remember the specifics.
25  Q.  Okay.

Page 71

1  A.  But this sounds like something we would discuss.
2       Absolutely.
3  Q.  And do you have any specific recollection of any -- of
4       anymore that you would have discussed?
5  A.  Not really, other than what's already, you know, I guess
6       memorialized in this dictation.
7            MS. WEIL:  Okay.  I have no further questions
8       subject to anything else that Mr. Marko may ask you.
9            THE WITNESS:  Sure.
10           MR. MARKO:  Tell me when you guys are ready.
11           THE VIDEOGRAPHER:  We're all set, John.  It's
12      all set, John.
13           MR. MARKO:  Ready?  Oh, I'm sorry.
14  REDIRECT EXAMINATION BY MR. MARKO:
15  Q.  Okay.  Doctor, let's go over.  So, you were asked about
16      what Dr. Papendick did or didn't do.  Do you have any
17      idea what Dr. Papendick did or didn't do?
18  A.  No.
19  Q.  If Dr. Papendick testifies to this jury consistent with
20      his deposition testimony on page 10 that he made
21      decisions regarding the approval or otherwise of this
22      colostomy reversal procedure, and that in doing so, he
23      did not meet with or talk to the patient, do you think
24      that's appropriate?
25           MS. WEIL:  Objection.  Leading and foundation

Page 72

1       and assumes facts not in evidence.
2  A.  Yeah.  Unfortunately, I don't think it's appropriate,
3       but again, I think people that make these decisions
4       never meet with their patients.  They sit in --
5            MS. WEIL:  I move to -- I'm sorry.
6  A.  -- some kind of...
7            MS. WEIL:  I'm sorry.  I'm sorry.  I thought
8       you were finished.
9            MR. MARKO:  Yeah.  Please don't interrupt the
10      doctor.
11           MS. WEIL:  I'm sorry.  I thought he was
12      finished.  I apologized.
13  A.  I think it's kind of a sterilized procedure where
14      patients -- or doctors like Dr. Papendick sit in
15      boardrooms and make decisions on cost cutting and
16      whatever based on, you might say, administrative orders
17      from whom he works.
18  Q.  Would you ever make a decision --
19           MS. WEIL:  I'm sorry.  I never got to object
20      because you didn't let me -- you didn't let me object
21      after he was finished.
22           I'm going to object and move to strike the
23      whole answer as speculation, as lacking foundation, as
24      irrelevant, and as 401, 403.
25           MR. MARKO:  Are you done?

Page 73

1            MS. WEIL:  I am done.
2  BY MR. MARKO:
3  Q.  Okay.  Now, would you ever make a medical decision
4       affecting the future of one of your patients without
5       ever seeing or talking to the patient?
6            MS. WEIL:  Objection.  Argumentative.
7  A.  Again, I'm a front-line clinician or physician, surgeon,
8       whatever you want to say.  I talk to my patients,
9       period.  I don't think I would ever offer a patient
10      surgery without sitting down and talking to them
11      face-to-face or even by Zoom and, you know,
12      telemedicine --
13  Q.  Yeah.
14  A.  -- and telling them, you know, the potentials, risks of
15      any surgery, and the reason why we're doing the surgery,
16      and allowing and affording the patient the opportunity
17      to ask the questions that they want to ask so that all
18      of their questions are answered to their satisfactions.
19  Q.  You were asked questions about Dr. Kansakar who you said
20      you know.  If Dr. Kansakar testifies to this jury that
21      in her professional medical opinion that Mr. Jackson's
22      reversal surgery was medically necessary, do you agree
23      with that opinion?
24           MS. WEIL:  Objection.  Foundation, leading,
25      assumes facts not in evidence.



Page 74

1      MR. MARKO:  Well, she already did testify to
2  that, and it's under -- I mean when you --
3      MS. WEIL:  Well, we don't know that.
4      MR. MARKO:  -- say these things -- what do you
5  mean, we --
6      MS. WEIL:  But we don't --
7      MR. MARKO:  -- don't know that?
8      MS. WEIL:  -- know that.  I mean, she's --
9  okay.
10     MR. MARKO:  We do know that.
11     MS. WEIL:  The objection's on the record.
12     MR. MARKO:  We do know that.  We know it as a
13 fact because she's already testified under oath and it's
14 gonna be played to the jury.
15     MS. WEIL:  Well --
16     MR. MARKO:  So we know that.  So when you say
17 those things, it's just very disingenuous because we
18 know it.  We all know it.  Me and you know it.  They
19 know it.  Everybody knows it.  The jury's gonna know it.
20 BY MR. MARKO:
21 Q.  Okay.  So, I want you to assume that Dr. Kansakar will
22     testify that Mr. Jackson's reversal surgery was
23     medically necessary in her professional opinion.  Do you
24     agree with that opinion?
25 A.  I agree with it, but I also have my own opinion which

Page 75

1      I've already stated for the record that I believe the
2      surgery was medically necessary.
3  Q.  Doctor, you were asked questions about risks of a
4      surgery.  Is there risk in everything, in any surgery
5      anywhere?
6  A.  There is a risk in living, period.  I mean, you can --
7      one of us can walk out today and get hit by a car or get
8      in a car accident on the way home.  There is a risk to
9      any surgery.
10     The fact that we discussed these risks with
11     the patient and memorialized them in this dictation is
12     important because it tells the record that we discussed
13     the risks with the patient, that we didn't just whisk
14     the patient off to surgery without having an in-depth
15     conversation with the patient.
16     And because -- I mean just because there are
17     risks to any surgery or to this surgery in particular
18     does not contraindicate the surgery itself; meaning,
19     there are patients who we remove cancers from who --
20     there are immense risks of the surgery, but yet, the
21     patient should have the surgery despite the risks.  And
22     the risks may be prohibitive in some instances, but the
23     options are limited for the patient.
24     And so we have a conversation with these
25     patients and tell them there are risks, but I will tell

Page 76

1  you, there is absolutely no way that you're gonna tell
2  me that these risks that we specifically enumerated to
3  Mr. Jackson would in any way be considered
4  contraindications to proceeding with the surgery;
5  otherwise, none of us would have surgery for anything.
6      Like I said -- or I will tell you, yesterday,
7  I removed a 28-centimeter kidney cancer from a patient
8  yesterday with enormous risks to the patient, and
9  included fixing a large incisional hernia.  And I told
10 the patient this is an eight-hour operation and there is
11 a chance that you may die from this operation from
12 hemorrhage.  And he accepts the risks, and we enumerate
13 these risks in the dictations.
14     But I think it's very disingenuous to say that
15 these operations have a risk and say that risks of
16 surgery contraindicate any form of surgery and that we
17 should deny surgeries to patients because they
18 inherently have a risk.  Every surgery, albeit small, I
19 mean, even a small surgery, has a risk.  The risk --
20 there is just a risk of going under anesthesia, whether
21 it's local anesthesia or general anesthesia even without
22 making a cut on a patient.
23     Every patient is subjected to risk, and that's
24 why we do risk stratification, but we don't stop doing
25 surgery on patients unless the risks are so prohibitive.

