Rachel Weil <Rachel.Weil@bowmanandbrooke.com>
To: Craig Hilborn
Mon 8/4/2025 1:10 PM

Cc: Adam Masin <Adam.Masin@bowmanandbrooke.com>;
Sunny Rehsi <Sunny.Rehsi@bowmanandbrooke.com>; Jon Marko; Ian Cross <ian@lawinannarbor.com>;
Larry Margolis <larry@lawinannarbor.com>

Counsel, thank you for preparing the purged transcript and the spreadsheet. We are not willing to waive any of our objections.

**Rachel B. Weil**
Partner
+1 267-908-7097 | Rachel.Weil@bowmanandbrooke.com