REC'D GRIEV. COORD.
'24 DEC 11 PM 12:25

MICHIGAN DEPARTMENT OF CORRECTIONS
**PRISONER/PAROLEE GRIEVANCE FORM**

4835-4247 10/94
CSJ-247A

Date Received at Step I  12/11/2024  Grievance Identifier: S M T 2 0 2 4 1 2 1 0 5 4 2 8 6

**Be brief and concise in describing your grievance issue.** If you have any questions concerning the grievance procedure, refer to PD 03.02.130 and OP 03.02.130 available in the prison Law Library.

| Name (print first, last) | Number | Institution | Lock Number | Date of Incident | Today's Date |
|---|---|---|---|---|---|
| EREC GLIDE | 492743 | SMT | 9-4-9 | 12/09/24 | 12/10/24 |

What attempt did you make to resolve this issue prior to writing this grievance? On what date? 12/09/24
If none, explain why. I received a CHL-646 form from MP of whos signature is illegible. It declares that my request for ostomy reversal was presented at "Grand Rounds Teams" and was denied. I have no way ~~corresponding~~ of contacting this Grand Rounds Team and any atempt to discuss this decision and now file this grievance.

State problem clearly. Use separate grievance form for each issue. Additional pages, using plain paper, may be used. Four copies of each page and supporting documents must be submitted with this form. The grievance must be submitted to the Grievance Coordinator in accordance with the time limits of OP 03.02.130.

This grievance is being written on the Medical Provider and the "Grand Rounds Team" that decided to refuse my Ostomy Reversal Surgery. I was told my health made me a perfect canidate by the Doctor who last saw me and put in the request for Ostomy Reversal. This procedure to allow me to live a normal life would improve my quality of life. My mental health is in decline as a result of living this way. This facility constantly runs out of supplies I need without resolution. I want to be made normal and not have this ostomy that causes numerous issues that assault my quality of life. Please provide this Ostomy Reversal without reliance on the cost as constitutionally that should not be a factor in deciding not to provide Ostomy reversal.

_____
Grievant's Signature

**RESPONSE** (Grievant Interviewed? ☐ Yes ☒ NO   If No, give explanation. If resolved, explain resolution.)

*See Attached Response.*

| _____ | 12/11/24 | _____ | 12/30/ |
|---|---|---|---|
| Respondent's Signature | Date | Reviewer's Signature | Date |
| T. RYDER | CRL | _____ | _____ |
| Respondent's Name (Print) | Working Title | Reviewer's Name (Print) | Working Title |

| Date Returned to Grievant: 12/30/24 | If resolved at Step I, Grievant sign here. Resolution must be described above. | _____ Grievant's Signature | _____ Date |
|---|---|---|---|

DISTRIBUTION: White, Green, Canary, Pink — Process to Step One; Goldenrod — Grievant

**Michigan Department of Corrections**
**GRIEVANCE REJECTION LETTER**

DATE:     12/12/2024

TO:        GLIDE, ERIC        167606              LOCATION:   SMT        75-2-10

FROM:     Grievance Coordinator:  RYDER, T

SUBJECT:  Receipt/Rejection/Denial for Step I Grievance

Your Step I grievance regarding **lack of jurisdiction**
was received in this office on 12/11/2024 and was rejected due to the following,
Your grievance is being returned to you without processing for the reason that is lacks jurisdiction. PD 03.02.130
Prisoners and parolees are required to file grievances in a responsible manner.  A grievance shall be rejected by
the Grievance Coordinator if: The prisoner is grieving issues not within the authority of the Department to resolve
(e.g., disputes between a prisoner and an MDOC contractor, etc.).  The grievant shall be told who to contact in
order to attempt to resolve the issue, if known. The issue is with VitalCore Health Strategies – (Michigan Regional
Office), which is out of the SMT- MDOC ability to correct, so the grievant may not file a grievance for a matter
that SMT has no control over. Grievance REJECTED at STEP I.
         You are grieving the decision of VitalCore Health Strategies – Michigan Regional Office, SMT
MDOC has no jurisdiction over VitalCore Health Strategies, Your complaint is with the VitalCore Health
Strategies – Michigan Regional Office 120 Washington Square, Suite 600. Lansing, MI 48933

Any future references to this grievance should utilize this identifier number
         SMT      /     2024 /   12 /  1054    /  28G

_____            _____            _____            _____
Respondent                         Date                   Reviewer                           Date

# Prisoner Notice of Rejections Draft CSJ-2

You have submitted a grievance that has been rejected pursuant to PD 03.02.130, "Prisoner/Parolee Grievances". This is an attempt to redirect you to properly file and avoid being placed on Modified Access (MA). PD 03.02.130, "Prisoner/Parolee Grievances" is available in the law library.

