*Andy Sparks, Jr. #162941 v. Dr. Hutchinson & Subrina Aiken, RN*
USDC-ED No: 2:16-cv-10752
Honorable Gerald E. Rosen
Magistrate Judge David R. Grand

# EXHIBIT 1

Case 2:16-cv-10752-GAD-DRG ECF No. 85-2, PageID.2524 Filed 10/04/16 Page 1 of 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDY SPARKS #162941,

    Plaintiff,

                                No. 2:16-cv-10752

v

                                HON. GERALD E. ROSEN

DR. CRAIG HUTCHINSON and SUBRINA
AIKEN, RN,                          MAG. DAVID GRAND

    Defendants.

| | |
|---|---|
| Andy Sparks #162941 | David Hoort (P28492) |
| In Pro Per | Assistant Attorney General |
| Central Michigan Correctional Facility | Attorney for Defendant Aiken |
| 320 N. Hubbard Street | Civil Litigation, Employment & |
| St. Louis, MI 48880 | Elections Division |
| | P.O. Box 30736 |
| Ronald W. Chapman (P37603) | Lansing, MI 48909 |
| Chapman Law Group | 517.373.6434 |
| Attorney for Defendant Hutchinson | |
| 1441 West Long Lake Rjoad | |
| Suite 310 | |
| Troy, MI 48098 | |
| (248) 644-6326 | |

## AFFIDAVIT OF SUBRINA AIKEN

    I, Subrina Aiken, having been duly sworn, depose and say:

    1.    If sworn as a witness, I can testify competently to the facts contained within this affidavit.

    2.    At all times relevant to this lawsuit, I was employed by the Michigan Department of Corrections (MDOC), as a Registered Nurse with the Jackson Health Care Office.

3. I have personally reviewed the Complaint filed by Plaintiff in the above action and am familiar with its content. My actions, in this case, were during the course of my employment, within the scope of my authority, in good faith and in the exercise of my discretion as a R.N. and as the Respondent in a Step II Grievance Appeal with MDOC. I have not been disciplined or addressed by MDOC for any improper actions relating to this incident.

4. The documents referenced in this affidavit are records of regularly conducted activity of the MDOC, and are kept in the regular course of business of the MDOC. Any copy of these records attached to or accompanying this affidavit are true and accurate copies of the original records.

5. In this case I responded to a Step II Grievance Appeal on 1/11/16 relating to Plaintiff's complaint about his treatment for Hepatitis C. My investigation revealed Plaintiff was being monitored by Infectious Disease Medical ID specialist, Defendant Doctor Hutchinson. With regards to Hepatitis C, the Infectious Disease ID specialist determines any and all HCV treatments. My determination was, to the best of my ability, experience and training, that Plaintiff's grievance should be denied. That Plaintiff's medical needs were being addressed.

6. The comment *"adults have lots more liver than they need, and the liver can regenerate substantially"* (Compl. R. 1, PageID.9) comes from Hepatitis C EHR's and is something I often give to Hepatitis C patients for educational purposes. I believe it's very good information to reaffirm with the "patient", so they will save their liver as much as possible.

2

7.      I have no malice or wrongful intent towards Plaintiff.  I take my job and responsibilities as a Registered Nurse and Grievance Respondent with MDOC very seriously and am committed to providing the best medical care possible, and to being fair and impartial to prisoners and staff.  It is my objective and expectation to always follow, to the best of my ability, the legal and ethical obligations required of me as a nurse and applicable MDOC rules and policies.

Subrina Aiken, R.N.
Michigan Department of Corrections


Subscribed and sworn to before me, a Notary Public,
on the ___2nd___ day of __November__, 2016.

Notary Public
_____Jackson_____ County, Michigan
My Commission Expires: __July 17, 2018__

Elizabeth Ann Solomon
Notary Public, State of MI
County of Jackson
My Commission Expires: July 17 2018
Acting in the County of  Jackson

3