UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT MORGAN #596132,

        Plaintiff,                          NO. 1:17-cv-206

v                                     HON. GORDON J. QUIST

GEORGE JOHNSON, SUE            MAG. RAY KENT
BUSKIRK, SUBRINA AIKEN,
KEITH PAPENDICK, ANDREA
LINDHOUT, LYLE MINDLIN,
RICHARD HARBAUGH, and
RICHARD RUSSELL,

        Defendants.

_____/

Exhibit A

Affidavit of Subrina Aiken, R.N.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

ROBERT MORGAN #596132,

        Plaintiff,

v

GEORGE JOHNSON, SUE
BUSKIRK, SUBRINA AIKEN,
KEITH PAPENDICK, ANDREA
LINDHOUT, LYLE MINDLIN,
RICHARD HARBAUGH, and
RICHARD RUSSELL,

        Defendants.

NO. 1:17-cv-206

HON. GORDON J. QUIST

MAG. RAY KENT

/

## AFFIDAVIT OF SUBRINA AIKEN, R.N.

I, Subrina Aiken RN being duly sworn, depose and say as follows:

1.     I am a Clinical Administrative Assistant, RN and am currently employed by the Michigan Department of Corrections (MDOC). I have been employed in this capacity for approximately 12 years.

2.     If sworn as a witness, I can testify competently to the facts contained within this affidavit.

3.     In my capacity as the Clinical Administrative Assistant (CAA) - RN, I do not provide any direct patient care to prisoners. I do not have any supervisory responsibilities for administrative staff or individuals who do provide patient care. I make no determinations or recommendations regarding patient care.

4.     I did not provide any medical care to the inmate.

1

5.     To the best of my knowledge, I do not have any direct information or knowledge regarding the Plaintiff's allegations; other than responding to his Step II grievance.

6.     The documents referenced in this affidavit are records of regularly conducted activity of the Michigan Department of Corrections. The records were made at or near the time of the occurrences reflected, by a person with knowledge of those matters, or from information transmitted by a person with knowledge of those matters. These documents are kept in the regular course of business of the Michigan Department of Corrections. Any copy of these records attached to or accompanying this affidavit are true and accurate copies of the original records.

AFFIANT SAYS NOTHING FURTHER.

Subrina Aiken, RN, CAA

Subscribed and sworn to before me, a Notary Public,

on the _11_ day of ___July___, 2018

Notary Public

___Jackson___ County, Michigan

My commission expires: _2-9-2019_

Pamela Tingay
Notary Public, State of Michigan
County of Jackson
My Commission Expires: February 9, 2019
Acting in County of Jackson

Simmons\2017-0181477-A Morgan\AFF.Aiken

2