# Defendant's Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALI MUTHANA #283046,

        NO. 2:23-cv-11665

    Plaintiff,

v                  HON. MARK A. GOLDSMITH

PENINAH ONYANGO and    MAGISTRATE JUDGE
RICHARD HARBAUGH,     PATRICIA T. MORRIS

    Defendants.

---

## AFFIDAVIT OF RICHARD HARBAUGH

I, Richard Harbaugh, being duly sworn, depose and say as follows:

1.    I am presently employed by the Michigan Department of Corrections (MDOC) as the Health Unit Manager (HUM) at the Woodland Correctional Facility (WCC) in Whitmore Lake, Michigan. I have worked in this position since 2018. I am also a Registered Nurse.

2.    If sworn as a witness, I can testify competently to the facts contained within this affidavit.

3.    My primary responsibilities include coordination of all clinical activities and all support services for the WCC healthcare department. Through my position, I have access to prisoner medical, which are maintained in the ordinary course of MDOC business. Attached as Exhibit 1 to this Affidavit is a Clinical Encounters Report that identifies the hand-on

1

encounters with medical providers and chart reviews related to complaints that were made by Muthana or someone else to have them be seen. It does not include daily nursing notes which would typically occur numerous times per week. Muthana made no recorded complaints to healthcare regarding chest pain from January 20, 2022 and July 26, 2022.

5. In my position, I am not able to prescribe medications, including medications for pain or cardiac conditions. I am not able to contradict or otherwise overrule a physician's diagnosis or treatment plan. I am not able to prescribe pain management care or narcotics. I am not able to order diagnostic testing or perform surgery.

6. In my role as Health Unit Manager, I do not supervise any physician, physician assistant, or nurse practitioners. These providers work independent from me and I have no authority over them to require them to prescribe any medications or to give a patient any particular plan of treatment.

7. If a kite is sent to healthcare and addressed to the Health Unit Manager or any particular healthcare staff member, the kite is still responded to by the first available staff member. Muthana attached two kites to his Complaint (ECF No. 1, PageID.22-23.) I have never seen those kites prior to the filing of Muthana's Complaint. The kites attached were written on a standard form but Muthana attached the front page of the form.

2

If Muthana had turned in that kite to healthcare, he would not be in possession of that form because the top sheet of the form is kept by healthcare. Therefore, in addition to me never having seen those kites before this lawsuit, it does not appear that any such kites were actually turned in.

7. I never had any encounters with Muthana personally for his chest pain or cardiac issues while working as the HUM.

8. I never saw Muthana in clinic or provided any clinical care to him for anything related to this lawsuit.

AFFIANT SAYS NOTHING FURTHER.

_____
Richard Harbaugh, Health Unit Manager
Woodland Correctional Facility

Subscribed and sworn to before me, a Notary Public,
on the _9_ day of _September_____, 2024.

_____
Notary Public
_Ingham_____ County, Michigan

My commission expires: _10.12.2026_

K. NEAL
NOTARY PUBLIC, STATE OF MI
COUNTY OF INGHAM
MY COMMISSION EXPIRES Oct 12, 2026
ACTING IN COUNTY OF Livingston

White copy would

3

# Attachment 1

Case 2:23-cv-13655-GAD-PTM ECF No. 184-4, PageID.8295 Filed 09/07/24 Page 5 of 24

# Michigan Department of Corrections
# Clinical Encounters Report

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Begin Date:** 01/01/2021 | | | | **End Date:** 07/01/2023 | | **Location:** N/A | |
| **Off #:** 0283046 | | | | **Offender Name:** MUTHANA, ALI MUSAID AHMED | | **Facility:** N/A | |
| **Provider Type:** N/A | | **Provider:** N/A | | **Type:** Multiple | | **Report Type:** Current | |

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| **MUTHANA, ALI** | | | | | | | | | |
| MP UNR | 01/07/2021 | 15:09 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Duggan, Hannah [HD2] |

