# EXHIBIT 1

## AFFIDAVIT OF NON-SERVICE

| Case:<br>19-cv-13382 | Court:<br>UNITED STATES DISTRICT COURT Michigan Eastern | County: | Job:<br>13828451 (Yitzchok C. Lefkowitz a/k/a Isaac Lefkowitz ) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>KOHCHISE JACKSON | | Defendant / Respondent:<br>CHX TX, INC., et al | |
| Received by:<br>Fischer Process Serving | | For:<br>Marko Law | |
| To be served upon:<br>Yitzchok C. Lefkowitz a/k/a Isaac Lefkowitz | | | |

I, John Fischer, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Yitzchok C. Lefkowitz a/k/a Isaac Lefkowitz ,
**Manner of Service:**   Non serve
**Documents:**   Letter and Subpoena

**Additional Comments:**
A) There has been some difficulty serving the recipient at 12490 NORTHEAST 7TH AVENUE STE 222 NORTH MIAMI, FL 33161 which is the recipients current drivers license address.  This address is a secure building with keycard entry only.  This suite is primarily connected to MOSHE GOLDMAN Resident Agent for  GMA HOSPITALITY LLC.  Service attempts are being continued , as to continue due diligence I started a deeper investigation into locating a good phone number for the recipient Yitzchok C. Lefkowitz a/k/a Isaac Lefkowitz. (646) 623-5200 was narrowed to the best phone number.

B) Phone call made to (646) 623-5200 7/30/25 3:21pm PST
A male answered the phone and I ask for the recipient.  The man identified himself a the recipient and asked what I wanted.  I identified myself and informed him I am a process server with a subpoena for him.  I explained we have had some trouble locating him and I wanted to accommodate him as much as possible to get him served.

The recipient then said if I can get to the south of France in the next two hours he would accept service.  He said after that time period he would be elsewhere.  I then told him I clearly could not get someone there that quickly.  I asked him if he had and attorney in the united states that would accept service on his behalf.  He said no and then said he had to go.  He promptly hung up.  Attempts to call back failed to make contact.

_/s/ John Fischer_                                                07/30/2025

John Fischer                                                          Date
Process Server

Fischer Process Serving
1720 BAY STREET
SAGINAW, MI 48602
989-401-6926

## AFFIDAVIT OF NON-SERVICE

| Case:<br>19-cv-13382 (Federal) | Court:<br>United States District Court | County: | Job:<br>13828348 (Ronald Masin Gates-Gill) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Kohchise Jackson | | **Defendant / Respondent:**<br>Chx Tx, Inc., et al | |
| **Received by:**<br>Fischer Process Serving | | **For:**<br>Marko Law- Ebony White | |
| **To be served upon:**<br>Ronald Masin Gates-Gill | | | |

I, Angela Vermillion, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Ronald Masin Gates-Gill, 2133 RABY ROAD, EAST LANSING, MI 48823
**Manner of Service:** Unsuccessful Attempt
**Documents:** 2025.07.28- Letter and Trial Subpoena - Ronald Masin Gill .docx, Subpoena Mason Gill.pdf

**Additional Comments:**
1) Unsuccessful Attempt: Jul 30, 2025, 10:24 am EDT at 2133 RABY ROAD, EAST LANSING, MI 48823
No answer at the door and all of the blinds were closed. There were no vehicles parked in the driveway. I left a notice with my contact information along with detailed instructions to call and schedule for service on the front door.

2) Unsuccessful Attempt: Aug 1, 2025, 3:17 pm EDT at 2133 RABY ROAD, EAST LANSING, MI 48823
No answer at the door and I could see lights on inside of the house. There was a black Ford F350 parked in the driveway with license plate number RMG70. My previous notice was gone. I was able to verify that this is a good address for the recipient with the neighbor across the street.

3) Unsuccessful Attempt: Aug 2, 2025, 7:30 pm EDT at 2133 RABY ROAD, EAST LANSING, MI 48823
As I pulled into the driveway, I clearly saw a man standing at the kitchen sink and he quickly walked away from the window. I knocked on the door multiple times, but nobody would answer. There was a Ford pick up truck parked in the driveway with license plate number, RMG70.

_[signature]_    8/5/2025
Angela Vermillion    Date
Process Server

Fischer Process Serving
1720 BAY STREET
SAGINAW, MI 48602