UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

        Plaintiff,

v.

CHS TX, INC., et al.,

        Defendants.

Case No.: 2:19-cv-13382-GAD-PTM

U.S. DISTRICT COURT JUDGE
HON. GERSHWIN A. DRAIN

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF PLAINTIFF'S
RECEIPT OF FOOD STAMPS [ECF 157]**

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................. iii

STATEMENT OF ISSUES PRESENTED..............................................................iv

CONTROLLING OR MOST APPROPRIATE AUTHORITY ...............................v

DEFENDANT CORIZON'S OPPOSITION TO PLAINTIFF'S.............................1

CONCLUSION .........................................................................................................2

**[**PROPOSED] ORDER DENYING PLAINTIFF'S MOTION................................6

## TABLE OF AUTHORITIES

Page(s)

Rules

Fed. R. Evid. 401 ................................................................................................. iv, 1
Fed. R. Evid. 402 ................................................................................................. iv, 1
Fed. R. Evid. 403 ................................................................................................. iv, 1
FRE 403 ..................................................................................................................1, 2

## **STATEMENT OF ISSUES PRESENTED**

Is evidence that Plaintiff received food stamps relevant under FRE 401, 402, and 403 for the purpose of showing Plaintiff's general economic condition and in showing that medical care was financially burdensome to Plaintiff?

**Defendants answer: Yes.**

**Plaintiff answers: No.**

**The Court should answer: Yes.**

# **CONTROLLING OR MOST APPROPRIATE AUTHORITY**

Fed. R. Evid. 401

Fed R. Evid. 402

Fed. R. Evid. 403

# DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OF PLAINTIFF'S RECEIPT OF FOOD STAMPS [ECF 157]

Plaintiff seeks an order excluding any reference that Plaintiff has received food stamps to show that plaintiff is "poor." But Defendants do not intend to introduce evidence that Plaintiff has received food stamps to demonstrate poverty or to personally lay attacks on Plaintiff as a person. Rather, this evidence is relevant under FRE 401, 402, and 403 for the purpose of showing Plaintiff's general economic condition and in showing that medical care was financially burdensome to Plaintiff.

Plaintiff has acknowledged that his medical care—including his colostomy surgery—was paid for by Medicaid due to his economic circumstances. (**Exhibit A**, Plaintiff's Deposition Transcript at 219). As such, government assistance (including food stamps) is probative of the context in which he made medical decisions and the extent of his financial ability to seek or forgo certain procedures or surgeries.

FRE 401 provides:

Evidence is relevant if:

(a) it has any tendency to make a fact more or less probable than it would be without the evidence; and

(b) the fact is of consequence in determining the action.

1

FRE 403 provides:

> The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

Pursuant to FRE 403, the probative value of this evidence is not substantially outweighed by any risk of unfair prejudice. Instead, evidence of Plaintiff's financial condition provides necessary context and supports facts already conceded by Plaintiff, making it both relevant and admissible.

## **CONCLUSION**

For the foregoing reasons, the Court should deny the Plaintiff's Motion *in Limine* to Preclude Evidence of Plaintiff's Receipt of Food Stamps.

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By: /s/*Sunny Rehsi*
Sunny Rehsi (P80611)
101 W. Big Beaver Road.,
Suite 1100 Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

Adam Masin (Admitted 5/1/2025)
750 Lexington Avenue
New York, NY 10022
646.914.6790
adam.masin@bowmanandbrooke.com

                        Rachel B. Weil (Admitted 7/16/25)
                        123 South Broad Street, Suite 1512
                        Philadelphia, PA 19109
                        267.908.7097
                        rachel.weil@bowmanandbrooke.com

*Attorneys for Defendants CHS TX, Inc. d/b/a YesCare and Keith Papendick, M.D.*

## CERTIFICATE OF SERVICE

I certify that on August 8, 2025, I electronically filed the foregoing paper with the clerk of the United States District Court, Eastern District Southern Division using the ECF system which will send notification of such filing to the following:

**Ian T. Cross**
Cross Law PLLC
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI  48103
724.994.9590
ian@lawinannarbor.com

**Laurence H. Margolis**
Margolis Law Firm
Attorneys for Plaintiff
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Jonathan R. Marko** (P72450
**Michael L. Jones** (P85223)
Marko Law, PLLC
220 W. Congress, 4th Floor
Detroit, MI 48226
313.777.7529
jon@markolaw.com
michael@markolaw.com

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By:   /s/*Sunny Rehsi*
Sunny Rehsi (P80611)
101 W. Big Beaver Road.,
Suite 1100 Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

Adam Masin (Admitted 5/1/2025)
750 Lexington Avenue
New York, NY 10022
646.914.6790

4

       adam.masin@bowmanandbrooke.com

       Rachel B. Weil (Admitted 7/16/25)
       123 South Broad Street, Suite 1512
       Philadelphia, PA 19109
       267.908.7097
       rachel.weil@bowmanandbrooke.com

       *Attorneys for Defendants CHS TX, Inc. d/b/a YesCare and Keith Papendick, M.D.*

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KOHCHISE JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>CHS TX, INC., et al.,<br><br>        Defendants. | Case No.: 2:19-cv-13382-GAD-PTM<br><br>U.S. DISTRICT COURT JUDGE<br>HON. GERSHWIN A. DRAIN |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION
*IN LIMINE* TO PRECLUDE EVIDENCE OF PLAINTIFF'S RECEIPT OF
FOOD STAMPS [ECF 157]**

For the reasons stated in Defendants' Opposition to Plaintiff's Motion *in Limine* to Preclude Evidence of Plaintiff's Receipt of Food Stamps and any arguments thereto, the Plaintiff's motion is DENIED.

                                                                                          Hon. Gershwin A. Drain