UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                Plaintiff(s),

v.                                          Case No. 2:19−cv−13382−GAD−PTM
                                                         Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 761, Detroit, Michigan, for the following proceeding(s):

- JURY TRIAL:  January 20, 2026 at 09:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/Marlena A Williams
                                                      Case Manager

Dated:  October 7, 2025