**EXHIBIT**

tabbies

**2**

**Erina Kansakar**
**03/05/2021**

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF MICHIGAN
2             SOUTHER DIVISION

3   KOHCHISE JACKSON,

4       Plaintiff,      Case No.:  2:19-cv-13382

5     -v-          Hon. Terrence G. Berg

6   CORIZON HEALTH, INC., et al.,

7       Defendant.
   _____/
8

9   PAGE 1 TO 70

10

11     The Zoom recorded deposition of

12     ERINA KANSAKAR, M.D.,

13     Seattle, Washington,

14     Commencing at 1:05 p.m.,

15     Friday, March 5, 2021,

16     Before Cheryl McDowell, CSR-2662.

17

18

19

20

21

22

23

24

25



**Erina Kansakar**
**03/05/2021**                                              **Page 2**

```
 1   APPEARANCES:

 2   MR. LAURENCE H. MARGOLIS - P69635

 3   MR. IAN CROSS - P83367

 4   Laurence H. Margolis PC

 5   214 South Main Street, Suite 200

 6   Ann Arbor, Michigan  48104

 7   (734) 994-9590

 8   larry@lawinannarbor.com

 9   ian@lawinannarbor.com

10        Appearing remotely on behalf of the Plaintiff.

11

12   MR. DANIEL R. CORBET - P37306

13   MR. KENNETH A. WILLIS - P55045

14   Corbet Shaw Essad & Bonasso

15   30500 Van Dyke Avenue, Suite 500

16   Warren, Michigan  48093

17   (313) 964-6300

18   daniel.corbet@cseb-law.com

19   kenneth.willis@cseb-law.com

20        Appearing remotely on behalf of the Defendants

21        Prime Healthcare Services and Colleen Spencer.

22

23

24

25
```



```
 1   APPEARANCES, CONTINUED:

 2   MR. DEVLIN K. SCARBER - P64532

 3   Chapman Law Group

 4   1441 West Long Lake Road

 5   Troy, Michigan  48098

 6   (248) 644-6326

 7   dscarber@chapmanlawgroup.com

 8        Appearing remotely on behalf of the Defendant

 9        Corizon Health, Inc., and Keith Papendick, M.D.

10

11   MR. MARC OSWALD - P74204

12   Fletcher Fealko Shoudy & Francis PC

13   1411 Third Street, Suite F

14   Port Huron, Michigan  48060

15   (810) 987-8444

16   oswald@fletcherfealko.com

17        Appearing remotely on behalf of the Witness.

18

19   ALSO PRESENT:  MR. NEAL ROGERS, VIDEOGRAPHER

20

21

22

23

24

25
```



**Erina Kansakar**
**03/05/2021**                                           **Page 4**

 1                    TABLE OF CONTENTS

 2    Witness                              Page

 3    ERINA KANSAKAR, M.D.

 4

 5    EXAMINATION BY MR. CROSS:               6

 6    EXAMINATION BY MR. CORBET:             23

 7    EXAMINATION BY MR. SCARBER:            32

 8    REEXAMINATION BY MR. CROSS:            59

 9    REEXAMINATION BY MR. CORBET:           63

10    REEXAMINATION BY MR. SCARBER:          65

11

12                       EXHIBITS

13    PLAINTIFF'S EXHIBIT NO. 1               5

14    Procedure Report

15    PLAINTIFF'S EXHIBIT NO. 4               5

16    Fax and Document from Hope Surgical Services

17    DEFENDANTS' EXHIBIT NO. 1               5

18    Note dated February 1, 2017

19    DEFENDANTS' EXHIBIT NO. 2               5

20    Note dated March 29, 2017

21    DEFENDANTS' EXHIBIT NO. 3               5

22    Note dated April 7, 2017

23

24     (Exhibits premarked and retained by Counsel.)

25



1   Seattle, Washington

2   Friday, March 5, 2021

3   About 1:05 p.m.

4                    - - -

5               (Plaintiff's Exhibits Nos. 1 and 4 and

6               Defendants' Exhibits Nos. 1, 2, and 3

7               premarked and retained by Counsel.)

8               THE VIDEOGRAPHER:  We are on the record.

9   This is the video recorded deposition of Doctor Erina

10  Kansakar being taken remotely via Zoom.  Today is

11  March 5th, 2021, and the time is 1:05 p.m. Eastern

12  Time.

13              Would the attorneys please identify

14  themselves and the court reporter please swear in the

15  witness.

16              MR. CROSS:  Ian Cross for the plaintiff,

17  Kohchise Jackson.

18              MR. CORBET:  Hi.  This is Dan Corbet and

19  Ken Willis, and we're on behalf of Prime Healthcare

20  and Colleen Spencer.

21              MR. OSWALD:  Mark Oswald of behalf of

22  Doctor Erina Kansakar.

23              MR. SCARBER:  Good afternoon.  Devlin

24  Scarber appearing on behalf of the Corizon defendants

25  as well as Doctor Papendick.



Erina Kansakar
03/05/2021                                                    Page 6

1                              - - -

2                    ERINA KANSAKAR, M.D.,

3        having first been duly remotely sworn, was examined and

4        testified on her oath as follows:

5   EXAMINATION BY MR. CROSS:

6   Q.   Good morning, Doctor Kansakar.  My name is Ian Cross.

7        I represent the plaintiff, Kohchise Jackson.

8                    Have you ever had your deposition taken

9        before?

10  A.   Yes.

11  Q.   So you know that we need verbal responses, no head

12       nods, yes or no?

13  A.   Correct.

14  Q.   And I just want to let you know if you don't

15       understand any of my questions, that's fine.  You can

16       ask me to clarify.

17                   Also, this isn't an endurance test, so if

18       you need a break, if you want to go to the bathroom,

19       just let me know, okay?

20  A.   Okay.

21  Q.   So did you take the opportunity to review any

22       records --

23  A.   Yes.

24  Q.   -- to prepare for this deposition?

25  A.   Yes.  I got a copy of the medical records, and I did



1      get a chance to review those records.

2                  THE COURT REPORTER:  Doctor, can you speak

3      up a little bit?  You're soft spoken and it's a little

4      difficult.

5                  Okay.  Thank you.

6                  **THE WITNESS:  Yes, I did get a copy of all**

7      **the medical records, and I did get a chance to review**

8      **those medical records.**

9  BY MR. CROSS:

10  Q.   Okay.

11                 MR. SCARBER:  I don't want to interrupt.

12     Just is there any way we can get more light in the

13     room where the doctor is?

14                 **THE WITNESS:  Yeah.  I'm at my home office**

15     **and --**

16                 MR. SCARBER:  I see.

17                 **THE WITNESS:  Let me see if I can open this**

18     **curtain to get some more light.**

19                 MR. SCARBER:  Okay.  I couldn't really see

20     you.  I can definitely hear you, so if that's the

21     case, that's fine.

22                 Oh, that's better actually.  Thank you.

23  BY MR. CROSS:

24  Q.   Okay.  So let's start with a little background,

25     Doctor Kansakar.  Can you give us an overview of your



```
 1        training and education since high school?
 2   A.   Sure.  I did my medical school at B.P. Koirala
 3        Institute of Health Sciences in Dharan, Nepal.
 4                  I came to the United States for my general
 5        surgical residency.  That was from 2006 to 2012.
 6                  After completing my general surgical
 7        residency, I did a fellowship in minimally invasive
 8        surgery at Detroit Medical Center from 2012 to 2013.
 9   Q.   What is a residency?
10   A.   Residency is training in a medical specialty in order
11        to be able to practice that specialty.
12   Q.   And if I heard you correctly, your medical speciality
13        is general surgery?
14   A.   Correct.
15   Q.   Are you currently practicing as a general surgeon?
16   A.   Yes, I am.
17   Q.   How many years have you practiced general surgery?
18   A.   I've been in practice since August of 2013.
19   Q.   Continuously?
20   A.   Yes.
21   Q.   Are you board certified?
22   A.   Yes, I am a board certified general surgeon.
23   Q.   Where did you work after your fellowship?
24   A.   After completion of my fellowship, I was at Port Huron
25        with Physician Healthcare Network.
```



Erina Kansakar
03/05/2021                                        Page 9

1   Q.   And how long did you work there?

**2   A.   I worked there until February of 2018.**

3   Q.   While you were working in Port Huron, did you treat an

4        individual by the name of Kohchise Jackson?

**5   A.   Yes, I did.**

6   Q.   Do you recall what treatment, what condition you

7        provided Mr. Jackson treatment for?

**8   A.   I remember Mr. Jackson, but I do not recall all the**

**9        details.**

**10            After reviewing the medical records, I**

**11       treated him for a complicated sigmoid diverticulitis.**

12  Q.   All right.  I'm going to show you a document.  I'm

13       going to try to share the screen here.

**14  A.   Sure.**

15  Q.   And I want you to look over the document.

16            Can you see it?

**17  A.   Yes.**

18  Q.   All right.  And let me know when you're done reviewing

19       it and if you need me to scroll.

20            And this has been marked as Plaintiff's

21       Exhibit 1.

**22  A.   I'm okay with that.**

23  Q.   Okay.  Do you recognize this document?

**24  A.   Yes.**

25  Q.   What is it?



1  A.  This is a procedure report.  I did a colonoscopy for

2      Mr. Jackson.

3  Q.  And I see down here in this findings section, you

4      indicated he has a colovesical fistula, is that

5      correct?

6  A.  Correct.

7  Q.  What is a colovesical fistula?

8  A.  So a colovesical fistula is a condition where there is

9      abnormal communication between the colon and the

10     urinary bladder.

11 Q.  What's a colon?

12 A.  Colon is a part of the GI tract which is it was the

13     end of the gastrointestinal tract where the stool is

14     being formed and kind of sits there before somebody

15     kind of has a bowel movement.

16 Q.  Okay.  And I see above those findings in this

17     recommendation section, you recommended an open

18     sigmoid colectomy, is that correct?

19 A.  Correct.

20 Q.  What is an open sigmoid colectomy?

21 A.  So the open sigmoid colectomy is a surgery where we

22     make an incision right in the middle to identify the

23     colon, usually the sigmoid colon which has a

24     communication with the bladder in this case, to resect

25     that portion of the colon, and that would be a sigmoid



Erina Kansakar
03/05/2021                                    Page 11

1      colectomy.

2  Q.  When you say communication with the bladder, what do

3      you mean by that?

4  A.  **That's an abnormal connection.  Sigmoid colon, sigmoid**

5      **diverticulitis which this patient has is a condition**

6      **where the colon has these weak pouches or protrusions**

7      **through -- which are, like, weak points, and that can**

8      **get infected, as a result of which they can establish**

9      **abscesses or pus pockets, or it could be complicated**

10     **and have communication with the adjacent organs like**

11     **the urinary bladder.**

12          **So when there is an abnormal connection**

13     **between the colon and the urinary bladder, it's called**

14     **a fistula.**

15 Q.  All right.  Now, in the recommendations section, you

16     said:  With primary anastomosis.

17          Am I pronouncing that correctly?

18 A.  **Correct.**

19 Q.  Possible ostomy.

20          What is primary anastomosis?

21 A.  **So primary anastomosis is doing a one-stage surgery**

22     **where the plan is to hook the patient back to**

23     **establish the natural route at the same time.**

24 Q.  So if I'm understanding you correctly, with primary

25     anastomosis, you would do one surgery where you resect


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1      the infected section of colon and connect the two ends

2      together?

3  A.   Correct.

4  Q.   Okay.  What is an ostomy?

5  A.   So ostomy is a procedure where we do not hook the

6      patient's two ends of the colon together but bring a

7      bag through the abdominal wall so that the bowel --

8      excuse me -- the stool is rerouted into the bag, and

9      basically patient is having bowel movements into a

10     bag.  It's a diversion.

11  Q.  Why would you do a diversion like that, an ostomy,

12      rather than a primary anastomosis?

13  A.  It depends upon the condition during the surgery, if

14      there is a lot of swelling or it would be called

15      edema, a lot of scar tissue.

16              There is a concern that putting the two

17      ends together would result in a potential leak.  Then

18      it would be safer to do an ostomy or a diversion.

19  Q.  Okay.  And for Mr. Jackson, did you perform a primary

20      anastomosis?

21  A.  No, I did not perform a primary anastomosis.

22  Q.  Did you create an ostomy?

23  A.  Yes, I did.

24  Q.  Was that the first time you created an ostomy in your

25      career?



Erina Kansakar
03/05/2021                              Page 13

1   A.   No.

2   Q.   About how many times have you created an ostomy?

3   A.   I would be -- it would be very hard for me to kind of

4        give a number, but I would say definitely close to a

5        hundred or more.

6   Q.   A hundred or more times.

7             Have you ever --

8             MR. SCARBER:  Just objection to the

9        timeframe.  It hasn't been specified.

10  BY MR. CROSS:

11  Q.   Have you ever reversed an ostomy?

12  A.   Yes, I have.

13  Q.   Do you know approximately how many times you performed

14       that procedure?

15  A.   I do not recall a number just on top of my head.  I'm

16       not able to give an exact number.

17  Q.   But more than once I assume?

18  A.   Absolutely more than once.  More than, again, maybe

19       closer to a hundred or more.

20  Q.   Okay.  So after you created an ostomy for Mr. Jackson,

21       did you prescribe a plan of treatment?

22  A.   Yes, I did.

23  Q.   And did your prescribed plan of treatment include a

24       barium enema?

25  A.   Correct.



```
 1  Q.   Why did the plan of treatment -- well, first, what is
 2       a barium?
 3  A.   A barium enema is a radiological study where contrast
 4       which is barium in this case is injected through the
 5       rectum or the anal canal or the anal opening to kind
 6       of see the anatomy of the rectum and give us idea
 7       about the length that's available in the distal -- in
 8       the remaining colon -- excuse me -- in the remaining
 9       rectum.
10  Q.   And why would you need to know that?
11  A.   It helps with surgical planning to kind of get an idea
12       how much length is available distally to help with the
13       anastomosis or hooking the colon back up.
14            Sometimes it also helps to identify any
15       other abnormality like a mass or a growth.
16  Q.   Did your prescribed plan of treatment include a
17       colostomy reversal surgery in February of 2017?
18  A.   Yes, I did include that as my plan of treatment.
19  Q.   Why did you include that in the plan of treatment?
20            MR. CORBET:  Just for the record, leading
21       on these last couple or that earlier question.  I was
22       trying to unmute it.
23  BY MR. CROSS:
24  Q.   You may answer.
25  A.   Okay.  So my standard care for anybody that gets a
```



1    colostomy is to wait for about six to eight weeks.

