UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Kohchise Jackson,

                                        Plaintiff(s),

v.                                                      Case No. 2:19–cv–13382–GAD–PTM
                                                        Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                                        Defendant(s),

_____

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 761.  The following motion(s) are scheduled for hearing:

                        Motion – #126
                        Motion – #127
                        Motion – #128
                        Motion – #129
                        Motion – #150
                        Motion – #151
                        Motion – #152
                        Motion – #153
                        Motion – #154
                        Motion – #155
                        Motion – #156
                        Motion – #157
                        Motion – #158
                        Motion – #159
                        Motion – #160
                        Motion – #161
                        Motion – #162
                        Motion in Limine – #171
                        Motion – #183
                        Motion – #184
                        Motion – #238

- MOTION HEARING:  November 18, 2025 at 02:00 PM


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/Tara L Villereal_____
                                            Acting in the absence of Marlena Williams

Dated:  October 23, 2025