UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KOHCHISE JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>CHS TX, INC., et al.,<br><br>    Defendants. | Case No.: 2:19-cv-13382-GAD-PTM<br><br>U.S. DISTRICT COURT JUDGE<br>HON. GERSHWIN A. DRAIN |

**STIPULATION: AGREEMENTS/CONCESSIONS
RELATED TO PLAINTIFFS' MOTIONS *IN LIMINE***

On November 13, 2025, counsel for Defendants met and conferred with counsel for Plaintiff to attempt to reach concessions/agreements related to Plaintiff's Motions *in Limine.* Agreements reached during the conference are set forth below.

1. **ECF No 151: Plaintiff's Motion in Limine to Preclude Defendants from Eliciting Opinion Testimony from Non-Retained Experts for Whom Rule 26(A)(2)(C) Disclosures Were Not Provided**

Plaintiff seeks to preclude "undisclosed expert testimony." The following are Defendants' positions:

- Dr. Schmidt is a fact witness and will testify as such. She will not offer expert opinion testimony.

- Nurse-Practitioner Ronald Drinkert is a fact witness and should be permitted to testify as a fact witness about any opinions he reached while caring for Plaintiff.

- Defendants are not calling "nurses who responded to Mr. Jackson's prison grievances," so Plaintiff's argument about such witnesses is moot.

- Defendants reserve the right to offer opinions on re-direct if Plaintiff opens the door with any of these witnesses.

- To the extent that Plaintiffs contend that there are any other limitations sought in their motion, Defendants oppose the motion.

**2. ECF No. 153: Plaintiff's Motion to Preclude Any Evidence of or Reference to Dr. Silverman's or Dr. Watson's Irrelevant Past Lawsuits**

Defendants have moved separately to exclude both Dr. Silverman (Rule 702) and Dr. Watson (Rule 401 and 403) from testifying. To the extent that the Court allows one or both to testify, Defendants agree not to raise the "other cases" mentioned in Plaintiff's motion.

**3. ECF No. 157: Plaintiff's Motion to Preclude Evidence of Plaintiff's Receipt of Food Stamps**

Defendants agree not to raise this issue at trial (i) unless Plaintiff opens the door and (ii) without seeking leave from the Court first.

2

**4. ECF No. 158: Plaintiff's Motion to Preclude Any Evidence of or Reference to Plaintiff Being Homeless**

Defendants agree not to raise this issue at trial (i) unless Plaintiff opens the door and (ii) without first seeking leave from the Court.

**5. ECF No. 183: Plaintiff's Motion to Overrule Defendants' Objections to the Deposition Testimony of Dr. John Webber**

Defendants have agreed to withdraw their objections to the following portions of Dr. Webber's *de bene esse* deposition:

17:1-5

17:25-18:7

23:16-22

29:9-14

49:24-50:8

50:15-18

51:6-25

52:23-53:5

73:3-12

All other issues raised by Defendants' objections during Dr. Webber's deposition are preserved for trial.

3

6. **ECF No. 238: Plaintiff's Motion to Overrule Defendants' Objections and Grant Plaintiff's Objections to the Deposition Testimony of Dr. Jeffrey Bomber**

Defendants' Response (ECF No. 240) to Plaintiff's Motion sets forth the objections Defendants have withdrawn. All other issues raised by Defendants' objections during Dr. Bomber's deposition are preserved for trial.

## CONCLUSION

With regard to Plaintiff's motions *in limine*, the parties were unable to agree to anything not discussed above. The parties have not met and conferred about Defendants' Motions *in Limine*

Dated: December 12, 2025            Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By:   /s/*Sunny Rehsi*
Sunny Rehsi (P80611)
101 W. Big Beaver Road.,
Suite 1100 Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

Adam Masin (Admitted 5/1/2025)
750 Lexington Avenue
New York, NY 10022
646.914.6790
adam.masin@bowmanandbrooke.com

Rachel B. Weil (Admitted 7/16/25)
123 South Broad Street, Suite 1512
Philadelphia, PA 19109
267.908.7097
rachel.weil@bowmanandbrooke.com

*Attorneys for Defendants CHS TX, Inc. d/b/a YesCare and Keith Papendick, M.D.*

5

## CERTIFICATE OF SERVICE

I certify that, on December 12, 2025, I electronically filed the foregoing paper with the clerk of the United States District Court, Eastern District Southern Division using the ECF system which will send notification of such filing to the following:

**Ian T. Cross**
Cross Law PLLC
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI  48103
724.994.9590
ian@lawinannarbor.com

**Laurence H. Margolis**
Margolis Law Firm
Attorneys for Plaintiff
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Jonathan R. Marko** (P72450
**Michael L. Jones** (P85223)
Marko Law, PLLC
220 W. Congress, 4th Floor
Detroit, MI 48226
313.777.7529
jon@markolaw.com
michael@markolaw.com

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By:   /s/*Sunny Rehsi*
Sunny Rehsi (P80611)
101 W. Big Beaver Road.,
Suite 1100 Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

6

Adam Masin (Admitted 5/1/2025)
750 Lexington Avenue
New York, NY 10022
646.914.6790
adam.masin@bowmanandbrooke.com

Rachel B. Weil (Admitted 7/16/25)
123 South Broad Street, Suite 1512
Philadelphia, PA 19109
267.908.7097
rachel.weil@bowmanandbrooke.com

*Attorneys for Defendants CHS TX, Inc. d/b/a YesCare and Keith Papendick, M.D.*