UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                Plaintiff(s),

v.                                                Case No. 2:19−cv−13382−GAD−PTM
                                                  Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                Defendant(s),

**NOTICE TO APPEAR**

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 761, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  March 17, 2026 at 11:30 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Marlena A Williams
                                                            Case Manager

Dated:  February 12, 2026