**Subject:** FW: Subpoena Urgent Question

**From:** Tom Hackney <THackney@hodlawyers.com>
**Sent:** Tuesday, August 12, 2025 11:00:03 AM
**To:** Adam Masin <Adam.Masin@bowmanandbrooke.com>
**Subject:** FW: Subpoena Urgent Question

Hi Adam,
Hopefully this email finds you on your vacation – very glad to learn that the Jackson trial was adjourned until October. As a heads up, I just spoke with Jonathan Marko about this subpoena on behalf of Dr. Bomber. Nothing substantive. Marko is going to try to schedule a de bene esse deposition of Dr. Bomber through my office. Please give me a call if you think there is anything I should know about this. Thanks!

Tom Hackney
**Hackney Odlum & Dardas**
Bayview Professional Center
10850 E. Traverse Hwy, Ste 4440
Traverse City, MI 49684
517-303-9114 (Mobile)
231-642-5026 (Office)
231-642-5057 (Fax)
www.hodlawyers.com



This Internet message or any attachments may contain information that is privileged, confidential, and exempt from disclosure. If you have received this in error, please (1) do not forward or use this information in any way; (2) immediately notify the sender by reply e-mail, and (3) delete the message and any attachments. Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

HIPAA Compliance Notice: This Internet message and any attachments may contain health related information that is protected by federal and state laws and may be protected health information under HIPAA privacy law provisions. Dissemination or disposal of protected health information may be done only in compliance with HIPAA and other applicable law.

**From:** Jeffrey Bomber <jbomberdo@gmail.com>
**Sent:** Sunday, August 10, 2025 7:35 PM

**To:** Tom Hackney <THackney@hodlawyers.com>
**Subject:** Subpoena Urgent Question

Hi Tom,
I was just served the attached subpoena today for the Kochise Jackson case. █████████████████████████████████████████████████████████████████████████████████ This seems like pretty short notice--plus I know nothing about this case.  Am I being sued also or are they asking me to testify?  Can you help me?  Thank you.

Jeff Bomber, D.O.
█████████