# Cherylyn Tanner

| | |
|---|---|
| **From:** | Ebony White <EbonyW@markolaw.com> |
| **Sent:** | Monday, August 18, 2025 11:07 AM |
| **To:** | Adam Masin; Sunny Rehsi; Tom Hackney; Rachel Weil |
| **Cc:** | Ian Cross; Larry Margolis; Nathan Lumbard; Jon Marko |
| **Subject:** | Notice of BENE ESSE DEPOSITION of Dr. Jeffrey Bomber |
| **Attachments:** | Notice of Dep for Bomber.pdf |

Good Morning,

Please see the attached Notice of Deposition for Dr. Jeffrey Bomber, D.O.

Thank you,



**Ebony White**
**Paralegal to Jonathan Marko, Marko Law**

220 W. Congress, Floor 4, Detroit MI 48226

313-879-5787  |  www.markolaw.com/

ebonyw@markolaw.com  |  (313) 777-7777 (Main)

  

IMPORTANT: The contents of this email and any attachments are confidential. They are intended for the named recipient(s) only. If you have received this email by mistake, please notify the sender immediately and do not disclose the contents to anyone or make copies thereof.