UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOCHISE JACKSON,

    Plaintiff,                                    Case 19-cv-13382

-vs-                                                         Hon. Gershwin A. Drain

CHX TX, INC., et al.,

    Defendants.

| | |
|---|---|
| LAWRENCE H. MARGOLIS (P69635)<br>IAN T. THOMAS (P83367)<br>MARGOLIS, GALLAGHER & CROSS<br>Attorneys for Plaintiff<br>214 S. Main St., Ste. 200<br>Ann Arbor, MI 48104<br>P: (734) 994-9590<br>larry@lawinannarbor.com<br>ian@lawinannrbor.com | THOMAS J. HACKNEY (P81283)<br>HACKNEY ODLUM & DARDAS<br>Attorney for Keith Papendick, M.D.<br>10850 E. Traverse Hwy., Ste. 4440<br>Traverse City, MI 49684<br>P: (231) 642-5057<br>thackney@hodlawyers.com |
| JONATHAN R. MARKO (P72450)<br>GASPER STARE (P86768)<br>**MARKO LAW, PLLC**<br>Attorney for Plaintiff<br>220 W. Congress, 4th Floor<br>Detroit, Michigan 48226<br>P: (313) 777-7529 / F: (313) 470-2011<br>jon@markolaw.com<br>gasper@markolaw.com | ADAM MASIN<br>SUNNI REHSI (P80611)<br>BOWMAN & BROOKE LLP<br>Attorney for CHS TX, Inc.<br>101 W. Big Beaver Rd., Ste 1100<br>Troy, MI 48084<br>P: (248) 205-3300<br>Adam.masin@bowmanandbrooke.com<br>Sunny.Rehsi@bowmanandbrooke.com |

### NOTICE OF TAKING
### *DE BENE ESSE* VIDEO DEPOSITION OF DR. JEFFREY BOMBER

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff, by Counsel and in accordance with Federal Court Rules, shall take the testimony upon oral exam of the following deponent under oath and before a duly qualified stenographer and videographer:

| | |
|---|---|
| **Deponent:** | Dr. Jeffrey Bomber, D.O. |
| **Date:** | September 4, 2025 |
| **Time:** | 10:00 a.m. |
| **Location:** | VIA ZOOM |

**Date: August 18, 2025**

Respectfully submitted,

*/s/ Jonathan R. Marko*
Jonathan R. Marko (P72450)
**MARKO LAW, PLLC**
220 W. Congress, Fourth Floor
Detroit, MI 48226
(313) 777-7529 / Fax: (313) 470-2011
Email: jon@markolaw.com

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **August 18, 2025**, via:

☐ U.S. Mail  ☐ Fax
☐ Hand Delivered  ☐ Overnight Carrier
☐ Certified Mail  ☐ Other: Mi-FILE Truefiling
☐ ECF System  ☒ Email

*/s/ Ebony White*