**Brian Dileo**

---

| | |
|---|---|
| **From:** | cmecfadmin@mied.uscourts.gov |
| **Sent:** | Wednesday, October 1, 2025 2:49 PM |
| **To:** | do_not_reply@mied.uscourts.gov |
| **Subject:** | Text-Only Notice of Hearing Cancelled in 2:19-cv-13382-GAD-PTM Jackson v. Corizon Health Inc. et al |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered on 10/1/2025 at 2:49 PM EDT and filed on 10/1/2025

**Case Name:** Jackson v. Corizon Health Inc. et al
**Case Number:** 2:19-cv-13382-GAD-PTM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY NOTICE: Jury Trial on 10/21/2025 is Cancelled. New date to be determined. (MarW)**

**2:19-cv-13382-GAD-PTM Notice has been electronically mailed to:**

Adam Michael Masin    adam.masin@bowmanandbrooke.com, brian.dileo@bowmanandbrooke.com, jennifer.white@bowmanandbrooke.com

Daniel R. Corbet    Daniel.Corbet@cseb-law.com, Julia.Doptis@cseb-law.com

Ian T. Cross    ian@lawinannarbor.com

Jeffrey Bomber    jbomber@mckeenassociates.com, candrade@chapmanlawgroup.com, mkairis@chapmanlawgroup.com

Jonathan R. Marko    jon@markolaw.com, leslie@markolaw.com

Kenneth A. Willis     Kenneth.Willis@cseb-law.com

Laurence H Margolis     assistant@lawinannarbor.com, ian@lawinannarbor.com, larry@lawinannarbor.com

Max J. Newman     newman@butzel.com, bonner@butzel.com

Michael L. Jones     michael@markolaw.com, daeauneec@markolaw.com

Rachel Beth Weil     rachel.weil@bowmanandbrooke.com, alexis.terry@bowmanandbrooke.com

Sunny Rehsi     sunny.rehsi@bowmanandbrooke.com, brian.dileo@bowmanandbrooke.com

**2:19-cv-13382-GAD-PTM Notice will not be electronically mailed to:**