UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

          Plaintiff,

v.

CHS TX, Inc., et al.,

          Defendants.

Case No. 2:19-cv-13382

Hon. Gershwin A. Drain

## DEFENDANTS' AMENDED TRIAL EXHIBITS

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| A | Medical Records From McLaren Port Huron Hospital (D000001 – 000275) | | | Admitted by stipulation |
| B | Medical Records From Lake Huron Medical Center (C000001 – 001156) | | | Admitted by stipulation |
| C | Medical Records From St. Clair County Jail (G000001 – 000126) | | | Admitted by stipulation as related to his colostomy |
| D | Medical Records From Hope Surgical Services (A000001 – 000029) | | | Admitted by stipulation |
| E | 2017 Medical Records From Michigan Department of Corrections | | | Admitted by stipulation |

1

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| F | 2018 Medical Records From Michigan Department of Corrections | | | Admitted by stipulation |
| G | 2019 Medical Records From Michigan Department of Corrections | | | Admitted by stipulation |
| H | Medical Records From DMC Harper Hutzel Hospital (B000001 – 000700) | | | Admitted by stipulation |
| I | Medical Records From Select Specialists LLC (A000001 – 000059) | | | Admitted by stipulation |
| J | Records from Corizon (CLG-Jackson-00001 – 02169) | | | Admitted by stipulation |
| K | ~~Deposition transcript of Jeffrey Bomber, D.O., dated May 28, 2021, with designations~~ | | | |
| L | Deposition transcript of Sonya Fulks, RN, dated June 12, 2025 | | | Admitted by stipulation |
| M | Deposition transcript of Kohchise Jackson, dated March 22, 2021 | | | Admitted by stipulation |
| N | Deposition transcript of Erina Kansakar, M.D., dated March 5, 2021, with designations | | | Admitted by stipulation |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| O | Deposition transcript of Keith Papendick, M.D., dated May 10, 2021 | | | Admitted by stipulation |
| P | Deposition transcript of Cristin Rettler, P.A., June 20, 2025<br><br>*Will remove if Court sustains its Order that she cannot testify.* | | Fed. R. Evid. 802 | |
| Q | Deposition transcript of Ralph Silverman, M.D., July 23, 2021, with designations | | | Admitted by stipulation |
| R | Deposition transcript of Jan Watson, M.D., dated June 17, 2025 | | | Admitted by stipulation |
| S | Curriculum Vitae of Ronald Drinkert, N.P. | | | Admitted by stipulation |
| T | Curriculum Vitae of Michael Duffy, M.D. | | | Admitted by stipulation |
| U | Curriculum Vitae of Syed Jafri, M.D. | | | Admitted by stipulation |
| V | Curriculum Vitae of James McQuiston, D.O. | | | Admitted by stipulation |
| W | Curriculum Vitae of Keith Papendick, M.D. | | | Admitted by stipulation |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| X | Curriculum Vitae of Cris Rettler, P.A. (Rettler Deposition Exhibit B) *Will remove if Court sustains its Order that she cannot testify.* | | | |
| Y | Curriculum Vitae of Ralph Silverman, M.D. (Silverman Deposition Exhibit A) | | | Admitted by Stipulation |
| Z | LARA Corporations Online Filing System for Quality Correctional Care of Michigan (Bomber Deposition Exhibit #1) | | | Admitted by stipulation |
| A1 | Corizon Practitioner Clinical Onboarding Form (Bomber Deposition Exhibit #2) | | | Admitted by stipulation |
| B1 | Resume of Bethany Chester (Bomber Deposition Exhibit #3) | | | Admitted by stipulation |
| C1 | InGauge Screenshots (Bomber Deposition Exhibit # 4) | | | Admitted by stipulation |
| D1 | Resume of Lori Mignon Ernst (Bomber Deposition Exhibit #5) | | | Admitted by stipulation |
| E1 | Corizon Performance Review for Dr. Keith Papendick (Bomber Deposition Exhibit #8) | | | Admitted by stipulation |
| F1 | Dr. Keith Papendick Performance Review Records (CLG-Jackson-00577 – 588) | | | Admitted by stipulation |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| G1 | ~~Declaration of Erin Orlebecke, M.D., dated November 10, 2014 (Bomber Deposition Exhibit #10)~~ | | | |
| H1 | ~~Declaration of Harriet Squier, M.D., dated November 18, 2014 (Bomber Deposition Exhibit #11)~~ | | | |
| I1 | Corizon Utilization Management Manual 2017 (Papendick Deposition Exhibit #1) (CLG-Jackson-00001 – 116) | | | Admitted by stipulation |
| J1 | Corizon 03/01/2014 Revision UM004 (Papendick Deposition Exhibit #2) | | | Admitted by stipulation |
| K1 | UMMD Job Description (Papendick Exhibit #3) (CLG-Jackson-00618 – 620) | | | Admitted by stipulation |
| L1 | Dr. Papendick's deposition transcript in Wright v Corizon, et al, taken on June 25, 2018 (Papendick Deposition Exhibit #4) | | | Admitted by stipulation |
| M1 | PIP Manual 1 (Papendick Deposition Exhibit #5) | | | Admitted by stipulation |
| N1 | PIP Manual 2 (Papendick Deposition Exhibit #6) | | | Admitted by stipulation |
| O1 | Dr. Papendick's deposition transcript in Spiller v Stieve, taken March 27, 2019 (Papendick Deposition Exhibit #7) | | | Admitted by stipulation |

