**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KOHCHISE JACKSON,

        Plaintiff,

-vs-

CHS TX, INC., *et al.,*

        Defendants.

Case No. 19-cv-13382

Hon. Gershwin A. Drain

| | |
|---|---|
| LAWRENCE H. MARGOLIS (P69635) | THOMAS G. HACKNEY (P81283) |
| IAN T. CROSS (P83367) | **HACKNEY ODLUM & DARDAS** |
| **MARGOLIS, GALLAGHER & CROSS** | Attorney for Keith Papendick, M.D. |
| | 10850 E. Traverse Hwy., Ste. 4440 |
| Attorneys for Plaintiff | Traverse City, MI 49684 |
| 214 S. Main St., Ste. 200 | (231) 642-5057 |
| Ann Arbor, MI 48104 | thackney@hodlawyers.com |
| (734) 994-9590 | |
| larry@lawinannarbor.com | ADAM MASIN |
| ian@lawinannarbor.com | SUNNY REHSI (P80611) |
| | **BOWMAN AND BROOKE LLP** |
| JONATHAN R. MARKO (P72450) | Attorney for CHS TX, Inc. |
| MICHAEL L. JONES (P85223) | 101 W. Big Beaver Rd., Ste. 1100 |
| ALLIE J. FARRIS (P88654) | Troy, MI 48084 |
| **MARKO LAW, PLLC** | (248) 205-3300 |
| Co-counsel for Plaintiff | Adam.masin@bowmanandbrooke.com |
| 220 W. Congress, 4th Floor | Sunny.rehsi@bowmanandbrooke.com |
| Detroit, Michigan 48226 | |
| P: (313) 777-7529 / F: (313) 470-2011 | |
| jon@markolaw.com | |
| michael@markolaw.com | |
| allie@markolaw.com | |

**JOINT STIPULATION AND ORDER PERMITTING USE OF DE BENE ESSE TRIAL DEPOSITIONS OF DR. JOHN WEBBER AND DR. JEFFREY BOMBER AT TRIAL, PURSUANT TO FED. R. CIV. P. 32(A)(4)**

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

1.　On July 29, 2025, the parties took the de bene esse video trial deposition of Dr. John Webber. All parties received proper notice of the deposition and were present and represented at its taking. The parties shall be permitted to use Dr. Webber's de bene esse video deposition at trial.

2.　On September 2, 2025, the parties took the de bene esse video trial deposition of Dr. Jeffrey Bomber. All parties received proper notice of the deposition and were present and represented at its taking. The parties shall be permitted to use Dr. Bomber's de bene esse video deposition at trial.

3.　Dr. Webber and Dr. Bomber shall not appear as live witnesses at trial.

4.　To the extent the Court issued prior rulings relating to the use of Dr. Webber or Dr. Bomber's testimony [Doc. 254], those rulings are withdrawn and this Joint Stipulation and Order shall control.　Defendants' Motion to Vacate [Doc. 251] is denied as moot.　Nothing in this Stipulation waives or resolves any party's specific evidentiary objections to the content of either de bene esse trial deposition. All such objections previously identified by the parties shall remain preserved for resolution by the Court prior to trial.

Dated: March 18, 2026　　　　　　　　　/s/ Gershwin A. Drain
　　　　　　　　　　　　　　　　　Hon. Gershwin A. Drain
　　　　　　　　　　　　　　　　　United States District Judge

Approved as to form and for entry.


_/s/ Ian T. Cross_

IAN T. CROSS (P83367)

Attorney for Plaintiff


_/s/ Jonathan R. Marko_

JONATHAN R. MARKO (P72450)

Co-Counsel for Plaintiff


_/s/ Allie J. Farris_

ALLIE J. FARRIS (P88654)

Co-Counsel for Plaintiff


_/s/ Adam Masin_

_/s/ Rachel Weil_

ADAM MASIN

RACHEL WEIL

Attorney for Defendants