UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

        Plaintiff,

                                Case No. 19-13382
                            U.S. DISTRICT COURT JUDGE
                                  GERSHWIN A. DRAIN

v.

CORIZON HEALTH INC., *et al.*,

        Defendants.

        _____/

**ORDER GRANTING PLAINTIFF KOHCHISE JACKSON'S MOTION
FOR RECONSIDERATION [#255] AND GRANTING IN PART AND
DENYING IN PART PLAINTIFF'S OBJECTIONS TO DEFENDANTS'
USE OF MEDICAL LITERATURE AS EVIDENCE**

On March 11, 2026, the Court issued a decision excluding Cristin Rettler from testifying at trial. Plaintiff filed a motion seeking reconsideration of that decision, and the motion was discussed at the Final Pretrial Conference held on March 17, 2026 and March 18, 2026. For the reasons stated on the record, Plaintiff's motion for reconsideration is GRANTED. Ms. Rettler may testify at trial.

Moreover, at the Final Pretrial Conference, Plaintiff objected to Defendants' use of medical literature at trial. For the reasons stated on the record, Plaintiff's

objections are sustained in part and overruled in part. Medical literature may be introduced during an expert's cross-examination for impeachment purposes. On direct examination, it may be introduced (i.e., presented for the truth of the matter asserted therein) only if the publication was disclosed in the expert's Rule 26 disclosures, and Federal Rule of Evidence 803(18)'s requirements are otherwise satisfied. If the medical literature was not disclosed in the expert's Rule 26 disclosures, the literature may not be introduced during the expert's direct examination. The expert may, however, discuss such materials in a limited way to establish foundation (i.e., identifying the publication and its status as a reliable authority), but may not relay or characterize its substantive contents to the jury. Any medical literature that is admitted into evidence will be received and marked for identification purposes only, and will not be provided to the jury during deliberations. This ruling applies to all parties.

SO ORDERED.

Dated: March 18, 2026

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 18, 2026, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager

2