**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KOHCHISE JACKSON,

      Plaintiff,

v.

CHS TX, INC., et al.,

      Defendants

Case No.: 2:19-cv-13382-GAD-PTM

U.S. DISTRICT COURT JUDGE
HON. GERSHWIN A. DRAIN

**ORDER ON PARTIES' JOINT REQUEST TO BRING ELECTRONICS INTO THE COURTHOUSE FOR EQUIPMENT TESTING AND TRIAL**

IT IS SO ORDERED that the following people are allowed to bring electronics into the courthouse for equipment testing and trial, as specified below.

| Name/Company | Role | Type of Equipment | Date(s)/Event |
|---|---|---|---|
| Dwan Sanders Bowman and Brooke LLP | Paralegal | Apple iPhone with power cord<br><br>ThinkPad laptop with power cord<br><br>Bluetooth mouse<br><br>Portable hard drive with cables<br><br>USB/flash drives | March 20, 2026- Equipment Testing<br><br>March 24, 2026 through the end of jury trial |

| Name/Company | Role | Type of Equipment | Date(s)/Event |
|---|---|---|---|
| | | Mifi portable hotspots/Internet Hotspot<br><br>Extension cords with surge protector<br><br>Small laptop table<br><br>Monitor<br><br>PowerPoint Clickers/Laser Pointer<br><br>HP Laser Printer with power cord<br><br>HDMI cables and extensions | |
| David Challis Bowman and Brooke LLP | IT Specialist | Android cellphone with power cord<br><br>ThinkPad laptop with power cord<br><br>Mifi portable hotspots/internet hotspots<br><br>Extension cords with surge protector<br><br>HDMI cables and extensions | March 20, 2026- Equipment Testing<br><br>March 24, 2026 through the end of jury trial |

| Name/Company | Role | Type of Equipment | Date(s)/Event |
|---|---|---|---|
| Dr. Keith Papendick | Defendant | Cellphone with power cord

Laptop with charging cord | March 24, 2026 through the end of jury trial |
| Dr. Patricia Schmidt | Corporate representative of YesCare Corp. / fact witness | Cellphone with power cord

Laptop with charging cord | March 24, 2026 through the end of jury trial |
| Noah Overby (Marko Law, PLLC) | IT Specialist | Cellphone with power cord

Laptop with charging cord

iPad

TV screen

Powerpoint Clicker

Portable printer

Docuscanner

HDMI Cords | March 19, 2026 through the end of jury trial |
| Craig Hilborn (Marko Law, PLLC) | Legal Assistant | iPhone with charging cord

Laptop with charging cord | March 19, 2026 through the end of jury trial |

All parties listed in this Order shall present a copy of this Order to courthouse security each time they enter the courthouse with their electronic equipment. In their discretion, courthouse security personnel may require the parties to present photographic identification at the time of entry. The equipment specified above is the only equipment permitted by this Order and is subject to inspection at any time by courthouse security personnel.

Dated: March 18, 2026

/s/ Gershwin A. Drain
Hon. Gershwin A. Drain
U.S. District Court Judge