UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

       Plaintiff,

                                   Case No. 19-13382
                           U.S. DISTRICT COURT JUDGE
                                GERSHWIN A. DRAIN

v.

CORIZON HEALTH INC., *et al.*,

       Defendants.

_____/

## ORDER REGARDING EXHIBIT OBJECTIONS

For the reasons stated on the record on March 20, 2026 at 2:00 PM:

- Defendants' objections to Exhibit 28 are SUSTAINED;

- Defendants' objections to Exhibit 29 are SUSTAINED;

- Defendants' objections to Exhibit 30 are SUSTAINED WITHOUT PREJUDICE;

- Defendants' objections to Exhibit 41 are OVERRULED;

- Defendants' objections to Exhibit 42 are OVERRULED;

- Defendants' objections to Exhibit 43 are OVERRULED;

- Defendants' objections to Exhibit 52 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit F2 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit M2 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit N2 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit P2 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit Q2 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit R2 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit S2 are SUSTAINED WITHOUT PREJUDICE;

- Plaintiff's objections to Exhibit I3 are SUSTAINED;

- Plaintiff's objections to Exhibit J3 are SUSTAINED;

- Plaintiff's objections to Exhibit K3 are SUSTAINED;

- Plaintiff's objections to Exhibit N3 are SUSTAINED;

- Plaintiff's objections to Exhibit P3 are SUSTAINED;

- Plaintiff's objections to Exhibit Q3 are SUSTAINED;

- Plaintiff's objections to Exhibit R3 are SUSTAINED;

- Plaintiff's objections to Exhibit S3 are OVERRULED;

- Plaintiff's objections to Exhibit T3 are OVERRULED; and

- The parties' objections to Exhibits 72, 73, 74, 75, W3, X3, Y3, Z3, A4, B4, C4, D4, E4, F4, G4, H4, I4, J4, K4, L4, M4, N4, O4, P4, Q4, S4, T4, U4, V4, W4, X4, Y4, Z4, A5, B5, C5, D5, E5, F5, G5, H5, I5, J5, K5, L5, M5, N5, O5, P5, Q5, R5, S5, T5, U5, V5, W5, X5, Y5, Z5, A6, B6, C6, D6, E6, and F6 were resolved by the Court's order granting in part and denying in part Plaintiff's objections to Defendants' use of medical literature as evidence (ECF No. 264).

SO ORDERED.

Dated: March 23, 2026

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 23, 2026, by electronic and/or ordinary mail.
/s/ Marlena Williams
Case Manager

3