# EXHIBIT 1



**Margolis & Cross**

ATTORNEYS AND COUNSELORS AT LAW

402 W Liberty Street • Ann Arbor, MI 48103 • P: 734 994 9590 • F: 888 320 9382 • LAWA2.COM

March 6, 2026

**Via Regular Mail to:**
Isaac Lefkowitz
1528 56th St.
Brooklyn, NY 11219

|  | RE: | Case Number: | 2:19-cv-13382 |
|---|---|---|---|
|  |  | Our Client: | Kohchise Jackson |
|  |  | SUBPOENA TO APPEAR AND TESTIFY | |

Mr. Lefkowitz,

Enclosed, please find a Subpoena directed to you and a check in the amount of $1,000.00 as compensation for witness fees and mileage reimbursement in the above referenced case. This matter is set for trial on March 24, 2026 at 9AM in the United States District Court for the Eastern District of Michigan, Courtroom 761.

Please contact our office if you have any questions by phone at (734) 994-9590 or email at assistant@lawinannarbor.com.

Respectfully,

Caroline Oster
Legal Assistant



# Margolis & Cross
### ATTORNEYS AND COUNSELORS AT LAW

402 W Liberty Street • Ann Arbor, MI 48103 • P: 734 994 9590 • F: 888 320 9382 • LAWA2.COM

March 6, 2026

**Via Regular Mail to:**
Isaac Lefkowitz
1528 56th St.
Brooklyn, NY 11219

|     |     |     |
| --- | --- | --- |
| RE: | Case Number: | 2:19-cv-13382 |
|     | Our Client: | Kohchise Jackson |
|     | SUBPOENA TO APPEAR AND TESTIFY | |

Mr. Lefkowitz,

Enclosed, please find a Subpoena directed to you and a check in the amount of $1,000.00 as compensation for witness fees and mileage reimbursement in the above referenced case. This matter is set for trial on March 24, 2026 at 9AM in the United States District Court for the Eastern District of Michigan, Courtroom 761.

Please contact our office if you have any questions by phone at (734) 994-9590 or email at assistant@lawinannarbor.com.

---

LAURENCE H MARGOLIS ATTORNEY AT LAW
402 W LIBERTY ST
ANN ARBOR, MI 48104

5814

9-9/720
429

CHECK ARMOR

PAY TO THE ORDER OF _Isaac Lefkowitz_

DATE _3/6/26_

_One thousand and ˣˣ/₀₀_     $ _1,000.00_

Comerica Bank
www.comerica.com

DOLLARS

FOR _Jackson v. CHS, TX fee/reimbursement_

Photo Safe Deposit® Details on back

⑈005814⑈ ⑈072000096⑈ 185231061211⑈

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Kohchise Jackson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-13382 |
| CHS TX, INC., et al., | ) | |
| *Defendant* | ) | |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Isaac Lefkowitz
1528 56th St, Brooklyn, NY 11219

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: 231 W Lafayette Blvd, Detroit, MI 48226 | Courtroom No.: 761 |
| | Date and Time: 03/24/2026 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/06/2026

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Kohchise Jackson _____, who issues or requests this subpoena, are:

Laurence H. Margolis, 402 W. Liberty St., Ann Arbor, MI 48103
larry@lawa2.com
(734) 994-9590

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. 2:19-cv-13382

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** *For Other Discovery.* A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** *Command to Produce Materials or Permit Inspection.*
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIRMATION OF SERVICE** |
| KOHCHISE JACKSON | **Index No:** |
| **Defendant / Respondent:** | **2:19-CV-13382** |
| CHS TX, INC., ET AL., | |

The undersigned hereby affirms: I am not a party herein, I am over 18 years of age , I reside in the State of New York. That on 03/06/2026 at 7:13 PM at 1528 56th St , Brooklyn, NY 11219 I served the within Subpoena To Appear And Testify At A Hearing Or Trial In A Civil Action on ISAAC LEFKOWITZ

☐ **Individual:** by delivering a true copy of each to said defendant, personally; I knew the person so served to be the person described as said defendant therein.

☐ **Government Agency:** _____ a Defendant, therein named, by delivering a true copy of each to _____ personally, I knew said government agency so served to be the government agency described, and knew said individual to be the _____ thereof.

☐ **Corporation:** _____ a Defendant, therein named, by delivering a true copy of each to _____ personally, I knew said corporation so served to be the corporation described, and knew said individual to be the _____ thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Authorized Service:** by delivering thereat a true copy of said documents to _____ personally. Deponent knew said _____ so served to be the _____ described in the legal documents and knew _____ to be _____ , an individual of the entity willing and able to accept service on behalf of _____ , and the recipient responded affirmative; *(unless otherwise noted below)*.

☒ **Affixing to Door:** by affixing a true copy of each to the door thereof, I was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

and 03/06/2026 at 07:13 PM

☒ **Mailing:** I also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at ISAAC LEFKOWITZ's last known residence, 1528 56th St , Brooklyn, NY 11219, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on 03/06/2026.

☐ **Military Service:** I asked the person spoken to whether Defendant was in active military service of the United States or of the State of New York in any capacity whatever and I received a negative reply.

**Description:**

| | | | |
|---|---|---|---|
| Age: _____ | Ethnicity: _____ | Gender: _____ | Weight: N/A |
| Height: _____ | Hair: _____ | Eyes: _____ | Relationship: _____ |
| Other | White stairs that lead to a large black metal door with gray walls | | |



Kereem Akanan 2131963-DCWP

Unified Judicial Services, LLC
8019 5th Ave
Brooklyn NY 11209-4003
2100829-DCA
Job #: 11698051

I affirm this 9th day of March, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.