# EXHIBIT 2

| Close | Check #5814    -$1,000.00 | Logout |
|---|---|---|

**LAURENCE H MARGOLIS ATTORNEY AT LAW**
402 W LIBERTY ST
ANN ARBOR, MI 48104

5814

8-9/720
429

DATE 3/6/26

CHECK ARMOR

PAY TO THE ORDER OF Isaac Lefkowitz    $ 1,000.00

One thousand and XX/oo    DOLLARS

Comerica Bank.
www.comerica.com

FOR Jackson V, CHS, TX fee/reimbursement

