**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KOHCHISE JACKSON,

        Plaintiff,

v.

CORIZON HEALTH, INC., et al.,

        Defendants.

Case No. 2:19-cv-13382-GAD-PTM

HON. GERSHWIN A. DRAIN

_____

## DECLARATION OF ISSAC LEFKOWITZ

I, Issac Lefkowitz, do hereby declare and state as follows under the penalty of perjury:

1.     I have personal knowledge of the facts set forth herein and if called as a witness I could testify as to these facts.

2.     I do not reside in the state of Michigan. Rather, I reside in the state of New York.

3.     I am not employed in the state of Michigan. Rather, I am self-employed in the state of New York.

4.     I do not regularly transact business in person in the state of Michigan.

5.     I am not an officer of any of the Defendants in Case No. 2:19-cv-13382-GAD-PTM.

1

6. I have no knowledge of the corrections industry prior to 2021.

7. I have no knowledge of the alleged witness fee check referenced by Plaintiff in Plaintiff's Response to Issac Lefkowitz's Motion to Quash Non-Party Trial Subpoena (ECF No. 275, PageID.10064) and Plaintiff's Brief in Support of Plaintiff's Response to Issac Lefkowitz's Motion to Quash Non-Party Trial Subpoena (ECF No. 275, PageID.10103).

8. I have never seen the alleged witness fee check attached by Plaintiff as Exhibit 1 to Plaintiff's Brief in Support of Plaintiff's Response to Issac Lefkowitz's Motion to Quash Non-Party Trial Subpoena (ECF No. 275, PageID.10103).

9. I did not receive a witness fee check related to the Trial Subpoena.

10. I never cashed a witness fee check related to the Trial Subpoena at Heritage Bank.

11. I do not have a bank account at Heritage Bank.

12. I have no affiliation with Heritage Bank.

Under penalty of perjury, I declare that the foregoing statements are true to the best of my knowledge, information, and belief.

3

Executed on this 23rd day of March 2026.

_____

ISSAC LEFKOWITZ

3