**Transaction Number:** 50-0000996112 Recorded: 3/16/2026 11:43:27 AM

**Customer:**



**AMOUNT: $1,000.00    FEE: $15.00**

**Front of Check:**



LAURENCE H MARGOLIS ATTORNEY AT LAW
402 W LIBERTY ST
ANN ARBOR, MI 48104

5814

9-9/720
429

DATE 3/6/26

PAY TO THE ORDER OF Isaac Lefkowitz   $ 1,000.00

One thousand and XX/00   DOLLARS

Comerica Bank
www.comerica.com

FOR Jackson V. CHS, TX fee/reimbursement

⑈005814⑈ ⑆072000096⑆

**Back of Check:**



PAY TO THE ORDER
OF HERITAGE BANK
RELIABLE CHECK CASHING #2
1275 50TH STREET
LICENSED CASHIER OF CHECKS
DATE:03/16/2026 TIME:TRANDTIME
ACCT# 397843 ROUT#042102160
FEE:$15.00 AMOUNT:$1,000.00



Case 2:19-cv-13382-GAD-PTM ECF No. 279-1, PageID.10126 Filed 03/23/26 Page 2 of 3

Customer ID's

## ID's for NATHAN RICHTER

| ID Name | ID Value | ID Type | Expiration Date |
|---|---|---|---|
| 01 NY DRIVERS LICENSE | ▄▄▄▄▄ | 1 - Drivers License | 9/25/2026 |

F10 - Exit

ID Card Image



F6 - Show on Customer Screen

Case 2:19-cv-13382-GAD-PTM   ECF No. 279-1, PageID.10127   Filed 03/23/26   Page 3 of 3