UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KOHCHISE JACKSON,

Plaintiff,

Case No. 19-13382
U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

v.

CORIZON HEALTH INC., *et al.*,

Defendants.

_____/

### ORDER GRANTING PLAINTIFF'S MOTION FOR ADVERSE INSTRUCTION REGARDING ISAAC LEFKOWITZ [#284] AND GRANTING PLAINTIFF'S EX PARTE MOTION TO ATTACH VIDEO FILES AS EXHIBITS WITH RESPECT TO SECOND OFFER OF PROOF [#287]

On March 30, 2026, Plaintiff Kohchise Jackson moved for an adverse jury instruction based on Isaac Lefkowitz's invocation of his Fifth Amendment privilege at trial. The Court heard argument on this motion during trial, granted the motion on the record, and delivered the requested instruction to the jury. Accordingly, the motion is GRANTED.

On March 31, 2026, Plaintiff moved for leave to file video exhibits as part of

his second offer of proof concerning Mr. Lefkowitz's invocation of the Fifth Amendment. The Court, having reviewed the motion and being fully advised in the premises, orders that the motion is GRANTED.

SO ORDERED.

Dated: April 13, 2026

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 13, 2026, by electronic and/or ordinary mail.
/s/ Tara Villereal
Case Manager