## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

KOHCHISE JACKSON,

        Plaintiff,

-vs-

CHS TX, INC., *et al.,*

        Defendants.

Case No. 2:19-cv-13382

Hon. Gershwin A. Drain

---

LAWRENCE H. MARGOLIS (P69635)
IAN T. CROSS (P83367)
**MARGOLIS, GALLAGHER & CROSS**
Attorneys for Plaintiff
214 S. Main St., Ste. 200
Ann Arbor, MI 48104
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

ADAM MASIN
SUNNY REHSI (P80611)
**BOWMAN AND BROOKE LLP**
Attorney for CHS TX, Inc.
101 W. Big Beaver Rd., Ste. 1100
Troy, MI 48084
(248) 205-3300
Adam.masin@bowmanandbrooke.com
Sunny.rehsi@bowmanandbrooke.com

JONATHAN R. MARKO (P72450)
MICHAEL L. JONES (P85223)
ALLIE J. FARRIS (P88654)
**MARKO LAW, PLLC**
Co-counsel for Plaintiff
220 W. Congress, 4th Floor
Detroit, Michigan 48226
P: (313) 777-7529 / F: (313) 470-2011
jon@markolaw.com
michael@markolaw.com
allie@markolaw.com

---

## <u>JUDGMENT ON JURY VERDICT</u>

Following an eight-day jury trial in this Eighth Amendment deliberate indifference and municipal liability case under 42 U.S.C. § 1983, the jury rendered

its verdict on April 2, 2026, finding Plaintiff Kohchise Jackson proved by a preponderance of the evidence that: (1) Defendant Dr. Keith Papendick was deliberately indifferent to Plaintiff's serious medical needs; (2) Defendant Corizon Health, Inc./CHS TX, Inc. was liable to Plaintiff under a theory of municipal liability pursuant to *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978); and (3) Plaintiff was entitled to an award of punitive damages against Defendants Papendick and Corizon Health, Inc./CHS TX, Inc. ECF No. 290, PageID. 10703-10705.

The jury determined that Plaintiff was entitled to $7,500,000.00 in compensatory damages for non-economic damages suffered. *Id.* at PageID. 10704.

The jury also assessed punitive damages against Defendant Corizon Health, Inc./CHS TX, Inc. in the amount of $300,000,000.00. *Id.* at PageID. 10705.

The jury also assessed punitive damages against Defendant Dr. Keith Papendick in the amount of $100,000.00. *Id.*

Accordingly, it is **ORDERED** that Judgment is **ENTERED** for Plaintiff.

Further, it is **ORDERED** that Plaintiff is **AWARDED** $7,500,000.00 in non-economic damages, against Defendants, jointly and severally.

Further, it is **ORDERED** that Plaintiff is **AWARDED** $300,000,000.00 in punitive damages against Defendant Corizon Health, Inc./CHS TX, Inc.

Further, it is **ORDERED** that Plaintiff is **AWARDED** $100,000.00 in punitive damages against Defendant Dr. Keith Papendick.

Further, it is **ORDERED** that such awards contained herein are reflective purely of the verdict issued by the jury on April 2, 2026, and in no way include, waive, or preclude the recovery or future right to move for any additional compensation, rights, or privileges available to Plaintiff or his attorneys under law, including, but not limited to, attorney fees, costs, or interest.

**This is a final order and closes the above-captioned case.**


Dated: April 13, 2026                          /s/Gershwin A. Drain
                                               GERSHWIN A. DRAIN
                                               United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 13, 2026, by electronic and/or ordinary mail.
/s/ Tara Villereal
Case Manager

3