# EXHIBIT 6

 **Gmail**

**Ian Cross <ian@lawinannarbor.com>**

# FW: Windhurst: Geneva Consulting

3 messages

**Michael Crawford** <michael@crawfordazlaw.com>

Wed, Aug 20, 2025 at 9:11 AM

To: "ian@lawinannarbor.com" <ian@lawinannarbor.com>

Oh the games they play.

## Michael J. Crawford

Attorney



34 W Franklin Street

Tucson AZ 85701

O 520.822.8644

C 520.548.5999

F 520.844.0352

www.crawfordazlaw.com

CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Trevor Carolan <Trevor.Carolan@bowmanandbrooke.com>
**Sent:** Wednesday, August 20, 2025 7:22 AM
**To:** Michael Crawford <michael@crawfordazlaw.com>; Nathan Rothschild <nrothschild@mcrazlaw.com>; Fred Peterson (fpetersen@mcrazlaw.com) <fpetersen@mcrazlaw.com>; kmalka@mcrazlaw.com; Megan Gray <mgray@mcrazlaw.com>; Leighann Volker <leighann@crawfordazlaw.com>
**Cc:** john.quinn@sandersparks.com; mkarvis@wickersmith.com; Dustin Christmer (dustin.christer@qpwblaw.com) <dustin.christer@qpwblaw.com>; wstapleton@omlaw.com; Adam Masin <Adam.Masin@bowmanandbrooke.com>; Carolyn Harper <Carolyn.Harper@bowmanandbrooke.com>; Anthony Fernandez <afernandez@qpwblaw.com>
**Subject:** Windhurst: Geneva Consulting

Counsel:

In regards to your Rule 25(c) motion, it has come to our attention that on August 14, 2025, Geneva Consulting LLC filed a Certificate of Cancellation of a Limited Liability Company in accordance with Section 18-203 of the Limited Liability Company Act of the State of Delaware. The result of that filing is that Geneva Consulting no longer exists as a legal entity. *See In re Reinz Wisconsin Gasket, LLC*, No. CV 2022-0859-MTZ, 2023 WL 3300042, at *2 (Del. Ch. May

Case 2:19-cv-13382-GAD-PTM   ECF No. 294-7, PageID.11022   Filed 04/15/26   Page 4 of 4

8, 2023), *cert. denied*, (Del. Ch. 2023); *Techmer Accel Hldgs., LLC v. Amer*, 2010 WL 5564043, at *10 (Del. Ch. Dec. 29, 2010).  An entity without a legal existence cannot be sued.  *See Tsionas v. JG, LLC*, No. 2023-0591-BWD, 2023 WL 11283815, at *2 (Del. Ch. May 9, 2024).

We are withdrawing our representation of Geneva Consulting.  Please confirm that you are withdrawing your Rule 25(c) motion as to Geneva Consulting.

Best regards,

**Trevor W. Carolan**

Partner

 +1 972-616-1723 | Trevor.Carolan@bowmanandbrooke.com

5850 Granite Parkway, Suite 900 | Plano, TX 75024

 

Note: This electronic mail is intended to be received and read only by certain individuals. It may contain information that is attorney-client privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you have received this in error, please notify me by replying and then delete both the message and reply. Thank you.