# EXHIBIT 8

 

007787567

## APPLICATION FOR REGISTRATION
## OF ASSUMED NAME

**SS-4230**



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $20.00

*For Office Use Only*
**-FILED-**
Amendment # 007787567

Pursuant to the Tennessee Business Corporation Act, Tennessee Nonprofit Corporation Act, Tennessee Limited Liability Company Act, Tennessee Revised Limited Liability Company Act, or the Tennessee Revised Uniform Partnership Act, this application for registration of an assumed name is submitted to the Tennessee Secretary of State.

1. The Secretary of State Control Number is: 001619716
   and the true name of the business entity is:

   Geneva Consultings LLC

2. The state or country of organization is:

   TENNESSEE

3. The business entity intends to transact business under an assumed name.

4. The assumed name the business entity proposes to use is:

   CHS TX INC

   *The assumed name must satisfy the statutory requirements for that type of entity.*

| | |
|---|---|
| 01/31/2025 | Electronic |
| Signature Date | Signature |
| Director | Isaac Lefkowitz |
| Signer's Capacity | Name (typed or printed) |

***Note: Pursuant to T.C.A. § 10-7-503 all information on this form is public record.***

SS-4230 (Rev. 03/15)

RDA 2458

B1675-9290 01/31/2025 8:59 AM Received by Tennessee Secretary of State Tre Hargett

 

007787275

## APPLICATION FOR REGISTRATION
## OF ASSUMED NAME

**SS-4230**



**Tre Hargett**
Secretary of State

**Division of Business Services
Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $20.00

*For Office Use Only*
**-FILED-**
Amendment # 007787275

Pursuant to the Tennessee Business Corporation Act, Tennessee Nonprofit Corporation Act, Tennessee Limited Liability Company Act, Tennessee Revised Limited Liability Company Act, or the Tennessee Revised Uniform Partnership Act, this application for registration of an assumed name is submitted to the Tennessee Secretary of State.

1. The Secretary of State Control Number is: 001619716
   and the true name of the business entity is:
   Geneva Consultings LLC

2. The state or country of organization is:
   TENNESSEE

3. The business entity intends to transact business under an assumed name.

4. The assumed name the business entity proposes to use is:
   CHS AL LLC
   *The assumed name must satisfy the statutory requirements for that type of entity.*

| 01/30/2025 | Electronic |
|---|---|
| Signature Date | Signature |
| Director | Isaac Lefkowitz |
| Signer's Capacity | Name (typed or printed) |

***Note: Pursuant to T.C.A. § 10-7-503 all information on this form is public record.***

SS-4230 (Rev. 03/15)

RDA 2458

B1675-8529 01/30/2025 5:14 PM Received by Tennessee Secretary of State Tre Hargett




007787271

## APPLICATION FOR REGISTRATION
## OF ASSUMED NAME

SS-4230



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $20.00

*For Office Use Only*
**-FILED-**
Amendment # 007787271

Pursuant to the Tennessee Business Corporation Act, Tennessee Nonprofit Corporation Act, Tennessee Limited Liability Company Act, Tennessee Revised Limited Liability Company Act, or the Tennessee Revised Uniform Partnership Act, this application for registration of an assumed name is submitted to the Tennessee Secretary of State.

1. The Secretary of State Control Number is: 001619716
   and the true name of the business entity is:

   Geneva Consultings LLC

2. The state or country of organization is:

   TENNESSEE

3. The business entity intends to transact business under an assumed name.

4. The assumed name the business entity proposes to use is:

   Yescare services

   *The assumed name must satisfy the statutory requirements for that type of entity.*

| 01/30/2025 | Electronic |
|---|---|
| Signature Date | Signature |
| Director | Isaac Lefkowitz |
| Signer's Capacity | Name (typed or printed) |

*Note: Pursuant to T.C.A. § 10-7-503 all information on this form is public record.*

SS-4230 (Rev. 03/15)

RDA 2458

B1675-8517 01/30/2025 5:10 PM Received by Tennessee Secretary of State Tre Hargett




007787279

## APPLICATION FOR REGISTRATION
## OF ASSUMED NAME

SS-4230



**Tre Hargett**
Secretary of State

### Division of Business Services
### Department of State
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102
(615) 741-2286

Filing Fee: $20.00

*For Office Use Only*
### -FILED-
Amendment # 007787279

Pursuant to the Tennessee Business Corporation Act, Tennessee Nonprofit Corporation Act, Tennessee Limited Liability Company Act, Tennessee Revised Limited Liability Company Act, or the Tennessee Revised Uniform Partnership Act, this application for registration of an assumed name is submitted to the Tennessee Secretary of State.

1. The Secretary of State Control Number is: 001619716
   and the true name of the business entity is:

   Geneva Consultings LLC

2. The state or country of organization is:

   TENNESSEE

3. The business entity intends to transact business under an assumed name.

4. The assumed name the business entity proposes to use is:

   CHS EMPLOYEE GROUP LLC

   *The assumed name must satisfy the statutory requirements for that type of entity.*

01/30/2025
Signature Date

Director
Signer's Capacity

Electronic
Signature

Isaac Lefkowitz
Name (typed or printed)

**Note: Pursuant to T.C.A. § 10-7-503 all information on this form is public record.**

SS-4230 (Rev. 03/15)

RDA 2458

B1675-8533 01/30/2025 5:18 PM Received by Tennessee Secretary of State Tre Hargett