# EXHIBIT 9

**Tracking Number**
**B2025778298**





**Tre Hargett**
Secretary of State

# Articles of Amendment

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

Control #:  001619716
Filed: 09/15/2025  02:56 PM
Tre Hargett
Secretary of State

## Entity Name

**Business Name:**  TN CORRECT HEALTH SERVICES LLC

**Entity Type:**  Limited Liability Company (LLC)

**Business Status:**  Active

**Annual Report Due Date:**  04/01/2026

**Control Number:**  001619716

**Place of Formation:**  TENNESSEE

**Managed By:**  Manager Managed

## Entity Information

**Principal Address:**
205 Powell Pl
Brentwood, TN  37027
Williamson County,  USA

**Mailing Address:**
205 Powell Pl
Brentwood, TN  37027
Williamson County,  USA

**Do you have additional uploads you would like to attach to this filing?**
☐ Yes   ☑ No

**Will this filing have a delayed effective date?**
☐ Yes   ☑ No

**The amendment was duly adopted on:**  9/15/2025
**By:**  The Members

## Signature

☑ By entering my name in the space provided below, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day.

☑  Pursuant to the provisions of T.C.A. § 48-209-104 or T.C.A. § 48-249-204 the above limited liability company adopts the articles of amendment to its articles of organization.

**Signed Electronically:** ISAAC  LEFKOWITZ                    **Date:** 09/15/2025
**Title:** DIRECTOR