# EXHIBIT 10

4/14/26, 8:04 AM   Re: TCS - Motion to Enforce Plan and Confirmation Order Regarding Fee Backstnichop1-5az@lawmangarbar.com

Case 2:19-cv-13382-GAD-PTM   ECF No. 294-11, PageID.11034   Filed 04/15/26   Page 2 of 2

## Subject: Re: TCS – Motion to Enforce Plan and Confirmation Order Regarding Fee Bad

 **Isaac Lefkowitz** <il@correct.health>
to Jason S. Brookner, Isaac Lefkowitz, Isaac Lefkowitz, egreen@bakerlaw.com, Russell Perry (Russell.Perry@ankura.com), Ben Jones (ben.jones@

I don't negotiate with terror!



**CORRECT HEALTH**

---

**Isaac Lefkowitz**

CEO

---

📞  646-623-5200

📍  205 Powell Place, Brentwood, TN 37027

✉️  il@correct.health

---

**From:** Jason S. Brookner <jbrookner@grayreed.com>
**Sent:** Friday, January 16, 2026 1:21:26 PM
**To:** Isaac Lefkowitz <il@perigrove.com>; Isaac Lefkowitz <il@yescarecorp.com>; egreen@bakerlaw.com <egreen@bakerlaw.com>
**Cc:** Russell Perry (Russell.Perry@ankura.com) <Russell.Perry@ankura.com>; Ben Jones (ben.jones@ankura.com) <ben.jones@ankur
<rmorgan@bradley.com>; Bailey, James <jbailey@bradley.com>; Nicholas J. Zluticky - Stinson LLP (nicholas.zluticky@stinson.com) <r
Michael Zimmerman - Berry Riddell LLC (mz@berryriddell.com) <mz@berryriddell.com>
**Subject:** TCS - Motion to Enforce Plan and Confirmation Order Regarding Fee Backstnichop

The silence has been deafening since my email on this last week.

This is now your last chance to deal with me/us and fund the backstop.

I gave you 2 extra days because of Liz's schedule in other cases and now time is up and my patience is gone.

If we are not resolved ASAP, this gets filed today before sundown and we will see you in court.

**Jason S. Brookner**
**Partner**
Tel 469.320.6132 | Fax 469.320.6894 | jbrookner@grayreed.com
Dallas Office: 1601 Elm St., Suite 4600 | Dallas, TX 75201
Houston Office: 1300 Post Oak Blvd., Suite 2000 | Houston, TX 77056