UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Kohchise Jackson,

                              Plaintiff(s),

v.                                                    Case No. 2:19–cv–13382–GAD–PTM
                                                      Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                              Defendant(s),

_____

**NOTICE OF MOTION HEARING**

   You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 761.  The following motion(s) are scheduled for hearing:

               Motion – #294
               Motion to Withdraw – #296
               Motion to Extend – #297

   • MOTION HEARING:  May 28, 2026 at 03:00 PM


**Certificate of Service**

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                   By: s/Marlena A Williams
                                        Case Manager


Dated:  May 7, 2026