**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KOHCHISE JACKSON,

Plaintiff,

Case No.: 2:19-cv-13382-GAD-PTM

v.

U.S. DISTRICT COURT JUDGE

HON. GERSHWIN A. DRAIN

CHS TX, INC., et al.,

Defendants

**DEFENDANT CHS TX, INC.'S EX PARTE MOTION TO EXTEND PAGE LIMIT FOR ITS MOTION FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL, OR IN THE ALTERNATIVE REMITTITUR OF COMPENSATORY AND PUNITIVE DAMAGES**

Defendant CHS TX, Inc. ("CHS TX"), by and through its counsel, Bowman and Brooke LLP, under E.D. Mich. L.R. 7.1, moves this Court to extend the page limit for CHS TX's Motion for Judgment as a Matter of Law, or in the alternative, Motion for a New Trial, or in the alternative Remittitur of Compensatory and Punitive Damages (the "Motion") to 75 pages. In support, CHS TX states as follows:

1.      CHS TX's Motion is a significant one, encompassing an introduction, detailed factual recitation, legal discussion, and argument necessary to support separate grounds for relief including (i) judgment as a matter of law, or in the alternative (ii) a new trial and/or (iii) remittitur of compensatory damages and punitive damages. Each separate ground for relief is supported by separate facts, legal standards, precedent, and argument.

2.      The 25-page limit for moving briefs provided in E.D. Mich. L.R. 7.1 does not allow CHS TX to meaningfully prepare the Motion given the length of the trial and complex factual and legal issues raised in post-trial motions, including Constitutional issues relating to Plaintiff's claims and the amount of the jury's verdict.

3.      The text of CHS TX's moving brief will be no more than 75 pages total, which is the same number of pages that CHS TX would have if it filed a separate motion for each request for relief.

4.      CHS TX is making this request in good faith. A page limit of 75 pages for CHS TX's moving brief is necessary for CHS TX to adequately set forth the necessary arguments in support of the relief requested in the Motion, and to ensure a clear and complete presentation of its arguments, which will ultimately assist the Court in its determination of the distinct issues raised therein.

WHEREFORE, CHS TX respectfully requests this Court to grant its request for extending the moving brief page length to 75 pages, which is warranted and reasonable in this case.

Dated: May 8, 2026                          Respectfully submitted,

                                            **BOWMAN AND BROOKE LLP**

                              By:    /s/*Sunny Rehsi*
                                            Sunny Rehsi (P80611)
                                            101 W. Big Beaver Road.,
                                            Suite 1100 Troy, MI 48084
                                            248.205.3300
                                            sunny.rehsi@bowmanandbrooke.com

                                            Adam Masin (Admitted 5/1/2025)
                                            750 Lexington Avenue
                                            New York, NY 10022
                                            646.914.6790
                                            adam.masin@bowmanandbrooke.com

                                            Rachel B. Weil (Admitted 7/16/25)
                                            123 South Broad Street, Suite 1512
                                            Philadelphia, PA 19109
                                            267.908.7097
                                            rachel.weil@bowmanandbrooke.com

                                            *Attorneys for Defendants CHS TX, Inc. d/b/a*
                                            *YesCare*

3