# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KOHCHISE JACKSON,

      Plaintiff,

-vs-

CHS TX, INC., *et al.,*

      Defendants.

Case No. 19-cv-13382

Hon. Gershwin A. Drain

_____

LAWRENCE H. MARGOLIS (P69635)
IAN T. CROSS (P83367)
**MARGOLIS & CROSS**
Attorneys for Plaintiff
214 S. Main St., Ste. 200
Ann Arbor, MI 48104
(734) 994-9590
larry@lawinannarbor.com
ian@lawinannarbor.com

ADAM MASIN
SUNNY REHSI (P80611)
**BOWMAN AND BROOKE LLP**
Attorney for CHS TX, Inc.
101 W. Big Beaver Rd., Ste. 1100
Troy, MI 48084
(248) 205-3300
Adam.masin@bowmanandbrooke.com
Sunny.rehsi@bowmanandbrooke.com

JONATHAN R. MARKO (P72450)
MICHAEL L. JONES (P85223)
ALLIE J. FARRIS (P88654)
**MARKO LAW, PLLC**
Co-counsel for Plaintiff
220 W. Congress, 4th Floor
Detroit, Michigan 48226
P: (313) 777-7529 / F: (313) 470-2011
jon@markolaw.com
michael@markolaw.com
allie@markolaw.com

_____

## NOTICE OF AUTOMATIC STAY

1

NOW COMES Plaintiff, **KOHCHISE JACKSON**, by and through his attorneys, **MARGOLIS, GALLAGHER & CROSS**, and **MARKO LAW, PLLC,** and files this Notice of Automatic Stay, states as follows:

1.      On May 8, 2026 (the "Petition Date"), Defendant CHS TX, Inc. ("CHS TX"), and its affiliates filed a voluntary petition pursuant to Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). The case is pending in the United States Bankruptcy Court for the Middle District of Florida, Fort Meyers Division, under Case No. 2:25-bk-01087. ECF No. 300, PageID. 11154.

2.      On May 11, 2026, Defendant CHS TX filed a Suggestion of Bankruptcy with this Honorable Court pursuant to its voluntary petition of the Chapter 11 Case. ECF No. 300, PageID. 11154.

3.      As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession

of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

4.      This stay applies to the filing deadlines for both pending and forthcoming motions and/or hearings related this Court's entry of judgment, including Plaintiff's motion for attorney fees, costs, and judgment interest, and tolls any the deadline under E.D. Mich. LR 54.1 and 54.2.1 to file such a motion, to extend automatically through the pendency of the bankruptcy case and for at least 30 days after the stay terminates. *See* 11 U.S.C. § 108(c); *Wolgast v. Richards*, 463 B.R. 445 (E.D. Mich. 2012).

5.      The stay set forth in 11 U.S.C. § 362(a) became effective as of the Petition Date, precluding the waiver of any deadlines for Plaintiff to timely move for any relief or right consistent with the Judgment entered by this Honorable Court or otherwise entitled to under law.

MARKOLAW.COM

220 W. CONGRESS, 4TH FLOOR
DETROIT, MI 48226

P: (313) 777-7777
F: ((313) 470-2011

MARKO LAW

JM MARKO LAW

Respectfully submitted,


/s/ Jonathan R. Marko
Jonathan R. Marko (P72450)
Attorney for Plaintiff
**MARKO LAW, PLLC**
220 W. Congress, 4th Floor
Detroit, MI 48226
P: (313) 777-7777 / F: (313) 470-2011
Email: jon@markolaw.com

Date: May 11, 2026

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each attorney of record on **May 11, 2026**, via:

☐ U.S. Mail                 ☐ Fax
☐ Hand Delivered            ☐ Overnight Carrier
☐ Certified Mail            ☐ Other: Mi-FILE Truefiling
☒ ECF System                ☐ Email

/s/ Melinda S. Morisset

4