UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kohchise Jackson,

                    Plaintiff(s),

v.                                              Case No. 2:19–cv–13382–GAD–PTM
                                                Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                    Defendant(s),

_____

**NOTICE OF REMOTE MOTION HEARING**

    PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Gershwin A. Drain for the following motion(s):

        Motion to Withdraw – #296

- MOTION HEARING:  May 28, 2026 at 03:00 PM

The public may access the audio proceedings with the following connection information.

**PHONE NUMBER:**  1 (669)–254–5252
**MEETING ID:**       165 152 3960

    Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

                                    By: s/Marlena A Williams
                                         Case Manager

Dated:  May 19, 2026