UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Kohchise Jackson,

                    Plaintiff(s),

v.                                          Case No. 2:19−cv−13382−GAD−PTM
                                            Hon. Gershwin A. Drain

Corizon Health Inc., et al.,

                    Defendant(s),

_____

## NOTICE OF MOTION HEARING

    You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 761.  The following motion(s) are scheduled for hearing:

             Motion to Withdraw – #296
             Motion for Withdrawal of Attorney – #308

    • MOTION HEARING:  June 9, 2026 at 02:00 PM


## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/Marlena A Williams_____
                                   Case Manager


Dated:  May 28, 2026