Page 77

1  We do what's called a risk-benefit analysis to any
2  surgery.
3      And we say to the patient, "Listen, here is
4  the benefit of doing this surgery versus the risk."
5      The risk here of these complications in the
6  hands of an experienced, board-certified surgeon such as
7  myself are minimal, minimal, and certainly do not
8  contraindicate not performing the surgery.
9      I tell him these things because there are
10 things that can happen anatomically or things that can
11 happen in any surgery that might cause one of these
12 unfortunate complications to occur, but we try to, you
13 might say, mitigate against these risks and we operate
14 very carefully and judiciously and prudently.  I'm not a
15 surgeon that works hard or fast.  I am a surgeon who is
16 meticulous about what I do.  I respect the tissues.  And
17 this is what I did when I did the surgery with
18 Mr. Jackson.
19     And although these risks are stated for the
20 record, these risks should not be considered a reason
21 for denying any patient this kind of surgery.
22 Q.  Thank you, Doctor.
23     MS. WEIL:  I'm gonna move to strike that as
24 nonresponsive after the first sentence because the only
25 question was whether there risks in every surgery.  I'm



**Page 78**

1 gonna move to strike --
2        MR. MARKO:  Well, I think it --
3        MS. WEIL:  -- the entire rest of the speech as
4 unresponsive.
5        MR. MARKO:  I think it was very responsive,
6 and rather than ask each individual question and waste
7 everybody's time, I think he was explaining his answer
8 and was responsive.
9        Doctor, thank you so much.  I don't have any
10 other questions.
11        MS. WEIL:  Thank you, Doctor.  I don't either.
**12        THE WITNESS:  All right.  Thank you.**
13        THE VIDEOGRAPHER:  This concludes the
14 deposition.  We're going off the record at 6:08 p.m.
15        (Video recording ended at 6:08 p.m.)
16        MR. MARKO:  Okay.  Just for the deposition
17 transcript, I'd like to stay on the record real quick.
18        So, I heard you ask the doctor questions about
19 his distance from the courthouse.  We noticed this as a
20 video deposition due to his unavailability.  There was
21 no objection from the defendants.  This was noticed as a
22 trial deposition.  Now, you haven't said this.  You
23 certainly haven't said this before today.
24        This has been noticed for how long guys?
25 Weeks?

**Page 79**

1        MR. LUMBARD:  Weeks.
2        MR. CROSS:  Yeah, weeks.
3        MR. MARKO:  I think two weeks, I think, we
4 noticed it for.  So, I hope that you'll follow the rules
5 and that you're not gonna now, after this doctor has
6 taken time out, attempt to disrespect his schedule and
7 all of us and the costs that we have by doing a
8 after-the-fact objection to his testimony when we all
9 knew, and you were told, that this was going to be a
10 trial dep due to his unavailability.
11        MS. WEIL:  Okay.  I'm not going to -- this
12 should not be on the record, and I move to strike all of
13 that from the record because it has nothing to do with
14 anything, and it doesn't belong on the record.
15        But, nevertheless, we will all see what
16 happens procedurally as it plays out, and that's all I'm
17 going to say.  We all need to comply with the rules, and
18 we will do it, and you will do it as well.
19        MR. MARKO:  Yeah.  I just don't want any
20 trickery because that's what I'm getting.
21        MS. WEIL:  Can we please go off the record?
22        MR. MARKO:  Sure.
23        (Deposition concluded at 6:10 p.m.)
24 ///
25 ///

**Page 80**

1 DEPOSITION WEBBER EXHIBIT NO. 1
2 Deposition Notes (2 pages)
3 WAS MARKED FOR IDENTIFICATION
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 81**

1 CERTIFICATE OF NOTARY
2
3 STATE OF MICHIGAN   )
4                     ) SS
5 COUNTY OF OAKLAND   )
6        I, Jennifer Wilke, Certified Shorthand Reporter, a
7 Notary Public in and for the above county and state, do
8 hereby certify that the above deposition was taken
9 before me at the time and place hereinbefore set forth;
10 that the witness, JOHN WEBBER, M.D., was by me first
11 duly sworn to testify to the truth, and nothing but the
12 truth; that the foregoing questions asked and answers
13 made by the witness were duly recorded by me
14 stenographically and reduced to computer transcription;
15 that this is a true, full and correct transcript of my
16 stenographic notes so taken; and that I am not related
17 to, nor of counsel to either party nor interested in the
18 event of this cause.
19
20
21 _____
22 Jennifer Wilke, CSR-8575
23 Notary Public,
24 Oakland County, Michigan
25 My Commission expires:  October 4, 2030

John Webber, M.D.
07/29/2025                                                            1

**$**

**$5,000** 50:13

**$919** 50:13 51:13

**$919.78** 49:25 51:7

**1**

**1** 48:2 80:1

**10** 71:20

**106** 15:15,16

**13** 47:21 48:1 49:17 51:6

**15** 9:16 22:17,18 48:3

**16** 15:17

**16th** 5:17 22:12

**18** 13:12,15

**1969** 11:16

**19th** 5:18 7:4 23:3

**1st** 15:11

**2**

**2** 26:11,23 80:2

**20** 9:16

**20-person** 19:25

**2000** 48:3

**2003** 19:21

**2008** 14:23

**2010** 15:20

**2016** 26:21 55:25

**2017** 57:21

**2019** 5:17,18 7:4 22:13,15 23:3
55:13 57:19 65:7 66:5

**2021** 19:3 48:3

**2025** 4:2,7 19:4

**22** 48:4

**26** 13:13,14,23

**28** 25:11

**28-centimeter** 76:7

**29** 4:2

**29th** 4:7

**3**

**30** 54:20

**30s** 24:17,18,19

**31st** 22:14 55:13

**33** 13:24

**34** 54:20

**35** 37:7,12 54:17 55:6

**4**

**401** 41:11 72:24

**403** 41:11 72:24

**4:40** 4:3,7

**5**

**5,000** 50:3

**50** 25:2,4,8

**573** 69:15,17

**575** 69:19

**579** 69:15,17,19

**5:07** 28:17,18

**5:10** 28:20,22

**5:38** 53:23,24

**5:44** 53:25 54:2

**6**

**6** 69:4

**6/19/2019** 49:21

**6:08** 78:14,15

**6:10** 79:23

**7**

**72** 37:2

**75** 24:19

**77** 25:20 37:10,11,12

**8**

**80** 24:20

**9**

**9/11** 19:18

**90-years-old** 24:2

**A**

**aback** 37:1

**abbreviate** 8:18

**abdomen** 64:11

**abdominal** 8:23 10:16 39:13

**ability** 35:8

**abnormal** 67:1

**abscess** 64:25 65:2

**absolutely** 31:5 34:21 38:16 71:2
76:1

**academic** 14:2

**acceptable** 49:9

**accepted** 5:25

**accepts** 76:12

**accident** 75:8

**achieve** 16:2

**actual** 8:15,17,22 9:18 39:12,18
40:20 51:14 58:16 59:18 60:9
61:9 62:21 63:11,21

**adhesive** 31:9 61:7,25

**adjunct** 15:9



administered 16:6

administrative 72:16

admissible 42:23

admitted 26:12 28:1 47:22 49:17

adopt 11:14

adoptive 11:10

affect 33:14

affecting 73:4

affirm 4:18

affording 73:16

afraid 7:23 36:18

African 21:5,6

after-the-fact 79:8

aftermath 63:11

afternoon 4:11,14,25 5:1 54:3

age 25:11

agree 27:3,9,21,23 29:10,15
30:22 67:13 73:22 74:24,25

ahead 10:12 16:25 18:8 27:9
39:6 49:6 51:12 53:2 65:14

air 35:19,20

albeit 76:18

algorithm 24:14

allowed 18:9 50:10

allowing 73:16

alluded 40:23

alter 37:17

America 14:1 19:15

American 21:5,6

amount 49:24,25 51:20

anal 33:5 34:9

analysis 47:20 77:1

anatomically 77:10

anesthesia 76:20,21

Ann 12:1,6

anus 33:6

anybody's 64:15

anymore 71:4

Apache 21:7,14

apologized 72:12

appearances 4:9

appliance 8:17 9:3 31:10,13
36:15 46:13,14 61:5,8,25 62:1,3

appliances 62:18

applied 12:4 61:7 62:3

apply 31:9

approval 71:21

approve 56:6

Arbor 12:1,6

area 7:8 13:21 20:3 31:22 62:2

argument 43:10

argumentative 10:11,25 16:23
17:14 18:7 27:8,22 50:2 51:10
52:25 73:6

Army 19:14

assaulted 35:25

assume 17:8,25 25:4 31:25 48:9
74:21

assumed 43:13

assumes 18:24 72:1 73:25

assuming 5:16 29:14

attached 26:20 27:2 61:5 63:7

attack 70:7

attempt 79:6

attention 69:18

attorney 53:18

attorneys 4:8

August 15:11

autoimmune 64:7

average 27:11 38:21

aware 70:5

**B**

back 19:1,18 27:17 28:20,21
45:13 53:25 54:1 56:13

background 6:19 11:5

bad 32:13 40:21

bag 7:18 8:1,7,14,16 9:3 25:16
26:20 27:19 28:25 30:23 31:3,6,
17,21,23 32:2 33:3,13,23 34:4,
14 35:18,24 36:12 37:13,24
38:5,20 46:11 61:7