**REASONS FOR REJECTION (PD 03.02.130, Paragraph J)** - Prisoners and parolees are required to file grievances in a responsible manner. A grievance shall be rejected by the Grievance Coordinator (GC) if:

1. It is vague, illegible, or contains multiple unrelated issues.
2. It raises issues that are duplicative of those raised in another grievance filed by the grievant.
3. The grievant is on modified access pursuant to Paragraphs JJ through NN and has filed a grievance in violation of those paragraphs.
4. The grievant did not attempt to resolve the issue with the staff member involved prior to filing the grievance unless prevented by circumstances beyond his/her control or if the issue falls within the jurisdiction of Internal Affairs in the Office of Executive Affairs.
5. The grievance is filed in an untimely manner. The grievance shall not be rejected if there is a valid reason for the delay; e.g., transfer.
6. It contains profanity, threats of physical harm, or language that demeans the character, race, ethnicity, physical appearance, gender, religion, or national origin of any person, unless it is part of the description of the grieved behavior and is essential to it.
7. Two or more prisoners and/or parolees have jointly filed a single grievance regarding an issue of mutual impact or submit identical individual grievances regarding a given issue as an organized protest.
8. The prisoner is grieving <u>content</u> of the policy or procedure except as it was specifically applied to the grievant. If a prisoner has a concern with the content of a policy or procedure, s/he may direct comments to the Warden's Forum as provided in PD 04.01.150 "Prisoner Housing Unit Representatives/Warden's Forum."
9. The prisoner is grieving a decision made in a Class I misconduct hearing or other hearings conducted by Administrative Law Judges (ALJ's) employed by the Michigan Department of Licensing and Regulatory Affairs (LARA), including property disposition and issues directly related to the hearing process (e.g., sufficiency of witness statements; timeliness of misconduct review; timeliness of hearing). Prisoners are provided an appeal process for Class I decisions pursuant to PD 03.03.105 "Prisoner Discipline."
10. The prisoner is grieving a decision made by the Parole Board to grant, deny, rescind, amend or revoke parole, or not to proceed with a lifer interview or a public hearing. This includes grieving the tools (scoring weights and ranges) utilized in developing guideline scores. However, a prisoner may challenge the calculation of his/her parole guideline score, including the accuracy of the information used in calculating the score by filing a grievance.
11. The prisoner is grieving a decision made in a Class II or Class III misconduct hearing, including property disposition, and issues directly related to the hearing process (e.g., sufficiency of witness statements, timeliness of misconduct review, timeliness of hearing). Class II and Class III decisions may be appealed pursuant to PD 03.03.105 "Prisoner Discipline".
12. The prisoner is grieving issues not within the authority of the Department to resolve (e.g., disputes between a prisoner and an MDOC contractor, etc.). The grievant shall be told who to contact in order to attempt to resolve the issue, if known.
13. The prisoner is grieving the result of a Risk Assessment Instrument (e.g., COMPAS) or Transition Accountability Plan (TAP). However, a prisoner may challenge the accuracy of the information used in assessments, including in the TAP.
14. The prisoner is seeking reimbursement for property loss or damage that must be submitted pursuant to PD 03.02.131 "Prisoner State Administrative Board Property Claims."

**Please note that:**
- If you continue to file grievances that are rejected, you may be placed on "Modified Access" (MA) pursuant to the policy.
- Modified Access (MA) is not a punitive action, but an attempt to educate you to the process of properly filing.
- While you are on MA you must request a grievance form from your GC who will provide the form if your grievance is not rejectable pursuant to policy.
- While on MA, grievances may be submitted regarding alleged violations of policy or procedure or alleged unsatisfactory conditions of confinement which directly affect you, including alleged violations of PD 03.02.130 and its related procedure.
  - **Grievances must contain only one grievable issue per CSJ-247A form and must be summarized on the form.**
  - Include details **(when/where/how)** of your attempt to resolve with the proper staff.
  - Include details of what you are grieving **(who/what/where/when)**, and the resolution you seek.
  - **Be brief and to the point. Avoid extraneous information and use forms properly.**
- Grievances submitted that do not violate PD 03.02.130 will be processed as usual, however, if you further violate PD 03.02.130 you are subject to extensions of your Modified Access status.
- **YOUR MODIFIED ACCESS STATUS MAY NOT BE GRIEVED.**

| Date | | PrisonerID | Prisoner Name |
|---|---|---|---|
| 12/11/2024 | SMT202412105428G | 492743 | GLIDE, ERIC |
| 9-4-9   SMT   Responder: RYDER,T | | | Date Returned: 12/30/24 |