Chest pain

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Urgent/Emergent | 01/10/2021 | 11:35 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Rogowski, Theresa |
| Urgent/Emergent | 01/10/2021 | 11:56 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Rogowski, Theresa |
| Nursing Note | 01/10/2021 | 21:24 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Melton, Penny [PM1] |
| Nursing Note | 01/13/2021 | 23:13 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Harris, Ericka [EH3] RN |
| MP Provider | 01/14/2021 | 17:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Harris, Rochelle [RH] |

Hospital Return

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| MP Provider | 02/02/2021 | 15:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Duggan, Hannah [HD2] |

MP Follow up CAD Syncope**Facility on lockdown due to COVID, only URGENT visits at this time. Reschedule**

Review and discuss ATP for Cardiology follow up with patient

1/29: patient rescheduled to 2/2 due to overbooking

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Nursing Note | 02/14/2022 | 11:31 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Offsite Return | WCC | Completed | Barylski, Janet [JB4] RN |

Auth #00931534

Thyroid Ultrasound @HF Allegiance Hospital in Jackson on 3/29/2021 @0900.

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| MP Provider | 04/21/2021 | 14:29 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Duggan, Hannah [HD2] |

**Clinic**
Discuss thyroid US results, submit 407 for biopsy

**Begin Date:** 01/01/2021      **End Date:** 07/01/2023      **Location:** N/A

**Off #:** 0283046      **Offender Name:** MUTHANA, ALI MUSAID AHMED      **Facility:** N/A

**Provider Type:** N/A      **Provider:** N/A      **Type:** Multiple      **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Nursing Note | 02/14/2022 | 11:21 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Offsite Return | WCC | Completed | Barylski, Janet [JB4] RN |

    Auth #00938694

    FNA Thyroid Nodule at HF Allegiance Hospital in Jackson on 5/10/2021 @1230

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nursing Note | 06/24/2021 | 12:21 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Hedger, Daniel [DH12] |

    I am having pain in my eyes

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MP Chart Review | 06/20/2021 | 23:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Zwolensky, Lauren [LZ] |
| MP Provider | 01/20/2022 | 17:37 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Chronic Care | WCC | Completed | Onyango, Peninah |

    CCC: HTN, HLD.
    F/U labs

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nursing Note | 01/11/2022 | 08:31 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | COVID-19 | WCC | Completed | Aguilar, Deborah [DA2] |

    Please get Rapid COVID swab and enter results into COMS for offsite appointment at DWH on 1/06/2021. Thank you

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Nursing Note | 01/03/2022 | 12:37 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 01/10/2022 | 18:22 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 01/16/2022 | 18:11 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Steadman, Diane |
| MP Provider | 02/28/2022 | 21:40 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |

    CO was not able to bring this inmate from the POD today, r/s. If not able to on 2/24, then may see in the POD. I has kited you last two weeks and you said I am gonna see the nurse about the lump which I have in my arm but I never seen the nurse, and I am in pain from this lump.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MP Chart Review | 03/07/2022 | 22:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 03/29/2022 | 22:16 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chiappini, Mayasa |
| MP Provider | 03/30/2022 | 09:42 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Stokely-Hamdan, |