2    The reason I wait for six to eight weeks is to reduce

3    any swelling or inflammation or edema from the surgery

4    so that the second surgery or colostomy takedown

5    becomes easier.

6              The goal is to establish the natural route

7    for the patient so that he or she can have natural

8    route to poop and have bowel movements.

9    Q.   Did I hear you use the term standard of care just now?

10   A.   This is my standard practice.

11   Q.   Okay.  Are you familiar with the term standard of

12   care?

13              MR. SCARBER:  I'm just going to place an

14   objection to relevancy.  This isn't a malpractice

15   case.

16              MR. CORBET:  Join.

17  BY MR. CROSS:

18   Q.   You may answer.

19   A.   I'm sorry.  I didn't get that question again.

20              Could you repeat that?

21   Q.   Are you familiar with the term standard of care?

22   A.   Yes, I am.

23   Q.   What is the standard of -- what does that term mean?

24   A.   To me it means what I would normally do in a

25   particular situation or a health condition.



Erina Kansakar
03/05/2021                                                    Page 16

1  Q.   Okay.  And I'm going to show you another document.

2            Can you see the document?

3  A.   **Yes.**

4  Q.   Do you recognize what it is?

5  A.   **Yes.  I think this was a letter to kind of make a**

6       **request for approval for his colostomy reversal**

7       **surgery.**

8  Q.   Okay.  And is that your signature?

9  A.   **Yes, it is.**

10 Q.   Are you the author of this letter?

11 A.   **Yes.**

12 Q.   So you wrote:  My recommendation and standard of care

13      for this patient is to have a barium enema x-ray via

14      the distal rectal stump and a colostomy reversal?

15 A.   **Correct.**

16 Q.   Why did you recommend a colostomy reversal?

17 A.   **Colostomy is a diversion, and for this patient, it was**

18      **meant to be a temporary plan to let the infection**

19      **settle, and the original plan was to kind of hook him**

20      **back up.  So that was the plan to do a colostomy**

21      **reversal.**

22 Q.   So were you able to follow your prescribed plan of

23      treatment for this patient?

24 A.   **I had plan for tentative surgery in February, but I**

25      **was told that his surgery was not approved.  So I was**



Erina Kansakar
03/05/2021                                    Page 17

1       not able to perform the second surgery for the

2       patient.

3   Q.  Was there a medical reason the patient could not have

4       undergone the second surgery that you were aware of?

5   A.  Not that I'm aware of.  He did not have any other

6       medical conditions that I was aware that would make

7       him ineligible for surgery.

8   Q.  So --

9               MR. CORBET:  Just a relevance objection.

10  BY MR. CROSS:

11  Q.  Would it be fair to say that your prescribed plan of

12      treatment was interfered with for a nonmedical reason?

13              MR. CORBET:  Form and foundation.

14              MR. SCARBER:  Leading.

15              MR. CORBET:  Join.

16  BY MR. CROSS:

17  Q.  You may answer.

18  A.  I do not know that.

19  Q.  Do you know who was responsible for approving or not

20      approving the colostomy reversal surgery that you

21      planned?

22  A.  I do not know that.

23  Q.  Okay.  Let me go back to this exhibit.  This has been

24      marked as Plaintiff's Exhibit 4.

25              MR. SCARBER:  Ian, I don't want to



1      interrupt, but I got Exhibit 1, and that was her

2      original note.

3                    But did we go through 2 and 3 already?

4                    MR. CROSS:  No, we haven't.

5                    MR. SCARBER:  Okay.  I'm sorry.  All right.

6                    MR. CROSS:  I skipped to 4.

7                    MR. SCARBER:  Okay.  I thought I missed

8      something.

9  BY MR. CROSS:

10  Q.   Okay.  And I'm going to draw your attention to this

11       last page here, this fax cover sheet.

12                   Do you see it says Hope Surgical Services

13       at the top?  What is Hope Surgical Services, if you

14       know?

15  **A.   Hope Surgical Services was the surgical group or the**

16       **surgical division of Physician Healthcare Network.**

17  Q.   And this person that faxed this from, Kathy, do you

18       know who that person is?

19  **A.   Kathy was my office manager at that time.**

20  Q.   Do you know her last name?

21  **A.   I do not remember her last name right now.**

22  Q.   Do you know any other information that would be useful

23       if we wanted to find Kathy to identify her?

24  **A.   I would contact Physical Healthcare Network.**

25  Q.   And I see the fax is to a Colleen.



1           Do you know who Colleen is?

2  **A.   I do not know who Colleen is.**

3  Q.   Do you know if this fax was sent at your direction?

4  **A.   I do not remember but I believe so.**

5  Q.   Okay.  Why would you direct your office manager to fax

6       this letter and this document to a Colleen?

7                MR. SCARBER:  Foundation, calls for

8       speculation.

9  BY MR. CROSS:

10  Q.   You may answer.

11                MR. CORBET:  Join.

12  **THE WITNESS:  Usually the protocol is**

13  **whenever we get -- in my practice when we schedule a**

14  **surgery, we get an insurance authorization.**

15  **So it could be that the patient was not**

16  **authorized for surgery, and I wrote this letter to**

17  **make a case for the surgery and asked her to fax it**

18  **over to the insurance company.**

19  **But I do not know for sure if Colleen is a**

20  **part of that because it doesn't say anything, any more**

21  **details.**

22  BY MR. CROSS:

23  Q.   Okay.

24  **A.   Can I take a break?**

25  Q.   Sure.



Erina Kansakar
03/05/2021                                    Page 20

1              How long do you need?

2  A.   About five minutes.

3  Q.   Sure.

4  A.   Thank you.

5              THE VIDEOGRAPHER:  We are going off the

6      record at 1:27 p.m.

7              (Off the record at 1:27 p.m.)

8              (Back on the record at 1:33 p.m.)

9              THE VIDEOGRAPHER:  We are back on the

10     record at 1:33 p.m.

11 BY MR. CROSS:

12 Q.   Doctor Kansakar, I believe you testified before that

13     you had performed at least dozens, perhaps a hundred

14     colostomy reversal procedures in your career.

15              Do you currently treat patients with

16     Medicare?

17 A.   Yes, I do.

18 Q.   Are you a participant in the Medicare program?

19 A.   Currently I'm employed through CHI which is Franciscan

20     Health, Catholic Health Initiative, and I believe I am

21     a part of the Medicare provider, but I have to check

22     to verify that.

23 Q.   Have you ever performed a colostomy reversal procedure

24     for a Medicare recipient?

25 A.   I haven't -- I do not check that to see if it's a



1       Medicare or any other insurance, so I do not know the

2       answer to that.

3                    MR. CORBET:  Relevance objection.

4                    MR. SCARBER:  Same.

5    BY MR. CROSS:

6    Q.  Do you typically have issues with health insurance

7        companies declining to cover colostomy reversal

8        procedures?

9                    MR. SCARBER:  I'm just going to place an

10       objection.

11                   MR. CORBET:  Same objection.

12                   MR. SCARBER:  Go ahead.

13                   MR. CORBET:  Just same objection, form and

14       foundation.

15                   MR. SCARBER:  Same objection to relevancy.

16   BY MR. CROSS:

17   Q.  You may answer.

18   A.  I'm not aware of.  I do not know.

19   Q.  You don't know?

20   A.  No.

21   Q.  What are -- let me ask you this.  Do you ever place an

22       ostomy with the intention that the ostomy be

23       permanent?

24   A.  Yes, there are occasions where I would place an ostomy

25       knowing that that would be a permanent ostomy.



Erina Kansakar
03/05/2021                                    Page 22

 1  Q.   And when would you do that?

 2  A.   There are certain medical conditions where there could

 3       be tumor or cancer which is very low in the colon.  It

 4       may involve the sphincter that's responsible for the

 5       continence or incontinence.

 6            And if that is involved, then,

 7       unfortunately, it would not be an option to hook the

 8       colostomy back to any remnant there because that would

 9       lead to incontinence.

10  Q.   I see.

11  A.   There could be certain medical conditions like

12       patients having very severe cardiac condition or lung

13       condition which would make another surgery very high

14       risk, and in those individuals, colostomy would be

15       permanent.

16  Q.   So barring those situations, would you typically try

17       to reverse a colostomy at some point after you placed

18       it?

19  A.   Yes, that would be my recommendation to try and

20       reverse the colostomy.

21            MR. CORBET:  Same objection.

22  BY MR. CROSS:

23  Q.   And how long would you typically wait before reversing

24       the colostomy?

25  A.   I typically wait between six to eight weeks from the



Erina Kansakar
03/05/2021                                    Page 23

1       original surgery.

2   Q.   Would there be a medical reason that you might wait,

3        say, five years?

4               MR. CORBET:  Same objection.

5               **THE WITNESS:  Not to my knowledge.**

6               MR. CROSS:  Okay.  I don't have further

7        questions.

8               MR. CORBET:  Devlin, would you like to go

9        first or would you like me to go first?

10              MR. SCARBER:  You go ahead and I'll follow.

11  EXAMINATION BY MR. CORBET:

12  Q.   Okay.  Hi, Doctor Kansakar.  My name is Dan Corbet.

13       I'm going to ask you a few follow-up questions, okay?

14  **A.   Sure.**

15  Q.   You said you remembered the name Kathy.

16              Was that your office manager from the

17       Port Huron office I believe?

18  **A.   Correct.  She was our office manager at Hope Surgical**

19       **Services.**

20  Q.   And do you happen to remember a conversation with her

21       that about this patient in February of 2017?

22  **A.   No.  It's been long, and I really do not remember any**

23       **other than what's in the medical records.**

24  Q.   And I don't blame you one bit.  I wouldn't remember

25       something four years ago, either, that specific, and



1      that's why we have some records.

2              So I'm going to see if I can try to refresh

3      your recollection, okay?

**4   A.   Okay.**

5   Q.   Let me see if I can pull up a document here.

6              Doctor, can you see the note that I put up

7      on the screen?

**8   A.   Uh-huh, yes, I can.**

9   Q.   We can call this Defendant's Exhibit 1.

10             And do you see the date on the left-hand

11     side, it says February 1, 2017?

**12  A.   Okay.  Yes, I do.**

13  Q.   And if we read the note, can you read it to yourself,

14     see if it will refresh your recollection?

**15  A.   Inmate's colostomy reversal is currently pending.  Per**

**16     Doctor Kansakar's office manager, Kathy, the colostomy**

**17     reversal is not life threatening or emergent.  When**

**18     Kathy was asked for a specific timeframe to have the**

**19     procedure completed per recommended standard of care,**

**20     she stated there is not a timeframe.  It is not a**

**21     life-threatening condition.  It is based on personal**

**22     comfort of the patient.  Inmate's surgery will remain**

**23     postponed at this time.  Will continue to assess and**

**24     monitor.  Colleen Dwean.**

25  Q.   I'm sorry.  Go ahead.



1               Okay.  So does that refresh your

2      recollection of having a conversation with Kathy back

3      then?

**4  A.   No, it doesn't.**

5  Q.   Let me try another one.

6               Doctor, here's a note from the state

7      prison, and near the bottom of it, can you read -- can

8      you see my mouse?

**9  A.   Yes, I do.**

10  Q.   Can you read that, two sentences?

**11  A.   No urgent -- yeah.  Okay.  No urgent medical issues**

**12      were reported from the surgeon's office, and the**

**13      colostomy is functional.  It is not likely that the**

**14      colostomy will be reversed in the MDOC.**

15  Q.   Now, do you see the date on this one?

**16  A.   That is March 29, 2017.**

17  Q.   All right.  Where it talks about no urgent medical

18      issues were reported from the surgeon's office and the

19      colostomy is functional, do you happen to have a

20      recollection of maybe talking to either your office

21      manager or somebody about the patient back on or about

22      March 29, 2017?

**23  A.   No.  When I reviewed the medical records, I think the**

**24      last office note was 1-10, and, unfortunately, I do**

**25      not have any other, you know, recollection of the**



1      details.

2  Q.  Okay.  So we'll call this one for the record

3      Defendants' Exhibit 2.  Yeah, 2.

4           So, Doctor, let me try to refresh your

5      recollection with one more note.  Doctor, let me get

6      the date of this thing.  So here's another note from

7      the state prison.

8           Can you read the date of that for us?

9  A.  **It's 4-7, 2017.**

10 Q.  Okay.  And the only place it mentions surgeon is --

11     can you see where my mouse is and start reading there,

12     just that sentence?

13 A.  **No medical necessity per outside documentation or**

14     **from conversation with surgeon's office,**

15     **Doctor Kansakar.**

16 Q.  So does this refresh your recollection that maybe you

17     had a conversation with somebody either from the state

18     prison or in your office?

19 A.  **Unfortunately, I do not.**

20 Q.  Okay.  Nobody expects you to.  This is four years ago.

21          So if Kathy had come to you either in

22     February, March, or April and asked you is the

23     reversal of the colostomy medically necessary, would

24     it be correct to say that you may have told her it's

25     not medically necessary, it's more for the preference



1       of the patient, is that fair?

2   A.  **I cannot say that for sure because in my mind, you**

3       **know, I want the natural route to be established for**

4       **the patient.**

5   Q.  Certainly.

6               But if you were asked is this more for the

7       preference of the patient or is this a medically

8       necessary procedure, would it be your custom, habit,

9       and procedure if you were asked that question at that

10      time that you may have said, yes, it is more for the

11      preference of the patient than required as a medical

12      necessity?

13              MR. CROSS:  Objection, calls for

14      speculation.