5

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| P1 | InGauge screenshots (Papendick Deposition Exhibit #8) (CLG-Jackson-00458 – 466) | | | Admitted by stipulation |
| Q1 | Resume – Dr. Papendick (Papendick Deposition Exhibit #9) | | | Admitted by stipulation |
| R1 | Corizon Practitioner Clinical Onboarding Training Form (Papendick Deposition Exhibit #10) (CLG-Jackson-00266) | | | Admitted by stipulation |
| S1 | Amended Complaint, filed January 3, 2020 | | | Admitted by stipulation |
| T1 | Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s Answer, Jury Demand and Affirmative Defenses, filed July 14, 2020 | | | Admitted by stipulation |
| U1 | Defendant Corizon Health, Inc.'s Responses to Plaintiff's First Request for Production, dated November 12, 2020 | | | Admitted by stipulation |
| V1 | Defendant Corizon Health, Inc.'s Responses to Plaintiff's First Interrogatories, Second Request for Production of Documents, and First Request to Admit, dated February 17, 2021 | | | Admitted by stipulation |
| W1 | Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s Responses to Plaintiff's Second Interrogatories and | | | Admitted by stipulation |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | Third Request for Production of Documents, dated June 11, 2021 | | | |
| X1 | Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s Responses to Plaintiff's Second Requests to Admit, Third Interrogatories and Fourth Request for Production of Documents, dated July 7, 2021 | | | Admitted by stipulation |
| Y1 | Plaintiff's Response to Defendants Corizon Health, Inc. and Keith Papendick, M.D.'s First Set of Interrogatories and Request for Production of Documents, dated November 9, 2020 | | | Admitted by stipulation |
| Z1 | Plaintiff's Expert Disclosure and Supplemental Response to Defendant Corizon Health, Inc. and Keith Papendick, M.D.'s First Set of Interrogatories and Request for Production of Documents to Plaintiff, dated November 30, 2020 | | | Admitted by stipulation |
| A2 | Plaintiff's Supplemental Response to Defendant Corizon Health, Inc. and Keith Papendick, M.D.'s Fourteenth Request for Production of Documents to Plaintiff, dated February 9, 2021 | | | Admitted by stipulation |
| B2 | Plaintiff's Supplemental Response to Defendant's Request to Produce #14, dated April 24, 2021 | | | Admitted by stipulation |
| C2 | Plaintiff's Supplemental Response to Defendant's Request to Produce #14, dated April 27, 2021 | | | Admitted by stipulation |