baggy 31:8

bags 33:7,11,18 36:1 46:12

ballpark 13:21

bariatric 14:21

based 72:16

Bates 69:17

befall 57:13

began 6:20

beginning 41:22

behalf 4:13,15 6:12 20:11 53:17

beings 35:8

belly 31:20 38:6

belong 79:14

benefit 77:4

benefits 70:6

benign 25:14

big 27:20 34:17

bigger 10:1 59:18

biggest 31:15 46:20

bill 48:17,23 49:2,9

billed 50:4

bit 22:4 23:5 30:6

black 28:3

bladder 66:24 67:2

**bleed** 46:18 64:12,16

**bleeding** 31:13 46:18 63:18,20, 21,23,24,25 64:8,9,18

**blood** 40:15 62:21 63:2,9 64:2

**board** 15:25 16:2,6,10,13,14

**board-certified** 5:8 15:23,24 16:17,20 17:10 18:2,12,13,17 26:17 27:3 77:6

**boardrooms** 72:15

**body** 31:6 38:19,22,23 58:2 64:15

**born** 7:20 11:7,8 32:18

**bottle** 62:25

**bottom** 69:16

**bowel** 8:22 10:4,5,21 39:19,21,22 40:1,6,7,9,10,13,16,19 41:1 59:13 60:19,24 61:1 64:5,7

**bowels** 13:1 15:10

**Bowman** 4:15 54:8

**brain** 12:7,24

**break** 55:3

**breast** 13:1

**broadly** 7:14

**Brooke** 4:15 54:8

**brother** 11:9,15

**brought** 8:23

**budded** 10:16

**buff** 21:4

**burden** 36:13

**burp** 33:18,21 36:24

**business** 18:22

**busy** 55:2,5

---

**C**

---

**call** 9:21 10:5,14,19 14:20,25 19:24 39:8 40:8 63:2 64:5

**called** 9:9 15:23 33:19 41:2 58:18 66:14 77:1

**cancer** 12:7 24:6 25:10 76:7

**cancers** 75:19

**candidates** 25:9

**car** 54:17 75:7,8

**cardiac** 25:2

**care** 16:21 19:21 26:25 27:6,10 51:17 56:7

**career** 13:10 20:20 21:1

**carefully** 77:14

**carried** 70:16

**carriers** 49:10

**case** 5:10,22,25 6:1,7,22 8:21,22 9:15 11:6 16:19 18:1 26:18 27:4, 23 30:11 31:25 41:19,22 42:20 43:15,16 51:13,21 54:8,23

**casualties** 20:4

**categories** 7:16

**categorize** 7:15

**caused** 35:25 36:14 38:17 61:9 66:8,12

**causing** 66:21

**cavity** 39:13

**Center** 55:23

**centimeters** 9:12,16 10:17

**central** 30:9

**certification** 15:25 16:2,8,10,14

**challenges** 31:4 37:17

**chance** 76:11

**character** 5:10

**characterizing** 43:16

**charge** 17:11 50:6,14 53:9

**charging** 52:16,21 53:6

**chart** 70:1

**Charter** 4:1

**chase** 51:5

**check** 48:12

**chief** 14:19 15:12,19 21:8,14

**children** 11:11

**choked** 40:15

**choose** 47:9

**CHX** 4:16 54:9

**circumstance** 27:13

**citizens** 52:9

**city** 50:24

**claim** 42:25

**Claims** 48:2

**clear** 25:2 56:15

**clearances** 25:3

**client** 5:13 20:11

**clinic** 22:14 33:25

**clinician** 73:7

**clinics** 25:1

**clip** 42:5,6

**close** 60:8

**closing** 43:10

**clothes** 31:7,8 32:14,15

**clothing** 32:15

**Cochise** 21:7,13,14

**colitis** 64:6

**colleagues** 54:7

**colon** 8:20 9:22 10:1 13:3 33:19 34:16 37:21 39:18 41:2 58:17 59:18 60:6 62:20,22,23 63:2,3,4, 7,8,9 64:4 67:1

**colonic** 41:3

**colostomies** 8:11,12 13:3,4 23:15,23 30:5 32:18,22 38:3 47:9,11 62:13 64:10

**colostomy** 5:12,19 7:10,18,20 8:1,6,9,14,15,17,18,21 9:4,8,9,



hansonreporting.com
313.567.8100

John Webber, M.D.
07/29/2025

4

10,20,24 10:2,13,14,15,20 13:7,
16 23:12,14,20 24:1,12,15,20
25:11,12,13,15,20,22 26:20
27:2,6,15,19 28:24 29:2,3,5,11,
19,20,25 30:3,8,12,22 31:16,21
32:5,6,25 33:1,25 34:7,14 38:4,
20,22 39:10,19,23 40:9,22,23
41:8 45:25 46:2,5 47:4,18 51:17
52:11 53:11 56:7 57:20 58:16
59:25 60:1,17 61:5,8 63:12,19,
21,23 64:2 65:8 66:5,9,12,15
67:8,9,18 68:1,13,15,19 71:22