**Begin Date:** 01/01/2021           **End Date:** 07/01/2023           **Location:** N/A

**Off #:** 0283046           **Offender Name:** MUTHANA, ALI MUSAID AHMED           **Facility:** N/A

**Provider Type:** N/A           **Provider:** N/A           **Type:** Multiple           **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| no comments, see attached nursing note | | | | | | | | | |
| MP Provider | 08/30/2022 | 17:01 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Chronic Care | WCC | Completed | Onyango, Peninah |
| HTN/HLD/GERD. Skin rashes. Patient + for COVID 19, will reschedule routine visit. | | | | | | | | | |
| Nursing Note | 04/07/2022 | 16:25 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |
| I have a pain on the bottom of my feet, is hurt alot when I walk and stand up, and these state shoe is hard and cause me more pain.! thank you! | | | | | | | | | |
| MP Provider | 04/09/2022 | 22:14 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Valdez, Angelena [AV6] |
| MP visit: Inmate was seen at clinic for foot pain with the presence of CO. Inmate stated pain started 4-5 months ago. Foot pain 9/10, stabbing nerve pain, especially worsening by walking. Metatarsal bones and heel bone pain that radiates to his ankle. Denies hx of arthritis but would like blood work to confirm or any type of treatment he can receive. He also states the pain is unbearable. | | | | | | | | | |
| MP Chart Review | 05/04/2022 | 21:09 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| MP Chart Review | 06/09/2022 | 20:49 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 06/17/2022 | 07:56 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Cummins, Sara [SC19] |
| Foot pain | | | | | | | | | |
| MP Chart Review | 06/16/2022 | 22:43 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| MP Chart Review | 06/28/2022 | 01:13 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Chart Review | WCC | Completed | Nortier, Noreen [NN2] |
| Pantoprazole Sodium Oral Tablet Delayed Release 40 MG TAKE 1 TABLET BY MOUTH DAILY FOR 90 DAYS PILL LINE ONLY Rx #: 400369657 Doctor: Harris, Rochelle [RH] NP Start: 04/04/22 Exp: 07/02/22  Expiring soon Thank you | | | | | | | | | |
| Nursing Note | 07/20/2022 | 15:06 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |

**Begin Date:** 01/01/2021 **End Date:** 07/01/2023 **Location:** N/A

**Off #:** 0283046 **Offender Name:** MUTHANA, ALI MUSAID AHMED **Facility:** N/A

**Provider Type:** N/A **Provider:** N/A **Type:** Multiple **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 07/26/2022 | 12:01 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | McKee, Margaret |
| Nursing Note | 07/26/2022 | 14:15 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |
| Nursing Note | 07/27/2022 | 18:36 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| MP Provider | 08/03/2022 | 09:54 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Onyango, Peninah |

Labs were reviewed: troponin negative
Trigs elevated.
Pt/INR mildly elevated.
Other labs noncontributory.
Will schedule appointment to discus labs result, diet and exercise life modifications.
Further assess regarding the mild elevation in PT/INR, repeat if necessary.
Please see provider's notes from 7/26/2022

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 08/05/2022 | 10:36 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 08/05/2022 | 10:54 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Corley, Rykiya [RC9] |
| MP Chart Review | 08/05/2022 | 18:49 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 08/20/2022 | 17:27 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Barylski, Janet [JB4] RN |
| Nursing Note | 08/29/2022 | 12:27 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |

Inmate is complaining of pain when urinating

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 08/26/2022 | 17:32 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Ponce De Leon, Marie |
| MP UNR | 08/26/2022 | 17:41 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 08/26/2022 | 18:38 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |

**Begin Date:** 01/01/2021           **End Date:** 07/01/2023           **Location:** N/A

**Off #:** 0283046           **Offender Name:** MUTHANA, ALI MUSAID AHMED           **Facility:** N/A

**Provider Type:** N/A           **Provider:** N/A           **Type:** Multiple           **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 08/30/2022 | 08:49 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 08/30/2022 | 10:19 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Jones, Courtney [CJ13] |
| MP Provider | 12/16/2022 | 10:36 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Chronic Care | WCC | Completed | Onyango, Peninah |

           CCC-HTN/HLD/GERD/LAD stent placement in 2007, recurrent angina. Risk score 3.137.
           He underwent cardiac cath on 12/3/22. Started IMDUR on 12/06/22. review effectiveness.

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 09/01/2022 | 11:05 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |

           chest pain, shortness of breath (prisoner has been complaining and is being treated for this already)

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| MP Chart Review | 09/02/2022 | 12:22 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 09/19/2022 | 08:05 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |

           Burning with urination

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 09/21/2022 | 13:23 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |

           Chest pain, SOB, burning with urination (please see previous notes from assessments by RN and MP)

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| MP Chart Review | 09/20/2022 | 17:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Chart Review | WCC | Completed | Onyango, Peninah |

           Inmates PRN Senna expired yesterday. Can this be renewed?

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 09/19/2022 | 15:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |
| Nursing Note | 09/21/2022 | 09:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |
| MP Chart Review | 10/06/2022 | 14:23 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Chart Review | WCC | Completed | Onyango, Peninah |

           Orders for Coreg and Zocor expired on 10/4/22. Can we renew? Thanks!