15  BY MR. CORBET:

16  Q.  Do you remember the question, Doctor?

17  A.  **Could you repeat that again?**

18  Q.  Sure.  If you had talked to somebody in your office,

19      possibly Kathy, in January -- I'm sorry -- in

20      February, March, or April of 2017 and she told you

21      that the jail or the prison had called and wanted to

22      know if this is a medically necessary procedure to

23      reverse the colostomy, is it possible you may have

24      said, well, it's more for the preference of the

25      patient, it's not technically a medically necessary



```
 1        procedure.  Based on your custom, habit, and practice,

 2        would you have said something along those lines to

 3        Kathy?

 4   A.   I do not know that.  Usually my answer would be it's a

 5        lifestyle-altering procedure for the patient, and

 6        it's -- it would be very normal for the patient to

 7        have a natural route established.

 8                  I would recommend colostomy reversal.  The

 9        timeframe is usually after the initial six to eight

10        weeks' window.  It's not, it's not definite, like,

11        when I would do it, but, you know, I would prefer to

12        do it within, within some reasonable time as long as

13        the initial six to eight weeks is over, and it could

14        depend upon, you know, surgeon's availability or

15        operating room availability and patient's time

16        preference.

17   Q.   If Kathy had told these -- the persons that called

18        from either the jail and/or the prison, had told them

19        that it was a preference as opposed to a medical

20        necessity, would she have been in error doing that?

21   A.   I do not know if she said that, so I cannot answer

22        that question.

23   Q.   Well, I'm allowed to ask you hypotheticals, and I'm

24        going based on these notes in the chart here, and I

25        showed you three notes.
```


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

```
 1                    If Kathy had actually said something along
 2        those lines that it's not medically necessary
 3        according to Doctor Kansakar, it's more of a lifestyle
 4        preference, are you saying she was in error telling
 5        that to the jail person?
 6   A.   No, it's not a life-threatening situation.  As I said,
 7        it's more of a quality of life.
 8   Q.   Okay.  And the term I used was medically necessary I
 9        think at one point in time because I think I saw that
10        in one of the notes, so let me use that term again.
11                   If Kathy had told someone from the jail or
12        someone from the prison that the reversal of the
13        colostomy was a lifestyle preference as opposed to
14        medically necessary, would Kathy have told us -- told
15        them something that was incorrect?
16   A.   I -- again, it's when you say about medical necessity,
17        it also depends upon, like, the psychological
18        well-being of a person.
19                   So if I was a, if I was a patient, I was,
20        you know, I believe he was thirty-four or thirty-five
21        at that time, and I did not have any other medical
22        conditions which would prohibit me from getting a
23        surgery, I would like to have my normal anatomy
24        established so that, you know, I don't have to have a
25        bag which can potentially leak and cause a problem
```



Erina Kansakar
03/05/2021                                          Page 30

1        and, you know, potential embarrassment.

2                So I would say if you consider the medical

3        well-being of the person both, like, for psychological

4        well-being, for being -- feeling well in general, I

5        think having a colostomy reversal would be much more

6        preferred than having a colostomy.

7                MR. CORBET:  For the record, motion to

8        strike as being way over what I asked.

9    BY MR. CORBET:

10   Q.   Doctor, my question was a little bit shorter and

11       simpler.  If Kathy had told somebody from the jail who

12       called or somebody from the prison who called that the

13       reversal of the colostomy was a lifestyle preference

14       as opposed to a medical necessary procedure, would she

15       have been incorrect to tell them that?

16               MR. CROSS:  Objection, asked and answered.

17               But you can answer.

18               THE WITNESS:  Well, I do not, I do not know

19       that answer, you know.  Yes, as I said, it's something

20       that would be -- it's not a life-threatening

21       condition.

22               If she had said that, again, it's a

23       hypothetical scenario, and I would prefer not to

24       answer hypothetical questions, especially when I

25       wasn't the one who gave that answer.



 1  BY MR. CORBET:

 2  Q.   Right, but we're allowed to ask you hypothetical

 3       questions, and we'll get a chance to ask Kathy

 4       questions and try to connect the dots.

 5               But at this moment, I still need to ask you

 6       that question.  Would that have been something

 7       incorrect for Kathy to have told the jail or prison or

 8       whoever called and talked to her that the reversal was

 9       not medically necessary but it is a lifestyle

10       preference?

11  **A.   I think I would say it is medically necessary to have**

12  **     the colostomy reversed for the general well-being of**

13  **     the patient.**

14  Q.   And is there a time limit on when you think that --

15       strike that.

16               MR. CORBET:  I'm going to move to strike

17       that answer.

18  BY MR. CROSS:

19  Q.   Would Doctor -- Doctor, would Kathy have been

20       incorrect, though, if she told that to the jail

21       person?

22               MR. CROSS:  Objection, asked and answered.

23  BY MR. CORBET:

24  Q.   You can answer the question.  Would Kathy have been

25       incorrect to tell that to the jail person that this



1    was not medically necessary, it was a lifestyle

2    preference?

3  A.    I think I would agree with the first part which says

4        it's not medically necessary, but I do not agree with

5        just the second part that it's just a lifestyle

6        preference.  It's for the mental and, you know,

7        psychological well-being to have a normal colostomy, I

8        mean colostomy reversed and having a natural route

9        reestablished.

10                  MR. CORBET:  Okay.  Thank you.  That's all

11       I have.

12  EXAMINATION BY MR. SCARBER:

13  Q.   Good afternoon again, Doctor Kansakar.  Devlin Scarber

14       appearing on behalf of the Corizon defendants, the

15       individuals at the -- who provided health care at the

16       Michigan Department of Corrections prison.

17  A.   Good afternoon.

18  Q.   I think I mentioned during our break, if you'd be kind

19       enough to provide Mr. Oswald with a copy of your CV, I

20       guess what we also call a resume, that would be great,

21       and he can get that over to us probably shortly after

22       you provide it to him, and that will give us a little

23       bit more information about your background.

24  A.   That would not be a problem.

25  Q.   Okay.  So thank you.  I sure would appreciate that.



1          I'm just going to follow up on the last

2     couple of exhibits that the plaintiff -- I'm sorry --

3     that Mr. Corbet asked you about with respect to those

4     documentations from Kathy who was -- who you indicated

5     was your office manager.  And we discussed the fact

6     that it's -- it was over -- it was four years ago when

7     these conversations or notes took place.

8          Is it fair to say that you're not saying

9     those conversations didn't happen; you're just saying

10    that you can't recall that at this point because now

11    it's four years later?

12  A.  I agree.

13  Q.  Okay.

14  A.  It's been four years, and I do not have the

15     recollection of all the conversations I've had.

16  Q.  So it could have happened, it couldn't have happened,

17    you just don't remember at this point, right?

18  A.  Yes, sir.

19  Q.  Okay.  And with respect to the documentation that was,

20    that was done by the jail health care staff as well as

21    the prison health care staff, they got documentation

22    about a conversation that took place.

23          And as far as you know, you don't have any

24    documentation about that, correct?

25  A.  Yeah.  The last -- this is the first time when it was



1       shown here at the exhibit that I have seen those two

2       documents.

3   Q.  Right.

4   A.  **The only communication that I had from my side is the**

5       **note that was a typewritten note on Hope Surgical**

6       **letterhead from January 24th, and that's all I have in**

7       **writing as my reference.**

8   Q.  Okay.  So the answer to my question would probably be

9       correct then.  It's fair to say that you have no

10      documentation regarding anything that would dispute

11      you having such conversations or your office having

12      conversations with the jail on January or -- I'm

13      sorry -- February 1st of 2017 and again with the

14      prison health care professionals on March 29, on or

15      around March 29th, 2017, or April 7th, 2017, correct?

16  A.  **Correct.**

17  Q.  Now, when you performed your original surgery on

18      Mr. Jackson back in December of 2016, would you

19      consider that that surgery was medically emergent, it

20      was absolutely necessary that you had to perform that

21      surgery immediately for his well-being?

22  A.  **Yes.  I agree that he needed that surgery sooner than**

23      **later.**

24  Q.  And he needed it as soon as possible, correct?

25  A.  **Yes, because he was having -- from what I understand,**



1        he had a communication or a fistula between his colon

2        and the bladder, as a result of which the stool was

3        leaking into the bladder, and he was having urinary

4        tract infection.

5   Q.   And when you performed that particular procedure on

6        him on December 10th of 2016, there were risks

7        associated with that procedure, right, even though it

8        was an emergency kind of situation or a medically

9        necessary kind of situation, right?

10  A.   Could you repeat that question, please?

11  Q.   When you performed that colostomy surgery that you

12       performed on him back in December 10th of 2016, there

13       were risks and complications that could have resulted

14       from that surgery even though he needed it.  There

15       were risks that were facing him potentially, correct?

16  A.   Correct.

17  Q.   And you advised him of those risks, correct?

18  A.   I think that was -- that would be part of my

19       discussion with him.

20  Q.   Okay.  Let me move around a little bit here, Doctor.

21       I apologize.  If there's a delay on my end, it's

22       because I'm trying to use my screen that's not

23       necessarily connected to my computer.  I'm on a cloud,

24       so give me a minute.  If there are any delays, I

25       apologize in advance here because I've got to do



 1    scrolling.

 2              MR. CORBET:  Devlin, is any of the records

 3    I had up there do you want me to pop up for you?

 4              MR. SCARBER:  No, no.  I've got some other

 5    stuff.

 6              MR. CORBET:  All right.  No problem.

 7              MR. SCARBER:  And I'm getting it together.

 8    I think once I get rolling, I'll be good.

 9  BY MR. SCARBER:

10  Q.  Doctor, are you able to see this note on the screen?

11  **A.  Yes, I do.**

12  Q.  Okay.  And this is explaining the risk of anesthesia.

13              Now, I understand you performed -- what was

14    that surgery you performed on him on December the 10th

15    of 2016?  What was the name of that?

16  **A.  It's called a sigmoid colectomy.**

17  Q.  Okay.  And there are risks associated with that

18    particular procedure, correct?

19  **A.  Correct.**

20  Q.  And I've just highlighted one of the risks, and one of

21    the risks is anesthesia, correct?

22  **A.  Correct.**

23  Q.  And are you able to see this on your screen again?

24  **A.  Yes.**

25  Q.  Okay.  And I think it indicates here that some of


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

1       those complications with anesthesia are possibility of

2       infection, bleeding, drug reaction, blood clots, loss

3       of sensation, loss of limb function, paralysis,

4       stroke, brain damage, heart attack, and death.

5                    Did I just read those correctly?

6   A.   Yes.

7   Q.   And those are the things that are explained to the

8       patient before he has a procedure like that, right?

9   A.   Correct.

10  Q.   And that's just with anesthesia, but there's also

11      risks just associated with the surgery, period, and

12      here it indicates that -- are you able to see my

13      screen?

14  A.   Yes, sir.

15  Q.   Here it indicates that these operations and procedures

16      carry the risk of unsuccessful results, complications,

17      injury, or even death.

18                    That's correct, right?

19  A.   Yes, sir.

20  Q.   And those are possibilities that can happen with these

21      surgeries, correct?

22  A.   Yes, sir.

23  Q.   And, in fact, you're so concerned about those

24      particular type of things occurring that you actually

25      have the patient sign an informed consent indicating



1     that he's aware that those things could happen, right?

2  A.  Yes.

3  Q.  Give me one second here.  In a perfect world, I would

4     have just photocopied each page and just had it

5     simpler so I didn't have to do all this scrolling.

6          I think I'm on your operative report, but I

7     want to go to a specific page here.

8          Now, this is from your operative report in

9     December of 2016, and can you see what I've kind of

10    highlighted right there?

11 A.  Yes, sir.

12 Q.  And it indicates that even in your -- not just the

13    hospital forms that the patient signed but it also

14    appears that even in your operative report, you double

15    document that you explained the risks and dangers

16    associated with the procedure that you performed,

17    correct?

18 A.  Yes, sir.

19 Q.  And you indicate here that the risks and potential

20    complications could be bleeding, infection,

21    inadvertent urethral injury.  Patient elected to

22    undergo an open sigmoid colectomy but not before you

23    put in here what the risk could be, right?

24 A.  I'm sorry.  Could you explain -- restate the question?

25 Q.  Yeah.  You explained these risks to him, correct?



Erina Kansakar
03/05/2021                                    Page 39

1  A.   Yes, I did.

2  Q.   All right.  And before you would perform this surgery,

3       he had to understand these risks and be aware that

4       these things could happen, correct?

5  A.   **Yes.  That would be part of my practice to explain**

6       **that to my patients.**

7  Q.   And you're not just making this stuff up, right?

8       Something has told you that these things can happen,

9       and that's why you're informing them, right?

10 A.   **Yes, sir.**

11 Q.   Now, I understand that you indicated that you had a

12      plan to -- you had established a plan of care for

13      Mr. Jackson, and I understand that that was based upon

14      certain things that you wanted to do, particularly in

15      your practice, correct?

16 A.   **Yes, that's correct.**

17 Q.   As per what your practice is, right?

18 A.   **Correct.**

19 Q.   Not anybody else's practice but per what your practice

20      is, right?

21 A.   **I do not know about other's practice, but that's how I**

22      **was trained to wait for about six to eight weeks to**

23      **minimize any swelling and infection and then put the**

24      **patient or put the colostomy back together.**

25 Q.   And I'm just going back to your testimony as well as



1       your letter, and your testimony was very clear when we

2       started this deposition that it's your practice to do

3       that.  Your letter even said my practice or my

4       standard is to do that.

5                   You're talking about -- what you're talking

6       about is what you do, correct, not necessarily what

7       everybody else does, right?

8   A.  Yes, sir.

9   Q.  Okay.

10                  MR. CROSS:  Objection, mischaracterizes the

11      exhibit.

12  BY MR. SCARBER:

13  Q.  And, in fact, when you -- I've got to ask you, do you

14      have a chart in front of you?

15  A.  Patient's chart, yes, the medical records.

16  Q.  Okay.  And what exactly do you have in front of you?

17      Is that something that you got from the medical

18      office, or what do you have in front of you?

19  A.  So I have my office notes, the operative report, and I

20      have a letter that was written on the Hope Surgical

21      Services letterhead dated January 24th and then a

22      handwritten note dated 12-27.

23  Q.  Okay.  So let's go to your -- do you have your records

24      from your post-op records where you treated

25      Mr. Jackson?



1  A.   Yes, I have access to my post-op records when I saw

2       him after surgery.

3  Q.   Okay.  So the first time you saw Mr. Jackson after

4       surgery, would that have been December 27th, 2016?

5  A.   Let me check real quick.

6                  Yes, December 27, 2016.

7  Q.   Okay.  Is this your record here?

8  A.   Yes.

9  Q.   Okay.  This should be -- this is probably what you

10       have in front of you.

11                  I know we've got three attorneys here, and

12       I think we've all gotten records, and some of them

13       might -- I think they all say the same thing on them,

14       but maybe they've got a line or two here that's

15       different or one line is on page five instead of page

16       six.  I don't know how they print them out, but I

17       think we've got the same documents here.

18                  So this is your December 27th visit in

19       2016.

20  A.   Uh-huh.  Yes, sir.

21  Q.   And you note that his ostomy is pink and productive,

22       right?

23  A.   Correct.

24  Q.   And I seem to remember that they talked about -- this

25       is based upon prior, prior experience I've got with



1    colostomies, but there's, like, three Ps in ostomy

2    care, right?  Have you ever heard that?

3  A.    **The three Ps?  I'm not quite sure, sir.**

4  Q.    Pink, patent, and productive.

5  A.    **Okay.  Yes.**

6  Q.    It doesn't matter.  If you haven't heard of it, you

7    haven't heard of it.

8         But you say it's pink and productive,

9    right?

10 A.    **Correct.**

11 Q.    And it's got no problems and no problems with

12    functioning, right?