7

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| D2 | Plaintiff's Supplemental Response to Defendant Corizon Health, Inc. and Keith Papendick, M.D.'s Fourteenth Request for Production of Documents to Plaintiff, dated June 10, 2021 | | | Admitted by stipulation |
| E2 | Plaintiff's Disclosure of Non-Retained Experts | | Fed. R. Evid. 802 | |
| F2 | CHS TX's Initial Disclosures | | Object to late-disclosed documents, Fed. R. Civ. P. 37(c) | |
| G2 | Plaintiff's Initial Disclosures | | | Admitted by stipulation |
| H2 | Corizon and Dr. Papendick's Initial Disclosure | | | Admitted by stipulation |
| I2 | ~~CHS TX's Expert Disclosures~~ | | | |
| J2 | ~~Corizon and Dr. Papendick's Disclosure of Expert Reports~~ | | | |
| K2 | Omitted. | | | |
| L2 | Corizon Contract with Michigan Department of Corrections No. 071B6600081 and Contract Change Orders | | | Admitted by stipulation |
| M2 | Corizon Michigan Referral Forms (CHS TX 000001 – 000020) | | Object to late-disclosed documents, Fed. R. Civ. P. 37(c), Fed. R. | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | | | Evid. 401, 402, 403, 802 | |
| N2 | Corizon Referral Forms (CHS TX 000021 – 000066) | | Object to late-disclosed documents, Fed. R. Civ. P. 37(c), Fed. R. Evid. 401, 402, 403, 802 | |
| O2 | Corizon Health, Inc.'s Insurance Policy Coverage Declarations Page | | | Admitted by stipulation |
| P2 | Corizon Provider Remittance Advice, dated September 16, 2021 (CHS TX 000067 – 000084) Unredacted Exhibit available at Court's request. | | Object to late-disclosed documents, Fed. R. Civ. P. 37(c), Fed. R. Evid. 401, 402, 403, 802 | |
| Q2 | Corizon Provider Remittance Advice, dated March 26, 2018 (CHS TX 000085 – 000106) Unredacted Exhibit available at Court's request. | | Object to late-disclosed documents, Fed. R. Civ. P. 37(c), Fed. R. Evid. 401, 402, 403, 802 | |
| R2 | Corizon Provider Remittance Advice, dated March 26, 2018 (CHS TX 000107 – 000154) Unredacted Exhibit available at Court's request. | | Object to late-disclosed documents, Fed. R. Civ. P. 37(c), Fed. R. Evid. 401, 402, 403, 802 | |
| S2 | Corizon Provider Remittance Advice, dated September 26, 2019 (CHS TX | | Object to late-disclosed documents, Fed. R. Civ. P. 37(c), Fed. R. | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | 000155 – 000172) Unredacted Exhibit available at Court's request. | | Evid. 401, 402, 403, 802 | |
| T2 | Expert Report from Michael Duffy, M.D., dated January 22, 2021 | | | |
| U2 | Expert Report from Syed Jafri, M.D. | | | |
| V2 | Expert Report from James McQuiston, D.O., dated January 19, 2021 | | | |
| W2 | Preliminary Expert Report from Ralph Silverman, M.D., dated December 29, 2020 | | | Admitted by Stipulation |
| X2 | Silverman Declaration | | | Admitted by Stipulation |
| Y2 | Trial Testimony List from Michael Duffy, M.D. | | | |
| Z2 | Trial Testimony List from Syed Jafri, M.D. | | | |
| A3 | Trial Testimony List from James McQuiston, D.O. | | | |
| B3 | Trial Testimony List from Ralph Silverman, M.D. | | | |
| C3 | Fee Schedule from Michael Duffy, M.D. | | | |
| D3 | Fee Schedule from Syed Jafri, M.D. | | | |
| E3 | Fee Schedule from James McQuiston, D.O. | | | |