**colostomy's** 32:7

**combat** 19:23 20:3

**comment** 37:8

**Commerce** 4:1,6 22:19 52:19

**commitment** 54:5

**commitments** 55:1

**communication** 57:4 67:1

**communications** 56:3

**community** 33:10

**company** 11:22

**comparatively** 51:8

**complete** 39:22

**completed** 14:24

**completely** 29:22,24 49:9

**complexity** 51:13,16

**complication** 8:12 9:20 10:13
40:21 45:21 46:19 47:5 59:24
65:3

**complications** 8:13 30:1 31:15
46:5 59:20 65:24 77:5,12

**comply** 79:17

**component** 7:17

**concerned** 55:1

**concert** 38:1

**concluded** 79:23

**concludes** 78:13

**condition** 40:17 46:25 52:11

**conditions** 52:12

**congratulations** 15:8 43:11

**consent** 33:1 69:25 70:12

**consideration** 45:23

**considered** 56:6 57:7 60:24 76:3
77:20

**consistent** 32:3 37:8 38:15 71:19

**consulted** 67:25 68:12

**contact** 31:11 61:3,11,15,19

**contemplating** 67:21

**context** 43:13

**continue** 29:5,20 42:18 43:7

**continuing** 56:7

**contraindicate** 75:18 76:16 77:8

**contraindication** 24:5

**contraindications** 76:4

**control** 34:5,8 35:7,20,22

**conversation** 32:24 75:15,24

**conversations** 22:9

**copies** 69:10

**copy** 69:7,8

**cord** 28:12

**corporation** 17:10

**correct** 6:5 30:19 40:19 50:5
55:7,8,15 56:10,17,18 58:3,25
60:2,4 63:17 65:19 66:2,17,20
70:14

**corrections** 22:1,2 38:9 52:2,8
55:11 68:1,3,13

**correctly** 70:4,13

**cost** 49:24 72:15

**cost-benefit** 47:20

**costs** 48:8 79:7

**counsel** 43:22 67:16

**country** 52:10

**couple** 9:12

**court** 4:9,17 44:13 55:3

**courteous** 44:8

**courthouse** 55:7 78:19

**cover** 7:8

**covers** 8:17

**cranky** 21:21

**created** 56:25

**creating** 13:4

**creation** 63:12 66:12

**credentials** 6:18

**criteria** 42:2

**Crohn's** 64:6

**CROSS** 79:2

**CROSS-EXAMINATION** 54:11

**Curriculum** 15:17

**cut** 76:22

**cutting** 72:15

**CV** 15:13

**cylinder** 62:23,24

---

**D**

---

**dad** 11:12,21 12:5,8

**daily** 37:17

**damage** 8:8 70:9

**dangerous** 67:3

**date** 4:7 19:4 48:2

**day** 11:18 25:22

**days** 15:7 22:17,18 51:19 63:11

**deal** 27:20 48:11

**death** 70:7

**December** 14:2 26:21

**decided** 11:13,14 12:8,17 56:6

**deciding** 47:7



**decision** 24:13 42:11 45:24 56:17 57:7,10 72:18 73:3

**decisions** 16:21 17:11 18:3,18, 23 71:21 72:3,15

**defecate** 9:1 10:20

**defecates** 8:24

**defecation** 9:19 33:5

**defect** 39:17

**defendant** 16:19 17:10 41:20

**defendants** 4:16 53:18 54:8 78:21

**defense** 27:23 41:22 42:15,19,20 68:24 69:3

**defined** 27:10

**degree** 12:6

**delay** 7:9,14 9:5 10:8 30:8,12 39:1

**delayed** 7:11

**deliberately** 41:20

**demeanor** 21:19

**demonstrated** 42:7

**demonstrative** 5:15 22:12 30:21 43:1

**deny** 76:17

**denying** 43:5 77:21

**dep** 79:10

**department** 21:25 22:2 52:2,8 55:10 67:25 68:3,12

**depending** 14:15

**deployed** 19:19

**deposition** 4:5 42:5 44:5 61:9 71:20 78:14,16,20,22 79:23 80:1,2

**depression** 31:22

**dermatitis** 31:12 61:3,11,15,19

**describe** 21:19

**describing** 45:21

**desiccate** 46:15

**desiccation** 46:18

**Detroit** 19:2 22:24,25 50:25 54:12,16,19

**devalues** 7:22

**develop** 8:12 9:8 10:4 30:1 31:11,13 39:10 46:23

**developed** 12:7 14:20,23 66:18

**development** 9:21 10:14 39:8 40:22

**develops** 35:20

**diagnosed** 59:5

**diameter** 10:3 58:16,17 59:18

**dictation** 71:6 75:11

**dictations** 76:13

**die** 40:16 76:11

**differently** 52:9

**difficult** 46:12

**difficulty** 8:4

**DIRE** 5:2

**direct** 20:16 69:18

**director** 15:5,21

**disagree** 29:22,24

**discharge** 22:17

**discomfort** 31:3

**discuss** 71:1

**discussed** 71:4 75:10,12

**discussion** 28:18 70:12,20

**discussions** 70:21

**disease** 25:14 64:6

**diseases** 64:7

**disingenuous** 74:17 76:14

**disrespect** 79:6

**disrespectful** 44:11,12

**distal** 27:1

**distance** 9:10 78:19

**diverticulitis** 32:21 66:14,18

**diverticulosis** 64:4

**Doc** 19:2,5 55:17,19,21

**doctor** 4:10,25 5:12,21,23,24 6:6, 12,25 13:10,24 15:23 16:18 18:5 19:12,17 20:9,17 21:1 23:6 26:19 27:16,18 29:10 34:3 42:14 44:12 45:18,20 47:12,19 52:14 53:16 55:2 66:13 67:14 68:19 69:14 71:15 72:10 75:3 77:22 78:9,11,18 79:5

**doctor's** 42:8

**doctors** 13:25 14:7,8 72:14

**Documents** 69:4

**doubt** 7:5,6

**downtown** 22:24,25 54:16,18

**drain** 4:12 64:1

**Drain's** 41:17

**drainage** 63:3

**dropped** 19:3

**due** 10:8 78:20 79:10

**duly** 4:23

**duration** 29:20 51:15

---

**E**

**eager** 25:16,21

**earlier** 23:23 30:6 36:14 40:23 57:15

**easy** 24:13 26:1 27:25

**eat** 37:20,23

**educated** 19:16

**education** 11:7

**efforts** 32:6

**eight-hour** 76:10

**elective** 41:25



John Webber, M.D.
07/29/2025

6

electronic 66:10

element 62:8

emanate 36:1

embarrassed 34:2,12 36:16

emergencies 40:7 60:22

emergency 39:21 60:25

emergent 40:18 46:24

emotional 8:5,8 30:17,18 36:12,
14 37:15 38:25 66:8,11

emotionally 36:11

EMR 57:1 66:10

end 32:20 65:7

ended 11:17 47:20 78:15

enormous 76:8

entire 41:13 43:10,11 64:1 78:3

entitled 6:3 52:23 53:3

enumerate 76:12

enumerated 76:2

environment 8:4 36:5

erupting 37:24

essentially 16:1

estimate 13:14,16

evaluation 51:14

events 8:3

everybody's 78:7

evidence 18:25 26:12 29:14 37:3
41:11 42:24 43:14 72:1 73:25

examination 5:2 16:6 20:16
71:14

examined 4:23

exception 39:9

exceptional 39:9

excoriation 31:12 61:18,23 62:6
63:20

excuse 17:16 34:3 44:1,15,16,18
55:19

exercise 38:13

exhibit 15:16 26:7,11,23 28:1
41:10 42:22 43:1 47:21 48:1
49:17 51:6 68:24 69:3 80:1

expect 50:22 51:4 52:22

expectancy 24:4,19 25:12 37:12

expected 51:1

expel 35:19

expensive 51:8

experience 12:11 32:4

experienced 16:7 36:24 77:6

expert 18:21 20:13

expertise 24:11 27:12

explaining 78:7

exposed 10:8 38:5

extent 7:23 12:23 59:3 62:4

external 62:21 63:1

externally 21:6

extremely 32:10 55:5

---

**F**

face-to-face 73:11

faced 47:1

fact 18:11 66:13 74:13 75:10

factor 38:22

factors 63:24

facts 18:24 29:14 43:14 72:1
73:25

failure 7:14

fair 6:23 24:20 35:15 57:15,21
60:14 66:5,7

fairly 16:1,17

family 18:14

fart 35:6

fascia 9:24 39:11 59:19

fascial 58:10 59:17

fashion 30:4

fast 77:15

faster 37:21

fatty 63:7

February 15:19

feces 32:2 38:14 66:21

feel 23:8 36:16,17

fellow 14:23 15:6

fellows 15:2

fellowship 14:21 15:6

felt 19:17

field 8:18 16:11 18:12,13

fields 20:13

figure 69:2

figured 68:24

fills 34:17,23

finish 17:16 40:1

finished 17:19,23 72:8,12,21

first-year 14:18

fistula 66:16

fitting 31:23

five-year 14:16

fix 28:14 40:19

fixing 76:9

flat 31:19

flatulence 33:20 34:6,8,23

flatus 33:19 34:10

flew 12:4

fly 11:25

flying 11:12,21

focused 12:23

follow 79:4

foods 37:20,21

forbidden 45:12

forever 23:20

form 51:5 56:11,22 64:15 76:16

Fort 19:20

forward 19:20,24

foul 32:10

found 5:22 62:9

foundation 16:22 17:14 18:6
48:20 49:3,4 51:11 56:11,22
68:16 71:25 72:23 73:24

fourth 14:10

Friday 22:14

front 34:1 35:16

front-line 73:7

full-fledged 14:14

function 37:23,25

functional 65:11

functioning 29:2,3,19 62:24
65:8,10,15,18,21

future 13:25 30:1 67:23 73:4

G

gain 51:1

gangrenous 40:13

gas 33:22,23 34:1,13,18,19,20,
21,24 35:5 36:2,10

gasses 33:19,21 34:16

general 5:7,8 12:17,20,21,22,23
19:25 20:14 26:17 27:11,13
76:21

generally 35:10

genitourinary 70:11

gentlemen 4:12

genuinely 22:7

Georgia 11:17

GI 63:24,25

give 4:19 6:17 11:6 13:15

giving 45:11

goal 12:15

God 11:10

good 4:11,14,25 5:1 12:2 13:17
19:10,15 23:24 24:2,4 54:3 67:9

grades 12:2

graduating 15:6

grand 50:19

ground 20:6,7

group 14:2 49:13,15,18 51:7,24

guess 60:15 63:22 71:5

guessing 23:21

guesstimate 13:11

guy 12:14 22:6,7

guys 11:23 71:10 78:24

H

hand 4:18

handed 48:12 69:14

handover 48:11

hands 77:6

hanging 38:5

happen 32:4 42:10 44:11 46:9
62:10 77:10,11

happened 19:3

hard 8:8 10:18,20 13:11 18:16
31:23 46:13,22 49:21 55:3 77:15

harm 7:11,13,15,16 8:10 9:6,7
10:7 29:25 30:9,15,16,17,18,20
36:4,14 38:20,24 39:2,24 42:4,9,
16,21 43:2 53:13 66:8,11

harms 39:4

Harper 15:19 22:20,21

heal 6:21 20:19,25

health 14:4 23:24 24:2,4,22 31:3

hear 17:25 26:18 43:16 48:13

heard 43:15 78:18

hearsay 68:17

heart 70:7

held 28:18

helmets 11:20,23

helping 45:14

hemorrhage 76:12

hernia 9:22 13:2 39:8,10,11
40:20 52:12 53:10 58:6,18,19,23
59:1,6,12 76:9

herniation 46:10 59:21

high-risk 39:3

Hippocratic 52:13

hired 27:4

historical 21:4,14

history 25:5,7 30:10

hit 75:7

hold 35:10,17 69:6

hole 9:22,23,25 10:1,3 39:11
63:4

holes 39:14,16

home 75:8

honest 65:11

hope 79:4

horrific 57:12

hospital 15:4 22:9 48:8 51:18
52:17,19

hours 20:3

human 35:8

hundreds 13:18,19,20,21 23:6

Huron 52:19 55:23,24

I

idea 46:4 56:5 57:6,9 71:17


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**IDENTIFICATION** 15:18 48:5 69:5 80:3