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 10/08/2022 | 17:18 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cacaj, Jessica [JC18] |

**Begin Date:** 01/01/2021  **End Date:** 07/01/2023  **Location:** N/A

**Off #:** 0283046  **Offender Name:** MUTHANA, ALI MUSAID AHMED  **Facility:** N/A

**Provider Type:** N/A  **Provider:** N/A  **Type:** Multiple  **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| MP Provider | 10/19/2022 | 13:36 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Kaur, Kamal [KK9] NP |

Please find out why inmate didn't do his Stress Test on 10/12, HF Allegiance records states "Cancelled for Personal Reasons" please get ROR if needed. Cancel approval if needed. Let Heather know if it needs to be rescheduled. Thank you

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| MP Chart Review | 10/20/2022 | 09:44 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Kaur, Kamal [KK9] NP |
| MP Chart Review | 10/28/2022 | 15:09 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Chart Review - 30 Day Review | WCC | Completed | Onyango, Peninah |

Inmate is past his 7 day approval date for his URGENT request for a Dobutamine Stress Test. He is scheduled on 11/10/2022 at HF Allegiance in Jackson. Please note that he refused his Lexiscan Stress Test the was previously scheduled due to claiming that he was allergic to the medication used for testing. Please do CRV. Thank you

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| MP Provider | 11/09/2022 | 12:56 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Chart Review | WCC | Completed | Onyango, Peninah |

Inmate is scheduled for his Dobutamine Stress Echo on 11/10 arrival time @0900. He needs to remain NPO for 4 hrs. prior. He needs to have NO Caffeine for 24 hrs. prior. Please write those order.
Thank you

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 10/24/2022 | 13:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 11/11/2022 | 18:09 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Barylski, Janet [JB4] RN |
| Urgent/Emergent | 11/13/2022 | 10:28 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Barringer, Deeanna |
| Urgent/Emergent | 11/13/2022 | 12:29 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Barringer, Deeanna |
| Nursing Note | 11/13/2022 | 18:09 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 11/17/2022 | 23:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Return - ER | 11/17/2022 | 23:55 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | James, Angele [AJ] RN |
| Nursing Note | 11/18/2022 | 11:55 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Benjamin, Crystal |

**Begin Date:** 01/01/2021                                      **End Date:** 07/01/2023                                      **Location:** N/A

**Off #:** 0283046                                      **Offender Name:** MUTHANA, ALI MUSAID AHMED                                      **Facility:** N/A

**Provider Type:** N/A                                      **Provider:** N/A                                      **Type:** Multiple                                      **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Nursing Note | 12/01/2022 | 08:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |
| | | | | Chest pain continues - chronic issue; requesting to see MP | | | | | |
| MP UNR | 12/01/2022 | 08:41 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Courneya, Amanda |
| Nursing Note | 12/01/2022 | 12:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| MP UNR | 12/04/2022 | 05:37 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Stokely-Hamdan, |
| | | Hospital return | | | | | | | |
| Nursing Note | 12/05/2022 | 09:10 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 12/05/2022 | 11:49 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Urgent/Emergent | 12/05/2022 | 11:49 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 12/05/2022 | 21:53 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pineda, Ritarose [RP6] |
| Nursing Note | 12/06/2022 | 12:01 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | McKee, Margaret |
| MP UNR | 12/06/2022 | 13:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Courneya, Amanda |
| Nursing Note | 12/06/2022 | 14:10 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Urgent/Emergent | 12/06/2022 | 14:56 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | McKee, Margaret |
| MP UNR | 12/06/2022 | 14:58 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Courneya, Amanda |
| Nursing Note | 12/06/2022 | 15:18 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | McKee, Margaret |