13 A.    **Not according to my note.**

14 Q.    And you've got written in here no new complaints,

15    right?

16 A.    **Correct.**

17 Q.    That means the patient wasn't complaining to you about

18    anything, right?

19 A.    **No new complaints at that point, correct.**

20 Q.    All right.  Functional colostomy, correct?

21 A.    **Correct.**

22 Q.    You see him again on 1-10, January 10, 2017, right?

23 A.    **Yes, that was my office note from January 10, 2017.**

24 Q.    When you see him on January 10th, 2017, his colostomy

25    was functioning fine, right?



1  A.    Yeah.  It says colostomy was pink and productive.

2  Q.    Even -- he was even -- even when you did a, you did a

3        physical examination on him, he was able to stand and

4        walk properly, correct?

5  A.    Yes, I believe so.  It doesn't -- as per my note,

6        there was nothing that says he wasn't able to walk.

7  Q.    And at that point he was not having any issues that

8        you recorded in your report, correct?

9  A.    Correct.  As per my note, you know, pain was well

10       controlled, and some drainage was noted from the

11       incision.

12 Q.    Is there anything indicating here that his colostomy

13       was not functional?

14 A.    No, sir.

15 Q.    All right.  In fact, you said it was, right?

16 A.    Correct.

17 Q.    Is there anything in here, Doctor, where you have

18       anything noted about this particular patient

19       complaining about he wants a reversal or he absolutely

20       has to have a reversal and he's discussing that with

21       you and discussing anything in detail about how this

22       is affecting him and all that kind of stuff?  I didn't

23       see anything, but you tell me.  Is there anything in

24       here?

25 A.    Not that I can see.



1  Q.   You certainly didn't document anything like that,

2       right?

**3  A.   Correct.  Again, I did not document that.**

4  Q.   And that, I mean, concerns that are important that you

5       get from a patient you document, right?

**6  A.   Yes.**

7  Q.   Okay.  And this was the last visit that you actually

8       saw Mr. Jackson, January 10th, 2017, correct?

**9  A.   Yeah.  That's the last note I have from the medical**

**10      records, so I believe that's the last time I saw him.**

11 Q.   And I know you had indicated a plan, you know, your

12      plan that you wanted to do or were anticipating doing

13      a reversal, but I didn't see any note where you

14      specifically explained anything about a reversal to

15      Mr. Jackson.

**16 A.   I think there was a handwritten note from**

**17      December 7 -- excuse me -- December 27th which laid**

**18      out a plan for surgery.  It's a handwritten note on my**

**19      office letterhead.  That was part of my -- of the**

**20      medical records that was given to me.**

21 Q.   Did you discuss anything with him on January 10th, the

22      next time you saw him?

**23 A.   I do not know that, sir, because it's not in my**

**24      medical records, and I do not remember what happened**

**25      on that day.**



Erina Kansakar
03/05/2021                                    Page 45

1   Q.   Okay.  And the note you're referencing from

2        December 27th on your letterhead, is that a discussion

3        you had with Mr. Jackson, or is that just some notes

4        that you had written down about a potential plan?

5   A.   **No.  This is what I discussed with the patient I**

6        **believe.  This is, you know, this is a documentation.**

7        **So I'm very much sure that I discussed this with the**

8        **patient.**

9   Q.   But nothing on January 10th, the last time you saw

10       him?

11  A.   **Yeah.  I don't see any, like, repetition of those**

12       **reports.  I do see that, you know, there's a colostomy**

13       **reversal planned for February 9th.**

14  Q.   Okay.  This, this colostomy reversal plan for February

15       9th of 2017, was that a date?  Who picked that date?

16       How did that date even come about, do you know?

17  A.   **The index surgery or the first surgery was on 12-10 I**

18       **believe, and, again, after the surgery is done, I wait**

19       **about six to eight weeks to let all the infection, the**

20       **inflammation, swelling, scarring to settle down.**

21            **So eight weeks from that would put us in**

22       **February, and that's how I chose that tentative date**

23       **to -- depending upon my schedule, the OR availability**

24       **to choose a date.**

25  Q.   Okay.  I got it.  I think I understand this.



Erina Kansakar
03/05/2021                                    Page 46

1           So this date you put in here was really

2     just some calculation that you had from the time you

3     had done the original surgery, right?

4  **A.  So, yes.  Again, I would generally wait for six to**

5     **eight weeks after this kind of surgery to start to do**

6     **the second surgery because trying to go any time**

7     **earlier than that would cause a lot of swelling and**

8     **potentially more harm than or injury because of the,**

9     **you know, the adhesions or scar tissues.**

10          **So six to eight weeks' time, make sure that**

11    **the scars are not as bad, and second surgery is going**

12    **to be done more easier.**

13 Q.   Right.

14          And I think I'm just asking you, though,

15    and you might have answered it, but just my simple

16    question is this date is a date it sounds like that

17    you just selected based upon your calculation of when

18    he would heal and when you thought he could do a

19    surgery, right?

20 **A.   Correct.**

21 Q.   Okay.  You never spoke with the individual health care

22    professionals at the Michigan Department of

23    Corrections about this or Corizon or any of the health

24    care professions there, correct?

25 **A.   I do not recall.**




1  Q.   Well, let me just tell you this.  He wasn't even in

2       prison at that time in February 9th, 2017.  He wasn't

3       even there yet, so you obviously didn't discuss this

4       with them, correct?

5  **A.   I don't think so, sir, but I do not have any notes to**

6       **refer to that.  So I do not know the answer to that.**

7       **I don't recall any conversations.**

8  Q.   So assuming that he doesn't even get to the Michigan

9       Department of Corrections until March, late March of

10      2017, then you would agree that this was never a plan

11      that you communicated to the health care professionals

12      at the prison, right, assuming that he wasn't even

13      there yet, correct?

14 **A.   I do not know, like, how, how or where he was housed**

15      **during this time, you know.**

16              **I kind of laid out my plan as per the**

17      **medical records, you know.  Everything that I did is**

18      **in the medical records, and, you know, the plan was to**

19      **do a colostomy reversal with a tentative date of**

20      **February 9th.**

21 Q.   Doctor, I don't want to interrupt you, but I think you

22      might have almost answered my question but not quite

23      answered it, and I don't want to cut you off because I

24      think I got the response to the end of your answer

25      there already.



```
 1                 But my question is assuming that
 2      Mr. Jackson was not even in prison in February of
 3      2017, then this particular date that you came up with
 4      in December or January is obviously not something that
 5      you could have discussed with him because he wasn't
 6      even there yet.
 7                 You would agree with that, right?
 8  A.  I'm sorry.  I don't think I understand the
 9      hypothetical situation.
10  Q.  The hypothetical is you apparently wrote a note in
11      your record indicating a reversal for February 9th of
12      2017.
13                 Now, if Mr. Jackson was not even in prison
14      until after March of 2017, then you would agree that
15      you never discussed the February 9th, 2017, date with
16      the prison?  It's just a simple question.
17  A.  Yeah.  If he wasn't in the prison, then I guess, like,
18      I wouldn't have discussed that.
19  Q.  Okay.
20  A.  It could be any other, like, a patient who would come
21      to my office, and I would discuss the plan with the
22      patient.
23  Q.  Okay.  Now, we know that Mr. Jackson ultimately
24      underwent a reversal surgery on June 9th, June 19th of
25      2019.
```



1           My question for you is did you ever discuss

2     any of the risks and complications that could arise

3     from a reversal surgery with Mr. Jackson?

4  A.  **I believe I did, but, again, I'll have to refer to my**

5     **notes, and I do not recall, like, anything in**

6     **particular.**

7  Q.  Do your notes indicate that just like your prior notes

8     from the hospital where you were telling him, you

9     know, that you were going to proceed with the surgery

10    and you discussed the risks, benefits, and

11    complications of the procedure for the procedure that

12    occurred in December.

13          Do your notes in any way from the Hope

14    Surgical Services or anyplace you saw him as far as

15    you know indicate that you had such discussions with

16    him for a potential reversal surgery in February of

17    2017?

18  A.  **Yes, there is a date mentioned that there is, you**

19     **know, that's the tentative date for surgery, and I**

20     **believe it mentions in my operative report that I had**

21     **the discussion, but I may not have documented that in**

22     **my office note.**

23  Q.  Well, let me -- my question might have been confusing.

24    You never got to the -- there was never a reversal

25    surgery done by you in February, so there is no



1      operative report regarding that.

2              What I want to know is if any of your

3      office notes where you saw him specifically discuss

4      the risks and complications that could arise from a

5      reversal surgery.

6  A.  **There's no documentation that I can see in my notes.**

7  Q.  And if you were -- when you get ready to perform a

8      surgery, you actually do document that in your notes,

9      right?  Because I saw one in the December 2016 notes.

10  A.  **Yes, but, yes, that's true, I would have documented,**

11      **but probably it could be that I was waiting or**

12      **anticipating another meeting, office meeting with him**

13      **just, like, closer to the surgery date to kind of go**

14      **over the instructions again, to explain everything in**

15      **detail.  So that could have been a potential plan.**

16  Q.  Right.

17              So I guess what I'm saying is although you

18      had planned to do a surgery, you didn't really

19      complete all of the normal protocols that you would

20      have actually done in order to actually definitively

21      say that that surgery was going to happen, correct?

22  A.  **Well, I had plan for sure.  I had, you know, surgical**

23      **date chosen.  So I would say I had, like, a plan for**

24      **colostomy reversal.**

25              I had -- as per my note, I had mentioned



1      that he needs antibiotics one day before surgery.  I

2      had, you know, plan for him to drink the prep for the

3      colostomy reversal at 7:00 a.m. the day before

4      surgery.  I had instructed him to use, like, bath

5      scrubs, special soap scrub.  So I was kind of -- I had

6      done my part in terms of preparing for the second

7      surgery.

8   Q.  But you hadn't gotten around to doing all of the

9      things that you would normally do if you were going to

10     perform a surgery, correct?

11            For instance, we don't have any

12     documentation of you actually discussing the risks and

13     complications and benefits of the procedure like we

14     have in your previous records, and you also wanted a

15     barium enema to be done.

16            So you were still waiting on tests,

17     correct?

18  A.  Yes.  I was still waiting for the workup to be

19     completed at that time, yes.

20  Q.  Right.

21            And it hadn't been completed as of February

22     of 2019 as far as you know, correct?

23  A.  Well, from what I --

24  Q.  Doctor, my question is -- let me strike that.  My

25     question's bad.



HANSON RENAISSANCE    hansonreporting.com
COURT REPORTERS & VIDEO      313.567.8100

1           MR. CROSS:  Let her answer the question.

2           MR. SCARBER:  But it was an improper

3      question, and that's why she's having trouble

4      answering.

5  BY MR. SCARBER:

6  Q.   What I should say is as of January 10th, 2017, when

7       you last saw him, there was still things you were

8       waiting on in terms of the final workup before you

9       actually would have performed the surgery, correct?

10 **A.   Yes.**

11 Q.   Okay.  And it's my understanding that with reversal

12      surgeries, there is also significant risk, right, with

13      colostomy reversal surgeries?

14 **A.   Yes.**

15 Q.   And, in fact, when he had his surgery done in June of

16      2019, it looks like some of that stuff is discussed.

17      Here's the operative report from the doctor who

18      performed the reversal surgery, and I have highlighted

19      here, it says:  The patient was made aware of risks

20      and benefits of the procedure, including but not

21      limited to the risk of heart attack, stroke, death,

22      infection, the potential need for reoperation and the

23      potential for a leak or potential for damage to

24      surrounding structures including the ureter and

25      genitourinary system.  I probably pronounced that word



1      wrong.

2                  But do you see that?

3  A.   Yes, sir.

4  Q.   And these are real things that can occur, correct?

5  A.   Yes, sir.

6  Q.   And that's why the doctors explain these things to the

7       patient before they perform these procedures, right,

8       so that they're aware that these are things and

9       complications and risks that can occur, right?

10 A.   Yes, sir.

11 Q.   Now, it also notes in this record, it indicates that

12      the doctor is recognizing the fact that you performed

13      a procedure on him on December 10th, 2016, your

14      exploratory laparotomy with sigmoid colectomy and

15      Hartmann's procedure.  It indicates that the urologist

16      also fixed his urinary bladder.

17                  And it says here, can you read that for me?

18 A.   He now has no issues.

19 Q.   All right.  And he didn't have any issues when you saw

20      him last on January 10th, 2017, with respect to the

21      functioning of his colostomy, correct?

22 A.   Yes, sir.

23 Q.   Am I correct in that?

24 A.   Yes, sir, you are correct.

25 Q.   And he didn't have any issues on June --


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Erina Kansakar
03/05/2021                                    Page 54

1   A.   I'm sorry.  I didn't get that last part.

2   Q.   And he also didn't have any issues, at least according

3        to the surgeon, on June 19th, 2019, right?

4   A.   As per --

5

6             MR. OSWALD:  Objection with respect to it's

7        calling Doctor Kansakar to testify regarding another

8        doctor's note.  She didn't treat.

9             MR. SCARBER:  Okay.  No speaking

10       objections.

11            What's your objection?

12            MR. OSWALD:  That it's not within her

13       knowledge of what the note was at that time.

14            MR. SCARBER:  So calls for speculation and

15       foundation.  I got it.

16   BY MR. SCARBER:

17   Q.   Per this note, this note is dated surgery as June

18       19th, 2019, correct?

19   A.   Yes, sir.

20   Q.   And in this particular note, I just read it to you,

21       it's highlighted here, he has no issues, correct?

22   A.   Yes, it's written as he has no issues.

23   Q.   Okay.  Now, we talked about complications and medical

24       risks associated with surgeries, particularly your

25       first colostomy -- I'm sorry -- your initial colostomy



1       surgery as well as a reversal surgery.

2                    I want to take you to a document that was

3       filed with the court by the plaintiffs in this

4       particular case, and this is a document called

5       UpToDate.

6                    And you're familiar with UpToDate?

7   **A.   Yes, I am.**

8   Q.   And this document was filed as ECF number 12-6, page

9        ID 227.

10                   And it indicates -- can you read this to

11       yourself here, what's highlighted?

12  **A.   Subsequent closure of the colostomy is a technically**

13      **difficult operation associated with higher -- this is**

14      **kind of hidden here.**

15                   **Could you move the screen?  It's kind of**

16      **hidden behind the --**

17  Q.   Oh, I'm sorry.

18                   MR. CORBET:  You might want to scroll down

19       so it will be at the bottom margin.