10

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| F3 | Fee Schedule from Ralph Silverman, M.D. | | | Admitted by Stipulation |
| G3 | ~~Affidavit of Ronald E. Drinkert, N.P., dated August 5, 2021~~ | | | |
| H3 | ~~Affidavit of James H. McQuiston, D.O., dated August 5, 2021~~ | | | |
| I3 | Affidavit of Timothy McKenna, D.O. | | Fed. R. Evid. 802 | |
| J3 | Michigan Department of Corrections Policy Directive 03.02.130, Effective Date 07-09-2007 | | Fed. R. Evid. 401, 402, 403 | |
| K3 | Michigan Department of Corrections Policy Directive 03.02.130, Effective Date 03-18-2019 | | Fed. R. Evid. 401, 402, 403 | |
| L3 | Michigan Department of Corrections Policy Directive 03.03.130, Effective Date 10-01-2019 | | Fed. R. Evid. 401, 402, 403 | |
| M3 | Michigan Department of Corrections Policy Directive 03.03.130, Effective Date 04-01-2022 | | Fed. R. Evid. 401, 402, 403 | |
| N3 | Michigan Department of Corrections Policy Directive 03.04.100, Effective Date 02-01-2015 | | Fed. R. Evid. 401, 402, 403 | |
| O3 | Michigan Department of Corrections Policy Directive 04.06.184, Effective Date 06-26-2017 | | Fed. R. Evid. 401, 402, 403 | |
| P3 | Kohchise Jackson's MDOC Grievance Records | | Fed. R. Evid. 401, 402, 403, 802, MIL to | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
|  |  |  | exclude grievance responses |  |
| Q3 | Step II Grievance Appeal Response, dated June 8, 2017 |  | Fed. R. Evid. 401, 402, 403, 802, MIL to exclude grievance responses |  |
| R3 | Step III Grievance Response, dated October 13, 2017 |  | Fed. R. Evid. 401, 402, 403, 802, MIL to exclude grievance responses |  |
| S3 | Letter from Kohchise Jackson to Corrections Supervisor, dated February 21, 2017 |  | Fed. R. Evid. 401, 402, 403, MIL to exclude evidence relating to dismissed parties |  |
| T3 | UpToDate Treatment Recommendations for Colovesical Fistula |  | Fed. R. Evid. 802 |  |
| U3 | ~~UpTodate Treatment Recommendations for Acute Colonic Diverticulitis: Surgical Management~~ |  |  |  |
| V3 | Letter from Office of the Legislative Corrections Ombudsman, dated November 7, 2017 |  | Fed. R. Evid. 401, 402, 403, 802, MIL to exclude grievance responses |  |
| W3 | Etzioni DA, Mack TM, Beart RW Jr, Kaiser AM. Diverticulitis in the |  | Fed. R. Evid. 802, not |  |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | United States: 1998-2005: changing patterns of disease and treatment. Ann Surg. 2009;249(2):210-217. | | admissible under Fed. R. Evid. 803(18) | |
| X3 | Boermeester MA, Humes DJ, Velmahos GC, Søreide K. Contemporary review of risk-stratified management in acute uncomplicated and complicated diverticulitis. World J Surg. 2016;40(10):2537-2545. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Y3 | Stocchi L. Current indications and role of surgery in the management of sigmoid diverticulitis. World J Gastroenterol. 2010;16(7):804-817. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Z3 | Cirocchi R, Trastulli S, Desiderio J, et al. . Treatment of Hinchey stage III-IV diverticulitis: a systematic review and meta-analysis. Int J Colorectal Dis. 2013;28(4):447-457. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| A4 | Horesh N, Rudnicki Y, Dreznik Y, et al. . Reversal of Hartmann's procedure: still a complicated operation. Tech Coloproctol. 2018;22(2):81-87. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| B4 | Pearce NW, Scott SD, Karran SJ. Timing and method of reversal of Hartmann's procedure. Br J Surg. 1992;79(8):839-841. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| C4 | Roe AM, Prabhu S, Ali A, Brown C, Brodribb AJ. Reversal of Hartmann's procedure: timing and operative | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | technique. Br J Surg. 1991;78(10):1167-1170 | | | |
| D4 | Keck JO, Collopy BT, Ryan PJ, Fink R, Mackay JR, Woods RJ. Reversal of Hartmann's procedure: effect of timing and technique on ease and safety. Dis Colon Rectum. 1994;37(3):243-248. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| E4 | Khan AL, Ah-See AK, Crofts TJ, Heys SD, Eremin O. Reversal of Hartmann's colostomy. J R Coll Surg Edinb. 1994;39(4):239-242. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| F4 | Zafar SN, Changoor NR, Williams K, et al. . Race and socioeconomic disparities in national stoma reversal rates. Am J Surg. 2016;211(4):710-715. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| G4 | Gunnells DJ, Wood LN, Goss L, et al. . Racial disparities after stoma construction exist in time to closure after 1 year but not in overall stoma reversal rates. J Gastrointest Surg. 2018;22(2):250-258. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| H4 | Aquina CT, Probst CP, Becerra AZ, et al. . The impact of surgeon volume on colostomy reversal outcomes after Hartmann's procedure for diverticulitis. Surgery. 2016;160(5):1309-1317. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| I4 | Sier MF, van Gelder L, Ubbink DT, Bemelman WA, Oostenbroek RJ. Factors affecting timing of closure and | | Fed. R. Evid. 802, not admissible | |