**ileostomy** 8:22

**ileum** 8:21

**image** 38:19,22,23

**imagine** 32:10

**immense** 75:20

**implicit** 33:10

**important** 16:10 75:12

**imprisonment** 29:21

**in-depth** 75:14

**inappropriate** 43:13

**incarcerated** 40:8,14 53:11 55:10,17

**incarceration** 40:9

**incisional** 76:9

**include** 59:22

**included** 59:7 76:9

**including** 70:6,10

**Increases** 38:16

**Indian** 21:11

**indication** 63:14 64:17

**indications** 69:21

**indifferent** 41:20

**individual** 78:6

**inevitably** 33:2

**infection** 70:8

**inflammatory** 64:5,7

**informed** 69:25 70:11

**inherently** 76:18

**injured** 19:21

**inside** 36:22 62:24

**insist** 44:7

**instances** 32:23 33:4 75:22

**insurance** 48:17 49:10 51:24

**insurances** 51:23

**intelligence** 27:12

**interact** 7:24

**interacting** 8:4

**interactions** 33:15

**interfering** 38:7

**internal** 18:14

**interns** 14:18

**interrupt** 72:9

**interrupted** 44:9

**interrupting** 17:18 44:2,7,20 45:12

**interruption** 63:6

**intervention** 40:19 46:24

**intestinal** 64:1

**intestine** 8:20 34:14 58:1 60:13

**intra-abdominal** 38:16

**introduced** 54:6

**invariably** 66:11

**invasive** 14:21

**investment** 51:20

**involve** 56:3

**involved** 70:16

**Iraq** 19:19,22

**irrelevant** 41:12 53:1 72:24

**irritated** 46:17 61:24

**irritation** 31:14 33:13 64:15

**isolation** 33:16 36:4

**issue** 7:21 29:4 40:4,6

**issues** 24:22 33:12 38:19 66:25

---

**J**

**Jackson** 4:13 5:13,17 6:12,21 7:11 10:7 20:17,22 21:1,18 23:8, 17 25:16 26:21 29:12 30:13

31:25 32:21 35:23 37:4 38:7 41:12,23 42:4,10 46:8 47:1 48:3 49:20 53:6,10,17 55:9,17,23 57:19 58:4 59:1,6 60:17 61:1,11 62:6,17 64:17 65:4,6 66:4,14 67:8 68:2,13 70:20 76:3 77:18

**Jackson's** 7:3,9 27:5 42:20 43:5 47:15 56:7 67:18 73:21 74:22

**Jan** 48:2

**Japan** 11:8

**John** 4:5,22 5:7 71:11,12

**joined** 19:14

**Jon** 4:12 5:3

**judge** 4:12 41:17 43:6

**judiciously** 77:14

**July** 4:2,7 15:20 48:3

**June** 5:18 7:4 23:3 65:6 66:5

**jury** 4:12 5:6,16 6:17 11:5,6 17:25 19:11 20:24 26:6,8 27:17 35:16 52:17 53:6 71:19 73:20 74:14

**jury's** 26:18,23 30:21 74:19

---

**K**

**Kansakar** 26:13,14,19,23 42:14 55:22 67:24 68:11 73:19,20 74:21

**Kansakar's** 67:17

**Keith** 4:16

**key** 32:20

**kidney** 76:7

**kind** 17:3 31:9 49:21 61:19 68:7 72:6,13 77:21

**kinds** 21:20

**knew** 21:7,24 79:9

**knowledge** 49:5 67:14,24 68:11

**knuckles** 10:4

**Kohchise** 4:13 6:21 21:7,10,12


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

John Webber, M.D.
07/29/2025

9

25:13 37:4,12 48:3 49:20

Kohchise's  41:21

---

**L**

lack  35:6 41:24 63:8

lacking  72:23

ladies  4:11

laid  49:4

Lake  55:23

large  10:21 39:17 46:21 60:19,24
61:1 76:9

larger  39:16 58:12,16

law  13:17

lay  60:14

layer  41:2

layers  9:24 41:2

layman's  60:16

leading  23:22 27:22 35:2 52:25
71:25 73:24

leak  32:2,7 36:1 66:21 70:9

leakage  31:16 32:9,16,17 33:13
66:25

leaking  32:12 38:14 61:25

leaks  31:24

learning  27:11

led  12:11

leery  22:4

left  29:11 50:3

legitimate  41:21

length  51:15

lengthy  70:12,19

letter  26:13,24

letting  39:4

level  9:11,12

levels  14:17

---

life  21:13 24:3,4,19 25:11 28:25
29:12,17,19 37:7,12 67:12

life-saving  67:13

life-threatening  10:6,22 11:2
40:17 67:5

lifestyle  37:16,17,19

lift  38:8,11,13

lifting  38:17

limit  37:20

limited  16:12 25:11 70:7 75:23

list  57:12 65:22

listed  39:2 59:14

Listen  34:4 77:3

literally  8:19,24 21:9 25:19 36:21
39:19,20 40:9 41:4

litigation  69:16

live  54:12,14,15 68:7

living  11:17 62:20 75:6

local  76:21

locate  32:6

long  7:12 13:22 24:21 29:2 41:5
46:11,12 78:24

longer  23:15 25:22 37:13 59:25

longevity  23:24 24:3

looked  67:16

loop  40:16

loss  13:2

lot  8:5 20:19 25:18 36:17 57:18

lots  58:13

loved  11:19

low  51:19

lowers  7:22

LUMBARD  79:1

lumen  62:21

lymphatic  63:3

---

**M**

M-HM  23:1 53:21 69:23

M.D.  4:22

made  19:25 24:22 42:12 43:6
56:16 70:5 71:20

Magazine  19:2

maintain  23:14

make  9:23 16:7 18:18 27:24
38:17 39:14 56:13 66:3,9 72:3,
15,18 73:3

makes  46:11

making  16:20 18:3,22 45:24
57:7,10 76:22

man  12:13 24:15

management  17:11

map  6:17

mark  69:2

marked  15:13,18 48:5 69:5 80:3

Marko  4:11,12,25 5:1,2,3 17:6,7,
16,18,20,22,24 20:12,16 25:25
26:6,9 28:2,5,7,10,13 29:9 35:1,
4 41:14,16 43:17,20,22 44:1,4,
16,18,21,23,25 45:2,4,6,9,15,17
48:6 53:16,21 56:9,11,19,22
68:16 69:6,9,12 71:8,10,13,14
72:9,25 73:2 74:1,4,7,10,12,16,
20 78:2,5,16 79:3,19,22

math  13:18

matriculate  14:8

matter  35:12

MDOC  37:2

meaning  8:1 12:23 13:3 14:10,18
16:2 23:25 25:1 40:15 57:1
59:17 63:25 64:3 75:18

means  8:19 12:22 32:20 60:10

meant  32:19,22 33:7 64:14 68:4

mechanics  39:15

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

mechanism 33:5 34:9

Medicaid 48:18,23 49:2,4,5 50:11,12,13

medical 6:3 7:1,11 8:18 12:15 13:25 14:5,6,9,11 18:18 24:5,10 25:9 30:23 33:9 40:18 41:21 45:22 46:1 52:23 55:23 57:2 66:10 73:3,21

medically 7:4 23:8,12 27:5,20 30:4 41:23 47:10 48:15,18,23 49:2,7 52:10,15 53:12 67:10,11 68:2,14 73:22 74:23 75:2