**Begin Date:** 01/01/2021  **End Date:** 07/01/2023  **Location:** N/A

**Off #:** 0283046  **Offender Name:** MUTHANA, ALI MUSAID AHMED  **Facility:** N/A

**Provider Type:** N/A  **Provider:** N/A  **Type:** Multiple  **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| MP UNR | 12/06/2022 | 15:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Courneya, Amanda |
| Nursing Note | 12/08/2022 | 12:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Ponce De Leon, Marie |
| MP UNR | 12/08/2022 | 22:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Stokely-Hamdan, |
| Hospital return | | | | | | | | | |
| Nursing Note | 12/09/2022 | 12:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 12/10/2022 | 09:12 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |
| Urgent/Emergent | 12/10/2022 | 09:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Bojescu, Stefana [SB36] |
| MP UNR | 12/10/2022 | 20:48 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Stokely-Hamdan, |
| Hospital return | | | | | | | | | |
| Nursing Note | 12/11/2022 | 00:37 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pineda, Ritarose [RP6] |
| Urgent/Emergent | 12/11/2022 | 09:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Aguilar, Deborah [DA2] |
| Urgent/Emergent | 12/11/2022 | 09:56 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Bojescu, Stefana [SB36] |
| MP UNR | 12/11/2022 | 11:15 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Courneya, Amanda |
| MP UNR | 12/11/2022 | 18:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Courneya, Amanda |
| Nursing Note | 12/11/2022 | 18:56 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 12/12/2022 | 05:56 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |

**Begin Date:** 01/01/2021 **End Date:** 07/01/2023 **Location:** N/A

**Off #:** 0283046 **Offender Name:** MUTHANA, ALI MUSAID AHMED **Facility:** N/A

**Provider Type:** N/A **Provider:** N/A **Type:** Multiple **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 12/12/2022 | 17:13 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 12/13/2022 | 13:20 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cacaj, Jessica [JC18] |
| Nursing Note | 12/14/2022 | 05:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/15/2022 | 05:33 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/15/2022 | 14:20 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Perez, James [JP12] |
| Nursing Note | 12/15/2022 | 11:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 12/15/2022 | 15:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 12/15/2022 | 18:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Glasschild, Boe [BG4] |
| Nursing Note | 12/15/2022 | 20:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Glasschild, Boe [BG4] |
| Nursing Note | 12/15/2022 | 22:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Glasschild, Boe [BG4] |
| Nursing Note | 12/16/2022 | 01:08 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| MP Provider | 04/19/2023 | 10:46 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Chronic Care | WCC | Completed | Onyango, Peninah |

CCC-HTN/HLD/GERD/CAD with multiple stents, review cardiology notes, recurrent angina. Review labs, Risk score 3.49.

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Urgent/Emergent | 12/16/2022 | 16:11 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 12/16/2022 | 16:41 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |

**Begin Date:** 01/01/2021  **End Date:** 07/01/2023  **Location:** N/A
**Off #:** 0283046  **Offender Name:** MUTHANA, ALI MUSAID AHMED  **Facility:** N/A
**Provider Type:** N/A  **Provider:** N/A  **Type:** Multiple  **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| Nursing Note | 12/17/2022 | 06:58 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/17/2022 | 11:15 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | McKee, Margaret |
| Nursing Note | 12/17/2022 | 22:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pinter, Pamula [PP12] |
| Nursing Note | 12/18/2022 | 09:46 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cacaj, Jessica [JC18] |
| Nursing Note | 12/18/2022 | 12:05 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cacaj, Jessica [JC18] |
| Nursing Note | 12/19/2022 | 10:06 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Urgent/Emergent | 12/19/2022 | 10:41 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Courneya, Amanda |
| Nursing Note | 12/19/2022 | 13:43 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 12/19/2022 | 14:25 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 12/20/2022 | 00:49 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/20/2022 | 05:45 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/21/2022 | 06:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/21/2022 | 13:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Barringer, Deeanna |
| Nursing Note | 12/21/2022 | 14:17 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Barringer, Deeanna |
| Nursing Note | 12/21/2022 | 18:13 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |

Generated 09/06/2024 16:36 by Harbaugh, Richard [RH6] RN  MDOC - WCC  Page 10 of 19