20                   **THE WITNESS:  I'm just going to move my**

21      **screen a little bit.**

22  BY MR. SCARBER:

23  Q.   Are you having difficulty reading it?

24  **A.   The videos are kind of blocking the text.**

25  Q.   How about, how about there, better?



Erina Kansakar
03/05/2021                                    Page 56

1   A.   Thank you.

2   Q.   Okay.

3   A.   It says:  Subsequent closure of the colostomy is a

4        technically difficult operation associated with high

5        morbidity and mortality rates.  As a result, colostomy

6        closure is only performed in approximately fifty to

7        sixty percent of all patients after a Hartmann

8        procedure.

9   Q.   And you did a Hartmann's procedure, correct?

10  A.   Yes, sir, I did.

11  Q.   And how about this one that I'm going to show you

12       here, starting here.

13  A.   In a retrospective administrative database study of

14       sixteen sixty patients who underwent Hartmann

15       procedure for diverticulitis, only twenty-eight point

16       three percent underwent colostomy reversal within a

17       year.  Outcomes of the reversal surgery were not

18       influenced by the time lapse from the index operation.

19       The optimal timing of colostomy reversal remains

20       undefined and at the discretion of the surgeon.

21  Q.   Now, you don't disagree with that medical literature,

22       do you?

23  A.   No, I do not disagree, but, again, it's quoted only

24       one study, so I do not know if that's, like, that's

25       the -- I'm sure there are other studies kind of giving



```
 1        more information.  So it looks like one study there,

 2        and it references --

 3   Q.   It actually quotes about three studies.

 4   A.   I see.

 5   Q.   Each one of these items here is a particular study.

 6        Let me go down.  So we've got 21, 22, 23, and 24.

 7        Hang on a minute.  Let me see if I can go down it.

 8             Well, let me just ask you this to save some

 9        time here.  What this basically says, these different

10        studies that it's talking about, is basically saying

11        that there can be differences of opinion, differences

12        of opinions amongst doctors regarding colostomy

13        reversal, right, whether we do it, the timing of when

14        it can be done, things like that, correct?

15   A.   Yes, sir.

16   Q.   And you don't disagree with that, right?

17   A.   No, I do not disagree with that.

18   Q.   Okay.

19   A.   Could I take another break?

20   Q.   Yes.

21   A.   Thank you.  For five minutes, please?

22             THE VIDEOGRAPHER:  We're going off the

23        record at 2:35 p.m.

24             (Off the record at 2:35 p.m.)

25             (Back on the record at 2:44 p.m.)
```



1          THE VIDEOGRAPHER:  We are back on the

2     record at 2:44 p.m.

3  BY MR. SCARBER:

4  Q.   Doctor, just to follow up with you regarding what we

5       were talking about when we last left off, here are

6       some of those articles that were filed or that were

7       referenced in a court filing.

8              Are you able to see my screen?

9  **A.   Yes, sir.**

10  Q.   Okay.  One of the articles being What Proportion of

11       Patients with an Ostomy for Diverticulitis Get

12       Reversed, another one being Restoration of Bowel

13       Continuity After Surgery for Acute Perforated

14       Diverticulitis:  Should Hartmann's Procedure be

15       Considered a One-Stage Procedure, Feasibility and

16       Morbidity of Reversal of Hartmann's, so Avoiding or

17       Reversing Hartmann's Procedures.

18              So there's a number of articles that would

19       seem to indicate that it's certainly within a

20       particular medical provider's medical judgment as to

21       what they are going to do or what they think is

22       appropriate for a particular patient, correct?

23  **A.   Correct, sir.**

24  Q.   And you don't disagree with that, right?

25  **A.   I do not disagree with that.**



1   Q.   When you're going to do a reversal, essentially what

2        you're trying to do is alter or adjust the patient's

3        body or their body structure, right, back to what it

4        was, correct?

5   A.   Yes, sir.

6   Q.   I mean, you're trying to put a patient back in some

7        kind of original way, correct?

8   A.   **Correct.  The goal is to establish the natural**

9        **continuity.**

10  Q.   And it's reconstructive in the sense that you're

11       trying to reform the body structure back to how it was

12       previously in terms of what you indicated in terms of

13       how to have their waste excreted in the original way,

14       correct?

15  A.   Yes, sir.

16            MR. SCARBER:  Doctor Kansakar, I don't

17       think I have anything further.  I want to thank you

18       for your time.

19            **THE WITNESS:  Thank you, sir.**

20            MR. CROSS:  I have a little bit of

21       redirect.

22  REEXAMINATION BY MR. CROSS:

23  Q.   Doctor Kansakar, I believe you --

24            MR. CORBET:  Is anybody else there, Ian?  I

25       thought we ought to identify everybody in the room.



 1              MR. CROSS:  Yes.  Larry Margolis is here.

 2              MR. MARGOLIS:  Good afternoon, people.  I

 3     identified myself with the court reporter.  I

 4     apologize if I didn't let you know.  Mr. Margolis,

 5     Larry Margolis.

 6  BY MR. CROSS:

 7  Q.   Doctor Kansakar, I believe you testified about some

 8       risks that are associated with the procedure to place

 9       the ostomy, is that correct?

10  **A.   Could you, could you reframe the question again?**

11  Q.   Are there risks associated with the Hartmann's

12       procedure?

13  **A.   Yes, there are.**

14  Q.   Are there risks associated with a colostomy takedown?

15  **A.   Yes, there are.**

16  Q.   Are there risks associated with every surgical

17       procedure that involves general anesthesia?

18  **A.   Yes, there are.**

19  Q.   Do you recommend a surgery when you believe the risks

20       of the surgery outweigh the benefits to the patient?

21  **A.   No, I do not.**

22              MR. SCARBER:  I'm just going to place an

23       objection to relevance and foundation.

24  BY MR. CROSS:

25  Q.   I believe you testified before that you performed



1        perhaps a hundred ostomy placements in your career?

2   A.   **That's a rough estimate.  I do not know the exact**

3        **number.**

4   Q.   And did you testify that Mr. Jackson was thirty-four

5        years old at the time you placed his ostomy?

6   A.   **I believe as per his date of birth which is 2-5, 1982,**

7        **he would have been thirty-four years old at that time.**

8   Q.   And I believe you testified he had no other medical

9        complications that would make reversal especially

10       difficult or contraindicated, is that correct?

11               MR. SCARBER:  I'm just going to place an

12       objection to asked and answered and leading.

13  BY MR. CROSS:

14  Q.   You may answer.

15  A.   **The patient did not have any other medical**

16       **comorbidities that would make him high risk for**

17       **colostomy reversal.**

18  Q.   Do many of the patients you have placed an ostomy in

19       have comorbidities?

20  A.   **Some patients do have comorbidities.**

21               **I'm sorry.  Sorry about that.**

22  Q.   How does Mr. Jackson's age compare to the ages of most

23       of the patients you perform this procedure on?

24               MR. SCARBER:  I'm just going to place an

25       objection now to outside, completely outside the scope



1      of my redirect, my direct or my redirect as well as

2      Mr. Corbet's.

3                    MR. CORBET:  Join.

4  BY MR. CROSS:

5  Q.   Go ahead.

6  **A.   So generally diverticulitis is a condition in older**

7      **age group, usually sixty or higher age group.  He is a**

8      **younger individual getting this condition at age**

9      **thirty-four.**

10 Q.   So would it be fair to say that most of the

11     individuals you placed an ostomy in are older and

12     sicker than Mr. Jackson?

13 **A.   Yes.**

14                   MR. SCARBER:  Foundation.

15 BY MR. CROSS:

16 Q.   Okay.  Go ahead.

17 **A.   Sorry.  So generally they are older patients than**

18     **Mr. Jackson, not necessarily always sicker.**

19 Q.   Okay.  And is it more difficult to reverse a colostomy

20     in an older patient typically?

21 **A.   I do not think technically it is a difficult procedure**

22     **to reverse the ostomy in an older individual.**

23                   **However, in an older individual, they do**

24     **have -- they do tend to have more medical**

25     **comorbidities like a heart condition or a lung**



1     condition which can be challenging for the

2     postoperative or intraoperative care.

3  Q.   And does that render the procedure higher risk?

4  A.   **Yes, it can be a higher risk to perform based upon**

5       **other medical comorbidities of the patient.**

6              MR. CROSS:  Okay.  I don't have further

7       questions.  Thank you for your time, Doctor Kansakar.

8              **THE WITNESS:  Thank you, sir.**

9  REEXAMINATION BY MR. CORBET:

10 Q.   Doctor, I just have a little bit of follow-up.  This

11      is Dan Corbet again.  Just some housekeeping.

12              I don't know if I identified the April 7th

13      jail note as an exhibit, but if I didn't, it's

14      Defendants' Exhibit 3.

15              And then just, Doctor, you don't have any

16      personal recollection of talking to the jail nurse,

17      Colleen, or any other jail or prison personnel about

18      reversing the colostomy, do you?

19 A.   **I do not have any recollection of talking to any other**

20      **individual in person.  I am just referring to my**

21      **medical notes at this time.**

22 Q.   Right.

23              And I didn't see any notes that you

24      personally talked to anybody at the jail regarding

25      reversing the -- the jail or the prison regarding


HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO   313.567.8100

 1       reversing the colostomy, is that fair?

 2   A.  **I do not see any note in person, but, again, this**

 3       **letter says to whom it may concern.  I'm not sure**

 4       **where it was faxed to.  From what was shown earlier,**

 5       **it was faxed to Colleen, but that's about it.**

 6   Q.  Okay.  And did you participate -- well, strike that.

 7                I showed you several notes from the jail

 8       and prison about where it was noted that discussions

 9       were held with your office -- in one particular case,

10       Kathy -- about reversing the colostomy.

11                Do you remember me showing you those notes?

12   A.  **Yes, sir.**

13   Q.  Okay.  You don't know if Kathy told the jail or the

14       prison nurses or personnel that this was medically

15       necessary or not, do you?

16   A.  **I do not know that.  From what I recall and referring**

17       **back to my notes, you know, the letter states that,**

18       **you know, this is what I would recommend for him, and**

19       **Kathy at that time being my office manager would have**

20       **taken the lead on the communication part.**

21   Q.  Right.

22                And the letter that you're talking about,

23       that's dated January 24th, correct?

24   A.  **Yes, sir.**

25   Q.  And the conversation that I talked -- that I showed



1     you in the jail note is dated February 1, about a week

2     later, a little more than a week later, correct?

3  A.   **Yes.  I believe that was the date, but I currently**

4       **don't have access to that note.**

5  Q.   Okay.  You can take my word for it.  Exhibit --

6       defendants' exhibit does show that it's February 1,

7       2017.  But nowhere in that note -- well, strike that.

8             That note suggests that someone at the

9       jail -- namely, Nurse Colleen -- spoke with your

10      office manager, Kathy, correct?

11 A.   **Yes.**

12            MR. CORBET:  Thank you.  That's all I have.

13            **THE WITNESS:  Thank you.**

14 REEXAMINATION BY MR. SCARBER:

15 Q.   Doctor Kansakar, just a couple follow-up questions.

16            First question.  When you were advising

17      Mr. Jackson about the risks and potential

18      complications of these procedures, you didn't tell him

19      you're young, so these things aren't going to happen

20      to you, did you?

21 A.   **I'm sorry.  These things refer to --**

22 Q.   I'm sorry.  When you were -- let me rephrase my

23      question, and let me be a little more specific.

24      That's my fault.

25            When you were discussing the risks and



1    potential complications of this procedure with

2    Mr. Jackson, you didn't tell him, oh, by the way,

3    you're young, so you don't have a risk of infection,

4    you don't have a risk for potential need for

5    reoperation, you don't have a risk for potential

6    leakage or damage to the surrounding structures

7    including the ureter.  You didn't tell him that he was

8    at any less risk than anybody else, did you?

9    A.   **No, I did not tell him that he was at any risk.  I**

10        **don't think that would -- at least in my note, I don't**

11        **mention that, and I do not recollect.**

12   Q.   Right.

13             And I think you said any risk, but you

14        didn't tell him that he was at any less of a risk than

15        any other person, did you?

16   A.   **Again, that's -- that depends upon every patient and**

17        **their risk factors.  It would be hard to compare him**

18        **against an eighty-year-old with a lot of other**

19        **comorbidities.  So I don't know if this is less in**

20        **terms of somebody who is eighty versus somebody who is**

21        **fifty.**

22             **Again, looking at his history, he did not**

23        **have any other medical comorbidities, so I would**

24        **assume the risks would be less, but, again, there**

25        **could still be complications like bleeding which is**



1        not an age-related factor or age-related complication.

2   Q.   And I think you might have answered my question, but

3        let me just ask it in a more defined way.

4             When you were explaining to him the risks

5        and complications of this potential procedure, you

6        didn't tell him when you were explaining this stuff to

7        him that you're only thirty-four years old or you're

8        only -- you're just over thirty, so don't worry about

9        it.  You told him these risks because these risks can

10       happen, correct?

11  A.   I don't believe I told him that just because of his

12       age factor.

13            The surgery itself has potential risks, and

14       that's true with any surgery.

15  Q.   Okay.  So you didn't give him any kind of special,

16       special risks and complications.  You told him the

17       same risks and complications that can occur with

18       everybody, right?

19  A.   Yes, sir.

20  Q.   Do you see this note here?

21  A.   Retrograde cystogram, yeah.

22  Q.   Is this the handwritten note you were referring to?

23  A.   No, sir.

24  Q.   Is there a page number at the bottom of the note

25       you're referring to?



 1   A.    I think it's page number 91.

 2   Q.   Can you hold it up to your camera because I think

 3        we've all got different notes here.

 4             All right.  Let's take a quick break, and

 5        I'll wrap this up.  I don't want to waste your time

 6        while I'm looking at it on my computer, so let's just

 7        take a pause for the cause for a second.

 8             THE VIDEOGRAPHER:  We're going off the

 9        record at 3:00 p.m.

10             (Off the record at 3:00 p.m.)

11             (Back on the record at 3:03 p.m.)

12             THE VIDEOGRAPHER:  We are back on the

13        record at 3:03 p.m.

14             MR. SCARBER:  Doctor Kansakar, thank you

15        for your time again.  I don't have anything further at

16        this time.

17             I would note that we do reserve the right

18        to call you later in the case if we need to for a

19        discovery deposition as we are just at the early

20        stages of discovery in this case.

21             **THE WITNESS:  Yes.**

22             MR. CORBET:  I'm sorry.  Thank you, Doctor.

23        I would join in that request or statement.  Thank you.

24             MR. SCARBER:  And just for my housekeeping,

25        I tried to reference the records.  I think some of us



1    might have the same set of records, so, Ian, we'll

2    have to figure out I guess if we're going to be using

3    the same set, same page numbers and all that kind of

4    stuff.