14

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
|  | non-reversal of temporary ileostomies. Int J Colorectal Dis. 2015;30(9):1185-1192. |  | under Fed. R. Evid. 803(18) |  |
| J4 | Roig JV, Cantos M, Balciscueta Z, et al. ; Sociedad Valenciana de Cirugía Cooperative Group . Hartmann's operation: how often is it reversed and at what cost? a multicentre study. Colorectal Dis. 2011;13(12):e396-e402. |  | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) |  |
| K4 | Herrle F, Sandra-Petrescu F, Weiss C, Post S, Runkel N, Kienle P. Quality of life and timing of stoma closure in patients with rectal cancer undergoing low anterior resection with diverting stoma: a multicenter longitudinal observational study. Dis Colon Rectum. 2016;59(4):281-290. |  | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) |  |
| L4 | Lasithiotakis K, Aghahoseini A, Alexander D. Is early reversal of defunctioning ileostomy a shorter, easier and less expensive operation? World J Surg. 2016;40(7):1737-1740. |  | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) |  |
| M4 | Alves A, Panis Y, Lelong B, Dousset B, Benoist S, Vicaut E. Randomized clinical trial of early versus delayed temporary stoma closure after proctectomy. Br J Surg. 2008;95(6):693-698. |  | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) |  |
| N4 | Khan S, Alvi R, Awan Z, Haroon N. Morbidity of colostomy reversal. J Pak Med Assoc. 2016;66(9):1081-1083. |  | Fed. R. Evid. 802, not admissible |  |