Medicare 50:11

medicine 18:14,15 30:2,3

meet 16:8 42:2 71:23 72:4

member 15:9

memorialized 71:6 75:11

mention 31:16

mentioned 38:2

mesentery 63:2,8

met 5:3 21:4

meticulous 77:16

Michigan 4:1,6 11:22,24 12:6 14:22 52:20 55:10,19 68:4,12

middle 17:20

miles 54:18 55:6

military 11:13 19:11

million 6:25

mimic 10:21

mind 47:15

mine 25:19

minimal 77:7

minimally 14:20

Minnesota 19:21

minute 37:13

minutes 53:19 54:17

Missouri 55:17 67:25 68:3,7

mitigate 77:13

mobile 20:2

Monday 42:9

Monell 42:25

money 48:8,11 50:16 51:3 53:13,15

monitor 26:3

month 13:12 23:3,4,5

months 30:5,7

moral 53:8

morals 6:7

morning 42:9

mother 11:14 12:7

mouth 35:3

move 6:15 20:12 43:9,11 72:5,22 77:23 78:1 79:12

movie 38:1

moving 43:18

mucosa 41:1,3,4 46:10 64:12,13,16

multiple 20:1

multiplicity 63:23

multiplied 13:15

muscle 9:24

**N**

named 21:12,13 26:13

narrowed 60:10

narrowing 60:10

natural 7:20 36:16

nature 56:20

necessarily 59:7

necessity 18:18

necrosis 62:16,17,18 63:9

needed 52:1

negative 38:22

neurosurgeon 12:8,17

neutral 7:2

nice 21:23 22:6,7 38:10

nightmare 32:8

nobody's 48:12

noisy 33:24

non-medically 23:11

nonresponsive 77:24

Northville 54:15

notation 66:3 67:17

note 27:2

Notes 80:2

noticed 78:19,21,24 79:4

number 42:23 50:1,3 64:12 69:17

nurses 20:1

**O**

oath 4:24 52:13 74:13

object 41:13 56:19 72:19,20,22

objection 10:11,25 16:22 17:4,12 18:6,24 20:15 23:22 27:8,22 29:13 34:22 35:1 39:5 41:9,10,18 43:12,21,23,24 48:20,25 49:3 50:2,18 51:10,11 52:4,25 56:9,11,19,21 68:16 71:25 73:6,24 78:21 79:8

objection's 43:6 74:11

objections 43:22

obstruction 10:5,21 39:20,22 40:2,6,19 46:23 60:24 61:1

obstructions 10:5 40:6 60:20

obtained 69:25

obvious 38:21

occasions 32:1

occupied 39:17



occur 7:14 8:11 9:7 33:17 64:9
  65:25 77:12

occurred 53:14

occurs 9:25 63:10

off-the-record 28:18

offer 24:11 25:12 73:9

offered 5:24

offering 24:9

office 22:19 55:14

older 25:19

opening 58:9,10 59:17 60:9,10

openings 58:13

operate 77:13

operation 48:7,14 51:15,16
  76:10,11

operations 23:11 76:15

operative 55:22

opine 46:1

opinion 6:10 7:2 73:21,23 74:23,
  24,25

opinions 6:22 11:6

opportunity 19:16 73:16

option 35:18

options 75:23

oral 16:6

order 31:10

orders 72:16

orient 5:9

original 9:22 26:19 30:7

originally 13:8

orphanage 11:9

orthopedic 12:25 20:1

Osaka 11:8

ostracized 34:11

ourself 5:9

outcome 40:22

outpatient 16:21 18:4

owed 19:18

---

**P**

p.m. 4:3,7 28:17,19,20,22 53:23,
  24,25 54:2 78:14,15 79:23

pages 15:17 48:4 69:4 80:2

paid 5:24 6:8 49:11 50:9

Papendick 4:16 16:19 17:1,8
  18:1 28:1 29:10,16,24 42:1 43:3
  54:9 56:3,5,16,24,25 57:6,9
  71:16,17,19 72:14

paper 57:1

paracolostomy 9:21

paragraph 69:21

parastomal 9:22 39:8 58:6,18,19,
  20,22,23,24 59:1,6,12,21

parcel 32:17

parents 11:10

part 8:19 21:11 32:17 36:18,21
  39:17 62:24 63:4,5 64:13

party 8:3 26:12 37:23,25

pass 16:4 33:23 34:1,13

passage 63:1

passed 34:17 36:2

passing 33:22 36:10

pathology 64:4

pathway 14:7

patient 7:18 8:6,24 23:24 25:2,10
  26:25 28:24 29:25 30:9 32:5,7,9,
  24 33:9,24 39:22 40:12 42:25
  46:2 47:4 50:24 51:14 52:1,7,15
  53:14 62:19 64:25 70:5,11 71:23
  73:5,9,16 75:11,13,14,15,21,23
  76:7,8,10,22,23 77:3,21

patient's 7:22 33:2

patients 7:21 8:13 9:25 20:19,25

21:20 25:18,19 32:14 33:1 37:10
  51:18,24 62:3 70:21 72:4,14
  73:4,8 75:19,25 76:17,25

pay 5:22 50:25

payment 5:25 6:2 50:13,22 51:1,
  4,5 52:22 53:3

payout 51:13,19

people 7:19,24 8:2 10:19 20:2
  23:14 25:3,8,21 31:8 32:20
  33:15 34:7 35:10 36:15 37:19,23
  38:3 62:12 72:3