**Begin Date:** 01/01/2021  **End Date:** 07/01/2023  **Location:** N/A

**Off #:** 0283046  **Offender Name:** MUTHANA, ALI MUSAID AHMED  **Facility:** N/A

**Provider Type:** N/A  **Provider:** N/A  **Type:** Multiple  **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 12/22/2022 | 13:10 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 12/22/2022 | 13:16 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Urgent/Emergent | 12/22/2022 | 14:27 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |
| Nursing Note | 12/22/2022 | 15:16 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 12/22/2022 | 22:14 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pinter, Pamula [PP12] |
| Nursing Note | 12/23/2022 | 05:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| MP UNR | 12/23/2022 | 15:08 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Courneya, Amanda |
| Urgent/Emergent | 12/23/2022 | 16:36 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cacaj, Jessica [JC18] |
| Nursing Note | 12/23/2022 | 14:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cacaj, Jessica [JC18] |
| Return - ER | 12/23/2022 | 19:40 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Walls, Ayana [AW25] |
| Return - ER | 12/23/2022 | 22:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Walls, Ayana [AW25] |
| Nursing Note | 12/24/2022 | 17:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Ponce De Leon, Marie |
| Nursing Note | 12/25/2022 | 13:16 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 12/25/2022 | 12:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Bellinger, Geoffrey |
| MP UNR | 12/25/2022 | 13:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Bojescu, Stefana [SB36] |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Begin Date:** 01/01/2021 | | | | | **End Date:** 07/01/2023 | | **Location:** N/A | | |
| **Off #:** 0283046 | | | | | **Offender Name:** MUTHANA, ALI MUSAID AHMED | | **Facility:** N/A | | |
| **Provider Type:** N/A | | | **Provider:** N/A | | | **Type:** Multiple | | **Report Type:** Current | |

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|---|---|---|---|---|---|---|---|---|---|
| cp | | | | | | | | | |
| Nursing Note | 12/26/2022 | 05:35 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/26/2022 | 14:15 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 12/27/2022 | 12:46 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 12/27/2022 | 21:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pinter, Pamula [PP12] |
| Urgent/Emergent | 12/27/2022 | 23:29 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Segura, Guadalupe |
| Return - ER | 12/28/2022 | 12:46 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Return - ER | 12/28/2022 | 22:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Oldenburg-McGee, |
| inmate returned from off-site ER for chest pain, please evaluate | | | | | | | | | |
| Nursing Note | 12/28/2022 | 14:12 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 12/27/2022 | 23:05 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pinter, Pamula [PP12] |
| Nursing Note | 12/29/2022 | 05:31 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/29/2022 | 13:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 12/29/2022 | 21:38 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Aldabbagh, Mahmood |
| Nursing Note | 12/29/2022 | 22:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Osborne, Latricia [LO5] |
| Urgent/Emergent | 12/29/2022 | 23:13 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Oldenburg-McGee, |

**Begin Date:** 01/01/2021        **End Date:** 07/01/2023        **Location:** N/A

**Off #:** 0283046        **Offender Name:** MUTHANA, ALI MUSAID AHMED        **Facility:** N/A

**Provider Type:** N/A        **Provider:** N/A        **Type:** Multiple        **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Urgent/Emergent | 12/29/2022 | 23:40 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Oldenburg-McGee, |
| Nursing Note | 12/30/2022 | 00:42 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Aguirre, Sharon [SA14] |
| Nursing Note | 12/30/2022 | 05:30 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 12/31/2022 | 12:23 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Benjamin, Crystal |
| Nursing Note | 12/15/2022 | 16:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Glasschild, Boe [BG4] |
| Nursing Note | 12/31/2022 | 22:41 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Metto, Rael [RM15] RN |
| Nursing Note | 01/01/2023 | 05:29 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/01/2023 | 09:25 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/01/2023 | 17:21 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Osborne, Latricia [LO5] |
| Nursing Note | 01/01/2023 | 17:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Segura, Guadalupe |
| Nursing Note | 01/01/2023 | 17:44 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Segura, Guadalupe |
| Nursing Note | 01/01/2023 | 19:27 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Osborne, Latricia [LO5] |
| Nursing Note | 01/01/2023 | 19:53 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Segura, Guadalupe |
| Nursing Note | 01/02/2023 | 09:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 01/02/2023 | 13:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |

**Begin Date:** 01/01/2021        **End Date:** 07/01/2023        **Location:** N/A

**Off #:** 0283046        **Offender Name:** MUTHANA, ALI MUSAID AHMED        **Facility:** N/A

**Provider Type:** N/A        **Provider:** N/A        **Type:** Multiple        **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 01/02/2023 | 15:15 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 01/02/2023 | 17:14 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Segura, Guadalupe |
| Nursing Note | 01/02/2023 | 17:19 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pinter, Pamula [PP12] |
| Nursing Note | 01/02/2023 | 17:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Segura, Guadalupe |
| Nursing Note | 01/03/2023 | 05:53 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/03/2023 | 08:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/04/2023 | 05:35 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/04/2023 | 23:10 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Osborne, Latricia [LO5] |
| Nursing Note | 01/05/2023 | 14:31 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 01/10/2023 | 09:25 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Nurse Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |

Bloody semen

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 01/07/2023 | 06:05 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/09/2023 | 05:37 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/10/2023 | 16:16 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/13/2023 | 13:25 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | McKee, Margaret |

**Begin Date:** 01/01/2021 **End Date:** 07/01/2023 **Location:** N/A

**Off #:** 0283046 **Offender Name:** MUTHANA, ALI MUSAID AHMED **Facility:** N/A

**Provider Type:** N/A **Provider:** N/A **Type:** Multiple **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 01/14/2023 | 10:05 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/13/2023 | 20:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Walls, Ayana [AW25] |
| Nursing Note | 01/16/2023 | 11:58 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Barringer, Deeanna |
| Nursing Note | 01/15/2023 | 10:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/17/2023 | 05:44 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/17/2023 | 15:22 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/18/2023 | 05:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/18/2023 | 11:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | McKee, Margaret |
| Nursing Note | 01/19/2023 | 13:40 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Barnes, Eneshia [EB10] |
| Nursing Note | 01/20/2023 | 05:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/20/2023 | 17:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Bakoz, Endraws [EB11] |
| MP UNR | 01/20/2023 | 20:21 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Rehman, Shafiq [SR15] |
| Nursing Note | 01/20/2023 | 18:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Bakoz, Endraws [EB11] |
| Nursing Note | 01/21/2023 | 19:16 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 01/22/2023 | 05:36 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |

**Begin Date:** 01/01/2021 **End Date:** 07/01/2023 **Location:** N/A

**Off #:** 0283046 **Offender Name:** MUTHANA, ALI MUSAID AHMED **Facility:** N/A

**Provider Type:** N/A **Provider:** N/A **Type:** Multiple **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 01/22/2023 | 19:19 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| Nursing Note | 01/22/2023 | 20:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Aguirre, Sharon [SA14] |
| Nursing Note | 01/23/2023 | 05:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/23/2023 | 13:27 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/24/2023 | 13:22 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 01/25/2023 | 05:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 01/27/2023 | 13:39 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cacaj, Jessica [JC18] |
| Nursing Note | 01/27/2023 | 21:57 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Walls, Ayana [AW25] |
| Nursing Note | 01/28/2023 | 03:45 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Atiefu, Michael [MA13] |
| Nursing Note | 01/28/2023 | 06:13 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Atiefu, Michael [MA13] |
| Nursing Note | 01/29/2023 | 08:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 01/28/2023 | 08:51 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| Nursing Note | 02/14/2023 | 13:53 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| Nursing Note | 02/14/2023 | 15:18 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Bellinger, Geoffrey |
| Nursing Note | 02/14/2023 | 15:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Amend | WCC | Completed | Jones, Courtney [CJ13] |

**Begin Date:** 01/01/2021            **End Date:** 07/01/2023            **Location:** N/A

**Off #:** 0283046            **Offender Name:** MUTHANA, ALI MUSAID AHMED            **Facility:** N/A

**Provider Type:** N/A            **Provider:** N/A            **Type:** Multiple            **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 02/14/2023 | 15:55 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Jones, Courtney [CJ13] |
| MP Provider | 02/20/2023 | 09:32 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Courneya, Amanda |