5              But the records I referenced I tried to

6    identify and I think I did on the record, so, but if I

7    need to go back and fix that, you know, I will.  But

8    hopefully everything is identified properly in the

9    transcript.

10             MR. CROSS:  Sure, no problem.

11             I don't have any further questions, either.

12   Thank you for your time, Doctor Kansakar.

13             **THE WITNESS:  Thank you, everybody.**

14             THE VIDEOGRAPHER:  This concludes today's

15   deposition.  We are off the record at 3:05 p.m.

16

17             (Deposition concluded at 3:05 p.m.)

18

19

20

21

22

23

24

25



```
 1   STATE OF MICHIGAN      )
                            )SS.
 2   COUNTY OF LIVINGSTON )

 3                 CERTIFICATE OF NOTARY PUBLIC

 4                           I certify that this transcript

 5        is a complete, true, and correct record of the

 6        testimony of the deponent to the best of my ability

 7        taken on Friday, March 5, 2021.

 8                           I also certify that prior to

 9        taking this deposition, the witness was duly remotely

10        remotely sworn by me to tell the truth.

11                           I also certify that I am not a

12        relative or employee of a party, or a relative or

13        employee of an attorney for a party, have a contract

14        with a party, or am financially interested in the

15        action.

16

17

18

19

20

21        _____

22        Cheryl McDowell, CSR-2662
          Notary Public, Livingston County
          State of Michigan
23        Commission Expires September 13, 2025

24

25
```



Erina Kansakar
03/05/2021

1

---

**1**

**1**  5:5,6 9:21 18:1 24:9,11 65:1,
6

**1-10**  25:24 42:22

**10**  42:22,23

**10th**  35:6,12 36:14 42:24 44:8,
21 45:9 52:6 53:13,20

**12-10**  45:17

**12-27**  40:22

**12-6**  55:8

**1982**  61:6

**19th**  48:24 54:3,18

**1:05**  5:3,11

**1:27**  20:6,7

**1:33**  20:8,10

**1st**  34:13

---

**2**

**2**  5:6 18:3 26:3

**2-5**  61:6

**2006**  8:5

**2012**  8:5,8

**2013**  8:8,18

**2016**  34:18 35:6,12 36:15 38:9
41:4,6,19 50:9 53:13

**2017**  14:17 23:21 24:11 25:16,
22 26:9 27:20 34:13,15 42:22,
23,24 44:8 45:15 47:2,10
48:3,12,14,15 49:17 52:6
53:20 65:7

**2018**  9:2

**2019**  48:25 51:22 52:16 54:3,
18

**2021**  5:2,11

**21**  57:6

---

**22**  57:6

**227**  55:9

**23**  57:6

**24**  57:6

**24th**  34:6 40:21 64:23

**27**  41:6

**27th**  41:4,18 44:17 45:2

**29**  25:16,22 34:14

**29th**  34:15

**2:35**  57:23,24

**2:44**  57:25 58:2

---

**3**

**3**  5:6 18:3 63:14

**3:00**  68:9,10

**3:03**  68:11,13

**3:05**  69:15,17

---

**4**

**4**  5:5 17:24 18:6

**4-7**  26:9

---

**5**

**5**  5:2

**5th**  5:11

---

**7**

**7**  44:17

**7:00**  51:3

**7th**  34:15 63:12

---

**9**

**91**  68:1

**9th**  45:13,15 47:2,20 48:11,15,

---

24

---

**A**

**a.m.**  51:3

**abdominal**  12:7

**abnormal**  10:9 11:4,12

**abnormality**  14:15

**abscesses**  11:9

**absolutely**  13:18 34:20 43:19

**access**  41:1 65:4

**Acute**  58:13

**adhesions**  46:9

**adjacent**  11:10

**adjust**  59:2

**administrative**  56:13

**advance**  35:25

**advised**  35:17

**advising**  65:16

**affecting**  43:22

**afternoon**  5:23 32:13,17 60:2

**age**  61:22 62:7,8 67:12

**age-related**  67:1

**ages**  61:22

**agree**  32:3,4 33:12 34:22
47:10 48:7,14

**ahead**  21:12 23:10 24:25 62:5,
16

**allowed**  28:23 31:2

**alter**  59:2

**anal**  14:5

**anastomosis**  11:16,20,21,25
12:12,20,21 14:13

**anatomy**  14:6 29:23

**and/or**  28:18

**anesthesia**  36:12,21 37:1,10

---

60:17

answering 52:4

antibiotics 51:1

anticipating 44:12 50:12

anyplace 49:14

apologize 35:21,25 60:4

apparently 48:10

appearing 5:24 32:14

appears 38:14

approval 16:6

approved 16:25

approving 17:19,20

approximately 13:13 56:6

April 26:22 27:20 34:15 63:12

arise 49:2 50:4

articles 58:6,10,18

assess 24:23

assume 13:17 66:24

assuming 47:8,12 48:1

attack 37:4 52:21

attention 18:10

attorneys 5:13 41:11

August 8:18

author 16:10

authorization 19:14

authorized 19:16

availability 28:14,15 45:23

Avoiding 58:16

aware 17:4,5,6 21:18 38:1
 39:3 52:19 53:8

————————————
B
————————————

B.P. 8:2

back 11:22 14:13 16:20 17:23
 20:8,9 22:8 25:2,21 34:18

35:12 39:24,25 57:25 58:1
 59:3,6,11 64:17 68:11,12 69:7

background 7:24 32:23

bad 46:11 51:25

bag 12:7,8,10 29:25

barium 13:24 14:2,3,4 16:13
 51:15

barring 22:16

based 24:21 28:1,24 39:13
 41:25 46:17 63:4

basically 12:9 57:9,10

bath 51:4

bathroom 6:18

behalf 5:19,21,24 32:14

benefits 49:10 51:13 52:20
 60:20

birth 61:6

bit 7:3 23:24 30:10 32:23
 35:20 55:21 59:20 63:10

bladder 10:10,24 11:2,11,13
 35:2,3 53:16

blame 23:24

bleeding 37:2 38:20 66:25

blocking 55:24

blood 37:2

board 8:21,22

body 59:3,11

bottom 25:7 55:19 67:24

bowel 10:15 12:7,9 15:8 58:12

brain 37:4

break 6:18 19:24 32:18 57:19
 68:4

bring 12:6

————————————
C
————————————

calculation 46:2,17

call 24:9 26:2 32:20 68:18

called 11:13 12:14 27:21
 28:17 30:12 31:8 36:16 55:4

calling 54:7

calls 19:7 27:13 54:14

camera 68:2

canal 14:5

cancer 22:3

cardiac 22:12

care 14:25 15:9,12,21 16:12
 24:19 32:15 33:20,21 34:14
 39:12 42:2 46:21,24 47:11
 63:2

career 12:25 20:14 61:1

carry 37:16

case 7:21 10:24 14:4 15:15
 19:17 55:4 64:9 68:18,20

Catholic 20:20

Center 8:8

certified 8:21,22

challenging 63:1

chance 7:1,7 31:3

chart 28:24 40:14,15

check 20:21,25 41:5

CHI 20:19

choose 45:24

chose 45:22

chosen 50:23

clarify 6:16

clear 40:1

close 13:4

closer 13:19 50:13

closure 55:12 56:3,6

clots 37:2

cloud 35:23

colectomy 10:18,20,21 11:1



36:16 38:22 53:14

**Colleen** 5:20 18:25 19:1,2,6, 19 24:24 63:17 64:5 65:9

**colon** 10:9,11,12,23,25 11:4,6, 13 12:1,6 14:8,13 22:3 35:1

**colonoscopy** 10:1

**colostomies** 42:1

**colostomy** 14:17 15:1,4 16:6, 14,16,17,20 17:20 20:14,23 21:7 22:8,14,17,20,24 24:15, 16 25:13,14,19 26:23 27:23 28:8 29:13 30:5,6,13 31:12 32:7,8 35:11 39:24 42:20,24 43:1,12 45:12,14 47:19 50:24 51:3 52:13 53:21 54:25 55:12 56:3,5,16,19 57:12 60:14 61:17 62:19 63:18 64:1,10

**colovesical** 10:4,7,8

**comfort** 24:22

**communicated** 47:11

**communication** 10:9,24 11:2, 10 34:4 35:1 64:20

**comorbidities** 61:16,19,20 62:25 63:5 66:19,23

**companies** 21:7

**company** 19:18

**compare** 61:22 66:17

**complaining** 42:17 43:19

**complaints** 42:14,19

**complete** 50:19

**completed** 24:19 51:19,21

**completely** 61:25

**completing** 8:6

**completion** 8:24

**complicated** 9:11 11:9

**complication** 67:1

**complications** 35:13 37:1,16 38:20 49:2,11 50:4 51:13 53:9 54:23 61:9 65:18 66:1,25

67:5,16,17

**computer** 35:23 68:6

**concern** 12:16 64:3

**concerned** 37:23

**concerns** 44:4

**concluded** 69:17

**concludes** 69:14

**condition** 9:6 10:8 11:5 12:13 15:25 22:12,13 24:21 30:21 62:6,8,25 63:1

**conditions** 17:6 22:2,11 29:22

**confusing** 49:23

**connect** 12:1 31:4

**connected** 35:23

**connection** 11:4,12

**consent** 37:25

**Considered** 58:15

**contact** 18:24

**continence** 22:5

**continue** 24:23

**continuity** 58:13 59:9

**Continuously** 8:19

**contraindicated** 61:10

**contrast** 14:3

**controlled** 43:10

**conversation** 23:20 25:2 26:14,17 33:22 64:25

**conversations** 33:7,9,15 34:11,12 47:7

**copy** 6:25 7:6 32:19

**Corbet** 5:18 14:20 15:16 17:9, 13,15 19:11 21:3,11,13 22:21 23:4,8,11,12 27:15 30:7,9 31:1,16,23 32:10 33:3 36:2,6 55:18 59:24 62:3 63:9,11 65:12 68:22

**Corbet's** 62:2

**Corizon** 5:24 32:14 46:23

**correct** 6:13 8:14 10:5,6,18,19 11:18 12:3 13:25 16:15 23:18 26:24 33:24 34:9,15,16,24 35:15,16,17 36:18,19,21,22 37:9,18,21 38:17,25 39:4,15, 16,18 40:6 41:23 42:10,16,19, 20,21 43:4,8,9,16 44:3,8 46:20,24 47:4,13 50:21 51:10, 17,22 52:9 53:4,21,23,24 54:18,21 56:9 57:14 58:22,23 59:4,7,8,14 60:9 61:10 64:23 65:2,10 67:10

**Corrections** 32:16 46:23 47:9

**correctly** 8:12 11:17,24 37:5

**Counsel** 5:7

**couple** 14:21 33:2 65:15

**court** 5:14 7:2 55:3 58:7 60:3

**cover** 18:11 21:7

**create** 12:22

**created** 12:24 13:2,20

**Cross** 5:16 6:5,6 7:9,23 13:10 14:23 15:17 17:10,16 18:4,6,9 19:9,22 20:11 21:5,16 22:22 23:6 27:13 30:16 31:18,22 40:10 52:1 59:20,22 60:1,6,24 61:13 62:4,15 63:6 69:10

**curtain** 7:18

**custom** 27:8 28:1

**cut** 47:23

**CV** 32:19

**cystogram** 67:21

---

**D**

**damage** 37:4 52:23 66:6

**Dan** 5:18 23:12 63:11

**dangers** 38:15

**database** 56:13

**date** 24:10 25:15 26:6,8 45:15, 16,22,24 46:1,16 47:19 48:3,

15 49:18,19 50:13,23 61:6
65:3

**dated** 40:21,22 54:17 64:23
65:1

**day** 44:25 51:1,3

**death** 37:4,17 52:21

**December** 34:18 35:6,12
36:14 38:9 41:4,6,18 44:17
45:2 48:4 49:12 50:9 53:13

**declining** 21:7

**Defendant's** 24:9

**defendants** 5:24 32:14

**defendants'** 5:6 26:3 63:14
65:6

**defined** 67:3

**definite** 28:10

**definitively** 50:20

**delay** 35:21

**delays** 35:24

**Department** 32:16 46:22 47:9

**depend** 28:14

**depending** 45:23

**depends** 12:13 29:17 66:16

**deposition** 5:9 6:8,24 40:2
68:19 69:15,17

**detail** 43:21 50:15

**details** 9:9 19:21 26:1

**Detroit** 8:8

**Devlin** 5:23 23:8 32:13 36:2

**Dharan** 8:3

**differences** 57:11

**difficult** 7:4 55:13 56:4 61:10
62:19,21

**difficulty** 55:23

**direct** 19:5 62:1

**direction** 19:3

**disagree** 56:21,23 57:16,17
58:24,25

**discovery** 68:19,20

**discretion** 56:20

**discuss** 44:21 47:3 48:21 49:1
50:3

**discussed** 33:5 45:5,7 48:5,
15,18 49:10 52:16

**discussing** 43:20,21 51:12
65:25

**discussion** 35:19 45:2 49:21

**discussions** 49:15 64:8

**dispute** 34:10

**distal** 14:7 16:14

**distally** 14:12

**diversion** 12:10,11,18 16:17

**diverticulitis** 9:11 11:5 56:15
58:11,14 62:6

**division** 18:16

**doctor** 5:9,22,25 6:6 7:2,13,25
20:12 23:12 24:6,16 25:6
26:4,5,15 27:16 29:3 30:10
31:19 32:13 35:20 36:10
43:17 47:21 51:24 52:17
53:12 54:7 58:4 59:16,23 60:7
63:7,10,15 65:15 68:14,22
69:12