15

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | | | under Fed. R. Evid. 803(18) | |
| O4 | Hodgson R, An V, Stupart DA, Guest GD, Watters DA. Who gets Hartmann's reversed in a regional centre? Surgeon. 2016;14(4):184-189. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| P4 | Horesh N, Lessing Y, Rudnicki Y, et al. . Considerations for Hartmann's reversal and Hartmann's reversal outcomes: a multicenter study. Int J Colorectal Dis. 2017;32(11):1577-1582. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Q4 | Hallam S, Mothe BS, Tirumulaju R. Hartmann's procedure, reversal and rate of stoma-free survival. Ann R Coll Surg Engl. 2018;100(4):301-307. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| R4 | ~~Hartmann H. Nouveau procédé d'ablation des cancers de la partie terminale du colon pelvien. Trentieme Congres De Chirurgie; Strasburg, 1921. pp. 411–413.~~ | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| S4 | Banerjee S, Leather AJ, Rennie JA et al. . Feasibility and morbidity of reversal of Hartmann's. 2005; (5): 454–459. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| T4 | Salem L, Anaya DA, Roberts KE, Flum DR. Hartmann's colectomy and reversal in diverticulitis: a population-level assessment. 2005; (5): 988–995. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| U4 | Aydin HN, Remzi FH, Tekkis PP, Fazio VW. Hartmann's reversal is associated with high postoperative | | Fed. R. Evid. 802, not admissible | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | adverse events. 2005; (11): 2,117–2,126. | | under Fed. R. Evid. 803(18) | |
| V4 | Lin FL, Boutros M, Da Silva GM et al. . Hartmann reversal: obesity adversely impacts outcome. 2013; (1): 83–90. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| W4 | Tokode OM, Akingboye A, Coker O. Factors affecting reversal following Hartmann's procedure: experience from two district general hospitals in the UK. 2011; (1): 79–83. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| X4 | Roque-Castellano C, Marchena-Gomez J, Hemmersbach-Miller M et al. . Analysis of the factors related to the decision of restoring intestinal continuity after Hartmann's procedure. 2007; (9): 1,091–1,096. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Y4 | Okolica D, Bishawi M, Karas JR et al. . Factors influencing postoperative adverse events after Hartmann's reversal. 2012; (3): 369–373. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Z4 | Antolovic D, Reissfelder C, Ozkan T et al. . Restoration of intestinal continuity after Hartmann's procedure--not a benign operation. Are there predictors for morbidity? 2011; (7): 989–996. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| A5 | Richards CH, Roxburgh CS, Surgical Research Group (SSRG). Surgical outcome in patients undergoing reversal of Hartmann's procedures: a multicentre study. 2015; (3): 242–249. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| B5 | Cellini C, Deeb AP, Sharma A et al. . Association between operative | | Fed. R. Evid. 802, not admissible | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | approach and complications in patients undergoing Hartmann's reversal. 2013; (8): 1,094–1,099. | | under Fed. R. Evid. 803(18) | |
| C5 | Zarnescu Vasiliu EC, Zarnescu NO, Costea R et al. . Morbidity after reversal of Hartmann operation: retrospective analysis of 56 patients. 2015; (4): 488–491. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| D5 | Garber A, Hyman N, Osler T. Complications of Hartmann takedown in a decade of preferred primary anastomosis. 2014; (1): 60–64. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| E5 | National Bowel Cancer Audit Project Team . London: Health and Social Care Information Centre; 2015. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| F5 | Tan WS, Lim JF, Tang CL, Eu KW. Reversal of Hartmann's procedure: experience in an Asian population. 2012; (1): 46–51. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| G5 | Fleming FJ, Gillen P. Reversal of Hartmann's procedure following acute diverticulitis: is timing everything? 2009; (10): 1,219–1,025. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| H5 | Pearce NW, Scott SD, Karran SJ. Timing and method of reversal of Hartmann's procedure. 1992; (8): 839–841. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| I5 | Schmelzer TM, Mostafa G, Norton HJ et al. . Reversal of Hartmann's procedure: a high-risk operation? 2007; (4): 598–597. | | Fed. R. Evid. 802, not admissible | |