peptic 63:25

perceived 7:25

perceives 38:23

percentage 8:13

perfect 41:8

perform 23:10 48:14 67:18

performed 5:12,18 7:4 49:13

performing 77:8

period 8:7 30:7 73:9 75:6

permanent 32:25

permanently 32:14

person 18:16 21:13 25:13 29:17,
  18 35:7,18 38:21 54:22

perspective 53:9 60:16

pertinent 11:18

phenotypically 21:16

phonetically 21:17

physical 7:16 8:10,16 9:6,7
  30:17,18 31:3 38:24 39:1,3,24
  47:12,13,14

physically 35:25 40:11

physician 6:9,20 7:2,3 17:3 27:4
  50:19 51:4 73:7

Physicians 49:15,18 51:7

physics 39:15

physiologic 7:16



pick 20:2

picture 41:5 46:8

pink 64:13

place 9:4 32:7 46:6 62:18 66:15

placement 46:11

places 66:21

plaintiff 4:13 15:16 48:1

Plaintiff's 15:13 26:11 47:21 49:16 51:6

play 11:19 42:5

played 56:12 74:14

playing 28:5,9,23

plays 79:16

pleasant 22:8

pleasantly 22:6

point 39:7 64:18

pool 8:3 38:2,4,5

pools 38:10

pops 41:4

population 50:24

Port 55:24

portion 50:23 69:15

pose 7:10

poses 30:15

post-residency 14:25

postoperative 51:17

postoperatively 22:10

potential 33:12 40:21 45:21,23 46:5 47:8 65:24 70:8,9

potentially 8:11 11:2 46:9 67:11, 13

potentials 73:14

pouch 9:2

practice 13:13,23 16:1,11,12 18:14 30:2 49:12,13

practiced 16:13

practicing 13:22

prefer 12:17

prejudicial 41:13

preoperative 51:14

presence 36:15

present 8:2

pressure 38:16

preventative 30:2

previous 39:23

previously 48:13

prison 22:1,3,16,17 36:5 38:13

prisoners 22:5 36:7

problem 46:20 66:4

problematic 46:17

problems 9:18 57:13 65:23

procedurally 79:16

procedure 18:19 32:23 69:22 70:6 71:22 72:13

procedures 33:1

proceed 44:14

proceeding 76:4

process 9:18

professional 6:4 7:1 52:24 73:21 74:23

program 14:16,17 15:5,21

prohibitive 75:22 76:25

prolapse 9:9,15 41:8 46:7,19,20, 23 57:24 58:1,4 60:12

prolapsed 40:23

prolapses 46:15

prolonged 8:7 10:8

prominent 47:14

proper 43:24

protrude 9:15

protrudes 9:10

protruding 9:12 64:11

provide 49:7 50:20

provided 49:10

provider 24:10 45:23 46:1,4 47:6 48:17

proximal 64:3

prudently 77:14

psychological 7:15,17,21 30:17, 20 36:12 38:20,25 66:8,11

purposes 18:4

put 9:11 11:9 17:10 19:4 31:21 34:4 57:1 59:10 60:14,15 61:16 65:17

putting 35:2

## Q

qualification 19:1

qualified 11:5 16:8 18:21

qualify 20:13 65:15

qualms 23:17

quarterback 42:9

question 6:25 28:24 29:6,18 41:10 50:11 77:25 78:6

questioning 45:13

questions 17:5,20 42:18 43:8 53:18 71:7 73:17,18,19 75:3 78:10,18

quick 78:17

## R

Rachel 4:15 54:7

raise 4:18

ramifications 42:12

rash 31:12 33:13

ratification 41:17



John Webber, M.D.
07/29/2025

13

reaction 61:6 62:2

read 26:24 70:3,4,13

ready 28:2 71:10,13

real 27:25 78:17

reason 30:12 41:3 64:12 73:15 77:20

reasons 36:9 42:23

rebuts 42:19

recently 39:21

recertified 16:15

recess 53:24

recessed 10:15,19 60:6,8

recesses 10:17

recollection 71:3

recommendation 26:25

recommendations 18:3

recommended 42:13

record 4:4,9 5:20 21:14 26:22 28:13,16,20,21 37:2 53:20,22,25 54:1 56:15,24 57:1,2,4 61:17 62:5,7 66:3,9,10 67:17 69:15 74:11 75:1,12 77:20 78:14,17 79:12,13,14,21

recording 78:15

records 30:11 32:1 35:23 38:12 55:16,21 56:2 59:5,8 61:13 63:15 64:17 65:17

recover 8:8

rectal 27:1

rectum 33:6

REDIRECT 71:14

redness 62:2

reduce 40:12

reference 26:7,11

refuse 53:14

reimbursed 52:24

related 42:8 65:2

relates 47:15

release 23:5

released 5:17 21:25 22:3,12,18

relevance 41:11 51:11 52:4

relevant 42:19,22,23 43:1

remains 10:2

remember 20:18,22 21:1,18 22:8 59:2 60:1 61:12 65:10,16 70:19, 24

remove 75:19

removed 33:5 76:7

remunerated 49:8

reoperation 70:8

repair 52:12

repaired 52:13

rephrase 29:15 49:1

report 55:22

reporter 4:10,17

represent 54:8 69:14

require 46:24

required 27:6 43:4

requires 40:18

reservist 19:14

residency 13:24 14:24

resident 14:18,19

residents 14:4,12,13,14,17 16:4

respect 6:14 77:16

respectful 44:9

respective 20:13

respond 41:16 44:8

response 43:12,23

responsible 14:4,6

responsive 78:5,8

rest 8:20 29:12 78:3

restrictions 37:16,18,19

result 35:24 63:9

reversal 5:13 7:3,9,14 9:5 10:9 13:8 23:3 24:9 25:10,12 27:2,6 29:11 30:12 37:9 39:1,25 43:5 45:22,25 47:2,7,16 52:11 56:8 59:25 67:21 68:1 71:22 73:22 74:22

reversals 13:9,12,16 23:12 68:19

reverse 5:18 9:8 23:13 24:1 25:15 27:14 30:3,4 47:9,10 60:11 68:14

reversed 7:10 8:9 24:7 25:19,21 29:1 30:5,16 37:11 46:2 53:11 57:20

reversing 13:4 24:5,11

review 30:10,11 55:16 56:2,15,24

reviewed 55:20,21 56:16

rid 32:15

ridiculous 42:19

risk 9:6 30:9,15 42:3,21 43:2 45:21 47:1,5,9 60:19 62:17 63:13,18 64:25 65:4 70:7 75:4,6, 8 76:15,18,19,20,23,24 77:4,5

risk-benefit 77:1

risks 7:11 10:7,23 11:1,2,3 39:24 42:8,12 45:24 47:12,13,14,17 57:13,18 62:12 68:19,21 70:6, 15,17 73:14 75:3,10,13,17,20, 21,22,25 76:2,8,12,13,15,25 77:13,19,20,25

road 6:17

roll 31:23

rolls 31:20

rose 10:16

rough 13:14,15

roughly 22:17 54:17

rude 44:6

rule 43:6

rules 79:4,17

ruling 41:17

ruptured 32:21 66:14

---

**S**

S-T-O-M-A 8:19

satisfactions 73:18

saved 67:11

scenario 32:8

schedule 79:6

school 12:3,16 13:17 14:5,9,11

schools 11:17

seasoned 16:7

secured 70:1

segments 56:12

self-worth 7:23

send 25:3

sense 7:22 50:19

sentence 28:25 29:18,19 69:25
77:24

serve 19:19

service 19:12 20:9 48:2,18 49:8,
9,10 51:2 53:4

services 50:20,22,25 53:4

set 71:11,12

settings 16:2

seven-year 14:17

shocked 68:7

show 25:24 26:6 27:25 31:8 32:1
35:23 37:2 38:12 41:6 43:2,7
47:21 68:22

showed 67:16

shows 42:24,25

shrinks 10:15

sic 19:4

signed 70:11

significant 47:17 50:23 59:11,12,
13,15

similar 27:13

Sinai 52:19

sir 6:16 49:23

sit 33:25 72:4,14

site 40:10

sitting 73:10

size 10:2

skin 8:24,25 9:2,10,13 10:17
31:10,12,13,19,22 32:12,13
39:13 60:8 61:6,7,10,18,23,24
62:2,6 63:20

sleeping 20:5

sloughing 62:1

small 76:18,19

smell 33:13 35:5 36:1

smelled 35:24

smells 32:13 35:6

smelly 34:20,21,24

sneak 10:4

Snelling 19:20

snug 9:24 39:15

social 33:16 36:4

socially 7:24 33:15 34:11

soft 13:1

soldiers 19:21

Solely 21:2

solemnly 4:18

somebody's 33:14

sort 57:2

sound 6:23 28:10

sounds 12:22 21:17 71:1

speak 6:9

speaking 8:10 51:9

special 37:18

specific 71:3

specifically 51:3 76:2

specifics 70:24

speculation 72:23

speech 43:10,12,19,23,25 44:19
78:3

speeches 45:11

speechified 43:14

speechifying 44:24

spelled 21:16

spent 51:20

sphincter 34:9 35:21,22

spoke 57:9

squeeze 34:9

stain 32:14

staining 32:15

stand 65:21

standard 26:25 27:6,10

stands 43:21

start 15:9 38:14

starting 15:11

starts 60:8 69:25

state 4:9 14:3,5

stated 37:6 75:1 77:19

statement 56:10 57:15 66:6,7

states 5:20 11:16 15:25 16:9
19:14,16,17,18 26:22

stay 22:9 78:17

stenosis 10:14 60:1,10,17

stenotic 10:18 60:10

stepped 15:5

sterilized 72:13

stick 31:11 61:8



HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

John Webber, M.D.
07/29/2025

15

**sticking**  36:22 64:11,14

**stigma**  33:16 36:4

**stipulation**  26:12 37:3

**stoma**  8:19 30:24,25 31:1,10,11
35:21 39:12,18 58:24 62:16,17,
18 63:9 64:18 65:1,2

**stomach**  64:1

**stomal**  65:3

**stomas**  33:11 64:10

**stool**  32:12 36:24 38:17 46:22
61:9,25 62:25

**stop**  44:10,19 76:24

**stops**  28:15 29:8

**story**  11:18

**strange**  18:13

**strangulated**  40:15

**stratification**  76:24

**strike**  43:9,11,18 67:15 72:22
77:23 78:1 79:12

**stroke**  70:7

**structure**  62:20

**structures**  70:10

**stuck**  40:8,11 46:16

**students**  13:25 14:5,6,9

**stuff**  12:24 20:5

**stump**  27:1

**sub-50**  25:3

**subject**  71:8

**subjected**  76:23

**subspecialty**  14:25

**substantive**  42:24

**suggest**  62:5 65:18

**suitable**  30:4

**sunken**  10:19

**supply**  40:15 62:21 63:3,9

**support**  20:2

**supposed**  44:17,22 45:1 66:22

**surface**  31:19

**surgeon**  5:7,8 12:10,11,13,16,18,
20,21,22 16:9,16 17:1,9 18:1,2,
17 20:1 26:16,17 27:11 46:3,4
47:8 52:14 73:7 77:6,15