Refusing losartan potassium and senna

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 02/23/2023 | 11:38 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chen, Lifeng [LC10] RN |
| Nursing Note | 03/22/2023 | 00:13 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pineda, Ritarose [RP6] |
| Nursing Note | 03/26/2023 | 21:48 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Misuraca, Andrea |
| Nursing Note | 04/08/2023 | 05:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 04/08/2023 | 14:57 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 04/09/2023 | 17:38 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 04/10/2023 | 12:32 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 04/10/2023 | 14:07 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 04/10/2023 | 18:49 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Misuraca, Andrea |
| Nursing Note | 04/11/2023 | 05:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 04/11/2023 | 13:07 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |
| MP UNR | 04/28/2023 | 20:40 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Rehman, Shafiq [SR15] |

**Begin Date:** 01/01/2021                    **End Date:** 07/01/2023                    **Location:** N/A

**Off #:** 0283046                    **Offender Name:** MUTHANA, ALI MUSAID AHMED                    **Facility:** N/A

**Provider Type:** N/A                    **Provider:** N/A                    **Type:** Multiple                    **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 04/28/2023 | 21:52 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pineda, Ritarose [RP6] |
| Nursing Note | 04/28/2023 | 22:43 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pineda, Ritarose [RP6] |
| Nursing Note | 04/28/2023 | 23:51 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pineda, Ritarose [RP6] |
| Nursing Note | 05/03/2023 | 18:23 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Chiappini, Mayasa |
| MP Provider | 05/04/2023 | 05:47 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Rehman, Shafiq [SR15] |
| Nursing Note | 05/04/2023 | 06:59 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Metto, Rael [RM15] RN |
| Nursing Note | 05/04/2023 | 10:26 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pariseau, Trista [TP6] |
| MP UNR | 05/04/2023 | 16:33 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Kaur, Kamal [KK9] NP |
| MP Provider | 05/05/2023 | 14:08 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP Follow Up | WCC | Completed | Kaur, Kamal [KK9] NP |

Refused colonoscopy, patient to sign ROR.

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| MP Provider | 05/10/2023 | 15:15 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | MP UNR | WCC | Completed | Onyango, Peninah |

Prisoner was placed on a new medication without a face to face encounter or any education regarding the new prescription. Prisoner is upset as he has had issues with the medication in the past. Please see prisoner and discuss new medication with a face-to-face encounter.

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 05/31/2023 | 03:00 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Pineda, Ritarose [RP6] |
| Nursing Note | 06/08/2023 | 04:20 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Montgomery, Maria |
| Nursing Note | 06/11/2023 | 15:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Sutton, Samira [SS43] |
| Nursing Note | 06/11/2023 | 17:05 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Simpson, Cherice [CS6] |

**Begin Date:** 01/01/2021      **End Date:** 07/01/2023      **Location:** N/A

**Off #:** 0283046      **Offender Name:** MUTHANA, ALI MUSAID AHMED      **Facility:** N/A

**Provider Type:** N/A      **Provider:** N/A      **Type:** Multiple      **Report Type:** Current

| Type | Date | Time | Off # | Offender Name | Lock | Activity | Facility | Status | Provider |
|------|------|------|-------|---------------|------|----------|----------|--------|----------|
| Nursing Note | 06/12/2023 | 05:27 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | DeLoach, LeMarcus |
| Nursing Note | 06/12/2023 | 13:42 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 06/12/2023 | 19:11 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Misuraca, Andrea |
| Nursing Note | 06/13/2023 | 13:59 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Corley, Rykiya [RC9] |
| Nursing Note | 06/21/2023 | 20:50 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Cairnduff, Katelyn |
| Nursing Note | 06/26/2023 | 13:09 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Burnash, Rebecca |
| MP UNR | 06/26/2023 | 15:24 | 0283046 | MUTHANA, ALI | POD 10:018:B:- | Clinical Encounter | WCC | Completed | Onyango, Peninah |

**MUTHANA, ALI**      **Count:** 246

**Total:** 246