**doctor's** 54:8

**doctors** 53:6 57:12

**document** 9:12,15,23 16:1,2
19:6 24:5 38:15 44:1,3,5 50:8
55:2,4,8

**documentation** 26:13 33:19,
21,24 34:10 45:6 50:6 51:12

**documentations** 33:4

**documented** 49:21 50:10

**documents** 34:2 41:17

**dots** 31:4

**double** 38:14

**dozens** 20:13

**drainage** 43:10

**draw** 18:10

**drink** 51:2

**drug** 37:2

**duly** 6:3

**Dwean** 24:24

---

**E**

**earlier** 14:21 46:7 64:4

**early** 68:19

**easier** 15:5 46:12

**Eastern** 5:11

**ECF** 55:8

**edema** 12:15 15:3

**education** 8:1

**eighty** 66:20

**eighty-year-old** 66:18

**elected** 38:21

**else's** 39:19

**embarrassment** 30:1

**emergency** 35:8

**emergent** 24:17 34:19

**employed** 20:19

**end** 10:13 35:21 47:24

**ends** 12:1,6,17

**endurance** 6:17

**enema** 13:24 14:3 16:13 51:15

**Erina** 5:9,22 6:2

**error** 28:20 29:4

**essentially** 59:1

**establish** 11:8,23 15:6 59:8

**established** 27:3 28:7 29:24
39:12



HANSON RENAISSANCE
COURT REPORTERS & VIDEO

hansonreporting.com
313.567.8100

estimate 61:2

exact 13:16 61:2

examination 6:5 23:11 32:12
43:3

examined 6:3

excreted 59:13

excuse 12:8 14:8 44:17

exhibit 9:21 17:23,24 18:1
24:9 26:3 34:1 40:11 63:13,14
65:5,6

exhibits 5:5,6 33:2

expects 26:20

experience 41:25

explain 38:24 39:5 50:14 53:6

explained 37:7 38:15,25 44:14

explaining 36:12 67:4,6

exploratory 53:14

—————————————
F
—————————————

facing 35:15

fact 33:5 37:23 40:13 43:15
52:15 53:12

factor 67:1,12

factors 66:17

fair 17:11 27:1 33:8 34:9 62:10
64:1

familiar 15:11,21 55:6

fault 65:24

fax 18:11,25 19:3,5,17

faxed 18:17 64:4,5

Feasibility 58:15

February 9:2 14:17 16:24
23:21 24:11 26:22 27:20
34:13 45:13,14,22 47:2,20
48:2,11,15 49:16,25 51:21
65:1,6

feeling 30:4

fellowship 8:7,23,24

fifty 56:6 66:21

figure 69:2

filed 55:3,8 58:6

filing 58:7

final 52:8

find 18:23

findings 10:3,16

fine 6:15 7:21 42:25

fistula 10:4,7,8 11:14 35:1

fix 69:7

fixed 53:16

follow 16:22 23:10 33:1 58:4

follow-up 23:13 63:10 65:15

form 17:13 21:13

formed 10:14

forms 38:13

foundation 17:13 19:7 21:14
54:15 60:23 62:14

Franciscan 20:19

Friday 5:2

front 40:14,16,18 41:10

function 37:3

functional 25:13,19 42:20
43:13

functioning 42:12,25 53:21

—————————————
G
—————————————

gastrointestinal 10:13

gave 30:25

general 8:4,6,13,15,17,22 30:4
31:12 60:17

generally 46:4 62:6,17

genitourinary 52:25

GI 10:12

give 7:25 13:4,16 14:6 32:22
35:24 38:3 67:15

giving 56:25

goal 15:6 59:8

good 5:23 6:6 32:13,17 36:8
60:2

great 32:20

group 18:15 62:7

growth 14:15

guess 32:20 48:17 50:17 69:2

—————————————
H
—————————————

habit 27:8 28:1

handwritten 40:22 44:16,18
67:22

Hang 57:7

happen 23:20 25:19 33:9
37:20 38:1 39:4,8 50:21 65:19
67:10

happened 33:16 44:24

hard 13:3 66:17

harm 46:8

Hartmann 56:7,14

Hartmann's 53:15 56:9 58:14,
16,17 60:11

head 6:11 13:15

heal 46:18

health 8:3 15:25 20:20 21:6
32:15 33:20,21 34:14 46:21,
23 47:11

Healthcare 5:19 8:25 18:16,24

hear 7:20 15:9

heard 8:12 42:2,6,7

heart 37:4 52:21 62:25

held 64:9

helps 14:11,14


hansonreporting.com
313.567.8100

**hidden** 55:14,16

**high** 8:1 22:13 56:4 61:16

**higher** 55:13 62:7 63:3,4

**highlighted** 36:20 38:10 52:18 54:21 55:11

**history** 66:22

**hold** 68:2

**home** 7:14

**hook** 11:22 12:5 16:19 22:7

**hooking** 14:13

**Hope** 18:12,13,15 23:18 34:5 40:20 49:13

**hospital** 38:13 49:8

**housed** 47:14

**housekeeping** 63:11 68:24

**hundred** 13:5,6,19 20:13 61:1

**Huron** 8:24 9:3 23:17

**hypothetical** 30:23,24 31:2 48:9,10

**hypotheticals** 28:23

---

### I

**Ian** 5:16 6:6 17:25 59:24 69:1

**ID** 55:9

**idea** 14:6,11

**identified** 60:3 63:12 69:8

**identify** 5:13 10:22 14:14 18:23 59:25 69:6

**immediately** 34:21

**important** 44:4

**improper** 52:2

**inadvertent** 38:21

**incision** 10:22 43:11

**include** 13:23 14:16,18,19

**including** 52:20,24 66:7

**incontinence** 22:5,9

**incorrect** 29:15 30:15 31:7,20, 25

**index** 45:17 56:18

**indicating** 37:25 43:12 48:11

**individual** 9:4 46:21 62:8,22, 23 63:20

**individuals** 22:14 32:15 62:11

**ineligible** 17:7

**infected** 11:8 12:1

**infection** 16:18 35:4 37:2 38:20 39:23 45:19 52:22 66:3

**inflammation** 15:3 45:20

**influenced** 56:18

**information** 18:22 32:23 57:1

**informed** 37:25

**informing** 39:9

**initial** 28:9,13 54:25

**Initiative** 20:20

**injected** 14:4

**injury** 37:17 38:21 46:8

**Inmate's** 24:15,22

**instance** 51:11

**Institute** 8:3

**instructed** 51:4

**instructions** 50:14

**insurance** 19:14,18 21:1,6

**intention** 21:22

**interfered** 17:12

**interrupt** 7:11 18:1 47:21

**intraoperative** 63:2

**invasive** 8:7

**involve** 22:4

**involved** 22:6

**involves** 60:17

**issues** 21:6 25:11,18 43:7 53:18,19,25 54:2,21,22

**items** 57:5

---

### J

**Jackson** 5:17 6:7 9:4,7,8 10:2 12:19 13:20 34:18 39:13 40:25 41:3 44:8,15 45:3 48:2, 13,23 49:3 61:4 62:12,18 65:17 66:2

**Jackson's** 61:22

**jail** 27:21 28:18 29:5,11 30:11 31:7,20,25 33:20 34:12 63:13, 16,17,24,25 64:7,13 65:1,9

**January** 27:19 34:6,12 40:21 42:22,23,24 44:8,21 45:9 48:4 52:6 53:20 64:23

**join** 15:16 17:15 19:11 62:3 68:23

**judgment** 58:20

**June** 48:24 52:15 53:25 54:3, 17

---

### K

**Kansakar** 5:10,22 6:2,6 7:25 20:12 23:12 26:15 29:3 32:13 54:7 59:16,23 60:7 63:7 65:15 68:14 69:12

**Kansakar's** 24:16

**Kathy** 18:17,19,23 23:15 24:16,18 25:2 26:21 27:19 28:3,17 29:1,11,14 30:11 31:3,7,19,24 33:4 64:10,13,19 65:10

**Ken** 5:19

**kind** 10:14,15 13:3 14:5,11 16:5,19 32:18 35:8,9 38:9 43:22 46:5 47:16 50:13 51:5 55:14,15,24 56:25 59:7 67:15 69:3

**knowing** 21:25



Erina Kansakar
03/05/2021

7

**knowledge** 23:5 54:13

**Kohchise** 5:17 6:7 9:4

**Koirala** 8:2

---

**L**

---

**laid** 44:17 47:16

**laparotomy** 53:14

**lapse** 56:18

**Larry** 60:1,5

**late** 47:9

**lead** 22:9 64:20

**leading** 14:20 17:14 61:12

**leak** 12:17 29:25 52:23

**leakage** 66:6

**leaking** 35:3

**left** 58:5

**left-hand** 24:10

**length** 14:7,12

**let all** 45:19

**letter** 16:5,10 19:6,16 40:1,3, 20 64:3,17,22

**letterhead** 34:6 40:21 44:19 45:2

**life** 24:17 29:7

**life-threatening** 24:21 29:6 30:20

**lifestyle** 29:3,13 30:13 31:9 32:1,5

**lifestyle-altering** 28:5

**light** 7:12,18

**limb** 37:3

**limit** 31:14

**limited** 52:21

**lines** 28:2 29:2

**literature** 56:21

**long** 9:1 20:1 22:23 23:22 28:12

**loss** 37:2,3

**lot** 12:14,15 46:7 66:18

**low** 22:3

**lung** 22:12 62:25

---

**M**

---

**M.D.** 6:2

**made** 52:19

**make** 10:22 16:5 17:6 19:17 22:13 46:10 61:9,16

**making** 39:7

**malpractice** 15:14

**manager** 18:19 19:5 23:16,18 24:16 25:21 33:5 64:19 65:10

**March** 5:2,11 25:16,22 26:22 27:20 34:14,15 47:9 48:14

**margin** 55:19

**Margolis** 60:1,2,4,5

**Mark** 5:21

**marked** 9:20 17:24

**mass** 14:15

**matter** 42:6

**MDOC** 25:14

**means** 15:24 42:17

**meant** 16:18

**medical** 6:25 7:7,8 8:2,8,10,12 9:10 17:3,6 22:2,11 23:2,23 25:11,17,23 26:13 27:11 28:19 29:16,21 30:2,14 40:15, 17 44:9,20,24 47:17,18 54:23 56:21 58:20 61:8,15 62:24 63:5,21 66:23

**medically** 26:23,25 27:7,22,25 29:2,8,14 31:9,11 32:1,4 34:19 35:8 64:14

**Medicare** 20:16,18,21,24 21:1

**meeting** 50:12

**mental** 32:6

**mention** 66:11

**mentioned** 32:18 49:18 50:25

**mentions** 26:10 49:20

**Michigan** 32:16 46:22 47:8

**middle** 10:22

**mind** 27:2

**minimally** 8:7

**minimize** 39:23

**minute** 35:24 57:7

**minutes** 20:2 57:21

**mischaracterizes** 40:10

**missed** 18:7

**moment** 31:5

**monitor** 24:24

**morbidity** 56:5 58:16

**morning** 6:6

**mortality** 56:5

**motion** 30:7

**mouse** 25:8 26:11

**move** 31:16 35:20 55:15,20

**movement** 10:15

**movements** 12:9 15:8

---

**N**

---

**natural** 11:23 15:6,7 27:3 28:7 32:8 59:8

**necessarily** 35:23 40:6 62:18

**necessity** 26:13 27:12 28:20 29:16

**needed** 34:22,24 35:14

**Nepal** 8:3

**Network** 8:25 18:16,24

**nods** 6:12

**nonmedical** 17:12

**normal** 28:6 29:23 32:7 50:19

**Nos** 5:5,6

**note** 18:2 24:6,13 25:6,24 26:5,6 34:5 36:10 40:22 41:21 42:13,23 43:5,9 44:9,13,16,18 45:1 48:10 49:22 50:25 54:8, 13,17,20 63:13 64:2 65:1,4,7, 8 66:10 67:20,22,24 68:17

**noted** 43:10,18 64:8

**notes** 28:24,25 29:10 33:7 40:19 45:3 47:5 49:5,7,13 50:3,6,8,9 53:11 63:21,23 64:7,11,17 68:3

**number** 13:4,15,16 55:8 58:18 61:3 67:24 68:1

**numbers** 69:3

**nurse** 63:16 65:9

**nurses** 64:14

---

**O**

**oath** 6:4

**objection** 13:8 15:14 17:9 21:3,10,11,13,15 22:21 23:4 27:13 30:16 31:22 40:10 54:6, 11 60:23 61:12,25

**objections** 54:10

**occasions** 21:24

**occur** 53:4,9 67:17

**occurred** 49:12

**occurring** 37:24

**office** 7:14 18:19 19:5 23:16, 17,18 24:16 25:12,18,20,24 26:14,18 27:18 33:5 34:11 40:18,19 42:23 44:19 48:21 49:22 50:3,12 64:9,19 65:10

**older** 62:6,11,17,20,22,23

**one-stage** 11:21 58:15

**open** 7:17 10:17,20,21 38:22

**opening** 14:5

**operating** 28:15

**operation** 55:13 56:4,18

**operations** 37:15

**operative** 38:6,8,14 40:19 49:20 50:1 52:17

**opinion** 57:11

**opinions** 57:12

**opportunity** 6:21

**opposed** 28:19 29:13 30:14

**optimal** 56:19

**option** 22:7

**order** 8:10 50:20

**organs** 11:10

**original** 16:19 18:2 23:1 34:17 46:3 59:7,13

**ostomy** 11:19 12:4,5,11,18,22, 24 13:2,11,20 21:22,24,25 41:21 42:1 58:11 60:9 61:1,5, 18 62:11,22

**Oswald** 5:21 32:19 54:6,12

**other's** 39:21

**Outcomes** 56:17

**outweigh** 60:20

**overview** 7:25

---

**P**

**p.m.** 5:3,11 20:6,7,8,10 57:23, 24,25 58:2 68:9,10,11,13 69:15,17

**pain** 43:9

**Papendick** 5:25

**paralysis** 37:3

**part** 10:12 19:20 20:21 32:3,5 35:18 39:5 44:19 51:6 54:1 64:20

**participant** 20:18

**participate** 64:6

**patent** 42:4

**patient** 11:5,22 12:9 15:7 16:13,17,23 17:2,3 19:15 23:21 24:22 25:21 27:1,4,7, 11,25 28:5,6 29:19 31:13 37:8,25 38:13,21 39:24 42:17 43:18 44:5 45:5,8 48:20,22 52:19 53:7 58:22 59:6 60:20 61:15 62:20 63:5 66:16