18

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | | | under Fed. R. Evid. 803(18) | |
| J5 | Wieghard N, Geltzeiler CB, Tsikitis VL. Trends in the surgical management of diverticulitis. 2015; (1): 25–30. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| K5 | Salem L, Flum DR. Primary anastomosis or Hartmann's procedure for patients with diverticular peritonitis? A systematic review. 2004; (11): 1,953–1,964. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| L5 | Durán Giménez-Rico H, Abril Vega C, Herreros Rodríguez J et al. . Hartmann's procedure for obstructive carcinoma of the left colon and rectum: a comparative study with one-stage surgery. 2005; (7): 306–313. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| M5 | Cirocchi R, Farinella E, Trastulli S et al. . Safety and efficacy of endoscopic colonic stenting as a bridge to surgery in the management of intestinal obstruction due to left colon and rectal cancer: a systematic review and meta-analysis. 2013; (1): 14–21. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| N5 | Wright GP, Flermoen SL, Robinett DM et al. . Surgeon specialization impacts the management but not outcomes of acute complicated diverticulitis. 2016; (6): 1,035–1,040. | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| O5 | Vermeulen J, Gosselink MP, Busschbach JJV, Lange JF (2010) Avoiding or reversing hartmann's procedure provides improved quality of life after perforated diverticulitis. J Gastrointest Surg. 14(4):651–657 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |

19

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| P5 | Haughn C, Ju B, Uchal M, Arnaud JP, Reed JF, Bergamaschi R (2008) Complication rates after Hartmann's reversal: open vs. laparoscopic approach. Dis Colon Rectum 51(*):1232-36 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Q5 | Vaid S, Wallet J, Litt J, Bell T, Grim R, Ahuja V (2011) Application of a tertiary referral scoring system to predict nonreversal of Hartmann's procedure for diverticulitis in a community hospital. Am Surg. 77(7):814–819 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| R5 | Milsom JW, Böhm B, Hammerhofer KA, Fazio V, Steiger E, Elson P (1998) A prospective, randomized trial comparing laparoscopic versus conventional techniques in colorectal cancer surgery: a preliminary report. J Am Coll Surg. 187(1):46–54 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| S5 | Stage JG, Schulze S, Møller P, Overgaard H, Andersen M, Rebsdorf-Pedersen VB et al (1997) Prospective randomized study of laparoscopic versus open colonic resection for adenocarcinoma. Br J Surg. 84(8):1174 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| T5 | Slawik S, Dixon AR (2008) Laparoscopic reversal of Hartmann's rectosigmoidectomy. Color Dis. 10(1):81–83 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| U5 | Macpherson SC, Hansell DT, Porteous C (1996) Laparoscopic-assisted reversal of Hartmann's procedure: a simplified technique and audit of | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| | twelve cases. J Laparoendosc Surg. 6(5):305–310 | | | |
| V5 | Rosen MJ, Cobb WS, Kercher KW, Sing RF, Heniford BT (2005) Laparoscopic restoration of intestinal continuity after Hartmann's procedure. American Journal of Surgery. 189(6):670–674 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| W5 | Fiscon V, Portale G, Mazzeo A, Migliorini G, Frigo F (2014) Laparoscopic reversal of Hartmann's procedure. Updates Surg. 66(4):277–281 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| X5 | Siddiqui MRS, Sajid MS, Baig MK (2010) Open vs laparoscopic approach for reversal of Hartmann's procedure: a systematic review. Color Dis. 12(8):733–741 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Y5 | Dindo D, Demartines N, Clavien P-A (2004) Classification of surgical complications. Ann Surg 240(2):205–213 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| Z5 | Mazeh H, Greenstein AJ, Swedish K, Nguyen SQ, Lipskar A, Weber KJ, Chin EH, Divino CM (2009) Laparoscopic and open reversal of Hartmann's procedure - a comparative retrospective analysis. Surg Endosc Other Interv Tech. 23(3):496–502 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| A6 | van de Wall BJM, Draaisma WA, Schouten ES, Broeders IAMJ, Consten ECJ (2010) Conventional and Laparoscopic Reversal of the Hartmann Procedure: a Review of Literature. J Gastrointest Surg. 14(4):743–752 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |

| EXHIBIT NO. | DESCRIPTION | DATE OFFERED | PLAINTIFF'S OBJECTIONS | RECEIVED |
|---|---|---|---|---|
| B6 | Walklett CL, Yeomans NP (2014) A retrospective case note review of laparoscopic versus open reversal of Hartmann's procedure. Ann R Coll Surg Engl 96(7):539–542 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| C6 | Boland E, Hsu A, Brand MI, Saclarides TJ (2007) Hartmanns colostomy reversal: outcome of patients undergoing surgery with the intention of eliminating fecal diversion. Am Surg. 73(7):664–667 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| D6 | Chouillard E, Pierard T, Campbell R, Tabary N (2009) Laparoscopically assisted Hartmann's reversal is an efficacious and efficient procedure: a case control study. Minerva Chir. 64(1):1–8 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| E6 | Tan WS, Lim JF, Tang CL, Eu KW (2012) Reversal of Hartmann's procedure: experience in an Asian population. Singapore Med J. 53(1):46–51 | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| F6 | Cleveland Clinic Web Page re Ostomy Reversal https://my.clevelandclinic.org/health/procedures/ostomy-reversal | | Fed. R. Evid. 802, not admissible under Fed. R. Evid. 803(18) | |
| G6 | CV of Dr. Patricia Schmidt | | Fed. R. Evid. 401, 402, 403, MIL to exclude non-retained experts where Rule 26(a)(2) disclosures were not provided | |

Dated:  March 18, 2026    Respectfully submitted,

**BOWMAN AND BROOKE LLP**

By: /s/*Sunny Rehsi*
   Sunny Rehsi (P80611)
   101 W. Big Beaver Road.,
   Suite 1100 Troy, MI 48084
   248.205.3300
   sunny.rehsi@bowmanandbrooke.com

   Adam Masin (Admitted 5/1/2025)
   750 Lexington Avenue
   New York, NY 10022
   646.914.6790
   adam.masin@bowmanandbrooke.com

   Rachel B. Weil (Admitted 7/16/25)
   123 South Broad Street, Suite 1512
   Philadelphia, PA 19109
   267.908.7097
   rachel.weil@bowmanandbrooke.com

   *Attorneys for Defendants CHS TX, Inc. d/b/a*
   *YesCare and Keith Papendick, M.D.*

23

## CERTIFICATE OF SERVICE

I certify that, on March 18, 2026, a copy of the foregoing document in the above-captioned proceeding has been served upon the attorneys listed below via electronic mail:

**Ian T. Cross** (P83367)
Cross Law PLLC
Attorneys for Plaintiff
402 W. Liberty St.
Ann Arbor, MI  48103
724.994.9590
ian@lawinannarbor.com

**Laurence H. Margolis** (P69635)
Margolis Law Firm
Attorneys for Plaintiff
214 South Main St., Suite 202
Ann Arbor, MI 48104
734.994.9590
assistant@lawinannarbor.com

**Thomas G. Hackney** (P81283)
Hackney Odlum & Dardas Michigan
Attorneys for Jeffrey Bomber
Bayview Professional Center
10850 E. Traverse Hwy., Suite 4440
Traverse City, MI 49684
231.642.5056
thackney@hodlawyers.com

**Jonathan R. Marko** (P72450)
**Michael L. Jones** (P85223)
**Allie J. Farris** (P88654)
Marko Law, PLLC
220 W. Congress, 4th Floor
Detroit, MI 48226
313.777.7529
jon@markolaw.com
michael@markolaw.com
allie@markolaw.com

### BOWMAN AND BROOKE LLP

By: /s/*Sunny Rehsi*
Sunny Rehsi (P80611)
101 W. Big Beaver Road.,
Suite 1100 Troy, MI 48084
248.205.3300
sunny.rehsi@bowmanandbrooke.com

24

Adam Masin (Admitted 5/1/2025)
750 Lexington Avenue
New York, NY 10022
646.914.6790
adam.masin@bowmanandbrooke.com

Rachel B. Weil (Admitted 7/16/25)
123 South Broad Street, Suite 1512
Philadelphia, PA 19109
267.908.7097
rachel.weil@bowmanandbrooke.com

*Attorneys for Defendants CHS TX, Inc. d/b/a
YesCare and Keith Papendick, M.D.*