**surgeons**  14:14 16:5,7 19:25
27:14

**surgeries**  13:3 23:7 29:11 76:17

**surgery**  5:18 7:3,9 12:9,25 13:2,7
14:21 15:12,19,21 16:11,13
18:4,15 20:14 22:10 23:7 26:20
27:7 30:8 37:9 39:4,21 41:25
42:3,13,20 43:5 47:19 48:24
49:2,24 50:16 51:8,25 52:1,2
55:1,23 56:8 57:14 62:19 65:3
68:21 70:16 73:10,15,22 74:22
75:2,4,9,14,17,18,20,21 76:4,5,
16,18,19,25 77:2,4,8,11,17,21,
25

**surgical**  14:14,15 16:4,20 18:19
19:20,24 40:7,18 46:24 60:22,24
69:4

**surprised**  22:6

**surrounding**  39:11 70:10

**survival**  32:20

**suspect**  18:12

**sutured**  8:23

**swear**  4:10,18

**swimming**  38:2

**switch**  26:1,10

**switched**  26:2

**switching**  26:4

**swollen**  40:10

**sworn**  4:23

**system**  70:11

---

**T**

**takes**  8:6 29:7 51:24

**talk**  6:18,19,21 11:4 12:8 13:7
20:17 23:16 30:20 47:19 57:23
71:23 73:8

**talked**  30:16 33:12 37:15 38:24
57:18,23 58:6 60:12,19,20 61:3,
18 66:13

**talking**  8:14 32:25 45:3 67:21
73:5,10

**taught**  14:9,23

**teach**  13:25 14:11,17

**teaching**  14:4,6 15:2,10

**team**  19:20,24,25

**technical**  30:23

**technically**  9:3

**telemedicine**  73:12

**telling**  45:11 73:14

**tells**  75:12

**temporary**  32:22 33:3,7,9,11

**tend**  38:17

**tents**  20:5

**term**  41:25 65:3 67:22

**terminal**  24:6 25:10

**test**  16:3

**testified**  4:23 29:16,17 42:1
74:13

**testifies**  35:23 71:19 73:20

**testify**  38:7,11 42:2 54:22 55:3
74:1,22

**testifying**  6:2 42:17

**testimony**  4:19 29:14 41:15 42:8
43:16 71:20 79:8

**Texas**  4:16 54:9

**thing**  30:21 67:9

John Webber, M.D.
07/29/2025

16

**things** 39:2 43:15 57:18 62:10 74:4,17 77:9,10

**thinking** 24:15

**thought** 17:19,21 24:8,10 72:7, 11

**tight-fitting** 31:7

**tighten** 34:10

**tightness** 63:6

**time** 4:7,8 5:3 6:3,14 8:7 9:25 16:20 20:12 24:16 30:7 31:23 36:25 39:15 42:11 44:5 49:13,14 51:20 52:16,21,22,24 53:4,7 54:4 55:16 59:21 64:22 65:7 67:8,17 78:7 79:6

**timeline** 5:15 22:11

**timely** 30:3 47:2

**times** 20:8 40:7

**tissue** 63:7

**tissues** 13:1 77:16

**today** 5:3 7:8 12:19,20 52:17 53:7 75:7 78:23

**Today's** 4:6

**told** 15:21 21:11,25 22:2 37:10 47:13 76:9 79:9

**toll** 8:5 37:15

**Top** 19:2,4

**total** 49:24

**toured** 12:4,5

**Township** 4:1,6 22:19

**tract** 63:25 64:2

**train** 25:9

**training** 14:15,25 27:12

**transcribed** 28:23

**transcript** 78:17

**transit** 37:21

**transits** 39:12

**trauma** 13:2

**treat** 6:20 20:3 55:9

**treated** 20:19,25 52:9 64:22

**treating** 5:22,24 6:9,20 7:2 27:3 42:14

**trial** 35:16 42:2 54:23 78:22 79:10

**trickery** 79:20

**true** 5:4,5 42:7 70:17

**truth** 4:20

**turn** 40:13

**TV** 11:18

**twin** 11:9,15

**two-thirds** 69:24

**type** 35:5 37:8,20

**types** 7:13 30:16

**Typically** 9:11

## U

**U.S.** 11:13,17

**ulcer** 63:25

**ulcerative** 64:6

**unavailability** 78:20 79:10

**underestimate** 25:17

**undergraduate** 12:6

**understand** 34:5 52:23 53:3 54:9

**understanding** 33:8,10

**Understood** 9:5,14,17 11:4

**unfortunate** 77:12

**uniform** 59:10

**unit** 20:2

**United** 11:16 15:25 16:9 19:14, 16,17,18

**University** 12:5 14:3 49:14,17

**unnecessary** 48:24

**unplug** 28:11

**unprofessional** 17:22 44:6

**unresponsive** 78:4

**unsanitary** 32:13

**updated** 19:8,9

**upfront** 21:24 22:3

**upper** 63:24

**upstream** 64:4

**ureter** 70:10

**utilization** 17:11

## V

**Valley** 52:19

**verbal** 33:8

**versus** 7:15 77:4

**viable** 62:20

**video** 28:9,15,23 29:8 78:15,20

**video-recorded** 4:5

**Vietnam** 11:12

**Vitae** 15:17

**Vividly** 20:23,24

**VOIR** 5:2

**volunteer** 19:15

**volunteered** 19:19

## W

**waited** 57:19 59:25

**walk** 75:7

**walking** 38:5

**wall** 8:23 10:16

**wanted** 12:16

**War** 11:13

**warning** 33:23

**waste** 78:6

**watch** 36:24


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**watched** 11:19

**watching** 11:18 12:8

**way-ish** 69:24

**Wayne** 14:3,5

**wear** 8:6 25:22 29:20 31:7,8

**wearing** 7:18 31:6

**Webber** 4:5,17,21,22 5:7 7:1
20:13 42:17 54:3,12 55:9 80:1

**Webber's** 15:17

**weeks** 22:16 25:20 78:25 79:1,2,
3

**weight** 13:2 38:8,17

**weights** 38:11,13

**Weil** 4:14,15 10:11,25 16:22
17:4,12,14,17,19,21,23 18:6,24
20:15 23:22 27:8,22 29:13 34:22
35:2 39:5 41:9,15 43:9,18,21,24
44:3,15,17,19,22,24 45:1,3,5,8,
10,16 48:20,25 49:3 50:2,18
51:10 52:4,25 53:19 54:3,7,11
56:20,23 69:8,10,13 71:7,25
72:5,7,11,19 73:1,6,24 74:3,6,8,
11,15 77:23 78:3,11 79:11,21

**whatsoever** 29:4 46:4

**wheelhouse** 18:22

**whisk** 75:13

**white** 28:12

**whopping** 49:25

**wide** 63:5

**widens** 10:1 58:9

**wider** 10:3

**Wolverines** 11:19,25

**woman** 26:13

**word** 35:6

**words** 35:3 49:1 57:16

**work** 34:13 49:12 50:24

**worked** 14:3

**works** 72:17 77:15

**world** 14:1

**worse** 11:11

**wrecks** 25:9

**write** 60:3

**written** 16:3

**wrote** 26:24

---

**X**

---

**X-RAY** 27:1

---

**Y**

---

**yard** 32:3

**year** 13:12 14:3,10,11,23 15:11,
20 19:5 25:20 37:11,12

**years** 7:10 11:8 13:13,14,23,24
14:8 37:7,10 57:14,15

**yesterday** 76:6,8

**young** 24:16,25

**Ypsilanti** 12:1

---

**Z**

---

**Zoom** 73:11

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100