**patient's** 12:6 28:15 40:15 59:2

**patients** 20:15 22:12 39:6 56:7,14 58:11 61:18,20,23 62:17

**pause** 68:7

**pending** 24:15

**people** 60:2

**percent** 56:7,16

**perfect** 38:3

**Perforated** 58:13

**perform** 12:19,21 17:1 34:20 39:2 50:7 51:10 53:7 61:23 63:4

**performed** 13:13 20:13,23 34:17 35:5,11,12 36:13,14 38:16 52:9,18 53:12 56:6 60:25

**period** 37:11

**permanent** 21:23,25 22:15

**person** 18:17,18 29:5,18 30:3 31:21,25 63:20 64:2 66:15

**personal** 24:21 63:16

**personally** 63:24

**personnel** 63:17 64:14

**persons** 28:17

**photocopied** 38:4

**physical** 18:24 43:3

**Physician** 8:25 18:16

picked 45:15

pink 41:21 42:4,8 43:1

place 15:13 21:9,21,24 26:10
33:7,22 60:8,22 61:11,24

placements 61:1

plaintiff 5:16 6:7 33:2

plaintiff's 5:5 9:20 17:24

plaintiffs 55:3

plan 11:22 13:21,23 14:1,16,
18,19 16:18,19,20,22,24
17:11 39:12 44:11,12,18 45:4,
14 47:10,16,18 48:21 50:15,
22,23 51:2

planned 17:21 45:13 50:18

planning 14:11

pockets 11:9

point 22:17 29:9 33:10,17
42:19 43:7 56:15

points 11:7

poop 15:8

pop 36:3

Port 8:24 9:3 23:17

portion 10:25

possibilities 37:20

possibility 37:1

possibly 27:19

post-op 40:24 41:1

postoperative 63:2

postponed 24:23

potential 12:17 30:1 38:19
45:4 49:16 50:15 52:22,23
65:17 66:1,4,5 67:5,13

potentially 29:25 35:15 46:8

pouches 11:6

practice 8:11,18 15:10 19:13
28:1 39:5,15,17,19,21 40:2,3

practiced 8:17

practicing 8:15

prefer 28:11 30:23

preference 26:25 27:7,11,24
28:16,19 29:4,13 30:13 31:10
32:2,6

preferred 30:6

premarked 5:7

prep 51:2

prepare 6:24

preparing 51:6

prescribe 13:21

prescribed 13:23 14:16 16:22
17:11

previous 51:14

previously 59:12

primary 11:16,20,21,24 12:12,
19,21

Prime 5:19

print 41:16

prior 41:25 49:7

prison 25:7 26:7,18 27:21
28:18 29:12 30:12 31:7 32:16
33:21 34:14 47:2,12 48:2,13,
16,17 63:17,25 64:8,14

problem 29:25 32:24 36:6
69:10

problems 42:11

procedure 10:1 12:5 13:14
20:23 24:19 27:8,9,22 28:1,5
30:14 35:5,7 36:18 37:8 38:16
49:11 51:13 52:20 53:13,15
56:8,9,15 58:14,15 60:8,12,17
61:23 62:21 63:3 66:1 67:5

procedures 20:14 21:8 37:15
53:7 58:17 65:18

proceed 49:9

productive 41:21 42:4,8 43:1

professionals 34:14 46:22
47:11

professions 46:24

program 20:18

prohibit 29:22

pronounced 52:25

pronouncing 11:17

properly 43:4 69:8

Proportion 58:10

protocol 19:12

protocols 50:19

protrusions 11:6

provide 32:19,22

provided 9:7 32:15

provider 20:21

provider's 58:20

Ps 42:1,3

psychological 29:17 30:3
32:7

pull 24:5

pus 11:9

put 24:6 38:23 39:23,24 45:21
46:1 59:6

putting 12:16

## Q

quality 29:7

question 14:21 15:19 27:9,16
28:22 30:10 31:6,24 34:8
35:10 38:24 46:16 47:22 48:1,
16 49:1,23 51:24 52:1,3 60:10
65:16,23 67:2

question's 51:25

questions 6:15 23:7,13 30:24
31:3,4 63:7 65:15 69:11

quick 41:5 68:4

quoted 56:23

quotes 57:3



Erina Kansakar
03/05/2021                                                        10

**R**

radiological 14:3

rates 56:5

reaction 37:2

read 24:13 25:7,10 26:8 37:5
53:17 54:20 55:10

reading 26:11 55:23

ready 50:7

real 41:5 53:4

reason 15:2 17:3,12 23:2

reasonable 28:12

recall 9:6,8 13:15 33:10 46:25
47:7 49:5 64:16

recipient 20:24

recognize 9:23 16:4

recognizing 53:12

recollect 66:11

recollection 24:3,14 25:2,20,
25 26:5,16 33:15 63:16,19

recommend 16:16 28:8 60:19
64:18

recommendation 10:17 16:12
22:19

recommendations 11:15

recommended 10:17 24:19

reconstructive 59:10

record 5:8 14:20 20:6,7,8,10
26:2 30:7 41:7 48:11 53:11
57:23,24,25 58:2 68:9,10,11,
13 69:6,15

recorded 5:9 43:8

records 6:22,25 7:1,7,8 9:10
23:23 24:1 25:23 36:2 40:15,
23,24 41:1,12 44:10,20,24
47:17,18 51:14 68:25 69:1,5

rectal 16:14

rectum 14:5,6,9

redirect 59:21 62:1

reduce 15:2

reestablished 32:9

**REEXAMINATION** 59:22 63:9
65:14

refer 47:6 49:4 65:21

reference 34:7 68:25

referenced 58:7 69:5

references 57:2

referencing 45:1

referring 63:20 64:16 67:22,25

reform 59:11

reframe 60:10

refresh 24:2,14 25:1 26:4,16

relevance 17:9 21:3 60:23

relevancy 15:14 21:15

remain 24:22

remaining 14:8

remains 56:19

remember 9:8 18:21 19:4
23:20,22,24 27:16 33:17
41:24 44:24 64:11

remembered 23:15

remnant 22:8

remotely 5:10 6:3

render 63:3

reoperation 52:22 66:5

repeat 15:20 27:17 35:10

repetition 45:11

rephrase 65:22

report 10:1 38:6,8,14 40:19
43:8 49:20 50:1 52:17

reported 25:12,18

reporter 5:14 7:2 60:3

reports 45:12

represent 6:7

request 16:6 68:23

required 27:11

rerouted 12:8

resect 10:24 11:25

reserve 68:17

residency 8:5,7,9,10

respect 33:3,19 53:20 54:6

response 47:24

responses 6:11

responsible 17:19 22:4

restate 38:24

Restoration 58:12

result 11:8 12:17 35:2 56:5

resulted 35:13

results 37:16

resume 32:20

retained 5:7

Retrograde 67:21

retrospective 56:13

reversal 14:17 16:6,14,16,21
17:20 20:14,23 21:7 24:15,17
26:23 28:8 29:12 30:5,13 31:8
43:19,20 44:13,14 45:13,14
47:19 48:11,24 49:3,16,24
50:5,24 51:3 52:11,13,18 55:1
56:16,17,19 57:13 58:16 59:1
61:9,17

reverse 22:17,20 27:23 62:19,
22

reversed 13:11 25:14 31:12
32:8 58:12

reversing 22:23 58:17 63:18,
25 64:1,10

review 6:21 7:1,7

reviewed 25:23



Erina Kansakar
03/05/2021

11

reviewing 9:10,18

risk 22:14 36:12 37:16 38:23
52:12,21 61:16 63:3,4 66:3,4,
5,8,9,13,14,17

risks 35:6,13,15,17 36:17,20,
21 37:11 38:15,19,25 39:3
49:2,10 50:4 51:12 52:19 53:9
54:24 60:8,11,14,16,19 65:17,
25 66:24 67:4,9,13,16,17

rolling 36:8

room 7:13 28:15 59:25

rough 61:2

route 11:23 15:6,8 27:3 28:7
32:8

S

safer 12:18

save 57:8

scar 12:15 46:9

Scarber 5:23,24 7:11,16,19
13:8 15:13 17:14,25 18:5,7
19:7 21:4,9,12,15 23:10
32:12,13 36:4,7,9 40:12 52:2,
5 54:9,14,16 55:22 58:3 59:16
60:22 61:11,24 62:14 65:14
68:14,24

scarring 45:20

scars 46:11

scenario 30:23

schedule 19:13 45:23

school 8:1,2

Sciences 8:3

scope 61:25

screen 9:13 24:7 35:22 36:10,
23 37:13 55:15,21 58:8

scroll 9:19 55:18

scrolling 36:1 38:5

scrub 51:5

scrubs 51:5

Seattle 5:1

section 10:3,17 11:15 12:1

selected 46:17

sensation 37:3

sense 59:10

sentence 26:12

sentences 25:10

Services 18:12,13,15 23:19
40:21 49:14

set 69:1,3

settle 16:19 45:20

severe 22:12

share 9:13

sheet 18:11

shorter 30:10

shortly 32:21

show 9:12 16:1 56:11 65:6

showed 28:25 64:7,25

showing 64:11

shown 34:1 64:4

sicker 62:12,18

side 24:11 34:4

sigmoid 9:11 10:18,20,21,23,
25 11:4 36:16 38:22 53:14

sign 37:25

signature 16:8

signed 38:13

significant 52:12

simple 46:15 48:16

simpler 30:11 38:5

sir 33:18 37:14,19,22 38:11,18
39:10 40:8 41:20 42:3 43:14
44:23 47:5 53:3,5,10,22,24
54:19 56:10 57:15 58:9,23
59:5,15,19 63:8 64:12,24

67:19,23

sits 10:14

situation 15:25 29:6 35:8,9
48:9

situations 22:16

sixteen 56:14

sixty 56:7,14 62:7

skipped 18:6

soap 51:5

soft 7:3

sooner 34:22

sounds 46:16

speak 7:2

speaking 54:9

special 51:5 67:15,16

speciality 8:12

specialty 8:10,11

specific 23:25 24:18 38:7
65:23

specifically 44:14 50:3

speculation 19:8 27:14 54:14

Spencer 5:20

sphincter 22:4

spoke 46:21 65:9

spoken 7:3

staff 33:20,21

stages 68:20

stand 43:3

standard 14:25 15:9,10,11,21,
23 16:12 24:19 40:4

start 7:24 26:11 46:5

started 40:2

starting 56:12

state 25:6 26:7,17

stated 24:20



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Erina Kansakar
03/05/2021

12

**statement** 68:23

**states** 8:4 64:17

**stool** 10:13 12:8 35:2

**strike** 30:8 31:15,16 51:24 64:6 65:7

**stroke** 37:4 52:21

**structure** 59:3,11

**structures** 52:24 66:6

**studies** 56:25 57:3,10

**study** 14:3 56:13,24 57:1,5

**stuff** 36:5 39:7 43:22 52:16 67:6 69:4

**stump** 16:14

**Subsequent** 55:12 56:3

**suggests** 65:8

**surgeon** 8:15,22 26:10 54:3 56:20

**surgeon's** 25:12,18 26:14 28:14

**surgeries** 37:21 52:12,13 54:24

**surgery** 8:8,13,17 10:21 11:21,25 12:13 14:17 15:3,4 16:7,24,25 17:1,4,7,20 19:14, 16,17 22:13 23:1 24:22 29:23 34:17,19,21,22 35:11,14 36:14 37:11 39:2 41:2,4 44:18 45:17,18 46:3,5,6,11,19 48:24 49:3,9,16,19,25 50:5,8,13,18, 21 51:1,4,7,10 52:9,15,18 54:17 55:1 56:17 58:13 60:19, 20 67:13,14

**surgical** 8:5,6 14:11 18:12,13, 15,16 23:18 34:5 40:20 49:14 50:22 60:16

**surrounding** 52:24 66:6

**swear** 5:14

**swelling** 12:14 15:3 39:23 45:20 46:7

**sworn** 6:3

**system** 52:25

---

**T**

---

**takedown** 15:4 60:14

**talked** 27:18 31:8 41:24 54:23 63:24 64:25

**talking** 25:20 40:5 57:10 58:5 63:16,19 64:22

**talks** 25:17

**technically** 27:25 55:12 56:4 62:21

**telling** 29:4 49:8

**temporary** 16:18

**tend** 62:24

**tentative** 16:24 45:22 47:19 49:19

**term** 15:9,11,21,23 29:8,10

**terms** 51:6 52:8 59:12 66:20

**test** 6:17

**testified** 6:4 20:12 60:7,25 61:8

**testify** 54:7 61:4

**testimony** 39:25 40:1

**tests** 51:16

**text** 55:24

**thing** 26:6 41:13

**things** 37:7,24 38:1 39:4,8,14 51:9 52:7 53:4,6,8 57:14 65:19,21

**thirty** 67:8

**thirty-five** 29:20

**thirty-four** 29:20 61:4,7 62:9 67:7

**thought** 18:7 46:18 59:25

**threatening** 24:17

**time** 5:11,12 11:23 12:24 18:19 24:23 27:10 28:12,15

29:9,21 31:14 33:25 41:3 44:10,22 45:9 46:2,6,10 47:2, 15 51:19 54:13 56:18 57:9 59:18 61:5,7 63:7,21 64:19 68:5,15,16 69:12

**timeframe** 13:9 24:18,20 28:9

**times** 13:2,6,13

**timing** 56:19 57:13

**tissue** 12:15

**tissues** 46:9

**Today** 5:10

**today's** 69:14

**told** 16:25 26:24 27:20 28:17, 18 29:11,14 30:11 31:7,20 39:8 64:13 67:9,11,16

**top** 13:15 18:13

**tract** 10:12,13 35:4

**trained** 39:22

**training** 8:1,10

**transcript** 69:9

**treat** 9:3 20:15 54:8

**treated** 9:11 40:24

**treatment** 9:6,7 13:21,23 14:1, 16,18,19 16:23 17:12

**trouble** 52:3

**true** 50:10 67:14

**tumor** 22:3

**twenty-eight** 56:15

**type** 37:24

**typewritten** 34:5

**typically** 21:6 22:16,23,25 62:20

---

**U**

---

**Uh-huh** 24:8 41:20

**ultimately** 48:23



undefined 56:20

undergo 38:22

undergone 17:4

understand 6:15 34:25 36:13
39:3,11,13 45:25 48:8

understanding 11:24 52:11

underwent 48:24 56:14,16

United 8:4

unmute 14:22

unsuccessful 37:16

Uptodate 55:5,6

ureter 52:24 66:7

urethral 38:21

urgent 25:11,17

urinary 10:10 11:11,13 35:3
53:16

urologist 53:15

---

**V**

verbal 6:11

verify 20:22

versus 66:20

video 5:9

videos 55:24

visit 41:18 44:7

---

**W**

wait 15:1,2 22:23,25 23:2
39:22 45:18 46:4

waiting 50:11 51:16,18 52:8

walk 43:4,6

wall 12:7

wanted 18:23 27:21 39:14
44:12 51:14

Washington 5:1

waste 59:13 68:5

weak 11:6,7

week 65:1,2

weeks 15:1,2 22:25 28:13
39:22 45:19,21 46:5

weeks' 28:10 46:10

well-being 29:18 30:3,4 31:12
32:7 34:21

Willis 5:19

window 28:10

word 52:25 65:5

work 8:23 9:1

worked 9:2

working 9:3

workup 51:18 52:8

world 38:3

worry 67:8

wrap 68:5

writing 34:7

written 40:20 42:14 45:4 54:22

wrong 53:1

wrote 16:12 19:16 48:10

---

**X**

x-ray 16:13

---

**Y**

year 56:17

years 8:17 23:3,25 26:20 33:6,
11,14 61:5,7 67:7

young 65:19 66:3

younger 62:8

---

**Z**

Zoom 5:10

